**COMMODITY FUTURES TRADING COMMISSION**

77 West Jackson Blvd, Suite 800
Chicago, IL 60604
Telephone: (312) 596-0700
Facsimile: (312) 596-0714
*www.cftc.gov*

Division of
Enforcement

August 25, 2023

**Via FedEx**
Martin Luther King Building
& U.S. Courthouse
ATTN: Philip Selecky
Operations Supervisor
50 Walnut Street Room 4015
Newark, NJ 07101

**Re: Commodity Futures Trading Commission v. Traders Global Group Inc., et al., Civil Action No. _____ (D.N.J.)**

Mr. Selecky:

I write as counsel for Plaintiff Commodity Futures Trading Commission ("CFTC") in the above-captioned action, which the CFTC seeks to file under seal. The filing will be effected via an email I will send on Monday, August 28, 2023, to you and the District of New Jersey CM/ECF Help Desk. This package contains courtesy copies of the CFTC's filings, as well as a "thumb drive" of exhibits.

With respect to the courtesy copies, please find enclosed:

- four (4) copies of the CFTC's Complaint, pursuant to Civ. L.R. 5.1(e)

- two (2) courtesy copies each of the following motions and all exhibits thereto, pursuant to Civ. L.R. 7.1(g) and ECF Policy No. 9:

  o Plaintiff CFTC's *Ex Parte* Motion To Seal Case On A Temporary Basis Pursuant to Civ. L.R. 5.3

  o Plaintiff CFTC's *Ex Parte* Motion to File Overlength Brief Pursuant to Civ. L.R. 7.2(b)

  o Plaintiff CFTC's *Ex Parte* Motion for Statutory Restraining Order and Preliminary Injunction Pursuant to 7 U.S.C. § 13a-1 ("SRO Motion")

  o Plaintiff CFTC's *Ex Parte* Motion for Expedited Discovery

The enclosed "thumb drive" contains electronic versions of all exhibits to the SRO Motion. The exhibits are too voluminous to file over email or via the CM/ECF system, so the CFTC

1

**COMMODITY FUTURES TRADING COMMISSION**

77 West Jackson Blvd, Suite 800
Chicago, IL 60604
Telephone: (312) 596-0700
Facsimile: (312) 596-0714
*www.cftc.gov*

Division of
Enforcement

respectfully requests that these exhibits be deemed filed upon receipt of the thumb drive.  The thumb drive is password-protected, and I will provide the password to you via email.

Thank you for your assistance in this matter, and your patient guidance with respect to filing practices in your District.

/s/ Ashley J. Burden
Senior Trial Attorney
Division of Enforcement
Commodity Futures Trading Commission
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov

Enclosures: Four (4) copies of the Complaint; two (2) copies of the CFTC's *Ex Parte* Motion To Seal Case On A Temporary Basis Pursuant to Civ. L.R. 5.3; two (2) copies of the CFTC's *Ex Parte* Motion to File Overlength Brief Pursuant to Civ. L.R. 7.2(b); two (2) copies of the CFTC's *Ex Parte* Motion for Statutory Restraining Order and Preliminary Injunction Pursuant to 7 U.S.C. § 13a-1 ("SRO Motion"); two (2) binders of exhibits to the SRO Motion; two (2) copies of the CFTC's *Ex Parte* Motion for Expedited Discovery; one (1) thump drive containing electronic copies of all exhibits to the SRO Motion.

Cc: Elizabeth Streit, Chief Trial Attorney; Katherine Paulson, Trial Attorney