UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br>                Plaintiff,<br><br>           v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br>                Defendants. | **Certification of Related Matters Pursuant to Civ. L.R. 11.2**<br><br>Civil Action No. _____ |

      I, Ashley J. Burden, Senior Trial Attorney for Plaintiff Commodity Futures Trading Commission ("CFTC"), hereby certify, under penalty of perjury, and pursuant to Civ. L.R. 11.2 and 28 U.S.C. § 1746, that the following is true and correct:

      1.    The matter in controversy, which is to say Plaintiff CFTC's claims against Defendants in the above-captioned action, is not currently the subject of any other action pending in any other court, or of any other action pending in any court, or of any pending arbitration or administrative proceeding.

      2.    The Ontario Securities Commission ("OSC") plans to initiate an administrative proceeding in Ontario against Defendants for violations of Canadian law. Those violations arise from some of the same facts which form the basis for the CFTC's claims against Defendants.

      3.    The undersigned expects the OSC to initiate its proceeding against Defendants at substantially the same time the CFTC files the above-captioned

actions. The undersigned will provide detail sufficient to identify the OSC's proceeding against Defendants in a supplemental 11.2 filing when such details become available.

4. The undersigned notes that the CFTC filed a miscellaneous action in this Court, at Misc. Action No. 2:23-mc-00095-KM (SEALED) (D.N.J.), seeking an *ex parte* order to delay notice of certain subpoenas under Section 1109 of the Right to Financial Privacy Act, 12 U.S.C. § 3409. The order was requested by the CFTC in furtherance of its pre-filing investigation into Defendants' activities. The Court issued, and subsequently extended, the order, which remains in effect through the date of this filing.

s/ Ashley J. Burden
Senior Trial Attorney
Division of Enforcement
Commodity Futures Trading Commission
77 West Jackson Blvd., Suite 800
Chicago, IL 60604
Office: (312) 596-0693
Cell: (312) 995-0779
aburden@cftc.gov
