AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Commodity Futures Trading Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Traders Global Group Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commodity Futures Trading Commission.

Date: 08/28/2023

/s/ Ashley J. Burden
*Attorney's signature*

Ashley J. Burden Ill. Bar. No. 6285840
*Printed name and bar number*

Commodity Futures Trading Commission
77 West Jackson Blvd., Suite 800
Chicago, IL 60604

*Address*

aburden@cftc.gov
*E-mail address*

(312) 596-0693
*Telephone number*

(312) 596-0716
*FAX number*