# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, ) ) Plaintiff, ) ) v. ) ) Traders Global Group Inc., a New Jersey ) corporation, d/b/a "My Forex Funds"; ) Traders Global Group Inc., a Canadian ) business organization; and Murtuza ) Kazmi, ) ) Defendants. ) | Civil Action No. _____ |

### [Proposed] Order Sealing Entire Case File
### On A Temporary Basis Pursuant to Civ. L.R. 5.3

Before the Court is Plaintiff Commodity Futures Trading Commission's ("CFTC" or "Commission") *Ex Parte* Motion to Seal Case On A Temporary Basis Pursuant to Local Rule 5.3. Contemporaneous with this Motion, the CFTC also filed a Complaint for Injunctive and Other Equitable Relief and Penalties Under the Commodity Exchange Act ("Complaint") against the Defendants, and an *Ex Parte* Motion for Statutory Restraining Order and Preliminary Injunction Pursuant to 7 U.S.C. § 13a-1 ("SRO Motion").

**THE COURT FINDS** that, upon consideration of the record to date and the nature of this matter applied to the factors set out in Local Rule 5.3(c), the entire file for this case—including all pleadings, motions, orders, or other filings—should remain sealed until further order of this Court because legitimate private and public interests warrant it; clear and serious injury would result if any portion of this case were made public at this stage; and there is no less restrictive alternative available.

2

Therefore, the Court **GRANTS** Plaintiff's *Ex Parte* Motion To Seal Case On A Temporary Basis Pursuant to Civ. L.R. 5.3.

**IT IS HEREBY ORDERED** that the entirety of this case—including the Complaint, the SRO Motion and its attachments, the motion for expedited discovery, and any other pleadings filed or orders issued—shall be sealed until further order of this Court.

**IT IS SO ORDERED.**

Dated: _____

_____
**U.S. District Court Judge**