UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, <br>            Plaintiff, <br><br> v. <br><br> Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, <br>            Defendants. | Plaintiff Commodity Futures Trading Commission's *Ex Parte* Motion for Leave to File Overlength Brief Pursuant to Civ. L.R. 7.2(b) <br><br> Civil Action No. _____ |

Pursuant to Civ. L.R. 7.2(b), Plaintiff Commodity Futures Trading Commission ("CFTC") respectfully requests leave to file a brief seven pages in excess of the Court's 40-page limit.  The overlength brief the CFTC seeks to file is CFTC's Motion for Statutory Restraining Order and Preliminary Injunction Pursuant to 17 U.S.C. § 13a-1 ("SRO Motion"), filed contemporaneously herewith.  In the SRO Motion, the CFTC seeks statutory preliminary injunctive relief, including an asset freeze, against Defendants.  As set forth in the SRO Motion, Defendants are engaged in a large-scale fraud scheme involving illegal leveraged foreign exchange or commodity transactions with retail customers.  The CFTC respectfully submits that the breadth of Defendants' scheme and the extraordinary remedy sought by the CFTC justifies the filing of a modestly overlength brief.  The CFTC is aware of the prescription in Civ. L.R. 7.2(b) that leave to exceed the page limit be granted in advance of filing.  Due to the ongoing nature of Defendants'

fraud, however, the CFTC respectfully requests that the Court consider the CFTC's motion to file overlength brief *instanter*.

August 28, 2023  s/ Ashley J. Burden
Senior Trial Attorney
Division of Enforcement
Commodity Futures Trading Commission
77 West Jackson Blvd.
Suite 800
Chicago, IL 60604
Office: (312) 596-0693
Cell:    (312) 995-0779
aburden@cftc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, <br><br>               Plaintiff, <br><br> v. <br><br> Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, <br>               Defendants. | Plaintiff Commodity Futures Trading Commission's *Ex Parte* Motion for Leave to File Overlength Brief Pursuant to Civ. L.R. 7.2(b) <br><br> Civil Action No. _____ |

Pursuant to Civ. L.R. 7.2(b), Plaintiff Commodity Futures Trading Commission ("CFTC") respectfully requests leave to file a brief seven pages in excess of the Court's 40-page limit. The overlength brief the CFTC seeks to file is CFTC's Motion for Statutory Restraining Order and Preliminary Injunction Pursuant to 17 U.S.C. § 13a-1 ("SRO Motion"), filed contemporaneously herewith. In the SRO Motion, the CFTC seeks statutory preliminary injunctive relief, including an asset freeze, against Defendants. As set forth in the SRO Motion, Defendants are engaged in a large-scale fraud scheme involving illegal leveraged foreign exchange or commodity transactions with retail customers. The CFTC respectfully submits that the breadth of Defendants' scheme and the extraordinary remedy sought by the CFTC justifies the filing of a modestly overlength brief. The CFTC is aware of the prescription in Civ. L.R. 7.2(b) that leave to exceed the page limit be granted in advance of filing. Due to the ongoing nature of Defendants'

fraud, however, the CFTC respectfully requests that the Court consider the CFTC's motion to file overlength brief *instanter*.

| | |
|---|---|
| August 28, 2023 | s/ Ashley J. Burden |
| | Senior Trial Attorney |
| | Division of Enforcement |
| | Commodity Futures Trading Commission |
| | 77 West Jackson Blvd. |
| | Suite 800 |
| | Chicago, IL 60604 |
| | Office:  (312) 596-0693 |
| | Cell:    (312) 995-0779 |
| | aburden@cftc.gov |