UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. _____ |
| v. | ) ) ) | |
| Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER ON MOTION TO FILE OVERLENGTH BRIEF**

Before the Court is Plaintiff Commodity Futures Trading Commission's ("CFTC" or "Commission") *Ex Parte* Motion for Leave to File Overlength Brief Pursuant to Civ. L.R. 7.2(b). The CFTC's motion relates to the CFTC's contemporaneously-filed *Ex Parte* Motion for Statutory Restraining Order and Preliminary Injunction Pursuant to 7 U.S.C. § 13a-1 ("SRO Motion"), for which the CFTC seeks leave to file an additional seven pages in excess of the Court's 40-page limit. The CFTC's motion for leave to file an overlength brief is hereby GRANTED.

**IT IS SO ORDERED.**

_____
**U.S. District Court Judge**