# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br>　　　　　Defendants. | **Designation of Agent for Service Under Local Civil Rule 101.1(f)**<br><br>Civil Action No. _____ |

In accordance with Local Civil Rule 101.1(f), the undersigned hereby makes the following designation for the receipt of service of all notices or papers in this action at the following address:

 United States Attorney's Office
 District of New Jersey
 ATTN: J. Andrew Ruymann
 Assistant U.S. Attorney
 402 East State Street, Room 430
 Trenton, NJ 08608

          s/ Ashley J. Burden
          Senior Trial Attorney
          Division of Enforcement
          Commodity Futures Trading Commission
          77 West Jackson Blvd., Suite 800
          Chicago, IL 60604
          Office: (312) 596-0693
          Cell: (312) 995-0779
          aburden@cftc.gov