# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Traders Global Group Inc., a New Jersey ) <br> corporation, d/b/a "My Forex Funds"; ) <br> Traders Global Group Inc., a Canadian ) <br> business organization; and Murtuza ) <br> Kazmi, ) <br> ) <br> Defendants. ) | Civil Action No. 3:23-cv-11808 <br><br> Judge Zahid N. Quraishi |

**Plaintiff Commodity Futures Trading Commission's**
***Ex Parte* Motion to Lift Seal on the Case File and Court Docket**

The Commodity Futures Trading Commission ("CFTC"), by and through its counsel, respectfully moves the Court to lift the seal on the file and docket in this case. In support of this motion, the CFTC states as follows:

1. On August 28, 2023, the CFTC filed a Motion for leave to file this civil case under seal on a temporary basis pursuant to Civil Local Rule 5.3. The Court granted this motion on August 29, 2023. (Dkt. 12.)

2. On August 30, 2023, the CFTC served the Statutory Restraining Order (Dkt. 13) on financial institutions and third parties that hold Defendants' assets, and those entities confirmed receipt.

3. On August 31, 2023, the CFTC effected personal service on Defendants of, *inter alia*, the Complaint and Summonses; the CFTC's Motion for Statutory

Restraining Order, the Statutory Restraining Order (Dkt. 13); and the Order on Expedited Discovery (Dkt. 10).

4. As such, the reasons to keep the case file and docket sealed have been satisfied, and, thus, the order sealing this file (Dkt. 12) should be terminated.

**WHEREFORE**, the Commission respectfully requests that this Court lift the seal on this file and case docket.

August 31, 2023                    Respectfully Submitted,

s/ *Katherine S. Paulson*

Katherine S. Paulson
Commodity Futures Trading Commission
Division of Enforcement
77 West Jackson Blvd.
Suite 800
Chicago, IL 60604
(312) 554-4559
kpaulson@cftc.gov