# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:23-cv-11808 ) ) |
| Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, | ) Judge Zahid N. Quraishi ) ) ) ) ) ) |
| Defendants. | ) |

## [Proposed] Order Lifting Seal on Case File

Before the Court is Plaintiff Commodity Futures Trading Commission's ("CFTC" or "Commission") *Ex Parte* Motion to Lift Seal on the Case File and Court Docket.

Having considered the Motion, **THE COURT FINDS** that there is no longer a need to keep the case file or docket under seal because the Commission stated in its Motion that it served the Statutory Restraining Order (Dkt. 13) on financial institutions and third parties that hold Defendant's assets, and that it effected personal service of the Complaint, the Statutory Restraining Order, and the Order on Expedited Discovery on the Defendants. Therefore, the Court **GRANTS** Plaintiff's Motion.

The Clerk is hereby directed to lift the seal on all documents in this case and make them available on the public record.

**IT IS SO ORDERED.**

Dated: _____

_____
**U.S. District Court Judge**