**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
*Temporary Receiver for Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi*

<b>UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY</b>

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP INC., a New Jersey corporation, d/b/a "My Forex Funds"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>        Defendants. | Civil Action No. 3:23-cv-11808 |

<b><u>APPEARANCE OF COUNSEL</u></b>

TO:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Temporary Receiver for Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi. Request is made that the documents filed in this case be served on the undersigned at this address:

Anthony Sodono, III, Esq.<br>
McManimon Scotland & Baumann, LLC<br>
75 Livingston Avenue, Ste. 201<br>
Roseland, NJ 07068<br>
973-622-1800 (phone)<br>
Email:  asodono@msbnj.com

Dated:  September 5, 2023        */s/ Anthony Sodono, III*
                                                                   Anthony Sodono, III