**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
(973) 622-1800
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Temporary Receiver for Traders Global Group Inc.,*
*a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc.,*
*a Canadian business organization; and Murtuza Kazmi*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP INC., a New Jersey corporation, d/b/a "My Forex Funds"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>       Defendants. | Civil Action No. 3:23-cv-11808 |

**APPEARANCE OF COUNSEL**

TO:    THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Anthony Sodono, III, Temporary Receiver.  Request is made that the documents filed in this case be served on the undersigned at this address:

Sari B. Placona, Esq.
McManimon Scotland & Baumann, LLC
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
973-622-1800 (phone)
Email:  splacona@msbnj.com

                                                    */s/ Sari B. Placona*
                                                    Sari B. Placona

Dated:  September 5, 2023