# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**COMMODITY FUTURES TRADING COMMISION,**
*Plaintiff*

V.     **SUMMONS IN A CIVIL CASE**

**TRADERS GLOBAL GROUP INC., ET AL.,**
*Defendant*

CASE NUMBER: **3:23-CV-11808-ZNQ-TJB**
***SEALED***

TO: *(Name and address of Defendant):*

Murtuza Kazmi
65 Westwood Lane
Richmond Hill, ON, Canada
L4C6X6

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ashley J. Burden, Sr. Trial Attorney
Commodity Futures Trading Commission
77 West Jackson Blvd., Suite 800
Chicago, IL 60604

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT** _____



**ISSUED ON 2023-08-28 12:13:17**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE August 31, 2023 |
|---|---|
| NAME OF SERVER (PRINT) Saad Ahmad | TITLE Process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 65 Westwood Lane, Richmond Hill, ON, Canada, L4C6X6 ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____ ; or

☐ Returned unexecuted: _____ ; or

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 31, 2023
                    Date

*Signature of Server*

*Address of Server*

KAP Litigation Services
180 John St., Unit 323,
Toronto, ON  M5T 1X5