# Exhibit A-6



**TD Bank Group**
Legal Department
3500 Steeles Avenue East, Tower 1 Level 1
Markham, Ontario L3R 2Z1
T: 416-982-2193 F: 416-982-7505

January 18, 2023

Emeka Ezeogu
Investigation Counsel
Ontario Securities Commission

Hello Emeka,

RE: ORDER 2023-201152 WITH RESPECT TO THE OPEN AND CLOSE DATES AND STATUS AND TYPE AS LISTED BELOW.

Please see the following:

| TRADERS GLOBAL GROUP INCORPORATED | | | | |
|---|---|---|---|---|
| Account Number | Type of Account | Status of Account | Date Account Opened | Date Account Closed |
| 0542 | BUSINESS CAD | CLOSED | 04/27/2021 | 12/01/2022 |
| 0542 | BUSINESS USD | CLOSED | 04/27/2021 | 12/01/2022 |
| 7299 | ACCESS CARD | ACTIVE | 04/27/2021 | 12/12/2022 |
| 35A/B | TRADING | ACTIVE | TBA | TBA |
| 33A/B | TRADING | ACTIVE | TBA | TBA |

If you have any questions or concerns, please do not hesitate to contact me.

Elaine Cushing
Production Order Specialist

Member of TD Bank Group

Internal

1

```
APPL: CIF TRAN: ECIF       ID:                                              SC:
BR #: 7770              CUSTOMER INFORMATION ENQUIRY        PAGE    1 MORE
                                                            ADDRESS  1 OF  2
NAME         : TRADERS GLOBAL GROUP INCORPORATED      :          ALERT
NAME CONTD   :                                        :          REFER ECOM
NAME CONTD   :                                        :
ALIAS NAME   :                                        :
ATTN         :                                        : LAST MAINTENANCE
SP ADDR      :                                        :   DATE   : JUL/08/2022
STREET       : 9131 KEELE ST                          :   BRANCH : 1438
CITY/FRGN    : VAUGHAN                                :
PROV/ST      : ON  P/Z CODE : L4K 2N1   COUNTRY : CAN
PHONE        : 518 709 - 9093      FAX: RFS      -     MOBILE: 518 709 - 9093
INTERNATIONAL PHONE:   011
EMAIL: murtuza@myforexfunds.com
------------------------------------------------------------------------------
```

```
APPL: CIF TRAN: EOCI      ID:                                              SC:
BR #: 7770                 OTHER CUSTOMER INFORMATION ENQUIRY
                           TRADERS GLOBAL GROUP INCORPORATED        ALERT
                                                                    REFER ECOM


CLASSIFICATION CODE : 520   PRIVATE NON-PROFIT INSTITUTIONS
SIC CODE            : 8599 OTHER EDUCATIONAL SERVICES
COMPANY TYPE: I PRIVATE INCORPORATED   BUS TYPE : CR CORPORATION
BUS. INC. #    :       617-0      : PROV/ST : NU : COUNTRY : CAN
BUSINESS # (BN):                :         TRUST ACCT #  :
PREFERRED LANG :                          LANGUAGE      : E
                                          SWIFT NUMBER  :
SPECIAL CODES  :  CAM  M$B                NOT-FOR-PROFIT : NO
RES CODE       : 12    ONTARIO
TAX COUNTRY    : CAN   CANADA
TAX COUNTRY NOTIFY DATE :                 BRANCH OF RECORD      : 0542
STATUS         : 00    NORMAL             CUSTOMER SINCE DATE : APR/2021
STATUS EFF DATE  : APR/2021               MAIL CODE             : 0
LAST MAINT DATE  : JUL/08/2022            LAST COMB DATE        : JUN/21/2022
LAST MAINT BRANCH : 1438                  COMB BRANCH #         : 1253
USER ID: CUSHIE         PSWD:
INCOMPLETE FIELDS - UPDATE MOCI OR REQUEST NEXT TRANSACTION
1/HELP 3/END 4/MAIN 5/PREV  12/LOGOFF
                 IMSTX TCIF0140 LTRM M4900032 MOD MOC140E1 01/17/23 15:21:04
```

3

OSC-0000000004

```
APPL: CIF TRAN: EOAD      ID:                                              SC:
BR #: 7770                OFFICERS AND DIRECTORS ENQUIRY    PAGE   1 OF LAST
                          TRADERS GLOBAL GROUP INCORPORATED        ALERT
                                                                   REFER ECOM




FN
_ NAME: MR       : MURTUZA*KAZMI*                           SIGN  %OWN: 100.00
  TITLE: CEO     TITLE DESC: CHIEF EXEC OFFICER   : DIR: Y  OFFR: Y ON MCIF: Y

  NAME:          :                                          SIGN  %OWN:
  TITLE:         TITLE DESC:                      : DIR:    OFFR:   ON MCIF:

  NAME:          :                                          SIGN  %OWN:
  TITLE:         TITLE DESC:                      : DIR:    OFFR:   ON MCIF:

  NAME:          :                                          SIGN  %OWN:
  TITLE:         TITLE DESC:                      : DIR:    OFFR:   ON MCIF:

USER ID: CUSHIE          PSWD:          SUPV ID:                PSWD:
REQUEST NEXT TRANSACTION
1/HELP 3/END 4/MAIN
                  IMSTX TCIF0190 LTRM M4900032 MOD MOC190A1 01/17/23 15:21:14
```

4