# Exhibit A-10

Message

**From:** Josh D [josh@myforexfunds.com]
**on behalf of** Josh D <josh@myforexfunds.com> [josh@myforexfunds.com]
**Sent:** 8/2/2022 4:57:46 PM
**To:** James Sorenson [james.sorenson@isriskanalytics.com]
**Subject:** Re: server details

These used to be our CPI/NFP day numbers with the same number of live accounts. So this is a great start. Hopefully tomorrow we bust that 500 mt4 live number.

---

**From:** James Sorenson <james.sorenson@isriskanalytics.com>
**Sent:** Tuesday, August 2, 2022 4:30 PM
**To:** Josh D <josh@myforexfunds.com>
**Subject:** Re: server details

- demo
  - 1401
- demo2
  - 1315
- demomt5
  - 916
- live
  - 465
- livemt5
  - 133

---

**From:** Josh D <josh@myforexfunds.com>
**Sent:** Tuesday, August 2, 2022 4:28 PM
**To:** James Sorenson <james.sorenson@isriskanalytics.com>
**Subject:** Re: server details

> **CAUTION:** This message is from an external sender.

Hi James,

No problem.

Might as well toss me the final update on the numbers, market has gone flat now.

Thanks!

---

**From:** James Sorenson <james.sorenson@isriskanalytics.com>
**Sent:** Tuesday, August 2, 2022 4:26 PM
**To:** Josh D <josh@myforexfunds.com>
**Subject:** Re: server details

Hello Josh,

1

IS Risk Analytics-0000002198

We are approaching end-of-day which has the greatest potential for issue. The MT5 Manager API is quite unreliable with its data at rollover and requires a disconnect and reconnect to resynchronize the updated user records, but the timing of this action can vary depending upon how long it takes to process. Our system should stop monitoring breaches a minute before roll, disconnect, and then resume a few minutes afterwards to avoid any potential incorrect prior day reporting issues. The MT5 side should reset and continue trucking, but their behavior is not quite as well defined, so we'll need to be on our toes.

I'll wait a few minutes after roll then stop and update all the instances.

**From:** Josh D <josh@myforexfunds.com>
**Sent:** Tuesday, August 2, 2022 2:17 PM
**To:** James Sorenson <james.sorenson@isriskanalytics.com>
**Subject:** Re: server details

**CAUTION:** This message is from an external sender.

by that I mean when there is more volatility, the numbers will be crazy.

**From:** Josh D <josh@myforexfunds.com>
**Sent:** Tuesday, August 2, 2022 2:17 PM
**To:** James Sorenson <james.sorenson@isriskanalytics.com>
**Subject:** Re: server details

Haha, wait till major news days. I started cheerng it on a while ago when i realized it determines my employment status. Today has been slow one directional, so the numbers are def higher than we usually see but still not what they could be.

**From:** James Sorenson <james.sorenson@isriskanalytics.com>
**Sent:** Tuesday, August 2, 2022 2:08 PM
**To:** Josh D <josh@myforexfunds.com>
**Subject:** Re: server details

425 on live... almost there... is it bad I'm nearly cheering this on at this point?

**From:** Josh D <josh@myforexfunds.com>
**Sent:** Tuesday, August 2, 2022 12:44 PM
**To:** James Sorenson <james.sorenson@isriskanalytics.com>
**Subject:** Re: server details

**CAUTION:** This message is from an external sender.

Hi James,

Can I grab an update on the numbers, last one before end of day.

Thanks

**From:** Josh D <josh@myforexfunds.com>
**Sent:** Tuesday, August 2, 2022 11:37 AM
**To:** James Sorenson <james.sorenson@isriskanalytics.com>
**Subject:** Re: server details

No just mt4 live.

---

**From:** James Sorenson <james.sorenson@isriskanalytics.com>
**Sent:** Tuesday, August 2, 2022 11:37 AM
**To:** Josh D <josh@myforexfunds.com>
**Subject:** Re: server details

Is that MT4/MT5 combined? I believe we're at 475 currently.

---

**From:** Josh D <josh@myforexfunds.com>
**Sent:** Tuesday, August 2, 2022 11:33 AM
**To:** James Sorenson <james.sorenson@isriskanalytics.com>
**Subject:** Re: server details

**CAUTION:** This message is from an external sender.

On the old violation app we never hit 500 live account violations, that would be another milestone.

---

**From:** James Sorenson <james.sorenson@isriskanalytics.com>
**Sent:** Tuesday, August 2, 2022 11:29 AM
**To:** Josh D <josh@myforexfunds.com>
**Subject:** Re: server details

Yeah, I see we're pushing around 300k operations a second on both DEMO/DEMO2, and even LIVE is up near 150k.

In terms of performance, we're sitting between 5-15% CPU on that Azure instance with all the monitors running during all this peak activity, so we're looking pretty good in that regard.

---

**From:** Josh D <josh@myforexfunds.com>
**Sent:** Tuesday, August 2, 2022 11:23 AM
**To:** James Sorenson <james.sorenson@isriskanalytics.com>
**Subject:** Re: server details

**CAUTION:** This message is from an external sender.

Market is moving around a lot. Its expected until next week so its kind of turbo speeding our catch up. Hopefully we hit 500 on the live accounts.

---

**From:** James Sorenson <james.sorenson@isriskanalytics.com>
**Sent:** Tuesday, August 2, 2022 11:20 AM
**To:** Josh D <josh@myforexfunds.com>
**Subject:** Re: server details

These numbers seem to still be flying by today -- we went from 2882 an hour ago to about 3355 currently...

3

- demo
  - 1125
- demo2
  - 1041
- demomt5
  - 725
- live
  - 362
- livemt5
  - 102

**From:** Josh D <josh@myforexfunds.com>
**Sent:** Tuesday, August 2, 2022 10:55 AM
**To:** James Sorenson <james.sorenson@isriskanalytics.com>
**Subject:** Re: server details

**CAUTION:** This message is from an external sender.

Hi James,

Not a single one. Our entire team are on it and no one has reported a single complaint. We have had a very large number of violations re-purchasing today.

Without proper vision, its hard for me to see any data based irregularities.

Regards, Josh

**From:** James Sorenson <james.sorenson@isriskanalytics.com>
**Sent:** Tuesday, August 2, 2022 10:53 AM
**To:** Josh D <josh@myforexfunds.com>
**Subject:** Re: server details

Hey Josh,

Have you received any other false positive claims or noticed any other issues? I've been continuing to sanity check as many as I can as they happen and the numbers look OK and make sense, so I'm not seeing any surprises or weird behavior still.

**From:** Josh D <josh@myforexfunds.com>
**Sent:** Tuesday, August 2, 2022 10:06 AM
**To:** James Sorenson <james.sorenson@isriskanalytics.com>
**Subject:** Re: server details

**CAUTION:** This message is from an external sender.

I believe I have someone experienced who can do it and is part of our team. Let me talk to them. Its George if you remember him.

4

The news has come out, so if you could send the numbers this is the point we should see the biggest discrepancy.

---

**From:** James Sorenson <james.sorenson@isriskanalytics.com>
**Sent:** Tuesday, August 2, 2022 10:04 AM
**To:** Josh D <josh@myforexfunds.com>
**Subject:** Re: server details

I apologize for not getting back to you on that other email thread yet, I've been full-blown tunnel visioned on making sure everything is working correctly on the new system that I figured I'd come back to it at some point.

Of the suggestions I provided, Grafana Loki is one of the better, possibly easier, solutions out there. They essentially provide "cloud hosted" log aggregation where you can have all your logs shipped and see them in real-time as you desire, search for records, or parse them down into metrics to generate graphs and charts. It does take some degree of effort in setting everything up, but it is a bit easier to use and manage than the Elasticsearch / Logstash stack. You could also dump any manner of log there (MT4/MT5, the dashboard logs, API log output, etc) and have that data in a central location, so it's a bit more useful than just this one-off use-case. Do you have your own support team that would be using it and getting things setup? If so, I'd advise them to check it out and see what they think.

---

**From:** Josh D <josh@myforexfunds.com>
**Sent:** Tuesday, August 2, 2022 9:43 AM
**To:** James Sorenson <james.sorenson@isriskanalytics.com>
**Subject:** Re: server details

**CAUTION:** This message is from an external sender.

I know its not a technical issue but do you need me to purchase some service so we can set up a reporting mechanism so we dont have to harass you?

If you instruct, I will do.

---

**From:** Josh D <josh@myforexfunds.com>
**Sent:** Tuesday, August 2, 2022 9:34 AM
**To:** James Sorenson <james.sorenson@isriskanalytics.com>
**Subject:** Re: server details

No problem. It just means if we missed some they caught them.

---

**From:** James Sorenson <james.sorenson@isriskanalytics.com>
**Sent:** Tuesday, August 2, 2022 9:33 AM
**To:** Josh D <josh@myforexfunds.com>
**Subject:** Re: server details

Also, bear in mind our demo numbers are now lower due to the test account issue and deploying a patch.

---

**From:** James Sorenson <james.sorenson@isriskanalytics.com>
**Sent:** Tuesday, August 2, 2022 9:28 AM

IS Risk Analytics-0000002198

**To:** Josh D <josh@myforexfunds.com>
**Subject:** Re: server details

That's what I see when I look right now -- 493. I suspect we may be missing some on the MT5 side where they breach due to commission charges -- there's a patch that will add scanning a user on non-ticking trade activity as well, which should improve the MT5 side.

---

**From:** Josh D <josh@myforexfunds.com>
**Sent:** Tuesday, August 2, 2022 9:25 AM
**To:** James Sorenson <james.sorenson@isriskanalytics.com>
**Subject:** Re: server details

**CAUTION:** This message is from an external sender.

Demo - 763
Live - 214
Demo2 - 612
MT5 Demo - 493
MT5 Live - 68

This is the numbers they sent me. It seems we are missing some mt5 demo ones?

demo
795
live
256
demo2
728
demomt5
487
livemt5
71

---

**From:** James Sorenson <james.sorenson@isriskanalytics.com>
**Sent:** Tuesday, August 2, 2022 9:24 AM
**To:** Josh D <josh@myforexfunds.com>
**Subject:** Re: server details

- demo
  - 795
- demo2
  - 728
- demomt5
  - 487
- live
  - 256
- livemt5
  - 71

6