# Exhibit A-32

|   | A | B |
|---|---|---|
| 1 | **CONFIDENTIAL - FOIA-Exempt Treatment Requested** | |
| 2 | ID | b95b |
| 3 | STRATEGY | SELF_MANAGED |
| 4 | FEE RATE | 0.01 |
| 5 | ORGANIZATION NAME | My Forex Funds |
| 6 | EMAIL | info@myforexfunds.com |
| 7 | CREATED AT | 2021-02-04 17:54:21+00:00 |
| 8 | UPDATED AT | 2022-05-06 22:03:59+00:00 |
| 9 | LOCALE | en |
| 10 | ENABLED CRYPTOCURRENCIES | ["BCH", "BTC", "DOGE", "ETH", "LTC", "USDC"] |
| 11 | LOCAL CURRENCY | USD |
| 12 | TOTP CONFIRMED AT | 2021-02-04 17:55:02+00:00 |
| 13 | WIDGET ORIGINS | ["https://myforexfunds-develop.go-vip.net", "https://myforexfunds.com"] |
| 14 | SIGN UP IP | 174.95.27.48 |
| 15 | SIGN UP USER AGENT | Gecko) Chrome/88.0.4324.96 Safari/537.36 Edg/88.0.705.56 |
| 16 | SIGN UP COUNTRY CODE | CA |
| 17 | ONBOARDED AT | 2021-02-04 17:56:10+00:00 |
| 18 | ACTIVATED AT | 2021-03-25 09:44:06+00:00 |
| 19 | CONFIRMED AT | 2021-05-28 15:00:01+00:00 |
| 20 | LOGO URL | https://res.cloudinary.com/commerce/image/upload/v1622603941/pwgvyf8oken |
| 21 | EMAIL PREFERENCES | ["charges", "marketing"] |
| 22 | ACCEPTED TERMS OF SERVICE | TRUE |
| 23 | COINBASE USER | dcb6 |
| 24 | COINBASE EMAIL | kazmi.murtuza@gmail.com |