Anthony J. Staltari (Attorney ID. No. 233022017)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com

Michael Shaheen, III (*pro hac vice* forthcoming)
Robert A. Zink (*pro hac vice* forthcoming)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
michaelshaheen@quinnemanuel.com
robertzink@quinnemanuel.com

Dakota Speas (*pro hac vice* forthcoming)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>                  Plaintiff,<br><br>                  v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>                  Defendants. | Civil Action No. 3:23-cv-11808-ZNQ-TJB<br><br>**NOTICE OF APPEARANCE** |

To The Clerk of Court and All Counsel of Record:

Please enter my appearance on behalf of Defendants Traders Global Group Inc., a New Jersey corporation doing business as "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi in the above-captioned action. I certify that I am admitted and/or otherwise authorized to practice in this court.

Dated: Denville, New Jersey  
September 6, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/   *Anthony J. Staltari*  
    Anthony J. Staltari (Attorney ID No. 233022017)  
    51 Madison Avenue, 22nd Floor  
    New York, New York 10010  
    Tel: (212) 849-7000  
    anthonystaltari@quinnemanuel.com

    Michael Shaheen, III (*pro hac vice* forthcoming)  
    Robert A. Zink (*pro hac vice* forthcoming)  
    Quinn Emanuel Urquhart & Sullivan, LLP  
    1300 I Street NW, Suite 900  
    Washington, D.C. 20005  
    Tel.: (202) 538-8000  
    michaelshaheen@quinnemanuel.com  
    robertzink@quinnemanuel.com

    Dakota Speas (*pro hac vice* forthcoming)  
    Quinn Emanuel Urquhart & Sullivan, LLP  
    865 S. Figueroa St., 10th Floor  
    Los Angeles, California 90017  
    Tel.: (213) 443-3000  
    dakotaspeas@quinnemanuel.com

    *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

Anthony J. Staltari hereby certifies pursuant to 28 U.S.C. § 1476 that:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendants in this action and am a member in good standing of the Bar of the United States District Court for the District of New Jersey.

2. On this date, I filed the annexed document via the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service of same upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing statements are true and correct. Executed in Denville, New Jersey on this 6th day of September, 2023.

                                                               /s/   *Anthony J. Staltari*
                                                                   Anthony J. Staltari