# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Traders Global Group Inc., a New Jersey ) <br> corporation, d/b/a "My Forex Funds"; ) <br> Traders Global Group Inc., a Canadian ) <br> business organization; and Murtuza ) <br> Kazmi, ) <br> ) <br> Defendants. ) | Civil Action No. 3:23-cv-11808 <br><br> Judge Zahid N. Quraishi |

### [Proposed] Order Extending the Statutory Restraining Order and Continuing Preliminary Injunction Hearing

Before the Court is Plaintiff's and Defendants' Stipulation and Joint Motion to Extend the Statutory Restraining Order and Continue Preliminary Injunction Hearing.

1. Having considered the matter, **THE COURT FINDS** that there is good cause to extend the expiration of the Statutory Restraining Order by fourteen days and continue the preliminary injunction hearing. This extension will allow counsel for the parties to engage in further discussions and determine whether they can reach an agreement on the CFTC's request for a preliminary injunction (Dkt. 7) without the need for a preliminary injunction hearing. Further, in the event there is a need for preliminary injunction hearing, the extension will also give the Court time to review any additional pleadings or evidence the parties may file related to that hearing. Therefore, the Court **GRANTS** the parties' joint request.

The Statutory Restraining Order (Dkt. 13) is hereby extended and shall remain in full force and effect until September 26, 2023.

Further, the hearing on Plaintiff's Motion for a Preliminary Injunction is also continued until \_\_\_\_ day of September, 2023 at _____ in Courtroom 4W at the Clarkson S. Fisher Building & United States Courthouse at 402 East State Street, Trenton, New Jersey. Should any party wish to file a memorandum of law or other papers concerning the issuance of a preliminary injunction against the Defendants, such materials shall be filed, served and received by all parties at least \_\_\_\_ days before the hearing ordered above.

**IT IS SO ORDERED.**

Dated: _____

_____
**U.S. District Court Judge**