**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Temporary Receiver*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP INC., a New Jersey corporation, d/b/a "My Forex Funds"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>Defendants. | Civil Action No. 3:23-cv-11808-ZNQ-TJB |

**ORDER AUTHORIZING TEMPORARY RECEIVER TO EMPLOY: (I) McMANIMON, SCOTLAND & BAUMANN, LLC, AS COUNSEL; AND (II) EISNER ADVISORY GROUP LLC AS ACCOUNTANTS**

**THIS MATTER** having been opened to the Court by Anthony Sodono, III, Temporary Receiver ("Temporary Receiver") for Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi (the "Receivership Defendants"), upon Application of Temporary Receiver for Authorization to Employ Professionals: (i) McManimon, Scotland & Baumann, LLC ("MS&B"), as Counsel; and (ii) Eisner Advisory Group LLC ("Eisner") as Accountants; and it appearing that: (i) MS&B and Eisner do not represent or hold any adverse interest with respect to the matters upon which they are to be retained; (ii) MS&B and Eisner claim no interest in the suit or any of the parties thereto in any way which would disqualify them from serving the Temporary

Receiver in good faith as a fiduciary for all of the beneficial owners and creditors of the estate, as contemplated by L. Civ. R. 66.1(g) of the Local Civil Rules of the United States District Court for the District of New Jersey; and (iii) the employment of MS&B and Eisner is appropriate and necessary; and proper notice of the applications and certifications and proposed entry hereof having been given; and sufficient cause having been shown;

**IT IS** on this           day of September 2023;

**ORDERED** that the Temporary Receiver be and hereby is authorized to employ, effective as of August 29, 2023, MS&B as his counsel herein; and it is further

**ORDERED** that the Temporary Receiver be and hereby is authorized to employ Eisner as accountant herein; and it is further

**ORDERED** that compensation to MS&B and Eisner for services rendered and expenses incurred shall be pursuant to appropriate applications to be submitted and approved by this Court pursuant to L. Civ. R. 66.1(h) of the Local Civil Rules of the United States District Court for the District of New Jersey.

HONORABLE ZAHID N. QURAISHI
UNITED STATES BANKRUPTCY JUDGE