**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Temporary Receiver*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP INC., a New Jersey corporation, d/b/a "My Forex Funds"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>Defendants. | Civil Action No. 3:23-cv-11808-ZNQ-TJB |

**CERTIFICATION OF SERVICE**

1. I, **DIANE PERROTTA:**

    ☐ represent _____ in the above-captioned matter.

    ☒ am a secretary/paralegal for Anthony Sodono, III, Temporary Receiver in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On September 7, 2023, I caused copies of the following documents to be sent to the parties listed in the chart below:

    a. Application of Temporary Receiver for Authorization to Employ Professionals: (i) McManimon, Scotland & Baumann, LLC, as Counsel; and (ii) Eisner Advisory Group LLC as Accountants;

  b. Certification of Sari B. Placona, esq., in Support of Temporary Receiver's Application to Employ McManimon, Scotland & Baumann, LLC, as Counsel;

  c. Certification of Anthony R. Calascibetta, CPA, CFF, CTP, in Support of Temporary Receiver's Application to Employ Eisner Advisory Group LLC as Accountants; and

  d. proposed Order Authorizing Temporary Receiver to Employ: (i) McManimon, Scotland & Baumann, LLC, as Counsel; and (ii) Eisner Advisory Group LLC as Accountants.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 7, 2023          /s/ Diane Perrotta
                       DIANE PERROTTA

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ashley J. Burden, Esq.<br>Division of Enforcement<br>U.S. Commodity Futures Trading Commission<br>77 West Jackson Blvd., Ste. 800<br>Chicago, IL 60604<br>aburden@cftc.gov | *On Behalf of Plaintiff* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Elizabeth M. Streit, Esq.<br>U.S. Commodity Futures Trading Commission<br>500 W. Monroe Street, Ste. 1100<br>Chicago, IL 60661<br>estreit@cftc.gov | *On Behalf of Plaintiff* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Katherine Paulson, Esq.<br>U.S. Commodity Futures Trading Commission<br>77 West Jackson Blvd., Ste. 800<br>Chicago, IL 60604<br>kpaulson@cftc.gov | *On Behalf of Plaintiff* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven I. Sofer, Esq.<br>Haddon Murray, Esq.<br>Gowling WLG<br>100 King Street West, Ste. 1600<br>Toronto, MSX 1G5<br>CANADA<br>Steven.sofer@gowlingwlg.com<br>haddon.murray@gowlingwlg.com | *Canadian Attorneys for Receivership Defendants* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael Shaheen, III, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Ste. 900<br>Washington, DC  20005<br>michaelshaheen@quinnemanuel.com | *US Attorneys for Receivership Defendants* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony J. Staltari, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Fl.<br>New York, NY  10010<br>Anthonystaltari@quinnemanuel.com | *US Attorneys for Receivership Defendants* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dakota Speas, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa Street, 10th Fl.<br>Los Angeles, CA  90017<br>dakotaspeas@quinnemanual.com | *US Attorneys for Receivership Defendants* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony R. Calascibetta, CPA, CFF, CTP<br>Eisner Advisory Group LLC<br>111 Wood Avenue South<br>Iselin, NJ  08830<br>Anthony.calascibetta@eisneramper.com | *Accountants for Temporary Receiver* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |