# Exhibit A

**Declaration of Ashley J. Burden Pursuant to 28 U.S.C. § 1746**

I, Ashley J. Burden, Senior Trial Attorney for Plaintiff Commodity Futures Trading Commission ("CFTC"), hereby declare on the basis of my personal knowledge that the following documents, appended as exhibits to the CFTC's Motion for Statutory Restraining Order and Preliminary Injunction Pursuant to 7 U.S.C. § 13a-1 ("SRO Motion"), are true and accurate copies of documents produced or provided by, or otherwise obtained from, third parties during the course of the CFTC's investigation of Defendants.

| Ex. | Description[1] | Producing Party | Bates No. |
|---|---|---|---|
| A-1 | N.J. Dept. of Treas. Bus. Recs. Result for Traders Global | N/A | N/A, available at https://www.njportal.com/dor/businessnamesearch/ |
| A-2 | TD Bank Cert. re Beneficial Owners of Traders Global US | TD Bank | TDBank-0000000002 |
| A-3 | MyForexFunds "Company Update" YouTube video, Oct. 26, 2022 | N/A | N/A, available at https://www.youtube.com/watch?v=HhGNWaIZ5VU |
| A-4 | Corps. Canada Search Result for Traders Global | N/A | N/A, available at https://ised-isde.canada.ca/cc/lgcy/fdrlCrpSrch.html |
| A-5 | BMO Bank of Montreal Acct. Opening Docs. for Traders Global Canada | BMO Montreal via Ontario Securities Commission ("OSC") | OSC-0000000128 (excerpt) |
| A-6 | TD Bank Group Cust. Info. Inquiry re Traders Global Canada | TD Bank Group via OSC | OSC-0000000004 (excerpt) |

---

[1] Descriptions are authored by the undersigned.

| A-7 | Kazmi TD Bank Acct. Statement, Nov. 6, 2021 | TD Bank US | TDBank-0000000019 (excerpt) |
| --- | --- | --- | --- |
| A-8 | ███████ Mortgage File | TD Canada, via OSC | OSC-0000000005 (excerpt) |
| A-9 | Kimmel Trading "My Forex Funds FOUNDER INTERVIEW!!" YouTube video, Dec. 11, 2021 | N/A | N/A available at https://www.youtube.com/watch?v=H3v7CeitqrM |
| A-10 | Emails between J. Dentrinos, Traders Global, and J Sorenson, iS Risk, Aug. 2, 2022 | iS Risk | IS Risk Analytics-0000002198 (excerpt) |
| A-11 | iS Risk Chat Log | iS Risk | IS Risk Analytics-0000006303 (excerpts) |
| A-12 | Emails between J. Dentrinos, Traders Global, and various iS Risk personnel, Feb. 17-18, 2022 | iS Risk | IS Risk Analytics-0000002397 |
| A-13 | Emails from J. Dentrinos, Traders Global, to J. Wilkins, et al., iS Risk, Feb. 26-27, 2022 | iS Risk | IS Risk Analytics-0000002381 |
| A-14 | Email from J. Wilkins, iS Risk, to J. Dentrinos, Traders Global, June 22, 2022 | iS Risk | IS Risk Analytics-0000003311 |
| A-15 | Agreement between iS Risk and Traders Global | iS Risk | IS Risk Analytics-0000008754 |
| A-16 | Email from iS Risk Reports to M. Kazmi, Apr. 18, 2022 | iS Risk | IS Risk Analytics-0000005351 |
| A-17 | Wire Payment to "Rm Auctions Inc" for "Auction Ultimae Coupe" | TD Bank | TDBank-0000000021 |

| A-18 | RM Auctions Webpage re Lamborghini Ultimae Coupe | N/A | N/A, available at https://rmsothebys.com/en/auctions/la22/the-ultimate/lots/n0001-lamborghini-11-nft-and-the-last-aventador-coupe-ever-produced/1240054 |
|---|---|---|---|
| A-19 | Traders Global Canada BMO Acct. Statement, Dec. 30, 2022 | BMO Montreal via OSC | OSC-0000000310 |
| A-20 | RM Auctions Webpage re Bugatti | N/A | N/A, available at https://rmsothebys.com/en/auctions/mi22/miami/lots/r0045-2019-bugatti-chiron-sport/1305691 |
| A-21 | Traders Global Canada BMO Acct. Statement, Apr. 28, 2023 | BMO Montreal via OSC | OSC-0000000306 |
| A-22 | J. Dentrinos Contractor Agreement | Deel | Deel_CFTC_00000106 (excerpt) |
| A-23 | Contractor Agreement with Customer 1 | Deel | Deel_CFTC_00154789 |
| A-24 | Contractor Agreement with Customer 2 | Deel | Deel_CFTC_00271397 |
| A-25 | Contractor Agreement with Customer 3 | Deel | Deel_CFTC_00153890 |
| A-26 | Invoice from Customer 4 | Deel | Deel_CFTC_00437188 |
| A-27 | Invoice from Customer 5 | Deel | Deel_CFTC_00437182 |
| A-28 | Invoice from Customer 3 | Deel | Deel_CFTC_00459708 |
| A-29 | Deel Acct. Opening Docs.; Traders Global Bank Statement, Aug. 31, 2021 | Deel | Deel_CFTC_00000001 |
| A-30 | Deel Acct. Opening Docs.; Traders Global Cert. of Incorp. | Deel | Deel_CFTC_00000003 |
| A-31 | Deel Acct. Opening Docs.; Kazmi Passport | Deel | Deel_CFTC_00000002 |

| A-32 | Coinbase Commerce Merchant Registration for My Forex Funds | Coinbase | CB_C0526_000000006 (excerpt) |
|---|---|---|---|
| A-33 | Coinbase Acct. Opening Info. | Coinbase | CB_C0526_00000001 |
| A-34 | Traders Global US Cert. of Account Resolution for BMO Harris | BMO Montreal via OSC | OSC-0000000129 |
| A-35 | Cancelled Check for Somerset Deposit | TD Bank | TDBank-0000000016 |
| A-36 | Cancelled Check for Somerset Balance | TD Bank | TDBank-0000000017 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 24, 2023          s/ Ashley J. Burden
                                  Senior Trial Attorney
                                  Division of Enforcement
                                  Commodity Futures Trading Commission
                                  77 West Jackson Blvd.
                                  Suite 800
                                  Chicago, IL 60604
                                  Office:  (312) 596-0693
                                  Cell:    (312) 995-0779
                                  aburden@cftc.gov