# Exhibit A-1

```
Status Report For:       TRADERS GLOBAL GROUP INCORPORATED
Report Date:             5/1/2023
Confirmation Number:     231212987320
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:      0450639288
Business Type:           DOMESTIC PROFIT CORPORATION
Status:                  ACTIVE
Original Filing Date:    04/22/2021
Stock Amount:            100
Home Jurisdiction:       NJ
Status Change Date:      NOT APPLICABLE
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start Date:   N/A
DOR Suspension End Date:     N/A
Tax Suspension Start Date:   N/A
Tax Suspension End Date:     N/A
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:     APRIL
Last Annual Report Filed: N/A
Year:                    N/A
```

**AGENT/SERVICE OF PROCESS (SOP) INFORMATION**

```
Agent:                   MURTUZA KAZMI
Agent/SOP Address:       ▇▇▇▇▇▇▇▇▇▇ PHILLIPSBURG, NJ, 08865
Address Status:          DELIVERABLE
Main Business Address:   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, PARSIPPANY, NJ, 07054
Principal Business Address: N/A
```

**ASSOCIATED NAMES**

```
Associated Name:         N/A
Type:                    N/A
```

**PRINCIPALS**

1

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

```
        Title:              OTHER
        Name:               MURTUZA KAZMI,
        Address:                                             , PARSIPPANY,
                            NJ, 07054
```

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

```
        Original Filing         2021
        (Certificate)Date:
```

Changes and Amendments to the Original Certificate:

```
        Filing Type             Year Filed
        N/A                     N/A
```

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.