# Exhibit A-3

# Filed in native video format