Exhibit A-4

Federal Corporation Information - 1264617-0 - Online Filing Centre - Corporations Canada - Corporations - Innovation, Science and Economic Development Canada

Case 3:23-cv-11808-ZNQ-TJB   Document 33-5   Filed 09/11/23   Page 2 of 5 PageID: 1126

Canada.ca ▸ Innovation, Science and Economic Development Canada ▸ Corporations Canada ▸ Search for a Federal Corporation

# Federal Corporation Information

## Federal Corporation Information - 1264617-0

> ⚠ Beware of scams and other suspicious activities. See Corporations Canada's alerts.

> 📝 **Note**
> This information is available to the public in accordance with legislation (see Public disclosure of corporate information).

Glossary of Terms used on this page

**Order copies of corporate documents**

| | |
|---|---|
| **Corporation Number** | 1264617-0 |
| **Business Number (BN)** | ███████ 0001 |
| **Corporate Name** | Traders Global Group Incorporated |
| **Status** | Active |
| **Governing Legislation** | Canada Business Corporations Act - 2021-01-13 |

Order a Corporate Profile [View PDF Sample] [View HTML Sample].

### Registered Office Address

███████████
Vaughan ON L4K 2N1
Canada

Federal Corporation Information - 1264617-0 - Online Filing Centre - Corporations Canada - Corporations - Innovation, Science and Economic Development Canada

Case 3:23-cv-11808-ZNQ-TJB   Document 33-5   Filed 09/11/23   Page 3 of 5 PageID: 1127

☐ **Note**

Active CBCA corporations are required to update this information within 15 days of any change. A corporation key is required. If you are not authorized to update this information, you can either contact the corporation or contact Corporations Canada. We will inform the corporation of its reporting obligations.

## Directors

**Minimum**   1              **Maximum**   10

Murtuza Kazmi



Vaughan ON L4K 2N1
Canada

☐ **Note**

Active CBCA corporations are required to update director information (names, addresses, etc.) within 15 days of any change. A corporation key is required. If you are not authorized to update this information, you can either contact the corporation or contact Corporations Canada. We will inform the corporation of its reporting obligations.

## Annual Filings

| | |
|---|---|
| **Anniversary Date (MM-DD)** | 01-13 |
| **Date of Last Annual Meeting** | Not available |
| **Annual Filing Period (MM-DD)** | 01-13 to 03-14 |
| **Type of Corporation** | Not available |

Federal Corporation Information - 1264617-0 - Online Filing Centre - Corporations Canada - Corporations - Innovation, Science and Economic Development Canada

Case 3:23-cv-11808-ZNQ-TJB   Document 33-5   Filed 09/11/23   Page 4 of 5 PageID: 1128

| Status of Annual Filings | 2022 - Overdue |
|---|---|

## Corporate History

### Corporate Name History

| 2021-01-13 to Present | Traders Global Group Incorporated |
|---|---|

### Certificates and Filings

| Certificate of Incorporation | 2021-01-13 |
|---|---|

[Order copies of corporate documents]

[Start New Search]   Return to Search Results

Date Modified: 2022-07-06

Contact us

Departments and agencies

Public service and military

News

Treaties, laws and regulations

Government-wide reporting

Prime Minister

How government works

Open government

- Social media
- Terms and conditions

3

https://www.ic.gc.ca/.../CorporationsCanada/fdrlCrpDtls.html?corpId=12646170&V_TOKEN=null&crpNm=&crpNmbr=12646170&bsNmbr=[8/5/2022 2:38:53 PM]

Federal Corporation Information - 1264617-0 - Online Filing Centre - Corporations Canada - Corporations - Innovation, Science and Economic Development Canada

Case 3:23-cv-11808-ZNQ-TJB   Document 33-5   Filed 09/11/23   Page 5 of 5 PageID: 1129

- Mobile applications
- About Canada.ca
- Privacy

Top of Page