# Exhibit A-6



**TD Bank Group**
Legal Department
3500 Steeles Avenue East, Tower 1 Level 1
Markham, Ontario L3R 2Z1
T: 416-982-2193 F: 416-982-7505

January 18, 2023

Emeka Ezeogu
Investigation Counsel
Ontario Securities Commission

Hello Emeka,

**RE: ORDER 2023-201152 WITH RESPECT TO THE OPEN AND CLOSE DATES AND STATUS AND TYPE AS LISTED BELOW.**

Please see the following:

| TRADERS GLOBAL GROUP INCORPORATED | | | | |
|---|---|---|---|---|
| **Account Number** | **Type of Account** | **Status of Account** | **Date Account Opened** | **Date Account Closed** |
| ▇0542 | BUSINESS CAD | CLOSED | 04/27/2021 | 12/01/2022 |
| ▇0542 | BUSINESS USD | CLOSED | 04/27/2021 | 12/01/2022 |
| ▇7299 | ACCESS CARD | ACTIVE | 04/27/2021 | 12/12/2022 |
| ▇35A/B | TRADING | ACTIVE | TBA | TBA |
| ▇33A/B | TRADING | ACTIVE | TBA | TBA |

If you have any questions or concerns, please do not hesitate to contact me.

Elaine Cushing
Production Order Specialist

Member of TD Bank Group

Internal

1

```
APPL: CIF  TRAN: ECIF      ID:                                              SC:
BR #: 7770              CUSTOMER INFORMATION ENQUIRY       PAGE     1 MORE
                                                           ADDRESS  1 OF  2
NAME         : TRADERS GLOBAL GROUP INCORPORATED     :        ALERT
NAME CONTD  :                                        :        REFER ECOM
NAME CONTD  :                                        :
ALIAS NAME  :                                        :
ATTN        :                                        : LAST MAINTENANCE
SP ADDR     :                                        :   DATE   : JUL/08/2022
STREET      :                                        :   BRANCH : 1438
CITY/FRGN   : VAUGHAN                                :
PROV/ST     : ON   P/Z CODE : L4K 2N1    COUNTRY : CAN
PHONE                  - 9093       FAX: RFS    -        MOBILE:          - 9093
INTERNATIONAL PHONE:   011
EMAIL: murtuza@myforexfunds.com
--------------------------------------------------------------------------------
```

2

```
APPL: CIF  TRAN: EOCI       ID:                                              SC:
BR #: 7770                OTHER CUSTOMER INFORMATION ENQUIRY
                          TRADERS GLOBAL GROUP INCORPORATED          ALERT
                                                                     REFER ECOM


CLASSIFICATION CODE : 520    PRIVATE NON-PROFIT INSTITUTIONS
SIC CODE            : 8599 OTHER EDUCATIONAL SERVICES
COMPANY TYPE: I PRIVATE INCORPORATED    BUS TYPE : CR CORPORATION
BUS. INC. #    :         617-0       : PROV/ST  : NU : COUNTRY : CAN
BUSINESS # (BN):                 :      TRUST ACCT #   :
PREFERRED LANG :                        LANGUAGE       : E
                                        SWIFT NUMBER   :
SPECIAL CODES  : CAM  M$B               NOT-FOR-PROFIT : NO
RES CODE       : 12   ONTARIO
TAX COUNTRY    : CAN  CANADA
TAX COUNTRY NOTIFY DATE :               BRANCH OF RECORD     : 0542
STATUS         : 00   NORMAL            CUSTOMER SINCE DATE  : APR/2021
STATUS EFF DATE    : APR/2021           MAIL CODE            : 0
LAST MAINT DATE    : JUL/08/2022        LAST COMB DATE       : JUN/21/2022
LAST MAINT BRANCH  : 1438                COMB BRANCH #       : 1253
USER ID: CUSHIE            PSWD:
INCOMPLETE FIELDS - UPDATE MOCI OR REQUEST NEXT TRANSACTION
1/HELP 3/END 4/MAIN 5/PREV   12/LOGOFF
                IMSTX TCIF0140 LTRM M4900032 MOD MOC140E1 01/17/23 15:21:04
```

3

OSC-0000000004

```
APPL: CIF TRAN: EOAD      ID:                                              SC:
BR #: 7770                OFFICERS AND DIRECTORS ENQUIRY      PAGE   1 OF LAST
                          TRADERS GLOBAL GROUP INCORPORATED          ALERT
                                                                     REFER ECOM



FN
_ NAME: MR       : MURTUZA*KAZMI*                             SIGN  %OWN: 100.00
  TITLE: CEO     TITLE DESC: CHIEF EXEC OFFICER    : DIR: Y   OFFR: Y ON MCIF: Y

  NAME:          :                                            SIGN  %OWN:
  TITLE:         TITLE DESC:                       : DIR:     OFFR:   ON MCIF:

  NAME:          :                                            SIGN  %OWN:
  TITLE:         TITLE DESC:                       : DIR:     OFFR:   ON MCIF:

  NAME:          :                                            SIGN  %OWN:
  TITLE:         TITLE DESC:                       : DIR:     OFFR:   ON MCIF:

USER ID: CUSHIE           PSWD:          SUPV ID:                 PSWD:
REQUEST NEXT TRANSACTION
1/HELP 3/END 4/MAIN
                   IMSTX TCIF0190 LTRM M4900032 MOD MOC190A1 01/17/23 15:21:14
```

4

OSC-0000000004