# Exhibit A-7





Go paperless.
Scan the QR code to opt in to paperless statements.

America's Most Convenient Bank®     E     **STATEMENT OF ACCOUNT**

MURTUZA H KAZMI

PHILLIPSBURG NJ  08865-2573

| | |
|---|---|
| Page: | 1 of 6 |
| Statement Period: | Oct 07 2021-Nov 06 2021 |
| Cust Ref #: | 6251812351-670-E-*** |
| Primary Account #: | 2351 |

## TD Beyond Checking

MURTUZA H KAZMI                                                                                                Account #          2351

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,955,206.39 | Average Collected Balance | 6,751,391.34 |
| Electronic Deposits | 5,548,597.08 | Interest Earned This Period | 57.34 |
| Other Credits | 57.34 | Interest Paid Year-to-Date | 89.45 |
| | | Annual Percentage Yield Earned | 0.01% |
| Checks Paid | 4.99 | Days in Period | 31 |
| Electronic Payments | 2,015,816.67 | | |
| Ending Balance | 9,488,039.15 | | |

| | Total for this Period | Total Year-to-Date** |
|---|---|---|
| Overdraft Payback (2/year) | 0 | 0 of 2 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-P7O0J4U7E0W5 | 298,591.11 |
| 10/08 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-M3S9M4X7Q3O6 | 236,750.42 |
| 10/12 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-K5Y6R0F3F8X8 | 194,108.16 |
| 10/13 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-S5Y8O5S6Q4X5 | 203,775.25 |
| 10/14 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-B4C4Z2V7Q3Q6 | 681,213.47 |
| 10/15 | ACH DEPOSIT, IRS  TREAS 310   CHILDCTC ****30051200908 | 300.00 |
| 10/15 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-Q6W2O8I0W5X1 | 184,301.13 |
| 10/18 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-P9V9P6S1A5P0 | 179,226.02 |
| 10/19 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-C5M4Y5G0J6W5 | 214,907.53 |
| 10/20 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-L1R1Z5W6U8B7 | 405,803.00 |
| 10/21 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-G8K2T0J7D3M2 | 197,964.75 |
| 10/22 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-M7Z3I7G9E0Q2 | 194,991.95 |
| 10/25 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-D9I0M7E8W4K9 | 174,678.19 |
| 10/26 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-I2V6U7L6N6A8 | 191,657.65 |
| 10/27 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-W4O2K0Z3M1Y0 | 413,783.77 |

Call  1-800-836-0853 for 24-hour Bank-by-Phone services  or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

Page:　　　　2 of 6

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance　　9,488,039.15

❷ Total Deposits　　+

❸ Sub Total

❹ Total Withdrawals　　-

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY   IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

　Your name and account number.
　A description of the error or transaction you are unsure about.
　The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY   BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

　Your name and account number.
　The dollar amount of the suspected error.
　Describe the error and explain, if you can, why you believe there is an error.
　If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**2**



**STATEMENT OF ACCOUNT**

MURTUZA H KAZMI

| | |
|---|---|
| Page: | 3 of 6 |
| Statement Period: | Oct 07 2021-Nov 06 2021 |
| Cust Ref #: | 6251812351-670-E-*** |
| Primary Account #: | 2351 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/28 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-H7D1V2T6E0W4 | 193,514.71 |
| 10/29 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-S7O3K3D2M3W1 | 207,553.84 |
| 11/01 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-D3R6W1Z9I7K8 | 206,286.79 |
| 11/02 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-U9Y8U4M3K0T9 | 183,562.63 |
| 11/03 | ACH IAT CREDIT, Traders Global G 3597REFUND ****83506 | 353.76 |
| 11/03 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-M8S4R8E4Q9T9 | 530,407.22 |
| 11/04 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-L5C1M6G2M5V9 | 239,410.84 |
| 11/05 | CCD DEPOSIT, WOOCOMMERCE PAYM WOOCOMMERC ST-N4C5C9E6I7H0 | 215,454.89 |
| | Subtotal: | 5,548,597.08 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | INTEREST PAID | 57.34 |
| | Subtotal: | 57.34 |

### Checks Paid    No. Checks: 1

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 10/12 | 1951 | 4.99 |
| | Subtotal: | 4.99 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | eTransfer Debit, Online Xfer Transfer to CK 5186 | 2,000,000.00 |
| 10/12 | TD ATM DEBIT, *****30180051262, AUT 100921 DDA WITHDRAW 1321 ROUTE 22    PHILLIPSBURG * NJ | 1,000.00 |
| 10/12 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****165804173 | 3.18 |
| 10/12 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****198969900 | 3.35 |
| 10/12 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****165125744 | 24.58 |
| 10/12 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****198457254 | 26.27 |
| 10/12 | TD ATM DEBIT, *****30180051262, AUT 101221 DDA WITHDRAW 1321 ROUTE 22    PHILLIPSBURG * NJ | 1,000.00 |
| 10/13 | TD ATM DEBIT, *****30180051262, AUT 101321 DDA WITHDRAW 1321 ROUTE 22    PHILLIPSBURG * NJ | 1,000.00 |
| 10/14 | ELECTRONIC PMT-WEB, PAYPAL INST XFER DISCORD | 9.99 |
| 10/14 | TD ATM DEBIT, *****30180051262, AUT 101421 DDA WITHDRAW 1321 ROUTE 22    PHILLIPSBURG * NJ | 1,000.00 |

Call 1-800-836-0853 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TDBank-0000000019



**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MURTUZA H KAZMI

| | |
|---|---|
| Page: | 4 of 6 |
| Statement Period: | Oct 07 2021-Nov 06 2021 |
| Cust Ref #: | 6251812351-670-E-*** |
| Primary Account #: | 2351 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | TD ATM DEBIT, *****30180051262, AUT 101521 DDA WITHDRAW<br>1321 ROUTE 22     PHILLIPSBURG * NJ | 1,000.00 |
| 10/18 | DEBIT CARD PURCHASE, *****30180051262, AUT 101721 VISA DDA PUR<br>APNA PUNJAB        BETHLEHEM   * PA | 69.65 |
| 10/18 | DEBIT POS, *****30180051262, AUT 101721 DDA PURCHASE<br>AZAR SUPERMARKET 3131 LI   BETHLEHEM   * PA | 136.72 |
| 10/18 | DEBIT POS, *****30180051262, AUT 101721 DDA PURCHASE<br>WAL MART 2497        PHILLIPSBURG * NJ | 50.66 |
| 10/18 | TD ATM DEBIT, *****30180051262, AUT 101721 DDA WITHDRAW<br>1321 ROUTE 22     PHILLIPSBURG * NJ | 1,000.00 |
| 10/18 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****285010625 | 3.38 |
| 10/18 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****286644823 | 24.29 |
| 10/18 | ELECTRONIC PMT-WEB, PAYPAL INST XFER ANCESTRYCOM | 26.74 |
| 10/18 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****287552264 | 38.89 |
| 10/18 | ELECTRONIC PMT-WEB, AMEX EPAYMENT ACH PMT A0874 | 575.79 |
| 10/20 | ELECTRONIC PMT-WEB, PAYPAL INST XFER GODADDY.COM | 99.99 |
| 10/20 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****352322646 | 3.22 |
| 10/20 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****351640704 | 24.31 |
| 10/21 | ELECTRONIC PMT-WEB, AMEX EPAYMENT ACH PMT W8676 | 142.99 |
| 10/21 | ELECTRONIC PMT-WEB, AMEX EPAYMENT ACH PMT W7250 | 334.67 |
| 10/25 | DEBIT CARD PURCHASE, *****30180051262, AUT 102421 VISA DDA PUR<br>PHILLIPS 66  FUELS STOP   PHILLIPSBURG * NJ | 21.27 |
| 10/25 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****436154646 | 3.38 |
| 10/25 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****435496005 | 24.36 |
| 10/25 | ELECTRONIC PMT-WEB, PAYPAL INST XFER KOA786 | 201.00 |
| 10/26 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****448357571 | 4.23 |
| 10/26 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****447282102 | 24.14 |
| 10/28 | ELECTRONIC PMT-WEB, AMEX EPAYMENT ACH PMT W7242 | 135.00 |
| 10/28 | ELECTRONIC PMT-WEB, AMEX EPAYMENT ACH PMT W6340 | 218.95 |
| 10/28 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****488679209 | 3.39 |
| 10/28 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****488043181 | 24.30 |
| 10/28 | DEBIT POS, *****30180051262, AUT 102821 DDA PURCHASE<br>THE HOME DEPOT 0903    S PLAINFIELD * NJ | 34.22 |
| 11/01 | DEBIT CARD PURCHASE, *****30180051262, AUT 103021 VISA DDA PUR<br>T MOBILE STORE  552D    SOMERSET   * NJ | 159.91 |
| 11/01 | DEBIT CARD PURCHASE, *****30180051262, AUT 103021 VISA DDA PUR<br>T MOBILE STORE  552D    SOMERSET   * NJ | 127.92 |
| 11/01 | DEBIT CARD PURCHASE, *****30180051262, AUT 103021 VISA DDA PUR<br>RAYMOUR  FLANIGAN F4    NORTH BRUNSWI * NJ | 3,460.64 |
| 11/01 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****540502016 | 3.38 |
| 11/01 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****523087481 | 4.22 |
| 11/01 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****539550070 | 32.17 |

Call 1-800-836-0853 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TDBank-0000000019



**STATEMENT OF ACCOUNT**

MURTUZA H KAZMI

| | |
|---|---|
| Page: | 5 of 6 |
| Statement Period: | Oct 07 2021-Nov 06 2021 |
| Cust Ref #: | 6251812351-670-E-*** |
| Primary Account #: | 2351 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | ACH IAT DEBIT, UBER HOLDINGS CA IAT PAYPAL ****521932937 | 66.78 |
| 11/01 | TD ATM DEBIT, *****30180051262, AUT 110121 DDA WITHDRAW<br>1321 ROUTE 22        PHILLIPSBURG * NJ | 1,000.00 |
| 11/02 | INTL DEBIT CARD PMT, *****30180051262, AUT 110121 INTL DDA PUR<br>VENNGAGE COM        TORONTO     C AN | 49.00 |
| 11/02 | DEBIT CARD PURCHASE, *****30180051262, AUT 110121 VISA DDA PUR<br>COA CHEAPOAIR COM AIR     CHEAPOAIR COM * NY | 150.00 |
| 11/02 | DEBIT CARD PURCHASE, *****30180051262, AUT 110121 VISA DDA PUR<br>COA HTTP  WWW CHEAPOA     CHEAPOAIR COM * NY | 29.90 |
| 11/02 | ACH IAT DEBIT, THINK HUGE LIMIT IAT PAYPAL ****565579654 | 392.00 |
| 11/02 | TD ATM DEBIT, *****30180051262, AUT 110221 DDA WITHDRAW<br>1321 ROUTE 22        PHILLIPSBURG * NJ | 1,000.00 |
| 11/03 | DEBIT CARD PURCHASE, *****30180051262, AUT 110121 VISA DDA PUR<br>AIR CANADA 014765560317   NEW YORK    * NY | 523.92 |
| 11/03 | DEBIT CARD PURCHASE, *****30180051262, AUT 110321 VISA DDA PUR<br>AIR CANADA 014765560317   NEW YORK    * NY | 523.92 |

Subtotal:    2,015,816.67

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/06 | 5,955,206.39 | 10/22 | 6,939,535.52 |
| 10/07 | 4,253,797.50 | 10/25 | 7,113,963.70 |
| 10/08 | 4,490,547.92 | 10/26 | 7,305,592.98 |
| 10/12 | 4,682,593.71 | 10/27 | 7,719,376.75 |
| 10/13 | 4,885,368.96 | 10/28 | 7,912,475.60 |
| 10/14 | 5,565,572.44 | 10/29 | 8,120,029.44 |
| 10/15 | 5,749,173.57 | 11/01 | 8,321,461.21 |
| 10/18 | 5,926,473.47 | 11/02 | 8,503,402.94 |
| 10/19 | 6,141,381.00 | 11/03 | 9,033,116.08 |
| 10/20 | 6,547,056.48 | 11/04 | 9,272,526.92 |
| 10/21 | 6,744,543.57 | 11/05 | 9,488,039.15 |

Call 1-800-836-0853 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



MURTUZA H KAZMI

**STATEMENT OF ACCOUNT**

Page: 6 of 6
Statement Period: Oct 07 2021-Nov 06 2021
Cust Ref #: 6251812351-670-E-***
Primary Account #: 2351



#1951          10/12          $4.99