# Exhibit A-8

EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B

DocuSign Envelope ID: CB628F26-3F2B-4507-BB5E-AE97EC027237

DocuSign Envelope ID: A8654447-DAF9-4720-B884-5CDA9346631E

**OREA** Ontario Real Estate Association  **Agreement of Purchase and Sale**

**Form 100**
for use in the Province of Ontario

This Agreement of Purchase and Sale dated this ......**10**...... day of.........................**April**......................... 20.**22**..

**BUYER:** .....**Muhammad Murtuza Kazmi**......... **&** ........................**Kazmi**........., agrees to purchase from
(Full legal names of all Buyers)

**SELLER:** ...........**Flora Di Menna**........................................................................., the following
(Full legal names of all Sellers)

**REAL PROPERTY:**

Address ...........................................................  **Richmond Hill**  **ON**  **L4C6X6**

fronting on the .............**South**............... side of ...................**Westwood Lane**.........................

In the ...............**City of**...............................................................**Richmond Hill**.....................

and having a frontage of ..........**100.00**........**Feet**....... more or less by a depth of ..........**300.00**.........**Feet**..... more or less

and legally described as .........**TWELVE MILLION SIX HUNDRED THOUSAND**....... MKek   MKek   MKek
**RICHMOND HILL**   $12,000,000.00
(the "property")
(legal description of land including easements not described elsewhere)   13,600,000.00

**PURCHASE PRICE:**   TWELVE MILLION   Dollars (CDN$)   11,250,000.00
THIRTEEN Million Six Hundred Thousand   13,200,000.
~~Eleven-Million-Two-Hundred-Fifty-Thousand~~   $12,600,000.00   Dollars

**DEPOSIT:** Buyer submits ........................ **upon acceptance**   $1,500,000.00
(Herewith/Upon Acceptance/as otherwise described in this Agreement)
..........**One Million Five Hundred**...........**Thousand**........... Dollars (CDN$)   ~~1,000,000.00~~

by negotiable cheque payable to ......**ALAN NEWTON REAL ESTATE LTD., BROKERAGE**...... "Deposit Holder" to be held
in trust pending completion or other termination of this Agreement and to be credited toward the Purchase Price on completion. For the purposes of this
Agreement, "Upon Acceptance" shall mean that the Buyer is required to deliver the deposit to the Deposit Holder within 24 hours of the acceptance of
this Agreement. The parties to this Agreement hereby acknowledge that, unless otherwise provided for in this Agreement, the Deposit Holder shall place
the deposit in trust in the Deposit Holder's non-interest bearing Real Estate Trust Account and no interest shall be earned, received or paid on the deposit.

Buyer agrees to pay the balance as more particularly set out in Schedule A attached.

**SCHEDULE(S) A**.........................**and Schedule B and C**....................attached hereto form(s) part of this Agreement.

**BUYER**

1. **IRREVOCABILITY:** This offer shall be irrevocable by ...................**Buyer**................... until ......**11:59pm**...... on the ..**12**..
(Seller/Buyer)
day of.................**April**................. 20 ..**22**..., after which time, if not accepted, this offer shall be null and void and the deposit   13
shall be returned to the Buyer in full without interest.

2. **COMPLETION DATE:** This Agreement shall be completed by no later than 6:00 p.m. on the ......**31**...... day of ...................**May**...................

20 ..**22**......... Upon completion, vacant possession of the property shall be given to the Buyer unless otherwise provided for in this Agreement.

**INITIALS OF BUYER(S):** (MKek)   **INITIALS OF SELLER(S):** 

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Services® and associated logos are owned or controlled by
The Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the
quality of services they provide. Used under license.
© 2022, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction
by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter
when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.

**Form 100**  Revised 2022  **Page 1 of 9**

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

1

OSC-0000000005

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B

DocuSign Envelope ID: CB528F26-3F2B-4507-B85E-AE97EC327237

DocuSign Envelope ID: A8854447-DAF0-4720-B884-5CDA0346831E

3. **NOTICES:** The Seller hereby appoints the Listing Brokerage as agent for the Seller for the purpose of giving and receiving notices pursuant to this Agreement. Where a Brokerage (Buyer's Brokerage) has entered into a representation agreement with the Buyer, the Buyer hereby appoints the Buyer's Brokerage as agent for the purpose of giving and receiving notices pursuant to this Agreement. **Where a Brokerage represents both the Seller and the Buyer (multiple representation), the Brokerage shall not be appointed or authorized to be agent for either the Buyer or the Seller for the purpose of giving and receiving notices.** Any notice relating hereto or provided for herein shall be in writing. In addition to any provision contained herein and in any Schedule hereto, this offer, any counter-offer, notice of acceptance thereof or any notice to be given or received pursuant to this Agreement or any Schedule hereto (any of them, "Document") shall be deemed given and received when delivered personally or hand delivered to the Address for Service provided in the Acknowledgement below, or where a facsimile number or email address is provided herein, when transmitted electronically to that facsimile number or email address, respectively, in which case, the signature(s) of the party (parties) shall be deemed to be original.

FAX No.: ......................................................     FAX No.: ......................................................
(For delivery of Documents to Seller)               (For delivery of Documents to Buyer)

Email Address: .......████████████████..     Email Address: .......████████████████.....

4. **CHATTELS INCLUDED:**
As per Schedule A

Unless otherwise stated in this Agreement or any Schedule hereto, Seller agrees to convey all fixtures and chattels included in the Purchase Price free from all liens, encumbrances or claims affecting the said fixtures and chattels.

5. **FIXTURES EXCLUDED:**
N/A

6. **RENTAL ITEMS (Including Lease, Lease to Own):** The following equipment is rented and **not** included in the Purchase Price. The Buyer agrees to assume the rental contract(s), if assumable:
~~Hot-Water-Tank-(if-rental)~~    MK∉²

The Buyer agrees to co-operate and execute such documentation as may be required to facilitate such assumption.

7. **HST:** If the sale of the property (Real Property as described above) is subject to Harmonized Sales Tax (HST), then such tax shall be
...................**Included In**................... the Purchase Price. If the sale of the property is not subject to HST, Seller agrees to certify on or before
(included in/in addition to)
closing, that the sale of the property is not subject to HST. Any HST on chattels, if applicable, is not included in the Purchase Price.

**INITIALS OF BUYER(S):** (MK) (Đ)        **INITIALS OF SELLER(S):** (‾‾)

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Services® and associated logos are owned or controlled by The Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.
© 2022, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.

**Form 100**   Revised 2022    **Page 2 of 9**

OSC-0000000005

EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B

DocuSign Envelope ID: CB528F26-3F2B-4507-BB5E-AE97EC327237

DocuSign Envelope ID: A8854447-DAF9-4720-B884-5CDA9340631E

8. **TITLE SEARCH:** Buyer shall be allowed until 6:00 p.m. on the ....17.... day of ..............May.............., 20.22...., (Requisition Date) to examine the title to the property at Buyer's own expense and until the earlier of: (i) thirty days from the later of the Requisition Date or the date on which the conditions in this Agreement are fulfilled or otherwise waived or; (ii) five days prior to completion, to satisfy Buyer that there are no outstanding work orders or deficiency notices affecting the property, and that its present use (.............................Residential.............................) may be lawfully continued and that the principal building may be insured against risk of fire. Seller hereby consents to the municipality or other governmental agencies releasing to Buyer details of all outstanding work orders and deficiency notices affecting the property, and Seller agrees to execute and deliver such further authorizations in this regard as Buyer may reasonably require.

9. **FUTURE USE:** Seller and Buyer agree that there is no representation or warranty of any kind that the future intended use of the property by Buyer is or will be lawful except as may be specifically provided for in this Agreement.

10. **TITLE:** Provided that the title to the property is good and free from all registered restrictions, charges, liens, and encumbrances except as otherwise specifically provided in this Agreement and save and except for (a) any registered restrictions or covenants that run with the land providing that such are complied with; (b) any registered municipal agreements and registered agreements with publicly regulated utilities providing such have been complied with, or security has been posted to ensure compliance and completion, as evidenced by a letter from the relevant municipality or regulated utility; (c) any minor easements for the supply of domestic utility or telecommunication services to the property or adjacent properties; and (d) any easements for drainage, storm or sanitary sewers, public utility lines, telecommunication lines, cable television lines or other services which do not materially affect the use of the property. If within the specified times referred to in paragraph 8 any valid objection to title or to any outstanding work order or deficiency notice, or to the fact the said present use may not lawfully be continued, or that the principal building may not be insured against risk of fire is made in writing to Seller and which Seller is unable or unwilling to remove, remedy or satisfy or obtain insurance save and except against risk of fire (Title Insurance) in favour of the Buyer and any mortgagee, (with all related costs at the expense of the Seller), and which Buyer will not waive, this Agreement notwithstanding any intermediate acts or negotiations in respect of such objections, shall be at an end and all monies paid shall be returned without interest or deduction and Seller, Listing Brokerage and Co-operating Brokerage shall not be liable for any costs or damages. Save as to any valid objection so made by such day and except for any objection going to the root of the title, Buyer shall be conclusively deemed to have accepted Seller's title to the property.

11. **CLOSING ARRANGEMENTS:** Where each of the Seller and Buyer retain a lawyer to complete the Agreement of Purchase and Sale of the property, and where the transaction will be completed by electronic registration pursuant to Part III of the Land Registration Reform Act, R.S.O. 1990, Chapter L4 and the Electronic Registration Act, S.O. 1991, Chapter 44, and any amendments thereto, the Seller and Buyer acknowledge and agree that the exchange of closing funds, non-registrable documents and other items (the "Requisite Deliveries") and the release thereof to the Seller and Buyer will (a) not occur at the same time as the registration of the transfer/deed (and any other documents intended to be registered in connection with the completion of this transaction) and (b) be subject to conditions whereby the lawyer(s) receiving any of the Requisite Deliveries will be required to hold same in trust and not release same except in accordance with the terms of a document registration agreement between the said lawyers. The Seller and Buyer irrevocably instruct the said lawyers to be bound by the document registration agreement which is recommended from time to time by the Law Society of Ontario. Unless otherwise agreed to by the lawyers, such exchange of Requisite Deliveries shall occur by the delivery of the Requisite Deliveries of each party to the office of the lawyer for the other party or such other location agreeable to both lawyers.

12. **DOCUMENTS AND DISCHARGE:** Buyer shall not call for the production of any title deed, abstract, survey or other evidence of title to the property except such as are in the possession or control of Seller. If requested by Buyer, Seller will deliver any sketch or survey of the property within Seller's control to Buyer as soon as possible and prior to the Requisition Date. If a discharge of any Charge/Mortgage held by a corporation incorporated pursuant to the Trust And Loan Companies Act (Canada), Chartered Bank, Trust Company, Credit Union, Caisse Populaire or Insurance Company and which is not to be assumed by Buyer on completion, is not available in registrable form on completion, Buyer agrees to accept Seller's lawyer's personal undertaking to obtain, out of the closing funds, a discharge in registrable form and to register same, or cause same to be registered, on title within a reasonable period of time after completion, provided that on or before completion Seller shall provide to Buyer a mortgage statement prepared by the mortgagee setting out the balance required to obtain the discharge, and, where a real-time electronic cleared funds transfer system is not being used, a direction executed by Seller directing payment to the mortgagee of the amount required to obtain the discharge out of the balance due on completion.

13. **INSPECTION:** Buyer acknowledges having had the opportunity to inspect the property and understands that upon acceptance of this offer there shall be a binding agreement of purchase and sale between Buyer and Seller. **The Buyer acknowledges having the opportunity to include a requirement for a property inspection report in this Agreement and agrees that except as may be specifically provided for in this Agreement, the Buyer will not be obtaining a property inspection or property inspection report regarding the property.**

14. **INSURANCE:** All buildings on the property and all other things being purchased shall be and remain until completion at the risk of Seller. Pending completion, Seller shall hold all insurance policies, if any, and the proceeds thereof in trust for the parties as their interests may appear and in the event of substantial damage, Buyer may either terminate this Agreement and have all monies paid returned without interest or deduction or else take the proceeds of any insurance and complete the purchase. No insurance shall be transferred on completion. If Seller is taking back a Charge/Mortgage, or Buyer is assuming a Charge/Mortgage, Buyer shall supply Seller with reasonable evidence of adequate insurance to protect Seller's or other mortgagee's interest on completion.

**INITIALS OF BUYER(S):**     **INITIALS OF SELLER(S):**

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Services® and associated logos are owned or controlled by The Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.
© 2022, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard preset portion. OREA bears no liability for your use of this form.

**Form 100   Revised 2022   Page 3 of 9**

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

3

OSC-0000000005

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B
confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST
DocuSign Envelope ID: CB528F26-3F2B-4507-BB5E-AE97EC327237
DocuSign Envelope ID: A8854447-DAF9-4720-B884-5CDA9346631E

**15. PLANNING ACT:** This Agreement shall be effective to create an interest in the property only if Seller complies with the subdivision control provisions of the Planning Act by completion and Seller covenants to proceed diligently at Seller's expense to obtain any necessary consent by completion.

**16. DOCUMENT PREPARATION:** The Transfer/Deed shall, save for the Land Transfer Tax Affidavit, be prepared in registrable form at the expense of Seller, and any Charge/Mortgage to be given back by the Buyer to Seller at the expense of the Buyer. If requested by Buyer, Seller covenants that the Transfer/Deed to be delivered on completion shall contain the statements contemplated by Section 50(22) of the Planning Act, R.S.O.1990.

**17. RESIDENCY:** (a) Subject to (b) below, the Seller represents and warrants that the Seller is not and on completion will not be a non-resident under the non-residency provisions of the Income Tax Act which representation and warranty shall survive and not merge upon the completion of this transaction and the Seller shall deliver to the Buyer a statutory declaration that Seller is not then a non-resident of Canada; (b) provided that if the Seller is a non-resident under the non-residency provisions of the Income Tax Act, the Buyer shall be credited towards the Purchase Price with the amount, if any, necessary for Buyer to pay to the Minister of National Revenue to satisfy Buyer's liability in respect of tax payable by Seller under the non-residency provisions of the Income Tax Act by reason of this sale. Buyer shall not claim such credit if Seller delivers on completion the prescribed certificate.

**18. ADJUSTMENTS:** Any rents, mortgage interest, realty taxes including local improvement rates and unmetered public or private utility charges and unmetered cost of fuel, as applicable, shall be apportioned and allowed to the day of completion, the day of completion itself to be apportioned to Buyer.

**19. PROPERTY ASSESSMENT:** The Buyer and Seller hereby acknowledge that the Province of Ontario has implemented current value assessment and properties may be re-assessed on an annual basis. The Buyer and Seller agree that no claim will be made against the Buyer or Seller, or any Brokerage, Broker or Salesperson, for any changes in property tax as a result of a re-assessment of the property, save and except any property taxes that accrued prior to the completion of this transaction.

**20. TIME LIMITS:** Time shall in all respects be of the essence hereof provided that the time for doing or completing of any matter provided for herein may be extended or abridged by an agreement in writing signed by Seller and Buyer or by their respective lawyers who may be specifically authorized in that regard.

**21. TENDER:** Any tender of documents or money hereunder may be made upon Seller or Buyer or their respective lawyers on the day set for completion. Money shall be tendered with funds drawn on a lawyer's trust account in the form of a bank draft, certified cheque or wire transfer using the Large Value Transfer System.

**22. FAMILY LAW ACT:** Seller warrants that spousal consent is not necessary to this transaction under the provisions of the Family Law Act, R.S.O.1990 unless the spouse of the Seller has executed the consent hereinafter provided.

**23. UFFI:** Seller represents and warrants to Buyer that during the time Seller has owned the property, Seller has not caused any building on the property to be insulated with insulation containing ureaformaldehyde, and that to the best of Seller's knowledge no building on the property contains or has ever contained insulation that contains ureaformaldehyde. This warranty shall survive and not merge on the completion of this transaction, and if the building is part of a multiple unit building, this warranty shall only apply to that part of the building which is the subject of this transaction.

**24. LEGAL, ACCOUNTING AND ENVIRONMENTAL ADVICE:** The parties acknowledge that any information provided by the brokerage is not legal, tax or environmental advice.

**25. CONSUMER REPORTS: The Buyer is hereby notified that a consumer report containing credit and/or personal information may be referred to in connection with this transaction.**

**26. AGREEMENT IN WRITING:** If there is conflict or discrepancy between any provision added to this Agreement (including any Schedule attached hereto) and any provision in the standard pre-set portion hereof, the added provision shall supersede the standard pre-set provision to the extent of such conflict or discrepancy. This Agreement including any Schedule attached hereto, shall constitute the entire Agreement between Buyer and Seller. There is no representation, warranty, collateral agreement or condition, which affects this Agreement other than as expressed herein. For the purposes of this Agreement, Seller means vendor and Buyer means purchaser. This Agreement shall be read with all changes of gender or number required by the context.

**27. ELECTRONIC SIGNATURES:** The parties hereto consent and agree to the use of electronic signatures pursuant to the *Electronic Commerce Act, 2000*, S.O. 2000, c17 as amended from time to time with respect to this Agreement and any other documents respecting this transaction.

**28. TIME AND DATE:** Any reference to a time and date in this Agreement shall mean the time and date where the property is located.

**INITIALS OF BUYER(S):** MK DS DS  **INITIALS OF SELLER(S):**

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Services® and associated logos are owned or controlled by The Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.
© 2022, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B

DocuSign Envelope ID: CB528F20-3F2B-4507-BB5E-AE97EC327237

DocuSign Envelope ID: A8854447-DAF9-4720-B8D4-5CDA9340031E

**29. SUCCESSORS AND ASSIGNS:** The heirs, executors, administrators, successors and assigns of the undersigned are bound by the terms herein.

SIGNED, SEALED AND DELIVERED in the presence of:    IN WITNESS whereof I/we have hereunto set my hand and seal:

................................................    ...(Buyer) Muhammad Murtuza Kazmi... (Seal) (Date) 4/10/2022
(Witness)

................................................    ...(Buyer) ████ Kazmi... (Seal) (Date) 4/10/2022
(Witness)

I, the Undersigned Seller, agree to the above offer. I hereby irrevocably instruct my lawyer to pay directly to the brokerage(s) with whom I have agreed to pay commission, the unpaid balance of the commission together with applicable Harmonized Sales Tax (and any other taxes as may hereafter be applicable), from the proceeds of the sale prior to any payment to the undersigned on completion, as advised by the brokerage(s) to my lawyer.

SIGNED, SEALED AND DELIVERED in the presence of:    IN WITNESS whereof I have hereunto set my hand and seal:

................................................    ...(Seller) Flora Di Menna... (Seal) (Date) April 11. 2022
(Witness)

................................................    ...(Seller)... (Seal) (Date)
(Witness)

**SPOUSAL CONSENT:** The undersigned spouse of the Seller hereby consents to the disposition evidenced herein pursuant to the provisions of the Family Law Act, R.S.O.1990, and hereby agrees to execute all necessary or incidental documents to give full force and effect to the sale evidenced herein.

................................................    ...(Spouse)... (Seal) (Date)
(Witness)

**CONFIRMATION OF ACCEPTANCE:** Notwithstanding anything contained herein to the contrary, I confirm this Agreement with all changes both typed and written was finally accepted by all parties at ...8:39... (a.m./p.m.) this ...13... day of...APRIL..., 20.22.

................................................
(Signature of Seller or Buyer)

**INFORMATION ON BROKERAGE(S)**

Listing Brokerage ...ALAN NEWTON REAL ESTATE LTD., BROKERAGE... (Tel.No.) 905-764-7200
...ROLAND KOGAN...
(Salesperson/Broker/Broker of Record Name)

Co-op/Buyer Brokerage ...ROYAL LEPAGE SIGNATURE REALTY, BROKERAGE... (Tel.No.) 905-568-2121
...ASHAR AL NASER...
(Salesperson/Broker/Broker of Record Name)

**ACKNOWLEDGEMENT**

I acknowledge receipt of my signed copy of this accepted Agreement of Purchase and Sale and I authorize the Brokerage to forward a copy to my lawyer. | I acknowledge receipt of my signed copy of this accepted Agreement of Purchase and Sale and I authorize the Brokerage to forward a copy to my lawyer.

...Flora Di Menna... April 13.2022 | ...(Buyer) Muhammad Murtuza Kazmi... 4/13/2022
(Seller) (Date) | (Buyer) (Date)

...(Seller)... (Date) | ...(Buyer) ████ Kazmi... (Date)
Address for Service ...................... | Address f...........................

...(Tel. No.) | ...(Tel. No.)
Seller's Lawyer ...................... | Buyer's Lawyer ......................
Address ...................... | Address ......................
Email ...................... | Email ......................

(Tel. No.) (Fax. No.) | (Tel. No.) (Fax. No.)

| FOR OFFICE USE ONLY | **COMMISSION TRUST AGREEMENT** |

To: Cooperating Brokerage shown on the foregoing Agreement of Purchase and Sale:
In consideration for the Co-operating Brokerage procuring the foregoing Agreement of Purchase and Sale, I hereby declare that all moneys received or receivable by me in connection with the Transaction as contemplated in the MLS® Rules and Regulations of my Real Estate Board shall be receivable and held in trust. This agreement shall constitute a Commission Trust Agreement as defined in the MLS® Rules and shall be subject to and governed by the MLS® Rules pertaining to Commission Trust.

DATED as of the date and time of the acceptance of the foregoing Agreement of Purchase and Sale.   Acknowledged by:  —DocuSigned by:

................................................    ...Ashar Al Naser...
(Authorized to bind the Listing Brokerage)    (Authorized to bind the Cooperating Brokerage) FEC7AC4C6026481...

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Service® and associated logos are owned or controlled by The Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.

© 2022, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.

Form 100   Revised 2022   Page 5 of 9

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B
DocuSign Envelope ID: CB528F26-3F2B-4507-BE5E-AE97EC327237
DocuSign Envelope ID: A8854447-DAF9-4720-B884-5CDA9346631E

**OREA** Ontario Real Estate Association

## Schedule A
### Agreement of Purchase and Sale

**Form 100**
for use in the Province of Ontario

This Schedule is attached to and forms part of the Agreement of Purchase and Sale between:

**BUYER:** Muhammad Murtuza Kazmi            &            ████████ Kazmi ..........., and

**SELLER:** Flora Di Menna

for the purchase and sale of ████████████████            Richmond Hill

ON        L4C6X6 ........ dated the ....10.... day of ...........April..........., 20.22.....

Buyer agrees to pay the balance as follows:

The Buyer agrees to pay the balance of the purchase price, subject to adjustments, to the Seller on completion of this transaction, with funds drawn on a lawyer's trust account in the form of a bank draft, certified cheque or wire transfer using the Large Value Transfer System.

This offer is conditional upon the Buyer arranging satisfactory Financing, at his/her sole and absolute discretion as to terms and conditions, until 11:59 pm on the FIFTH (5th) Banking Day (excluding Saturdays, Sundays, and Banking Holidays) from date of acceptance until 11:59 pm on the FIFTH (5TH) Banking Day and void and the Buyer's deposit returned in full without interest or deduction. This condition is included for the sole benefit of the Buyer and may be waived at his option by notice in writing to the Seller or the Seller's Agent within the time period stated herein.

This Agreement is conditional upon the inspection of the subject property by a Qualified Home Inspector and the obtaining of a report satisfactory to the Buyer in his/her sole and absolute discretion, at his own expense. Unless the Buyer gives notice in writing delivered to the Seller or the Seller's Agent until 11:59 pm on the FIFTH (5TH) Banking Day (excluding Saturdays, Sundays, and Banking Holidays) from date of acceptance, that this condition is fulfilled/waived, this Offer shall be null and void and the deposit shall be returned to the Buyer in full without interest. The Seller Agrees to co-operate in providing access to the structure for the purpose of this inspection. This condition is included for the sole benefit of the Buyer and may be waived at his sole option by notice in writing to the Seller or the Seller's Agent within the time period stated herein.

The Seller represents and warrants that the fixtures and chattels included in the purchase price along with existing electrical, plumbing, mechanical, and all related systems within his/her control for the subject premises are now and on the completion date, will be in good and proper working order. The Parties agree that this representation and Warranty shall survive and not merge on completion of this transaction, but apply only to the state of the property existing at completion of this transaction.

The Seller represents and warrants that during the time the Seller has owned the property, the use of the property and the buildings and structures thereon has not been for the growth or manufacture of any illegal substances, and that to the best of the Seller's knowledge and belief, the use of the property and the buildings and structures thereon has never been for the growth or manufacture of illegal substances. This warranty shall survive and not merge on the completion of this transaction.

This form must be initialed by all parties to the Agreement of Purchase and Sale.

**INITIALS OF BUYER(S):** [initials]            **INITIALS OF SELLER(S):** [initials]

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Service® and associated logos are owned or controlled by The Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.
© 2022, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.

**Form 100   Revised 2022   Page 6 of 9**

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

OSC-0000000005

- DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B

, DocuSign Envelope ID: CB528F26-3F2B-4507-BB5E-AE97EC327237

·[ DocuSign Envelope ID: A8854447-DAF9-4720-B884-5CDA9346631E

**OREA** Ontario Real Estate Association

## Schedule A
### Agreement of Purchase and Sale

**Form 100**
for use in the Province of Ontario

This Schedule is attached to and forms part of the Agreement of Purchase and Sale between:

BUYER: ........ Muhammad Murtuza Kazmi ........ & ........ ▇▇▇▇▇ Kazmi ........, and

SELLER: ........ Flora Di Menna ........

for the purchase and sale of ........ ▇▇▇▇▇▇▇ ........ Richmond Hill

........ ON ........ L4C6X6 ........ dated the ....10.... day of ........ April ........, 20.22....

The Buyer shall have the right to visit the property THREE (3) further times prior to completion, provided that TWENTY-FOUR (24) hours notice is given to the Seller or Seller's Agent. Said visits to be at a mutually agreeable time and cannot be unreasonably withheld by the Seller.

The Seller agrees to leave the premises in a clean and broom swept condition, and to have all the garbage/debris, if any, removed from the property on or before closing.

The Seller agrees to provide to the Buyer on the completion of this transaction all sets of keys including unit keys, garage door opener with related keys (if currently on property), ~~mailbox key in~~ the Seller or Sellers' Agent current possession.

The Seller Hereby agrees and Acknowledges that there are currently no Rental contracts in place for the Gas Burner/Furnace, Private Elevator, Air Conditioning, Air Humidifiers and Air Ventilators. If there are any contracts in existence for Gas Burner/Furnace and Air Conditioning, these are to be paid off by sellers on or prior to closing.

The Sellers acknowledge that during the time they have owned the property that they have never been denied full home insurance coverage.

In the event that any Conditions contained in this Agreement of Purchase and Sale are not fulfilled/waived within the Conditional Period, ALL parties agree to sign a Mutual Release for this Agreement of Purchase and Sale within Forty-Eight (48) business hours (excluding Saturday, Sunday &
Statutory Holidays) thereafter in which cannot be unreasonably withheld.

This form must be Initialed by all parties to the Agreement of Purchase and Sale.

INITIALS OF BUYER(S): ▇▇▇▇

INITIALS OF SELLER(S): ▇▇▇▇

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Service® and associated logos are owned or controlled by The Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.

© 2022, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.

**Form 100** Revised 2022 **Page 7 of 9**

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

OSC-0000000005

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B

DocuSign Envelope ID: CB528F26-3F2B-4507-BB5E-AE07EC327237

[ DocuSign Envelope ID: A8854447-DAF9-4720-8884-5CDA9346631E

**OREA** Ontario Real Estate Association

## Schedule A
### Agreement of Purchase and Sale

**Form 100**
for use in the Province of Ontario

This Schedule is attached to and forms part of the Agreement of Purchase and Sale between:

BUYER: ...... Muhammad Murtuza Kazmi .......... & .................... Kazmi ........, and

SELLER: ............ Flora Di Menna ......................

for the purchase and sale of ... ▮▮▮▮▮▮▮▮ .......................... Richmond Hill

...... ON ...... L4C6X6 ......... dated the ...10... day of ........... April .............., 20.22.

MK
ek

**CHATTELS INCLUDED:**  C  MKek  THERMADOR  MKek
Existing as Shown on Schedule B: Built-In Fridge, Stainless Steel Wolf Gas Burner Stove, Stainless Steel Built-In Microwave, Built-In Oven, Built-In Existing Range Hood, Built-In Stainless Steel Dishwasher, Kitchen Island, Stainless Steel Fridge in Nany's suite, Sep. Freezer, Built-In Speakers (Sound System) and Projector Screens with related equipment in Movie Theatre Room, All Built-In Speaker (Sound System throughout the premises), Stainless Steel Wine Fridge in the Basement, Clothing Washer and Dryer, All Electrical Light Fixtures (Including Existing Chandeliers, as shown in Schedule C, in Foyer, Hallways, Office, Dinning room, Servery, Above Kitchen Island Top, Above Breakfast Table, Master Bedroom and at the Entrance at the Master Bedroom, Master Bedroom Closet Room, Chandeliers in Family Room, and all Chandeliers in bedrooms and all other rooms), All Bathroom Mirrors,  All Garrage Door Openers with related remotes, Central Air Conditioning Units, Built In Air Humidifier, Air Ventilator, Furnaces, Private Elevator with All Related Equipment,  All window coverings/blinds/drapes/curtains as currently in the property with related hardware, and all other permanent fixtures now on the property belonging to the Seller and deemed to be free of any encumbrances/liens and in good working order.

MKek  MKek  MKek  MKek

The Seller agrees to open the Swimming Pool with a reputable company by the maximum of 2 weeks prior to the Completion Date. Seller also agrees to provide a copy of the receipt that the said work has been completed.

The Seller represents and warrants to the best of his/her knowledge and belief that the swimming pool, its equipment, and the fencing of the said pool, comply with all applicable by-laws, regulations, and legislation. The Seller represents and warrants that the swimming pool and equipment are now, and on the completion date shall be in good working order. The Parties agree that this representation and warranty shall survive and not merge on completion of this transaction, but apply only to the state of the property existing at completion of this transaction.

All the existing furniture (as shown in Schedule C) shall be included in the purchase price.

Seller shall provide, to the buyers, the contact information of all the caretakers and maintenance workers of the home and landscaping and shall maintain the premises and landscaping maintenance work until completion date.

The Seller warrants that there are no work orders or deficiencies notices outstanding against property and if so, will be complied with at his/her expense on or before closing date.

This form must be initialed by all parties to the Agreement of Purchase and Sale.

**INITIALS OF BUYER(S):** (MKek)

**INITIALS OF SELLER(S):**

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Services® and associated logos are owned or controlled by The Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.
© 2022, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.

Form 100   Revised 2022   Page 8 of 9

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

8

OSC-0000000005

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C346B
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

DocuSign Envelope ID: CD528F26-3F2B-4507-BD5E-AE97EC027237

DocuSign Envelope ID: A8854447-DAF9-4720-B884-5CDA9346631E

**OREA** Ontario Real Estate Association   **Schedule ___B___**     Toronto Real Estate Board
**Form 105** for use in the Province of Ontario   **Agreement of Purchase and Sale**

This Schedule is attached to and forms part of the Agreement of Purchase and Sale between:

BUYER: .......MUHAMMAD MURTZA KAZMI ........████████████ KAZMI and

SELLER: .............FLORA DIMITNA..................................................................................................

for the property known as .......█████████████████...........................................................................
.......RICHMOND HILL............ dated the .................11th................ day of .....APRIL........., 20.2.2..

The Buyer agrees to pay the balance of the purchase price, subject to adjustment by bank draft, or WIRE transfer using the Large Value Transfer System within the aforementioned timeframe to the Seller on the completion of this transaction.

The Buyer and Seller acknowledge that the types of Representation as defined in the Real Estate and Business Brokers Act, 2002 were explained prior to the execution of this Offer and the Confirmation of Co-operation and Representation was completed prior to the Offer being signed by the Buyer and reviewed and signed by the Seller.

For the purposes of this Agreement, the terms "banking days" or "business days" shall mean any day, other than Saturday, Sunday or Statutory Holiday on Toronto, Ontario, Canada.

The Seller and Buyer agree and/ or acknowledge that no information provided by Alan Newton Real Estate Ltd., Brokerage is to be constructed as expert legal, financial, tax, including building condition, construction, environmental or other professional advice that they may have had an opportunity to consult with any such professional advisers prior to signing this Agreement.

The Buyer and Seller acknowledge having been advised by the Sales Representatives/ Brokers prior to the execution of this Offer that they and their Brokerages are insured and required by the Real Estate and Business Brokers Act, 2002, and its regulations.

The Seller and Buyer hereby agree and consent to allow Alan Newton Real Estate Ltd., Brokerage and the co-operating Brokerage to include this property in future marketing materials, but not to use the names of the Seller and Buyer.

The Seller states to the best of their knowledge and belief that the home has never been used as a Marijuana Grow Operation or a drug lab.

The Seller and Buyer agree and / or acknowledge that all measurements and information provided by Alan Newton Real Estate Ltd., Brokerage in the feature sheet and any other marketing materials have been obtained from sources deemed reliable, however, they have been provided for information purposes only as such. Alan Newton Real Estate Ltd., Brokerage does not warrant their accuracy. The Buyer is advised to verify any measurements or information upon which he or she is relying.

Continued on next page...

This form must be initialed by all parties to the Agreement of Purchase and Sale.

INITIALS OF BUYER(S): (MK)          INITIALS OF SELLER(S): 

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Services® and associated logos are owned or controlled by the Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.

©2019, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.
Alan Newton Real Estate Ltd.          easyOFFER 2019 by ℞ Renganov Systems Corp. www.Renganov.ca

Form 105   Revised 2019   Page 1 of 1
331598

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

OSC-0000000005

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B
DocuSign Envelope ID: CB528F26-3F2B-4507-BB5E-AE97EC327237
DocuSign Envelope ID: A8854447-DAF9-4720-B884-5CDA9346631E

**OREA** Ontario Real Estate Association

**Schedule  B**
**Agreement of Purchase and Sale**

Toronto
Real Estate
Board

**Form 105**
for use in the Province of Ontario

This Schedule is attached to and forms part of the Agreement of Purchase and Sale between:

BUYER: .....MUHAMMAD MURTZA KAZMI & ███████████ KAZMI, and

SELLER: .......FIORA DIMENNA.....................................................................................................

for the property known as ....................................................................................................................

....RICHMOND HILL................ dated the .........11th.............................. day of .....APRIL........., 20..22..

The Seller and Buyer agree and/ or acknowledge that the Buyer will:

Deliver a bank draft or by WIRE transfer using the Large Value Transfer System to Alan Newton Real Estate Ltd., Brokerage on account of the deposit together with this agreement.

The parties herein acknowledge and agree that they are required to close this transaction notwithstanding any impacts of COVID-19, save and except for the closing of the Land Registry

In the event that the closing cannot occur due to a shutdown/disruption of the Land Registry System and/or banking system, then:

a) the Requisition Date, if required by the Buyer's solicitor, shall be automatically extended to the fifth (5th) business day and the Closing Date shall be automatically expended to the tenth (10th) business day following the date upon which the said systems have returned to operation status, ensuring that funds and title can be cleared and transferred accordingly, with no additional charges being made to either party as a result of the necessity to extend.

Alternatively;

b) if an extension of the Requisition Date is not a requirement of the Buyer's solicitor, then the closing date shall be automatically extended to the fifth (5th) business day following the date upon which said systems have returned to operational status, ensuring that the funds and title can be cleared and transferred accordingly, with no additional charges being made to either party as a result of the necessity to extend.

This form must be initialed by all parties to the Agreement of Purchase and Sale.

Continued on next page...

INITIALS OF BUYER(S): (MK)

INITIALS OF SELLER(S): 

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Services® and associated logos are owned or controlled by the Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.

© 2019, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.

Alan Newton Real Estate Ltd.

Form 105   Revised 2019   Page 1 of 1
easyOFFER 2019 by ⫶R Rengency Systems Corp.     33159S
www.Rengency.ca

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

OSC-0000000005

EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

· DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B

. DocuSign Envelope ID: CB528F28-3F2B-4507-BB5E-AE97EC327237

. · DocuSign Envelope ID: A0B54447-DAF9-4720-B884-5CDA9346631E

**OREA** Ontario Real Estate Association

**Schedule  B**
**Agreement of Purchase and Sale**

Toronto
Real Estate
Board

**Form 105**
for use in the Province of Ontario

This Schedule is attached to and forms part of the Agreement of Purchase and Sale between:

BUYER: ......... MUHAMMAD MURTZA KAZMI & ............... KAZMI and

SELLER: ......... TIARA DIMENNA ............................................................

for the property known as ......................................................................................

......... RICHMOND HILL ......... dated the ......... 11th ......... day of ......... APRIL ......... 20 22

The parties further agree that if this clause is invoked, the Buyer and Seller shall continue to act in good faith, and use all reasonable and best efforts to ensure that the completion of this transaction take place in as timely a basis as possible, with the parties further agreeing not to use this as a means of unnecessarily delaying the closing in anticipation of any such quarantine or closures, or for reasons related to COVID-19. Time shall always remain of the essence for any extended closing date as a result of this clause.

The Buyer and Seller acknowledge and agree that all closing documentation can be signed electronically and forwarded by email of facsimile (FAX) in accordance with the Electronic Commerce Act, 2000, s.o. 2000, C.17

This form must be initialed by all parties to the Agreement of Purchase and Sale.

INITIALS OF BUYER(S): 

INITIALS OF SELLER(S): 

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Service® and associated logos are owned or controlled by the Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.

©2017, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.

Alan Newton Real Estate Ltd.

Form 105   Revised 2016      Page 1 of 1
                                          331598

ensyOFFER 2019 by **RR** Reagency Systems Corp.
www.Reagency.ca

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

OSC-0000000005

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B

DocuSign Envelope ID. CB528F26-3F2B-4507-BB5E-AE97EC327237

DocuSign Envelope ID: A8854447-DAF9-4720-B884-5CDA0346831E

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

Schedule A   Schedule B and C

Prepared by: ASHAR AL NASER, Salesperson,
ROYAL LEPAGE SIGNATURE REALTY, BROKERAGE
201-30 Eglinton Ave West, Mississauga, ON L6R3E7      005-568-2121

Printed on 04/10/2022 2:10:43 PM

06375
Richmond Hill L4C6X6

Toronto Regional Real Estate Board (TRREB) assumes no responsibility for the accuracy of any information shown. Copyright TRREB 2022

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

12

OSC-0000000005

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B

DocuSign Envelope ID: CB528F26-3F2B-4507-BB5E-AE87EC327237

DocuSign Envelope ID: A8854447-DAF9-4720-B884-5CDA9346B31E

Schedule A  Schedule B and C

Prepared by: ASHAR AL NASER, Salesperson
ROYAL LEPAGE SIGNATURE REALTY, BROKERAGE
201-30 Eglinton Ave West, Mississauga, ON L5R3E7       905-568-2121

Printed on 04/10/2022 2:10:43 PM





Toronto Regional Real Estate Board (TRREB) assumes no responsibility for the accuracy of any information shown. Copyright TRREB 2022

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

OSC-0000000005

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A8B

DocuSign Envelope ID: CB528F26-3F2B-4507-BB5E-AE97EC327237

DocuSign Envelope ID: A8854447-DAF9-4720-B884-5CDA9346631E

Schedule A   Schedule B and C

Prepared by: ASHAR AL NASER, Salesperson
ROYAL LEPAGE SIGNATURE REALTY, BROKERAGE
201-30 Eglinton Ave West, Mississauga, ON L5R3E7     905-568-2121

Printed on 04/10/2022 2:19:43 PM

Toronto Regional Real Estate Board (TRREB) assumes no responsibility for the accuracy of any information shown. Copyright TRREB 2022

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

14

OSC-0000000005

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B

DocuSign Envelope ID: CB528F26-3F2B-4507-DB5E-AE97EC327237

DocuSign Envelope ID: A8854447-DAF9-4720-B804-5CDA9346031E

Schedule A   Schedule B and C

Prepared by: ASHAR AL NASER, Salesperson
**ROYAL LEPAGE SIGNATURE REALTY, BROKERAGE**
201-30 Eglinton Ave West, Mississauga, ON L6R3E7      905-508-2121

Printed on 04/10/2022 2:10:43 PM

Toronto Regional Real Estate Board (TRREB) assumes no responsibility for the accuracy of any information shown. Copyright TRREB 2022

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

15

OSC-0000000005

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B
DocuSign Envelope ID: CB528F26-3F2B-4507-BB5E-AE97EC327237
DocuSign Envelope ID: A8B54447-DAF8-4720-B6B4-5CDA9346631E

## OREA Ontario Real Estate Association

**Form 320**
for use in the Province of Ontario

# Confirmation of Co-operation and Representation
## Buyer/Seller

**BUYER:** Muhammad Murtuza Kazmi    &    ▮▮▮▮▮▮ Kazmi

**SELLER:** Flora Di Menna

For the transaction on the property known as: ▮▮▮▮▮▮▮▮▮▮  Richmond Hill   ON  L4C6X6

**DEFINITIONS AND INTERPRETATIONS:** For the purposes of this Confirmation of Co-operation and Representation:
"Seller" includes a vendor, a landlord, lessor or a prospective seller, vendor, landlord or lessor and "Buyer" includes a purchaser, tenant, lessee or a prospective buyer, purchaser, tenant or lessee and "sale" includes a lease, and "Agreement of Purchase and Sale" includes an Agreement to Lease. Commission shall be deemed to include other remuneration.

The following information is confirmed by the undersigned salesperson/broker representatives of the Brokerage(s). If a Co-operating Brokerage is involved in the transaction, the brokerages agree to co-operate, in consideration of, and on the terms and conditions as set out below.

**DECLARATION OF INSURANCE:** The undersigned salesperson/broker representative(s) of the Brokerage(s) hereby declare that he/she is insured as required by the Real Estate and Business Brokers Act, 2002, (REBBA).

### 1. LISTING BROKERAGE

a) ☒ The Listing Brokerage represents the interests of the Seller in this transaction. It is further understood and agreed that:

   1) ☒ The Listing Brokerage is not representing or providing Customer Service to the Buyer.
     (If the Buyer is working with a Co-operating Brokerage, Section 3 is to be completed by Co-operating Brokerage)

   2) ☐ The Listing Brokerage is providing Customer Service to the Buyer.

b) ☐ **MULTIPLE REPRESENTATION:** The Listing Brokerage has entered into a Buyer Representation Agreement with the Buyer and represents the interests of the Seller and the Buyer, with their consent, for this transaction. The Listing Brokerage must be impartial and equally protect the interests of the Seller and the Buyer in this transaction. The Listing Brokerage has a duty of full disclosure to both the Seller and the Buyer, including a requirement to disclose all factual information about the property known to the Listing Brokerage. However, the Listing Brokerage shall not disclose:

- That the Seller may or will accept less than the listed price, unless otherwise instructed in writing by the Seller;
- That the Buyer may or will pay more than the offered price, unless otherwise instructed in writing by the Buyer;
- The motivation of or personal information about the Seller or Buyer, unless otherwise instructed in writing by the party to which the information applies, or unless failure to disclose would constitute fraudulent, unlawful or unethical practice;
- The price the Buyer should offer or the price the Seller should accept;
- And; the Listing Brokerage shall not disclose to the Buyer the terms of any other offer.

However, it is understood that factual market information about comparable properties and information known to the Listing Brokerage concerning potential use for the property will be disclosed to both Seller and Buyer to assist them to come to their own conclusions.

Additional comments and/or disclosures by Listing Brokerage: (e.g. The Listing Brokerage represents more than one Buyer offering on this property.)

........................................................................................................................................................................
........................................................................................................................................................................
........................................................................................................................................................................
........................................................................................................................................................................

### 2. PROPERTY SOLD BY BUYER BROKERAGE – PROPERTY NOT LISTED

☐ The Brokerage ......(does/does not)...... represent the Buyer and the property is not listed with any real estate brokerage. The Brokerage will be paid

   ☐ by the Seller in accordance with a Seller Customer Service Agreement

or:  ☐ by the Buyer directly

Additional comments and/or disclosures by Buyer Brokerage: (e.g. The Buyer Brokerage represents more than one Buyer offering on this property.)

........................................................................................................................................................................
........................................................................................................................................................................
........................................................................................................................................................................

### INITIALS OF BUYER(S)/SELLER(S)/BROKERAGE REPRESENTATIVE(S) (Where applicable)

| MKek BUYER | AAN CO-OPERATING/BUYER BROKERAGE | SELLER | LISTING BROKERAGE |
|---|---|---|---|

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Service® and associated logos are owned or controlled by the Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.
© 2022, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.

Form 320   Revised Feb 2022   Page 1 of 2

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

OSC-0000000005

DocuSign Envelope ID: 3EE3F11C-16D9-4BA9-A8D6-0985897C6A6B

DocuSign Envelope ID: CB528F26-3F2D-4507-DB5E-AE97EC327237

DocuSign Envelope ID: A0054447-DAF9-4720-B884-6CDA9346631E

3. **Co-operating Brokerage completes Section 3 and Listing Brokerage completes Section 1.**

**CO-OPERATING BROKERAGE- REPRESENTATION:**

a) [X] The Co-operating Brokerage represents the interests of the Buyer in this transaction.

b) [ ] The Co-operating Brokerage is providing Customer Service to the Buyer in this transaction.

c) [ ] The Co-operating Brokerage is not representing the Buyer and has not entered into an agreement to provide customer service(s) to the Buyer.

**CO-OPERATING BROKERAGE- COMMISSION:**

a) [X] The Listing Brokerage will pay to the Co-operating Brokerage the commission as indicated in the MLS® information for the property
..........**2.5% of the Purchase Price**.............................. to be paid from the amount paid by the Seller to the Listing Brokerage.
  (Commission As Indicated In MLS® Information)

b) [ ] The Co-operating Brokerage will be paid as follows:

......................................................................................

......................................................................................

......................................................................................

Additional comments and/or disclosures by Co-operating Brokerage: (e.g., The Co-operating Brokerage represents more than one Buyer offering on this property.)

......................................................................................

......................................................................................

......................................................................................

Commission will be payable as described above, plus applicable taxes.

**COMMISSION TRUST AGREEMENT:** If the above Co-operating Brokerage is receiving payment of commission from the Listing Brokerage, then the agreement between Listing Brokerage and Co-operating Brokerage further includes a Commission Trust Agreement, the consideration for which is the Co-operating Brokerage procuring an offer for a trade of the property, acceptable to the Seller. This Commission Trust Agreement shall be subject to and governed by the MLS® rules and regulations pertaining to commission trusts of the Listing Brokerage's local real estate board, if the local board's MLS® rules and regulations so provide. Otherwise, the provisions of the OREA recommended MLS® rules and regulations shall apply to this Commission Trust Agreement. For the purpose of this Commission Trust Agreement, the Commission Trust Amount shall be the amount noted in Section 3 above. The Listing Brokerage hereby declares that all monies received in connection with the trade shall constitute a Commission Trust and shall be held, in trust, for the Co-operating Brokerage under the terms of the applicable MLS® rules and regulations.

**SIGNED BY THE BROKER/SALESPERSON REPRESENTATIVE(S) OF THE BROKERAGE(S) (Where applicable)**

| ROYAL LEPAGE SIGNATURE REALTY, BROKERAGE | ALAN NEWTON REAL ESTATE LTD., BROKERAGE |
|---|---|
| (Name of Co-operating/Buyer Brokerage) | (Name of Listing Brokerage) |
| 201-30 Eglinton Ave West   Mississauga   ON  L6R3E7 | 370 Steeles Ave.W.Ste.103   Thornhill   ON  L4J6X1 |
| Tel: .....905-568-2121..... Fax: .................. | Tel: .....905-764-7200..... Fax: .................. |
| _Ashar Al Naser_   4/10/2022 | _[signature]_   2022-04-11 |
| (Authorized to bind the Co-operating/Buyer Brokerage)  (Date) | (Authorized to bind the Listing Brokerage)  (Date) |
| ASHAR AL NASER | ROLAND KOGAN |
| (Print Name of Salesperson/Broker/Broker of Record) | (Print Name of Salesperson/Broker/Broker of Record) |

**CONSENT FOR MULTIPLE REPRESENTATION** (To be completed only if the Brokerage represents more than one client for the transaction.)

The Buyer/Seller consent with their initials to their Brokerage representing more than one client for this transaction.

BUYER'S INITIALS          SELLER'S INITIALS

**ACKNOWLEDGEMENT**

I have received, read, and understand the above information.

| _[signature]_   4/10/2022 | _[signature]_   _April 11, 2022_ |
|---|---|
| (Signature of Buyer) Muhammad Nishim Kazmi   (Date) | (Signature of Seller) Flora Di Menna   (Date) |
| 4/10/2022 | |
| _[signature]_ Kazmi   (Date) | (Signature of Seller)   (Date) |

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Services® and associated logos are owned or controlled by The Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.

© 2022, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.

Form 320   Revised Feb 2022   **Page 2 of 2**

confidential
EEzeagu EEzeagu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

OSC-0000000005

Confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

DocuSign Envelope ID: DDDAA95B-6F05-49D4-B12E-C802A1EB3BD6

**OREA** Ontario Real Estate Association

# Amendment to Agreement of Purchase and Sale

**Form 120**
for use in the Province of Ontario

**BETWEEN:**
**BUYER:** Muhammad Murtuza Kazmi                    &                    Kazmi
**AND**
**SELLER:** Flora Di Menna

RE: Agreement of Purchase and Sale between the Seller and Buyer, dated the ....10.... day of ................April................ 20.22.,

concerning the property known as....

............Richmond Hill............    ON    L4C6X6    .... as more particularly described in the aforementioned Agreement.

**The Buyer and Seller herein agree to the following amendment(s) to the aforementioned Agreement:**

Delete:

2. Completion Date: 31 May 2022

8. Title Search Date: 17 May 2022


Insert:

2. Completion Date: 25 May 2022

8. Title Search Date: 11 May 2022


**INITIALS OF BUYER(S):**           **INITIALS OF SELLER(S):** 

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Service® and associated logos are owned or controlled by the Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.
© 2022, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.

**Form 120**   Revised 2020   **Page 1 of 2**

Confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

OSC-0000000005

Confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

DocuSign Envelope ID: DDDAA95B-6F05-48D4-B12E-C802A1EB3BD6

**IRREVOCABILITY:** This Offer to Amend the Agreement shall be irrevocable by ........................ Buyer ........................ until ...... 11:59pm
.................................................................... (Seller/Buyer) .................................................. (a.m./p.m.)

on the ..22.. day of .............. April ...................., 20..22.., after which time, if not accepted, this Offer to Amend the Agreement shall be null and void.

For the purposes of this Amendment to Agreement, "Buyer" includes purchaser and "Seller" includes vendor.
Time shall in all respects be of the essence hereof provided that the time for doing or completing of any matter provided for herein may be extended or
abridged by an agreement in writing signed by Seller and Buyer or by their respective solicitors who are hereby expressly appointed in this regard.

**All other Terms and Conditions in the aforementioned Agreement to remain the same.**

SIGNED, SEALED AND DELIVERED in the presence of:       IN WITNESS whereof I have hereunto set my hand and seal:

.........................................................     .........................................  ●  4/20/2022
(Witness)                                                  (Buyer/Seller)                        (Seal) (Date)

                                                                                                     4/20/2022
.........................................................     .........................................  ●  ................................
(Witness)                                                  (Buyer/Seller)                        (Seal) (Date)

I, the Undersigned, agree to the above Offer to Amend the Agreement.

SIGNED, SEALED AND DELIVERED in the presence of:       IN WITNESS whereof I have hereunto set my hand and seal:

.........................................................     .........................................  ●  April 21, 2022.
(Witness)                                                  (Buyer/Seller)                        (Seal) (Date)

.........................................................     .........................................  ●  ................................
(Witness)                                                  (Buyer/Seller)                        (Seal) (Date)

The undersigned spouse of the Seller hereby consents to the amendment(s) hereinbefore set out.

.........................................................     .........................................  ●  ................................
(Witness)                                                  (Spouse)                              (Seal) (Date)

**CONFIRMATION OF ACCEPTANCE:** Notwithstanding anything contained herein to the contrary, I confirm this Agreement with all changes both typed

and written was finally accepted by all parties at ........ 10:00 ........ this ..21ST.. day of ...... April ...................., 20.. 22 ..;
.................................................... (a.m./p.m.)

                                                         ...........................................................................
                                                         (Signature of Seller or Buyer)

**ACKNOWLEDGEMENT**

I acknowledge receipt of my signed copy of this accepted Amendment to       I acknowledge receipt of my signed copy of this accepted Amendment to
Agreement and I authorize the Brokerage to forward a copy to my lawyer.     Agreement and I authorize the Brokerage to forward a copy to my lawyer.

........................................  Apeil 21/2022  ..........................................................  ..................
(Seller) Flora Di Menna            (Date)                (Buyer) Muhammad Murtuza Kazmi          (Date)

.........................................   .............   ..........................................................  ..................
(Seller)                            (Date)                (Buyer) Narjis Fatima Kazmi            (Date)
Address for Service ........................              Address for Service ..........................

.............................................................   ............................................  .................
                                                                                                    (Tel. No.)

Seller's Lawyer BRATTY LLP (MICHAEL DURISIN)     Buyer's Lawyer ..............................................
Address 7501 KEELE ST. #200                      Address ....................................................
Email MDURISIN @BRATTY.COM                       Email ......................................................
905-760-2600          905-760-2900               ............................................  .................
(Tel. No.)            (Fax. No.)                 (Tel. No.)              (Fax. No.)
X 349

The trademarks REALTOR®, REALTORS®, MLS®, Multiple Listing Services® and associated logos are owned or controlled by
The Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the
quality of services they provide. Used under license.
© 2022, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction
by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter
when printing or reproducing the standard preset portion. OREA bears no liability for your use of this form.       Form 120  Revised 2020   **Page 2 of 2**

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

OSC-0000000005

EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

DocuSign Envelope ID: DDDAA95B-6F05-48D4-B12E-C802A1EB3BD6

**OREA** Ontario Real Estate Association   **Notice of Fulfillment of Condition(s)**
**Agreement of Purchase and Sale**

**Form 124**
for use in the Province of Ontario

**BUYER:** Muhammad Murtuza Kazmi   &   ▮▮▮▮▮ Kazmi

**SELLER:** Flora Di Menna

**REAL PROPERTY:** ▮▮▮▮▮▮▮▮▮▮

Richmond Hill   ON   L4C6X6

In accordance with the terms and conditions of the Agreement of Purchase and Sale dated the .....10.... day of............................April...........................,

20..22........., regarding the above property, I/We hereby confirm that I/We have fulfilled the condition(s) which read(s) as follows:

This Agreement is conditional upon the Inspection of the subject property by a Qualified Home Inspector and the obtaining of a report satisfactory to the Buyer in his/her sole and absolute discretion, at his own expense. Unless the Buyer gives notice in writing delivered to the Seller or the Seller's Agent until 11:59 pm on the FIFTH (5TH) Banking Day (excluding Saturdays, Sundays, and Banking Holidays) from date of acceptance, that this condition is fulfilled/waived, this Offer shall be null and void and the deposit shall be returned to the Buyer in full without interest. The Seller Agrees to co-operate in providing access to the structure for the purpose of this inspection. This condition is included for the sole benefit of the Buyer and may be waived at his sole option by notice in writing to the Seller or the Seller's Agent within the time period stated herein.

All other terms and conditions in the aforementioned Agreement of Purchase and Sale to remain unchanged.

For the purposes of this Notice of Fulfillment of Condition, "Buyer" includes purchaser and "Seller" includes vendor.

DATED at..................Vaughan................., Ontario, at ......2:30p...... this ....20.... day of ........................April.................... 20..22...
                                                                          (a.m./p.m.)
                                                                          X

SIGNED, SEALED AND DELIVERED in the presence of:     IN WITNESS whereof I have hereunto set my hand and seal:

                                                                          4/20/2022
...................................................     ...................................................     ●
(Witness)                                               (Buyer/Seller)                          (Seal) (Date)

                                                                          4/20/2022
...................................................     ...................................................     ●
(Witness)                                               (Buyer/Seller)                          (Seal) (Date)

Receipt acknowledged at ...10:00...... this ..21ˢᵗ.. day of ..............APRIL.............. 20..22.... by:
                              (a.m./p.m.)

Print Name: ..FLORA......DI.MENNA.................   Signature: ........................

The trademarks REALTOR®, REALTORS® MLS®, Multiple Listing Services® and associated logos are owned or controlled by The Canadian Real Estate Association (CREA) and identify the real estate professionals who are members of CREA and the quality of services they provide. Used under license.
© 2022, Ontario Real Estate Association ("OREA"). All rights reserved. This form was developed by OREA for the use and reproduction by its members and licensees only. Any other use or reproduction is prohibited except with prior written consent of OREA. Do not alter when printing or reproducing the standard pre-set portion. OREA bears no liability for your use of this form.   **Form 124**   Revised 2019   **Page 1 of 1**

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

OSC-0000000005

confidential
OSC.GOV.ON.CB
Feb 15, 2023 11:22 AM EST



**METRIC**
DISTANCES SHOWN ON THIS PLAN ARE IN METRES AND CAN BE CONVERTED TO FEET BY DIVIDING BY 0.3048

**WESTWOOD LANE**
(TRAVELLED ROAD, WIDENED BY ___)
PIN  03103 — 0012

CONCRETE CURB

N74°42'00"E

SIB

RLY

3659

SURVEYOR'S REAL PROPERTY REPORT

PLAN OF SURVEY OF

# PART OF LOT 5

## TOWN OF RICHMOND HILL
### REGIONAL MUNICIPALITY OF YORK

SCALE   1 : 500

10    5    0    10    20    30 metres

© COPYRIGHT, TARASICK McMILLAN KUBICKI LIMITED, 2015

### REPORT SUMMARY

PROPERTY DESCRIPTION: 65 WESTWOOD LANE, BEING PART OF LOT 5, REGISTERED PLAN 3659, TOWN OF RICHMOND HILL, REGIONAL MUNICIPALITY OF YORK, PIN 03103—0010

COMMENTS:
NO RIGHTS OF WAY AND EASMENTS REGISTERED ON TITLE.
NOTE LOCATION OF FENCES

### NOTES

BEARINGS ARE ASTRONOMIC AND ARE REFERRED TO THE SOUTHERLY LIMIT OF WESTWOOD LANE AS SHOWN ON PLAN 3659, HAVING A BEARING OF N74°42'00"E.

| | | |
|---|---|---|
| ■ | DENOTES | SURVEY MONUMENT FOUND |
| □ | DENOTES | SURVEY MONUMENT PLANTED |
| IB | DENOTES | IRON BAR |
| SIB | DENOTES | STANDARD IRON BAR |
| P1 | DENOTES | REGISTERED PLAN 3659 |
| D1 | DENOTES | INSTRUMENT R580970 |

### PREPARED FOR:

THIS REPORT WAS PREPARED FOR FLORA DIMENNA AND THE UNDERSIGNED ACCEPTS NO RESPONSIBILITY FOR USE BY OTHER PARTIES.

### SURVEYOR'S CERTIFICATE

I CERTIFY THAT :

1. THIS SURVEY AND PLAN ARE CORRECT AND IN ACCORDANCE WITH THE SURVEYS ACT, THE SURVEYORS ACT AND THE REGULATIONS MADE UNDER THEM.

2. THE SURVEY WAS COMPLETED ON MARCH 10, 2015.

MARCH 12, 2015
DATE

BORYS KUBICKI
ONTARIO LAND SURVEYOR

ASSOCIATION OF ONTARIO
LAND SURVEYORS
PLAN SUBMISSION FORM
1931386

THIS PLAN IS NOT VALID UNLESS IT IS AN EMBOSSED ORIGINAL COPY ISSUED BY THE SURVEYOR in accordance with Regulation 1026, Section 29(3)

## TARASICK McMILLAN KUBICKI LIMITED

ONTARIO    LAND    SURVEYORS

4181 SLADEVIEW CRESCENT, UNIT 42, MISSISSAUGA, ONTARIO L5L 5R2
TEL: (905) 569—8849   FAX: (905) 569—3160
E-MAIL: office@tmksurveyors.com

DRAWN BY: MH | FILE No. 6548—SRPR

OSC-0000000005



GROUND FLOOR PLAN

OSC-0000000005



SECOND FLOOR PLAN

OSC-0000000005



OSC-0000000005

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

**RECEIPT**
**REÇU**

Alan Newton Real Estate Ltd. Brokerage
370 Steeles Avenue West #103
Thornhill, ON L4J 6X1

RECEIVED FROM
REÇU DE                    DATE April 14, 2022

Ashar Al Naser                         $ 1,500,000

One Million Five Hundred Thousand ──── 100 DOLLARS

FOR
POUR  Re - Deposit for ▢▢▢▢▢▢▢▢

LIA: Roland Kogan

TAX REG. NO.
N° DE TAXE                              BY
                                       PAR                    SDC71SE

---

10358 (0521)    THIS DOCUMENT IS PRINTED ON WATERMARKED PAPER. SEE BACK FOR INSTRUCTIONS

## The Toronto-Dominion Bank

3523412

2300 STEELES AVENUE WEST SUITE 100 VAUGHAN, ON L4K 5X6

Purchaser   MR MURTUZA KAZMI                                   DATE      2022-04-14
                                                                         YYYYMMDD

                                                    Transit-Serial No.   1482-03523412

Pay to the
Order of ___ALAN NEWTON REAL ESTATE LTD., BROKERAGE___           $ **1,500,000.00

***ONE MILLION FIVE HUNDRED THOUSAND***********************************00/100
Authorized signature required for amounts over CAD $5,000.00                    **Canadian Dollars**
Re _____                  Authorized Officer          A306
  **The Toronto-Dominion Bank**                                                  Number
  Toronto, Ontario
  Canada M5K 1A2                                      Countersigned

OUTSIDE CANADA NEGOTIABLE BY CORRESPONDENTS AT THEIR BUYING RATE FOR DEMAND DRAFTS ON CANADA

⑈03523412⑈ ⑈09612⑈004⑈        ⑈3808⑈

---



**ASHAR AL NASER**
Sales Representative
Direct: **647.678.3786**
Office: **905.568.2121**
ashar@royallepage.ca
www.asharalnaser.com

ROYAL LEPAGE  Signature Realty   30 Eglinton Ave. W. Ste. 201
                                 Mississauga ON L5R 3E7

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

**25**

OSC-0000000005

Confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST



**TD Canada Trust**
**Privacy Agreement**

In this Agreement, the words "*you*" and "*your*" mean any person, or that person's authorized representative, who has requested from us, or offered to provide a guarantee for, any product, service or account offered by us in Canada. The words "*we*", "*us*" and "*our*" mean TD Bank Group ("TD"). TD includes The Toronto-Dominion Bank and its world-wide affiliates, which provide deposit, investment, loan, securities, trust, insurance and other products or services. The word "*Information*" means personal, financial and other details about you that you provide to us and we obtain from others outside TD, including through the products and services you use.

You acknowledge, authorize and agree as follows:

### Collecting and Using Your Information

At the time you request to begin a relationship with us and during the course of our relationship, we may collect Information including:
- details about you and your background, including your name, address, contact information, date of birth, occupation and other identification
- records that reflect your dealings with and through us
- your preferences and activities

This Information may be collected from you and from sources within or outside TD, including from:
- government agencies and registries, law enforcement authorities and public records
- credit reporting agencies
- other financial or lending institutions
- organizations with whom you make arrangements, other service providers or agents, including payment card networks
- references or other information you have provided
- persons authorized to act on your behalf under a power of attorney or other legal authority
- your interactions with us, including in person, over the phone, at the ATM, on your mobile device or through email or the Internet
- records that reflect your dealings with and through us.

You authorize the collection of Information from these sources and, if applicable, you authorize these sources to give us the Information.

We will limit the collection and use of Information to what we require in order to serve you as our customer and to administer our business, including to:
- verify your identity
- evaluate and process your application, accounts, transactions and reports
- provide you with ongoing service and information related to the products, accounts and services you hold with us
- analyze your needs and activities to help us serve you better and develop new products and services
- help protect you and us against fraud and error
- help manage and assess our risks, operations and relationship with you
- help us collect a debt or enforce an obligation owed to us by you
- comply with applicable laws and requirements of regulators, including self-regulatory organizations.

### Disclosing Your Information

We may disclose Information, including as follows:
- with your consent
- in response to a court order, search warrant or other demand or request, which we believe to be valid
- to meet requests for information from regulators, including self-regulatory organizations of which we are a member or participant, or to satisfy legal and regulatory requirements applicable to us
- to suppliers, agents and other organizations that perform services for you or for us or on our behalf
- to payment card networks in order to operate or administer the payment card system that supports the products, services or accounts you have with us (including for any products or services provided or made available by the payment card network as part of your product, services or accounts with us), or for any contests or other promotions they may make available to you
- on the death of a joint account holder with right of survivorship, we may release any information regarding the joint account up to the date of death to the estate representative of the deceased, except in Quebec where the liquidator is entitled to all account information up to and after the date of death

Confidential
*1438*
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

525812 (1021)

OSC-0000000005

- when we buy a business or sell all or part of our business or when considering those transactions
- to help us collect a debt or enforce an obligation owed to us by you
- where permitted by law.

## Sharing Information Within TD

Within TD we may share Information world-wide, other than health-related Information, for the following purposes:
- to manage your total relationship within TD, including servicing your accounts and maintaining consistent Information about you
- to manage and assess our risks and operations, including to collect a debt owed to us by you
- to comply with legal or regulatory requirements.

You may not withdraw your consent for these purposes.
- Within TD we may also share Information world-wide, other than health-related Information, to allow other businesses within TD to tell you about products and services. In order to understand how we use your Information for marketing purposes and how you can withdraw your consent, refer to the Marketing Purposes section below.

## Additional Collections, Uses and Disclosures

***Social Insurance Number (SIN)*** - If requesting products, accounts or services that may generate interest or other investment income, we will ask for your SIN for revenue reporting purposes. This is required by the Income Tax Act (Canada). If we ask for your SIN for other products or services, it is your option to provide it. When you provide us with your SIN, we may also use it as an aid to identify you and to keep your Information separate from that of other customers with a similar name, including through the credit granting process. You may choose not to have us use your SIN as an aid to identify you with credit reporting agencies.

***Credit Reporting Agencies and Other Lenders*** - For a credit card, line of credit, loan, mortgage, TD Home Equity FlexLine or other credit facility, merchant services, or a deposit account with overdraft protection, hold and/or withdrawal or transaction limits, we will exchange Information and reports about you with credit reporting agencies and other lenders at the time of and during the application process, and on an ongoing basis to review and verify your creditworthiness, establish credit and hold limits, help us collect a debt or enforce an obligation owed to us by you, and/or manage and assess our risks. You may choose not to have us conduct a credit check in order to assess an application for credit. Once you have such a facility or product with us and for a reasonable period of time afterwards, we may from time to time disclose your Information to other lenders and credit reporting agencies requesting such Information, which helps establish your credit history and supports the credit granting and processing functions in general. We may obtain Information and reports about you from Equifax Canada Inc., Trans Union of Canada, Inc. or any other credit reporting agency. You may access and rectify any of your personal information contained in their files by contacting them directly through their respective websites www.consumer.equifax.ca and www.transunion.ca. Once you have applied for any credit product with us, you may not withdraw your consent to this exchange of Information.

***Fraud*** - In order to prevent, detect or suppress financial abuse, fraud, criminal activity, protect our assets and interests, assist us with any internal or external investigation into potentially illegal or suspicious activity or manage, defend or settle any actual or potential loss in connection with the foregoing, we may collect from, use and disclose your Information to any person or organization, fraud prevention agency, regulatory or government body, the operator of any database or registry used to check information provided against existing information, or other insurance companies or financial or lending institutions. For these purposes, your Information may be pooled with data belonging to other individuals and subject to data analytics.

***Insurance*** - This section applies if you are applying for, requesting prescreening for, modifying or making a claim under, or have included with your product, service or account, an insurance product that we insure, reinsure, administer or sell. We may collect, use, disclose and retain your Information, including health-related Information. We may collect this Information from you or any health care professional, medically-related facility, insurance company, government agency, organizations who manage public information data banks, or insurance information bureaus, including MIB Group, Inc. and the Insurance Bureau of Canada, with knowledge of your Information.

With regard to life and health insurance, we may also obtain a personal investigation report prepared in connection with verifying and/or authenticating the information you provide in your application or as part of the claims process.

With regard to home and auto insurance, we may also obtain Information about you from credit reporting agencies at the time of, and during the application process and on an ongoing basis to verify your creditworthiness, perform a risk analysis and determine your premium.

We may use your Information to:
- determine your eligibility for insurance coverage
- administer your insurance and our relationship with you
- determine your insurance premium
- investigate and adjudicate your claims

**1438**

27

OSC-0000000005

Confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

- help manage and assess our risks and operations.

We may share your Information with any health-care professional, medically-related facility, insurance company, organizations who manage public information data banks, or insurance information bureaus, including the MIB Group, Inc. and the Insurance Bureau of Canada, to allow them to properly answer questions when providing us with Information about you. We may share lab results about infectious diseases with appropriate public health authorities.

If we collect your health-related Information for the purposes described above, it will not be shared within TD, except to the extent that a TD company insures, reinsures, administers or sells relevant coverage and the disclosure is required for the purposes described above. Your Information, including health-related Information, may be shared with administrators, service providers, reinsurers and prospective insurers and reinsurers of our insurance operations, as well as their administrators and service providers for these purposes.

*Marketing Purposes* - We may also use your Information for marketing purposes, including to:
- tell you about other products and services that may be of interest to you, including those offered by other businesses within TD and third parties we select
- determine your eligibility to participate in contests, surveys or promotions
- conduct research, analysis, modeling, and surveys to assess your satisfaction with us as a customer, and to develop products and services
- contact you by telephone, fax, text messaging, or other electronic means and automatic dialing-announcing device, at the numbers you have provided us, or by ATM, internet, mail, email and other methods.

With respect to these marketing purposes, you may choose not to have us:
- contact you occasionally either by telephone, fax, text message, ATM, internet, mail, email or all of these methods, with offers that may be of interest to you
- contact you to participate in customer research and surveys.

*Telephone and Internet discussions* - When speaking with one of our telephone service representatives, internet live chat agents, or messaging with us through social media, we may monitor and/or record our discussions for our mutual protection, to enhance customer service and to confirm our discussions with you.

*Credit Products* - If you are applying for a Mortgage or a Home Equity Line of Credit/TD Home Equity FlexLine, or other product that may be insured by mortgage default insurance, you agree that a mortgage default insurer may also obtain Information about you from time to time, including from a credit reporting agency, and may use such information for any purpose related to the credit product and the mortgage default insurance.

You agree that the approval or granting of any credit by us to you, with or without mortgage default insurance, is not to be construed or relied on by you as representing the value or condition of any underlying security or that it confirms that you have the ability to pay the credit facility.

You agree that we make no representation, warranty, statement, recommendation, guarantee or endorsement with respect to any investment or with any goods or services purchased using the credit facility.

**More Information**

This Agreement must be read together with our Privacy Code. You acknowledge that the Privacy Code forms part of the Privacy Agreement. For further details about this Agreement and our privacy practices, visit www.td.com/privacy or contact us for a copy.

You acknowledge that we may amend this Agreement and our Privacy Code from time to time. We will post the revised Agreement and Privacy Code on our website listed above. We may also make them available at our branches or other premises or send them to you by mail. You acknowledge, authorize and agree to be bound by such amendments.

If you wish to opt-out or withdraw your consent at any time for any of the opt-out choices described in this Agreement, you may do so by contacting us at 1-866-567-8888. Please read our Privacy Code for further details about your opt-out choices.

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

*1438*

**28**

OSC-0000000005

Confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

Signature: _____    Date: _____MAY___10_/_2022_____

Name:    MURTUZA KAZMI                                    Phone:  ███████0093
Address: ████████

         MARKHAM ON CAN L3S 4B2

1438 Confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST
29

OSC-0000000005



<div align="right">

**TD Canada Trust**
**Application for Personal Credit**

</div>

| | | |
|---|---|---|
| **Name:** | MURTUZA  KAZMI | **Branch Transit Number:** 1438 |
| **Address:** | ▮▮▮▮▮▮▮▮ | |
| | MARKHAM, ON | |
| | L3S 4B2  CAN | |
| **Telephone:** | ▮▮▮9093 | |

## Current Residence Information

| | |
|---|---|
| Residence: | Rent |
| Monthly Rent | $ 1 |
| At address since: | April 01, 2017 |

## Employment Information

### Primary Employment

| | | | |
|---|---|---|---|
| Employer's Name: | TRADERS GLOBAL GROUP INC | Gross ANNUAL Income: | $ 250,000 |
| Occupation: | PRESIDENT/CHIEF OR SENIOR EXECUTIVE | With current employer since: | February 01, 2020 |
| Address: | ▮▮▮▮▮▮▮▮ | | |
| | VAUGHAN, ON | | |
| | CAN  L4K 0G7 | | |

## Financial Statement

| Assets | Current Value ($) |
|---|---|
| **TD Canada Trust** | |
| CANADIAN MARGIN ▮▮▮▮8F5E | 21,043 |
| US MARGIN ▮▮▮8F5F | 0 |
| CDN MARGIN SHORT ▮▮▮8F5G | 0 |
| US MARGIN SHORT ▮▮▮8F5H | 0 |
| TFSA ▮▮▮8F5J | 19,542 |
| unidentified message ▮▮▮8F5K | 0 |
| CANADIAN CASH ▮▮▮BX9A | 0 |
| US CASH ▮▮▮BX9B | 200,000 |
| MUTUAL FUND TFSA ▮▮▮9702 | 0 |
| HIGH INTEREST TFSA SAVINGS ACCOUNT ▮▮▮5492 | 0 |
| TD ALL-INCLUSIVE BANKING PLAN ▮▮▮2019 | 387,786 |
| BORDERLESS PLAN ▮▮▮9275 | 8,797,318 |
| **Real Estate** | |
| OTHER REAL ESTATE  -  60 Absolute Av 206 | 200,000 |

| Liabilities | Limit ($) | Monthly Payments ($) | Current Balance ($) |
|---|---|---|---|
| **TD Canada Trust** | | | |
| LINE OF CREDIT UNSECURED ▮▮▮9076 | 10,000 | | 0 |
| TD ALL-INCLUSIVE BANKING PLAN ▮▮▮2019 | 300 | | 0 |
| TD CASH BACK VISA INFINITE* CARD XXXXXXXXXXXX7064 | 15,000 | | 6,908 |
| **Other Line of Credit / Overdraft Protection** | | | |
| BANK OF MONTREAL  -  BMO 2950 | 27,000 | | 0 |
| **Other Mortgage** | | | |
| CIBC  -  1st  -  6- absolute ave | | 1,657 | 359,000 |
| **Other Loan** | | | |
| OTHER  -  TD AUTO FINANCE CAN ▮ | | 0 | 0 |
| SCOTIA BANK  -  SCOTIA BANK TR▮6416 | | 394 | 21,000 |

525810 (1021)

OSC-0000000005

**Request for Credit**

Mortgage                                                              $ 8,000,000

**Signature**

You certify that:

- You are applying for Personal and/or Small Business Credit Products or services
- The information provided is true and correct
- You will be bound by the terms and rules of each credit facility or service applied for, as amended by us from time to time
- You have read and signed the "TD Canada Trust Privacy Agreement"
- Please note that conditions of your credit approval may involve actions regarding assets or liabilities belonging solely to one applicant. These conditions will be disclosed to all applicants on the approval letter and/or the credit agreement.

*You may obtain our privacy code - "Protecting Your Privacy" - or review your options for refusing or withdrawing this consent, including your option not to be contacted about offers of products or services, by either contacting your branch or calling us at 1-866-567-8888.*

_____                    MAY 10 2022
Applicant                                            Date

_____                    May 10, 2022
Authorised Bank Officer                              Date

05/10/2022 10:55:39

Feb 15, 2023 11:22 AM EST

**31**

525810 (1021)

OSC-0000000005

```
TRAN: TMTG010                        TD BANK                      DATE: 02/13/23
LTRM: M4900159             MORTGAGE --- TRANSACTION HISTORY       TIME: 18:52:43
MOD : MOMTGTR1                     AS OF FEB 13 23                 USER: CUSHIE
                                                                  PAGE 02
MORTGAGE NO:    8698   NAME: MR MURTUZA*KAZMI*                     STAFF: N
((((( VIRM MORTGAGE )))))
ENTER "S" IN PPCHRG FIELD FOR DETAILS
PPCHG   DATE  T/C INTEREST       PRINCIPAL         TAX        IMP       OTHER
------------------------------------------------------------------------------
       22/07/01  66   17,314.79      12,858.46        0.00      0.00      0.00
       22/06/01  68    3,296.36           0.00        0.00      0.00      0.00
       22/05/25  55        0.00   8,000,000.00D       0.00      0.00      0.00




                        NO MORE TRANSACTIONS!!!
     TO DISPLAY ADDITIONAL INFORMATION, ENTER SCREEN NO AND PRESS "ENTER" KEY: _


                                            USER PASSWORD:
FOR DISCUSSION ONLY-SUBJECT TO CHANGE-STATEMENT AVAILABLE ON REQUEST
   3/15-END 4/16-MENU 5/17-PRT INT PAID 7/19-BKD 8/20-FWD 9/21-ETOT 12/24-EXIT
```

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 **32** 22 AM EST

OSC-0000000005

```
TRAN: TMTG010                    TD BANK                      DATE: 02/13/23
LTRM: M4900159          MORTGAGE --- TRANSACTION HISTORY      TIME: 18:52:23
MOD : MOMTGTR1                 AS OF FEB 13 23                 USER: CUSHIE
                                                              PAGE 01
MORTGAGE NO:   8698   NAME: MR MURTUZA*KAZMI*                 STAFF: N
((((( VIRM MORTGAGE )))))
ENTER "S" IN PPCHRG FIELD FOR DETAILS
PPCHG   DATE  T/C INTEREST      PRINCIPAL       TAX       IMP      OTHER
--------------------------------------------------------------------------------
     23/02/01  66   42,565.65        0.00       0.00      0.00      0.00
     23/01/01  66   42,565.65        0.00       0.00      0.00      0.00
     22/12/01 R66   32,052.07D   10,513.58D     0.00      0.00      0.00
     22/12/01  66   32,052.07    10,513.58      0.00      0.00      0.00

     22/11/01  66   30,334.31    12,231.34      0.00      0.00      0.00
     22/10/01  66   27,687.67     2,485.58      0.00      0.00      0.00
     22/09/01  66   24,735.26     5,437.99      0.00      0.00      0.00
     22/08/01  66   21,915.28     8,257.97      0.00      0.00      0.00
                        MORE TRANSACTIONS!!!
  TO DISPLAY ADDITIONAL INFORMATION, ENTER SCREEN NO AND PRESS "ENTER" KEY: _


                                                  USER PASSWORD:
FOR DISCUSSION ONLY-SUBJECT TO CHANGE-STATEMENT AVAILABLE ON REQUEST
  3/15-END 4/16-MENU 5/17-PRT INT PAID 7/19-BKD 8/20-FWD 9/21-ETOT 12/24-EXIT
```

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 33 22 AM EST

OSC-0000000005

```
APPL: CIF TRAN: EOWN      ID:                              SC:
                                    osc.gov.on.ca
                               Feb 15, 2023 11:22 AM EST
BR #: 7770                  ACCOUNT OWNERSHIP ENQUIRY        PAGE  1 OF  2
                            PDA 4029076            1862


NAME                              TYPE
MR MURTUZA*KAZMI*                 APPL   STATUS          SUSP
                                        MAIL CODE       0 MAIL TO CUST
                                        SHORT NAME      KAZMI M
                                        LAST MAINT DATE MAY/27/22




ACCOUNT MAILING ADDRESS        ███████████████████

                               RICHMOND HILL ON   L4C 6X6   CAN



USER ID: CUSHIE          PSWD:
FIRST PAGE - SCROLL FORWARD OR REQUEST NEXT TRANSACTION
1/HELP 3/END 4/MAIN 8/FORWARD  12/LOGOFF
                  IMSTX TCIF0170 LTRM M4900019 MOD MOC170A5 02/09/23 19:56:02
```

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 34 22 AM EST

OSC-0000000005

```
APPL: CIF TRAN: EOWN      ID:                                      SC:
BR #: 7770                    ACCOUNT OWNERSHIP ENQUIRY      PAGE  2 OF  2
                          PDA 4029076            1862


RELATED CUSTOMERS
MR MURTUZA KAZMI                                        TYPE   APPL

████████████████████

RICHMOND HILL ON  L4C 6X6                CAN

                                                  TYPE



                                                  TYPE




USER ID: CUSHIE           PSWD:
LAST PAGE - SCROLL BACK OR REQUEST NEXT TRANSACTION
1/HELP 3/END 4/MAIN  7/BACKWARD 12/LOGOFF
                  IMSTX TCIF0170 LTRM M4900019 MOD MOC170B5 02/09/23 19:56:10
```

confidential
EEzeogu EEzeogu
osc.gov.on.ca
Feb 15, 2023 11:22 AM EST

OSC-0000000005