Exhibit A-9

Filed in native video format