# Exhibit A-13

Message

| | |
|---|---|
| **From**: | Josh D [josh@myforexfunds.com] |
| on behalf of | Josh D <josh@myforexfunds.com> [josh@myforexfunds.com] |
| **Sent**: | 2/27/2022 11:51:44 AM |
| **To**: | Jeff Wilkins [jeff.wilkins@isriskanalytics.com]; Matt Chichester [matt.chichester@isriskanalytics.com]; Fred Gewirtz [fred.gewirtz@isriskanalytics.com] |
| **CC**: | Murtuza K [murtuza@myforexfunds.com] |
| **Subject**: | Re: Arbitrage traders - Risk analytics |

Hello All,

In addition to my previous email, as the number of arbitrage traders increases in our billing department I have come up with a solution that might be viable.

We could create a new group for each account type on Meta, move all scalpers there, anyone with trades under 2 minutes and if its possible, set that group to have full market conditions including slippage in gaps etc.

The key part would be identifying those traders promptly and shifting them.

This weekend the majority of our withdrawals in dollar terms are from arbitrage traders.

Let me know if this is a possible solution.

Sincerely,
Josh

---

**From:** Josh D
**Sent:** Saturday, February 26, 2022 12:15 PM
**To:** Jeff Wilkins <jeff.wilkins@isriskanalytics.com>; Matt Chichester <matt.chichester@isriskanalytics.com>; Fred Gewirtz <fred.gewirtz@isriskanalytics.com>
**Cc:** Murtuza K <murtuza@myforexfunds.com>
**Subject:** Arbitrage traders - Risk analytics

Hi guys,

We are experiencing more arbitrage than we ever have since moving the server. I am not entirely sure how or why, but the numbers of accounts with same second trades in the hundreds of pips is higher than ever.

To be honest, I was hoping you guys would be more proactive in bringing these accounts to our attention as part of the risk analysis service. It is a little disappointing that I am having to point them out as they come in. One trader went from 4k to 300k in 2 days and until I mentioned it, I heard nothing from your team, this should have been flashing RED ALERT all over your desk.

There are more, 7494 on live is requesting 70k in withdrawal. He has same second trades, humanly impossible, with 20-50 pip profits. There is no human way that trade could have occurred and its above our threshold for slippage. He also is trying to cloak the activity with junk, which many of the traders do.

So far in our pending list there is over 1.5 million USD in withdrawal requests attached to arbitrage traders.

When we first started this relationship for risk analytics, the conversation was about maintaining a b-book

with you guys weeding out the traders that are abusing the systems, unfortunately, you aren't doing that. There are many of these traders in our system trying to cloak themselves in the same way. Please find a solution as the sheer number of these traders is starting to damage our business, not just financially but also if we don't catch them promptly, they have a means to publicly attack us and cause problems.

I am available for a call any time if you want to discuss this further.

Regards,

Joshua Dentrinos