# Exhibit A-14

Message

| | |
|---|---|
| **From**: | Jeff Wilkins [jeff.wilkins@isriskanalytics.com] |
| on behalf of | Jeff Wilkins <jeff.wilkins@isriskanalytics.com> [jeff.wilkins@isriskanalytics.com] |
| **Sent**: | 6/22/2022 8:49:47 AM |
| **To**: | Josh D [josh@myforexfunds.com] |
| **CC**: | Fred Gewirtz [fred.gewirtz@isriskanalytics.com] |
| **Subject**: | STP Discussion |

Hi Josh

I think we need to all subscribe to the concept that your clients will almost never have alpha. None of them will make money on real market conditions because they are good. Some will because they are lucky. Here is what we strongly recommend:

- The most important item we have been seeing is CDO's price feed. The feed is latent and can be sporadic at time. When your new entity is finalized, we want to get you up and running on IS Prime pricing as soon as possible. CDO's feed is making arb opportunities for some of these traders because they only price 3 ticks per second, when MT4 can handle 10 ticks per second. Moving to a truer price feed will eliminate a lot of this behavior. If you do not feel you are close with the new entity, we may need to explore borrowing a price feed from elsewhere.
- We also want to discuss moving your assessment phase traders closer to a more realistic execution similar to your live traders. If they start to get executed on more market like conditions, this can reduce the number of clients moving to the live stage in the first place. We can do this slowly over a week so the message boards don't go haywire.
- From an STP standpoint, we want you to start STPing live accounts on a 5% profile. This will achieve a few objectives. First, it will give all traders market execution. Second, it will give CDO some softer flow, so theoretically they will not widen out/play games. We will setup monitoring and if accounts are still consistently successful, we can move them to a 100% STP profile.

We would like to discuss when you have time. It is really important to keep things simple and scalable.

Regards,

Jeff

This email and any attachments may contain privileged, proprietary, or otherwise confidential information and are intended only for the use of the recipient(s) named above. If you are not the intended recipient, any use, dissemination, forwarding, printing, or copying of this e-mail or any attachments is strictly prohibited. If you have received this communication in error, please notify the sender by return email and delete this message and any attachments from your computer. The sender does not accept liability for any errors, omissions, corruption or virus in the contents of this email or any attachments. Please note: IS Risk Analytics is not a broker or a liquidity provider and IS Risk Analytics does not hold client funds.