# Exhibit A-16

**Message**

| | |
|---|---|
| **From**: | IS Risk Analytics Reports [no-reply@isriskanalytics.com] |
| on behalf of | IS Risk Analytics Reports <no-reply@isriskanalytics.com> [no-reply@isriskanalytics.com] |
| **Sent**: | 4/18/2022 6:08:41 PM |
| **To**: | murtuza@myforexfunds.com |
| **Subject**: | ForexFund-NewServers MT4 Trading Summary |
| **Attachments**: | Statement_USD_2022-04-18.xlsx |

Hello murtuza@myforexfunds.com,

Please find your MT4 Trading Summary for April 18, 2022 attached.

**Live Accounts**

| | |
|---|---|
| Statement Currency | USD |
| Statement Begin Time | 2022-04-16 00:00:00 |
| Statement End Time | 2022-04-19 00:00:00 |
| | |
| Starting Float PL | $89,932.54 |
| Ending Float PL | $77,365.04 |
| | |
| Change in Float PL | ($12,567.50) |
| Settled PL | $225,244.17 |
| Client Trade PL | $212,676.67 |
| STP Trade PL | $0.00 |
| **Net Trade PL** | **$212,676.67** |
| | |
| Swaps | $15,881.74 |
| Commissions | $82,536.69 |
| **Net Total PL** | **$311,095.10** |
| | |
| Live Accounts | 5,765 |
| Deposits | $13,404,301.16 |
| Withdrawals | ($891,145.31) |
| | |
| Total Trades | 120,566 |
| Opened Lots | 134,295.15 |
| Settled Lots | 132,990.20 |
| Total Lots | 267,285.35 |
| Total Notional Volume | **12,744,406,611** |
| | |
| Trade PL/Lot | $0.80 |
| Trade PL/Million | $16.69 |

1

```
Demo Accounts

Statement Currency              USD
Statement Begin Time            2022-04-16 00:00:00
Statement End Time              2022-04-19 00:00:00

Starting Float PL               $592,507.50
Ending Float PL                 $406,823.58

Change in Float PL              ($185,683.92)
Settled PL                      $3,159,894.59
Client Trade PL                 $2,974,210.67
STP Trade PL                    $0.00
Net Trade PL                    $2,974,210.67

Swaps                           $98,132.69
Commissions                     $579,919.62
Net Total PL                    $3,652,262.98

Live Accounts                   23,157
Deposits                        $185,839,444.44
Withdrawals                     ($153,449.42)

Total Trades                    514,616
Opened Lots                     1,161,089.28
Settled Lots                    1,156,730.46
Total Lots                      2,317,819.74
Total Notional Volume           93,886,874,776

Trade PL/Lot                    $1.28
Trade PL/Million                $31.68
```

| Initial Deposit | # Accounts | # Read-Only | Change in Float PL | Settled PL | Net Trade PL | Swaps | Commissions | Net Total PL | Total Notional Volume |
|---|---|---|---|---|---|---|---|---|---|
| 10000.00 | 3227 | 74 | $1,723.43 | ($10,883.51) | ($9,160.08) | ($752.29) | ($6,689.76) | ($16,602.13) | 779,986,153 |
| 13000.00 | 8 | 0 | $250.07 | ($160.04) | $90.03 | ($3.95) | ($50.10) | $35.98 | 3,800,739 |
| 20000.00 | 1894 | 46 | $63.88 | ($22,359.05) | ($22,295.17) | ($412.25) | ($6,067.59) | ($28,775.01) | 838,905,428 |
| 26000.00 | 4 | 0 | $0.00 | ($137.20) | ($137.20) | $0.00 | ($0.90) | ($138.10) | 118,742 |
| 30000.00 | 8 | 0 | $3.00 | ($1,117.77) | ($1,114.77) | $0.00 | ($47.22) | ($1,161.99) | 3,717,503 |
| 40000.00 | 2 | 0 | $0.00 | ($1,210.58) | ($1,210.58) | $0.00 | ($111.00) | ($1,321.58) | 9,514,916 |
| 50000.00 | 1336 | 31 | $13,242.51 | ($35,726.55) | ($22,484.04) | ($1,115.07) | ($9,290.07) | ($32,889.18) | 1,398,305,863 |
| 60000.00 | 4 | 0 | $0.00 | $773.61 | $773.61 | $0.00 | ($30.42) | $743.19 | 3,408,205 |
| 65000.00 | 9 | 0 | $1,404.56 | $662.14 | $2,066.70 | ($16.20) | ($41.31) | $2,009.19 | 3,605,481 |
| 70000.00 | 4 | 0 | $0.00 | ($90.41) | ($90.41) | $0.00 | ($6.78) | ($97.19) | 487,310 |
| 100000.00 | 2358 | 38 | $5,060.25 | $119,554.62 | $124,614.87 | ($3,622.62) | ($21,921.06) | $99,071.19 | 3,673,182,641 |
| 110000.00 | 1 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 |
| 120000.00 | 2 | 0 | $0.00 | $117.09 | $117.09 | $0.00 | ($6.09) | $111.00 | 803,488 |
| 130000.00 | 17 | 0 | $2,109.17 | $751.83 | $2,860.99 | ($0.12) | ($137.65) | $2,815.34 | 14,137,722 |
| | 10428 | 210 | $14,198.58 | ($203,999.11) | ($189,800.53) | ($8,142.71) | ($76,899.30) | ($274,842.54) | 11,946,035,798 |

| Group | Equity | # Accounts | # Read-Only | Deposits | Withdrawals | Change in Float PL | Settled PL | Net Trade PL | Swaps | Commissions | Net Total PL | Total Notional Volume |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cover | $99,936,123.49 | 1 | 0 | $0.00 | $0.00 | ($69.31) | $2,806.16 | $2,736.85 | ($2.00) | $0.00 | $2,734.85 | 4,585,424 |
| TGG-CON-USD-01 | $8,862,201.92 | 1158 | 208 | $1,247,015.37 | ($39,825.46) | ($1,318.62) | ($9,690.05) | ($11,008.67) | ($447.34) | ($2,862.45) | ($14,318.46) | 523,260,233 |
| TGG-CON-USD-SF | $20,863.31 | 8 | 0 | $2,000.00 | $0.00 | $10.51 | $11.19 | $21.70 | ($0.53) | ($2.31) | $18.86 | 198,153 |
| TGG-EMP-USD-01 | $1,959,703.09 | 177 | 15 | $261,000.00 | ($17,284.23) | $3,684.08 | ($7,888.00) | ($4,203.92) | ($66.97) | ($1,892.91) | ($6,163.80) | 216,156,176 |
| TGG-EMP-USD-SF | $91,243.83 | 1 | 0 | $0.00 | $0.00 | $0.00 | $178.18 | $178.18 | $0.00 | ($18.33) | $159.85 | 1,283,715 |
| TGG-EVA-USD-01 | $294,823,564.68 | 4369 | 210 | $11,874,169.91 | ($831,219.97) | $14,198.58 | ($203,999.11) | ($189,800.53) | ($8,142.71) | ($76,899.30) | ($274,842.54) | 11,946,035,798 |
| TGG-EVA-USD-SF | $1,454,835.11 | 38 | 0 | $115.88 | ($2,244.44) | ($4,000.09) | ($6,811.48) | ($10,811.57) | $0.00 | ($857.52) | ($11,669.09) | 52,306,550 |
| TGG-RAP-USD-01 | $109,107.51 | 13 | 0 | $20,000.00 | ($571.21) | $62.35 | $148.94 | $211.29 | $0.00 | ($3.87) | $207.42 | 580,563 |
| | $407,257,642.94 | 5764 | 433 | $13,404,301.16 | ($891,145.31) | $12,567.50 | ($225,244.17) | ($212,676.67) | ($8,659.55) | ($82,536.69) | ($303,872.91) | 12,744,406,611 |

Regards,

2

IS Risk Analytics

For trading related inquiries: tradingteam@isriskanalytics.com
For technology related inquiries: operations@isriskanalytics.com

This email and any attachments may contain privileged, proprietary, or otherwise confidential information and are intended only for the use of the recipient(s) named above. If you are not the intended recipient, any use, dissemination, forwarding, printing, or copying of this e-mail or any attachments is strictly prohibited. If you have received this communication in error, please notify the sender by return email and delete this message and any attachments from your computer. The sender does not accept liability for any errors, omissions, corruption or virus in the contents of this email or any attachments. Please note: IS Risk Analytics is not a broker or a liquidity provider and IS Risk Analytics does not hold client funds.

IS Risk Analytics-0000005351