# Exhibit A-17

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 5/24/2023

| Field | Value |
|---|---|
| BBI | {6300}CC 000430762{6500}/BENOUR/ FUNDS TO FAMILY MEMBER |
| BBK ADDR1 | 222 Bay St |
| BBK ADDR2 | M5J 2W4 |
| BBK ADDR3 | Toronto, Om Canada |
| Bene Bank | Td Canada Trust |
| Beneficiary | Murtuza Kazmi |
| BNF ADDR1 | [redacted] |
| BNF ADDR3 | Markham On, Canada |
| BNF ID | 7119275 |
| Branch ID | 9999 |
| Country Code | CA |
| Currency | USD |
| Direction | O |
| Fee | 50.00 |
| IBK ID | TDOMCATTTOR |
| IMAD | 20220425MMQFMPYQ004167 |
| Ins Amount | 10000000.00 |
| Ins Currency | USD |
| MID | 220425131612H300 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| Office | 004 |
| OMAD | 20220425B1Q8381R00216304251323FT03 |
| ORG ADDR1 | [redacted] |
| ORG ADDR2 | PHILLIPSBURG, NJ 08865-2573 |
| ORG ID | [redacted]2351 |
| ORG ID Code | AC |
| Originator | MURTUZA H KAZMI |
| Pavmt Method | FED |
| Paymt Source | INT |
| Recv ABA | 021001033 |
| Recv Name | DEUTSCHE BANK TRUS |
| Reference | 220425131612H300 |
| Sender ABA | 031101266 |
| Sender Name | TD BANK |
| Time | 13:20:20 |
| UserID | WWERNER |
| Value Date | 04/25/2022 |
| Wire Date | 04/25/2022 |

| Field | Value |
|---|---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | [redacted]2351 |
| Amount | 1,603,125.00 |
| Beneficiary | Rm Auctions Inc |
| BNF ADDR1 | 5536 CR 11 A |
| BNF ADDR3 | AUBURNIN |
| BNF ID | [redacted]6292 |
| Branch ID | 9999 |
| Country Code | US |
| Currency | USD |
| Direction | O |
| Fee | 30.00 |
| IMAD | 20220425MMQFMPYQ004593 |
| MID | 220425132303XI01 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |

Page : 13 of 24

1

TDBank-0000000021

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 5/24/2023

| Field | Value |
|---|---|
| Msg Type | 10 |
| OBI | ULTIMAE Auction coupe |
| Office | 004 |
| OMAD | 20220425G1QG990C00176304251358FT03 |
| ORG ADDR1 | [redacted] |
| ORG ADDR2 | PHILLIPSBURG, NJ 08865-2573 |
| ORG ID | [redacted]2351 |
| ORG ID Code | AC |
| Originator | MURTUZA H KAZMI |
| Paymt Method | FED |
| Paymt Source | MAX |
| Recv ABA | 072000096 |
| Recv Name | COMERICA BANK |
| Reference | 220425132303XI01 |
| Sender ABA | 011103093 |
| Sender Name | TD BANK |
| Time | 13:55:40 |
| UserID | LAVENDMT |
| Value Date | 04/25/2022 |
| Wire Date | 04/25/2022 |

| Field | Value |
|---|---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | [redacted]2351 |
| Amount | 1,000,000.00 |
| Beneficiary | Clts Technologies Ltd |
| BNF ADDR1 | 1055 W Georgia Street Suite 2146 |
| BNF ADDR3 | Vancouver, BCNA |
| BNF ID | [redacted]1409 |
| Branch ID | 9999 |
| Country Code | US |
| Currency | USD |
| Direction | O |
| Fee | 30.00 |
| IMAD | 20220706MMQFMPYQ004662 |
| MID | 220706134224XI01 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| OBI | Murtuza Kazmi |
| Office | 004 |
| OMAD | 20220706B6B7261F00414507061415FT03 |
| ORG ADDR2 | SOMERSET, NJ 08873-1772 |
| ORG ID | [redacted]2351 |
| ORG ID Code | AC |
| Originator | MURTUZA H KAZMI |
| Paymt Method | FED |
| Paymt Source | MAX |
| Recv ABA | 026013576 |
| Recv Name | SIGNATURE BANK |
| Reference | 220706134224XI01 |
| Sender ABA | 011103093 |
| Sender Name | TD BANK |
| Time | 14:14:30 |
| UserID | SGARRIQ |
| Value Date | 07/06/2022 |
| Wire Date | 07/06/2022 |

2

Page : 14 of 24

TDBank-0000000021