# Exhibit A-18



## THE ULTIMATE
19 - 21 APRIL 2022

**AUCTION DETAILS**  RESULTS  STORIES

### 19-21 APRIL 2022

As Automobili Lamborghini moves to electrify its complete line-up in 2023 and 2024, the legendary super sports car Aventador is approaching its end of production. In an unprecedented project, the Italian marque is auctioning the last Lamborghini Aventador LP 780-4 Ultimae Coupé ever produced and a specifically created one-of-one NFT, in collaboration with two of the most iconic creators of our time, contemporary artists Krista Kim, Steve Aoki, and global brand storytelling agency [INVNT GROUP]™. The Lamborghini 'Ultimate' drop is the world's first supercar 1:1 NFT marking the end of a successful era for Lamborghini and moving the raging bull forward into the digital era.

There will only be one collector who will own the Ultimate 1:1 NFT Lamborghini collectible that can be shared across generations to come. The lucky collector will be part of the brand's iconic legacy and will have access to VIP utilities, which include exclusive virtual previews of future limited edition Lamborghini models, a private tour of the Museo Lamborghini, and a virtual "Meet & Greet" with Steve Aoki and Krista Kim, plus other VVIP benefits.









### ADDITIONAL FEES TO BE CONSIDERED

**Buyer's Premium**

- In the event of a final Hammer Price of $225,000.00 and below, RMS will receive a Buyers' Premium of 15% (plus VAT on the Buyers' Premium).
- In the event of a final Hammer Price above $225,000.00, RMS will receive a Buyers' Premium of 15% (plus VAT on the Buyers' Premium) on the first $225,000.00 and will receive a Buyers' Premium of 12.5% (plus VAT on the Buyers' Premium) on the Hammer Price above $225,000.00

**Taxes/Import Duties**

Bidders are responsible for any applicable import duties and/or local taxes that would be due upon arrival of the lot(s) to its final destination. You are advised to speak with your local representatives in advance of the sale to understand what these costs would be. The location in which the lot is sold is clearly indicated on the lot page found on rmsothebys.com.

### CLIENT SERVICE CONTACTS

| Jera Presley | Britta Buchmann |
|---|---|
| Director of Client Service, North America | Director of Client Services, UK and Europe |
| Auburn, Indiana - United States | London, United Kingdom |
| Languages: English | Languages: English, German, French |
| jpresley@rmsothebys.com | bbuchmann@rmsothebys.com |
| +1 260 927 9797 | +44 (0) 20 7851 7070 |
| VIEW PROFILE | VIEW PROFILE |