# Exhibit A-19

**Your branch address:**

100 KING ST. W - MAIN FLOOR
TORONTO, ON M5X1A3



**Business Banking**

**Your Branch**
FST CDN PLACE TORONTO ONT
Transit number: 0002

**For questions about your statement call**
(416) 867-5050

**Direct Banking**
1-877-262-5907
www.bmo.com

TRADERS GLOBAL GROUP INCORPORATED

VAUGHAN ON    L4K 2N1

# Business Banking statement

For the period ending December 30, 2022

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Dec 30, 2022 |
|---|---|---|---|---|
| US$ Business Current Account ▓▓▓▓▓6-188 | 0.00 | 31,483,085.38 | 55,422,831.01 | 23,939,745.63 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|



**US$ Business Current Account** ▓▓▓▓▓6-188

**Business name:**
TRADERS GLOBAL GROUP INCORPORATED

| Date | Description | Amounts debited | Amounts credited | Balance |
|---|---|---|---|---|
| Nov 28 | Opening balance | | | 0.00 |
| Nov 30 | Maintenance Fee, FIXED CHARGE $6.00 | 6.00 | | -6.00 |
| Dec 01 | Deposit at, 2211 VALUE DATE 2DEC | | 5,106,006.07 | 5,106,000.07 |
| Dec 01 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, GR, JDME GLOBAL LTD, WW22120157178638 | 833,978.00 | | 4,272,022.07 |
| Dec 06 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, CDO MARKETS LIMITED, WW22120557210245 | 200,000.00 | | 4,072,022.07 |
| Dec 06 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, ZENDESK INC, WW22120557210299 | 100,980.00 | | 3,971,042.07 |
| Dec 06 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, FPFX TECHNOLOGIES, LL, WW22120657214898 | 157,500.00 | | 3,813,542.07 |

continued

**BMO Bank of Montreal**

A member of BMO Financial Group

Page 1 of 4

15130E (09/02)

OSC-0000000310

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Business Current Account 6-188** | | | (continued) |
| Dec 07 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, IS RISK ANALYTICS INC, WW22120757233340 | 45,055.54 | | 3,768,486.53 |
| Dec 08 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, HK, METAQUOTES LTD, WW22120657219496 | 52,011.30 | | 3,716,475.23 |
| Dec 08 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 23,454.85 | 3,739,930.08 |
| Dec 08 | Incoming Wire Payment, INCOMING WIRE PAYMENT, US, MURTUZA H KAZMI | | 24,227,750.31 | 27,967,680.39 |
| Dec 09 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 494,949.05 | 28,462,629.44 |
| Dec 12 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 124,947.27 | 28,587,576.71 |
| Dec 12 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 297,627.63 | 28,885,204.34 |
| Dec 12 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 881,775.50 | 29,766,979.84 |
| Dec 12 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, DEEL, INC., WW22121257266138 | 351,372.72 | | 29,415,607.12 |
| Dec 13 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, DEEL, INC., WW22121257274083 | 600,000.00 | | 28,815,607.12 |
| Dec 13 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 629,579.50 | 29,445,186.62 |
| Dec 13 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, DEEL, INC., WW22121357283214 | 1,000,000.00 | | 28,445,186.62 |
| Dec 13 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, RM AUCTIONS, INC. (US, WW22121357283320 | 3,305,275.00 | | 25,139,911.62 |
| Dec 14 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 636,746.64 | 25,776,658.26 |
| Dec 15 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 536,699.35 | 26,313,357.61 |
| Dec 15 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, DEEL, INC., WW22121557305854 | 1,103,845.51 | | 25,209,512.10 |
| Dec 16 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 489,792.33 | 25,699,304.43 |
| Dec 16 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, DEEL, INC., WW22121657329304 | 500,000.00 | | 25,199,304.43 |
| Dec 19 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 123,680.21 | 25,322,984.64 |
| Dec 19 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 266,902.65 | 25,589,887.29 |
| Dec 19 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 739,605.26 | 26,329,492.55 |
| Dec 19 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, DEEL, INC., WW22121957342839 | 112,205.86 | | 26,217,286.69 |
| Dec 20 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 796,975.84 | 27,014,262.53 |
| Dec 20 | Incoming Wire Payment, INCOMING WIRE PAYMENT, US, DEEL, INC. | | 259,886.66 | 27,274,149.19 |
| Dec 20 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, WAJIHA KAZMI, WW22122057352185 | 2,400.00 | | 27,271,749.19 |
| Dec 20 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, DEEL, INC., WW22122057356235 | 399,780.64 | | 26,871,968.55 |
| Dec 21 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 598,522.42 | 27,470,490.97 |
| Dec 21 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, SKM CONSULTING SERVIC, WW22122157366709 | 3,000.00 | | 27,467,490.97 |
| Dec 21 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, DEEL, INC., WW22122157371584 | 307,363.69 | | 27,160,127.28 |

continued

# Business Banking Statement

TRADERS GLOBAL GROUP INCORPORATED
For the period ending December 30, 2022



**Business Banking**

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Business Current Account      6-188** | | | (continued) |
| Dec 21 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, CA, CLTS TECHNOLOGIES LTD, WW22122157371605 | 2,000,000.00 | | 25,160,127.28 |
| Dec 22 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 678,645.75 | 25,838,773.03 |
| Dec 22 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, RK TECHNOLOGIES SERVI, WW22122257379680 | 16,198.00 | | 25,822,575.03 |
| Dec 22 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, DEEL, INC., WW22122257388610 | 136,094.39 | | 25,686,480.64 |
| Dec 23 | Pre-Authorized Payment, DEFT SETTLEMENT FLE 0001 | 200,000.00 | | 25,486,480.64 |
| Dec 23 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 458,621.76 | 25,945,102.40 |
| Dec 23 | Investment, TDR 0002-9955636 | 10,000,000.00 | | 15,945,102.40 |
| Dec 23 | Investment, TDR 0002-9955644 | 5,000,000.00 | | 10,945,102.40 |
| Dec 28 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 596,889.89 | 11,541,992.29 |
| Dec 28 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 652,102.79 | 12,194,095.08 |
| Dec 28 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 115,371.92 | 12,309,467.00 |
| Dec 28 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 195,900.07 | 12,505,367.07 |
| Dec 28 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 432,601.15 | 12,937,968.22 |
| Dec 28 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, PK, TRADERS GLOBAL GENERA, WW22122857414042 | 500.00 | | 12,937,468.22 |
| Dec 29 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 501,845.50 | 13,439,313.72 |
| Dec 29 | Deposit, VALUE DATE 30DEC | | 15,166,024.91 | 28,605,338.63 |
| Dec 30 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, TRADERS GLOBAL GROUP, WW22123057434997 | 3,000,000.00 | | 25,605,338.63 |
| Dec 30 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 389,925.73 | 25,995,264.36 |
| Dec 30 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, CA, CLTS TECHNOLOGIES LTD, WW22122957432771 | 2,000,000.00 | | 23,995,264.36 |
| Dec 30 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, RK TECHNOLOGIES SERVI, WW22123057443995 | 55,000.00 | | 23,940,264.36 |
| Dec 30 | Deposit Contents fee, CHQ 2 @ $0.20 | 0.40 | | 23,940,263.96 |
| Dec 30 | Maintenance Fee, FIXED CHARGE $6.00 | 6.00 | | 23,940,257.96 |
| Dec 30 | Branch Transaction Fee, BRANCH 02 ITMS AT 1.25 | 2.50 | | 23,940,255.46 |
| Dec 30 | Pre-Authorized Payment Fee, DEFT 24 ITMS AT 1.25 | 30.00 | | 23,940,225.46 |

continued



BMO Bank of Montreal

A member of BMO Financial Group

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
|  | **US$ Business Current Account** ▮-188 |  |  | (continued) |
| Dec 30 | Interest Paid | 479.83 |  | 23,939,745.63 |
| **Dec 30** | **Closing totals** | **31,483,085.38** | **55,422,831.01** |  |
|  | Number of items processed | 33 | 27 |  |