# Exhibit A-20


2019 Bugatti Chiron Sport   Alex Stewart ©2022 Courtesy of RM Sotheby's

< LOT 126 >                                    RESULTS

Miami

♡ **2019 Bugatti Chiron Sport**
$3,305,000 USD | Sold
🇺🇸 | Miami Beach, Florida

**DETAILS**    ADDITIONAL INFORMATION

Chassis No.       VF9SP3V35KM795174
Documents         US Title

- One of approximately 60 Chiron Sport examples built, and 500 total Chiron examples slotted for production
- One of 82 Chirons delivered worldwide in 2019
- Striking color combination of exposed carbon fiber black over Italian Red
- Shocking performance envelope, including 0-100 mph in 4.4 seconds
- Exquisitely optioned, beautifully maintained example of Molsheim's world-renowned hypercar
- Desirably low mileage of 2,188 miles at cataloguing
- Accompanied by owner's manuals, Bugatti Chiron coffee table book, speed and valet keys, and model-specific USB drives

The resuscitation of the Bugatti marque by the VW Group in 2006 remains one of modern automotive history's most compelling legends, a triumphant revival of a storied racing brand that achieved goals of utmost excellence across the board. Ten years after its introduction, the Bugatti hypercar underwent a significant update in the form of a brand-new model.

At the Geneva Salon in March 2016, Bugatti finally unveiled a successor to the Veyron 16.4, which this time was named after a far more significant works racing driver: celebrated Monégasque legend Louis Chiron. The new Bugatti Chiron shared many of its predecessor's features, carrying over the prior model's all-wheel drive, rear-mid-engine architecture, its approximate coachwork dimensions, and most importantly, the aluminum alloy 8.0-liter quad-turbocharged W-16 engine. The drivetrain was even further developed from the outgoing Veyron Super Sport, with larger two-stage turbochargers, larger catalytic converters, and a new titanium exhaust system combining to produce 1,479 horsepower and 1,180 pound-feet of torque.

Utilizing an improved carbon fiber monocoque built to LMP1 standards, new adaptive chassis technologies, purpose-developed tires, and monstrous Formula 1-specification brakes (that can bring the car from 249 mph to zero in under 10 seconds), the Chiron could reach 60 mph from standstill in just 2.4 seconds on the way to an electronically limited top speed of 261 mph. In addition to refined performance, the Chiron was bequeathed with unequivocal rarity when it was earmarked for a production limit of just 500 examples in all variants, endowing each car with a cachet of instant collectability.

At the 2018 Geneva Salon Bugatti introduced the first upgraded iteration of the Chiron model, the Chiron Sport. Conceived as a more dynamic and driver-focused variant of the Chiron, the Chiron Sport is almost 40 pounds lighter due to increased use of carbon fiber, lightweight wheels, and lighter glass. In fact, the model is believed to be the first car to feature a purpose-developed carbon fiber windscreen wiper, amongst many additional first-in-class technological achievements.

The Chiron Sport is further equipped with approximately $275,000 worth of chassis improvements over the base model Chiron, including a dynamic handling package, more responsive and engaging steering, revised torque vectoring system, stiffer springs and anti-roll bars, quad exhaust tips, and better aerodynamics. These upgrades so significantly enhance the car's cornering abilities that the Chiron Sport was able to run the Nardo Ring in Italy five seconds faster than the base-level Chiron, an impressive testament to the Sport model's performance potential.

*Car and Driver* magazine's editors pronounced the Chiron to be the fastest model they ever tested, and when testing the Chiron Sport the writer was astounded by its acceleration times north of 60 mph, as the car reached 100 mph in just 4.4 seconds, and 200 mph in 15.7 seconds. As he summarized, "The Chiron buyer needs to appreciate it for the integrity of its design, the quality of its construction, and how it confidently achieves speed unlike any other vehicle on earth."

Limited to a quantity of approximately 60 examples, the Chiron Sport boasts the typical Molsheim design brief: exclusivity, power, comfort, technology, and style built to the highest possible standard. The Chiron Sport combines enhanced handling performance and astonishing agility with distinctive design and superlative comfort for an unforgettable driving experience. Even among today's increasingly crowded hypercar competition, the Chiron Sport stands alone in a class of its own.

Claiming limited mileage and fastidious care by two discerning collectors, this Chiron Sport is an ideally well-preserved example of Bugatti's top-shelf product. Completed in November 2018 to US specifications, chassis number 795174 is distinguished by numerous bespoke elements of its cosmetic livery, starting with the external finish of exposed black carbon fiber accented with Italian Red body elements such as the side sills, chin spoiler, rear taillamp accent, and rear exhaust surround. The red paint was also applied to the signature line, the lower halves of the sideview mirrors, the rear EB logo, the wheel cap logos, brake calipers, and engine covers.

The exquisite interior was trimmed in a matching two-tone color scheme in which Italian Red is used on the diamond-stitched leather seat upholstery and door panels, Chiron script on the headrests, steering wheel stitching, seatbelts, inner signature line, and rearview mirror, while numerous trim pieces were finished in black and exposed carbon fiber. The center console furthermore features a decorative inlay reading "110 Ans Bugatti" that is complemented with the French *tricolore*.

After undergoing testing in Molsheim in January 2019, the Bugatti was delivered to Manhattan Motorcars, the official marque dealership in New York City. It is believed to be one of 82 Chirons delivered worldwide in 2019, and one of the first Chiron Sport examples delivered to the United States. The car was then sold to a noted collector on the East Coast whose gallery includes several other modern Bugatti hypercars. The owner presented the Chiron Sport at several regional events, including the Driving Force Club gathering in March 2019, the DUB Show Tour in April 2019 at the New York International Auto Show in April 2019, the CF Charities Supercar Show in June 2019, and the 2020 Philadelphia Auto Show. The car was also regularly serviced by Manhattan Motorcars, ensuring peak operating condition and cosmetic presentation.

Offered for sale in late 2021, the Bugatti was acquired by the consignor, another respected collector of flagship hypercars. The Chiron Sport continued to enjoy regular maintenance at Manhattan Motorcars while occasionally being exhibited at local cars-and-coffee gatherings.

Displaying 2,188 miles at the time of cataloguing, this sensational Bugatti is magnificently presented, and is one of but a handful of Chiron Sports to be publicly offered at auction. It is desirably accompanied by original-delivery accessories including the owner's manuals, valet and speed keys, model-specific USB drive in the proper presentation box, and the complimentary coffee table book on the Chiron model.

With such a narrow production volume and a waiting list of committed buyers, the availability of any Bugatti Chiron is not to be taken for granted. This breathtaking example offers admittance to an exclusive club of ownership, promising the visceral thrill of high-speed performance accompanied by the chorus of the model's legendary turbo symphony; or it may be admired for its singular design on concours fields or in private settings. It is, without exaggeration, one of the undeniable triumphs of modern automotive engineering and design, sure to capture the imagination of any marque enthusiast or supercar aficionado.

You may also like:

