# Exhibit A-21

**Your branch address:**

100 KING ST. W - MAIN FLOOR
TORONTO, ON M5X1A3



**Business Banking**

**Your Branch**
FST CDN PLACE TORONTO ONT
Transit number: 0002

**For questions about your statement call**
(416) 867-5050

**Direct Banking**
1-877-262-5907
www.bmo.com

TRADERS GLOBAL GROUP INCORPORATED

VAUGHAN ON    L4K 2N1

# Business Banking statement

For the period ending April 28, 2023

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Apr 28, 2023 |
|---|---|---|---|---|
| US$ Business Current Account 6-188 | 9,352,217.15 | 29,820,968.03 | 28,393,854.07 | 7,925,103.19 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|



**US$ Business Current Account  6-188**

Business name:
TRADERS GLOBAL GROUP INCORPORATED

| Date | Description | Amounts debited | Amounts credited | Balance ($) |
|---|---|---|---|---|
| Apr 01 | Opening balance | | | 9,352,217.15 |
| Apr 03 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 214,654.47 | 9,566,871.62 |
| Apr 03 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 502,882.29 | 10,069,753.91 |
| Apr 03 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 1,258,053.08 | 11,327,806.99 |
| Apr 03 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, RK TECHNOLOGIES SERVI, WW23040358332871 | 15,190.00 | | 11,312,616.99 |
| Apr 04 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 873,106.74 | 12,185,723.73 |
| Apr 05 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 907,353.03 | 13,093,076.76 |
| Apr 05 | Transfer, 0002-4523-921 3587 | | 4,000,000.00 | 17,093,076.76 |
| Apr 05 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, HK, METAQUOTES LTD, WW23040558375424 | 104,050.30 | | 16,989,026.46 |

continued



A member of BMO Financial Group

Page 1 of 3

15130E (09/02)

OSC-0000000306

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Business Current Account 6-188** | | | (continued) |
| Apr 05 | Transfer, 0002-4523-921 3587 | | 2,000,000.00 | 18,989,026.46 |
| Apr 05 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, CUSTOM HOUSE UK, WW23040558376684 | 2,000,000.00 | | 16,989,026.46 |
| Apr 06 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 932,622.95 | 17,921,649.41 |
| Apr 06 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, IS RISK ANALYTICS INC, WW23040658387642 | 45,055.54 | | 17,876,593.87 |
| Apr 10 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 1,452,328.30 | 19,328,922.17 |
| Apr 10 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 234,900.22 | 19,563,822.39 |
| Apr 10 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 574,070.18 | 20,137,892.57 |
| Apr 10 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 787,424.15 | 20,925,316.72 |
| Apr 11 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 1,171,170.73 | 22,096,487.45 |
| Apr 12 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 1,055,899.74 | 23,152,387.19 |
| Apr 12 | Incoming Wire Payment, INCOMING WIRE PAYMENT, US, DEEL, INC. | | 168.72 | 23,152,555.91 |
| Apr 12 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, CDO MARKETS LIMITED, WW23041258440293 | 200,000.00 | | 22,952,555.91 |
| Apr 12 | Investment, TDR 0002-9951299 | 10,000,000.00 | | 12,952,555.91 |
| Apr 12 | Investment, TDR 0002-9951280 | 5,000,000.00 | | 7,952,555.91 |
| Apr 13 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, RK TECHNOLOGIES SERVI, WW23041258445372 | 14,920.00 | | 7,937,635.91 |
| Apr 13 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 812,016.38 | 8,749,652.29 |
| Apr 14 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 349,440.44 | 9,099,092.73 |
| Apr 17 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 141,079.71 | 9,240,172.44 |
| Apr 17 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 393,038.63 | 9,633,211.07 |
| Apr 17 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 1,044,864.29 | 10,678,075.36 |
| Apr 17 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, SKM CONSULTING SERVIC, WW23041758485552 | 3,000.00 | | 10,675,075.36 |
| Apr 17 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, TRADERS GLOBAL GROUP, WW23041758485742 | 5,000,000.00 | | 5,675,075.36 |
| Apr 17 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, GR, JDME GLOBAL LTD, WW23041758492278 | 754,964.48 | | 4,920,110.88 |
| Apr 17 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, CA, TRADERS GLOBAL GENERA, WW23041758485558 | 28,441.00 | | 4,891,669.88 |
| Apr 18 | Pre-Authorized Payment No Fee, BMO PAYMENT CBP/PFE | 50.00 | | 4,891,619.88 |
| Apr 18 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 1,081,376.42 | 5,972,996.30 |
| Apr 19 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 1,144,567.53 | 7,117,563.83 |
| Apr 20 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 1,050,363.77 | 8,167,927.60 |
| Apr 21 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 856,494.35 | 9,024,421.95 |

continued

# Business Banking Statement

TRADERS GLOBAL GROUP INCORPORATED
For the period ending April 28, 2023



**Business Banking**

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Business Current Account 6-188** | | | (continued) |
| Apr 24 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 206,019.66 | 9,230,441.61 |
| Apr 24 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 558,990.87 | 9,789,432.48 |
| Apr 24 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 1,329,454.74 | 11,118,887.22 |
| Apr 24 | US $ Transfer, USD TFR 1607-995, AT1.35284 HC $0.00, CAD EQUIV $299999.99 | 221,755.71 | | 10,897,131.51 |
| Apr 25 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, CUSTOM HOUSE UK, WW23042458572852 | 3,000,000.00 | | 7,897,131.51 |
| Apr 25 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 913,641.14 | 8,810,772.65 |
| Apr 25 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, VISTAJET US INC., WW23042558581533 | 433,500.00 | | 8,377,272.65 |
| Apr 26 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 1,027,867.36 | 9,405,140.01 |
| Apr 27 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 882,219.25 | 10,287,359.26 |
| Apr 27 | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, US, TRADERS GLOBAL GROUP, WW23042758615325 | 3,000,000.00 | | 7,287,359.26 |
| Apr 28 | Direct Deposit, WOOCOMMERCE PAY MSP/DIV | | 637,784.93 | 7,925,144.19 |
| Apr 28 | Maintenance Fee, FIXED CHARGE $6.00 | 6.00 | | 7,925,138.19 |
| Apr 28 | Pre-Authorized Payment Fee, DEFT 28 ITMS AT 1.25 | 35.00 | | 7,925,103.19 |
| **Apr 28** | **Closing totals** | **29,820,968.03** | **28,393,854.07** | |
| | Number of items processed | 19 | 31 | |

## We're making changes to our Wire Payment Fees*.

**Effective July 5, 2023:**
- **Incoming Wire Fees** will increase from $14 to **$16 per transfer**
- **Outgoing Wire Fees** will change from 0.2% Wire Value (Min charge $15, Max charge $125) + $10 Communication charge to a fixed **$40 Wire Fee + $10 Communication charge**

**To learn more about these changes, visit bmo.com/pricechange2023 or your branch.**

*Business Banking customers using Online Banking for Business Wire Transfer Service are not impacted by this change.



BMO Bank of Montreal

A member of BMO Financial Group

15130E (09/02)

OSC-0000000306