Exhibit A-22

# CONTRACTOR AGREEMENT
## REF: Pn4yRXN7

This Contractor Agreement *("Agreement")* is entered into as of April 15th, 2021 (the *"Effective Date"*), between:

Traders Global Group Incorporated, NJ C Corporation having its principal place of business at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Parsippany, NJ, United States, 07054, email address: haider@myforexfunds.com *("Client")*, and

Joshua Dentrinos, a Individual whose address is ▓▓▓▓▓▓▓▓▓▓▓▓ North Bergen, NJ, United States, 07047, email address: joshdentrinos@gmail.com , and whose activity is registered under the number PB2713276 *("Contractor")*.

Client and Contractor desire to have Contractor perform services for Client, subject to and in accordance with the terms and conditions of this Agreement.

NOW, THEREFORE, the parties agree as follows:

## 1. SERVICES

**1.1. Statements of Work.** From time to time, Client and Contractor may execute one or more statement(s) of work, substantially in the form attached hereto as Exhibit A, detailing the specific services to be performed by Contractor (as executed, a *"Statement of Work"*). Each Statement of Work will expressly refer to this Agreement, will form a part of this Agreement, and will be subject to the terms and conditions contained herein. A Statement of Work may be amended only by a signed (by each party's authorized signatory) and written agreement of the parties.

**1.2. Performance of Services.** Contractor will perform the services described in each Statement of Work (the *"Services"*) in accordance with the terms and conditions set forth in each Statement of Work and this Agreement. Unless otherwise agreed by Client, Contractor will determine, in Contractor's sole discretion, the manner and means by which the Services are accomplished, subject to the requirement that Contractor will at all times comply with applicable law and any compliance policies drawn to Contractors' attention insofar as they are applicable to independent contractors.

1

IN WITNESS WHEREOF, the parties have executed this Agreement as of the Effective Date.

| CLIENT | CONTRACTOR |
|---|---|
| Signature: *Murtuza Kazmi* | Signature: *Joshua Dentrinos* |
| Date: September 29th, 2021 | Date: October 1st, 2021 |

2

# EXHIBIT A
# STATEMENT OF WORK 1
# REF: Pn4yRXN7

DATE: October 1st, 2021

This Statement of Work is issued under and subject to all of the terms and conditions of Contractor Agreement dated as of April 15th, 2021, between Client and Contractor.

## DESCRIPTION OF SERVICES

**Contract name:**
Joshua Dendrinos

**Scope:**
Risk Management

**Milestones and Payment terms:** Starting on the April 15th, 2021, Joshua Dentrinos will get paid a sum by Client for every task completed. The value of each task will be defined by Client or Contractor prior to payment. By paying the task, Client confirms his approval of the work and value of the task. The payment for the first twice-monthly cycle will be paid out 1 days following the cycle ending on the 14th of the month. The payment for the second twice-monthly cycle will be paid out 1 days following the cycle ending on the 29th of the month. If payment is made by bank transfer with a commission, the commission is paid by the Contractor.

**Termination date:**
This Statement of Work may be terminated in accordance with the provisions of the Terms and Termination section of the Contractor Agreement or fourteen (14) days after a termination notice is provided.

Confidential Treatment Requested

IN WITNESS WHEREOF, the parties have executed and agreed to this additional Statement of Work for the contract as of the April 15th, 2021.

**CLIENT**

Signature: *Murtuza Kazmi*

_____

Date: September 29th, 2021

**CONTRACTOR**

Signature: *Joshua Dentrinos*

_____

Date: October 1st, 2021

Confidential Treatment Requested

Deel_CFTC_00000126

# CONTRACT EVENT LIST

Document ID: Pn4yRXN7

**CONTRACT CREATED**

September 28th, 2021, 17:41:24

Haider Raza

IP: 10.0.6.187

**CONTRACT SIGNED BY CLIENT**

September 28th, 2021, 18:01:40

Haider Raza

IP: 10.0.2.78

**CONTRACT SIGNED BY CONTRACTOR**

September 30th, 2021, 14:59:41

Joshua Dentrinos

IP: 10.0.2.216

Confidential Treatment Requested    Deel_CFTC_00000127