# Exhibit A-26

**deel.**

INVOICE

**Bill from:** Beshoy ▮
▮
Milford, MA 01757
United States
▮4917

| DOCUMENT | INV-2021-1 |
| STATUS | Paid |
| ISSUE DATE | November 4, 2021 |
| DUE DATE | November 4, 2021 |
| **PAID DATE** | **November 4, 2021** |
| **TOTAL PAID** | **$83.49** |

**Bill to:** Traders Global Group Incorporated
▮
Parsippany, NJ 07054
United States

Team: Paid Contractors

Contract
**Beshoy** ▮

Scope
Trading

| DESCRIPTION / MEMO | | AMOUNT |
|---|---|---|
| **Pay As You Go Contract** | | |
| One-off: MFF Evaluation Bonus Phase 1 | | $83.49 |
| | VAT | $0 |
| | TOTAL PAID | $83.49 |

Invoice created via **deel.**

DEEL REF: 1628390

Confidential Treatment Requested                                      Deel_CFTC_00437188