# Exhibit A-27

**deel.**

| | | INVOICE |
|---|---|---|
| | DOCUMENT | INV-2021-2 |
| | STATUS | Paid |
| | ISSUE DATE | November 4, 2021 |
| | DUE DATE | November 4, 2021 |
| | **PAID DATE** | **November 4, 2021** |
| | **TOTAL PAID** | **$894.07** |

**Bill from:** CALVIN & ASSOCIATES LLC
Calvin ███████
Homestead, FL 33033
United States
███████4181
Tax ID: ███████0142

**Bill to:** Traders Global Group Incorporated
███████████████████████
Parsippany, NJ 07054
United States

Team: Paid Contractors

Contract
**Calvin** ███████

Scope
Trading

| DESCRIPTION / MEMO | | AMOUNT |
|---|---|---|
| **Pay As You Go Contract** | | |
| One-off: MFF Evaluation Live Bonus Phase 2 and Refund 112 Percent | | $894.07 |
| | VAT | $0 |
| | TOTAL PAID | $894.07 |

Invoice created via **deel.**

DEEL REF: 1625230