# Exhibit A-28

# deel.

| | | | |
|---|---|---|---|
| **Bill from:** | ▮▮▮▮▮ | | **INVOICE** |
| | sicklerville, NJ 08081 | DOCUMENT | INV-2022-1 |
| | United States | STATUS | Paid |
| | ▮▮▮ 8160 | ISSUE DATE | April 11, 2022 |
| | | DUE DATE | April 11, 2022 |
| | | PAID DATE | **April 11, 2022** |
| | | TOTAL PAID | **$81.74** |

**Bill to:** Traders Global Group Incorporated
▮▮▮▮▮▮▮▮▮▮▮▮▮
Parsippany, NJ 07054
United States
Registration number: ▮▮▮4498

Team: Paid Contractors

Contract
**Kyle** ▮▮▮▮

Scope
Trading

Approved by:
Murtuza Kazmi (info@tradersglobalgroup.com) on April 10, 2022

| DESCRIPTION / MEMO | AMOUNT |
|---|---:|
| **Pay As You Go Contract** | |
| One-off: MFF Accelerated Payout 10005991 | $81.74 |
| **TOTAL PAID** | **$81.74** |

Invoice created via **deel.**

DEEL REF: 2910457


*Kyle* ▮▮▮▮

PAGE 1 OUT OF 1                                           DEEL REF: 2910457

1