# Exhibit A-29

![TD Canada Trust]

NEWMARKET HWY 404
1155 DAVIS DR
NEWMARKET ON  L3Y 8R1

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_6467121_006 E R 00542  03523

**BAL GROUP INCORPORATED**
VAUGHAN ON  L4K 2N1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| Branch No. | Account No. | BUSINESS CHEQUING ACCOUNT USD EVERYDAY B | JUL 30/21 - AUG 31/21 |
| 0542 | 3889 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | JUL 30 | 150,703.32 |
| TD WIRE FEE FEE | 25.00 | | AUG 03 | 150,678.32 |
| MONTHLY PLAN FEE | 39.00 | | AUG 31 | |
| ACCT BAL REBATE | | 39.00 | AUG 31 | 150,678.32 |

0 CHQS ENCLOSED  NEXT STATEMENT DATE IS  SEP 30/21
MONTHLY AVER. CR. BAL.   $150,679.93
MONTHLY MIN. BAL.        $150,678.32
DEP CONTENT CASH 0    ITEMS 0    UNC BATCH 0

| | No | Amount |
|---|---|---|
| Credits | 1 | 39.00 |
| Debits | 2 | 64.00 |

-
-
-

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error

Accounts issued by: THE TORONTO-DOMINION BANK

008108

TDCDA71400_6467121_006 - 0053523

Confidential Treatment Requested