# Exhibit A-30



Innovation, Science and Economic Development Canada
Corporations Canada

Innovation, Sciences et Développement économique Canada
Corporations Canada

# Certificate of Incorporation
*Canada Business Corporations Act*

# Certificat de constitution
*Loi canadienne sur les sociétés par actions*

Traders Global Group Incorporated
Corporate name / Dénomination sociale

1264617-0
Corporation number / Numéro de société

I HEREBY CERTIFY that the above-named corporation, the articles of incorporation of which are attached, is incorporated under the *Canada Business Corporations Act*.

JE CERTIFIE que la société susmentionnée, dont les statuts constitutifs sont joints, est constituée en vertu de la *Loi canadienne sur les sociétés par actions*.

Raymond Edwards
Director / Directeur

2021-01-13
Date of Incorporation (YYYY-MM-DD)
Date de constitution (AAAA-MM-JJ)

Canadä

Confidential Treatment Requested

1

Deel_CFTC_00000003

Innovation, Science and
Economic Development Canada
Corporations Canada

Innovation, Sciences et
Développement économique Canada
Corporations Canada

**Form 1**
**Articles of Incorporation**
*Canada Business Corporations Act (s. 6)*

**Formulaire 1**
**Statuts constitutifs**
*Loi canadienne sur les sociétés par actions (art. 6)*

| | |
|---|---|
| 1 | Corporate name / Dénomination sociale |
| | **Traders Global Group Incorporated** |
| 2 | The province or territory in Canada where the registered office is situated / La province ou le territoire au Canada où est situé le siège social |
| | **ON** |
| 3 | The classes and any maximum number of shares that the corporation is authorized to issue / Catégories et le nombre maximal d'actions que la société est autorisée à émettre |
| | **The corporation is authorized to issue an unlimited number of common shares.** |
| 4 | Restrictions on share transfers / Restrictions sur le transfert des actions |
| | **None** |
| 5 | Minimum and maximum number of directors / Nombre minimal et maximal d'administrateurs |
| | **Min. 1     Max. 10** |
| 6 | Restrictions on the business the corporation may carry on / Limites imposées à l'activité commerciale de la société |
| | **None** |
| 7 | Other Provisions / Autres dispositions |
| | **None** |
| 8 | Incorporator's Declaration: I hereby certify that I am authorized to sign and submit this form. / Déclaration des fondateurs : J'atteste que je suis autorisé à signer et à soumettre le présent formulaire. |

| Name(s) – Nom(s) | Original Signed by – Original signé par |
|---|---|
| Rizwan Kazmi | Rizwan Kazmi |
| | Rizwan Kazmi |
| Murtuza Kazmi | Murtuza Kazmi |
| | Murtuza Kazmi |
| Narjis Fatima Rizvi | Narjis Fatima Rizvi |
| | Narjis Fatima Rizvi |

Misrepresentation constitutes an offence and, on summary conviction, a person is liable to a fine not exceeding $5000 or to imprisonment for a term not exceeding six months or both (subsection 250(1) of the CBCA).

Faire une fausse déclaration constitue une infraction et son auteur, sur déclaration de culpabilité par procédure sommaire, est passible d'une amende maximale de 5 000 $ et d'un emprisonnement maximal de six mois, ou l'une de ces peines (paragraphe 250(1) de la LCSA).

You are providing information required by the CBCA. Note that both the CBCA and the *Privacy Act* allow this information to be disclosed to the public. It will be stored in personal information bank number IC/PPU-049.

Vous fournissez des renseignements exigés par la LCSA. Il est à noter que la LCSA et la *Loi sur les renseignements personnels* permettent que de tels renseignements soient divulgués au public. Ils seront stockés dans la banque de renseignements personnels numéro IC/PPU-049.



IC 3419 (2008/04)

Confidential Treatment Requested

Deel_CFTC_00000003

| Form 2 | Formulaire 2 |
|---|---|
| **Initial Registered Office Address and First Board of Directors** | **Siège social initial et premier conseil d'administration** |
| *Canada Business Corporations Act (CBCA) (s. 19 and 106)* | *Loi canadienne sur les sociétés par actions (LCSA) (art. 19 et 106)* |

1. Corporate name / Dénomination sociale

   Traders Global Group Incorporated

2. Address of registered office / Adresse du siège social

   54 Mondial Cres
   East Gwillimbury ON  L9N 0S2

3. Additional address / Autre adresse

4. Members of the board of directors / Membres du conseil d'administration

   |  |  | Resident Canadian / Résident Canadien |
   |---|---|---|
   | Murtuza Kazmi | 54 Mondial Cres, East Gwillimbury ON L9N 0S2, Canada | Yes / Oui |
   | Narjis Rizvi | 54 Mondial Cres, East Gwillimbury ON L9N 0S2, Canada | Yes / Oui |

5. Declaration: I certify that I have relevant knowledge and that I am authorized to sign this form.

   Déclaration : J'atteste que je possède une connaissance suffisante et que je suis autorisé(e) à signer le présent formulaire.

   Original signed by / Original signé par
   Murtuza Kazmi

   _____
   Murtuza Kazmi
   6477878609

Misrepresentation constitutes an offence and, on summary conviction, a person is liable to a fine not exceeding $5000 or to imprisonment for a term not exceeding six months or both (subsection 250(1) of the CBCA).

Faire une fausse déclaration constitue une infraction et son auteur, sur déclaration de culpabilité par procédure sommaire, est passible d'une amende maximale de 5 000 $ et d'un emprisonnement maximal de six mois, ou l'une de ces peines (paragraphe 250(1) de la LCSA).

You are providing information required by the CBCA. Note that both the CBCA and the *Privacy Act* allow this information to be disclosed to the public. It will be stored in personal information bank number IC/PPU-049.

Vous fournissez des renseignements exigés par la LCSA. Il est à noter que la LCSA et la *Loi sur les renseignements personnels* permettent que de tels renseignements soient divulgués au public. Ils seront stockés dans la banque de renseignements personnels numéro IC/PPU-049.



IC 2904 (2008/04)

Confidential Treatment Requested

3

Deel_CFTC_00000003