# Exhibit A-31



Confidential Treatment Requested

1

Deel_CFTC_00000002