# Exhibit A-33

|   | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **FOIA CONFIDENTIAL** | | | | | | | | | | | |
| 2 | USER ATTRIBUTES *** | | | | | | | | | | | |
| 3 | USER ID | ▅▅▅▅00d3 | | | | | | | | | | |
| 4 | NAME | Murtuza Kazmi | | | | | | | | | | |
| 5 | EMAIL | kazmi.murtuza@gmail. | | | | | | | | | | |
| 6 | CREATED | December, 11 2017 | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | IDENTITY *** | | | | | | | | | | | |
| 10 | FIRST NAME | Murtuza | | | | | | | | | | |
| 11 | LAST NAME | Kazmi | | | | | | | | | | |
| 12 | ADDRESS1 | ▅▅▅▅ | | | | | | | | | | |
| 13 | ADDRESS2 | | | | | | | | | | | |
| 14 | CITY | Lopatcong | | | | | | | | | | |
| 15 | STATE | NJ | | | | | | | | | | |
| 16 | ZIP | 8865 | | | | | | | | | | |
| 17 | COUNTRY | United States of | | | | | | | | | | |
| 18 | BIRTHDATE M/D/Y | ▅▅▅1984 | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | JUMIO PROFILES *** | | | | | | | | | | | |
| 22 | DATE | TYPE | ID NUMBER | STATUS | NAME | DOB | ADDRESS | UNIT | CITY | STATE | ZIP | COUNTRY |
| 23 | | Driver's License + | ▅05700 | completed | Murtuza | ▅1984 | ▅ | | PHILLIPSBURG | NJ | 08865-2573 | United |
| 24 | 2022-03-22T21:35:21.912Z | Passport + Photo | ▅6602 | failed | Murtuza | ▅1984 | | | | | | Canada |
| 25 | | Passport + Photo | ▅6602 | falling_back | Murtuza | ▅1984 | | | | | | Canada |
| 26 | | Driver's License | ▅05700 | completed | Murtuza | ▅1984 | ▅ | | PHILLIPSBURG | NJ | 08865-2573 | United |
| 27 | 2020-03-09T15:18:03.559Z | Driver's License + | 6 215 | completed | Murtuza | ▅1984 | ▅ | | city | NY | 12205 | United |
| 28 | 2017-12-12T01:26:08.916Z | Driver's License + | 6 215 | completed | Murtuza | ▅1984 | ▅ | | city | NY | 12205 | United |
| 29 | 2017-12-11T19:52:47.645Z | Driver's License | ▅5887 | completed | Murtuza | ▅1984 | ▅ | | | NY | | United |
| 30 | | | | new | | | | | | | | |
| 31 | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | PERSONAL DETAILS *** | | | | | | | | | | | |
| 34 | DOB | ▅▅▅1984 | | | | | | | | | | |
| 35 | Street Address | ▅▅▅ | | | | | | | | | | |
| 36 | City, State, ZIP | PHILLIPSBURG, NJ, | | | | | | | | | | |
| 37 | Country | US | | | | | | | | | | |
| 38 | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | |
| 40 | PHONE NUMBERS *** | | | | | | | | | | | |
| 41 | NUMBER | COUNTRY | VERIFIED | | | | | | | | | |
| 42 | 5187099093 | US | TRUE | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | |
| 45 | BILLING ADDRESSES *** | | | | | | | | | | | |
| 46 | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL | COUNTRY | | | | | |
| 47 | | | | Colonie | NY | 12205 | US | | | | | |
| 48 | | | | Malta | NY | 12020 | US | | | | | |
| 49 | | | | MALTA | NY | 12020 | US | | | | | |
| 50 | | | | Lopatcong | NJ | 8865 | US | | | | | |
| 51 | | | | Lopatcong | NJ | 8865 | US | | | | | |
| 52 | | | | COLONIE | NY | 12205 | US | | | | | |
| 53 | | | | PHILLIPSBURG | NJ | 08865-2573 | US | | | | | |
| 54 | | | | Colonie | NY | 12205 | US | | | | | |
| 55 | | | | | | | | | | | | |
| 56 | | | | | | | | | | | | |
| 57 | BANK ACCOUNTS *** | | | | | | | | | | | |
| 58 | CUSTOMER NAME | BANK NAME | ACCOUNT | ROUTING | ACCOUNT | VERIFIED | VERIFICATI | | | | | |
| 59 | MURTUZA KAZMI | Citizens Bank - One | ******8637 | 21313103 | checking | TRUE | iav_plaid | | | | | |
| 60 | MURTUZA H KAZMI | TD Bank - TD SIMPLE | ******2351 | 21302567 | checking | TRUE | iav_plaid | | | | | |
| 61 | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | |
| 63 | PAYMENT CARD (LEGACY) | | | | | | | | | | | |
| 64 | CARD PART | TYPE | EXP | NAME | VERIFIED | | | | | | | |
| 65 | **********9695 | CreditDebitCard (Visa | Jul-20 | Murtuza Kazmi | FALSE | | | | | | | |
| 66 | **********2854 | CreditDebitCard | Oct-20 | Murtuza Kazmi | TRUE | | | | | | | |
| 67 | **********1262 | CreditDebitCard (Visa | Sep-20 | Murtuza Kazmi | TRUE | | | | | | | |
| 68 | **********4949 | CreditDebitCard | May-21 | Murtuza Kazmi | TRUE | | | | | | | |
| 69 | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | |
| 71 | PAN | TYPE | EXP | NAME | STATUS | | | | | | | |
| 72 | ************7291 | Card (Firstdata, | Jan-25 | Murtuza Kazmi | cdv_require | | | | | | | |
| 73 | ************1262 | Card (Firstdata, | Sep-20 | Murtuza Kazmi | verified | | | | | | | |
| 74 | ************4949 | Card (Firstdata, | May-21 | Murtuza Kazmi | verified | | | | | | | |
| 75 | | | | | | | | | | | | |
| 76 | | | | | | | | | | | | |
| 77 | PAYMENT CARDS *** | | | | | | | | | | | |
| 78 | CUSTOMER NAME | LAST 4 DIGITS | EXPIRATION | EXPIRATION | CARD 3D | ISSUE TYPE | ISSUER | ISSUE | VERIFIED | REJECTION | BILLING | BILLING |
| 79 | Murtuza Kazmi | ************4949 | 5 | 2021 | FALSE | MasterCard | CITIBANK | US | TRUE | FALSE | | |
| 80 | Murtuza Kazmi | **********2854 | 10 | 2020 | FALSE | MasterCard | SYNCHRON | US | TRUE | TRUE | | |
| 81 | Murtuza Kazmi | **********9695 | 7 | 2020 | FALSE | Visa debit | CITIZENS | US | FALSE | FALSE | | |
| 82 | Murtuza Kazmi | **********1262 | 9 | 2020 | FALSE | Visa debit | TD BANK, | US | TRUE | FALSE | | |
| 83 | | | | | | | | | | | | |
| 84 | | | | | | | | | | | | |

|    | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | PAYPAL ACCOUNTS *** | | | | | | | | | | | |
| 86 | CUSTOMER NAME | EMAIL | PHONE | COUNTRY | TYPE | VERIFIED | | | | | | |
| 87 | Murtuza Kazmi | murtuzakazmi84@gma | | | | TRUE | | | | | | |
| 88 | | | | | | | | | | | | |