# Exhibit A-35



Account: 2351
Amount: 100,000.00
PostDate: 20220420
Tran_ID: 719505696
CheckNum: 1
DIN: 719505701
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 719505701
ECEItemSeqNum: 569575057817



Account: 2351
Amount: 100,000.00
PostDate: 20220420
Tran_ID: 719505696
CheckNum: 1
DIN: 719505701
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 719505701
ECEItemSeqNum: 569575057817