# Exhibit A-36



## OFFICIAL CHECK

**TD Bank**

54912565-1

SOURCE OF FUNDS ☐ CASH ☐ ACCT/GL NO. _____

RE: MURTUZA H KAZMI

DATE: 06/01/2022

52-0133
112

PAY TO THE ORDER OF *****PROVIDENCE ABSTRACT LLC*******    $1,029,828.40

One Million Twenty Nine Thousand Eight Hundred Twenty Eight AND 40/100

DRAWER: TD BANK, N.A.

**NON NEGOTIABLE**
AUTHORIZED SIGNATURE

PROOF COPY

⑈549125651⑈ ⑆5210⑈1025⑉ ▇▇▇▇▇9404⑈

Account: ▇▇▇▇9404
Amount: 1,029,828.40
PostDate: 20220601
Tran_ID: 552326621
CheckNum: 549125651
DIN: 552326621
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 552326621
ECEItemSeqNum: 561364125973

561364125970 105705 20220601 ▇▇▇▇▇9404
OBC_CREDIT THAKERTB 1029828.40
Franklin Beekman ▇▇▇▇▇▇▇0063
561364125973 105810 MULTI-TRAN

Account: ▇▇▇▇9404
Amount: 1,029,828.40
PostDate: 20220601
Tran_ID: 552326621
CheckNum: 549125651
DIN: 552326621
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 552326621
ECEItemSeqNum: 561364125973

1

Page 1 of 2

TDBank-0000000017



NJDL ████ 5842
Ex @ 5/12/25

**TD Bank**

CHECKING WITHDRAWAL

☐ CLOSING? INITIAL HERE ____

NAME  MURTUZA KAZMI
DATE  JUN 1st 2022

1,029,836.40 —

ONE MILLION, TWENTY NINE THOUSAND, EIGHT HUNDRED AND THIRTY SIX DOLLARS. FOURTY CENTS.

ACCT. #  ████ 12351

$ 1,029,836.40
1,029,836.40
(incl. 8.00 for fees)

⑆5140⑉1064⑆     500

Account: ████2351
Amount: 1,029,836.40
PostDate: 20220601
Tran_ID: 552326621
CheckNum: 0
DIN: 552326631
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 552326631
ECEItemSeqNum: 561364125972

To: 561364125969 105314 20220601 ████2351
DBW_DEBIT THAKERTB 0.00† LLC
Franklin Beekman ████ 0062
561364125972 105810 MULTI-TRAN

Account: ████2351
Amount: 1,029,836.40
PostDate: 20220601
Tran_ID: 552326621
CheckNum: 0
DIN: 552326631
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 552326631
ECEItemSeqNum: 561364125972

2

Page 2 of 2

TDBank-0000000017



Account: ■■■■9404
Amount: 1,029,828.40
PostDate: 20220601
Tran_ID: 769415461
CheckNum: 549125651
DIN: 769415506
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 769415506
ECEItemSeqNum: 000000288964279



Account: ■■■■9404
Amount: 1,029,828.40
PostDate: 20220601
Tran_ID: 769415461
CheckNum: 549125651
DIN: 769415506
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 769415506
ECEItemSeqNum: 000000288964279