Exhibit C-1

**Page Vault**

| | |
|---|---|
| Document title: | The World's Leading Funded Trader Program | My Forex Funds |
| Capture URL: | https://myforexfunds.com/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 17:57:53 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 17:59:55 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 8 |
| Capture ID: | 2CYCwb4SczkQwK9DhaMEHB |
| User: | cftc-admin |

Programs ▾      FAQ ▾      Insights ▾

Our Capital. Your Expertise

# The Market Awaits You.

Start Now      Learn More ↗



# Earn as a professional trader



Our Prop Firm has multiple programs to start your journey as a Forex Funded Trader.
Choose one of our funding programs and start trading, earn bonuses and profit-splits.

---

Document title: The World's Leading Funded Trader Program | My Forex Funds

Capture URL: https://myforexfunds.com/

Capture timestamp (UTC): Fri, 28 Apr 2023 17:59:55 GMT

**2**

Our Prop Firm has multiple programs to start your journey as a Forex Funded Trader.
Choose one of our funding programs and start trading, earn bonuses and profit-splits.







# My Forex Funds Benefits



At MyForexFunds we care about your Success. By joining us you'll get the opportunity to trade with the world's leading prop trading firm that makes a real difference to the industry. We constantly strive on investing in cutting-edge technologies in order to create the best possible trading environment for our traders.



### Select Your Platform!

We have both Metatrader 4 and 5 available for your FOREX funded account. Trade with ease with the trading platform you prefer!



### We are always by your side!

Our 24/7 support team is available for all your FOREX Funded account needs, day or night we are there for you. When you need us we are always there to assist.



### We are a community!

Talk actively with us, our community and our fans on discord. We provide talks and information in real time to actively promote good behavior in trading. Join our discord and see what all the fuss is about!



### Automated FOREX Funded Accounts!

Get your funded trader accounts immediately after program purchase. No waiting, get your FOREX funded account instantly upon purchase of your chosen program. You no longer have to wait to get started today

# Funded Forex Account Bonuses!

Our bonuses reflect our aspiration to attract, motivate and retain talented traders. Are you ready to start your trading journey with MyForexFunds family? Bring your skills and build your future with us through a variety of rewards.



### ◉ Earn from Phase 1!

Get 2% of your trading profits by passing phase 1 and 4% of your trading profits by passing phase 2. Get paid on your journey to a forex funded account.



### ◉ More than a refund!

We pay 112% refund when you reach your first profit split. Why settle for just a refund when you can get rewarded for reaching a new milestone!



### ◉ VIP Reward Program

With a 90% profit split, withdraws at any time with no restrictions, semi-automated payout confirmations (Money in your Deel account within 10 hours), and many more surprising gifts, our VIP Program is here to change the game. Earn your VIP place now.

# What is your experience level?



Your success is our business. We provide forex traders with multiple product options to choose from based on your experience. If you lose, we lose, so choose carefully the program that fits your FOREX and Prop Firm trading experience. We will do the rest when it comes to support and trading conditions to ensure your success when trading

## What is your experience level?

Your success is our business. We provide forex traders with multiple product options to choose from based on your experience. If you lose, we lose, so choose carefully the program that fits your FOREX and Prop Firm trading experience. We will do the rest when it comes to support and trading conditions to ensure your success when trading FOREX with a Prop Firm







### Rapid (Some Knowledge)

- Get to see how prop firms work
- Get paid as you gain experience
- Low entry cost
- Progress into a professional trader

[Start Now]  [Learn More]

### Evaluation (Experienced)

- Prove your experience with our Evaluation Account!
- Quick 2 phase evaluation process
- Generous drawdown limits
- Profit split up to 85%

[Start Now]  [Learn More]

### Accelerated (Trades full time for a living)

- Get started immediately with our Accelerated Funding
- Industry leading profit split
- Speedy upscaling
- Multiple sizes to choose from

[Start Now]  [Learn More]

**Rapid** | Evaluation | Accelerated

| | $10,000 | $20,000 | $50,000 | $100,000 |
|---|---|---|---|---|
| Target | No Targets – You get paid 12% of the profits you earn in your account | | | |
| Minimum Trading Days | 3 times per week | | | |
| Daily Starting Drawdown | $500 | $1,000 | $2,500 | $5,000 |
| Overall Drawdown | $1,200 | $2,400 | $6,000 | $12,000 |
| Available Leverage | 1:500 | | | |
| Refundable Registration Fee | $99 | $189 | $399 | $749 |
| Monthly Fees | No Monthly Fees | | | |
| | Select Plan | Select Plan | Select Plan | Select Plan |

Select Plan | Select Plan | Select Plan | Select Plan

# Latest FOREX & Company News





**General, Trading Tips**

April 26, 2023

## Martingale Strategy in Forex Trading – Effective Technique or a Potential Pitfall?

**Read More**



**Trading Tips**

April 18, 2023

## The Wyckoff Method: An In-Depth Analysis for Traders

**Read More**



**Company News**

April 6, 2023

## Trading Hours During Holiday Season

**Read More**



**Trading Tips**

April 6, 2023

## Understanding and Using Chart Patterns



**Read More**



**Trading Tips**

March 30, 2023

## Candlestick patterns: Everything you need to know

**Read More**



**General**

March 22, 2023

## The Importance of using a Forex Economic Calendar

**Read More**

**6**

Understanding and using Chart Patterns

Candlestick patterns: Everything you need to know

The importance of using a Forex Economic Calendar

Read More

Read More

Read More

# Hear what people are saying about us!



## Excellent



Based on 13,092 reviews



**supper customer support.**

Great customer support and honestly i want to make a trial . Mr. Scott thanks

vivo sereni, 3 hours ago

Showing our 4 & 5 star reviews

**Awesome**

Awesome! Great service and patience excercised by Luke J assisting me with

positive TP, 3 hours ago

**Fast and enthusiastic support**

Fast and enthusiastic support We hope to have a long-term cooperation and

cuong vang, 3 hours ago



At My Forex Funds we are always happy to hear about our prospective traders' insights, constructive criticism and feedback. We like to know where we can improve and grow with you. Take your time and see what others are saying about us and join our discord!

**Join us on Discord 💬**

myForexFunds

**Programs**

Rapid Evaluation

Accelerated

**Faq**

General

Rapid

Evaluation

Accelerated

**Legal**

Privacy Policy

Terms & Conditions

Risk Disclosure

Anti-Money Laundering (AML) Guidelines

Blog

About

Contact



TrustScore **4.9**
13,089 reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Read More    Read More    Read More

# Hear what people are saying about us!



Excellent



Based on 13,092 reviews





★★★★★
**supper customer support.**
Great customer support and honestly i
want to make a trial . Mr. Scott thanks
**vivo sereni,** 3 hours ago

★★★★★
**Awesome**
Awesome! Great service and patience
excercised by Luke J assisting me with
**positive TP,** 3 hours ago

★★★★★
**Fast and enthusiastic support**
Fast and enthusiastic support We hope
to have a long-term cooperation and
**cuong vang,** 3 hours ago

Showing our 4 & 5 star reviews

At My Forex Funds we are always happy to hear about our prospective traders' insights, constructive criticism and feedback. We like to know where we can improve and grow with you. Take your time and see what others are saying about us and join our discord!

**Join us on Discord** 💬


**my**ForexFunds

**Programs**
Rapid
Evaluation
Accelerated

**Blog**
**About**
**Contact**

**Faq**
General
Rapid
Evaluation
Accelerated

★ Trustpilot
TrustScore **4.9**
**13,089** reviews

**Legal**
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

🔒 **Page Vault**

| | |
|---|---|
| Document title: | About \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/about/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 13:47:04 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 13:47:33 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | kX6twqmnfrzcpjSwU8KRGt |
| User: | cftc-admin |

Programs ▾   FAQ ▾   Insights ▾   **About**   Contact          Sign in   🇬🇧 EN ▾





## About us

## Our story so far



### July 2020

My Forex Funds was founded in July of 2020 with the goal of becoming the leading Prop Trading Firm. Our first account type, the rapid gained immediate success with the first trader signing up for the program in the same month to get the first Trader Account.



### March 2021

We launched our evaluation Prop Trading program in March of 2021 and gained immediate success with our market leading profit splits and conditions. Since then our company has grown significantly to over 120000 traders from 80 countries. We currently execute over 500 yards (500 billion notional) of monthly volume and have hundreds of funded traders who have passed the evaluation phase



### May 2021

My Forex Funds rebrands with a new website and logo set. The bull of My Forex Funds shows the bullish nature of the company and its increasing growth and strength. With over 2000 new users per day the company looks to maintain its bullish trajectory and stream-line services to become the market leading Forex Prop Firm.



### Dec 2021

the company looks to maintain its bullish trajectory and stream-
line its job opportunities and business goals into the future



### Dec 2021

My Forex Funds launches full product automation for its Trader
accounts and a new Forex Prop Trading dashboard. Automation
increases the companies' growth and market share. Forex Prop
Traders can now get their Trader account instantly when they
purchase a Prop Trading program



### Today

My Forex Funds is one of the leading Forex Prop Trading Firms. With
over 300 staff world-wide and 2000+ customers per day from
around the globe, it has cemented itself as a market leader. My
Forex Funds is currently working on expanding its business into
similar niches to offer Funded trading accounts to more people who
wish to benefit from their skills.

# My Forex Funds lives by the motto of
## "Your Success is Our Business"

Our company is interested in assisting traders, helping them grow so that we can grow with them.
We strive to provide programs, services and information that assists people interested in the
FOREX, CFD's or commodities markets to become more profitable, self-sustainable and efficient
when trading.

We care about our people which is why we refer to all of our traders including those who have not
entered one of our programs as the MFF Family and welcome them with open arms and dialogue
should they wish to embark on their career to become a professional trader.

**11**



## My Forex Funds lives by the motto of "Your Success is Our Business"

Our company is interested in assisting traders, helping them grow so that we can grow with them. We strive to provide programs, services and information that assists people interested in the FOREX, CFD's or commodities markets to become more profitable, self-sustainable and efficient when trading.

We care about our people which is why we refer to all of our traders including those who have not entered one of our programs as the MFF Family and welcome them with open arms and dialogue should they wish to embark on their career to become a professional trader.

**my**ForexFunds

| Programs | | Blog |
| --- | --- | --- |
| | Rapid | About |
| | Evaluation | Contact |
| | Accelerated | |
| Faq | General | |
| | Rapid | |
| | Evaluation | |
| | Accelerated | |
| Legal | Privacy Policy | |
| | Terms & Conditions | |
| | Risk Disclosure | |
| | Anti-Money Laundering (AML) Guidelines | |



Trustpilot
TrustScore **4.9**
**13,087** reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.

MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.

Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.

Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds



Chat

Chat

**12**

Page Vault

| | |
|---|---|
| Document title: | MyForexFunds February Statistics Are Here! | My Forex Funds |
| Capture URL: | https://myforexfunds.com/myforexfunds-february-statistics-are-here/ |
| Page loaded at (UTC): | Wed, 14 Jun 2023 14:10:53 GMT |
| Capture timestamp (UTC): | Wed, 14 Jun 2023 14:12:28 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | qt14yPdht3CeRSTQYFopGE |
| User: | cftc-admin |

**my**ForexFunds

**Company News**

# MyForexFunds February statistics are here!

March 9, 2022

It has been a very hectic few months at MyForexFunds so we haven't been able to get the stats blogs out and with the change of our old system to the new a lot of the data was inaccurate, we did try to compile them, but the numbers were too off to publish.

Now that the majority of accounts are operating on the new trading server, we are happy to bring present to you the statistics for February 2022, but lets' keep it brief:



### Earn as a professional trader

Our Prop Firm has multiple programs to start your journey as a Forex Funded Trader. Choose one of our funding programs and start trading, earn bonuses and profit-splits.



**Rapid**
(Some Knowledge)

**Evaluation**













## Related Articles



**Analyzing Price Action Trading**

June 8, 2023



**Trading Psychology: Emotions and their Impact in Forex Trading**

May 25, 2023

**Trading with Elliott Wave Theory**

May 18, 2023

We have started posting some stats on Instagram and facebook every week, including our weekly stats for payouts and Tuesdays' best trader, best symbol, worst symbol stats. Be sure to give us a follow on Instagram to stay up to date on those stats. We will likely change our stats blog to weekly as our new reporting system is updated and we can produce the numbers clearly for the public to digest.

It is important to note that with our largest month for payouts came our largest profit for the company. We are thriving with our customers' and we are starting to expand. We will have more information out shortly on our expansion plans.

*Happy trading!*

See more from Company News

Instagram to stay up to date on those stats. We will likely change our stats blog to weekly as our new reporting system is updated and we can produce the numbers clearly for the public to digest.

It is important to note that with our largest month for payouts came our largest profit for the company. We are thriving with our customers' and we are starting to expand. We will have more information out shortly on our expansion plans.

*Happy trading!*

See more from Company News

Trading Psychology: Emotions and their Impact in Forex Trading
May 25, 2023

Trading with Elliott Wave Theory
May 18, 2023

MyForexFunds Gifts of the Month – $100,000 Standard Evaluation Accounts
May 12, 2023

myForexFunds

Programs
Rapid
Evaluation
Accelerated

Blog
About
Contact

Faq
General
Rapid
Evaluation
Accelerated

Legal
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

Trustpilot
TrustScore **4.8**
**14,330** reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat

Chat



Page Vault

| | |
|---|---|
| Document title: | Contact \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/contact/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 13:48:06 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 13:48:38 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | wDxEoRqBqDaaC8XytYq7kz |
| User: | cftc-admin |



Programs ⌄   FAQ ⌄   Insights ⌄   About   Contact      Sign in   🇬🇧 EN ⌄

# Contact Us



**How to find us**

Traders Global Group Incorporated
Registration Number: 1264617-0

**Office location**

9131 Keele Street, Vaughan, Ontario, ON
L4K 2N, Canada

**Email**

support@myforexfunds.com

💬 We are also available on discord

✉ Contact us directly by email

**Get in touch**

Name *

Name

Account Number

Account Number

Email *

Email

Message *

Message

Send



**Office Location**

9131 Keele Street, Vaughan, Ontario, ON
L4K 2N, Canada

**Email**

support@myforexfunds.com

💬 We are also available on discord

✉ Contact us directly by email

Account Number

**Email** *

Email

**Message** *

Message

Send



**Programs**

Rapid

Evaluation

Accelerated

**Faq**

General

Rapid

Evaluation

Accelerated

**Legal**

Privacy Policy

Terms & Conditions

Risk Disclosure

Anti-Money Laundering (AML) Guidelines

Blog

About

Contact

Trustpilot
TrustScore 4.9
13,087 reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.

MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.

Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.

Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat

**19**

🔒 Page Vault

| | |
|---|---|
| Document title: | Meet The MyForexFunds Staff - Murtuza Kazmi CEO \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/meet-the-myforexfunds-staff-murtuza-kazmi-ceo/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 13:36:55 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 13:38:03 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | wN2SxokPNFh2k7JyRNiDGz |
| User: | cftc-admin |





Programs    FAQ    Insights    About   Contact    sign in    EN

**MFF Staff**

# Meet the MyForexFunds Staff – Murtuza Kazmi CEO

May 23, 2022

### Can you introduce yourself?

My name is Murtuza Kazmi, aged 37, and I live in Toronto Canada. In my spare time I like spending time with my kids and wife. I also try to watch Netflix (The Office is one of my favorite shows). I also enjoy playing sports (American football, Badminton and Cricket).

### How long have you been working at MFF? What were you doing before?

I am the creator of our FX Trading prop firm. We did a 6 month pilot program before going live to public in July of 2020. Before starting MFF I was working in technology and IT risk and compliance.

### In which team are you working at MFF?/What is your position?

I work with group of great leaders in MFF to guide and steer our funded trader programs success. I am the Chairman and CEO.

## Earn as a professional trader

Our Prop Firm has multiple programs to start your journey as a Forex Funded Trader. Choose one of our funding programs and start trading, earn bonuses and profit-splits.





I am the creator of our FX Trading prop firm. We did a 6 month pilot program before going live to public in July of 2020. Before starting MFF I was working in technology and IT risk and compliance.

**In which team are you working at MFF?/What is your position?**

I work with group of great leaders in MFF to guide and steer our funded trader programs success. I am the Chairman and CEO.

**What interests you about working at MFF?**

I started MyForexFunds to be an FX Prop Trading Firm with a personal touch without all the hidden rules. Till today we push to make sure that our staff are present with our funded traders and we all find success together. Seeing the success of traders and staff within the company inspires me to keep pushing forward.

**What is your typical workday like?**

In the beginning of the company, I was involved in all aspects of the business from trading to support and back-office operations. Nowadays I deal more with the company financials and corporate element to the business. My day can range from meetings with vendors to banking and onto IT acquisitions. I generally always find time to spend with family throughout at the day. Being a global business means no day is the same.

**Can you share your best experience at MFF?**

Since the beginning of our evaluation funded trader program, I have been getting messages from some of our early starters when I was more directly accessible. Almost every time they get paid, they send me a message to thank me and talk about their success. Any day that this happens is what I would consider a best experience. Hearing how MFF has changed peoples lives or assisted in career progression is always inspirational.

**Do you remember your hardest day at MyForexFunds?**

Yes, early on when we used to have trade server and website outages. There was one instance where I didn't sleep or eat for like 20 hours straight. My wife thought I was a zombie when it all finished. The team was small back then and everyone was wearing different hats – however we were always there for each other and helped in any way possible. Now that the team has grown to 250+ members, we are still always here for each other to ensure our traders and our community is served well. All these growing pains that have occurred at times are when we experience an explosion of new traders joining our ranks. Although we hope we get that explosion of new traders again we certainly hope the pain doesn't come with it.

**Whats it like working with the team at MyForexFunds?**

It's rewarding and enlightening. Since we have so many members of our team from different countries and cultures, you get to learn something new all the time. We make a point of hiring across all geographies to ensure that our image fits our traders image. We have thousands of traders from all











**Related Articles**



**Martingale Strategy in Forex Trading – Effective Technique or a Potential Pitfall?**
April 26, 2023



**The Wyckoff Method: An In-Depth Analysis for Traders**
April 18, 2023

**Trading Hours During Holiday Season**

Yes, early on when we used to have trade server and website outages. There was one instance where I didn't sleep or eat for like 20 hours straight. My wife thought I was a zombie when it all finished. The team was small back then and everyone was wearing different hats – however we were always there for each other and helped in any way possible. Now that the team has grown to 250+ members, we are still always here for each other to ensure our traders and our community is served well. All these growing pains that have occurred at times are when we experience an explosion of new traders joining our ranks. Although we hope we get that explosion of new traders again we certainly hope the pain doesn't come with it.

## Whats it like working with the team at MyForexFunds?

It's rewarding and enlightening. Since we have so many members of our team from different countries and cultures, you get to learn something new all the time. We make a point of hiring across all geographies to ensure that our image fits our traders image. We have thousands of traders all over the globe of all different backgrounds and so our team represents our funded traders and aspiring funded traders. When we get new traders from new regions' we make a point to hire more staff to cover them in their own language and culture.

See more from MFF Staff

     



### The Wyckoff Method: An In-Depth Analysis for Traders

April 18, 2023



### Trading Hours During Holiday Season

April 6, 2023



### Understanding and Using Chart Patterns

April 6, 2023

---



**my**ForexFunds

**Programs**

Rapid
Evaluation
Accelerated

**Faq**

General
Rapid
Evaluation
Accelerated

**Legal**

Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

Blog
About
Contact





Trustpilot
TrustScore **4.9**
**13,087** reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

💬 Chat

---

Page Vault

| | |
|---|---|
| Document title: | Rapid \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/accounts/rapid/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 13:52:37 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 13:53:21 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | 3yNXX5WYzzooz3Fki4kjbX |
| User: | cftc-admin |



Programs ⌄    FAQ ⌄    Insights ⌄    About    Contact        Sign in    🇬🇧 EN ⌄

# Rapid Account

Our Rapid account allows our traders to earn bonuses from day one while working with our FOREX and CFD's trading prop firm and the risk management aspects that come with it

Accounts

## Introduction

My Forex Funds Rapid account program is built to reward traders for their time while assessing the trader as they learn to trade with a demo account. The account sizes range from $10k to $100k. Bonuses are paid on a bi-weekly or monthly basis.

My Forex Funds' Rapid program's ultimate goal is to gain a three month snap-shot of the traders capabilities before giving them access to our live trading funds. The advantage of the Rapid program is that you are getting bonuses whilst being assessed so your time is rewarded during the first three months despite your trading being in a demo environment. There is no time limit in Rapid model.

## Introduction

My Forex Funds Rapid account program is built to reward traders for their time while assessing the trader as they learn to trade with a demo account. The account sizes range from $10k to $100k. Bonuses are paid on a bi-weekly or monthly basis.

My Forex Funds' Rapid program's ultimate goal is to gain a three month snap-shot of the traders capabilities before giving them access to our live trading funds. The advantage of the Rapid program is that you are getting bonuses whilst being assessed so your time is rewarded during the first three months despite your trading being in a demo environment. There is no time limit in Rapid model.

Perhaps you're **already a pro?**
Take our **evaluation** and get more, faster!

Learn More

# MFF rules

### 1

**5% Daily Drawdown**

You must not have a 5% drawdown based on your balance or equity on your account within a 24 hour period starting 00:00 server time.

***Always remember:***

Drawdown % = [1 – (lowest equity or balance for the day) / (starting equity or balance for the day) ] X 100

### 2

**12% Overall Drawdown**

Your account must not go down by 12% (realized/unrealized) to balance or equity.

***For example:***

if you have a $100,000 account, then 12% of that is $12,000. So if your account goes lower than $88,000 then your account has violated the overall drawdown rule

### 3

**Being Consistent**

We have a very black and white consistency rule.

See Consistency Rule for more details.

Don't like it? you can simply ask us to give you a NCA (non-consistency account).

### 4

**3 Days / Week**

A trader must enter one trade for at least 3 days a week. **We call it 3 trading days a week rule.**

However, if you for some reason you don't think you can manage that due to personal, health, etc. reason – just email us! We will make sure that this doesn't have a negative impact on your account.

### 5

**No Restrictions**

You can trade any instrument available, any lot size you wish at any time.

### 6

**Payout increases!**

Your payout increases over time as you grow with our company going from simulated to live account!

A trader must enter one trade for at least 3 days a week. **We call it 3 trading days a week rule.**

However, if you for some reason you don't think you can manage that due to personal, health, etc. reason – just email us! We will make sure that this doesn't have a negative impact on your account.

You can trade any instrument available, any lot size you wish at any time!

Your payout increases over time as you grow with our program period from when added to live account!

**Read all rules**

# Rapid Program Benefits

6 points to remember



## 01

### Earn whilst you learn

Our Rapid program enables you to take your time in becoming a professional trader whilst earning along the way. Whether you are part time or full time you get rewarded for your success.



## 02

### Large product range

Trade your favorite products to kick-start your career! There are over 100 instruments available to trade and earn.



## 03

### Consistency and Non-consistency accounts!

You can choose which Rapid account type is best for you. Show us your skills with the consistency account or trade your own parameters with the non-consistency!



## 04

### No evaluations or targets

Get started without having to take any tests. Lose the stress of having to reach a time limited target and trade at your own pace!



## 05

### Low-cost entry into professional trading!

Get started at a low cost and dip your toes into what its like being a professional trader. Choose the program and fee that is right for you and upgrade as you earn!



## 06

### Take your time!

You can take your time growing and not having to worry about how many calendar days remaining in your trading. Take it slow or fast, whatever works for you.

Document title: Rapid | My Forex Funds
Capture URL: https://myforexfunds.com/accounts/rapid/
Capture timestamp (UTC): Fri, 28 Apr 2023 13:53:21 GMT

**No evaluations or targets**

Get started without having to take any tests. Lose the stress of having to reach a time limited target and trade at your own pace!

**Low-cost entry into professional account**

Get started at a low cost and dip your toes into what its like being a professional trader. Choose the program and fee that is right for you and upgrade as you earn!

**Take your time!**

You can take your time growing and not having to worry about how many calendar days remaining in your trading. Take it slow or fast, whatever works for you.

## Bonus
### How, When & What?

You are paid 12% of all profit you make. If you are on CEA, you will get paid on bi-weekly basis and if you are on NCA, you will get paid your bonus once per month. Bonuses can be paid out using Bank Transfer, PayPal or Cryptocurrency.



| | $10,000 | $20,000 | $50,000 | $100,000 |
|---|---|---|---|---|
| Target | No Targets – You get paid 12% of the profits you earn in your account | | | |
| Minimum Trading Days | 3 times per week | | | |
| Daily Starting Drawdown | $500 | $1,000 | $2,500 | $5,000 |
| Overall Drawdown | $1,200 | $2,400 | $6,000 | $12,000 |
| Available Leverage | 1:500 | | | |
| Refundable Registration Fee | $99 | $189 | $399 | $749 |
| Monthly Fees | No Monthly Fees | | | |
| | Select Plan | Select Plan | Select Plan | Select Plan |

|  | $10,000 | $20,000 | $50,000 | $100,000 |
|---|---|---|---|---|
| Target | No Targets – You get paid 12% of the profits you earn in your account | | | |
| Minimum Trading Days | 3 times per week | | | |
| Daily Starting Drawdown | $500 | $1,000 | $2,500 | $5,000 |
| Overall Drawdown | $1,200 | $2,400 | $6,000 | $12,000 |
| Available Leverage | 1:500 | | | |
| Refundable Registration Fee | $99 | $189 | $399 | $749 |
| Monthly Fees | No Monthly Fees | | | |
|  | Select Plan | Select Plan | Select Plan | Select Plan |



**my**ForexFunds

**Programs**
Rapid
Evaluation
Accelerated

Blog
About
Contact

**Faq**
General
Rapid
Evaluation
Accelerated

**Legal**
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

★ Trustpilot
TrustScore **4.9**
**13,087** reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

💬 Chat

💬 Chat

Page Vault

| | |
|---|---|
| Document title: | Rapid Rules \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/rapid-acc/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 13:53:52 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 13:54:40 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | fpyWLyBEUUWgNZXBn4WnSf |
| User: | cftc-admin |



Programs ⌄   FAQ ⌄   Insights ⌄   About   Contact          sign in   🇬🇧 EN ⌄

# Rapid Rules

Our programs rules and guidelines are the backbone of our vision and business goals. These rules must be followed at all times whilst you are trading with our program. We recommend these rules even if you aren't trading in our program as they enforce good trading behavior and long term profitability. These rules will enable you to control your emotions and trade with proper risk management as the core of your trading. Hopefully this enables you to be successful and profitable in both the long and short term.

<div align="center">Quick Search</div>

---

**Rule #01**



### Trade with pleasure

It is important that you are comfortable and happy when trading. Try not to stress yourself, have a trading plan in place and earn without risking your own capital. Psychological well being are important in any trading plan. If you are not enjoying yourself whilst trading, perhaps make it your plan to rest on days you are unhappy. Its important to have fun and enjoy your trading experience. Our program has some rules that if you stick to them it may increase your profitability and also increase happiness. Stick to the rules and have fun.

---

**Rule #02**



### Trading Frequency & Consistency

We want you to succeed and not be glued in front of your screen 24/7. That being said, you **must** enter a minimum of 1 trade per day for a minimum of 3 days a week. This will enable us to filter and assess your trading skills (while you earn money) and graduate the traders who are serious about trading to bigger opportunities.

As you enter one trade per day on at least 3 days a week, we want to remind you to ensure to follow risk and account management closely (see below).

Only fully executed trades will count towards this requirement. This does not mean you must open AND close a trade. If you have placed a trade and it has executed, it will count towards your daily target of 1 trade. If you do not meet the minimum trades per day requirement, your account will be flagged for violation and you will not be eligible for further payouts.

▲ Read More

We will use your broker's time zone to determine opening and closing of each trading day. You must follow the minimum days a week rule regardless of your P&L. For example, if you make profit on your first trade, you cannot abruptly stop trading for that week. You must enter 3 trades on 3 different days to meet your minimum trade requirement. Any indication of "gambling" or erratic behavior change (i.e. increase in LOT sizes, trades per day, risk per trade etc.) will result in account termination with no payment being made. **The following will apply to consisteny enabled accounts**. A safe to increase or decrease your risk parameters is to keep within +/- 200% of your average or deviation by a factor of 2. Two main KPI we use here are trades and lot size. Each week, we will take an average of mentioned KPIs and place a ceiling (avg x 2) and floor (avg / 2) for the trades. Any trades outside these parameters will raise a flag on an account and be a possible violation. Example:

| Day | Trades (#) | Lots traded (#) |
|---|---|---|
| 1 | 4 | 9 |
| 2 | 5 | 12 |
| 3 | 3 | 9 |
| 4 | 2 | 3 |
| Average | 3.5 | 8.25 |
| Max (Avg x 2) | 7 | 16.5 |

**31**

| 3 | 3 | 9 |
| --- | --- | --- |
| 4 | 2 | 3 |
| Average | 3.5 | 8.25 |
| Max (Avg x 2) | 7 | 16.5 |
| Min (Avg / 2) | 1.75 | 4.125 |

In the above example, lots traded fall outside of our minimum based on the average based min required. This will cause a flag/violation. Between weeks, we would like our traders to stay consistent as well. Like the rule above, we allow for a deviation by factor of 2. For example, if week # 1, an average for number of trades and lots traded are 10. The following week, you may increase your average to 20 (avg x 2) or reduce it to 5 (avg / 2). Any more or less will be considered a violation in consistency. This calculation is only done by using the current and prior week averages. Any flags in above consistency rule will not cause suspensions, however trader will not be paid for that particular pay period. The profits made during the period where there were consistency flag(s) will not count towards any future payouts as well. Furthermore, any profits made in the account during this period will not count towards live account deposit. For example, if a trader's account value is at $9,500 and he/she trades in the an non consistent way and brings account balance to $10,500. Not only they will not be paid, but their account value will be reset to $9,500 (or the value it was before the inconsistent trading week(s)). If a trader is consistently falling outside of his/her trading pattern, that may raise a violation which will cause account suspension. If you plan to change your style and trade more aggressively or moderately, you must inform us at least 48 hours before and obtain an approval in writing from My Forex Funds.

---



**Rule #03**

**Trading Behavior and FOREX trading Expert adviser / robot usage**

At My Forex Funds our goal is to encourage you, the trader to remain consistent and hopefully profitable so that you can earn from your talent. We recommend you to refine what you know and keep a trading plan and abide by that plan. Our goal as a company is to find profitable, successful traders and encourage up and comers to become more consistent and profitable and form a long-term partnership. There are no rules or restrictions on your trading style so long as you are consistent in what you do throughout your pay cycles. You provide us with a plan, you must follow it. We allow a deviation factor of 2 however anything beyond 2 will be considered a violation.

▲ Read More

*NB: This rule is for CEA accounts* My Forex Funds does not implement any restriction on products that you can trade so long as it is available in the trading platform, Metatrader 4.

Drastic changes in lot sizes, risk percentage per trade and other variables will be flagged and may lead to pay suspension for that month. Frequent violations will lead to termination. **Expert Advisors/bots are allowed.** We do not allow arbitrage trading, quote stuffing or EA's that update orders in high volume per hour. We must protect our infrastructure, and this is the only way we can do this. Trade copying of your own trades is allowed, however, copying a third parties trades is not allowed and if discovered will be considered a breach. We recommend against usage of FOREX signal providers when participating as a prop firm trader.

---



**Rule #04**

**Account Types details and house keeping**

We will be providing you with login details after you sign up with us. You are not allowed to change these details under any circumstances.

Furthermore, you are not to add or decrease any funds from your account. If we detect any changes (password, account size, etc.), we will suspend your account and cancel any profits that are to be made to you.

You have to trade yourself. You may learn from experts, but should not use any signals or bots for trading. How do we check? If we find a "magic number" on your trade, or any other indication that you have been copying trades, your account will be subject to suspension.

You accounts will be monitored for performance, analytics and to ensure all above rules are being followed.

---



**Rule #05**

**Trader's earning (2 WAYS TO EARN!)**

**First way to earn (aka your Expertise Earning or "EE")**

Consistency Enabled Account (CEA) – On an account that you sign up for – you will be paid 12% on a bi-weekly basis. Your earnings will depend on being successful and not committing any violations in the trading period. Consistency rule (see rule #2) apply to CEA accounts.

No Consistency Account (NCA) – On an account that you sign up for – you will be paid 12% on monthly basis. Consistency rule will NOT apply to NCA accounts.

**Second way to earn (aka your "Funded earnings or FE)**

**First way to earn (aka your Expertise Earning or "EE")**

Consistency Enabled Account (CEA) – On an account that you sign up for – you will be paid 12% on a bi-weekly basis. Your earnings will depend on being successful and not committing any violations in the trading period. Consistency rule (see rule #2) apply to CEA accounts.

No Consistency Account (NCA)– On an account that you sign up for – you will be paid 12% on monthly basis. Consistency rule will NOT apply to NCA accounts.

**Second way to earn (aka your "Funded earnings or FE)**

For every dollar you earn on your simulated account, we will match and put it in your trading account for up to 3.5% of your account size (i.e. Maximum of $350 allocated to Funded Account on a $10,000 account). You will be able to access this trading account when you reach 10% of the account you signed up for. The live account will be worth 10% (all funds transferred) of the original trading account size. If you have signed up for different tiers (we will use 10% of the combined tier). Minimum time that you can start trading your FE account is 3 months. Furthermore if you violate any drawdown rules, your funded account will reset. This ensures that our traders are consistent over a period of time (minimum of 3 months) before being made responsible for company funds.

Our live accounts are on our own server from an institutional technology provider with multiple liquidity sources connected to it.

---



**Rule #06**

**Bonus Payout**

The bonus from your accounts will be paid on a bi-weekly basis via one of our payment options. You can request your payout via Cryptocurrency or DEEL, If you wish to receive your payout in Cryptocurrency, then you can receive BTC, LTC, ETH and USDC. With Deel, you will be able to withdraw your payouts with Wise, Paypal, Bank transfer, Payoneer, Revolut, Mercury etc.

---



**Rule #07**

**Profit Sharing**

On the account you sign up for – you will make 12% of all profits you make while trading. There is no profit sharing in this case as you will be trading on a simulated account. This payout is considered an expense for us in-order to find top traders that can manage our funds.

 ▲ Read More

For Consistency Enabled Accounts, if you make $5,000 on your $100,000 account, you will be eligible for a $600 pay out. This is a bi-weekly payout and does not reset after the end of 2 weeks. If you make another $5,000 in the following two weeks, you will be paid 12% of 10,000 = $1200 , as the account does not reset between pay cycles in the same month. However, you will need to make a profit per pay period (this could be as little as $1.00) to get paid in pay period. For No Consistency Accounts, you will be paid 12% of all profits you make during that month. The profit amount is derived by the lower value of the realized or unrealized equity of the account.

A month is considered 4 weeks. You will be given your payout dates upon registration.

On a funded account you will receive 50% of the profits you make in the first month. This goes up to 65% during your second month and 80% during the third month onwards. Keep in mind, you will not be allowed to withdraw the capital on this account as that will be funded by our firm and those funds are considered our invested capital.

---

**Rule #08**

**Risk and Account Management**

In any account size, you must not have a drawdown of 5% or higher in a trading day (floating drawdown – calculated with equity, or balance, at any given time). This will be monitored closely and if violated will result in account suspension.

Drawdown % = [1 − (lowest equity or balance for the day) / (starting equity or balance for the day) ] X 100

Furthermore, you must not have a drawdown of 12% or higher overall throughout your pay period.

These two rules (5% and 12% drawdown), along with consistency (Rule #2) will be monitored closely and if violated will result in account suspension. Account suspensions can be reset by paying account sign up cost minus 20% (i.e. for 10K account – account sign up fee is $99. Reset fee will be $95).

---

**Rule #09**

**No trader at My Forex Funds is liable for any financial losses. We only request that you adhere to proper risk management techniques and maintain the capital as best you can. At no time will you 'owe' any money to our company as a trader.**

At My Forex Funds our goal is to encourage you, the trader to remain consistent and hopefully profitable so that you can earn from your talent. We recommend you to refine what you know and keep a trading plan and abide by that plan.
Our goal as a company is to find profitable, successful traders and encourage up and comers to become more consistent and profitable and form a long-term partnership.

---

**Rule #10**

Reset Refresh and Monthly Fees

---

you to refine what you know and keep a trading plan and abide by that plan.

*(faded text)* ... any account is broken... we require you to reload... in accordance with a maximum of ... a consistent and profitable trading process ... partnership.

### Rule #10



**Reset Refresh and Monthly Fees**

**Reset** – If an account incurs a violation, that account will be suspended and will not qualify for any future payouts. If a trader would like to continue with the program, s/he will have an opportunity to continue at a discounted price. This re-registration fees is referred to as "Reset" fees as you will obtain a brand new account.

▲ Read More

For $10K account, it is $79.20. For $20K account, it is $151.20. For $50K account, it is $319.20. For $100K account, it is $599.20.

**Refresh** – At any time, if a trader would like to bring their account balance to original amount, , the following fee will apply. For $10K account, it is $64.35. For $20K account, it is $122.85. For $50K account, it is $259.35. For $100K account, it is $486.85.

### Rule #11



**Refund of your Registration fees**

**100% Refund of Account Registration** – Your registration fee will be fully refunded along with your first payout on Rapid Live. The refund of the fee will be against the most recent fee of the account with which you qualified for the live account.

**Example:** If you got to live account phase on your first $10K account, you will be refunded the $75 dollar registration fees. However, if you had to reset it in the middle, you will only get the refund on the last fees that you paid towards getting your account. In this case, it will be $60 that you paid towards resetting your account.

### Rule #12



**Trading Behavior**

Trading activities that are used to take advantage of the inefficiencies of Metatrader. Gap trading, latency arbitrage, Long short arbitrage, Reverse arbitrage, opposite account trading are all unacceptable trading methods with MyForexFunds. Anyone part-taking in such activities will have their trades adjusted to the executed fill price that we have received from the liquidity pool. Repeat offences will result in account termination.

### Rule #13



**Inactivity**

If your account is inactive for 30 days it will be automatically breached. If you do not inform us within 10 days of the breach the reason for the inactivity, the account will be permanently suspended.

This rule is to prevent us having thousands of hedged trades on abandoned accounts. If you are planning to be away for a prolonged period of time, please inform us and we will make sure your account continues.

### Rule #14



**Clarification on the use of third party software/vendors for trading**

As our original rule suggests, it is vital that all trading activity with MyForexFunds is your own. This means that every decision made, every trade made comes from your creation and not the hands of others. Since this rule has been causing requirements for clarity, we have decided to include this rule as an addition to make sure there are no grey areas.

Anyone using any vendor that promotes the passing of a prop firm evaluation or challenge will be banned. These vendors generally do not work, and their usage has resulted in many problems with our liquidity providers and their customers who have failed using these services affiliating us with them in some way. Therefore, any third-party vendor selling any service, whether its account management or an EA, that promotes usage on any prop firm, is forbidden.

The market does not function in a manner where every user can trade the same and it remains efficient. Having pending orders bigger than the market does nothing but ruin the prop firm opportunity for everyone else and so use of such services is prohibited.

We are here to provide capital to aspiring traders and we want this opportunity to last a long time. We will not allow the actions of a few to ruin the experience for the majority of traders who come to us for funding.

### Rule #15



**Account Credential Safety**

You are responsible for making sure your account credentials are safe. We do not reinstate accounts that have been hacked or distributed to third parties for trading and lost. If your account has been hacked, get in touch with our team so we can lock the account and change the password and run you through security protocols. No reinstatements of accounts will occur so it is important for you to get to us as quick as you can if your account has been hacked.

**Rule #15**

○ **Account Credential Safety**

You are responsible for making sure your account credentials are safe. We do not reinstate accounts that have been hacked or distributed to third parties for trading and lost. If your account has been hacked, get in touch with our team so we can lock the account and change the password and run you through security protocols. No reinstatements of accounts will occur so it is important for you to get to us as quick as you can if your account has been hacked.



**myForexFunds**

**A note from the MFF team.**

The My Forex Funds family wish you the best of luck with your trading. Remember, maintain your plan, keep proper risk management protocols, take your time and earn whilst you learn. Our team are here to help you achieve your goals with trading. If you are struggling drop us a line and we will try to assist. Remember, your success is our success.

**Join our Family Now!**   Contact us

35



A note from the MFF team.

The My Forex Funds family wish you the best of luck with your trading. Remember, maintain your plan, keep proper risk management protocols, take your time and earn whilst you learn. Our team are here to help you achieve your goals with trading. If you are struggling drop us a line and we will try to assist. Remember, your success is our success.

Join our Family Now!   Contact us

**my**ForexFunds

Programs
Rapid
Evaluation
Accelerated

Blog
About
Contact

Faq
General
Rapid
Evaluation
Accelerated

Legal
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

Trustpilot
TrustScore 4.9
13,087 reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat

Chat

| | |
|---|---|
| Document title: | Evaluation \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/accounts/evaluation/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 13:55:12 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 13:59:56 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | xa9gh6WYBGXpkxmvVTVfyn |
| User: | cftc-admin |

PDF REFERENCE #:        sh6VEGLhthoFHU91Gf771F

Programs ▾   FAQ ▾   Insights ▾   About   Contact   |   Sign in   🇬🇧 EN ▾



# FOREX Funded Account Evaluation

Our Forex Funded Account Evaluation program is built for FOREX traders to prove their skills. Semi-professional traders in need of capital to move to the next level of their career, have the opportunity to show their talent and reach their goals in a quick, two phase process and join our FOREX Prop Firm and become a funded trader.

Accounts

## Introduction to our Prop Firm evaluation

Our evaluation program is a two-step process where a potential Funded trader can prove their FOREX, CFD or commodities trading skills. Evaluation trading account sizes range from $5k to $300k with profit-split payouts occurring once a month on the first month and then bi-weekly from that point on. A trader can have up to 600k in capital from evaluation accounts but only 300k per trading account.

Through the MyForexFunds evaluation trading account process, we hope to identify serious FOREX Prop Firm traders who display the trading skills required to be successful with a FOREX Prop Firm. Stay consistent, accurate and maintain proper trading risk management skills and we will reward you. Prove your worth and jump to a funded account in as little as 10 days. Or take it easy and pass

# Introduction to our Prop Firm evaluation

Our evaluation program is a two-step process where a potential Funded trader can prove their FOREX, CFD or commodities trading skills. Evaluation trading account sizes range from $5k to $300k with profit-split payouts occurring once a month on the first month and then bi-weekly from that point on. A trader can have up to 600k in capital from evaluation accounts but only 300k per trading account.

Through the MyForexFunds evaluation trading account process, we hope to identify serious FOREX Prop Firm traders who display the trading skills required to be successful with a FOREX Prop Firm. Stay consistent, accurate and maintain proper trading risk management skills and we will reward you. Prove your worth and jump to a funded account in as little as 10 days. Or take it easy and pass within 90 days. Its' up to you!

| | $5,000 | $10,000 | $20,000 | $50,000 | $100,000 | $200,000 | $300,000 |
|---|---|---|---|---|---|---|---|
| Target | Phase I – Evaluation Phase = 8%  Phase II – Establishment Phase = 5% | | | | | | |
| Minimum Trading Days | 5 Days | | | | | | |
| Daily Starting Drawdown | $250 | $500 | $1,000 | $2,500 | $5,000 | $10,000 | $15,000 |
| Overall Drawdown | $600 | $1,200 | $2,400 | $6,000 | $12,000 | $24,000 | $36,000 |
| Available Leverage | 1:100 | | | | | | |
| Refundable Registration Fee | $49 | $84 | $139 | $299 | $499 | $979 | $1,389 |
| Monthly Fees | No Monthly Fees | | | | | | |
| | Select Plan | Select Plan | Select Plan | Select Plan | Select Plan | Select Plan | Select Plan |

Don't like **Evaluations?**
Skip the process with our **Funded FOREX Accelerated program**

Learn More

# MFF rules

## 1
### 5% Daily Drawdown

You must not have a 5% drawdown based on your balance or equity on your FOREX trading account within a 24 hour period starting at 5pm EST.

## 2
### 12% Overall Drawdown

Your FOREX trading account must not go down by 12% (realized/unrealized)to the initial balance.

For Overall Drawdown:

Drawdown % = [1- (lowest equity or balance for the day) / (initial balance of the account) ] x 100

## 3
### 8% profit target phase 1

You need to reach the profit target of 8% without breaching any of the other rules within a 30-calendar day period. Your time starts when you open your first trade on your FOREX trading account.

## 4
### 5% profit target phase 2

If you successfully complete phase 1, you will need to start on phase 2, where you are required to reach a profit target of 5% without a breach of any of the other rules within a 60 calendar day period. Your time starts when you open your first trade on your FOREX trading account

## 5
### 5 trading day minimum

You must trade a minimum of 5 trading days to pass the Prop Firm evaluation. This shows us your ability to be patient and your FOREX trading habits, enabling us to profile your style and skills.

## 6
### No trading restrictions

Trade your FOREX Prop firm account your way, your size, your time. We do not limit the way you can trade. We do recommend that you maintain consistency and focus on risk management as it is important for long term success. Be aware of all rules before starting.

**Read all rules**

# Evaluation Program Benefits

6 points to remember

## 01

## 02

## 03

Document title: Evaluation | My Forex Funds
Capture URL: https://myforexfunds.com/accounts/evaluation/
Capture timestamp (UTC): Fri, 28 Apr 2023 13:59:56 GMT

**40**



## 01

### Up to 85% profit split

Get paid up to 85% of profits you earn when you reach the funded account stage



## 02

### Lowest targets in the market!

At just 8% for phase 1 and 5% for phase 2 we are the most competitive option in the market



## 03

### A low cost high quality option!

We offer our programs at a reasonable cost with the highest of quality. Our programs won't break your budget.

## 04

### Free retakes and one free extension

In profit but didn't reach the target? No problem, if your Phase I 30 day limit is reached and you are in profit without any breaches on the account you are entitled to 2 free extensions of up to 14 days each OR unlimited free retakes.

## 05

### No trading restrictions

Trade news, hold trades over weekends, scalp, swing, trend. Its up to you! Pick your product whether it be FOREX, Metals, CFD's or crypto and make the trades that you prefer.

## 06

### Get your fees back!

If you reach your first payout of your live account you will receive a full refund plus your profit split!

# Profit-sharing

### How, When & What?

You are paid 75% of your profit after the first month of trading. In your second month you are paid 80% of your profit bi-weekly. On the third month you will receive 85% of your profit bi-weekly from that point onwards. Profit-sharing is paid via Deel (Bank transfer, Paypal, transferwise) or Cryptocurrency.

Document title: Evaluation | My Forex Funds
Capture URL: https://myforexfunds.com/accounts/evaluation/
Capture timestamp (UTC): Fri, 28 Apr 2023 13:59:56 GMT

You are paid 75% of your profit after the first month of trading. In your second month you will receive 85% of your profit bi-weekly from that point onwards. Profit-sharing is paid via Deel (Bank transfer, Paypal, transferwise) or Cryptocurrency.

| | $5,000 | $10,000 | $20,000 | $50,000 | $100,000 | $200,000 | $300,000 |
|---|---|---|---|---|---|---|---|
| Target | Phase I – Evaluation Phase = 8% <br> Phase II – Establishment Phase = 5% | | | | | | |
| Minimum Trading Days | 5 Days | | | | | | |
| Daily Starting Drawdown | $250 | $500 | $1,000 | $2,500 | $5,000 | $10,000 | $15,000 |
| Overall Drawdown | $600 | $1,200 | $2,400 | $6,000 | $12,000 | $24,000 | $36,000 |
| Available Leverage | 1:100 | | | | | | |
| Refundable Registration Fee | $49 | $84 | $139 | $299 | $499 | $979 | $1,389 |
| Monthly Fees | No Monthly Fees | | | | | | |
| | Select Plan | Select Plan | Select Plan | Select Plan | Select Plan | Select Plan | Select Plan |



myForexFunds

**Programs**
Rapid
Evaluation
Accelerated

**Faq**
General
Rapid
Evaluation
Accelerated

**Legal**
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

**Blog**
About
Contact

Trustpilot
TrustScore 4.9
13,087 reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.

Document title: Evaluation | My Forex Funds
Capture URL: https://myforexfunds.com/accounts/evaluation/
Capture timestamp (UTC): Fri, 28 Apr 2023 13:59:56 GMT

**42**



| | $5,000 | $10,000 | $20,000 | $50,000 | $100,000 | $200,000 | $300,000 |
|---|---|---|---|---|---|---|---|
| Target | Phase I – Evaluation Phase = 8%  Phase II – Establishment Phase = 5% | | | | | | |
| Minimum Trading Days | 5 Days | | | | | | |
| Daily Starting Drawdown | $250 | $500 | $1,000 | $2,500 | $5,000 | $10,000 | $15,000 |
| Overall Drawdown | $600 | $1,200 | $2,400 | $6,000 | $12,000 | $24,000 | $36,000 |
| Available Leverage | 1:100 | | | | | | |
| Refundable Registration Fee | $49 | $84 | $139 | $299 | $499 | $979 | $1,389 |
| Monthly Fees | No Monthly Fees | | | | | | |
| | Select Plan | Select Plan | Select Plan | Select Plan | Select Plan | Select Plan | Select Plan |

**my**ForexFunds

Programs
Rapid
Evaluation
Accelerated

Blog
About
Contact

Faq
General
Rapid
Evaluation
Accelerated

Trustpilot
TrustScore **4.9**
**13,087** reviews

Legal
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchase of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds



Chat

Chat

Document title: Evaluation | My Forex Funds
Capture URL: https://myforexfunds.com/accounts/evaluation/
Capture timestamp (UTC): Fri, 28 Apr 2023 13:59:56 GMT

| | |
|---|---|
| Document title: | Evaluation Rules \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/evaluation/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 14:00:14 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 14:01:01 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | 3Vx1ji8RHcZf6g98EBaQH3 |
| User: | cftc-admin |

Programs ⌄   FAQ ⌄   Insights ⌄   About   Contact        Sign in   🇬🇧 EN ⌄

 my**Forex**Funds

# Evaluation Rules

My Forex Funds has one of the simplest program structure to follow which facilitates our traders to get funding and start earning from day one!

Quick Search

---

### Rule #01



#### Take it slow. Observe risk management

You have plenty of time to achieve your target and move to the next phase. Take it slow, observe good risk management techniques. Most traders who pass the evaluation quickly fail on their live account. Be one of the few and not the many.  Follow your plan and if you aren't quite at the target at the end of the 30-day period, get in touch, maybe you qualify for an extension or retake!

---

### Rule #02

#### The Models, Evaluation and establishment phase and targets.

We currently only offer a standard evaluation model. Due to poor success we have removed our aggressive model.

There are two phases you must pass in order to become a funded trader.

▲  Read More

First the evaluation Phase (Phase I) The evaluation phase is to test your trading skills and give us an idea of what type of trader you are. During the evaluation phase you must achieve a **profit target of 8**% within **30 calendar days** with no other rule breaches. The establishment Phase (Phase II) The establishment phase is just to confirm the results of the evaluation phase. During the establishment phase you must achieve a **profit target of 5%** within **60 calendar days** with no other rule breaches We do NOT have any negative day rules in our programs. A trader can choose when they start the evaluation process. The calendar day countdown starts from the time you take your first trade.

---

### Rule #03



#### Trading Behavior

Its imperative that you have a trading plan, trading strategy and risk management profile to successfully complete the evaluation.

At My Forex Funds we encourage good trading behavior but do not limit a traders ability to trade in their own style or time.

We **ALLOW** news trading, scalping, long term trading, short term trading etc. on all accounts.
We do not have a lot size restriction for total open lots on a single account however advise all users to be wary of their risk management profile.

Trading activities that are used to take advantage of the inefficiencies of Metatrader. Gap trading, latency arbitrage, Long short arbitrage, Reverse arbitrage, opposite account trading are all unacceptable trading methods with MyForexFunds. Anyone part-taking in such activities will have their trades adjusted to the executed fill price that we have received from the liquidity pool. Repeat offences will result in account termination.

---

### Rule #04



#### Instruments

We constantly are looking for the best products and best conditions for our traders. Currently you can trade FOREX, CFD's including index CFD's as well as commodities like oil and metals.

Every now and then the product list may be updated based on the availability of margin, leverage, liquidity, and various other factors.

We adjust our products to increase the profitability of our traders where possible. We may remove a product if there are no users currently passing the phases of the evaluations due to those products.

---

executed fill price that we have received from the liquidity pool. Repeat offences will result in account termination.

### Rule #04



**Instruments**

We constantly are looking for the best products and best conditions for our traders. Currently you can trade FOREX, CFD's including index CFD's as well as commodities like oil and metals.

Every now and then the product list may be updated based on the availability of margin, leverage, liquidity, and various other factors.

We adjust our products to increase the profitability of our traders where possible. We may remove a product if there are no users currently passing the phases of the evaluations due to those products.

Crypto trading on weekdays is allowed.

### Rule #05



**Expert Advisers & robot usage**

We allow Expert adviser/robot trading on your accounts. We no longer require you to send us your source code unless there is suspicion of the following:

Tick scalping, Arbitrage, signals from a 3rd party, gap trading, account management services or any other services that break our other rules.

Using third party expert advisers is OK so long as it is not managed or traded by another party. All signals must be your own and based on your own set up.

Prop trading is about your ability to trade and not about using other peoples ability to trade.

### Rule #06



**Account types, details and house keeping**

After program purchase you will receive your login details within 24-48 hours. You are not allowed to change the details of this account under any circumstances. Doing so will be a breach and your account will be suspended.

At My Forex Funds, we are looking for individual traders to grow with us long term. What this means is that we want YOU to be the trader. Its ok to learn your skills from other experts, however, use of signal bots, trade management services or trade copiers will not be accepted. If we notice someone using these services, we will suspend their account.

This rule may not apply if you have submitted your expert adviser or bot for prior approval and approval has been granted.

We are constantly monitoring all accounts to make sure the rules are being followed.

### Rule #07



**Profit-split**

The most important question our traders have is "when do we get paid". You you will receive your first payout 1 month after you place your first trade in the live account.

The first payment is monthly and every payment after that is bi-weekly.

▲ Read More

| Month | Profit-split |
| --- | --- |
| First | 75% |
| Second | 80% |
| Third | 85% |

**For the first month of live trading you will be required to trade a minimum of 10 days and first month's payout will be initiated after one whole month. This minimum day requirement is removed on the second month.**

All payout requests must be sent to billing or submitted via our internal back-office system.

Our live accounts are being held on the Traders Global Group server using metatrader 4.

In order to receive 50% of your profits if you have violated your account and it is in profit you must comply with the following 3 parameters:

1) You must have a stop loss on every trade

2) You must not be "all-in" on your trades and violate from a single trade or single batch of trades

All payout requests must be sent to billing or submitted via our internal back-office system.

Our live accounts are being held on the Traders Global Group server using metatrader 4.

In order to receive 50% of your profits if you have violated your account and it is in profit you must comply with the following 3 parameters:

1) You must have a stop loss on every trade

2) You must not be "all-in" on your trades and violate from a single trade or single batch of trades

3) You must have traded 10 trading days.

Note: **If you have compiled all 3 rules mentioned above, you will have to contact with us in 7 days after the violation for the profit split. Any request about the 7 day period will be rejected.**

---

### Rule #08

 **Getting paid**

If you have reached your profit-split time, firstly, congratulations. You may request your pay out from the 'Pay out request' button on your analyzer. In case, the pay out request button is still not enabled, please get in touch with billing@myforexfunds.com.

You can request your payout via Cryptocurrency or DEEL, If you wish to receive your payout in Cryptocurrency, then you can receive BTC, LTC, ETH, USDC and/or with Deel, you will be able to withdraw with Wise, Paypal, Bank transfer, Payoneer, Revolut, Mercury, etc.

---

### Rule #09

 **Scaling up (To the moon)**

My Forex Funds offers a competitive scaling up plan so that we grow with you. If you have achieved a profit of 10%(and withdrawal) or more within a 4 month period and 2 of those 4 months were profitable, we will increase your account size by 30% of the original account size.

At the time of scale up request, trader should be breakeven or positive with the account balance.

---

### Rule #10

 **Drawdown rules**

In any of the My Forex Funds evaluation programs you must not have a daily drawdown of 5% of equity OR balance on any given day. This is monitored closely by an automated system, includes open trades at the time of roll-over and any breach is shown in your account dashboard. Please be mindful of your trading and be sure to check your available drawdown at 00:00 server time every day.

▲ Read More

On top of the daily drawdown, we have an overall account drawdown of 12% for any pay period. Breaching this will result in a termination of your account.

If you breach your daily drawdown rules whilst in profit. A review will take place to determine whether you followed proper risk management practices (no excessive position size, trade numbers etc.) and we may, at our discretion, issue you your profit share at the time of termination. If, however, you participate in risky trading and breached the daily drawdown, you will not receive payout of your profits for a breach of the daily drawdown whilst in profit.

If you receive an account suspension or termination, you may reset your account for program cost -10%.

---

### Rule #11

 **Losses**

No trader at My Forex Funds will be liable for any trading losses. All being said, we encourage you to practice good risk management practices and engage in a trading plan to maximize your chances of not incurring a loss.

---

### Rule #12

 **Retakes and extensions**

My Forex Funds are always encouraging traders to practice good, safe trading. Those that do, shouldn't be punished.

If your Phase I 30 day limit is reached and you are in profit without any breaches on the

account you are entitled to **2 free extensions of up to 14 days each** OR unlimited free retakes.

Our extension is only offered to users who are in profit and trade using proper risk practices. Users who do not breach however do not have consistency or risk practices in their trading are only entitled to a free retake. Trade safely, be consistent, get rewarded.

---

### Rule #13

 **Resets**

If you find that you have breached one of the rules, you are entitled to a discounted reset of that account. Mistakes can happen, and we understand that. We want

### Rule #13



#### Resets

If you find that you have breached one of the rules, you are entitled to a discounted reset of that account. Mistakes can happen, and we understand that. We want you in our team so if you have breach the rules enjoy the following discounted prices:

10k – $75.60
20k – $125.10
50k – $269.10
100k – $449.10
200k – $881.10

---

### Rule #14



#### Refunds

All traders who pass Phase 1 and Phase 2 will receive a refund of their fees when they reach their first profit-split period at the end of the first month on their live trading account.

A trader qualifies for a payout and refund only if they have made:

• $50 in profit on a 5k, 10k, and 20k account
• $100 in profit on a 50k to 100k account
• $150 on a 200K to 300K account

Updated 30/12/22

---

### Rule #15



#### Account Credential Safety

You are responsible for making sure your account credentials are safe. We do not reinstate accounts that have been hacked or distributed to third parties for trading and lost. If your account has been hacked, get in touch with our team so we can lock the account and change the password and run you through security protocols. No reinstatements of accounts will occur so it is important for you to get to us as quick as you can if your account has been hacked.

---

### Rule #16



#### Inactivity

If your account is inactive for 30 days it will be automatically breached. If you do not inform us within 10 days of the breach the reason for the inactivity, the account will be permanently suspended.

This rule is to prevent us having thousands of hedged trades on abandoned accounts. If you are planning to be away for a prolonged period of time, please inform us and we will make sure your account continues.

---

### Rule #17



#### Clarification on the use of third party software/vendors for trading

As our original rule suggests, it is vital that all trading activity with MyForexFunds is your own. This means that every decision made, every trade made comes from your creation and not the hands of others. Since this rule has been causing requirements for clarity, we have decided to include this rule as an addition to make sure there are no grey areas.
Anyone using any vendor that promotes the passing of a prop firm evaluation or challenge will be banned. These vendors generally do not work, and their usage has resulted in many problems with our liquidity providers and their customers who have failed using these services affiliating us with them in some way. Therefore, any third-party vendor selling any service, whether its account management or an EA, that promotes usage on any prop firm, is forbidden.

The market does not function in a manner where every user can trade the same and it remains efficient. Having pending orders bigger than the market does nothing but ruin the prop firm opportunity for everyone else and so use of such services is prohibited.

We are here to provide capital to aspiring traders and we want this opportunity to last a long time. We will not allow the actions of a few to ruin the experience for the majority of traders who come to us for funding.

Document title: Evaluation Rules | My Forex Funds
Capture URL: https://myforexfunds.com/evaluation/
Capture timestamp (UTC): Fri, 28 Apr 2023 14:01:01 GMT



the majority of traders who come to us for funding.

myForexFunds

**A note from the MFF team.**

The My Forex Funds family wish you the best of luck with your trading. Remember, maintain your plan, keep proper risk management protocols, take your time and earn whilst you learn. Our team are here to help you achieve your goals with trading. If you are struggling drop us a line and we will try to assist. Remember, your success is our success.

Join our Family Now! Contact us

myForexFunds

Programs
- Rapid
- Evaluation
- Accelerated

Blog
About
Contact

Faq
- General
- Rapid



A note from the MFF team.

The My Forex Funds family wish you the best of luck with your trading. Remember, maintain your plan, keep proper risk management protocols, take your time and earn whilst you learn. Our team are here to help you achieve your goals with trading. If you are struggling drop us a line and we will try to assist. Remember, your success is our success.

Join our Family Now!   Contact us

**Programs**
Rapid
Evaluation
Accelerated

**Faq**
General
Rapid
Evaluation
Accelerated

**Legal**
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

Blog
About
Contact

**Trustpilot**
TrustScore 4.9
13,087 reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat

Chat

Page Vault

| | |
|---|---|
| Document title: | Accelerated \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/accounts/accelerated-program/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 13:49:09 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 13:49:53 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | hKBzDgzi7H5jmhHz95PwNb |
| User: | cftc-admin |



Programs ⌄    FAQ ⌄    Insights ⌄    About    Contact    sign in    🇬🇧 EN ⌄

## Accelerated

The My Forex Funds Accelerated program is built for our traders to start trading a live account from day one. This program is suitable for profitable full-time traders who want to boost their capital immediately.

Accounts

## Introduction

Skip the evaluation and get started right away with our Accelerated program. We have tailored an industry leading program to give you immediate earning rewards.
Start from 2,000 up to 50,000 USD and grow your funds all the way up to our max 2 million USD with our scaling.

With My Forex Funds' Accelerated program we allow professional traders to skip the line and jump right into trading real funds, grow quickly with our compounding rewards and reap the benefits of being a professional trader.

## Introduction

Skip the evaluation and get started right away with our Accelerated program. We have tailored an industry leading program to give you immediate earning rewards.
Start from 2,000 up to 50,000 USD and grow your funds all the way up to our max 2 million USD with our scaling.

With My Forex Funds' Accelerated program we allow professional traders to skip the line and jump right into trading real funds, grow quickly with our compounding rewards and reap the benefits of being a professional trader.

Don't like **Evaluations**?
Our **Accelerated Program** is for you

Start Now

# MFF rules

### 1
**5% or 10% Overall drawdown**

There are no daily drawdown limits.

Overall drawdown is set to 5% for Conventional accounts and 10% for Emphatic.

For example, If you have a $50,000 conventional accelerated account, then 5% of that is $2,500. So if your balance/equity goes lower than $47,500 then your account has violated the overall drawdown rule.

### 2
**Up to 1:100 Leverage**

Your leverage will be set to 1:100 leverage on Emphatic and 1:50 leverage on Conventional for FOREX and Metals like gold.

Your leverage will be set to 1:100 leverage on Emphatic and 1:50 leverage on Conventional for Forex, Metals and CFDs.
Maximize your gains whilst controlling your risk and reap the rewards.

### 3
**Scaling at every 20%***

Your account will scale by 2x or 1.5 x (depending on which phase you are on). You are eligible to scale once every pay period.

*Your account will scale at every 10% for conventional account.

### 4
**$2 Million USD Cap**

Our largest accounts can scale all the way to $2 Million USD

### 5
**No Shares Allowed**

Due to the nature of these accounts, we cannot allow trading in shares in our Accelerated program. You may however trade all your other favorite products like FOREX, CFD's, Crypto and Metals.

### 6
**Weekly Payouts**

Get your profit split every week. You can receive your first payment within a week, however your account must be of 5 days of age in order to be eligible for a payout. All payouts must be requested by 3pm EST or they will move to the next pay period.

**53**

Our largest accounts can scale all the way to $2,000,000...

Due to the nature of these accounts, we will not allow trading in the Gold during Accelerated program. You may however trade all your other favorite products like FOREX, CFD's, Crypto and Metals.

Get your profit split every week. You can request your payout every Wednesday of the week, however your account must be of 5 days of age in order to be eligible for a payout. All payouts must be requested by 3pm EST or they will move to the next pay period.

**Read all rules**

# Accelerated Program Benefits

6 points to remember



## 01

### No profit targets for payout

Get paid no matter how much you make. Your rewards are in your hands



## 02

### Scale up with success

We have a competitive scale up program that will help you reach your goals as soon as possible. After scaling you can reach an account size of $2,000,000!



## 03

### No time limits

Trade at your own pace, earn at your own pace. We will not push you to earn and threaten your account. If you grow, we grow.



## 04

### No lot size limits

We don't restrict your trading. Trade at the size you wish, however, remember consistency and risk management is the key to being a profitable trader.



## 05

### No consistency rules

Trade once, trade twice, trade one hundred times. Whatever works for you. We only make money if you make money so trade how you are comfortable.



## 06

### No daily drawdown

These accounts have no daily drawdown limits. You can only lose when your overall drawdown reaches 5% for Conventional, %10 for Emphatic. Compound at your will but remember, always move forward, don't go backwards.

We don't restrict your trading. Trade at the pace that suits you. However, consistency and risk management is the key to being a profitable trader.

Trade once, trade twice, trade one hundred times a week, its up to you. We only make money if you make money so trade how you are comfortable.

These accounts have no daily drawdown and will liquidate only when your overall drawdown reaches 5% for Conventional, %10 for Emphatic. Compound at your will but remember, always move forward, don't go backwards.

## Your Rewards

### How, When & What?

You are paid 50% of the total profit generated on your account every week. Your account must be 5 days old in order to be eligible for a weekly pay out. All payouts must be requested to billing by 3pm EST and are processed within 1-3 days. You can request a payout by Bank Transfer, Cryptocurrecy, Transferwise or Paypal.

| | Conventional | Emphatic |
|---|---|---|

| | $2,000 | $5,000 | $10,000 | $20,000 | $50,000 |
|---|---|---|---|---|---|
| Target | 10% to get to next milestone | | | | |
| Daily Starting Drawdown | No Daily Drawdown Limits | | | | |
| Overall Drawdown | 5% of Starting Account Balance | | | | |
| Assured Funding | $324,000 | $405,000 | $540,000 | $1,080,000 | $1,350,000 |
| Available Leverage | 1:50 | | | | |
| One Time Registration Fee | $99 | $245 | $485 | $970 | $2,450 |
| | Select Plan | Select Plan | Select Plan | Select Plan | Select Plan |

| | $2,000 | $5,000 | $10,000 | $20,000 | $50,000 |
|---|---|---|---|---|---|
| Target | 10% to get to next milestone | | | | |
| Daily Starting Drawdown | No Daily Drawdown Limits | | | | |
| Overall Drawdown | 5% of Starting Account Balance | | | | |
| Assured Funding | $324,000 | $405,000 | $540,000 | $1,080,000 | $1,350,000 |
| Available Leverage | 1:50 | | | | |
| One Time Registration Fee | $99 | $245 | $485 | $970 | $2,450 |
| | Select Plan | Select Plan | Select Plan | Select Plan | Select Plan |



**my**ForexFunds

Programs
Rapid
Evaluation
Accelerated

Blog
About
Contact

Faq
General
Rapid
Evaluation
Accelerated

Legal
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

Trustpilot
TrustScore **4.9**
**13,087** reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat

Chat

Page Vault

| | |
|---|---|
| Document title: | Accelerated Rules \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/accelerated-accounts-rules/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 13:50:36 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 13:52:23 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | 5wzLeywJ3ucfkqWAGojc5f |
| User: | cftc-admin |

Programs ▾    FAQ ▾    Insights ▾

# Accelerated Rules

Quick Search

**Rule #01**



### Slow and Steady – Wins the Race

My Forex Funds has developed this model to ensure that our serious traders can earn from the word go. Not only will we provide our traders with funding, we have also curated this model to enable our traders to scale up and scale up fast!

**Rule #02**



### Bonus Disbursements:

A trader will be given 50% of all profits made on My Forex Funds' Accelerated Accounts.
There are one of two ways a trader can request a payout.

▲ Read More

1 – Trader of the day/week – We will pick the most profitable or most consistent trader of the day/week and allow him/her to request a payout. This method gives an incentive for traders to be profitable and get paid right away. If you impress us, we will get you paid fast.

2 – A trader may request a payout on a WEEKLY basis. Yes! Another industry first – MFF will allow for weekly withdrawal requests. They will be processed and paid out within 1-3 business days. Please note that it takes a minimum of 5 days between every payout unless the trader reaches the profit target.

*One thing to remember for both ways is that you must keep the account for at least 5 days after the first trade before requesting for a payout.

**Rule #03**



### Targets and Scale Up Program

My Forex Funds' new and innovative scale up program ensures that a trader can trade up to 970K to 2MM without having to worry about restrictions on lot sizes or news trading and having an amazing scale up plan with industry leading drawdown parameters.

Each phase will start with a base amount a trader will register for. From that point on, with each milestone of hitting 10% profit, and 20% for emphatic, a trader's account will be scaled up by 2x or 1.5x, depending on the phase. Complete scale up program below.

2x to 1.5 will happen in alternate fashion till the traders account reaches the maximum allocated trade account size.

## Accelerated Scale-Up Program

Skip the evaluation and get started right away with our
Accelerated Program

| Conventional Model | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Phase I | Phase 2 | Phase 3 | Phase 4 | Phase 5 | Phase 6 | Phase 7 | Phase 8 | Phase 9 |
| $2,000 | 4000 | 6000 | 12000 | 18000 | 36000 | 54000 | 108000 | 162000 | 324000 |

### Conventional Model

| | Phase I | Phase 2 | Phase 3 | Phase 4 | Phase 5 | Phase 6 | Phase 7 | Phase 8 | Phase 9 |
|---|---|---|---|---|---|---|---|---|---|
| $2,000 | 4000 | 6000 | 12000 | 18000 | 36000 | 54000 | 108000 | 162000 | 324000 |
| $5,000 | 10000 | 15000 | 30000 | 45000 | 90000 | 135000 | 270000 | 405000 | |
| $10,000 | 20000 | 30000 | 60000 | 90000 | 180000 | 270000 | 540000 | | |
| $20,000 | 40000 | 60000 | 120000 | 180000 | 360000 | 540000 | 1080000 | | |
| $50,000 | 100000 | 150000 | 300000 | 450000 | 900000 | 1350000 | | | |

### Emphatic Model

| | Phase I | Phase 2 | Phase 3 | Phase 4 | Phase 5 | Phase 6 | Phase 7 | Phase 8 | Phase 9 | Phase 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| $2,000 | 4000 | 6000 | 12000 | 18000 | 36000 | 54000 | 108000 | 162000 | 324000 | 486000 |
| $5,000 | 10000 | 15000 | 30000 | 45000 | 90000 | 135000 | 270000 | 405000 | 810000 | |
| $10,000 | 20000 | 30000 | 60000 | 90000 | 180000 | 270000 | 540000 | 810000 | | |
| $20,000 | 40000 | 60000 | 120000 | 180000 | 360000 | 540000 | 1080000 | 1620000 | | |
| $50,000 | 100000 | 150000 | 300000 | 450000 | 900000 | 1350000 | 2020000 | | | |

 **With MyForexFunds Accelerated program we allow professional traders to skip the line and jump right into trading real funds.** Grow quickly with our compounding rewards and reap the benefits of being a professional trader.

*NB: We are beholden to the liquidity providers. For larger accounts over 500,000 there may be leverage limitations that will be discussed PRIOR to you scaling up beyond that level. We will work with you as best we can to ensure the best trading conditions for that account size.*

#### Rule #04

 **Drawdown**

We have taken the guess work out of drawdown and given our traders one of the simplest drawdowns out there in industry, **overall drawdown**. The Conventional model will carry a 5% overall drawdown and the Emphatic model will come with 10% overall drawdown.

In our accelerated program, overall drawdown will be calculated based on an accounts' or the scale up phase's starting balance.

For example, if a trader is starting with a 10K emphatic account, they will have an overall drawdown of $1,000.

However, that scales up to 20K in the next phase. The trader will now have 10% of the starting balance for that phase which equates to $2,000!

#### Rule #05

 **Restrictions**

**A trader must close all of his/her trades over the weekend.**

This is to ensure and preserve capital, remove liquidity risk and prevent drawdowns larger than allowed. Traders who have a trade left open during the weekend will be automatically suspended from the program.

However, there are no restrictions when it comes to lot sizes, trading during major news events or holding overnight.

#### Rule #06

 **Instruments**

We constantly are looking for the best products and best conditions for our traders. Currently you can trade FOREX, Crypto, CFD's including index CFD's as well as commodities like oil and metals.

Every now and then the product list may be updated based on the availability of margin, leverage, liquidity, and various other factors.

We adjust our products to increase the profitability of our traders where possible. We may remove a product if there are no users currently passing the phases of the evaluations due to those products.

as commodities like oil and metals.

Every now and then the product list may be updated based on the availability of margin, leverage, liquidity, and various other factors.

We adjust our products to increase the profitability of our traders where possible. We may remove a product if there are no users currently passing the phases of the evaluations due to those products.

---

### Rule #07



**Expert Advisers & robot usage**

**We allow expert adviser to copying purposes only**.

Any EA/Robots being used on the account otherwise will cause a breach in contract and loss of account. Unfortunately, this is necessary to prevent changes to the liquidity pool and unforeseen changes in spreads, margins and etc. We do plan on offering an automated trading option in the near future. Users' are welcome to copy trades of their own using a trade copier, however, users who are copying someone else's trades will be considered in breach of their account.

---

### Rule #08



**Account types, details and housekeeping**

After your program registration, you will receive your login details within 1-2 hours. The account will be on read-only mode until we verify your KYC documents. You are not allowed to change the details of this account under any circumstances. Doing so will be a breach and your account will be suspended.

At My Forex Funds, we are looking for individual traders to grow with us long term. What this means is that we want YOU to be the trader. Its ok to learn your skills from other experts, however, use of signal bots or trade copiers of other traders will not be accepted. If we notice someone using these services, we will suspend their account. We can tell that this is happening by the magic number on the account.

This rule may not apply if you have submitted your expert adviser or bot for prior approval and approval has been granted.

We are constantly monitoring all accounts to make sure the rules are being followed.

You must send your required KYC documents and Independent Contractor aggreement to verification@myforexfunds.com

▲ Read More

**Proof of ID:** You can send any official government issued identification such as the following: – Driver's License – Birth certificate – Passport **Proof of address:** You can send any official document that provides your name and address such as the following: – Bank statement – Utility Bill – Phone Bill – Tax Documents

---

### Rule #09



**Losses**

No trader at My Forex Funds will be liable for any trading losses. However, we encourage you to practice good risk management practices and engage in a trading plan to maximize your chances of not incurring a loss, allowing you to stay in the game long term and make as much as possible.

---

### Rule #10



**Refunds**

Once trading has started, there will not be any refunds. However, if you have just registered and the account has not been traded on, we can refund your registration fees.

---

### Rule #11



**Account Credential Safety**

You are responsible for making sure your account credentials are safe. We do not reinstate accounts that have been hacked or distributed to third parties for trading and lost. If your account has been hacked, get in touch with our team so we can lock the account and change the password and run you through security protocols. No reinstatements of accounts will occur so it is important for you to get to us as quick as you can if your account has been hacked.

---

### Rule #12



**Trading Behavior**

Trading activities that are used to take advantage of the inefficiencies of Metatrader. Gap trading, latency arbitrage, Long short arbitrage, Reverse arbitrage, opposite account trading are all unacceptable trading methods with MyForexFunds. Anyone part-taking in such activities will have their trades adjusted to the executed fill price that we have received from the liquidity pool. Repeat offences will result in account termination.

---

### Rule #13



**Trading Behavior**

Trading activities that are used to take advantage of the inefficiencies of Metatrader. Gap trading, latency arbitrage, Long short arbitrage, Reverse arbitrage, opposite account trading are all unacceptable trading methods with MyForexFunds. Anyone part-taking in such activities will have their trades adjusted to the executed fill price that we have received from the liquidity pool. Repeat offences will result in account termination.

**Rule #13**

**Inactivity**

If your account is inactive for 30 days it will be automatically breached. If you do not inform us within 10 days of the breach the reason for the inactivity, the account will be permanently suspended.

This rule is to prevent us having thousands of hedged trades on abandoned accounts. If you are planning to be away for a prolonged period of time, please inform us and we will make sure your account continues.



MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.

MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.

Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.

This rule is to prevent us having thousands of hedged trades on abandoned accounts. If you are planning to be away for a prolonged period of time, please inform us and we will make sure your account continues.



MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264817-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Document title: Accelerated Rules | My Forex Funds
Capture URL: https://myforexfunds.com/accelerated-accounts-rules/
Capture timestamp (UTC): Fri, 28 Apr 2023 13:52:23 GMT

Page 5 of 5

Page Vault

| | |
|---|---|
| Document title: | Accelerated \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/accounts/accelerated-program/ |
| Page loaded at (UTC): | Wed, 14 Jun 2023 14:14:29 GMT |
| Capture timestamp (UTC): | Wed, 14 Jun 2023 14:15:38 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | eTgNKKwYVe6TMqXNAXHRny |
| User: | cftc-admin |

 my**Forex**Funds

# Accelerated

The My Forex Funds Accelerated program is built for our traders to start trading a live account from day one. This program is suitable for profitable full-time traders who want to boost their capital immediately.

Accounts

## Introduction

Skip the evaluation and get started right away with our Accelerated program. We have tailored an industry leading program to give you immediate earning rewards.
Start from 2,000 up to 50,000 USD and grow your funds all the way up to our max 2 million USD with our scaling.

With My Forex Funds' Accelerated program we allow professional traders to skip the line and jump right into trading real funds, grow quickly with our compounding rewards and reap the benefits of being a professional trader.

## Introduction

Skip the evaluation and get started right away with our Accelerated program. We have tailored an industry leading program to give you immediate earning rewards.
Start from 2,000 up to 50,000 USD and grow your funds all the way up to our max 2 million USD with our scaling.

With My Forex Funds' Accelerated program we allow professional traders to skip the line and jump right into trading real funds, grow quickly with our compounding rewards and reap the benefits of being a professional trader.

Don't like **Evaluations**?
Our **Accelerated Program** is for you

**Start Now**

# MFF rules

### 1

**5% or 10% Overall drawdown**

There are no daily drawdown limits.

Overall drawdown is set to 5% for Conventional accounts and 10% for Emphatic.

For example, If you have a $50,000 conventional accelerated account, then 5% of that is $2,500. So if your balance/equity goes lower than $47,500 then your account has violated the overall drawdown rule.

### 2

**Up to 1:100 Leverage**

Your leverage will be set to 1:100 leverage on Emphatic and 1:50 leverage on Conventional for FOREX and Metals like gold.

Your leverage will be set to 1:100 leverage on Emphatic and 1:50 leverage on Conventional for Forex, Metals and CFDs.
Maximize your gains whilst controlling your risk and reap the rewards.

### 3

**Scaling at every 20%***

Your account will scale by 2x or 1.5 x (depending on which phase you are on). You are eligible to scale once every pay period.

*Your account will scale at every 10% for conventional account.

### 4

**$2 Million USD Cap**

Our largest accounts can scale all the way to $2 Million USD

### 5

**No Shares Allowed**

Due to the nature of these accounts, we cannot allow trading in shares in our Accelerated program. You may however trade all your other favorite products like FOREX, CFD's, Crypto and Metals.

### 6

**Weekly Payouts**

Get your profit split every week. You can receive your first payment within a week, however your account must be of 5 days of age in order to be eligible for a payout. All payouts must be requested by 3pm EST or they will move to the next pay period.

Document title: Accelerated | My Forex Funds
Capture URL: https://myforexfunds.com/accounts/accelerated-program/
Capture timestamp (UTC): Wed, 14 Jun 2023 14:15:38 GMT

Our largest accounts can scale all the way to $2,000,000

Due to the nature of these accounts, we will not allow trading in the Accelerated program. You may however trade all your other favorite products like FOREX, CFD's, Crypto and Metals.

Get your profit split every week. You can receive your first payout within a week, however your account must be of 5 days of age in order to be eligible for a payout. All payouts must be requested by 3pm EST or they will move to the next pay period.

**Read all rules**

# Accelerated Program Benefits

6 points to remember



**01**

### No profit targets for payout

Get paid no matter how much you make. Your rewards are in your hands



**02**

### Scale up with success

We have a competitive scale up program that will help you reach your goals as soon as possible. After scaling you can reach an account size of $2,000,000!



**03**

### No time limits

Trade at your own pace, earn at your own pace. We will not push you to earn and threaten your account. If you grow, we grow.



**04**

### No lot size limits

We don't restrict your trading. Trade at the size you wish, however, remember consistency and risk management is the key to being a profitable trader.



**05**

### No consistency rules

Trade once, trade twice, trade one hundred times. Whatever works for you. We only make money if you make money so trade how you are comfortable.



**06**

### No daily drawdown

These accounts have no daily drawdown limits. You can only lose when your overall drawdown reaches 5% for Conventional, %10 for Emphatic. Compound at your will but remember, always move forward, don't go backwards.

We don't restrict your trading. Trade at the... ...consistency and risk management is the key to being a profitable trader.

Trade once, trade twice, trade one... ...you. We only make money if you make money so trade how you are comfortable.

These accounts have no daily... ...when your overall drawdown reaches 5% for Conventional, %10 for Emphatic. Compound at your will but remember, always move forward, don't go backwards.

# Your Rewards
## How, When & What?

You are paid 50% of the total profit generated on your account every week. Your account must be 5 days old in order to be eligible for a weekly pay out. All payouts must be requested to billing by 3pm EST and are processed within 1-3 days. You can request a payout by Bank Transfer, Cryptocurrecy, Transferwise or Paypal.

| | Conventional | Emphatic |
|---|---|---|

| | $2,000 | $5,000 | $10,000 | $20,000 | $50,000 |
|---|---|---|---|---|---|
| Target | 20% to get to next milestone | | | | |
| Daily Starting Drawdown | No Daily Drawdown Limits | | | | |
| Overall Drawdown | 10% of Starting Account Balance | | | | |
| Assured Funding | $486,000 | $810,000 | $810,000 | $1,600,000 | $2,020,000 |
| Available Leverage | 1:100 | | | | |
| One Time Registration Fee | $198 | $490 | $970 | $1,940 | $4,900 |
| | Select Plan | Select Plan | Select Plan | Select Plan | Select Plan |

Document title: Accelerated | My Forex Funds
Capture URL: https://myforexfunds.com/accounts/accelerated-program/
Capture timestamp (UTC): Wed, 14 Jun 2023 14:15:38 GMT



| | $2,000 | $5,000 | $10,000 | $20,000 | $50,000 |
|---|---|---|---|---|---|
| **Target** | 20% to get to next milestone | | | | |
| **Daily Starting Drawdown** | No Daily Drawdown Limits | | | | |
| **Overall Drawdown** | 10% of Starting Account Balance | | | | |
| **Assured Funding** | $486,000 | $810,000 | $810,000 | $1,600,000 | $2,020,000 |
| **Available Leverage** | 1:100 | | | | |
| **One Time Registration Fee** | $198 | $490 | $970 | $1,940 | $4,900 |
| | Select Plan | Select Plan | Select Plan | Select Plan | Select Plan |

Programs
Rapid
Evaluation
Accelerated

Blog
About
Contact

Faq
General
Rapid
Evaluation
Accelerated

Legal
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

**Trustpilot**
TrustScore **4.8**
**14,330** reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat

Chat

Document title: Accelerated | My Forex Funds
Capture URL: https://myforexfunds.com/accounts/accelerated-program/
Capture timestamp (UTC): Wed, 14 Jun 2023 14:15:38 GMT

Page Vault

| | |
|---|---|
| Document title: | Which Countries Are Not Allowed To Join MFF? | My Forex Funds |
| Capture URL: | https://myforexfunds.com/faq/which-countries-are-not-allowed-to-join-mff/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 14:06:22 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 14:06:51 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | tXnGaDf83QobpWjL38QiX9 |
| User: | cftc-admin |



FAQ

General   Rapid   Evaluation   Accelerated

## Help Centre



⊕ Back to All

If you want to learn more about our program rules please click on the relevant page rules below.

Rapid Rules   Evaluation Rules

Accelerated Rules

## Which countries are not allowed to join MFF?

We accept and allow all traders from around to world to open an account with us except for traders from the following countries:

x Afghanistan

x Belarus

x Central African Republic

xCongo (Brazzaville)

x Congo (Kinshasa)

x Cuba

x Eritrea

x Iran

x Iraq

x Libya

× Myanmar

x North Korea

x Palestinian Territory

x Russia

x Syria

x South Sudan

× Sudan

x Yemen



General

### Why join My Forex Funds?

Our program enables traders to trade without risking their own capital. Traders are rewarded for the profits they make on simulated accounts (that is how...

Learn More

General

### Is having a stop-loss mandatory?

It is not mandatory to have a stop-loss on your positions for any of the 3 programs. However, it is highly advised to trade with...

Learn More

General

### Is having a stop-loss mandatory?

It is not mandatory to have a stop-loss on your positions for any of the 3 programs. However, it is highly advised to trade with...

Learn More

General

### Is MFF legit? Do they really payout their traders?

To find proof of payouts, you can check out our #payout-proof channel on our Discord server. https://discord.gg/hZCQEtKW6h Or you can visit our Instagram page below:...

Learn More

Rapid

### Are there any challenges? Exams?

No – there are no challenges, or verification or "prove yourself" time periods. We understand your time is money, and one must not waste it...

Learn More

Evaluation

### Is there a refund for the account purchase fee?

Yes. You will receive 112% refund with your first payout on the live account.

Learn More

General

### Is your broker regulated?

We are not a broker. Traders Global Group is our trading server. It is provided by an institutional fintech company who provides us liquidity. We...

Learn More

No – there are no challenges, or verification or "prove yourself" time periods. We understand your time is money, and one must not waste it...

Learn More

Evaluation

### Is there a refund for the account purchase fee?

Yes. You will receive 112% refund with your first payout on the live account.

Learn More

General

### Is your broker regulated?

We are not a broker. Traders Global Group is our trading server. It is provided by an institutional fintech company who provides us liquidity. We...

Learn More

myForexFunds

Programs
- Rapid
- Evaluation
- Accelerated

Blog

About

Contact

Faq
- General
- Rapid
- Evaluation
- Accelerated

Legal
- Privacy Policy
- Terms & Conditions
- Risk Disclosure
- Anti-Money Laundering (AML) Guidelines

Trustpilot

TrustScore **4.9**
**13,087** reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat



| | |
|---|---|
| Document title: | How Much Is The Commission? \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/faq/how-much-is-the-commission/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 14:07:31 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 14:09:25 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | mzacuWdvSvGhdimbiJbhNF |
| User: | cftc-admin |



Programs ▾    FAQ ▾    Insights ▾    About    Contact    |    Sign in    🇬🇧 EN ▾

**myForexFunds**

FAQ

General    Rapid    Evaluation    Accelerated

## Help Centre    🔒



⊕ Back to All

If you want to learn more about our program rules please click on the relevant page rules below.

Rapid Rules    Evaluation Rules

Accelerated Rules

## How much is the commission?

The commission is $3 per lot on our server, Traders Global Group.

---

Accelerated

### Does the overall drawdown increase?

The only time the overall drawdown increases is when your account size increases. This is after you reach the profit target and get scaled-up. For...

Learn More

---

General

### Which countries are not allowed to join MFF?

We accept and allow all traders from around to world to open an account with us except for traders from the following countries: x Afghanistan...

Learn More

---

General

### How do I access my Dashboard/Account Analyzer?

You have to first log in to our website dashboard; you may then directly proceed to the account analyzer from there which you can see...

Learn More

---

Accelerated

### How do I increase my account size?

You can increase your account size by reaching the profit target. This is called scaling up. The profit target for Conventional is 10%. The profit...

---

**74**

Document title: How Much Is The Commission? | My Forex Funds
Capture URL: https://myforexfunds.com/faq/how-much-is-the-commission/
Capture timestamp (UTC): Fri, 28 Apr 2023 14:09:25 GMT



Accelerated

### How do I increase my account size?

You can increase your account size by reaching the profit target. This is called scaling up. The profit target for Conventional is 10%. The profit...

Learn More

Accelerated

### Can I use a trade copier EA?

Yes. You are allowed to use a trade copier as long as you are copying your own trades from your own accounts. It is NOT...

Learn More

Rapid

### How often will I get paid?

On Consistency Enabled Accounts (CEA), you will receive payments bi-weekly (every 2 weeks). On Non-Consistency Accounts (NCA), you will receive payments every 4 weeks (NOT...

Learn More





Accelerated

### Can I use a trade copier EA?

Yes. You are allowed to use a trade copier as long as you are copying your own trades from your own accounts. It is NOT...

Learn More

Rapid

### How often will I get paid?

On Consistency Enabled Accounts (CEA), you will receive payments bi-weekly (every 2 weeks). On Non-Consistency Accounts (NCA), you will receive payments every 4 weeks (NOT...

Learn More

myForexFunds

Programs
Rapid
Evaluation
Accelerated

Blog
About
Contact

Faq
General
Rapid
Evaluation
Accelerated

Legal
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

Trustpilot
TrustScore 4.9
13,087 reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat

Chat

| Document title: | Is Your Broker Regulated? | My Forex Funds |
| Capture URL: | https://myforexfunds.com/faq/is-your-broker-regulated/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 14:09:45 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 14:10:11 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 4DHpYE2onF6CtQvtdguXfe |
| User: | cftc-admin |



**my**Forex**Funds**

FAQ

General  Rapid  Evaluation  Accelerated

# Help Centre



⊕ Back to All

If you want to learn more about our program rules please click on the relevant page rules below.

Rapid Rules  Evaluation Rules

Accelerated Rules

## Is your broker regulated?

We are not a broker. Traders Global Group is our trading server. It is provided by an institutional fintech company who provides us liquidity. We do not require regulation as we are a proprietary firm. It is our company money that is being used in all of our accounts.



General

### What is the difference between Evaluation and Rapid program?

In the Evaluation program, you will undergo 2 testing phases – Phase 1 and 2. To complete the phases, you will need to reach the...

Learn More

General

### How much will I receive when I refer someone to MFF?

When your referrals purchase an Evaluation or Rapid account, you will receive 5% on every order your referral has made. No affiliate bonus will be...

Learn More

General

### Do you offer Swap-Free accounts?

Yes. Swap Free accounts are available however only for live accounts, we will not be providing swap free accounts for demo accounts since swap is...

Learn More

Evaluation

### What happens if I reach the profit target and then accidentally violate the drawdown

Yes. Swap Free accounts are available however only for live accounts, we will not be providing swap free

**Learn More**

---

Evaluation

### What happens if I reach the profit target and then accidentally violate the drawdown rule?

Even if your account reaches profit target, if at any point your account violates a trading objective, it will not be eligible to proceed to...

**Learn More**

---

General

### Is forex trading profitable

In order to be profitable through the exchange of foreign currencies, one needs to have a good understanding of fundamental and technical aspects of the...

**Learn More**

---

Accelerated

### How many live accounts can I have from Accelerated model?

We allow a maximum of 3 Accelerated accounts per member.

**Learn More**





Learn More

General

### Is forex trading profitable

In order to be profitable through the exchange of foreign currencies, one needs to have a good understanding of fundamental and technical aspects of the...

Learn More

Accelerated

### How many live accounts can I have from Accelerated model?

We allow a maximum of 3 Accelerated accounts per member.

Learn More

myForexFunds

Programs
- Rapid
- Evaluation
- Accelerated

Blog

About

Contact

Faq
- General
- Rapid
- Evaluation
- Accelerated

Legal
- Privacy Policy
- Terms & Conditions
- Risk Disclosure
- Anti-Money Laundering (AML) Guidelines

Trustpilot

TrustScore **4.9**
**13,087** reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat

Chat



| | |
|---|---|
| Document title: | What Are The Available Instruments I Can Trade? | My Forex Funds |
| Capture URL: | https://myforexfunds.com/faq/what-are-the-available-instruments-i-can-trade/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 14:12:21 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 14:12:49 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | wixd4cmbTnZzvHLxiDNSu9 |
| User: | cftc-admin |



## FAQ

### Help Centre

General   Rapid   Evaluation   Accelerated

⊕ Back to All

If you want to learn more about our program rules please click on the relevant page rules below.

Rapid Rules   Evaluation Rules

Accelerated Rules

## What are the available instruments I can trade?

Please click the link below for the available instruments and its respective specifications for our server.

### List of Instruments and Contract specifications

List of Instruments and Contract specifications SPOT Forex Symbol Name Symbol Description Contract Size Digit Leverage 1 Pip PL Quote CCY AUDCAD Australian Dollar/Canadian Dollar 100000 5 1:100 10 CAD AUDCHF Australian Dollar/Swiss Franc 100000 5 1:100 10 CHF AUDJPY Australian Dollar/Japanese Yen 100000 3 1:100 10 JPY AUDNZD Australian Dollar/New Zealand Dollar 100000 5 ... *Continue reading*

 My Forex Funds

Rapid

### How many accounts can I have?

We allow you to join more than one program at the same time. For Rapid Accounts: You can have as many Rapid accounts as you...

Learn More

Rapid

### How is the overall drawdown calculated?

The overall drawdown is 12% of the initial account balance. For example: If you have a $100,000 account, then 12% of that is $12,000. Even...

Learn More

Rapid

### How can I bring my account back to initial balance?

You can pay to refresh the account. Please keep in mind that your account must not have any violations to qualify for a refresh. Just...



Rapid

## How can I bring my account back to initial balance?

You can pay to refresh the account. Please keep in mind that your account must not have any violations to qualify for a refresh. Just...

Learn More

General

## Is there any start up cost to join My Forex Funds?

Yes! You have to pay a nominal fee to register and obtain your account details. These fees are used as operating costs and ensures we...

Learn More

General

## How long does it take to process my order?

It will take just a few moments for us to provision and send your trading account credentials via email.

Learn More

Evaluation

## Can I scale up my account?

Yes. If you have achieved a profit of 10% or more within a 4 month period and at least 2 of those 4 months were...

Learn More



**my Forex Funds**

Programs

Rapid
Evaluation
Accelerated

Blog
About
Contact

Faq

General
Rapid
Evaluation



Learn More

General

How long does it take to process my order?

It will take just a few moments for us to provision and send your trading account credentials via email.

Learn More

Evaluation

Can I scale up my account?

Yes. If you have achieved a profit of 10% or more within a 4 month period and at least 2 of those 4 months were...

Learn More

myForexFunds

Programs
- Rapid
- Evaluation
- Accelerated

Blog

About

Contact

Faq
- General
- Rapid
- Evaluation
- Accelerated

Trustpilot

TrustScore **4.9**
**13,087** reviews

Legal
- Privacy Policy
- Terms & Conditions
- Risk Disclosure
- Anti-Money Laundering (AML) Guidelines

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat

Chat



Page Vault

| | |
|---|---|
| Document title: | List Of Instruments And Contract Specifications \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/list-of-instruments-and-contract-specifications/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 14:13:18 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 14:14:34 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | 2yxSAAjayRqUDFmxYwok5K |
| User: | cftc-admin |



Programs ⌄   FAQ ⌄   Insights ⌄   About   Contact          Sign in   🇬🇧 EN ⌄

# List of Instruments and Contract specifications



🔍 Search by symbol name...

## SPOT Forex

| Symbol Name | Symbol Description | Contract Size | Digit | Leverage | 1 Pip PL | Quote CCY |
|---|---|---|---|---|---|---|
| AUDCAD | Australian Dollar/Canadian Dollar | 100000 | 5 | 1:100 | 10 | CAD |
| AUDCHF | Australian Dollar/Swiss Franc | 100000 | 5 | 1:100 | 10 | CHF |
| AUDJPY | Australian Dollar/Japanese Yen | 100000 | 3 | 1:100 | 10 | JPY |
| AUDNZD | Australian Dollar/New Zealand Dollar | 100000 | 5 | 1:100 | 10 | NZD |
| AUDUSD | Australian Dollar/US Dollar | 100000 | 5 | 1:100 | 10 | USD |
| BTCUSD | Bitcoin/US Dollar | 1 | 3 | 1:5 | 10 | USD |
| CADCHF | Australian Dollar/US Dollar | 100000 | 5 | 1:100 | 10 | CHF |
| CADJPY | Canadian Dollar/Japanese Yen | 100000 | 3 | 1:100 | 10 | JPY |
| CHFJPY | Swiss Franc/Japanese Yen | 100000 | 3 | 1:100 | 10 | JPY |
| DSHUSD | Dash/US Dollar | 1 | 3 | 1:5 | 1 | USD |
| ETHUSD | Ethereum/US Dollar | 1 | 3 | 1:5 | 1 | USD |
| EURAUD | Euro/Australian Dollar | 100000 | 5 | 1:100 | 10 | AUD |
| EURCAD | Euro/Canadian Dollar | 100000 | 5 | 1:100 | 10 | CAD |
| EURCHF | Euro/Swiss Franc | 100000 | 5 | 1:100 | 10 | CHF |
| EURCZK | Euro/Czech Koruna | 100000 | 5 | 1:100 | 10 | CZK |
| EURGBP | Euro/Great Britain Pound | 100000 | 5 | 1:100 | 10 | GBP |
| EURJPY | Euro/Japanese Yen | 100000 | 3 | 1:100 | 10 | JPY |
| EURNOK | Euro/Norwegian Krone | 100000 | 5 | 1:100 | 10 | NOK |
| EURNZD | Euro/New Zealand Dollar | 100000 | 5 | 1:100 | 10 | NZD |
| EURSEK | Euro/Swedish Krona | 100000 | 5 | 1:100 | 10 | SEK |
| EURTRY | Euro/Turkish Lira | 100000 | 5 | 1:100 | 10 | TRY |
| EURUSD | Euro/US Dollar | 100000 | 5 | 1:100 | 10 | USD |
| GBPAUD | Great Britan Pound/Australian Dollar | 100000 | 5 | 1:100 | 10 | AUD |
| GBPCAD | Great Britain Pound/Canadian Dollar | 100000 | 5 | 1:100 | 10 | CAD |

| EURNZD | Euro/New Zealand Dollar | 100000 | 5 | 1:100 | 10 | NZD |
| EURSEK | Euro/Swedish Krona | 100000 | 5 | 1:100 | 10 | SEK |
| EURTRY | Euro/Turkish Lira | 100000 | 5 | 1:100 | 10 | TRY |
| EURUSD | Euro/US Dollar | 100000 | 5 | 1:100 | 10 | USD |
| GBPAUD | Great Britan Pound/Australian Dollar | 100000 | 5 | 1:100 | 10 | AUD |
| GBPCAD | Great Britain Pound/Canadian Dollar | 100000 | 5 | 1:100 | 10 | CAD |
| GBPCHF | Great Britain Pound/Swiss Franc | 100000 | 5 | 1:100 | 10 | CHF |
| GBPJPY | Great Britain Pound/Japanese Yen | 100000 | 3 | 1:100 | 10 | JPY |
| GBPNOK | Great Britain Pound/Norwegian Krone | 100000 | 5 | 1:100 | 10 | NOK |
| GBPNZD | Great Britain Pound/New Zealand Dollar | 100000 | 5 | 1:100 | 10 | NZD |
| GBPTRY | Great Britain Pound/Turkish Lira | 100000 | 5 | 1:100 | 10 | TRY |
| GBPUSD | Great Britain Pound/US Dollar | 100000 | 5 | 1:100 | 10 | USD |
| LTCUSD | Litecoin/US dollar | 1 | 3 | 1:5 | 1 | USD |
| NZDCAD | New Zealand Dollar/Canadian Dollar | 100000 | 5 | 1:100 | 10 | CAD |
| NZDCHF | New Zealand Dollar/Swiss Franc | 100000 | 5 | 1:100 | 10 | CHF |
| NZDJPY | New Zealand Dollar/Japanese Yen | 100000 | 3 | 1:100 | 10 | JPY |
| NZDUSD | New Zealand Dollar/US Dollar | 100000 | 5 | 1:100 | 10 | USD |
| USDCAD | US Dollar/Canadian Dollar | 100000 | 5 | 1:100 | 10 | CAD |
| USDCHF | US Dollar/Swiss Franc | 100000 | 5 | 1:100 | 10 | CHF |
| USDCZK | US Dollar/Czech Koruna | 100000 | 5 | 1:100 | 10 | CZK |
| USDDKK | US Dollar/Danish Krone | 100000 | 5 | 1:100 | 10 | DKK |
| USDJPY | US Dollar/Japanese Yen | 100000 | 3 | 1:100 | 10 | JPY |
| USDMXN | US Dollar/Mexican Peso | 100000 | 5 | 1:100 | 10 | MXN |
| USDNOK | US Dollar/Norwegian Krone | 100000 | 5 | 1:100 | 10 | NOK |
| USDSEK | US Dollar/Swedish Krona | 100000 | 5 | 1:100 | 10 | SEK |
| USDTRY | US Dollar/Turkish Lira | 100000 | 5 | 1:100 | 10 | TRY |
| USDZAR | US Dollar/South Africa Rand | 100000 | 5 | 1:100 | 10 | ZAR |

## SPOT Metals

| Symbol Name | Symbol Description | Contract Size | Digit | Leverage | 1 Pip PL | Quote CCY |
|---|---|---|---|---|---|---|
| XAUUSD | Gold/US Dollar | 100 | 2 | 1:100 | 10 | USD |
| XAGUSD | Silver/US Dollar | 5000 | 4 | 1:100 | 5 | USD |
| XAUEUR | Gold/Euro | 100 | 2 | 1:100 | 10 | EUR |
| XPDUSD | Palladium/US Dollar | 100 | 2 | 1:100 | 10 | USD |
| XPTUSD | Palladium/US Dollar | 50 | 2 | 1:50 | 5 | USD |

| XAGUSD | Silver/US Dollar | 5000 | 4 | 1:100 | 5 | USD |
| XAUEUR | Gold/Euro | 100 | 2 | 1:100 | 10 | EUR |
| XPDUSD | Palladium/US Dollar | 100 | 2 | 1:100 | 10 | USD |
| XPTUSD | Palladium/US Dollar | 50 | 2 | 1:50 | 5 | USD |

## SPOT CFD

| Symbol Name | Symbol Description | Contract Size | Digit | Leverage | 1 Pip PL | Quote CCY |
|---|---|---|---|---|---|---|
| AUS200 | Australia 200 Index | 1 | 2 | 1:100 | 1 | AUD |
| ESP35 | Spain 35 Index | 1 | 2 | 1:100 | 1 | EUR |
| FRA40 | France 40 Index | 1 | 2 | 1:100 | 1 | EUR |
| GER30 | Germany 30 Index | 1 | 2 | 1:100 | 1 | EUR |
| HK50 | Hong Kong 50 Indec | 1 | 1 | 1:100 | 1 | HKD |
| JPN225 | Japan 225 Index | 1 | 2 | 1:100 | 1 | USD |
| NAS100 | NASDAQ 100 Index | 1 | 2 | 1:100 | 1 | USD |
| SPX500 | SP 500 Index | 1 | 2 | 1:100 | 1 | USD |
| UK100 | UK 100 Index | 1 | 2 | 1:100 | 1 | GBP |
| UKOIL | Crude Oil (Brent) | 100 | 2 | 1:100 | 1 | USD |
| US30 | Wall Street 30 Index | 1 | 2 | 1:100 | 1 | USD |
| USOIL | Crude Oil (WTI) | 100 | 2 | 1:100 | 1 | USD |



MyForexFunds

**Programs**
Rapid
Evaluation
Accelerated

**Blog**
About
Contact

**Faq**
General
Rapid
Evaluation
Accelerated

**Legal**
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

Trustpilot
TrustScore **4.9**
**13,087** reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

| XAUEUR | Gold/Euro | 100 | 2 | 1:100 | 10 | EUR |
| XPDUSD | Palladium/US Dollar | 100 | 2 | 1:100 | 10 | USD |
| XPTUSD | Palladium/US Dollar | 50 | 2 | 1:50 | 5 | USD |

## SPOT CFD

| Symbol Name | Symbol Description | Contract Size | Digit | Leverage | 1 Pip PL | Quote CCY |
|---|---|---|---|---|---|---|
| AUS200 | Australia 200 Index | 1 | 2 | 1:100 | 1 | AUD |
| ESP35 | Spain 35 Index | 1 | 2 | 1:100 | 1 | EUR |
| FRA40 | France 40 Index | 1 | 2 | 1:100 | 1 | EUR |
| GER30 | Germany 30 Index | 1 | 2 | 1:100 | 1 | EUR |
| HK50 | Hong Kong 50 Index | 1 | 1 | 1:100 | 1 | HKD |
| JPN225 | Japan 225 Index | 1 | 2 | 1:100 | 1 | USD |
| NAS100 | NASDAQ 100 Index | 1 | 2 | 1:100 | 1 | USD |
| SPX500 | SP 500 Index | 1 | 2 | 1:100 | 1 | USD |
| UK100 | UK 100 Index | 1 | 2 | 1:100 | 1 | GBP |
| UKOIL | Crude Oil (Brent) | 100 | 2 | 1:100 | 1 | USD |
| US30 | Wall Street 30 Index | 1 | 2 | 1:100 | 1 | USD |
| USOIL | Crude Oil (WTI) | 100 | 2 | 1:100 | 1 | USD |



**my**ForexFunds

Programs
Rapid
Evaluation
Accelerated

Blog
About
Contact

Faq
General
Rapid
Evaluation
Accelerated

Legal
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

 Trustpilot
TrustScore 4.9
13,087 reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.

MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.

Purchase of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.

Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat

Page Vault

| | |
|---|---|
| Document title: | What Happens If A Violation Has Been Detected On My Account? \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/faq/what-happens-if-a-violation-has-been-detected-on-my-account/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 14:16:51 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 14:17:28 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | xvNvHCeShxRvtJJzjY4Ad7 |
| User: | cftc-admin |



Programs ⌄   FAQ ⌄   Insights ⌄   About   Contact   | Sign in   🇬🇧 EN ⌄

myForexFunds

FAQ

General   Rapid   Evaluation   Accelerated

## Help Centre



⊕ Back to All

If you want to learn more about our program rules please click on the relevant page rules below.

Rapid Rules   Evaluation Rules

Accelerated Rules

## What happens if a violation has been detected on my account?

Unfortunately, if a violation has been detected on your account, that account will be suspended and will not qualify for any future payouts.

However, you can reset your account at a discounted price. The reset will provide you with a new account. Just go to the members portal or click the link below:

https://myforexfunds.com/product-category/accounts-fees/

---

Evaluation

### When will I receive my payouts from the Live account?

When you receive your live account, you must complete a minimum of 10 trading days then you will receive your first payout 1 month after...

Learn More

---

General

### Should I know how to trade?

Short answer is Yes! Our program requires our traders to practice risk management and it must be followed at all times. One must have basic...

Learn More

---

Rapid

### How can I bring my account back to initial balance?

You can pay to refresh the account. Please keep in mind that your account must not have any violations to qualify for a refresh. Just...

Learn More

---

General

---

Document title: What Happens If A Violation Has Been Detected On My Account? | My Forex Funds
Capture URL: https://myforexfunds.com/faq/what-happens-if-a-violation-has-been-detected-on-my-account/
Capture timestamp (UTC): Fri, 28 Apr 2023 14:17:28 GMT

You can pay to refresh the account. Please keep in mind that your account must not have any violations to qualify for a refresh. Just...

Learn More

General

At what time does each instrument/pair close on our server?

Rapid Our trading server closes at 4:55 PM EST on Friday. In case you do not plan to hold trades over the weekend, make sure...

Learn More

Accelerated

Does the Accelerated program have a daily drawdown rule?

There are no daily drawdown limits, however there is an overall drawdown limit.

Learn More

General

Why join My Forex Funds?

Our program enables traders to trade without risking their own capital. Traders are rewarded for the profits they make on simulated accounts (that is how...

Learn More



Document title: What Happens If A Violation Has Been Detected On My Account? | My Forex Funds
Capture URL: https://myforexfunds.com/faq/what-happens-if-a-violation-has-been-detected-on-my-account/
Capture timestamp (UTC): Fri, 28 Apr 2023 14:17:28 GMT



Learn More

Accelerated

### Does the Accelerated program have a daily drawdown rule?

There are no daily drawdown limits, however there is an overall drawdown limit.

Learn More

General

### Why join My Forex Funds?

Our program enables traders to trade without risking their own capital. Traders are rewarded for the profits they make on simulated accounts (that is how...

Learn More

myForexFunds

Programs
- Rapid
- Evaluation
- Accelerated

Blog

About

Contact

Faq
- General
- Rapid
- Evaluation
- Accelerated

Trustpilot

TrustScore **4.9**
**13,087** reviews

Legal
- Privacy Policy
- Terms & Conditions
- Risk Disclosure
- Anti-Money Laundering (AML) Guidelines

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat

Chat



| | |
|---|---|
| Document title: | What Is The Difference Between A Refresh And A Reset? | My Forex Funds |
| Capture URL: | https://myforexfunds.com/faq/what-is-the-difference-between-a-refresh-and-a-reset/ |
| Page loaded at (UTC): | Fri, 28 Apr 2023 14:15:32 GMT |
| Capture timestamp (UTC): | Fri, 28 Apr 2023 14:15:59 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | dgnqUDhWGFGGhjV44MxWhe |
| User: | cftc-admin |



Programs ⌄   FAQ ⌄   Insights ⌄   About   Contact          Sign in   🇬🇧 EN ⌄

**my**ForexFunds

FAQ

General   Rapid   Evaluation   Accelerated

# Help Centre

⊕ Back to All

If you want to learn more about our program rules please click on the relevant page rules below.

Rapid Rules    Evaluation Rules

Accelerated Rules

## What is the difference between a refresh and a reset?

To refresh the account means to bring the account back to initial balance but in order to qualify for a refresh, your account must not have a violation.

To reset the account means you have a violation on your account and you want to receive a new account at a discounted price.

---

General

### How to begin forex trading

If you're new to forex trading, the first step is to educate yourself on the basics of the market. This includes understanding how currencies are...

Learn More

---

General

### Is your broker regulated?

We are not a broker. Traders Global Group is our trading server. It is provided by an institutional fintech company who provides us liquidity. We...

Learn More

---

Evaluation

### I passed Phase 2, now what?

Congratulations on passing Phase 2 of your Evaluation! Please make sure you have no remaining open or running trades, completed the minimum requirement of 5...

Learn More

---

General

I passed Phase 2, now what?

running trades, completed the minimum requirement of 5...

**Learn More**

---

General

**Is MFF legit? Do they really payout their traders?**

To find proof of payouts, you can check out our #payout-proof channel on our Discord server. https://discord.gg/hZCQEtKW6h Or you can visit our Instagram page below:...

**Learn More**

---

General

**What platforms do you offer?**

Trading platforms we offer are MT4 and MT5. We plan on offering cTrader in the future but currently don't have solid confirmation on approximately when.

**Learn More**

---

Evaluation

**How long do I have to complete my evaluation?**

You will have 30 Calendar days to complete Phase 1 and you will have 60 Calendar days to complete Phase 2.

**Learn More**



myForexFunds

Programs
Rapid
Evaluation
Accelerated

Blog
About
Contact

Faq
General
Rapid
Evaluation
Accelerated

Legal
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

Trustpilot
TrustScore **4.9**
**13,087** reviews

---

Document title: What Is The Difference Between A Refresh And A Reset? | My ForexFunds
Capture URL: https://myforexfunds.com/faq/what-is-the-difference-between-a-refresh-and-a-reset/
Capture timestamp (UTC): Fri, 28 Apr 2023 14:15:59 GMT



Learn More

General

## What platforms do you offer?

Trading platforms we offer are MT4 and MT5. We plan on offering cTrader in the future but currently don't have solid confirmation on approximately when.

Learn More

Evaluation

## How long do I have to complete my evaluation?

You will have 30 Calendar days to complete Phase 1 and you will have 60 Calendar days to complete Phase 2.

Learn More

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat

Chat



Page Vault

| | |
|---|---|
| Document title: | Checkout \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/checkout/ |
| Page loaded at (UTC): | Wed, 14 Jun 2023 14:19:06 GMT |
| Capture timestamp (UTC): | Wed, 14 Jun 2023 14:20:32 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | 5M7Hk5DR5HjDD4ucchSiLK |
| User: | cftc-admin |





Programs FAQ Insights About Contact Sign in EN

Buy now

myForexFunds — OR —

Returning customer? Click here to login

## Billing Details

First Name *

First Name

Last Name *

Last Name

Country / Region *

Canada

Street address *

House number and street name

Town / City *

Province *

Ontario

Postal code *

Phone (optional)

Phone

Email Address *

Email Address

Confirm Email Address *

Confirm Email Address

Order Notes (optional)

Notes about your order, e.g. special notes for delivery.

## Your Order

| Product | Subtotal |
|---|---|
| $50,000 USD Accou… Emphatic - MT4 × 1 | $4,900.00 |
| Subtotal | $4,900.00 |
| Total | **$4,900.00 USD** |

Have a coupon? Click here to enter your coupon code

Credit card / debit card

Card number

1234 1234 1234 1234

Expiry

MM / YY

CVC

CVC

Bitcoin and other cryptocurrencies

Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our privacy policy.

By clicking "Place Order" to register with My Forex Funds, you are agreeing that you understand terms and conditions, including the Risk Management, Consistency and other guidelines on https://myforexfunds.com/program/.

You accept that My Forex Funds will not issue refund once service (i.e. trading) has started on your account.

I have read and agree to the website terms and conditions *

Ok, I have verified my order. *

Your account details will be sent to .

Register →

**Town / City** *

**Province** *

Ontario

**Postal code** *

**Phone (optional)**

Phone

**Email Address** *

Email Address

**Confirm Email Address** *

Confirm Email Address

**Order Notes (optional)**

Notes about your order, e.g. special notes for delivery.

◉ Credit card / debit card

**Card number**

1234 1234 1234 1234    VISA

**Expiry**              **CVC**

MM / YY                 CVC

○ Bitcoin and other cryptocurrencies

Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our privacy policy.

By clicking "Place Order" to register with My Forex Funds, you are agreeing that you understand terms and conditions, including the Risk Management, Consistency and other guidelines on https://myforexfunds.com/program/.

You accept that My Forex Funds will not issue refund once service (i.e. trading) has started on your account.

☐ I have read and agree to the website terms and conditions *

☐ Ok, I have verified my order. *

Your account details will be sent to .

**Register →**

**Programs**        Rapid          **Blog**
                    Evaluation     **About**
                    Accelerated
                                   **Contact**

**Faq**             General
                    Rapid
                    Evaluation
                    Accelerated

**Legal**           Privacy Policy
                    Terms & Conditions
                    Risk Disclosure
                    Anti-Money Laundering (AML) Guidelines

★ Trustpilot

TrustScore **4.8**
**14,330** reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

**100**

PageVault

| | |
|---|---|
| Document title: | What Are The Payout/withdrawal Options? \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/faq/what-are-the-payout-withdrawal-options/ |
| Page loaded at (UTC): | Thu, 22 Jun 2023 18:51:14 GMT |
| Capture timestamp (UTC): | Thu, 22 Jun 2023 18:52:24 GMT |
| Capture tool: | 10.22.3 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | tJwNh9o8mspaSXBqdhKByS |
| User: | cftc-admin |



Programs ▾    FAQ ▾    Insights ▾    About    Contact    Sign in    🇬🇧 EN ▾



**FAQ**

General    Rapid    Evaluation    Accelerated

# Help Centre



⊕ Back to All

If you want to learn more about our program rules please click on the relevant page rules below.

Rapid Rules    Evaluation Rules

Accelerated Rules

## What are the payout/withdrawal options?

You can request your payout via:

1. Cryptocurrency

If you wish to receive your payout in Cryptocurrency, then you can receive BTC, LTC, ETH and USDC.

2. Deel: https://www.letsdeel.com/

With Deel, you will be able to withdraw your payouts with Wise, Paypal, Bank transfer, Payoneer, Revolut, Mercury, etc.

*Note: You have to create an account with Deel before requesting a payout.*



General

### Is having a stop-loss mandatory?

It is not mandatory to have a stop-loss on your positions for any of the 3 programs. However, it is highly advised to trade with...

Learn More

General

### I can't open trades on my account. (Trade Disabled)

As our verification process has become fully automated, you can now verify your account through your account analyzer. Simply click on the button labeled 'AML/KYC...

Learn More

Evaluation

### What is the profit split on Evaluation live accounts?

When you receive your Live account, you will receive 75% of your profits on your first month. On the 2nd month, you will receive 80%...

Learn More

### What is the profit split on Evaluation live accounts?

When you receive your Live account, you will receive 75% of your profits on your first month. On the 2nd month, you will receive 80%...

Learn More



General

### How to learn forex trading

Learning forex trading can seem overwhelming at first, but there are many resources available to help you get started. Some popular options include online courses,...

Learn More

Accelerated

### How much would my account increase when I reach the profit target?

When you reach the profit target: On Phase 1, your account size will increase by 2x. On Phase 2, your account size will increase by...

Learn More

General

### What are the differences between all of the accounts?

Rapid: In the Rapid program, you will be starting with a demo account where you will be paid 12% of all profits and the payment...

Learn More



**Programs**

Rapid
Evaluation
Accelerated

**Blog**

About

Contact

**Faq**

General
Rapid
Evaluation
Accelerated

**Legal**

Privacy Policy

Trustpilot
★★★★★
TrustScore 4.8



Accelerated

### How much would my account increase when I reach the profit target?

When you reach the profit target: On Phase 1, your account size will increase by 2x. On Phase 2, your account size will increase by...

Learn More

General

### What are the differences between all of the accounts?

Rapid: In the Rapid program, you will be starting with a demo account where you will be paid 12% of all profits and the payment...

Learn More

**my**ForexFunds

| Programs | | Blog |
| Rapid | | About |
| Evaluation | | Contact |
| Accelerated | | |

Faq

| General |
| Rapid |
| Evaluation |
| Accelerated |

Legal

Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines

★ Trustpilot
TrustScore **4.8**
**14,654** reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264817-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Chat

Chat