# Exhibit C-2

myForexFunds
Programs
FAQ
Insights
About
Contact
Sign in
EN
Returning customer? Click here to login
Have a coupon? Click here to enter your code
Billing details
First name *
Last name *
Country / Region *
Canada
Street address *
House number and street name
Town / City *
Province *
Ontario
Postal code *
Phone (optional)
Email address *
Additional information
Order notes (optional)
Notes about your order, e.g. special notes for delivery.
Your order
$300,000 USD Evaluation Standard - MT4 × 1 $1,389.00
Subtotal $1,389.00
Total $1,389.00 USD
Credit card / debit card
Card number
1234 1234 1234 1234
Expiration
MM / YY
CVC
CVC
Bitcoin and other cryptocurrencies
Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our privacy policy.
By clicking "Place Order" to register with My Forex Funds, you are agreeing that you understand terms and conditions, including the Risk Management, Consistency and other guidelines on https://myforexfunds.com/program/.
You accept that My Forex Funds will not issue refund once service (i.e. trading) has started on your account.
I have read and agree to the website terms and conditions and refund Policy *
REGISTER
myForexFunds
Programs
Rapid
Evaluation
Accelerated
Blog
About
Contact
Trustpilot
TrustScore 4.8
16,763 reviews
Faq
General
Rapid
Evaluation
Accelerated
Legal
Privacy Policy
Terms & Conditions
Risk Disclosure
Anti-Money Laundering (AML) Guidelines
MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1264617-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N, Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.
© 2023 MyForexFunds

House number and street name
Town / City *
Province *
Ontario
Postal code *
Phone (optional)
Email address *
Additional information
Order notes (optional)
Credit card / debit card
Card number
1234 1234 1234 1234
Expiration
MM / YY
CVC
CVC
Bitcoin and other cryptocurrencies
Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our privacy policy.
By clicking "Place Order" to register with My Forex Funds, you are agreeing that you understand terms and conditions, including the Risk Management, Consistency and other guidelines on https://myforexfunds.com/program/.
You accept that My Forex Funds will not issue refund once service (i.e. trading) has started on your account.
Elements Console Sources Network Performance Memory Application Security Lighthouse Recorder
Page Filesystem Overrides Content scripts Snippets
top
myforexfunds.com
_static
checkout
wp-content
mu-plugins/jetpack-12.3/css
plugins
cookie-law-info/public
gutenberg/build/i18n
metorik-helper/assets/js
woocommerce-gateway-stripe/assets/js
jquery.mask.min.js?m=1685994893g
woocommerce-payments
assets/images/payment-methods
cc.svg
dist
upe_checkout.js?m=1689581792g
woocommerce/assets
css
woocommerce-smallscreen.css?m=1677582229g
images/icons
loader.svg
js/frontend
cart-fragments.min.js?ver=7.7.2
uploads
wp-includes
cdn.weglot.com
fonts.googleapis.com
fonts.gstatic.com
js.stripe.com
kit.fontawesome.com
static.zdassets.com
(index) jquery.mask.min...?m=1685994893g cart-fragments....n.js?ver=7.7.2
<!DOCTYPE html>
<html lang="en-US" prefix="og: https://ogp.me/ns#">
<head>
<meta charset="UTF-8"/>
<meta name="viewport" content="width=device-width, initial-scale=1"/>
<!-- Search Engine Optimization by Rank Math - https://s.rankmath.com/home -->
<meta name="robots" content="noindex, follow"/>
<meta property="og:locale" content="en_US"/>
<meta property="og:type" content="article"/>
<meta property="og:title" content="Checkout | My Forex Funds"/>
<meta property="og:url" content="https://myforexfunds.com/checkout/"/>
<meta property="og:site_name" content="My Forex Funds"/>
<meta property="article:publisher" content="https://www.facebook.com/myforexfunds"/>
<meta property="og:image:width" content="1024"/>
<meta property="og:image:height" content="576"/>
<meta property="og:image:alt" content="Checkout"/>
<meta property="og:image:type" content="image/jpeg"/>
<meta property="article:published_time" content="2022-10-07T15:11:19-04:00"/>
<meta name="twitter:card" content="summary_large_image"/>
<meta name="twitter:title" content="Checkout | My Forex Funds"/>
<meta name="twitter:label1" content="Time to read"/>
<meta name="twitter:data1" content="Less than a minute"/>
<script type="application/ld+json" class="rank-math-schema">
</script>
<!-- /Rank Math WordPress SEO plugin -->
<title>Checkout | My Forex Funds</title>
<link rel='dns-prefetch' href='//kit.fontawesome.com'/>
<link rel='dns-prefetch' href='//stats.wp.com'/>
<link rel='dns-prefetch' href='//fonts.googleapis.com'/>
<script>
window._wpemojiSettings = {
"ext": ".png",
"svgExt": ".svg",
"source": {
};

Line wrap

```
<!DOCTYPE html>
<html lang="en-US" prefix="og: https://ogp.me/ns#">
<head>
    <meta charset="UTF-8" />
    <meta name="viewport" content="width=device-width, initial-scale=1" />

<!-- Search Engine Optimization by Rank Math - https://s.rankmath.com/home -->
<meta name="robots" content="noindex, follow"/>
<meta property="og:locale" content="en_US" />
<meta property="og:type" content="article" />
<meta property="og:title" content="Checkout | My Forex Funds" />
<meta property="og:url" content="https://myforexfunds.com/checkout/" />
<meta property="og:site_name" content="My Forex Funds" />
<meta property="article:publisher" content="https://www.facebook.com/myforexfunds" />
<meta property="og:image" content="https://myforexfunds.com/wp-content/uploads/2022/11/0-02-05-6c0809d64dd98ff9fa33dbd928d788fa21e9cb4f0acbe8d6e81aa25
<meta property="og:image:secure_url" content="https://myforexfunds.com/wp-content/uploads/2022/11/0-02-05-6c0809d64dd98ff9fa33dbd928d788fa21e9cb4f0acbe
<meta property="og:image:width" content="1024" />
<meta property="og:image:height" content="576" />
<meta property="og:image:alt" content="Checkout" />
<meta property="og:image:type" content="image/jpeg" />
<meta property="article:published_time" content="2022-10-07T15:11:19-04:00" />
<meta name="twitter:card" content="summary_large_image" />
<meta name="twitter:title" content="Checkout | My Forex Funds" />
<meta name="twitter:image" content="https://myforexfunds.com/wp-content/uploads/2022/11/0-02-05-6c0809d64dd98ff9fa33dbd928d788fa21e9cb4f0acbe8d6e81aa2
<meta name="twitter:label1" content="Time to read" />
<meta name="twitter:data1" content="Less than a minute" />
<script type="application/ld+json" class="rank-math-schema">{"@context":"https://schema.org","@graph":[{"@type":"Place","@id":"https://myforexfunds.co
<!-- /Rank Math WordPress SEO plugin -->

<title>Checkout | My Forex Funds</title>
<link rel='dns-prefetch' href='//kit.fontawesome.com' />
<link rel='dns-prefetch' href='//stats.wp.com' />
<link rel='dns-prefetch' href='//fonts.googleapis.com' />
<link rel="alternate" type="application/rss+xml" title="My Forex Funds &raquo; Feed" href="https://myforexfunds.com/feed/" />
<link rel="alternate" type="application/rss+xml" title="My Forex Funds &raquo; Comments Feed" href="https://myforexfunds.com/comments/feed/" />
<script>
window._wpemojiSettings = {"baseUrl":"https:\/\/s.w.org\/images\/core\/emoji\/14.0.0\/72x72\/","ext":".png","svgUrl":"https:\/\/s.w.org\/images\/core\/
/*! This file is auto-generated */
!function(e,a,t){var n,r,o,i=a.createElement("canvas"),p=i.getContext&&i.getContext("2d");function s(e,t){p.clearRect(0,0,i.width,i.height),p.fillText
</script>
<style>
img.wp-smiley,
img.emoji {
    display: inline !important;
    border: none !important;
    box-shadow: none !important;
    height: 1em !important;
    width: 1em !important;
    margin: 0 0.07em !important;
    vertical-align: -0.1em !important;
    background: none !important;
    padding: 0 !important;
}
</style>
    <link rel='stylesheet' id='all-css-0' href='https://myforexfunds.com/_static/??-eJytz8EKwjAQBNAfcl0qqO1B/BazWWJokg3ZpKF/b0EED4oXrzPMg8GegSRVThVzaM
<style id='wp-block-paragraph-inline-css'>
.is-small-text{font-size:.875em}.is-regular-text{font-size:1em}.is-large-text{font-size:2.25em}.is-larger-text{font-size:3em}.has-drop-cap:not(:focus)
</style>
<link rel='stylesheet' id='all-css-2' href='https://myforexfunds.com/_static/??-eJzTLy/QTc7PK0nNK9EvyClNz8wr1s9OTEnNS07VTcrJT84u1k/JLC7RLy6pzIGJADXklO
<style id='kadence-blocks-advancedheading-inline-css'>
.wp-block-kadence-advancedheading mark{color:#f76a0c;background:transparent;border-style:solid;border-width:0}.kb-adv-heading-icon{display: inline-fle
</style>
<style id='wp-block-list-inline-css'>
ol,ul{box-sizing:border-box}ol.has-background,ul.has-background{padding:1.25em 2.375em}
</style>
<style id='wp-block-site-logo-inline-css'>
.wp-block-site-logo{box-sizing:border-box;line-height:0}.wp-block-site-logo a{display:inline-block}.wp-block-site-logo.is-default-size img{height:auto;
</style>
<link rel='stylesheet' id='all-css-12' href='https://myforexfunds.com/_static/??-eJyFjUsKwzAMBS9URZR+iBelZ7ElUYwd2VRyS2/fEMg628fMPPx2oKYu6tjreGU1LJFFS
<style id='wp-block-social-links-inline-css'>
.wp-block-social-links{background:none;box-sizing:border-box;margin-left:0;padding-left:0;padding-right:0;text-indent:0}.wp-block-social-links .wp-soci
</style>
<style id='wp-block-library-inline-css'>
:root{--wp-admin-theme-color:#007cba;--wp-admin-theme-color--rgb:0,124,186;--wp-admin-theme-color-darker-10:#006ba1;--wp-admin-theme-color-darker-10--r
.has-text-align-justify{text-align:justify;}
</style>
<link rel='stylesheet' id='all-css-22' href='https://myforexfunds.com/_static/??-eJylzdEKgzAMBdAfWhcUtunD2LdolmmxbYpJKf69xTEYjD2IT4HcmxPI0SAHpaAQXRpsE
<style id='woocommerce-layout-inline-css'>

    .infinite-scroll .woocommerce-pagination {
        display: none;
    }
</style>
<link rel='stylesheet' id='only screen and (max-width: 768px)-css-22' href='https://myforexfunds.com/wp-content/plugins/woocommerce/assets/css/woocomm
<style id='woocommerce-inline-css'>
.woocommerce form .form-row .required { visibility: visible; }
</style>
<style id='global-styles-inline-css'>
body{--wp--preset--color--black: #000000;--wp--preset--color--cyan-bluish-gray: #abb8c3;--wp--preset--color--white: #ffffff;--wp--preset--color--pale-p
/*cart*/
.woocommerce-page .woocommerce-cart-form #coupon_code {
    color:white;
    font-family: 'Poppins'
}

/*order received*/
```

```
body.woocommerce-order-received {
    background-color: #050628;
    color: white;
    font-family: Poppins, sans-serif;
}

body.woocommerce-order-received .wp-block-group.alignwide {
    max-width: 1366px;
    margin: 0 auto;
    padding: 20px;
    box-sizing: border-box;
}

body.woocommerce-order-received .wp-block-woocommerce-legacy-template,
body.woocommerce-order-received .woocommerce-order-details__title,
body.woocommerce-order-received .woocommerce-column__title {
    color: #f9f9f9;
    font-size: 24px;
    margin-bottom: 20px;
}

body.woocommerce-order-received .woocommerce-notice {
    background-color: #3e8e41;
    padding: 10px;
    border-radius: 5px;
    color: white;
}

body.woocommerce-order-received .woocommerce-order-overview__order,
body.woocommerce-order-received .woocommerce-order-overview__date,
body.woocommerce-order-received .woocommerce-order-overview__email,
body.woocommerce-order-received .woocommerce-order-overview__total {
    margin-bottom: 10px;
}

body.woocommerce-order-received .woocommerce-order-overview__total {
    font-weight: bold;
    color: #e8e8e8;
}

body.woocommerce-order-received .woocommerce-table--order-details {
    width: 100%;
    border-collapse: collapse;
    margin-top: 20px;
}

body.woocommerce-order-received .woocommerce-table--order-details th,
body.woocommerce-order-received .woocommerce-table--order-details td {
    border: 1px solid #ddd;
    padding: 10px;
}

body.woocommerce-order-received .woocommerce-table--order-details th {
    background-color: #404040;
    color: white;
}

body.woocommerce-order-received .woocommerce-table--order-details td {
    background-color: #202020;
    color: #f9f9f9;
}

body.woocommerce-order-received .woocommerce-customer-details {
    margin-top: 30px;
}

body.woocommerce-order-received .woocommerce-customer-details address {
    line-height: 1.6;
}

body.woocommerce-order-received .woocommerce-customer-details--phone,
body.woocommerce-order-received .woocommerce-customer-details--email {
    font-weight: bold;
    color: #f9f9f9;
}

/*error on checkout*/
.woocommerce .woocommerce-NoticeGroup-checkout ul.woocommerce-error[role=alert] {
    color: #e7e7e7;
  background: #b83669;
}

/*mini cart*/

.components-modal__frame.wc-block-mini-cart__drawer.is-mobile.wc-block-components-drawer {
    z-index:999;
}
.wc-block-mini-cart__footer .wc-block-components-totals-item.wc-block-mini-cart__footer-subtotal {
    font-size:18px;
    font-weight:300;
}

.wc-block-mini-cart__footer .wc-block-components-totals-item.wc-block-mini-cart__footer-subtotal .wc-block-components-totals-item__description {
    display:none;
}
```

```
.wc-block-mini-cart__footer {
    margin-bottom:55px;
}

/*tables products css*/

.tooltip {
    font-size:12px !important;
    text-underline-offset: 3px !important;
}

.price:hover {
    color:white;
    background-color:black !important;
}

.price-table-head:hover {
  background-color: #eef2fe !important;
}

#tab-rapid .kt-tab-title:active {
    background-color:black !important;
}

#tab-rapid .kt-tab-title {
  background-color: #068ACC !important;
}

#tab-evaluation .kt-tab-title {
  background-color: #0570A6 !important;
}

#tab-accelerated .kt-tab-title {
  background-color: #045680 !important;
}

.kt-blocks-carousel .slick-prev {
    left: 0px;
}

.kt-blocks-carousel .slick-next {
    right: 0px;
}

.kt-blocks-carousel .slick-prev, .kt-blocks-carousel .slick-next {
    top: 34px;
    height: 64px;
    width: 64px;
    border-radius: 0px !important;
    background: #060b2a;
    opacity: 1;
}

.cell-products-view-last {
    border-bottom:1px #DBDBDB solid;
    padding-bottom:20px;
   margin-bottom:-15px;
font-family: Poppins;
  }

.plan-button-products-view:hover {
color: white !important;
    }
.price-cell{
    padding: 0px !important;
}

    .plan-button-products-view {
    display: block;
    width: -webkit-fill-available;
    font-family: "Poppins", Sans-serif;
    font-size: 13px;
    font-weight: 300;
    text-decoration: underline;
    fill: #EDF2FF;
    color: #EDF2FF !important;
    background-color: #050628;
    border-radius: 0px 0px 0px 0px;
    padding: 25px 25px 25px 25px;
    line-height: 0;
    text-align: center;
    }

.plan-button-products-view:hover {
  background-color: #060B2A;
  border: solid 1px #060B2A;
  color: white;
}

    .table-products-view {
      text-align: center;
      min-width:100% !important;
      display: flex;
      flex-direction: column;
      align-items: center;
```

```
    }

    .row-products-view {
            color: #050628;
      font-size:14px;
      min-width:100% !important;
      display: block;
    }

    .tooltip-products-view {
            margin: auto;
      padding:10px;
      background:#E9ECFF;
      color:  #056EA3;
      position: relative;
            font-size: 11px;
            font-family: "Poppins", Sans-serif;
      text-decoration: underline;
    }
.cell-products-view {
    text-align: center;
    font-family: "Poppins", Sans-serif;
    font-weight: 400;
    padding: 19px;
}

    .tooltip-products-view .tooltiptext-products-view {
      font-family:'Poppins';
      visibility: hidden;
      width:220px;
      background-color: black;
      color: white;
            font-weight: 400;
      text-align: center;
      border-radius: 6px;
      padding: 10px;
      position:absolute;
      z-index: 99;
      bottom:45px;
            left: 0;
      right: 0;
      margin-left: auto;
      margin-right: auto;
      font-size: 10px !important;
margin-bottom:-25px;
            margin-bottom:-12px;
    }

    .tooltip-products-view .tooltiptext-products-view::after {
      content: "";
      position: absolute;
      top: 100%;
      left: 50%;
      margin-left: -5px;
      border-width: 5px;
      border-style: solid;
      border-color: black transparent transparent transparent;
    }

    .tooltip-products-view:hover .tooltiptext-products-view {
      visibility: visible;
    }

    .first-row-products-view {
      background-color: #0570A6;
    }

    .first-row-products-view .cell-products-view {
      font-family: Poppins;
      font-size: 18px;
      font-weight: bold;
      color: white;
            padding: 20px;
    }

.slick-active .tooltip-products-view .cell-products-view {
    padding-top: 0px;
    padding-bottom: 0px;
}
.kt-blocks-carousel .slick-dots {
    bottom:-40px;
}

/*header css*/

.wc-block-mini-cart__badge:empty{
    border:0 !important;
    display: none !important;
}
.kb-row-layout-id_ca3225-2f > .kt-row-column-wrap {
    grid-template-columns: minmax(0, 20%) minmax(0, 80%) !important;
}

/* Hide the original SVG */
```

```
.wc-block-mini-cart__icon {
    display: none;
}

/* Add new icon */
.wc-block-mini-cart__quantity-badge::before {
    content: "";
    display: inline-block;
    width: 20px;  /* adjust these values to match your icon's aspect ratio */
    height: 20px;
    background: url('https://myforexfunds.com/wp-content/uploads/2023/07/icon_cart.svg') no-repeat;
    background-size: contain;
    vertical-align: middle;
}

#mega-menu-wrap-max_mega_menu_1 #mega-menu-max_mega_menu_1 {
    padding:0px !important;
}

.logged-in .sign-in-button-top {
    display:none !important;
}

body:not(.logged-in) .my-account-button-top{
    display:none !important;
}

@media screen and (max-width: 1198px) {
  .desktop-cart, .desktop-button, .vertical-line {
display: none !important;
    }

}
/*
.kb-row-layout-id_1b942b-dc {
    z-index: 111 !important;
    position: relative;
}*/

.wp-block-navigation.has-background .has-child .wp-block-navigation__submenu-container {
    margin-left: 0px;
    margin-top: 0px;
    min-width: 10em !important;
    max-width: 1000px !important;
    left: 0;
    top: 100%;
    width: auto !important;
}

.wp-block-column.ticss-250e48ff.has-primary-background-color.has-background.is-layout-flow.wp-block-column-is-layout-flow {
    display: flex;
    flex-direction: row;
    flex-wrap: nowrap;
    gap: 0px;
    justify-content: flex-end;
    align-items: center;
}
.wp-block-columns.has-primary-background-color.has-background.is-layout-flex.wp-container-5.wp-block-columns-is-layout-flex {
    max-width: 1366px;
    margin: auto;
}
header.wp-block-template-part {
    background-color: #050628;
}
.wp-block-kadence-advancedbtn.kb-buttons-wrap.kb-btns_fed1be-65.ticss-7fee2f71 {
    margin: inherit;
}
.wc-block-mini-cart.wp-block-woocommerce-mini-cart.has-text-color.has-tertiary-color {
    margin: inherit;
}

.language-option.active-language {
 background-color: transparent !important;
}
a#weglot-language-en {
    color: white !important;
}
.language-option {
    background: #050628 !important;
}
.language-option a {
    color: white !important;
}

/*mobile  header*/
@media (max-width: 767px) {
.kb-row-layout-id_e0785b-fc > .kt-row-column-wrap {
    column-gap: var(--global-kb-gap-none, 0 );
    grid-template-columns: minmax(0, 40%) minmax(0, 40%) minmax(0, 20%) !important;
}
.ticss-ec7f216c.desktop-header {
    display: none;
}
```

```
.kb-row-layout-id_7ad007-38 > .kt-row-column-wrap {
    grid-template-columns: minmax(0, 80%) minmax(0, 20%) !important;
}

/*.mobile-column    .kb-row-layout-id_7ad007-38 > .kt-row-column-wrap,  .kb-row-layout-id_7ad007-38 > .kt-row-column-wrap {
    grid-template-columns: minmax(0, 80%) minmax(0, 20%) ;
}*/
    .kb-row-layout-id_7ad007-38 > .kt-row-column-wrap {
    column-gap: var(--global-kb-gap-sm, 1rem);
    grid-template-columns: minmax(0, 80%) minmax(0, 20%) !important;
}
.wp-block-kadence-advancedbtn.kb-buttons-wrap.kb-btns_612ae6-c8 {
    flex-wrap: nowrap !important;
}
}
.wp-block-kadence-advancedbtn.kb-buttons-wrap.kb-btns_612ae6-c8 {
    flex-wrap: nowrap !important;
}
@media screen and (max-width: 1023px) {
.wp-block-kadence-advancedbtn.kb-buttons-wrap.kb-btns_612ae6-c8 {
    flex-wrap: nowrap !important;
}
}
@media (max-width: 1024px) {
.kb-row-layout-id_7ad007-38 > .kt-row-column-wrap {
    grid-template-columns: minmax(0, 80%) minmax(0, 20%) !important;
}
    .kb-row-layout-id_cedd7e-90 > .kt-row-column-wrap{
            grid-template-columns: minmax(0, 80%) minmax(0, 20%) !important;
    }
    }
.desktoprow.kb-row-layout-id_72d1f8-13 > .kt-row-column-wrap {

        grid-template-columns: minmax(0, 20%) minmax(0, 80%) !important;
}
.mobile-column.kb-row-layout-id_f60784-43 > .kt-row-column-wrap {
    grid-template-columns: minmax(0, 85%) minmax(0, 15%);
}
.wp-block-kadence-advancedbtn .mobile-header-button {
    width: 45%;
}
@media (min-width: 1000px) {
.desktoprow.kb-row-layout-id_f0cbc5-ba > .kt-row-column-wrap {
    grid-template-columns: minmax(0, 20%) minmax(0, 80%);
        gap: 0px;
}
.wp-block-kadence-advancedbtn.kb-buttons-wrap.kb-btns_612ae6-c8 {
    flex-wrap: nowrap !important;
}

}
@media (min-width: 1198px){
        .only-mobile-column {
  display: none !important; }
.wp-block-kadence-advancedbtn.kb-buttons-wrap.kb-btns_612ae6-c8 {
    flex-wrap: nowrap !important;
}
    .kb-row-layout-id_1b942b-dc {
    display: none;
}
    .kb-row-layout-wrap.kb-row-layout-id_401a81-8f.alignnone.header_btuttons.wp-block-kadence-rowlayout {
    display: none !important;
}

a.kb-button.kt-button.button.kb-btn_9dff9b-62.kt-btn-size-standard.kt-btn-width-type-fixed.kb-btn-global-fill.kt-btn-has-text-true.kt-btn-has-svg-true
    width: 50%;
    font-size: var(--global-kb-font-size-sm, 0.9rem);
    border-top: 0px solid;
    border-right: 0px solid;
    border-bottom: 0px solid;
    border-left: 0px solid;
}
    a.kb-button.kt-button.button.kb-btn_9d98c8-ba.kt-btn-size-standard.kt-btn-width-type-fixed.kb-btn-global-fill.kt-btn-has-text-true.kt-btn-has-svg-t
    width: 50%;
    font-size: var(--global-kb-font-size-sm, 0.9rem);
    border-top: 0px solid;
    border-right: 0px solid;
    border-bottom: 0px solid;
    border-left: 0px solid;
}

}

.menu-column .kt-inside-inner-col {
    justify-content: flex-end !important;
}
    .menu-column {
    align-items: flex-end !important;
}
header.menu-column {
    align-items: end !important;
}

.wp-block-kadence-advancedbtn.kb-btns_5cbaa7-11 {
```

```
    flex-wrap: nowrap !important;
}
.desktoprow.kb-row-layout-id_f0cbc5-ba > .kt-row-column-wrap {
    grid-template-columns: minmax(0, 20%) minmax(0, 80%) !important;
        gap: 0px;
}
}
.wp-block-kadence-advancedbtn.kb-btns_5cbaa7-11 {
    display: flex;
    flex-wrap: nowrap !important;
}

/*lines in the header*/

    .vertical-line {
      height: 60px;
      width: 1px;
      background-color: #06B3C9;
 margin-left: 5px;
      margin-right: 5px;
      display: inline-block;
    }

/*end css lines*/

/* end header      .ticss-8cbfe22a*/
/*header mini cart*/
h2.wp-block-woocommerce-mini-cart-title-block.wc-block-mini-cart__title {
    display: none;
}
.wc-block-components-drawer__content {
    margin-top: 0px !important;
    font-weight: 400 !important;
    height: calc(105dvh - 32px) !important;
}
.wc-block-mini-cart__items .wc-block-mini-cart__products-table .wc-block-cart-items__row {
    background: transparent !important;
}
button.components-button.wc-block-components-button.wp-element-button.wc-block-components-drawer__close.contained.has-text.has-icon {
    margin-top: 10px;
    color: #fff !important;
}
.components-modal__frame.wc-block-mini-cart__drawer.is-mobile.wc-block-components-drawer {
    position: fixed;
    font-family: "Poppins";
    font-weight: 500;
    color: white;
    left: var(--side-cart-alignment-left,auto);
    right: var(--side-cart-alignment-right,0);
    transform: translateX(0);
    top: 0;
    bottom: 0;
    display: flex;
    flex-direction: column;
    align-items: stretch;
    font-size: 14px;
    min-height: 200px;
    width: 300px;
    max-width: 100%;
    transition: .3s;
    padding: var(--cart-padding,20px 30px);
    background-color: #050628;
    box-shadow: 0 0 20px rgba(0,0,0,.2);
    border-left: 1px solid;
    border-color: #EDF2FF;
    border-radius: var(--cart-border-radius,0);
    margin-top: var(--mini-cart-spacing,0);

    --main-alignment: center;
    --side-cart-alignment-transform: translateX(100%);
    --side-cart-alignment-left: auto;
    --side-cart-alignment-right: 0;
    --divider-style: solid;
    --subtotal-divider-style: solid;
    --view-cart-button-display: none;
    --cart-footer-layout: 1fr;
    --cart-footer-buttons-alignment-display: block;
    --cart-footer-buttons-alignment-text-align: left;
    --cart-footer-buttons-alignment-button-width: auto;
}
.wc-block-components-drawer__screen-overlay--with-slide-in {
    -webkit-animation-duration: .3s;
    animation-duration: .3s;
    -webkit-animation-name: none !important;
    animation-name: auto !important;
}

.wc-block-components-drawer__screen-overlay--with-slide-in .wc-block-components-drawer {
    -webkit-animation-duration: .3s;
    animation-duration: .3s;
    -webkit-animation-name: none;
    animation-name: none !important;
```

```
}

.wp-block-woocommerce-filled-mini-cart-contents-block {
    background: #050628;
    justify-content: space-between;
}

.wc-block-mini-cart__items .wc-block-mini-cart__products-table span.price.wc-block-components-product-price {
    display: none;
}
.wc-block-mini-cart__items .wc-block-mini-cart__products-table a.wc-block-components-product-name {
    color: #06b3c9 !important;
}
a.components-button.wc-block-components-button.wp-element-button.wp-block-woocommerce-mini-cart-checkout-button-block.wc-block-mini-cart__footer-checko
color: #050628;
    padding: 12px;
    background-color: #9DFFE6;
}
a.components-button.wc-block-components-button.wp-element-button.wp-block-woocommerce-mini-cart-cart-button-block.wc-block-mini-cart__footer-cart.outli
    color: #050628;
    padding: 12px;
    background-color: #9DFFE6;
}
.wc-block-mini-cart__items .wc-block-mini-cart__products-table button.wc-block-cart-item__remove-link {
    color: #c36 !important;
}

.wc-block-components-drawer__screen-overlay--with-slide-out {
    z-index: 999999999 !important;
}
/*end minicart css*/
/*footer*/
footer.wp-block-template-part {
    margin-top: 0px !important;
}
/*end footer*/

body {
    --wp--style--global--content-size: 100% !important;
    --wp--style--global--wide-size: 100% !important;
    --wp--style--root--padding-right: var(--wp--preset--spacing--0) !important;
    --wp--style--root--padding-bottom: 0px;
    --wp--style--root--padding-left: var(--wp--preset--spacing--0) !important;
    font-family: 'Poppins';
    background-color:white;
}

.post-type-archive-faq .wp-block-post-title, .tax-faq_category .wp-block-post-title{
    display: block;
}

.post-type-archive-faq .wp-block-post-excerpt__more-link, .search-results .wp-block-post-excerpt__more-link, .tax-faq_category .wp-block-post-excerpt_
  color:white !important;
  font-size: 11px !important;
  font-weight: 500 !important;
  background-color: #050628 !important;
  padding: 8px 13px 8px !important;
}

/*success trade css*/
@media and screen (min-width: 750px){
        .ticss-b0e7e1c4 {
    margin-bottom: 80px !important;
}
}

/*single post page css*/
body.post-template-default.single.single-post figure.feature img {
    clip-path: polygon(100% 0%, 75% 50%, 100% 100%, 25% 100%, 0% 50%, 25% 0%);
    transition: clip-path 1s ease-in-out 0s;
    width: 100%;
    height: 60vh !important;
    object-fit: cover !important;
}
body.post-template-default.single.single-post figure.feature img:hover{
clip-path: polygon(75% 0%, 100% 50%, 75% 100%, 0% 100%, 25% 50%, 0% 0%);
}
.single-article.wp-block-kadence-rowlayout {
    text-align: left;
    color: #050628;
    font-family: "Poppins", Sans-serif !important;
    font-size: 18px !important;
    font-weight: 300 !important;
    line-height: 32px;
}
.sharedaddy.sd-sharing-enabled {
    border-top: 1px solid #06B3C9;
    padding-top: 40px;
}

/*post page css end*/

wp-block-group is-layout-flow wp-block-group-is-layout-flow {
    margin-top:0px!important;
}
/*vedio pages css*/
```

```
body.video_interviews-template-default.single.single-video_interviews h1.wp-block-post-title {
    display: none;
    margin: 0px !important;
}
body.video_interviews-template-default.single.single-video_interviews .entry-content.wp-block-post-content.has-global-padding.is-layout-constrained.wp-
    margin-top: 0px;
}

/*blogpage css*/
body.post-template-default.single.single-post .wp-block-group.has-global-padding.is-layout-constrained.wp-block-group-is-layout-constrained {
    display: none;
}
.entry-content.wp-block-post-content.has-global-padding.is-layout-constrained.wp-block-post-content-is-layout-constrained {
    margin-top: 0px;
}
.entry-content.wp-block-post-content.is-layout-flow.wp-block-post-content-is-layout-flow {
    margin-top: 0px !important;
}
/*
img.wp-image-1221950.size-full.jetpack-lazy-image.jetpack-lazy-image--handled {
    height: 61px !important;
    width: 62px;
}*/

/*cart page css */

@media screen and (max-width:750px){

    form.woocommerce-cart-form {
    width: 100% !important;
        background: #171717;
    padding: 25px;
    margin-bottom: 25px;
}
    .woocommerce-cart main .woocommerce {
    display: flex;
    flex-wrap: wrap !important;
}
    .woocommerce .cart-collaterals, .woocommerce-page .cart-collaterals {
    width: 95% !important;
    margin-left: 0px !important;
    margin-top: 0px;
}

    .woocommerce-page .woocommerce-cart-form .coupon {
    display: flex;
    align-items: center;
    flex-wrap: wrap !important;
}
    .woocommerce-page table.cart td.actions .coupon .button{
         width: 100% !important;
    }
    .page-id-1221849 .woocommerce {
    display: flex !important;
    flex-wrap: wrap;
}

}

main#wp--skip-link--target {
    margin-top: 0px !important;
}
.woocommerce-cart main .woocommerce {
    display: flex;
}
.page-id-1221849 .woocommerce {
    display: flex !important;
}
.woocommerce .cart-collaterals, .woocommerce-page .cart-collaterals {
    width: 40%;
    margin-left: 30px;
margin-top: 0px;
}
@media screen and (min-width: 800px){
form.woocommerce-cart-form {
    width: 60% !important;
background: #171717;
    padding: 25px;
}
}
.woocommerce .cart-collaterals .cart_totals, .woocommerce-page .cart-collaterals .cart_totals {
    float: none;
    width: 90%;
}
.woocommerce .cart-collaterals .cart_totals, .woocommerce-page .cart-collaterals table.shop_table.shop_table_responsive td {
    text-align: right;
color: white;
}
.woocommerce-page .cart-collaterals h2 {
    text-align: left;
    text-transform: capitalize;
    margin-top: 0;
}

.woocommerce div.product form.cart table.variations th {
    line-height: 1rem;
```

```
}
.cart_totals {
    background-color: #0A0A0A;
    padding: 25px;
}
tr.cart-subtotal {
    border-bottom: 1px solid #ebe9eb !important;
}

thead {
    color: white !important;
}
.product-thumbnail {
    display: none;
}
td {
    color: white;
}
.woocommerce-page table.shop_table_responsive tbody tr {
    border-top: 1px solid #ffffff;
}
td.product-name {
    font-family: 'Poppins';
    line-height: 1;
}
td.product-name a {
    color: #06b3c9 !important;
}
.woocommerce-page table.cart td.actions .coupon {
    width: 100%;
}
.woocommerce-page .woocommerce-cart-form #coupon_code {
    width: 80%;
    height: 43px !important;
background: #232324;
    border: 1px;
}
input.qty {
    background-color: transparent;
    color: #FFFFFF;
    border: 1px solid #232324;
    border-radius: 3px;
    padding: 1px 2px !important;
    text-align: left;
    font-size: 14px;
    min-height: 28px;
    max-height: 28px;
}
.woocommerce-page .woocommerce-cart-form table.shop_table_responsive .product-remove a {
    color: #C90671 !important;
    font-weight: 700 !important;
    font-size: 21px;
    font-family: 'Poppins';
    border-radius: 100%;
    text-decoration: inherit;
}
.woocommerce-notices-wrapper {
    display: none;
}

/*buttons css*/
a.checkout-button.button.alt.wc-forward.wp-element-button {
    background: #056EA3 !important;
    font-size: 15px;
    width: -webkit-fill-available;
    padding: 15px !important;
    line-height: 1;
    color: white;
    font-weight: 400;
}

.actions button.button.wp-element-button {
    background: #056EA3 !important;
    font-size: 15px;
    width: -webkit-fill-available;
    padding: 15px !important;
    line-height: 1;
    color: white;
    font-weight: 400;
}
.coupon button.button.wp-element-button {
    width: 40%;
}
/* end cart */

/* checkout css */
.wp-block-woocommerce-checkout.wc-block-checkout {
    max-width: 1366px !important;
}

.wc-block-components-form .wc-block-components-checkout-step {
    background: #232324 !important;
padding: 24px !important;
}
```

```
button.components-button.wc-block-components-button.wp-element-button.wc-block-components-checkout-place-order-button.contained {
    background-color: #06b3c9 !important;
}
.wc-block-components-order-summary-item__image img {
    display: none !important;
}
.wc-block-components-checkout-step--with-step-number .wc-block-components-checkout-step__title::before {
display: none;
}
.wc-block-components-checkout-step--with-step-number .wc-block-components-checkout-step__container::after {
display: none;
}
.wc-block-components-order-summary .wc-block-components-order-summary-item__quantity {
    transform: translate(0%,60%) !important;
    border-radius: 0px !important;
    background: transparent !important;
    color: white !important;
    border: none !important;
    min-height: 30px !important;
    box-shadow: none;
    font-size: 15px !important;
}
button.components-button.wc-block-components-button.wp-element-button.wc-block-components-totals-coupon__button.contained {
    background-color: #06b3c9 !important;
    color: white !important;
}

@media screen and (max-width: 950px){
form.checkout_coupon.woocommerce-form-coupon p.form-row.form-row-first {
    display: flex;
    width: 60%;
}
form.checkout_coupon.woocommerce-form-coupon p.form-row.form-row-last {
    display: flex;
    flex-direction: row;
    line-height: 1;
    width: 35%;
}

}
@media screen and (min-width: 950px){
form.checkout_coupon.woocommerce-form-coupon p.form-row.form-row-first {
    display: flex;
    width: 48%;
}
form.checkout_coupon.woocommerce-form-coupon p.form-row.form-row-last {
    display: flex;
    flex-direction: row;
    line-height: 1;
    width: 50%;
}
}
form.checkout_coupon.woocommerce-form-coupon {
    padding-left: 0px !important;
}

/* FAQ */
.taxonomy-faq_category {
    display:inline;
}
/*FAQ SEARCH filters*/
@media screen and (max-width: 850px){
    input.faq_search_class__search-field{
        width: 100% !important;
        padding: 11px !important;
    }
    form#faq-search-form {
        width: 100% !important;
    }
    select#faq-category-filter {
    background: white !important;
    color: black !important;
    padding: 10px;
    font-weight: 400;
}
}

form.wp-block-search__button-inside.wp-block-search__icon-button.wp-block-search {
    display: none !important;
}

form#faq-search-form {
    position: relative;
    display: inline-flex;
      align-items: center;
      width: 100%;
      line-height: inherit;
    word-break: normal;
    margin-bottom: 20px;
}
input.faq_search_class__search-field {
    border: 0px solid #949494;
    flex-grow: 1;
    margin-left: 0;
    margin-right: 0;
    width: 100%;
    padding: 8px;
```

```
    text-decoration: unset!important;
    padding: 14px;
font-family:'Poppins';
border:none;
}
input.faq_search_class__search-field:focus-visible {
    border: 0px solid #009688;
    background-color: white;
        outline: -webkit-focus-ring-color auto 0px !important;
  }
button.faq_search_class__search-button {
    border-width: 0px;
    border-style: none;
    border-radius: 0px;
    font-size: 12px;
    color: white;
    background-color: #050628;
    padding: 18px 10px;
    line-height: inherit;
      margin-left: 10px;
    word-break: normal;
      cursor: pointer;
}
body.archive.search.search-results.post-type-archive.post-type-archive-faq form.wp-block-search__button-inside.wp-block-search__icon-button.wp-block-se
    display: none !important;
}
/* category filter*/
.faq_search_class__category-filter-container {
    margin-bottom: 20px;

}

.faq_search_class__category-filter-container label {
        color: white;
    font-weight: 400;
    margin-right: 20px;
}
select#faq-category-filter {
    padding: 10px;
    font-weight: 400;
}
select#faq-category-filter:focus-visible{
    outline: -webkit-focus-ring-color auto 0px !important;
}
.faq_search_class__search-form {
    display: flex;
    flex-direction: column;
  }

  .faq_search_class__category-filter-container {
    order: -1;
  }

/*products single pages css*/

.single-product.woocommerce div.product table.variations {
    max-width:200px;
}

.woocommerce div.product form.cart .variations select {
    padding: 10px !important;
  border: 5px solid #EAEAEA !important;
  border-right: 20px solid #EAEAEA !important;
}

.reset_variations {
    display: none !important;
}

.woocommerce button.button.alt  {
text-indent: -9999px;
  line-height: 0;
}
.woocommerce button.button.alt:after {
  content: 'Register';
  text-indent: 0;
  display: block;
  line-height: initial;
}

.single-product p.wp-block-post-excerpt__excerpt {
    font-size: 14px;
    font-weight: 400;
    font-family: 'Poppins';
}
.single-product td.value {
    width: 100%;
}
.single-product.product form.cart .variations select {
    max-width: 100%;
    min-width: 75% !important;
    display: inline-block;
    margin-right: 1em;
}
```

```
.single-product.woocommerce div.product table.variations tr td select {
    margin: calc(var(--wp--style--block-gap)/ 4) 0;
    background: #EAEAEA;
    padding: 10px !important;
    border: 5px solid #EAEAEA !important;
    border-right: 20px solid #EAEAEA !important;
    line-height: 1;
}

/* tag pages css */
h1.has-text-align-center.alignwide.ticss-2d9c146a.tag-archive-title.wp-block-query-title {
    font-weight: 600 !important;
    font-size: 40px !important;
}
.taxonomy-post_tag.has-link-color.has-background.wp-block-post-terms {
    width: fit-content !important;
}

/* products tables css */
        /* text tip on hover */
span.tooltiptext {
    visibility: hidden !important;
    width: 220px;
    background-color: black;
    color: #fff;
    text-align: center;
    border-radius: 6px;
    padding: 10px;
    position: absolute;
    z-index: 99;
    bottom: 65%;
    left: 45%;
    margin-left: -110px;
}
.tooltip:hover .tooltiptext {
    visibility: visible !important;
}
.tooltip {
    position: relative;
    display: block;
    border-bottom: 1px white;
    font-family: Poppins;
    font-size: 11px;
    color: white;
    text-decoration-line: underline;
    text-decoration-style: dotted;
    text-decoration-thickness: 1px;
    text-underline-offset: 11px;
}
/* table css */
@media screen and (max-width: 850px) {
.products_table_desktop{
display: none;
}
}
.products_table_desktop {
    font-weight: 400;
    width: 100%;
    border-collapse: collapse;
    border: 0 none;
text-align: center;
}
.products_table_desktop tr td {
    font-weight: 400;
font-family: Poppins !important;
    border-left: 1px solid #edf2ff;

    font-size: 13px;
    text-align: revert;
color: #050628;
}
/* price button css */
td.pricecolumn {
    padding: 8px 8px !important;
margin: 10px 10px 10px 10px;
}
td.pricecolumn a.price {
    font-family: Poppins;
    font-size: 13px;
    font-weight: 300;
    text-decoration: underline;
    fill: #056ea3;
    color: #056ea3 !important;
    background-color: #BFECFF00;
    border-style: solid;
    border-width: 1px 1px 1px 1px;
    border-color: #056ea3;
    border-radius: 0px 0px 0px 0px;
    padding: 20px 20px;
    line-height: 1;
}
td.pricecolumn a.price:hover {
    color: #EDF2FF !important;
    background-color: #056EA3 !important;
    border-color: #056EA3;
}
```

```
/*mobile carousel css of tab;es*/
@media screen and (min-width: 850px) {
.table-carousel {
display: none;
}
}

/*my account*/
td.woocommerce-orders-table__cell {
    color: #050628 !important;
}

.woocommerce-page .woocommerce-table--order-details td, .woocommerce-page .woocommerce-table--order-details th {
    text-align: left;
    border-top: 1px solid #050628 !important;
    border-bottom: 1px solid #050628 !important;
    font-weight: 400;
}
th.woocommerce-table__product-name.product-name {
    color: #050628 !important;
}
th.woocommerce-table__product-table.product-total {
    color: #050628 !important;
}
.page-id-1221851 span.woocommerce-Price-amount.amount {
    color: #050628;
}
section.woocommerce-customer-details address {
    border-color: #050628 !important;
    color: #050628 !important;
}
table.woocommerce-table.woocommerce-table--order-details.shop_table.order_details {
    color: #050628;
}

h2.woocommerce-column__title {
    color: #050628 !important;
}
.page-id-1221851 td.product-name a {
color:  #050628 !important;
}
</style>
<style id='core-block-supports-inline-css'>
.wp-container-1.wp-container-1{flex-wrap:nowrap;gap:10px 10px;justify-content:flex-start;}.wp-elements-a6511a52382abf64fbd5b05bfff398f0 a,.wp-elements-
</style>
<link rel='stylesheet' id='google-fonts-css' href='https://fonts.googleapis.com/css2?family=Poppins%3Aital%2Cwght%400%2C200%3B0%2C300%3B0%2C400%3B0%2C
<link rel='stylesheet' id='all-css-30' href='https://myforexfunds.com/wp-includes/css/dashicons.min.css?m=1689625837g' type='text/css' media='all' />
<link rel='stylesheet' id='megamenu-google-fonts-css' href='//fonts.googleapis.com/css?family=Poppins%3A400%2C700&#038;ver=6.2.2' media='all' />
<link rel='stylesheet' id='all-css-32' href='https://myforexfunds.com/_static/??-eJydjtEKwjAMRX/ILohOtgfxW8rMajFNS5NR/Htr3atOfEtycw4XSjJTZEVWSLQ4zwIBn
<style id='weglot-css-inline-css'>
@media screen and (min-width: 1199px) {
  #mega-menu-max_mega_menu_1 > aside {
    display: none!important;
}
}

#mega-menu-max_mega_menu_1 > aside {
    display: flex!important;
    left: 7px!important;
}
</style>
<style id='custom-flag-handle-inline-css'>
.weglot-flags.flag-0.ar>a:before,.weglot-flags.flag-0.ar>span:before {background-image: url(https://cdn.weglot.com/flags/rectangle_mat/kw.svg); }.weglo
</style>
<style id='kadence-blocks-global-variables-inline-css'>
:root {--global-kb-font-size-sm:clamp(0.8rem, 0.73rem + 0.217vw, 0.9rem);--global-kb-font-size-md:clamp(1.1rem, 0.995rem + 0.326vw, 1.25rem);--global-k
</style>
<style id='kadence_blocks_css-inline-css'>
.kadence-column_d4cdf0-0e > .kt-inside-inner-col,.kadence-column_d4cdf0-0e > .kt-inside-inner-col:before{border-top-left-radius:0px;border-top-right-ra
</style>
<style id='kadence_blocks_custom_css-inline-css'>
.kb-row-layout-id_132da9-10 {  background: #050628;  z-index:99999;}.wp-element-button {    background-color: #06b3c9;  color: #f6f7f7; }.kb-row-layout
</style>
<link rel='stylesheet' id='all-css-40' href='https://myforexfunds.com/wp-content/mu-plugins/jetpack-12.3/css/jetpack.css?m=1690916659g' type='text/css
<script id='WCPAY_ASSETS-js-extra'>
var wcpayAssets = {"url":"https:\/\/myforexfunds.com\/wp-content\/plugins\/woocommerce-payments\/dist\/"};
</script>
<script src='https://myforexfunds.com/wp-includes/js/jquery/jquery.min.js?ver=3.6.4' id='jquery-core-js'></script>
<script id='jquery-core-js-after'>
        jQuery(document).ready( function() {
            var nonce = '9ed8c190c7';
           jQuery('.request_analyzer_url').click( function(e) {
                e.preventDefault();
                var request_analyzer_btn = jQuery(this);
                var request_analyzer_loading_txt = '<span class="analyzer-txt-loading">Creating URL...</span>';
                var request_analyzer_loaded_txt = '<span class="analyzer-txt-loaded">Done, redirecting...</span>';
                request_analyzer_btn.fadeOut(function() {
                    request_analyzer_btn.after(request_analyzer_loading_txt);
                });
                jQuery.ajax({
                     type : 'post',
                     dataType : 'json',
                     url : 'https://myforexfunds.com/wp-admin/admin-ajax.php',
                     data : {action: 'wp_aab_user_analyzer_url', nonce: nonce},
                     success: function(response) {
                        if(response.type == 'success') {
                            window.location.replace(response.analyzer_url);
```

```
                            jQuery('.analyzer-txt-loading').fadeOut(function() {
                                request_analyzer_btn.after(request_analyzer_loaded_txt);
                              });
                        }
                        else {
                            jQuery('.analyzer-txt-loading').fadeOut(function() {
                                request_analyzer_btn.fadeIn();
                                alert(response.errormessage);
                            });
                        }
                    }
                });

            });
        });
</script>
<script id='woocommerce-tokenization-form-js-extra'>
var wc_tokenization_form_params = {"is_registration_required":"1","is_logged_in":""};
</script>
<script id='cookie-law-info-js-extra'>
var Cli_Data = {"nn_cookie_ids":["wordpress_test_cookie","_ga_TENSSL09K6","_ga","test_cookie","IDE","VISITOR_INFO1_LIVE","YSC","fr","_fbp","elementor",
var cli_cookiebar_settings = {"animate_speed_hide":"500","animate_speed_show":"500","background":"#FFF","border":"#b1a6a6c2","border_on":"","button_1_b
var log_object = {"ajax_url":"https:\/\/myforexfunds.com\/wp-admin\/admin-ajax.php"};
</script>
<script type="text/javascript" src="https://myforexfunds.com/_static/??-eJyVkOFOwzAMhF+IzALEVH4gnqVN3OAuiYvjrGxPv7QrqELaBFKkKLrPdxfDNBpKNhSHGYZ6PgvKab
<script id='wp-i18n-js-after'>
wp.i18n.setLocaleData( { 'text direction\u0004ltr': [ 'ltr' ] } );
</script>
<script type="text/javascript" src="https://myforexfunds.com/wp-content/plugins/woocommerce-gateway-stripe/assets/js/jquery.mask.min.js?m=1685994893g"
<link rel="wlwmanifest" type="application/wlwmanifest+xml" href="https://myforexfunds.com/wp-includes/wlwmanifest.xml" />
<meta name="generator" content="WordPress 6.2.2" />
<link rel='shortlink' href='https://myforexfunds.com/?p=1221850' />
<link rel="alternate" type="application/json+oembed" href="https://myforexfunds.com/wp-json/oembed/1.0/embed?url=https%3A%2F%2Fmyforexfunds.com%2Fcheck
<link rel="alternate" type="text/xml+oembed" href="https://myforexfunds.com/wp-json/oembed/1.0/embed?url=https%3A%2F%2Fmyforexfunds.com%2Fcheckout%2F&
  <!-- Global site tag (gtag.js) - Google Analytics -->
  <script async src="https://www.googletagmanager.com/gtag/js?id=G-VTYXDHM73C"></script>
  <script>
    window.dataLayer = window.dataLayer || [];
    function gtag(){dataLayer.push(arguments);}
    gtag('js', new Date());
    gtag('config', 'G-VTYXDHM73C');
  </script>

  <!-- TrustBox script -->
  <script type="text/javascript" src="//widget.trustpilot.com/bootstrap/v5/tp.widget.bootstrap.min.js" async></script>
  <!-- End TrustBox script -->

  <!-- Google Tag Manager -->
  <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
  new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
  j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
  'https://www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
  })(window,document,'script','dataLayer','GTM-WSNZPZV');</script>
  <!-- End Google Tag Manager -->

  <!-- Twitter conversion tracking base code -->
  <script>
  !function(e,t,n,s,u,a){e.twq||(s=e.twq=function(){s.exe?s.exe.apply(s,arguments):s.queue.push(arguments);
  },s.version='1.1',s.queue=[],u=t.createElement(n),u.async=!0,u.src='https://static.ads-twitter.com/uwt.js',
  a=t.getElementsByTagName(n)[0],a.parentNode.insertBefore(u,a))}(window,document,'script');
  twq('config','ocv3b');
  </script>
  <!-- End Twitter conversion tracking base code -->

  <script>
  var head = document.head;
  var script = document.createElement('script');
  script.type = 'text/javascript';
  script.src = "https://184444.t.hyros.com/v1/lst/universal-script?ph=23ccf4fb6fb0bdd588ebd1dc4bded256105d4037bb09ecc282be202467e4c11c&tag=!clicked&ref
  head.appendChild(script);
  </script>
  <!-- Facebook Pixel Code -->
  <script>!function(f,b,e,v,n,t,s){if(f.fbq)return;n=f.fbq=function(){n.callMethod?n.callMethod.apply(n,arguments):n.queue.push(arguments)};if(!f._fbq)
  <noscript> <img height="1" width="1" src="https://www.facebook.com/tr?id=313396814370570&ev=PageView&noscript=1"/></noscript>
  <!-- End Facebook Pixel Code -->

<!-- Affiliates Manager plugin v2.9.19 - https://wpaffiliatemanager.com/ -->
    <style>img#wpstats{display:none}</style>

<style type="text/css" media="all">
.ticss-9025e373 {
font-family: "Poppins", Sans-serif !important;
  font-weight: 400 !important;
}
.ticss-3598ff8b {
  color: white
}
.ticss-4d34e4be {
  color: white;
  margin-bottom: 30px !important;
    background: #232324 !important;
  padding: 25px !important;
}
.ticss-b2bcb882 {
  color: white;
  background: #232324 !important;
  padding: 25px !important;
  margin-bottom: 30px !important;
```

```
}
.ticss-fe1b4167 {
    background: #232324 !important;
  padding: 25px !important;
  margin-bottom: 30px !important;
}
.ticss-f2e965d0 {
    background: #232324 !important;
  padding: 25px !important;
}

</style>

<link rel="alternate" href="https://myforexfunds.com/checkout/" hreflang="en"/>
<link rel="alternate" href="https://myforexfunds.com/es/checkout/" hreflang="es"/>
<link rel="alternate" href="https://myforexfunds.com/ar/checkout/" hreflang="ar"/>
<link rel="alternate" href="https://myforexfunds.com/id/checkout/" hreflang="id"/>
<link rel="alternate" href="https://myforexfunds.com/zh/checkout/" hreflang="zh"/>
<link rel="alternate" href="https://myforexfunds.com/de/checkout/" hreflang="de"/>
<link rel="alternate" href="https://myforexfunds.com/fr/checkout/" hreflang="fr"/>
<link rel="alternate" href="https://myforexfunds.com/tr/checkout/" hreflang="tr"/>
<script type="application/json" id="weglot-data">{"language_from":"en","excluded_paths":[],"excluded_blocks":[],"custom_settings":{"button_style":{"cus
                <style type="text/css">
                /* If html does not have either class, do not show lazy loaded images. */
                html:not( .jetpack-lazy-images-js-enabled ):not( .js ) .jetpack-lazy-image {
                    display: none;
                }
            </style>
            <script>
                document.documentElement.classList.add(
                    'jetpack-lazy-images-js-enabled'
                );
            </script>
        <style id="kadence-blocks-post-custom-css">img.wc-block-components-product-image {
    display: none !important;
}

.wc-block-components-order-summary-item__quantity{
transform: translate(0%,60%) !important;
    border-radius: 0px !important;
    background: transparent !important;
    color: white !important;
    border: none !important;
    min-height: 30px !important;
    box-shadow: none;
    font-size: 15px !important;
}</style><style id='wp-fonts-local'>
@font-face{font-family:"DM Sans";font-style:normal;font-weight:400;font-display:fallback;src:url('/wp-content/themes/twentytwentythree/assets/fonts/dm-
</style>
<link href="//fonts.googleapis.com/css?family=Poppins:regular&amp;display=swap" rel="stylesheet"><link rel="icon" href="https://myforexfunds.com/wp-co
<link rel="icon" href="https://myforexfunds.com/wp-content/uploads/2021/04/favico.png?w=192" sizes="192x192" />
<link rel="apple-touch-icon" href="https://myforexfunds.com/wp-content/uploads/2021/04/favico.png?w=180" />
<meta name="msapplication-TileImage" content="https://myforexfunds.com/wp-content/uploads/2021/04/favico.png?w=270" />
<style type="text/css">/** Monday 7th August 2023 09:30:58 UTC (core) **//** THIS FILE IS AUTOMATICALLY GENERATED - DO NOT MAKE MANUAL EDITS! **//** Cu
</head>

<body class="page-template-default page page-id-1221850 wp-custom-logo wp-embed-responsive theme-twentytwentythree woocommerce-checkout woocommerce-pag

<div class="wp-site-blocks"><header class="wp-block-template-part"><header class="kb-row-layout-wrap kb-row-layout-id_132da9-10 alignnone has-primary-

<div class="wp-block-kadence-column kadence-column_5e4e2f-f7"><div class="kt-inside-inner-col"><div class="ticss-cae341bc wp-block-site-logo"><a href=

<header class="wp-block-kadence-column kadence-column_a35d6a-4a kb-section-dir-horizontal kb-section-sm-dir-horizontal ticss-e7d54fdf menu-column"><di
                  <span class="mega-toggle-animated-box">
                    <span class="mega-toggle-animated-inner"></span>
                  </span>
                </button></div></div></div><ul id="mega-menu-max_mega_menu_1" class="mega-menu max-mega-menu mega-menu-horizontal mega-no-js" data-eve
<ul class="mega-sub-menu">
<li class='mega-menu-item mega-menu-item-type-custom mega-menu-item-object-custom mega-menu-item-1221820' id='mega-menu-item-1221820'><a class="mega-m
</li><li class='mega-menu-item mega-menu-item-type-custom mega-menu-item-object-custom mega-menu-item-has-children mega-align-bottom-left mega-menu-fly
<ul class="mega-sub-menu">
<li class='mega-menu-item mega-menu-item-type-taxonomy mega-menu-item-object-faq_category mega-menu-item-392496' id='mega-menu-item-392496'><a class="
</li><li class='mega-menu-item mega-menu-item-type-custom mega-menu-item-object-custom mega-menu-item-has-children mega-align-bottom-left mega-menu-fly
<ul class="mega-sub-menu">
<li class='mega-menu-item mega-menu-item-type-custom mega-menu-item-object-custom mega-menu-item-has-children mega-menu-item-1221920' id='mega-menu-it
    <ul class="mega-sub-menu">
<li class='mega-menu-item mega-menu-item-type-taxonomy mega-menu-item-object-post_tag mega-menu-item-1326272' id='mega-menu-item-1326272'><a class="me
</li><li class='mega-menu-item mega-menu-item-type-post_type mega-menu-item-object-page mega-menu-item-2439763' id='mega-menu-item-2439763'><a class="
</li><li class='mega-menu-item mega-menu-item-type-custom mega-menu-item-object-custom mega-align-bottom-left mega-menu-flyout mega-menu-item-1221941'

<div class="vertical-line"></div>

<div class="wp-block-kadence-advancedbtn kb-buttons-wrap kb-btns_f0aca2-2e button-header-desktop desktop-button"><a class="kb-button kt-button button 

<a class="kb-button kt-button button kb-btn_3431cb-f4 kt-btn-size-standard kt-btn-width-type-auto kb-btn-global-fill kt-btn-has-text-true kt-btn-has-s

<a class="kb-button kt-button button kb-btn_7b7695-39 kt-btn-size-standard kt-btn-width-type-auto kb-btn-global-fill kt-btn-has-text-true kt-btn-has-s
```

```
<div class="vertical-line"></div>

<div data-block-name="woocommerce/mini-cart" data-has-hidden-price="true" data-has-custom-c-s-s="true" class="wc-block-mini-cart wp-block-woocommerce-r
                <button class="wc-block-mini-cart__button" disabled>
        <span class="wc-block-mini-cart__quantity-badge">
            <svg class="wc-block-mini-cart__icon" width="32" height="32" viewbox="0 0 32 32" fill="currentColor" xmlns="http://www.w3.org/2000/svg">
                    <circle cx="12.6667" cy="24.6667" r="2" fill="currentColor"/>
                    <circle cx="23.3333" cy="24.6667" r="2" fill="currentColor"/>
                    <path fill-rule="evenodd" clip-rule="evenodd" d="M9.28491 10.0356C9.47481 9.80216 9.75971 9.66667 10.0606 9.66667H25.3333C25.6232 9
                    <path fill-rule="evenodd" clip-rule="evenodd" d="M5.66669 6.66667C5.66669 6.11438 6.1144 5.66667 6.66669 5.66667H9.33335C9.81664 5
                </svg>
            <span class="wc-block-mini-cart__badge" style="background:"></span>
        </span></button>
            </div></div></header>

</div></header>

<div class="kb-row-layout-wrap kb-row-layout-id_401a81-8f alignnone header_btuttons wp-block-kadence-rowlayout"><div class="kt-row-column-wrap kt-has-1

<div class="wp-block-kadence-column kadence-column_081b5d-34 kb-section-dir-vertical kb-section-sm-dir-vertical"><div class="kt-inside-inner-col">
<div class="wp-block-kadence-advancedbtn kb-buttons-wrap kb-btns_612ae6-c8"><a class="kb-button kt-button button kb-btn_9dff9b-62 kt-btn-size-standard

<a class="kb-button kt-button button kb-btn_9d98c8-ba kt-btn-size-standard kt-btn-width-type-full kb-btn-global-fill kt-btn-has-text-true kt-btn-has-sv
</div></div>

</div></div></header>

<div class="kb-row-layout-wrap kb-row-layout-id_25e373-38 alignnone kt-row-has-bg ticss-9025e373 wp-block-kadence-rowlayout"><div class="kt-row-column-

<div class="wp-block-kadence-column kadence-column_98ff8b-3b kb-section-dir-vertical ticss-3598ff8b"><div class="kt-inside-inner-col"><div class="wooc
<div class="woocommerce-notices-wrapper"></div>
<div class="woocommerce-form-login-toggle">
<div class="wc-block-components-notice-banner is-info" role="alert">
        <svg xmlns="http://www.w3.org/2000/svg" viewbox="0 0 24 24" width="24" height="24" aria-hidden="true" focusable="false">
            <path d="M12 3.2c-4.8 0-8.8 3.9-8.8 8.8 0 4.8 3.9 8.8 8.8 8.8 4.8 0 8.8-3.9 8.8-8.8 0-4.8-4-8.8-8.8-8.8zm0 16c-4 0-7.2-3.3-7.2-7.2C4.8 8 8
        </svg></p>
<div class="wc-block-components-notice-banner__content">
            Returning customer? <a href="#" class="showlogin">Click here to login</a>       </div>
</p></div>
</div>
<form class="woocommerce-form woocommerce-form-login login" method="post" style="display:none;">
<p>If you have shopped with us before, please enter your details below. If you are a new customer, please proceed to the Billing section.</p>
<p class="form-row form-row-first">
        <label for="username">Username or email <span class="required">*</span></label><br />
        <input type="text" class="input-text" name="username" id="username" autocomplete="username" />
    </p>
<p class="form-row form-row-last">
        <label for="password">Password <span class="required">*</span></label><br />
        <input class="input-text woocommerce-Input" type="password" name="password" id="password" autocomplete="current-password" />
    </p>
<div class="clear"></div>
<p class="form-row">
        <label class="woocommerce-form__label woocommerce-form__label-for-checkbox woocommerce-form-login__rememberme"><br />
            <input class="woocommerce-form__input woocommerce-form__input-checkbox" name="rememberme" type="checkbox" id="rememberme" value="forever" /
        </label><br />
        <input type="hidden" id="woocommerce-login-nonce" name="woocommerce-login-nonce" value="4fb78ebb1d" /><input type="hidden" name="_wp_http_refer
        <button type="submit" class="woocommerce-button button woocommerce-form-login__submit wp-element-button" name="login" value="Login">Login</but
    </p>
<p class="lost_password">
        <a href="https://myforexfunds.com/account-2/lost-password/">Lost your password?</a>
    </p>
<div class="clear"></div>
</form>
<div class="woocommerce-form-coupon-toggle">
<div class="wc-block-components-notice-banner is-info" role="alert">
        <svg xmlns="http://www.w3.org/2000/svg" viewbox="0 0 24 24" width="24" height="24" aria-hidden="true" focusable="false">
            <path d="M12 3.2c-4.8 0-8.8 3.9-8.8 8.8 0 4.8 3.9 8.8 8.8 8.8 4.8 0 8.8-3.9 8.8-8.8 0-4.8-4-8.8-8.8-8.8zm0 16c-4 0-7.2-3.3-7.2-7.2C4.8 8 8
        </svg></p>
<div class="wc-block-components-notice-banner__content">
            Have a coupon? <a href="#" class="showcoupon">Click here to enter your code</a>     </div>
</p></div>
</div>
<form class="checkout_coupon woocommerce-form-coupon" method="post" style="display:none">
<p>If you have a coupon code, please apply it below.</p>
<p class="form-row form-row-first">
        <label for="coupon_code" class="screen-reader-text">Coupon:</label><br />
        <input type="text" name="coupon_code" class="input-text" placeholder="Coupon code" id="coupon_code" value="" />
    </p>
<p class="form-row form-row-last">
        <button type="submit" class="button wp-element-button" name="apply_coupon" value="Apply coupon">Apply coupon</button>
    </p>
<div class="clear"></div>
</form>
<div class="woocommerce-notices-wrapper"></div>
<form name="checkout" method="post" class="checkout woocommerce-checkout" action="https://myforexfunds.com/checkout/" enctype="multipart/form-data">
<p>                 <input type="hidden" name="wcpay-fraud-prevention-token" value="Dt56ppiZ1iIyYBY8"></p>
<div class="wcpay-payment-request-wrapper" style="clear:both;padding-top:1.5em;display:none;">
<div id="wcpay-payment-request-button">
                <!-- A Stripe Element will be inserted here. -->
            </div>
</p></div>
<p id="wcpay-payment-request-button-separator" style="margin-top:1.5em;text-align:center;display:none;">&mdash; OR &mdash;</p>
<div class="col2-set" id="customer_details">
<div class="col-1">
<div class="woocommerce-billing-fields">
<h3>Billing details</h3>
<div class="woocommerce-billing-fields__field-wrapper">
```

```
<p class="form-row form-row-first validate-required" id="billing_first_name_field" data-priority="10"><label for="billing_first_name" class="">First na
<p class="form-row form-row-last validate-required" id="billing_last_name_field" data-priority="20"><label for="billing_last_name" class="">Last name&n
<p class="form-row form-row-wide address-field update_totals_on_change validate-required" id="billing_country_field" data-priority="40"><label for="bil
<p class="form-row form-row-wide address-field validate-required" id="billing_address_1_field" data-priority="50"><label for="billing_address_1" class=
<p class="form-row form-row-wide address-field validate-required" id="billing_city_field" data-priority="70"><label for="billing_city" class="">Town /
<p class="form-row form-row-wide address-field validate-required validate-state" id="billing_state_field" data-priority="80"><label for="billing_state"
<p class="form-row form-row-wide address-field validate-required validate-postcode" id="billing_postcode_field" data-priority="90"><label for="billing_
<p class="form-row form-row-wide validate-phone" id="billing_phone_field" data-priority="100"><label for="billing_phone" class="">Phone <span cla
<p class="form-row form-row-wide validate-required validate-email" id="billing_email_field" data-priority="110"><label for="billing_email" class="">Ema
</p></div>
</p></div>
<div class="woocommerce-account-fields"></div>
</p></div>
<div class="col-2">
<div class="woocommerce-shipping-fields">
    </div>
<div class="woocommerce-additional-fields">
<h3>Additional information</h3>
<div class="woocommerce-additional-fields__field-wrapper">
<p class="form-row notes" id="order_comments_field" data-priority=""><label for="order_comments" class="">Order notes <span class="optional">(opti
</p></div>
<p> <input type="hidden" name="metorik_source_type" value="" /><input type="hidden" name="metorik_source_url" value="" /><input type="hidden" name="met
</p></div>
</p></div>
<div class="col2-set">
<h3 id="order_review_heading">Your order</h3>
<div id="order_review" class="woocommerce-checkout-review-order">
<table class="shop_table woocommerce-checkout-review-order-table">
<thead>
<tr>
<th class="product-name">Product</th>
<th class="product-total">Subtotal</th>
</tr>
</thead>
<tbody>
<tr class="cart_item">
<td class="product-name">
                        $300,000 USD Evaluation Standard &#8211; MT4                        <strong class="product-quantity">&times; 1</stron
<td class="product-total">
                        <span class="woocommerce-Price-amount amount"><bdi><span class="woocommerce-Price-currencySymbol">&#36;</span>1,389.00</bdi></s
</tr>
</tbody>
<tfoot>
<tr class="cart-subtotal">
<th>Subtotal</th>
<td><span class="woocommerce-Price-amount amount"><bdi><span class="woocommerce-Price-currencySymbol">&#36;</span>1,389.00</bdi></span></td>
</tr>
<tr class="order-total">
<th>Total</th>
<td><strong><span class="woocommerce-Price-amount amount"><bdi><span class="woocommerce-Price-currencySymbol">&#36;</span>1,389.00</bdi></span> USD</s
</tr>
</tfoot>
</table>
<div id="payment" class="woocommerce-checkout-payment">
<ul class="wc_payment_methods payment_methods methods">
<li class="wc_payment_method payment_method_woocommerce_payments">
    <input id="payment_method_woocommerce_payments" type="radio" class="input-radio" name="payment_method" value="woocommerce_payments"  checked='check
<p> <label for="payment_method_woocommerce_payments"><br />
        Credit card / debit card <img decoding="async" src="https://myforexfunds.com/wp-content/plugins/woocommerce-payments/assets/images/payment-meth
<div class="payment_box payment_method_woocommerce_payments" >
<fieldset style="padding: 7px" id="wc-woocommerce_payments-upe-form" class="wc-upe-form wc-payment-form">
<div id="wcpay-upe-element" class="wcpay-upe-element"></div>
<div id="wcpay-upe-errors" role="alert"></div>
<p>         <input id="wcpay-payment-method-upe" type="hidden" name="wcpay-payment-method-upe" /><br />
            <input id="wcpay_selected_upe_payment_type" type="hidden" name="wcpay_selected_upe_payment_type" /><br />
            <input id="wcpay_payment_country" type="hidden" name="wcpay_payment_country" /></p>
</fieldset>
<p>                         <input type="hidden" name="wcpay-fraud-prevention-token" value="Dt56ppiZ1iIyYBY8"></p></div>
</li>
<li class="wc_payment_method payment_method_confirmo">
    <input id="payment_method_confirmo" type="radio" class="input-radio" name="payment_method" value="confirmo"  data-order_button_text="Proceed to Con
<p> <label for="payment_method_confirmo"><br />
        Bitcoin and other cryptocurrencies  </label></p>
<div class="payment_box payment_method_confirmo" style="display:none;">
<p>Pay with Bitcoin or other cryptocurrencies.<br /><abbr class="required" style="color:red">*</abbr> Please double-check that you are sending the cryp
</p></div>
</li>
</ul>
<div class="form-row place-order">
        <noscript><br />
            Since your browser does not support JavaScript, or it is disabled, please ensure you click the <em>Update Totals</em> button before placing
        </noscript></p>
<div class="woocommerce-terms-and-conditions-wrapper">
<div class="woocommerce-privacy-policy-text">
<p>Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our <a h
<p>By clicking &#8220;Place Order&#8221; to register with My Forex Funds, you are agreeing that you understand terms and conditions, including the Risk
<p>You accept that My Forex Funds will not issue refund once service (i.e. trading) has started on your account.</p>
</div>
<div class="woocommerce-terms-and-conditions" style="display: none; max-height: 200px; overflow: auto;">
<div class="kb-row-layout-wrap kb-row-layout-id_29f45e-75 alignnone kt-row-has-bg wp-block-kadence-rowlayout">
<div class="kt-row-column-wrap kt-has-1-columns kt-row-layout-equal kt-tab-layout-inherit kt-mobile-layout-row kt-row-valign-top">
<div class="wp-block-kadence-column kadence-column_d4cdf0-0e">
<div class="kt-inside-inner-col">
<p class="has-text-align-center ticss-1a2af4a8 has-base-color has-text-color" style="font-size:clamp(16.5px, 1.031rem + ((1vw - 7.68px) * 0.661), 22px)
</div>
</div>
</div>
</div>
```

```
<div class="kb-row-layout-wrap kb-row-layout-id_e298e4-cc alignnone kt-row-has-bg wp-block-kadence-rowlayout">
<div class="kt-row-column-wrap kt-has-1-columns kt-row-layout-equal kt-tab-layout-inherit kt-mobile-layout-row kt-row-valign-top">
<div class="wp-block-kadence-column kadence-column_85cad1-76 ticss-8685cad1">
<div class="kt-inside-inner-col">
<p><em><strong>Overview</strong></em></p>
<p class="kt-adv-heading_ea6dfd-df wp-block-kadence-advancedheading has-primary-color has-text-color" data-kb-block="kb-adv-heading_ea6dfd-df">This wel
<p>By using our site and/or purchasing something from us, you engage in our “Service” and agree to be bound by the following terms and conditions (“Ter
<p>Please read these Terms of Service carefully before accessing or using our website. By accessing or using any part of the site, you agree to be bour
<p>The Services are only intended for persons over the age of 18 residing in the country for which the Services are available. By registering on t
<p>Any new features or tools which are added to the current store (under provided accounts section) shall also be subject to the Terms of Service. You
<p>NONE OF THE SERVICES PROVIDED TO YOU BY THE PROVIDER CAN BE CONSIDERED INVESTMENT SERVICES IN ACCORDANCE WITH APPLICABLE LAWS. THE PROVIDER DOES NOT
<p>We may grant access to third parties to our website in order to troubleshoot and/or maintain website, database or infrastructure related issues. The
<p><strong>ALL PAYMENTS ARE FINAL AND FOR EVALUATION PURPOSES ONLY.</strong></p>
<p>The registration fees are paid for allowing you to access the My Forex Funds platform, models and services. <strong>The Customer is not entitle
<p><em><strong>Section 1 – Online Registration Terms</strong></em></p>
<p>By agreeing to these Terms of Service, you represent that you are at least the age of majority in your state or province of residence, or that you a
<p>You may not use our services for any illegal or unauthorized purpose nor may you, in the use of the Service, violate any laws in your jurisdiction
<p>A breach or violation of any of the Terms will result in an immediate termination of your Services.</p>
<p><em><strong>Section 2 – General Conditions</strong></em></p>
<p>We reserve the right to refuse service to anyone for any reason at any time. You understand that your content (not including credit card informatior
<p>You agree not to reproduce, duplicate, copy, sell, resell or exploit any portion of the Service, use of the Service, or access to the Service or any
<p>The headings used in this agreement are included for convenience only and will not limit or otherwise affect these Terms.</p>
<p><em><strong>Section 3 – Accuracy, Completeness, and Timeliness of Information</strong></em></p>
<p>We make every effort to ensure that the information we provide is accurate, however the information is also supplied by third parties and we are not
<p>This site may contain certain historical information. Historical information, necessarily, is not current and is provided for your reference only. W
<p><em><strong>Section 4 – Modifications to the Service and Prices</strong></em></p>
<p>Prices for our products are subject to change without notice.</p>
<p>We reserve the right at any time to modify or discontinue the Service (accounts provided) (or any part or content thereof) without notice at any tim
<p>We shall not be liable to you or to any third-party for any modification, price change, suspension or discontinuance of the Service.</p>
<p><em><strong>Section 5 – Products or Services (if applicable)</strong></em></p>
<p>We reserve the right, but are not obligated, to limit the sales of our products or Services to any person, geographic region or jurisdiction. We may
<p><em><strong>Section 6 – Accuracy of Billing and Account Information</strong></em></p>
<p>We reserve the right to refuse any order you place with us. We may, in our sole discretion, limit or cancel quantities purchased per person, per hou
<p>You agree to provide current, complete, and accurate purchase and account information for all purchases made at our store. You agree to promptly upd
<p><em><strong>Section 7 – Optional Tools</strong></em></p>
<p>We may provide you with access to third-party tools over which we neither monitor nor have any control nor input. You acknowledge and agree that we
<p><em><strong>Section 8 – Third-party Links</strong></em></p>
<p>Certain content, products and services available via our Service may include materials from third-parties. Third-party links on this site may direct
<p><em><strong>Section 9 – User Comments, Feedback and Other Submissions</strong></em></p>
<p>If, at our request, you send certain specific submissions (for example contest entries) or without a request from us you send creative ideas, sugges
<p>We may, but have no obligation to, monitor, edit or remove content that we determine in our sole discretion are unlawful, offensive, threatening, li
<p>You agree that your comments will not violate any right of any third-party, including copyright, trademark, privacy, personality or other personal c
<p><em><strong>Section 10 – Personal Information</strong></em></p>
<p>Your submission of personal information through the store is governed by our Privacy Policy.</p>
<p><em><strong>Section 11 – Errors, Inaccuracies and Omissions</strong></em></p>
<p>Occasionally there may be information on our site or in the Service that contains typographical errors, inaccuracies or omissions that may relate to
<p>We undertake no obligation to update, amend or clarify information in the Service or on any related website, including without limitation, pricing i
<p><em><strong>Section 12 – Prohibited Uses</strong></em></p>
<p>In addition to other prohibitions as set forth in the Terms of Service, you are prohibited from using the site or its content: (a) for any unlawful
<p><em><strong>Section 13 – Disclaimer of Warranties; Limitation of Liability</strong></em></p>
<p>We do not guarantee, represent or warrant that your use of our service will be uninterrupted, timely, secure or error-free. We do not warrant that t
<p><em><strong>Section 14 – Indemnification</strong></em></p>
<p>You agree to indemnify, defend and hold harmless Traders Global Group and our parent, subsidiaries, affiliates, partners, officers, directors, agent
<p><em><strong>Section 15 – Severability</strong></em></p>
<p>In the event that any provision of these Terms of Service is determined to be unlawful, void or unenforceable, such provision shall nonetheless be e
<p><em><strong>Section 16 – Termination</strong></em></p>
<p>The obligations and liabilities of the parties incurred prior to the termination date shall survive the termination of this agreement for all purpos
<p>If in our sole judgment you fail, or we suspect that you have failed, to comply with any term or provision of these Terms of Service, we also may te
<p><em><strong>Section 17 – Disputes</strong></em></p>
<p>Once you dispute an order payment it has an adverse impact on the company, financially, and causes a damage to our company profile in the eyes of th
<p>The user who is involved in a disputed transaction in the normal course of the business, where there has not been any problem on our side, such user
<p>This policy is in place to protect My Forex Funds from any financial adversity as well as to ensure the long term viability of the brand name.</p>
<p><em><strong>Section 18 – Entire Agreement</strong></em></p>
<p>The failure of us to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of such right or provision.
<p><em><strong>Section 19 – Governing Law</strong></em></p>
<p>These Terms of Service and any separate agreements whereby we provide you Services shall be governed by and construed in accordance with the law use
<p>Traders Global Group Incorporated (the “Company”) is incorporated under the laws of Ontario, Canada. You have provided services to the Company,
<p>If you have any questions concerning any obligations that may apply to you, including under Ontario securities law, we would encourage you to c
<p><strong><em>Section 20 – Changes to Terms of Service</em></strong></p>
<p>You can review the most current version of the Terms of Service at any time at this page.<br />We reserve the right, at our sole discretion, to upda
<p><strong><em>Section 21 – Contact Information</em></strong></p>
<p>Questions about the Terms of Service should be sent to us at info@myforexfunds.com</p>
<p><strong>Refund Policy</strong></p>
<ol>
<li>All traders have the facility of receiving a full refund for any order they have purchased as long as they have not placed any trades on the respec
<li>Traders are not entitled to any refund if they have already used our services i.e: traded on the account(s) received against the order as stated ir
<li>In case of a legal dispute, all active accounts that are at and/or above the initial balance will be refunded back to the trader apart from the dis
<li>If a customer is found to be underage by the standards of My Forex Funds (under 18) then their order will be refunded immediately.</li>
<li>Customers residing in regions that My Forex Funds does not offer its services to, will be refunded.</li>
<li>My Forex Funds does not offer its services to anyone possessing a criminal record or anyone involved in any sort of adverse media presence. The orc
<li>My Forex Funds holds a neutral stance regarding any political activity and therefore will not allow individuals with any sort of recorded political
<li>Customers that have purchased orders with a stolen credit card will be refunded upon discovery of the act.</li>
<li>Any customer that cannot present acceptable KYC and contractor agreement at the time of verification and/or request of an agent will be refunded.</
</ol>
<p>Terms of Service<br /><strong>Affiliate Program</strong></p>
<p>By signing up to be an Affiliate in the Affiliate Program of My Forex Funds, you agree to be bound by the following Terms of Service.<br />My Forex
<p><strong>Account Terms</strong><br />• You must be 18 years or older to be part of this program<br />• You must be a human. Accounts registered by bo
<p><strong>Payment Terms</strong><br />• The minimum withdrawal amount for Affiliate Commission is $20. As soon as you have accumulated a total of $20
<p>Links/graphics on your site, in your emails, or other communications<br />Once you have signed up for the Affiliate Program, you will be assigned a
</div>
</div>
</div>
</div>
</div>
<p class="form-row validate-required">
                <label class="woocommerce-form__label woocommerce-form__label-for-checkbox checkbox"><br />
                <input type="checkbox" class="woocommerce-form__input woocommerce-form__input-checkbox input-checkbox" name="terms"  id="terms" /><br /
                    <span class="woocommerce-terms-and-conditions-checkbox-text">I have read and agree to the website <a href="https://myforexfunds.cor
```

```
                </label><br />
                <input type="hidden" name="terms-field" value="1" />
            </p>
</p></div>
<p>     <button type="submit" class="button alt wp-element-button" name="woocommerce_checkout_place_order" id="place_order" value="Register →" data-va
<p>     <input type="hidden" id="woocommerce-process-checkout-nonce" name="woocommerce-process-checkout-nonce" value="2f3e710e74" /><input type="hidde
</div></div>
</p></div>
</form>
</div>
</div></div>

</div></div>

<footer class="ticss-6cd1d261 wp-block-template-part"><div class="kb-row-layout-wrap kb-row-layout-id_caca5a-77 alignnone kt-row-has-bg wp-block-kaden

<div class="wp-block-kadence-column kadence-column_3e5678-89"><div class="kt-inside-inner-col"><div style="margin-bottom:45px;" class="alignleft is-st

<p><!-- TrustBox widget - Mini --></p>
<div class="trustpilot-widget" data-locale="en-US" data-template-id="53aa8807dec7e10d38f59f32" data-businessunit-id="603292494402970001e76c27" data-st
  <a href="https://www.trustpilot.com/review/myforexfunds.com" target="_blank" rel="noopener">Trustpilot</a>
</div>
<p><!-- End TrustBox widget --></p>
</div></div>

<div class="wp-block-kadence-column kadence-column_d4e9dc-aa"><div class="kt-inside-inner-col"><div class="kb-row-layout-wrap kb-row-layout-id_bc3525-

<div class="wp-block-kadence-column kadence-column_e1562c-86"><div class="kt-inside-inner-col">
<p class="ticss-a89cf64c has-base-color has-text-color has-link-color wp-elements-a6511a52382abf64fbd5b05bfff398f0" style="font-size:clamp(14px, 0.875
</div></div>

<div class="wp-block-kadence-column kadence-column_40b14c-bf"><div class="kt-inside-inner-col">
<p class="ticss-b476e016 has-base-color has-text-color has-link-color wp-elements-91df4538aaf7395a553bc497c093277b" style="font-size:12px;font-style:n
</div></div>

<div class="wp-block-kadence-column kadence-column_82205d-ef"><div class="kt-inside-inner-col">
<p class="ticss-0825638e has-link-color wp-elements-f4e2bcb2e15d5cb1970090e7ae2d7b9b" style="font-size:clamp(14px, 0.875rem + ((1vw - 7.68px) * 0.12),
</div></div>

</div></div>

<div class="kb-row-layout-wrap kb-row-layout-id_4c058c-e6 alignnone wp-block-kadence-rowlayout"><div class="kt-row-column-wrap kt-has-3-columns kt-row

<div class="wp-block-kadence-column kadence-column_08b186-73"><div class="kt-inside-inner-col">
<p class="ticss-4970ca74 has-base-color has-text-color has-link-color wp-elements-54888e8f4fba8da620cb497a2e407f71" style="font-size:clamp(14px, 0.875
</div></div>

<div class="wp-block-kadence-column kadence-column_6f9832-5b"><div class="kt-inside-inner-col">
<p class="ticss-1944a896 has-base-color has-text-color has-link-color wp-elements-d5450e687f97fa8e2dc2ea4d62e58d2c" style="font-size:12px;font-style:n
</div></div>

<div class="wp-block-kadence-column kadence-column_b710d3-80"><div class="kt-inside-inner-col"></div></div>

</div></div>

<div class="kb-row-layout-wrap kb-row-layout-id_6ca192-17 alignnone wp-block-kadence-rowlayout"><div class="kt-row-column-wrap kt-has-2-columns kt-row

<div class="wp-block-kadence-column kadence-column_055953-70"><div class="kt-inside-inner-col">
<p class="ticss-17c5b0d6 has-base-color has-text-color" style="font-size:clamp(14px, 0.875rem + ((1vw - 7.68px) * 0.12), 15px);font-style:normal;font-
</div></div>

<div class="wp-block-kadence-column kadence-column_c79e6c-c0"><div class="kt-inside-inner-col">
<p class="has-text-align-left ticss-bd058457 has-base-color has-text-color has-link-color wp-elements-36eee5feb3b4378fca6409b809dcfb61" style="font-si
</div></div>

</div></div></div></div>

<div class="wp-block-kadence-column kadence-column_435e45-ce"><div class="kt-inside-inner-col">
<ul class="wp-block-social-links has-normal-icon-size has-icon-color has-icon-background-color is-style-default footer-icon is-content-justification-l

<li style="color: #ffffff; background-color: #06b3c9; " class="wp-social-link wp-social-link-instagram wp-block-social-link"><a rel=" noopener nofollo

<li style="color: #ffffff; background-color: #06b3c9; " class="wp-social-link wp-social-link-youtube wp-block-social-link"><a rel=" noopener nofollow"

<li style="color: #ffffff; background-color: #06b3c9; " class="wp-social-link wp-social-link-tiktok wp-block-social-link"><a rel=" noopener nofollow"

<li style="color: #ffffff; background-color: #06b3c9; " class="wp-social-link wp-social-link-linkedin wp-block-social-link"><a rel=" noopener nofollow

<li style="color: #ffffff; background-color: #06b3c9; " class="wp-social-link wp-social-link-twitter wp-block-social-link"><a rel=" noopener nofollow"
</div></div>

</div></div>
```

```
<div class="kb-row-layout-wrap kb-row-layout-id_613fff-63 alignnone kt-row-has-bg wp-block-kadence-rowlayout"><div class="kt-row-column-wrap kt-has-1-

<div class="wp-block-kadence-column kadence-column_d57fcc-61"><div class="kt-inside-inner-col">
<p class="kt-adv-heading_b16453-06 wp-block-kadence-advancedheading has-tertiary-color has-text-color" data-kb-block="kb-adv-heading_b16453-06">MyForex

<p class="has-base-color has-text-color" style="font-size:11px;font-style:normal;font-weight:400">© 2023 MyForexFunds</p>
</div></div>

</div></div></footer></div>

        <style id="skip-link-styles">
        .skip-link.screen-reader-text {
            border: 0;
            clip: rect(1px,1px,1px,1px);
            clip-path: inset(50%);
            height: 1px;
            margin: -1px;
            overflow: hidden;
            padding: 0;
            position: absolute !important;
            width: 1px;
            word-wrap: normal !important;
        }

        .skip-link.screen-reader-text:focus {
            background-color: #eee;
            clip: auto !important;
            clip-path: none;
            color: #444;
            display: block;
            font-size: 1em;
            height: auto;
            left: 5px;
            line-height: normal;
            padding: 15px 23px 14px;
            text-decoration: none;
            top: 5px;
            width: auto;
            z-index: 100000;
        }
    </style>
        <script>
    ( function() {
        var skipLinkTarget = document.querySelector( 'main' ),
            sibling,
            skipLinkTargetID,
            skipLink;

        // Early exit if a skip-link target can't be located.
        if ( ! skipLinkTarget ) {
            return;
        }

        // Get the site wrapper.
        // The skip-link will be injected in the beginning of it.
        sibling = document.querySelector( '.wp-site-blocks' );

        // Early exit if the root element was not found.
        if ( ! sibling ) {
            return;
        }

        // Get the skip-link target's ID, and generate one if it doesn't exist.
        skipLinkTargetID = skipLinkTarget.id;
        if ( ! skipLinkTargetID ) {
            skipLinkTargetID = 'wp--skip-link--target';
            skipLinkTarget.id = skipLinkTargetID;
        }

        // Create the skip link.
        skipLink = document.createElement( 'a' );
        skipLink.classList.add( 'skip-link', 'screen-reader-text' );
        skipLink.href = '#' + skipLinkTargetID;
        skipLink.innerHTML = 'Skip to content';

        // Inject the skip link.
        sibling.parentElement.insertBefore( skipLink, sibling );
    }() );
    </script>
    <!--googleoff: all--><div id="cookie-law-info-bar" data-nosnippet="true"><span><div class="cli-bar-container cli-style-v2"><div class="cli-bar-mes
  <div class="cli-modal-dialog" role="document">
    <div class="cli-modal-content cli-bar-popup">
          <button type="button" class="cli-modal-close" id="cliModalClose">
            <svg class="" viewbox="0 0 24 24"><path d="M19 6.41l-1.41-1.41-5.59 5.59-5.59-5.59-1.41 1.41 5.59 5.59-5.59 5.59 1.41 1.41 5.59-5.59 5.59 5
            <span class="wt-cli-sr-only">Close</span>
          </button>
          <div class="cli-modal-body">
            <div class="cli-container-fluid cli-tab-container">
    <div class="cli-row">
        <div class="cli-col-12 cli-align-items-stretch cli-px-0">
            <div class="cli-privacy-overview">
                <h4>Privacy Overview</h4>              <div class="cli-privacy-content">
                    <div class="cli-privacy-content-text">This website uses cookies to improve your experience while you navigate through the website.
                </div>
                <a class="cli-privacy-readmore" aria-label="Show more" role="button" data-readmore-text="Show more" data-readless-text="Show less"></a
        </div>
```

```
        <div class="cli-col-12 cli-align-items-stretch cli-px-0 cli-tab-section-container">
                                                  <div class="cli-tab-section">
                        <div class="cli-tab-header">
                            <a role="button" tabindex="0" class="cli-nav-link cli-settings-mobile" data-target="necessary" data-toggle="cli-toggle-tab"
                                Necessary                            </a>
                                                              <div class="wt-cli-necessary-checkbox">
                                    <input type="checkbox" class="cli-user-preference-checkbox"  id="wt-cli-checkbox-necessary" data-id="checkbox-neces
                                    <label class="form-check-label" for="wt-cli-checkbox-necessary">Necessary</label>
                                </div>
                                <span class="cli-necessary-caption">Always Enabled</span>
                                                          </div>
                        <div class="cli-tab-content">
                            <div class="cli-tab-pane cli-fade" data-id="necessary">
                                <div class="wt-cli-cookie-description">
                                    Necessary cookies are absolutely essential for the website to function properly. These cookies ensure basic functio
<table class="cookielawinfo-row-cat-table cookielawinfo-winter"><thead><tr><th class="cookielawinfo-column-1">Cookie</th><th class="cookielawinfo-colum
                            </div>
                        </div>
                    </div>
                                                            <div class="cli-tab-section">
                        <div class="cli-tab-header">
                            <a role="button" tabindex="0" class="cli-nav-link cli-settings-mobile" data-target="functional" data-toggle="cli-toggle-tab
                                Functional                            </a>
                                                              <div class="cli-switch">
                                    <input type="checkbox" id="wt-cli-checkbox-functional" class="cli-user-preference-checkbox"  data-id="checkbox-func
                                    <label for="wt-cli-checkbox-functional" class="cli-slider" data-cli-enable="Enabled" data-cli-disable="Disabled"><s
                                </div>
                                                          </div>
                        <div class="cli-tab-content">
                            <div class="cli-tab-pane cli-fade" data-id="functional">
                                <div class="wt-cli-cookie-description">
                                    Functional cookies help to perform certain functionalities like sharing the content of the website on social media
                                </div>
                            </div>
                        </div>
                    </div>
                                                            <div class="cli-tab-section">
                        <div class="cli-tab-header">
                            <a role="button" tabindex="0" class="cli-nav-link cli-settings-mobile" data-target="performance" data-toggle="cli-toggle-ta
                                Performance                            </a>
                                                              <div class="cli-switch">
                                    <input type="checkbox" id="wt-cli-checkbox-performance" class="cli-user-preference-checkbox"  data-id="checkbox-per
                                    <label for="wt-cli-checkbox-performance" class="cli-slider" data-cli-enable="Enabled" data-cli-disable="Disabled">
                                </div>
                                                          </div>
                        <div class="cli-tab-content">
                            <div class="cli-tab-pane cli-fade" data-id="performance">
                                <div class="wt-cli-cookie-description">
                                    Performance cookies are used to understand and analyze the key performance indexes of the website which helps in de
                                </div>
                            </div>
                        </div>
                    </div>
                                                            <div class="cli-tab-section">
                        <div class="cli-tab-header">
                            <a role="button" tabindex="0" class="cli-nav-link cli-settings-mobile" data-target="analytics" data-toggle="cli-toggle-tab"
                                Analytics                            </a>
                                                              <div class="cli-switch">
                                    <input type="checkbox" id="wt-cli-checkbox-analytics" class="cli-user-preference-checkbox"  data-id="checkbox-analy
                                    <label for="wt-cli-checkbox-analytics" class="cli-slider" data-cli-enable="Enabled" data-cli-disable="Disabled"><sp
                                </div>
                                                          </div>
                        <div class="cli-tab-content">
                            <div class="cli-tab-pane cli-fade" data-id="analytics">
                                <div class="wt-cli-cookie-description">
                                    Analytical cookies are used to understand how visitors interact with the website. These cookies help provide inform
<table class="cookielawinfo-row-cat-table cookielawinfo-winter"><thead><tr><th class="cookielawinfo-column-1">Cookie</th><th class="cookielawinfo-colum
                            </div>
                        </div>
                    </div>
                                                            <div class="cli-tab-section">
                        <div class="cli-tab-header">
                            <a role="button" tabindex="0" class="cli-nav-link cli-settings-mobile" data-target="advertisement" data-toggle="cli-toggle-
                                Advertisement                            </a>
                                                              <div class="cli-switch">
                                    <input type="checkbox" id="wt-cli-checkbox-advertisement" class="cli-user-preference-checkbox"  data-id="checkbox-a
                                    <label for="wt-cli-checkbox-advertisement" class="cli-slider" data-cli-enable="Enabled" data-cli-disable="Disabled"
                                </div>
                                                          </div>
                        <div class="cli-tab-content">
                            <div class="cli-tab-pane cli-fade" data-id="advertisement">
                                <div class="wt-cli-cookie-description">
                                    Advertisement cookies are used to provide visitors with relevant ads and marketing campaigns. These cookies track v
<table class="cookielawinfo-row-cat-table cookielawinfo-winter"><thead><tr><th class="cookielawinfo-column-1">Cookie</th><th class="cookielawinfo-colum
                            </div>
                        </div>
                    </div>
                                                            <div class="cli-tab-section">
                        <div class="cli-tab-header">
                            <a role="button" tabindex="0" class="cli-nav-link cli-settings-mobile" data-target="others" data-toggle="cli-toggle-tab">
                                Others                            </a>
                                                              <div class="cli-switch">
                                    <input type="checkbox" id="wt-cli-checkbox-others" class="cli-user-preference-checkbox"  data-id="checkbox-others"
                                    <label for="wt-cli-checkbox-others" class="cli-slider" data-cli-enable="Enabled" data-cli-disable="Disabled"><span
                                </div>
                                                          </div>
                        <div class="cli-tab-content">
                            <div class="cli-tab-pane cli-fade" data-id="others">
```

```
                                <div class="wt-cli-cookie-description">
                                    Other uncategorized cookies are those that are being analyzed and have not been classified into a category as yet.
<table class="cookielawinfo-row-cat-table cookielawinfo-winter"><thead><tr><th class="cookielawinfo-column-1">Cookie</th><th class="cookielawinfo-colu
                            </div>
                        </div>
                    </div>
                                        </div>
    </div>
</div>
          </div>
          <div class="cli-modal-footer">
            <div class="wt-cli-element cli-container-fluid cli-tab-container">
                <div class="cli-row">
                    <div class="cli-col-12 cli-align-items-stretch cli-px-0">
                        <div class="cli-tab-footer wt-cli-privacy-overview-actions">

                                                            <a id="wt-cli-privacy-save-btn" role="button" tabindex="0" data-cli-action="accept" class="
                                                    </div>
                                                <div class="wt-cli-ckyes-footer-section">
                            <div class="wt-cli-ckyes-brand-logo">Powered by <a href="https://www.cookieyes.com/"><img src="https://myforexfunds.com/wp
                        </div>

                    </div>
                </div>
            </div>
        </div>
    </div>
  </div>
</div>
<div class="cli-modal-backdrop cli-fade cli-settings-overlay"></div>
<div class="cli-modal-backdrop cli-fade cli-popupbar-overlay"></div>
<!--googleon: all-->  <!-- ROIPPC Google Tag Manager (noscript) -->
  <!-- Google Tag Manager (noscript) -->
  <noscript><iframe src="https://www.googletagmanager.com/ns.html?id=GTM-WSNZPZV"
  height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
<!-- End Google Tag Manager (noscript) -->

<!-- Start of myforexfunds Zendesk Widget script -->
<script id="ze-snippet" src="https://static.zdassets.com/ekr/snippet.js?key=5349ed53-79ff-459d-9683-0f65a7dee7e8"> </script>
<!-- End of myforexfunds Zendesk Widget script -->
        <script>
        document.addEventListener('DOMContentLoaded', function() {
            var searchForm = document.getElementById('faq-search-form');
            var categoryFilter = document.getElementById('faq-category-filter');

            if (searchForm && categoryFilter) {
                categoryFilter.addEventListener('change', function() {
                    var selectedCategory = categoryFilter.value;
                    var formAction = 'https://myforexfunds.com/';

                    if (selectedCategory !== '') {
                        formAction += 'faq-category/' + selectedCategory + '/';
                    }

                    formAction += '?s=' + encodeURIComponent(document.querySelector('.faq_search_class__search-field').value);
                    searchForm.setAttribute('action', formAction);
                });
            }
        });
    </script>
            <script>
 document.addEventListener('DOMContentLoaded', function () {
                if (!String.prototype.startsWith) {
                    String.prototype.startsWith = function (searchString, position) {
                        position = position || 0;
                        return this.substr(position, searchString.length) === searchString;
                    };
                }
                jQuery('.weglot-lang a').on('click', function (e) {
                    e.preventDefault();
                    var href = jQuery(this).attr('href');
                    Object.keys(window.sessionStorage).forEach(function (element) {
                        if (element.startsWith('wc_cart_hash_') || element.startsWith('wc_fragments_')) {
                            window.sessionStorage.removeItem(element);
                        }
                    });
                    window.location.replace(href);
                })
            })
 </script>
            <script type="text/javascript">
        (function () {
            var c = document.body.className;
            c = c.replace(/woocommerce-no-js/, 'woocommerce-js');
            document.body.className = c;
        })();
    </script>
    <link rel='stylesheet' id='all-css-0' href='https://myforexfunds.com/wp-content/plugins/cookie-law-info/public/css/cookie-law-info-table.css?m=1689
<script id='wc-add-to-cart-js-extra'>
var wc_add_to_cart_params = {"ajax_url":"\/wp-admin\/admin-ajax.php","wc_ajax_url":"\/?wc-ajax=%%endpoint%%","i18n_view_cart":"View cart","cart_url":"h
</script>
<script id='woocommerce-js-extra'>
var woocommerce_params = {"ajax_url":"\/wp-admin\/admin-ajax.php","wc_ajax_url":"\/?wc-ajax=%%endpoint%%"};
</script>
<script id='wc-country-select-js-extra'>
var wc_country_select_params = {"countries":"{\"AF\":[],\"AL\":{\"AL-01\":\"Berat\",\"AL-09\":\"Dib\\u00ebr\",\"AL-02\":\"Durr\\u00ebs\",\"AL-03\":\"El
</script>
<script id='wc-address-i18n-js-extra'>
```

```
var wc_address_i18n_params = {"locale":"{\"AE\":{\"postcode\":{\"required\":false,\"hidden\":true},\"state\":{\"required\":false}},\"AF\":{\"state\":{\
</script>
<script id='wc-checkout-js-extra'>
var wc_checkout_params = {"ajax_url":"\/wp-admin\/admin-ajax.php","wc_ajax_url":"\/?wc-ajax=%%endpoint%%","update_order_review_nonce":"fd9140185e","app
</script>
<script type="text/javascript" src="https://myforexfunds.com/_static/??-eJylUEEKwjAQ/JBJqKC2B/HsA8Rz3W41aZKt2YTi7w2tokclsIcZdhhmRk2jAPIRfVSjTVftWU1EQM5
var wc_cart_fragments_params = {"ajax_url":"\/wp-admin\/admin-ajax.php","wc_ajax_url":"\/?wc-ajax=%%endpoint%%","cart_hash_key":"wc_cart_hash_68f7ef739
</script>
<script src='https://myforexfunds.com/wp-content/plugins/woocommerce/assets/js/frontend/cart-fragments.min.js?ver=7.7.2' id='wc-cart-fragments-js'></s
<script id='wc-cart-fragments-js-after'>
        jQuery( 'body' ).bind( 'wc_fragments_refreshed', function() {
            var jetpackLazyImagesLoadEvent;
            try {
                jetpackLazyImagesLoadEvent = new Event( 'jetpack-lazy-images-load', {
                    bubbles: true,
                    cancelable: true
                } );
            } catch ( e ) {
                jetpackLazyImagesLoadEvent = document.createEvent( 'Event' )
                jetpackLazyImagesLoadEvent.initEvent( 'jetpack-lazy-images-load', true, true );
            }
            jQuery( 'body' ).get( 0 ).dispatchEvent( jetpackLazyImagesLoadEvent );
        } );

</script>
<script src='https://kit.fontawesome.com/20ac602f02.js?ver=5.15.3' id='font-awesome-js'></script>
<script id='metorik-js-js-extra'>
var metorik_params = {"lifetime":"6","session":"30","ajaxurl":"https:\/\/myforexfunds.com\/wp-admin\/admin-ajax.php","cart_tracking":"1","cart_items":'
</script>
<script type="text/javascript" src="https://myforexfunds.com/wp-content/plugins/metorik-helper/assets/js/metorik.min.js?m=1689581792g" ></script><scri
<script id='wcpay-upe-checkout-js-extra'>
var wcpayConfig = {"publishableKey":"pk_live_iBIpeqzKOOx2Y8PFCRBfyMU000Q7xVG4Sn","testMode":"","accountId":"acct_1M9jTKFdKLEesziB","ajaxUrl":"https:\/\
</script>
<script type="text/javascript" src="https://myforexfunds.com/wp-content/plugins/woocommerce-payments/dist/upe_checkout.js?m=1689581792g" ></script><sc
var wcpayPaymentRequestParams = {"ajax_url":"https:\/\/myforexfunds.com\/wp-admin\/admin-ajax.php","wc_ajax_url":"\/?wc-ajax=%%endpoint%%","stripe":{"p
</script>
<script src='https://myforexfunds.com/wp-content/plugins/woocommerce-payments/dist/payment-request.js?ver=6.0.0' id='WCPAY_PAYMENT_REQUEST-js'></scrip
<script id='jetpack-lazy-images-js-extra'>
var jetpackLazyImagesL10n = {"loading_warning":"Images are still loading. Please cancel your print and try again."};
</script>
<script type="text/javascript" src="https://myforexfunds.com/_static/??-eJy1jUEOwiAQRS8kHdFIwsJ4FIN00gyWgTBDjT19u9F4AZfv5+U/eFUTCyuyQu6mzn0iFkioNcSnsa
<script id='jetpack-stats-js-after'>
_stq = window._stq || [];
_stq.push([ "view", {v:'ext',blog:'180473032',post:'1221850',tz:'-4',srv:'myforexfunds.com',hp:'vip',j:'1:12.3'} ]);
_stq.push([ "clickTrackerInit", "180473032", "1221850" ]);
</script>
<script id='megamenu-js-extra'>
var megamenu = {"timeout":"300","interval":"100"};
</script>
<script type="text/javascript" src="https://myforexfunds.com/_static/??/wp-includes/js/hoverIntent.min.js,/wp-content/plugins/megamenu/js/maxmegamenu.
<script type="text/javascript">
jQuery(function($) {

       $( 'form.checkout' ).on( 'change', 'input[name^=\'payment_method\']', function() {
           $('body').trigger('update_checkout');
        });

 });
</script>
</body>
</html>
```

Register
Log In
News
Download & Extend
Learn
Community
About
Get WordPress
Plugins
My Favorites
Beta Testing
Developers
Search plugins
WOO COMMERCE
stripe
stripe VERIFIED PARTNER
Accept all major cards, plus local payment methods and popular digital wallets.
WooCommerce Stripe Payment Gateway
By WooCommerce
Download
Details
Reviews
Installation
Development
Support
Description
Accept Visa, MasterCard, American Express, Discover, JCB, Diners Club, SEPA, Sofort, iDEAL, giropay, Alipay, and more directly on your store with
Version: 7.4.2
Last updated: 1 week ago
Active installations: 900,000+

the Stripe payment gateway for WooCommerce, including Apple Pay, Google Pay, and Microsoft Pay for mobile and desktop.

TAKE CREDIT CARD PAYMENTS EASILY AND DIRECTLY ON YOUR STORE

The Stripe plugin extends WooCommerce allowing you to take payments directly on your store via Stripe's API.

Stripe is available for Store Owners and Merchants in:

- Australia
- Austria
- Belgium
- Brazil
- Bulgaria
- Canada
- Cyprus
- Czech Republic
- Denmark
- Estonia
- Finland
- France
- Germany
- Greece
- Hong Kong
- Ireland
- Italy
- Japan
- Latvia
- Lithuania
- Luxembourg
- Malaysia

WordPress Version: 6.0 or higher
Tested up to: 6.2.2
PHP Version: 7.3 or higher
Languages: See all 32
Tags: apple pay credit card google pay payment request stripe
Advanced View

Ratings
See all
5 stars 64
4 stars 8
3 stars 9
2 stars 5
1 star 60
Log in to submit a review.

Support

Issues resolved in last two months:

67 out of 84
View support forum

- Malta
- Mexico
- Netherlands
- New Zealand
- Norway
- Poland
- Portugal
- Puerto Rico
- Singapore
- Slovakia
- Slovenia
- Spain
- Sweden
- Switzerland
- United Kingdom
- United States
- with more being added

Stripe is a simple way to accept payments online. With Stripe you can accept Visa, MasterCard, American Express, Discover, JCB, and Diners Club cards, even Bitcoin, directly on your store.

#### WHY CHOOSE STRIPE?

Stripe has no setup fees, no monthly fees, no hidden costs: you only get charged when you earn money! Earnings are transferred to your bank account on a 7-day rolling basis.

Stripe also supports the WooCommerce Subscriptions extension and re-using cards. When a customer pays, they are set up in Stripe as a customer. If they create another order, they can check out using the same card. A massive timesaver for returning customers.

APPLE PAY SUPPORT

WooCommerce Stripe includes Apple Pay support, which means customers can pay using payment details associated with their Apple ID. Checkout is now just an authorization (Touch ID or Face ID) away on both mobile and desktop. Only supports simple, variable, and Subscription products for now. More support to come.

WEB PAYMENTS API SUPPORT

WooCommerce Stripe includes Web Payments API support, which means customers can pay using payment details associated to their mobile devices, in browsers supporting the Web Payments API (Chrome for Android, amongst others). Checkout is now just a few taps away on mobile. Only supports simple, variable, and Subscription products for now. More support to come.

## Screenshots





The Stripe payment gateway settings screen used to configure the main Stripe gateway.





Offer a range of payment methods such as local and alternative payment methods.





Pay with a saved payment method, a new card, and allow customers to save the payment card for future transactions.



Apple Pay and other Payment Request buttons can be used on the Product Page and Checkout for express checkout.

## FAQ

Does this support recurring payments, like for subscriptions?

Does this require an SSL certificate?

Does this support both production mode and sandbox mode for testing?

Where can I find documentation?

Where can I get support or talk to other users?

## Contributors & Developers

"WooCommerce Stripe Payment Gateway" is open source software. The following people have contributed to this plugin.

- WooCommerce
- Automattic
- royho
- Akeda Bagus
- Matt Cohen
- Boro Sitnikovski
- WooThemes



About
News
Hosting
Donate
Swag
Documentation
Developers
Get Involved
Learn
Showcase
Plugins
Themes
Patterns
WordCamp
WordPress.TV
BuddyPress
bbPress
WordPress.com
Matt
Privacy
Public Code
WordPress.org
CODE IS POETRY

Register
Log In
News
Download & Extend
Learn
Community
About
Get WordPress
Plugins
My Favorites
Beta Testing
Developers
Search plugins
PAYMENTS
Securely accept major cards and subscriptions payments, and manage all transactions from your store's dashboard.
PAYMENTS
WooPayments – Fully Integrated Solution Built and Supported by Woo
Download
By Automattic
Details
Reviews
Installation
Development
Support
Description
Payments made simple, with no monthly fees – designed exclusively for WooCommerce stores.
Version: 6.2.2
Last updated: 6 days ago
Active installations: 600,000+

Securely accept major credit and debit cards, and allow customers to pay you directly without leaving your WooCommerce store. View and manage transactions from one convenient place – your WordPress dashboard.

See payments, track cash flow into your bank account, manage refunds, and stay on top of disputes without the hassle of having to log into a separate payment processor.

**Manage transactions from the comfort of your store**

Features previously only available on your payment provider's website are now part of your store's **integrated payments dashboard**. This enables you to:

- View the details of payments, refunds, and other transactions.
- View and respond to disputes and chargebacks.
- Track deposits into your bank account or debit card.

**Pay as you go**

WooPayments is **free to install**, with **no setup fees or monthly fees**. Pay-as-you-go fees start at 2.9% + $0.30 per transaction for U.S.-issued cards. Read more about transaction fees.

**Supported by the WooCommerce team**

Our global support team is available to answer questions you may have about WooPayments installation, setup, or use. For assistance, open a ticket on WooCommerce.com.

GETTING STARTED

WordPress Version: 6.0 or higher
Tested up to: 6.2.2
PHP Version: 7.3 or higher
Languages: See all 6
Tags: apple pay credit card google pay payment payment gateway
Advanced View

Ratings
See all
5 stars 20
4 stars 1
3 stars 2
2 stars 3
1 star 21
Log in to submit a review.

Support
Issues resolved in last two months:
42 out of 61
View support forum

REQUIREMENTS

- WordPress 6.0 or newer.
- WooCommerce 7.6 or newer.
- PHP 7.3 or newer is recommended.

TRY IT NOW

To try WooPayments on your store, simply install it and follow the prompts. Please see our Startup Guide for a full walkthrough of the process.

WooPayments has experimental support for the Checkout block from WooCommerce Blocks. Please check the FAQ section for more information.

## Screenshots



View Transactions



View Transaction Details



Track Deposits





Manage Disputes

## Blocks

This plugin provides 1 block.

**WooPayments - Fully Integrated Solution Built and Supported by Woo**

## FAQ

What countries and currencies are supported?

Why is a WordPress.com account and connection required?

How do I set up a store for a client?

How is WooPayments related to Stripe?

Are there Terms of Service and data usage policies?

How does the Checkout block work?

## Contributors & Developers

"WooPayments – Fully Integrated Solution Built and Supported by Woo" is open source software. The following people have contributed to this plugin.

About
News
Hosting
Donate
Swag
Documentation
Developers
Get Involved
Learn
Showcase
Plugins
Themes
Patterns
WordCamp
WordPress.TV
BuddyPress
bbPress
WordPress.com
Matt
Privacy
Public Code
WordPress.org
CODE IS POETRY