# Exhibit C-3



# Everything you need to scale a global team

Deel helps thousands of companies expand globally with unmatched speed and flexibility. It's global hiring, HR and payroll in just one system.

Get Started

Used by **15,000+ businesses** from small startups to household names

Reebok    INTERCOM    Notion    Revolut    SUBWAY    reddit    Calvin Klein    Red Bull    _za

# Deel's the only HR platform with everything you need, for everyone

We're making global team management so easy, businesses don't need to think twice. Whether you want to hire contractors and employees worldwide without opening legal entities, streamline HR for your global team, or consolidate payroll for everyone —Deel does it all (while keeping you compliant).

Request A Demo





### EOR employees

Easily hire and pay employees where you don't have entities with Deel's worldwide infrastructure.



### Contractors

Work with contractors anywhere with built-in, automated invoicing, and effortless global payments.



### Direct employees

Quickly onboard and pay direct employees hired through your entities to consolidate processes.

# Build confidence in your compliance with the #1 Global HR platform

Whether you have a domestic team or a growing worldwide workforce, Deel HR is custom-built for every worker, in any country, so you can compliantly manage everyone in one place.



See Deel In Action



**G2 MOMENTUM LEADER**
Spring 2023

**EVEREST GROUP**
EOR Market Leader

**EOR MARKET LEADER**
#7 2022 Top Company

**FORBES**
Cloud 100 List 2022

## See you later 16 different HR tools

We're simplifying every aspect of managing a worldwide team, from benefits and equity to working visas and equipment. It's one platform made to get you set up compliantly in just 5 minutes.



**Use Deel HR free to manage your global team in one system**

Learn More →



**Hire or relocate team members with in-house visa support**

Learn More →



**Send equipment worldwide, without the hassle**

Learn More →



**Offer country-specific benefits at competitive rates**

Learn More →

Get A Demo



Total employer costs

⊕ Create contract

🖥 Equipment

## Enjoy the benefits of having everything in a single platform

⊘ Save on your tech stack with one HR and payroll platform

⊘ Reduce onboarding time to just 5 minutes

⊘ Eliminate errors and duplicate work with one process

⊘ Get a holistic view of employer costs, headcount and churn

⊘ Give your whole team a consistent experience

Get Started For Free

2



## Run compliant payroll for your global team in minutes

- ⊘ Pay contractors, EORs, and direct employees on autopilot
- ⊘ We handle taxes, provide benefits, payslips, and way more
- ⊘ Eliminate admin with automated contractor invoicing
- ⊘ Give your team flexibility with 15+ global payment options
- ⊘ Local, legal, tax, and accounting expertise just a click away

Get Started For Free

## There's a whole world out there. Why not hire anywhere?

Tap into the most extensive coverage on the market and hire anywhere in five minutes using our 100+ Deel entities and visa support. Yep, your talent pool just got infinite.



Explore Coverage Details

## Ways we've helped 15,000+ businesses save time, money, and resources

Employee Relocation    Global Payroll    Compliance    Merger & Acquisition    Global Hiring

### How Revolut streamlined employee



3

relocation with Deel

"Through Deel, we've been able to hire more than 150 people so far, and we have also relocated more than 10 employees to countries like the UAE and Switzerland."

— **Luka Besling, HR Manager at Revolut**

Explore Case Study →



## The reasons to choose Deel are clear

Our guaranteed top-tier service and industry-leading worldwide coverage provide peace of mind for any global team. With Deel's next-level automation and in-house infrastructure, quality always comes first for our customers.

Contact Sales To Book A Demo

### 1.25min
First response time with 24/7 in-app support

### 200+
In-house tax, payroll and legal specialists

### 100+
Deel-owned entities worldwide to hire and pay anywhere

### 86hrs
Saved by customers monthly automating HR admin

### 15+
Flexible payment methods to pay your team

### $210,000+
Of entity set up costs saved per country



**Deel HR is free for organizations of up to 200 people**

Find out how Deel can fit your budget and needs based on the growth stage of your business, the size of your team, or both.

See Pricing Details

## Get started with Deel today

Join the other 15,000+ companies managing their global teams with Deel

Request A Demo

deel.

  

**How it works**
Hire Employees
Hire Contractors
Run Global Payroll
Integrations
Open API

**Solutions**
Compliance
Payments
For Finance Teams
For Legal Teams
For Hiring Managers

**Resources**
About
Blog
Support hub
Global Hiring Guide
Partner Program

Startup
Enterprise
Deel Solutions - Spain
Deel Solutions - France

Affiliates
Case Studies
Careers
Glossary
Press
Service Status

English

© Copyright 2023. All Rights Reserved.

Disclaimer    Privacy Policy    Terms of Service    Cookie policy    Cookie Settings