Exhibit D

## In The Matter Of:

*CERTAIN PERSONS ENGAGED IN FRAUD*

---

*MATTHEW CHICHESTER*
*February 3, 2023*

---

*Mary Maslowski, CSR, RPR*
*79 West Monroe Street, Suite 1001*
*Chicago, Illinois 60603*
*312.726.7600*
*mmmrpr@sbcglobal.net*

Original File Chichester.txt
**Min-U-Script® with Word Index**

Digitally signed by Mary
Maslowski, CSR, RPR
Date: 2023.02.14 08:51:34 -06'00'

MATTHEW CHICHESTER

Page 1

```
 1              UNITED STATES OF AMERICA
                      BEFORE THE
 2       COMMODITY FUTURES TRADING COMMISSION

 3

 4

 5   IN THE MATTER OF:          )

 6   CERTAIN PERSONS ENGAGED IN )
     FRAUD AND OTHER UNLAWFUL   )
 7   CONDUCT WITH RESPECT TO    )
     DIGITAL ASSET TRANSACTIONS )
 8                              )
     (C0526)                    )
 9

10

11        The remote examination under oath of

12   MATTHEW CHICHESTER, taken pursuant to subpoena and

13   the rules of the U.S. Commodity Futures Trading

14   Commission, reported by Mary Maslowski, CSR and

15   Notary Public, within and for the County of Cook

16   and State of Illinois, taken via videoconference,

17   with the witness located in Ada, Michigan,

18   commencing at the hour of 9:05 o'clock on

19   February 3, 2023.

20

21

22

23

24
```

Page 2

```
 1  A P P E A R A N C E S :

 2
        (Appearing via videoconference)
 3      MR. ASHLEY J. BURDEN, Senior Trial
        Attorney
 4      MS. ELIZABETH M. STREIT, Trial Team Leader
        MR. MATTHEW EDELSTEIN, Investigator
 5      U.S. COMMODITY FUTURES TRADING COMMISSION
        DIVISION OF ENFORCEMENT
 6      77 West Jackson Boulevard, Suite 800
        Chicago, Illinois 60604
 7      (312) 596-0700

 8
             On behalf of the U.S. Commodity
 9           Futures Trading Commission;

10
        (Appearing via videoconference)
11      AKERMAN LLP
        BY MR. MICHAEL P. KELLY
12      750 Ninth Street, N.W., Suite 750
        Washington, DC 20001
13      (202) 824-1716
        michael.kelly@akerman.com
14      BY MS. LAUREN GODDARD
        71 South Wacker Drive, 47th Floor
15      Chicago, IL 60606
        (312) 870-8010
16      lauren.goddard@akerman.com

17
             On behalf of Matthew Chichester.
18

19

20

21

22

23  CSR License No. 084-003278.

24
```

Page 3

```
 1                I N D E X

 2   WITNESS                     EXAMINATION

 3   MATTHEW CHICHESTER

 4   By Mr. Burden               4, 67, 116, 123,

 5                               168

 6

 7   By Mr. Edelstein            31, 104, 120, 162,

 8                               195

 9

10

11           E X H I B I T S

12   CFTC EXHIBIT                FIRST REFERENCE

13   No. 1                       5
     No. 2                       5
14   No. 4                       17
     No. 5                       49
15   No. 7                       84
     No. 8                       57
16   No. 11                      88
     No. 12                      100
17   No. 16                      161
     No. 18                      183
18   No. 20                      195
     No. 22                      129
19

20

21

22

23

24
```

Page 4

```
 1        MATTHEW CHICHESTER,
 2  called as a witness herein, having been first duly
 3  sworn, was examined and testified as follows:
 4        EXAMINATION
 5  BY MR. BURDEN:
 6     Q    All right.  Mr. -- is it Chichester?
 7  Have I got that right?
 8     A    Chichester.
 9     Q    Chichester.  Mr. Chichester, would you
10  spell your name for the record, please.
11     A    Yep, it is C-h-i-c-h-e-s-t-e-r.  And my
12  name is Matthew; it's M-a-t-t-h-e-w.
13     Q    All right.  Mr. Chichester, I'm
14  Ashley Burden.  I'm joined here by Chief Trial
15  Attorney Elizabeth Streit and Investigator Matthew
16  Edelstein.  We are officers of the Commission
17  for the purposes of this proceeding.  This is an
18  investigation by the Commodity Futures Trading
19  Commission in the matter of In Re: Fraud Relating
20  to Cryptocurrency to determine whether there have
21  been violations of certain provisions of the
22  Commodity Exchange Act and regulations.  However,
23  the facts developed in this investigation might
24  constitute violations of other federal or state
```

MATTHEW CHICHESTER

Page 5

1  civil or criminal laws.
2        All right.  So prior to the record
3  we provided you through counsel with the CFTC's
4  Statement to Persons Providing Information about
5  Themselves, and we've marked that in your exhibits
6  folder as CFTC Exhibit 2.  Have you had the
7  opportunity, Mr. Chichester, to review the
8  CFTC's Statement to Persons?
9     A   Yes, I have.
10    Q   Do you have any questions about it?
11    A   No, I do not.
12    Q   All right.  And are you represented
13  by counsel here today?
14    A   Yes, I am.
15       MR. BURDEN:  All right.  And would
16    counsel for Mr. Chichester please identify
17    themselves.
18       MR. KELLY:  Sure.  Michael Kelly
19    and Lauren Goddard of Akerman, LLP are here
20    on behalf of Mr. Chichester.
21  BY MR. BURDEN:
22    Q   All right.  Mr. Chichester, would
23  you be kind enough to please open CFTC Exhibit 1.
24    A   Yeah.  That would be the subpoena,

Page 6

1  correct?
2     Q   Yeah, the subpoena that we issued to
3  you on January 17th.  Is that what you're looking
4  at?
5     A   Yep.
6     Q   All right.  Is that the subpoena
7  pursuant to which you're appearing here today?
8     A   Yep, that looks correct.
9     Q   Okay, great.  So, Mr. Chichester,
10  I want to go over a couple of quick rules of the
11  road for CFTC administrative testimony.  Then I'm
12  going to give you a roadmap of where we're going
13  today so you've got an idea of the topics we're
14  going to be looking at, and none of this should
15  be particularly surprising.  So if you need to
16  take a break for any reason, go right ahead, or
17  no reason at all, feel free to break.  The only
18  thing we ask is that you finish any pending
19  question before going on a break unless, of
20  course, you need to consult with counsel.
21    A   Okay.
22    Q   You know, I don't want to confuse you,
23  and we're going to be dealing with spreadsheets,
24  which is always confusing.  So if I ask you a

Page 7

1  question and it doesn't make sense or you're
2  confused, do you promise that you'll tell me?
3     A   Yeah.
4     Q   All right.  Another thing, we've
5  got to always respond yes, no, narratively to
6  questions, not shake our head or nod our head
7  or something like that.  That's just a reminder.
8  I'm sure your counsel talked to you about that.
9  We've got to be mindful not to talk over each
10  other.  This is something I'm going to do more
11  than you, so it's a reminder as much for me as
12  for you.
13       Unlike a deposition, pursuant to
14  the Federal Rules of Civil Procedure we have
15  unlimited time with you.  We've worked very hard
16  on our outline and we've worked very hard to get
17  the number of exhibits we need to cover with you
18  to a minimum.  We might be going -- we're going
19  to go as quickly as I think that you will let us.
20  If we need more time, then we will recall you for
21  additional testimony.  If we can get through it
22  today, that would obviously be great.
23       All right.  So great, great, great,
24  great.  So, Mr. Chichester, here is what I want to

Page 8

1  do today.  I want to cover first some foundation.
2  We're going to talk about your role at iS Risk,
3  work you might have done on the Traders Global
4  accounts.  We're going to talk very briefly about
5  iS Risk's production, which you may or may not
6  have been involved in.  We'll find out.  I want
7  to talk about the servers that iS Risk produced
8  data to us from as they relate to Traders Global,
9  the AWS servers, the Nexus servers and most
10  importantly for our purposes, the MetaTrader
11  servers.  And if we get through that broad
12  overview, we're going to lavish attention on the
13  data from the MetaTrader servers for the duration
14  of the examination.  And rather than break it
15  up by spreadsheet or dataset, I think the best
16  way to describe it for purposes of our roadmap
17  is by topic.  So we're going to focus first
18  on a general overview, then on users and user
19  information.  Then we're going to move on to
20  risk profiles, to customer trading data and then
21  finally to the STP or straight-through processing
22  related data.  So does all that make sense to you?
23    A   Yes, it does.
24    Q   I knew it would.  All right.

MATTHEW CHICHESTER

1  look into that for them but usually I don't
2  have day-to-day communications with them.  It's
3  just if they have an extra report they request or
4  a specific alert or something along those lines.
5     Q   Got it.  Well, since we're on the
6  topic, so I've seen the end-of-day reports, but
7  what are the specific reports that Traders Global
8  has requested that you've worked on, please.
9     A   Yeah, sure.  So -- and this is --
10 it's all basically due to their terms and
11 conditions which they've laid out on their
12 website, but accounts aren't allowed to copy
13 trade each other or basically run the same
14 strategy.  And so one report we send them is a
15 copy trade report that just shows, you know, like
16 duplicate trades that occurred at the same time
17 for them to basically review for violation of the
18 terms and conditions.
19        Similarly, there's a common problem
20 with like the industry where one client will go
21 like long Eurodollar at the same time as another
22 client goes short, so basically like one passes
23 the test and one fails it and like they're kind
24 of guaranteed to pass that way.  So they have a

1  reverse trader report that gets sent out to
2  them.  And also similarly to the copy trading,
3  that's kind of their use of that IP report is they
4  want me to just make sure clients aren't trading
5  from -- you know, basically not having one account
6  manager managing multiple accounts.  Everyone's
7  supposed to manage their own account.  And so
8  those are kind of the three main reports that
9  we send them, along with like the daily report,
10 which is just kind of like high-level revenue.
11    Q   Got it.  Sorry.  So, Mr. Chichester,
12 you referred to three reports.  So we have No. 1,
13 the copy trade report, right?
14    A   Yep.
15    Q   No. 2, the reverse trader report?
16    A   Um-hmm.
17    Q   Yes?
18    A   Yes.
19    Q   Yes, there we go.  And the third report
20 is what, please.
21    A   Yes, that's a daily IP report
22 that just shows accounts trading from a common
23 IP address.
24    Q   Got it, okay.  All right.  And so

1  those three reports, along with the end-of-day
2  report, those are the reports that you assist in
3  generating for Traders Global?
4     A   Yes, correct.
5     Q   All right.  So Traders Global,
6  what is your understanding of their business
7  model, if you would, please.
8     A   Yeah, sure.  So they provide
9  a subscription-based service where clients pay
10 a fee to pass basically trading tests based on
11 the requirements on the website.  And if they
12 successfully pass it, they earn an account on the
13 live server that has, you know, capital supplied
14 to them by Traders Global that they then are
15 allowed to trade on and then keep a percentage
16 of the profits.
17    Q   All right.  So what's your basis for
18 that understanding, please.
19    A   We host the demo server for
20 them and the live server and, yeah, just from
21 working with like the databases and also just
22 like reviewing their website is how I know that
23 information.
24    Q   Got it.  So when you say reviewing

1  their website, you've reviewed the Traders Global
2  website?
3     A   Yes.  Not thoroughly, but I've
4  visited it, yeah, and seen the generic outline
5  of it.
6     Q   And, actually, that website is called
7  myForexFunds.com, right?
8     A   Yes, correct.
9     Q   Got it, got it, got it.  All
10 right.  So, Mr. Chichester, you talked about
11 how iS Risk hosts Traders Global's live server and
12 demo server.  What do you mean by that, please.
13    A   Yeah, sure.  So when you purchase a
14 server from MetaQuotes, which is the company that,
15 yeah, designed and owns MT4 and MT5, you receive
16 both a live server and a demo server and we host
17 those in an environment -- a hosting environment.
18 Basically these servers are an application that
19 gets installed into, you know, program files,
20 like another similar program and then runs off
21 of a Windows service that you can then, you know,
22 restart and keep the servers running.  And so we
23 work with hosting providers to host those servers,
24 and that's effectively like where the application

MATTHEW CHICHESTER

Page 37

1 is a 32-bit application and it does have like
2 memory constraints and it does get overloaded.
3 So just due to the number of accounts, they
4 require more demo servers than live servers
5 because they all start on the demo servers.
6    Q    Okay.  And all these servers are
7 physically located in this LD -- was it LD5 you
8 said I think, is that correct?
9    A    Yes, that's correct.
10    Q    Okay.
11       MR. KELLY:  If I could just
12    interject quickly, you may want to look
13    at the whole spreadsheet, just to make sure
14    the record's clear, that you see all the
15    databases you're asking about.
16       THE WITNESS:  I mean, yeah, it
17    looks accurate.
18       MR. KELLY:  I just wanted to make
19    sure the record was clear on that, that he
20    looked at everything.
21 BY MR. EDELSTEIN:
22    Q    Okay.  So what is MetaTrader?
23 Could you describe for me, you know, what it is,
24 what it does, to the best of your understanding?

Page 38

1    A    Yeah, no problem.  So MetaQuotes
2 is the company that owns MetaTrader and typically
3 we just refer to it as MT4 or MT5.  They're
4 technically two different applications.  MT5 is
5 the newer one.  They came out with it to be more
6 of a multi-asset platform that's more compatible
7 with shares and other instruments.  There's
8 just more functionality there.  They also kind
9 of beefed it up so it didn't have the memory
10 constraints that MT4 has.  It's more or less
11 the newer version, but MT4 is still very popular
12 with clients and so most brokers we work with
13 end up having both a MetaTrader 4 server and
14 a MetaTrader 5 server.
15    Q    And earlier you had said that when
16 a TGG customer is using MetaTrader, they see the
17 best bid and the best offer price.  Is that how it
18 works for everyone who's using MetaTrader --
19    A    To the best of my --
20    Q    -- or is that specific --
21    A    Well, to my understanding, I mean,
22 yeah, there's just one market watch that shows the
23 symbol and the price.  I believe you can configure
24 MT5 where, like you were saying, I think you can

Page 39

1 see like the depth for when you click on it like
2 for volume for different pricing, but for MT4 they
3 don't have that by default.
4    Q    Okay.  And what types of products can
5 you trade on MT4 and MT5?
6    A    To my knowledge, anything you
7 can basically get a price feed for.  They have
8 various configurations, such as like CFD futures
9 and FX.  And so as long as you can basically get
10 them to calculate correctly, they should be
11 tradable.  But, yeah, generally the most common
12 ones, it's just forex, you know, basically the
13 majors.  Some do provide shares or stocks or
14 equities, however you want to refer to it.  Some
15 offer crypto and then, you know, CFDs, which is
16 usually the indices or oil or the products like
17 that, and those are the most common for the
18 industry.
19    Q    Okay.  So I think it would be
20 helpful to go through those in a little more
21 detail.  When you say forex, what do you mean?
22 Are you talking about cash forex or are you
23 talking about --
24    A    I'm talking about spot forex,

Page 40

1 so Euro/dollar, pound/dollar, dollar/yen.
2 Basically the common traded currencies.
3    Q    And are those traded with leverage?
4 Are they futures?  Are they --
5    A    Yeah.
6    Q    -- what exactly?
7    A    Yeah.  It's typically traded with
8 leverage where the clients post margin for it.
9    Q    Okay.  And are there standard,
10 you know, contract sizes or does it, you know,
11 depend on your liquidity provider?
12    A    I will say for currencies the standard
13 contract size is 100,000.  That's basically almost
14 the only thing people use.  For the other products
15 it can differ depending on the liquidity provider
16 and also just how they want to configure their
17 platform.
18    Q    Okay.  So that's the -- and aside
19 from forex, you mentioned shares.  Are you talking
20 about individual, you know, equity securities?
21    A    I'm talking about, yeah, Amazon
22 or Google or, yeah, products along those lines.
23    Q    Okay.  And what -- aside from
24 forex and shares, generally are there other types

MATTHEW CHICHESTER

Page 41

1  of products that MetaTrader offers trading in?
2    A    Yeah.  CFDs, which is usually
3  like if you wanted to trade the Dow or, you
4  know, the German 30 or an index such as that,
5  those are typically what is provided with CFDs.
6  Also like spot oil and like Brent, there's other
7  products like that.  Gold is another -- I mean,
8  metals is another product that's commonly traded.
9  It's usually just gold and silver because those
10  are spot products that usually you can get from
11  the same liquidity provider that provides
12  currencies.
13    Q    And what does CFD stand for?
14    A    Contact -- or contract for difference.
15    Q    And what does that mean?
16    A    Basically -- yeah, it's a tough thing
17  to explain off the top of my head, but it's more
18  or less just a tradable product.  But that's what
19  it's referred to when it's, you know, not usually
20  a currency and it's another product.  But, yeah,
21  I'd probably struggle to give like a really good
22  definition.
23    Q    And to the best of your knowledge,
24  are these all cash-settled instruments?

Page 42

1    A    Yes, I believe so.
2    Q    Okay.  So these MetaTrader servers
3  that are used by TGG, who actually owns them?
4    A    Well, so TGG would be the one paying
5  MetaQuotes for the servers.  So I would say, yeah,
6  they have ownership.
7    Q    Okay.  So they essentially purchase
8  the server to use with MetaTrader.  And then is
9  there some kind of like ongoing licensing fee to
10  keep that server in operation?
11    A    Yeah, I'm -- I know it's a
12  one-time fee.  And when I say -- there's maybe
13  some slight confusion between like server and
14  like the MetaTrader application.  So what you're
15  actually buying is like the trading platform from
16  MetaQuotes but then we, you know, we supply like
17  the hosting servers where that actually like sits
18  on.  But like to actually have -- like if you want
19  to be a broker that provides MetaTrader, you're
20  buying the MT4 application from MetaQuotes and,
21  yeah, it's usually a one-time fee.  I'm not
22  really sure if there's a yearly fee at this point.
23  They've adjusted their billing structures quite
24  a few times over the years.

Page 43

1    Q    Okay.  And who has access to these
2  MetaTrader servers?
3    A    Generally our infrastructure teams.
4    Q    Okay.  Does Traders Global have access
5  to these servers?
6    A    Where the actual like application
7  like lives, like where the actual program is
8  running, we have given access to some of our
9  clients.  I am unsure if we've given it to Traders
10  Global, but that is something we have provided
11  before.
12    Q    Okay.  Back to the question of the
13  live servers and the demo servers.
14    A    Yep.
15    Q    What does live mean for Traders
16  Group Global?
17    A    So MetaQuotes like marks their
18  servers as demo and live because they don't
19  want you using a demo server for production,
20  more or less, so that's why I referred to them
21  that way.  But in the specific case of Traders
22  Global demo refers to the -- I believe on their
23  website they call it like Phase 1 and Phase 2.
24  It's more or less like the trial accounts where

Page 44

1  you're trying to pass the trading test, and
2  then the live server would be where the actual
3  like account where you're eligible for sharing in
4  your trade profits is created.
5    Q    Okay.  So it sounds like you're
6  saying the live server is for the customers
7  who have passed the test, you know, the trading
8  test that is provided on the Traders Group Global
9  service, and then they're funded I guess is
10  another term that's used?
11    A    Yes, that's accurate.
12    Q    Okay.  So how does someone
13  actually transition from the demo server to
14  the live server?  You know, who determines like,
15  you know, it's time for that person to do that?
16    A    Yeah.  It's all automated but, yeah,
17  I'm not very like privy to that process.  It's
18  either done through like something through their
19  website or, yeah, or another piece of technology.
20  I just know it's automated but, yeah, I don't know
21  the specifics of how, yeah, it all ends up like
22  opening up that way.
23    Q    Okay.  Do you know, does a customer
24  get like a new account number or is it just that

MATTHEW CHICHESTER

Page 45

1 they, you know, get moved to this different
2 environment?
3     A    It's a new account number on the
4 live environment.  To elaborate, most companies
5 are -- with multiple trade servers, including demo
6 and live, are very careful not to have an overlap
7 in number sequences just because it creates a
8 headache for their CRMs and their websites.
9 So they are issued like a brand new account
10 with a different account number when they go
11 to the live server.
12     Q    Okay.  So it's an automated
13 process to pass the test and then if you pass
14 the test, you get moved to this new environment.
15 Then you're given a new account number and that
16 is also, to your knowledge, an automated process?
17     A    Yep.
18     Q    Okay.  So on the demo server
19 is there a counterparty to any of these trades
20 or is it a completely simulated environment?
21     A    It's a completely simulated
22 environment.  To my knowledge, I don't think
23 they've STP'd a single trade on the demo server.
24     Q    Okay.  And how about on the live

Page 46

1 server?
2     A    Yeah, on the live server they
3 have both accounts on B book and A book.  And
4 when I say A book, I'm referring to the trades
5 being STP'd.
6     Q    Okay.  So A book means that
7 a trade is going to a third-party counterparty,
8 is that right?
9     A    Yes.
10     Q    And what does B book mean?
11     A    That means it's internalized
12 on the platform in the same way.  That's how
13 all the demo orders are processed.
14     Q    Okay.  So if you're on the live
15 environment, you passed the test and you're
16 now a funded trader, help me understand.  Your
17 trades, is it -- are they always going to be
18 STP'd, you know, because when I think of the word
19 live, I think of, you know, like a real market --
20     A    Um-hmm.
21     Q    -- or is it sometimes going to be
22 B booked?
23     A    It's sometimes B booked, sometimes
24 A booked.  It's -- on the live server it does not

Page 47

1 mean they are automatically STP'd.
2     Q    Okay.  Just before we move away
3 from the servers and the production lists, I
4 just have one more question about it.  There's one
5 server, the demo_mt4_04 server.  It doesn't seem
6 to have any data, or at least, you know, nothing
7 of substance.  Is there a reason for that?
8     A    Yeah, I believe they just haven't
9 started onboarding customers there.  I believe
10 they just proactively purchased that for when
11 their first three servers start to run out of
12 room.  But, yeah, to my knowledge, I don't think
13 any customers have been onboarded there yet.
14     Q    Okay.  And it seems like MT5
15 servers, there's generally not as much volume.
16 Could you help me understand why that might be?
17     A    That platform was introduced later for
18 them.  I can't recall the date.  I believe it was,
19 you know, four or five months ago or something,
20 but it's also just a less popular platform in the
21 industry.  Clients generally prefer MT4 over MT5,
22 and it's not uncommon in our industry to have
23 lower volumes and lower activity on MT5 instead
24 of MT4.

Page 48

1     Q    Despite MT5 being like the newer
2 enhanced version, it just hasn't really caught on?
3     A    Yeah.  I think MT -- or MetaQuotes
4 has been a bit disappointed in that.  Ultimately
5 if you're a trader, I feel like you get
6 comfortable with a platform you like and you're
7 pretty hesitant to change, especially when your
8 financial livelihood is involved.
9     Q    And just one more thing before
10 moving on.  So I just want to clarify that the
11 term A book is equivalent to STP, which means that
12 a trade is passed on to a third-party counterparty
13 and B book means -- would you just clarify exactly
14 what that means?
15     A    Yeah.  B book means it does not go
16 to a counterparty.  It -- the trade is basically
17 the live, the duration of -- that's just within
18 the platform.  It's internalized it.  I guess you
19 could say it effectively goes nowhere.
20     Q    So what happens?  I mean, if
21 the trade is internalized, does that mean that
22 Traders Group Global essentially has the opposite
23 position from the trader who executed the trade?
24     A    I would say that would be true

MATTHEW CHICHESTER

Page 49

1   if it was the customer's own money that they
2   had deposited.  But, yeah, generally speaking,
3   yeah, when a client is B book in the FX industry,
4   it would mean the broker is taking the opposite
5   side of it.
6      Q    Okay.  So I'd like to take a look
7   at Exhibit 5 now.
8      A    One moment, please.  Sorry about that.
9   I am not great with Mac computers.  I typically
10  use Windows.
11     Q    No problem.
12     A    Okay.  I have it up now.
13     Q    Okay.  So could you tell me what
14  we're looking at?  What is the MT4 users file?
15     A    Yep, sure.  So MetaQuotes when you
16  purchase an MT4 trading application -- notice I'm
17  saying application now instead of server because,
18  yeah, it's important to differentiate.  Normally
19  when you say server, it could be like where it's,
20  you know, actually sitting.  I'm referring to
21  the application.  But, anyway, they provide an
22  application called the report server and what
23  that does is it takes all of the data from the
24  platform and dumps it to these default tables

Page 50

1   that they generate.  So MT4 trades and MT4 users,
2   in this case you're referring to MT4 users, those
3   are all default values generated by the MetaQuotes
4   reporter server application and it's effectively
5   a dump of the information from the MetaTrader 4
6   platform.
7      Q    Okay.  So is this file, MT4 users,
8   is one of these created every day or does this
9   file kind of get updated as time progresses?
10     A    It gets updated.  So when you set
11  up the report server, it automatically generates
12  these tables in the MySQL database location that
13  you specify.  And those tables, you know, they're
14  constantly updated but, yeah, they're never newly
15  created.  They're just basically created on
16  initial setup and then they get updated.
17     Q    Okay.  So how do they get updated
18  or how --
19     A    It's the -- yeah, sure.  It's the
20  report server application that's doing it.  It
21  runs like syncing and it communicates with the
22  MetaTrader 4 application and then it just -- it
23  writes the data.  If a client deposits money,
24  there's a balance field in this MT4 users that

Page 51

1   will get updated.  It's not always exactly in
2   real time.  I think sometimes -- I think -- it's
3   outside of my area of expertise, but I'll explain
4   to the best of my knowledge.  It more or less
5   waits for, you know, an adequate amount of data
6   before it runs an update but it's usually within,
7   you know, I would say less than a minute.  But,
8   you know, whenever there's something that occurs
9   where these values change, let's say they change
10  a client's group, let's say they update their
11  address, then, yeah, this table will be updated
12  by that report survey application that MetaQuotes
13  provides.
14     Q    Okay.  So it looks like there
15  are entries -- and I'm just inferring, you
16  know, based on some of the values I see -- but
17  it looks like there are entries in this table that
18  correspond perhaps to customers and to, you know,
19  admins or managers --
20     A    Yep.
21     Q    -- that seems to relate to the
22  group column.  Could you tell me just what that
23  group column is?
24     A    Yeah, absolutely.  So the group

Page 52

1   column -- so you can change these in both the
2   MT4 manager application, which is basically the
3   broker side, you know, kind of run your brokerage
4   application.  There's also an admin, which is
5   more like symbol configuration stuff.  But both
6   of those you can change a client's group in.
7   Manager, which you'll see at the top of this
8   exhibit, that's more or less a login for people
9   that are allowed to log into that MT4 manager
10  and basically see like the overall trades flowing
11  and things like that.  But then there's other
12  groups like data center, we've been over those.
13  Those actually require like a login to have like
14  the server communicate with each other.  That's
15  what that group's for.  And then like you'll
16  see various like TGG-CON groups and stuff like
17  that.  Those are different groups that they will
18  put clients into.  And like the base currency
19  of an account, so if they're funding in USD
20  or pound/dollar, that's configured on a group
21  level too.  So it's basically the type of like
22  access and, you know, kind of how they're working
23  with the servers, what those groups are for.
24     Q    Okay.  So the groups are created --

MATTHEW CHICHESTER

Page 65

1  potentially having additional column headings
2  for the user spreadsheet, is that right?
3      THE WITNESS: Yeah.  If you'll
4  allow me to look at Exhibit 21, it looks
5  like you have there -- and I could verify
6  for sure -- but, you know, some stuff like
7  login.  I know like groups is technically --
8  there's -- so MT5 introduced an accounts
9  table as well where you have to kind of
10  reference that a little bit too.  They did
11  kind of split up the information a little
12  bit differently so there is a lot of overlap.
13  But, yeah, there are ultimately like
14  different columns with MT5 users versus
15  MT4 users.
16      MR. BURDEN: Well, let me just --
17  the question I wanted to ask -- and thank
18  you for that.  It's tremendously helpful.
19  But do the column headings that are the same
20  in MT4 and MT5 user tables, do they mean the
21  same thing in both tables?
22      THE WITNESS: Yeah, usually.  And,
23  you know, we provided a data dictionary
24  for both like where MetaQuotes lists exact

Page 66

1  definitions.  But like login, yes, that's
2  going to be exactly the same, group's going
3  to be the same, REGDATE should be the same.
4  So, yeah, I'm not aware of them like just
5  changing names.  Like the -- it should be
6  the same.
7      MR. BURDEN: Got it.  Sorry, Matt.
8  Back to you.
9  BY MR. EDELSTEIN:
10      Q   I think we were pretty much done.
11  I'm just looking at this one thing.  I wanted
12  to just make sure that I ask you what is your
13  understanding of the column leverage.
14      A   Yeah, that's the account leverage
15  there on -- so like it says 200.  That would
16  indicate 200 to 1, which I believe the math is
17  half a percent or if they're on 100 to 1, that
18  would indicate they're on a 1 percent leverage.
19      MR. EDELSTEIN: Okay.  All right.
20  Ash, I think we're all set on this table.
21  So perhaps now would be a good time to take
22  a little break.
23      MR. BURDEN: Great.  Well, let's
24  break, if we could, and could we come back

Page 67

1  at 10:40?
2      MR. KELLY: Yes, that will work.
3      MR. BURDEN: All right.  Thanks
4  very much.  Could we go off the record,
5  please, Mary.
6          (Whereupon a recess was taken
7          from 10:26 a.m., to 10:45 a m.,
8          after which the following
9          proceedings were had:)
10      MR. BURDEN: Back on the record.
11      FURTHER EXAMINATION
12  BY MR. BURDEN:
13      Q   All right.  So, Mr. Chichester,
14  I want to go over a couple of things with you
15  that my colleague summarized for me off the record
16  just to make sure I got it all straight.  So the
17  MetaTrader servers that Traders Global has can
18  really be divided into two categories.  There are
19  the live servers and the demo servers, is that
20  right?
21      A   Yep.
22      Q   All right.  And so the ones that
23  are labeled isra_tradersglobaldemo 1 through 4,
24  you know, those are the MetaTrader 4 demo servers,

Page 68

1  right?
2      A   Yep.
3      Q   And there's one demo server for
4  MT5, right?
5      A   Yeah, correct.
6      Q   And that's because nobody likes MT5,
7  right?
8      A   To put it loosely, yeah, kind of.
9      Q   All right.  MT4 is just the more
10  popular product, right?
11      A   Yep.
12      Q   All right.  So these demo servers,
13  these are servers where Traders Global's customers
14  are trading until they pass the trading test,
15  is that right?
16      A   Yeah, that's correct.
17      Q   All right.  And once a customer
18  of Traders Global passes that test, they are
19  assigned a new account number and they then
20  trade on the "live server," which is titled
21  isra_tradersglobal_mt4_01, correct?
22      A   Yes, that is correct.
23      Q   All right.  So the customers on
24  the live server, with the exception of a small

MATTHEW CHICHESTER

Page 69

1  number of traders who are STP'd, the majority
2  of those customers are B booked, is that fair
3  to say?
4      A    Yeah, that is fair to say.
5      Q    And B booked means what, please.
6      A    We also refer to it as being
7  internalized, but basically the lifetime of
8  the trade is just within the platform.  It never
9  goes to a counterparty.  All the processing and
10 stuff is just within the MetaTrader application.
11     Q    Got it.  So if the trade never
12 goes to a counterparty on those live servers,
13 who does it go to?
14     A    I guess you would consider
15 Traders Global the counterparty, like taking
16 the other side of it.  I think it's a little murky
17 with like them, like Traders Global also supplying
18 like the funds for these accounts.  But, yeah, I
19 mean, ultimately it's basically the broker taking
20 the opposite side and taking the risk against
21 the account.
22     Q    But when you say broker, you're
23 referring here to Traders Global, right?
24     A    Yes, yeah.  When I say broker, yeah,

Page 70

1  I mean Traders Global.
2      Q    All right.  So you just now
3  talked about it being a little bit murky
4  because Traders Global supplies the funds.  The
5  funds you're referring to that the customers get,
6  where are those funds maintained?
7      A    I'm not sure on the Traders
8  Global side.  It's -- yeah, I just see it kind
9  of like de-balanced in the MT4 trade server, but
10 ultimately that's not the client depositing that
11 money.  It's -- ultimately I guess you would say
12 it belongs to Traders Global.
13     Q    It sounds to me like Traders Global
14 doesn't deposit money for clients to trade.  It
15 sounds like the funds that the customers are
16 trading are sort of a book entry.  Have I got
17 that right?
18     A    Yeah.  I don't know what they do
19 on their own back end, but that would probably be
20 my understanding of it.
21     Q    Got it.  And the Traders Global servers
22 you said are in London?
23     A    Yeah, they're in LD5.
24     Q    And are those Traders Global

Page 71

1      servers licensed by -- strike that.  I think I
2  just said it wrong.  Are those MetaTrader servers,
3  are they licensed by Traders Global?
4      A    Yeah, I believe so.  I believe they
5  were purchased from MetaQuotes, the actual like
6  MetaTrader application form.
7      Q    Got it.  And iS Risk can log into those
8  MetaTrader servers, right?
9      A    Yeah, to -- just to kind of
10 clarify, yeah, like the application, like
11 which actually does like all the trading, the
12 actual program that gets installed, that's what's
13 purchased from MetaQuotes.  But then there's like
14 a hosting environment which you could also like
15 call a server, and that's like we help supply the
16 hosting environment for like that application
17 to be installed on, if that helps clarify.
18     Q    So when you say hosting environment,
19 is that like a big computer that exists somewhere?
20 What is that?
21     A    Yeah, it's a big computer somewhere
22 where it's just physically installed.  And, yeah,
23 it's another company that we purchase that like --
24 that lease from or, yeah, I'm not sure of the

Page 72

1  company off the top of my head.  But, yeah, that's
2  kind of how the infrastructure works.
3      Q    Okay.  So I'm a little bit confused
4  then as to what happens in London.
5      A    Okay, yeah.
6      Q    What happens in London?
7      A    It's just the -- that's where
8  the computer that the MetaQuotes application
9  is installed on.  It's just like that, you know,
10 virtual -- they call it a virtual machine.  But,
11 yeah, that's basically where the actual trade
12 server I guess you would say is installed.
13     Q    Got it.  So the hosting environment
14 that you described, do you know where that is,
15 where those computers are located?
16     A    Yeah.  All I know is it's LD5,
17 but it's a very common location for a lot of
18 like trade server hosting.  I think if you Googled
19 it, it would probably be a top search with the
20 address and everything.
21     Q    Okay.  So iS Risk can log into these
22 computers that run the MetaTrader application for
23 Traders Global, right?
24     A    Yes, correct.

MATTHEW CHICHESTER

Page 73

1 　 Q 　 So when iS Risk is doing that,
2 when their people are doing that, where are
3 they doing that?
4 　 A 　 We're using like an RDP session
5 to remote into that basically, quote, server
6 in London to, yeah, basically get in there and
7 operate it and really -- go ahead.
8 　 Q 　 When you guys at iS Risk are
9 logging onto the servers that run the MetaTrader
10 application for Traders Global, you're doing that
11 in Michigan, right?
12 　 A 　 Yeah.
13 　 Q 　 And so I want to switch gears
14 and go back to this live versus demo server
15 a bit, if we could.  So when a customer passes
16 his or her trading evaluation on the demo server
17 and then gets to trade on the live server, that
18 happens automatically, right?
19 　 A 　 Yeah, correct.
20 　 Q 　 So is there a computer program that
21 does that?  Like how does that happen?
22 　 A 　 Yeah, there's a -- I'm not sure
23 which one it is but it's something that Traders
24 Global pays for and I believe it coordinates with

Page 74

1 their website to, you know, track the account
2 opening and all the different things, but I'm not
3 familiar with the program.  It's just something
4 that, you know, happens automatically that Traders
5 Global pays for.
6 　 Q 　 Do you know who they pay?
7 　 A 　 I know they used Forest Park
8 for a lot of their technology, and I believe it's
9 them that helps with that.
10 　 Q 　 Forest Park?
11 　 A 　 Yes.
12 　 Q 　 That's the name of a company?
13 　 A 　 Yeah.
14 　 Q 　 Are you aware of the -- do you
15 know anybody who works there or the names of
16 the principals?
17 　 A 　 I do not.
18 　 Q 　 Do you know where Forest Park is
19 located?
20 　 A 　 I believe it might be Florida but,
21 yeah, I do not know for certain.  I don't have a
22 lot of interaction with them.
23 　 Q 　 Got it.  So we noticed that the MT4
24 Demo 4 server doesn't really have much, if any,

Page 75

1 data in it.  Do you know why that is, please.
2 　 A 　 Yeah, it's because they kind of set
3 that up proactively ahead of time in preparation
4 for -- ultimately these servers do kind of run
5 out of room.  So it's just to be scaleable in case
6 their Demo 1 through 3 gets kind of up to capacity
7 and they need to start onboarding to Demo 4.  But,
8 yeah, to my knowledge, I don't think they've
9 opened up any accounts there yet.
10 　 Q 　 Got it, thanks.  And I know I'm
11 jumping around a little.  You'll have to forgive
12 me.  You had talked a little bit about leverage
13 that are applied to these accounts.  Does every
14 customer account have leverage applied to it?
15 　 A 　 To my knowledge, yes.  We've gone
16 over the MT4 users table and there is a Column V,
17 Leverage, and that indicates what leverage the
18 account was on.
19 　 Q 　 And who decides what leverage an
20 account is on?
21 　 A 　 That's up to Traders Global and
22 I believe it gets set on the account opening.
23 So kind of when they pass the trading test on the
24 account opening, they get put into a group and the

Page 76

1 leverage is assigned at that time.
2 　 Q 　 Got it.  And the contracts that
3 are being traded by customers at Traders Global,
4 are they cash settled?
5 　 A 　 I'm not sure if I can answer
6 that accurately.  I believe they are but, yeah,
7 I don't -- I'm not super familiar with that term,
8 so I'm not sure.
9 　 Q 　 Okay, I'll tell you what.  Well,
10 let me ask you this way, right?  So one of the
11 products that, you know, you can see traded by
12 Traders Global customers is like a dollar/bitcoin
13 pair, right?
14 　 A 　 Um-hmm.
15 　 Q 　 Yes?
16 　 A 　 Yeah, correct.
17 　 Q 　 Very good.  Would you be kind
18 enough, please, instead of saying like yup just
19 to say yes?  I understand yup.  I say it myself.
20 Occasionally I just grunt.  But for the record,
21 if you would, please.  Thank you.
22 　 　 So the U.S. dollar/bitcoin pair,
23 if a customer enters into such a contract, if
24 they go long on bitcoin, when they close out the

MATTHEW CHICHESTER

Page 77

1 contract is somebody going to give them bitcoin?
2    A    No, it would be converted by
3 the MT4 platform to USD or whatever the base
4 currency of the account is.  I believe all of
5 their live accounts are in U.S. dollars.  But,
6 yeah, that does -- I kind of see what you're
7 saying.  Yes, that does -- basically adjusts the
8 balance and convert it to U.S. dollars right away.
9    Q    Got it.  So to ask the question a
10 different way, to your knowledge with respect to
11 the various commodity contracts that are traded by
12 Traders Global's customers, do they ever actually
13 get that commodity delivered to them?
14    A    No.
15    Q    All right.  And when Traders
16 Global customers are trading, buying and selling,
17 do any of those trades, do any of them go to an
18 exchange?
19    A    If they're on STP, yeah, they
20 will typically going to CDO, which I referred
21 to as a liquidity provider.  I believe, yeah, you
22 would refer to it as probably an exchange as well.
23    Q    I don't know that I would.
24    A    Okay.  That could be --

Page 78

1    Q    But, no, but I'm -- I don't take
2 any issue with your answer.  I just can't commit
3 to characterizing CDO markets that way.
4    A    Okay.
5    Q    So is it fair to say that for
6 customer trading that is not in the category
7 of STP -- well, let me ask this a different way.
8 I'm sure your able counsel is shaking their heads
9 at my questions but too polite to do it in a way
10 that I can see.  But --
11        MR. KELLY: No, we're fine.
12 BY MR. BURDEN:
13    Q    For customers who are trading on the
14 live server, other than those on STP, are those
15 trades sent to an exchange?
16    A    No.  I would say they're -- we've
17 referred to the term internalized but, yeah, they
18 do effectively kind of go nowhere.
19    Q    Got it.  So let's talk a little
20 bit about CDO markets.  You mentioned that
21 customers who were on STP -- and that stands for
22 straight-through processing, right?
23    A    Yes.
24    Q    So customers who are on STP,

Page 79

1 their orders go, to a greater or lesser extent,
2 to a firm called CDO Markets, right?
3    A    Yes, correct.
4    Q    What is CDO Markets?
5    A    I'm not too familiar with them
6 because not many of our other clients use them.
7 Before they -- myForexFunds moved from to use
8 us hosting their servers and helping them with
9 technology, that's who they were using and they've
10 just been using them since.  But to be honest, I'm
11 not overly familiar with them as a company other
12 than them providing pricing and having a margin
13 account where you can clear trades at.
14    Q    Got it.  Well, I won't ask you
15 a lot more detailed questions about CDO Markets,
16 though.  Have you ever talked to anybody over
17 at CDO Markets?
18    A    I have not.  I just know they
19 have a margin account there.  But, yeah, Traders
20 Global's never given us access or any information.
21 I have no idea even how much money they have
22 there.
23    Q    Got it.  So you just said that you
24 referred to CDO Markets as a liquidity provider.

Page 80

1 What does that mean, please.  What is a liquidity
2 provider?
3    A    To me in the industry, I refer
4 to that as a company that provides pricing to
5 trade on.
6    Q    Got it.  All right.  And you
7 know what would be great?  You talked about the
8 industry.  What is the industry?  If we were in
9 an elevator and I was like, hey, what industry are
10 you in, what would you say, please.
11    A    I would probably say the forex
12 industry.  So foreign exchange and primarily
13 referring to the trading of currencies and gold.
14    Q    Got it.  All right.  So these
15 customers of Traders Global, when they see
16 pricing, that pricing comes from CDO Markets,
17 correct?
18    A    I'd have to check with the bridge
19 team because I know they've been in the process
20 of trying to paper with iS Prime.  But, yeah, I do
21 know it was -- should have been CDO at the time of
22 this.
23    Q    Got it.  And when customers of
24 Traders Global are, you know, they're logged

MATTHEW CHICHESTER

Page 89

1  side there's a login number.  Do you see that?
2      A    Yes.
3      Q    So is that login number the same
4  login number that we would see on the MetaTrader
5  live server users spreadsheet?
6      A    Yes, correct.
7      Q    Got it.  And for each of these
8  accounts, Column B that says Book shows what
9  profile the customer or the account was assigned
10  to at the time that this was produced by iS Risk?
11      A    Yes.
12      Q    Got it, okay.  So this reflects
13  that there are five profiles, or at least there
14  were five profiles when this was produced by
15  iS Risk and those profiles are 100%STP, 30%STP,
16  Flat Scalping, Scalping and Scalping 2.  Have
17  I got that right?
18      A    Without me doing a like remove
19  duplicates and, you know, in this spreadsheet
20  I can't say for certain but, yes, that does sound
21  accurate.
22      Q    Okay.  I mean, if you want to do
23  it, just add a filter and then, you know, click
24  on the filter and you'll see that those are the

Page 90

1  five unique entries.
2      A    Yep, that looks correct to me.
3      Q    Very good, thank you.  So are you
4  familiar with these profiles, what they mean, what
5  they do for Traders Global?
6      A    I have a general idea, but I'm
7  not familiar with the exact settings of each one.
8  But, yes, I do have a general idea.
9      Q    Got it, okay.  So let's see
10  how far we can go with your general idea.  So the
11  100%STP profile, what does that do, please.
12      A    Yeah, that would mean 100 percent
13  of the order is sent to CDO.  So if they trade
14  100,000 in Eurodollar, which what their contract
15  says, that would be 1 MT4 lot.  That would mean,
16  you know, 100,000 was sent to CDO.  Similarly, the
17  30%STP would be a percentage of that.  So if they
18  traded 100,000, 30,000 would be sent.
19      Q    So what's the purpose of sending
20  30 percent of a customer's orders to CDO Markets?
21  Like do you have an understanding of why Traders
22  Global does that?
23      A    My understanding would be they still
24  want to more or less take risk against 70 percent

Page 91

1  of the order but not be liable for 30 percent
2  of the profit change at CDO.
3      Q    Got it.  So what is -- well,
4  I guess you've explained it.  For the sake of
5  the record, if you'd be kind enough to please
6  explain what is the -- like why would Traders
7  Global -- let me ask it different.
8          Do you have an understanding of why
9  Traders Global wants for certain customers all of
10  their orders to go to CDO?
11      A    I would assume it's because they
12  expect them to remain consistently profitable,
13  and so it's their way of managing risk on their
14  books.
15      Q    Got it.  And what's your basis for
16  that understanding?
17      A    Because ultimately the money that
18  these accounts are trading on, or the book entry
19  as we termed earlier, when it gets sent to CDO
20  that's, you know, their money that they post at
21  CDO.  So if they send a trader there and the
22  trader loses 30 grand, CDO -- or Traders Global
23  would then lose 30 grand and vice versa as far
24  as profit as well.

Page 92

1      Q    So -- and I guess I should have
2  asked.  The profiles themselves, 100%STP, 30%STP,
3  Scalping, Flat Scalping, Scalping 2, who came
4  up with these?
5      A    This was under the guidance
6  from Traders Global, Josh if I'm going to be
7  specific.  And we're pretty good about having them
8  send us an email with the instructions for what
9  configurations they want but, you know, generally
10  speaking, Traders Global gave us the parameters
11  for these.
12      Q    So the Scalping and Scalping 2,
13  what do they do, please.
14      A    There are -- so per the instruction
15  for Traders Global, they do have us send them
16  a daily alert that lets them know like clients
17  who have an average trade time that's held for
18  less than two minutes.  And then, yeah, the
19  instruction is to assign them to a scalping
20  profile which has a slight delay on the execution
21  to make sure they're not taking advantage of
22  deficiencies with the MT4 platform and its
23  pricing.
24      Q    Got it.  So what's the difference

MATTHEW CHICHESTER

Page 93

1  between Scalping 1 and Scalping 2?
2      A    I'm not sure off the top of my
3  head, but I believe it's the next exhibit, the
4  risk without the underscore between profiles like
5  where it's all one word.  And that does actually
6  show what the settings are of these profiles.
7      Q    Got it.  I mean, is it fair to say
8  that one of the scalping profiles sort of imposes
9  more delay than the other?
10      A    Yeah, that is likely the case.
11      Q    Okay.  And do the scalping profiles
12  also include slippage settings?
13      A    I'd have to look at the profile,
14  but they're -- I believe one of them does have
15  basically volume tiers.  It's to -- that depth
16  we talked about earlier.  It's to simulate that
17  where if they trade above -- I'm just using an
18  example but let's say 10 lots in Eurodollar.
19  Yeah, I believe there's a price adjustment in
20  the profile to simulate that depth of market.
21      Q    Got it.  You mentioned just
22  now that the scalping profiles inject a delay
23  or delay execution of customer orders, is that
24  right?

Page 94

1      A    Yes, correct.
2      Q    All right.  And you said that
3  that was to prevent them from taking advantage
4  of MetaTrader?
5      A    Yeah.  I can elaborate on that.
6      Q    Please.
7      A    So, yeah, the MT4 server does
8  get a little overloaded.  And so sometimes during
9  fast-moving quotes around news or it could be
10  maybe there's an issue from your pricing provider
11  such as CDO where, yeah, imposing a delay on the
12  order does appear to help get -- I don't know if
13  I'd use the term truer market execution but make
14  sure they're not taking advantage of stale rates.
15      A lot of these clients will use
16  trade robots.  They're referred to as expert
17  advisers per MT4, and a lot of times these are
18  configured to compare to third-party pricing and
19  to try to take advantage of -- as we've been over
20  a lot of these, orders are getting internalized in
21  the MT4 platform.  So they're not really getting
22  price verification or anything like that by
23  getting sent to an LP.  So, yeah, it's to, yeah,
24  kind of help make sure that they aren't capturing

Page 95

1  latent rates is the purpose for them.
2      Q    Got it.  So is it fair to say that
3  these scalping profiles with their delays are
4  designed to prevent customers from engaging in
5  arbitrage between the prices they're seeing, you
6  know, on their Traders Global login and prices
7  that may exist elsewhere in the world?
8      A    Yeah, I think that's a good
9  summarization of that.
10      Q    Okay.  So the scalping profiles
11  with the delays, are they only sort of in effect
12  at times when there's news or times when there's
13  a lot of trade volume on the MetaTrader servers?
14      A    It is possible to configure some
15  of these settings based on time of day.  But
16  to my knowledge, I believe it's all day long and
17  there's not a differentiation there.
18      Q    Got it.  So for Traders Global,
19  if one of their customers is assigned a scalping
20  profile, that delay is in effect 24 hours a day
21  for that customer, right?
22      A    That would be my understanding.
23      Q    Got it, got it, got it, got it.
24  So what's the most common profile that customers

Page 96

1  have on the live server?
2      A    I'm not sure off the top of my
3  head but if -- let me see the profile you listed
4  here again.  Okay.  So not in this list, there is
5  a default profile.  It's kind of the way we pulled
6  it.  So basically if you see a login that's not
7  in this list here, but they're in like the users
8  table or MT4 trades table, they will process
9  through like a default profile.  It's just like
10  the default execution settings.  I would guess
11  that that's the most common because that's where
12  clients default to.  But I could also, you know,
13  probably throw a pivot table over here and see,
14  you know, which one has the highest count for --
15      Q    Oh, you know what.  Yeah, sorry
16  to interrupt.  We'll worry about the pivot tables.
17  I just wondered if you knew off the top of your
18  head from generating those daily reports.
19      So it sounds like maybe this
20  Exhibit 11 is missing a profile that is present
21  on the live server and that profile is the default
22  profile, is that right?
23      A    Yeah, that sounds like -- I believe
24  the parameters for it should still be in that

MATTHEW CHICHESTER

Page 97

1  additional risk profiles table.  But like
2  basically the logic of this risk profiles table
3  is to pull like explicit assignments in the
4  bridge.  And so by default I don't think it --
5  you know, if there's no assignment -- like in
6  the reporting logic it says is there no assignment
7  in risk profiles.  If so, assume their default.
8  And so, yeah, I don't know if that -- that logic
9  doesn't look like that's available here, but that
10  default risk profile should be in that risk
11  profiles table.  That's -- I believe it's
12  Exhibit No. 12.
13      Q    Got it.  So you want to get to
14  Exhibit 12 and I want to get there too.  So
15  it sounds, though, like for Traders Global's
16  customers, if they're assigned to a profile,
17  that profile is one of the five we see in
18  Exhibit 11, you know, 100%STP, 30%STP, Flat
19  Scalping, Scalping and Scalping 2, right?
20      A    Yes, correct.
21      Q    And there are some customers
22  that aren't assigned to any of those profiles.
23  They don't have a profile.  They just get whatever
24  default slippage and delay settings are under

Page 98

1  the default settings?
2      A    Yes, correct.
3      Q    And that just made me realize that
4  I missed flat scalping.  What's flat scalping,
5  please.
6      A    I'm actually unfamiliar with that
7  profile.  Yeah, I do not know.
8      Q    Got it.  All right.  So to your
9  knowledge, do customers of Traders Global know if
10  they've been assigned to one of these profiles?
11      A    I don't believe they would have a way
12  of seeing that, but we also have no correspondence
13  with their customers.
14      Q    Got it.  All right.  So is
15  this right?  If a customer is on the default
16  profile, on the scalping profile 1 or 2 or on
17  the flat scalping profile on that live server,
18  the customer's trading against Traders Global,
19  is that right?
20      A    Yeah, I think that's fair to say.
21      Q    And if a customer is on the
22  100%STP profile, that customer's trading against
23  CDO Markets, correct?
24      A    Yeah, I think that's accurate to say.

Page 99

1      Q    And for the people on the 30%STP
2  profile, they're 30 percent trading against
3  Traders Global and 70 percent trading against --
4  no, no, let me do it again.  Thank you.  For the
5  customers that are on the STP profile, they are
6  30 percent trading against CDO Markets and
7  70 percent trading against Traders Global,
8  is that right?
9      A    Yes.
10      Q    Got it.  So you talked about
11  before the idea that the customers on the
12  100%STP profile are traders that are consistently
13  profitable, is that right?
14      A    It's ultimately Traders Global
15  that, yeah, would assign that to them.  But
16  I would assume that that's the reason for their
17  doing that, is they expect them to make money.
18      Q    Got it.  So do you have a sense
19  of how customers are able to consistently make
20  money?
21      A    I would just say they have a better
22  trading strategy.  But, yeah, I mean, it would
23  ultimately come down to, yeah, risk management and
24  trading, yeah, intelligently I guess.

Page 100

1      Q    Got it, got it, got it.
2          MR. BURDEN: Matt or Beth, do you
3      have any on Exhibit 11 or shall we move
4      on to Exhibit 12?
5          MS. STREIT: I do not.
6          MR. EDELSTEIN: I do not.
7  BY MR. BURDEN:
8      Q    All right.  Would you please,
9  Mr. Chichester, turn to CFTC Exhibit 12 and
10  open her up and let me know when you can see it,
11  please.
12      A    Okay.  I have that up now.
13      Q    All right.  So Exhibit 12 is the
14  riskprofiles -- just one word, no underscore --
15  file from the Traders Global MetaTrader 4 live
16  server.
17      A    Um-hmm.
18      Q    Do you recognize this document,
19  Mr. Chichester?
20      A    Yes, I do.
21      Q    All right.  What does it show
22  generally, please.
23      A    Yeah, so this shows what the risk
24  profile settings are.  I apologize that it can

MATTHEW CHICHESTER

Page 101

1  be a little bit messy to look at.  It's just
2  how our systems dump it.  But it shows -- sorry.
3  I accidentally minimized the file.  I have trouble
4  clicking.  But, yeah, it shows what the -- like
5  100% is at the top.  It shows what the actual
6  execution settings are.  And if there's ever
7  been like an adjustment made to it, that's what
8  that mod date is and it shows like what the most
9  recent settings are.  And that shows like kind
10  of all the different execution parameters that
11  get configured in that execution profile.
12  **Q    Got it.  And who does this configuring**
13  **to the profiles, please.**
14  A    We do it on behalf of Traders Global,
15  but they -- we have them send us an email with the
16  settings they would like.
17  **Q    Yeah, I've seen those emails.**
18  **I know what you're talking about.  Now, you'd**
19  **mentioned before, you made reference to the**
20  **bridge.  What is the bridge, please.**
21  A    When I refer to bridge, that
22  would be I believe referred to as Nexus in the
23  rest of these documents.  But it's ultimately --
24  **Q    Got it.**

Page 102

1  A    Yeah, sorry.
2  **Q    So the bridge server is the Nexus**
3  **server, right?**
4  A    Yeah.
5  **Q    And the bridge server is really**
6  **what allows iS Risk on behalf of Traders Global**
7  **here to make changes to customer risk profiles,**
8  **right?**
9  A    Correct, and they do have access
10  to it as well.  But with the way they operate
11  and their traveling they, yeah, kind of try to --
12  or have us do some of the changes for them since
13  they're not always near a computer or whatever
14  their reasons are.
15  **Q    Got it.  And those bridge servers,**
16  **you testified you understand that they are in**
17  **London, is that right?**
18  A    Yes.
19  **Q    And when iS Risk is making changes**
20  **and logging into the bridge servers, they're doing**
21  **that from Ada, Michigan, right?**
22  A    Yeah, correct.  There is a UI
23  that we log into and that kind of does all the
24  routing.  Like we're not pulling up a remote

Page 103

1  session and, you know, going into the computer.
2  There's a GUI that can be logged into that, yeah,
3  automatically connects to that.
4  **Q    Got it.  And the application that**
5  **runs that GUI, where does that reside, please,**
6  **server-wise.**
7  A    It should be in the same location
8  as the Nexus server.  But, yeah, that's a little
9  bit beyond my understanding how the web link and
10  everything like that works.
11  **Q    All right.  Well, let's take some**
12  **time, if we could, please, with the risk profile**
13  **parameters we see in Exhibit 12.  And I would like**
14  **to start, if we could, please, let's start with**
15  **Scalping 2.  So ...**
16  A    Yeah.  Was there a particular row
17  in the document I could reference because this
18  does log every change.  So that would be helpful
19  for me so we're looking at the same thing.
20  **Q    Yeah, thank you.  So let's look**
21  **at Row 252, and that's the Scalping 2 profile**
22  **with a mod date of October 14, 2022.  And if you**
23  **want to just get to this a lot easier, you can**
24  **always just sort on Scalping 2 and then filter**

Page 104

1  **by mod date to the most recent one.**
2  A    Your instructions were good.  I have
3  it up, so I think we're aligned right now.
4  **Q    Great.**
5  MR. BURDEN: All right.  Matt,
6  I hate to put you on the spot, but could
7  I prevail upon you as the guy who knows what
8  he's doing to walk through the various
9  parameter settings with Mr. Chichester?
10  MR. EDELSTEIN: Sure.
11  FURTHER EXAMINATION
12  BY MR. EDELSTEIN:
13  **Q    You know what.  It might be easiest,**
14  **Mr. Chichester, if you don't mind, if you could**
15  **walk through them one by one yourself.**
16  A    Okay, yeah.  I do apologize,
17  a bit messy to look at.  And I don't look at
18  this that frequently, but I can tell kind of
19  what's going on here.  So how the bridge works
20  is there's exceptions you can set for like if
21  you wanted to have different execution settings
22  for different instruments or different volumes.
23  That's when you see exception enabled equals true
24  at the very top, like just kind of going through

MATTHEW CHICHESTER

Page 113

1 for example, to buy and then there's this slip
2 applied and essentially you get a worse price
3 than that best offer, how do you make sense of
4 that?  I mean, don't you -- you're seeing the
5 best offer price on your screen and then you're
6 getting executed at a worse price.  Don't
7 customers notice that?
8     A    Ultimately I don't interact with
9 the customers, but I would assume if they've been
10 knowledgeable about the industry and it's a, you
11 know, like a large order, for example, they'd
12 understand that there might be inherent slippage
13 involved.  But I think ultimately that would
14 come down to like the terms and conditions on
15 the websites or the, yeah, the broker themselves
16 kind of letting the clients know how the execution
17 should be expected.
18     Q    And these time values, OpenDelay,
19 CloseDelay, could you help me understand what
20 those are?
21     A    Yeah, so that time is in seconds.
22 So .35, if you scroll down to the bottom window,
23 kind of like the area we're looking at right now,
24 would refer to like a 350-millisecond delay on the

Page 114

1 order.
2         MR. EDELSTEIN: Okay.  Ash, if you
3     want to jump back in.
4         MR. BURDEN: You know what I think
5     would be helpful --
6 BY MR. EDELSTEIN:
7     Q    You know, before you do, let me
8 just ask you, Mr. Chichester, on the default
9 profiles there don't seem to be any exceptions
10 that relate to size just as I'm scrolling down
11 across the, you know, the various rows where it
12 was updated in time.  Why is that?
13     A    Ultimately it's up to Traders
14 Global's discretion.  But if you would allow me
15 to make an assumption, from my correspondence with
16 them I feel they prefer to give clients like the
17 benefit of the doubt until they prove otherwise
18 for their default execution.
19     Q    Looking at these now, I actually do
20 see some trade filters for size greater than or
21 equal to.  So if you wanted to go through customer
22 trades and figure out exactly what if any amount
23 of time delay and slippage was applied, you would
24 have to -- well, maybe you could tell me how

Page 115

1 I might do that.
2     A    Yeah.  I think the best way would
3 be to look at like the modify date.  Like that's
4 right before that trade was executed like based
5 off of this file and, you know, look at their --
6 either their open time or close time in the
7 MT4 trades table for that.
8     Q    And then you'd have to factor in the
9 size of the trade and the symbol?
10     A    Yeah, or there's numerous exceptions
11 but I -- yeah, from looking at this, it looks like
12 Traders Global's primarily using just the symbol
13 settings and, yeah, also the volumes for most of
14 the criteria.  But there is, you know, other rules
15 that can be applied.
16         MR. BURDEN: Got it.  Well, I tell
17     you what.  We're coming up on lunchtime.  So
18     what I would like to do is to sort of try to
19     summarize what we've learned from you so far,
20     Mr. Chichester, relating to these profiles in
21     a broad way.  And I think we should take a
22     lunch, a reasonable lunch, like an hour, and
23     then we can maybe work through some of these
24     parameters in the spreadsheets and then after

Page 116

1     lunch revert back to with maybe some more
2     focused questions about those parameters.
3     Does that sound fair to everybody?
4         MR. KELLY: Yeah.  Just for our
5     travel purposes, Ashley, do you have a sense
6     of, generally speaking, do you think we have
7     a few more hours to go?  Do you think it's --
8         MR. BURDEN: You guys are doing great.
9     I think at this pace we could, even assuming
10     a break until 1, we could easily be done by
11     4 and if you -- and we may even be done by 3.
12     Does that work for everybody's travel?
13         MR. KELLY: Yeah, that should work.
14     Thank you.
15         MR. BURDEN: Of course.  All right.
16         FURTHER EXAMINATION
17 BY MR. BURDEN:
18     Q    So let me try to summarize what
19 we know here in a broad and general way and
20 we can drill down after the break.  So,
21 Mr. Chichester, Traders Global apprised these
22 profiles to its customers' trading, right?
23     A    Yeah, correct.
24     Q    And there's really two things that

Page 117

1 these profiles do.  The first is that they can
2 impose a delay on the execution of the customer's
3 order and the second thing they can do is impose
4 slippage on customer orders.  Have I got that
5 right?
6     A    Yes, that sounds correct to me.
7     Q    All right.  So other than delay
8 and slippage, is there anything that these
9 profiles do to the customer's order that affects
10 its execution?
11    A    Off the top of my head, there
12 is -- so MT4 by default doesn't process like
13 gaps over the weekend properly.  That's like
14 part of the point of like having a bridge.  Like
15 it would be possible to have a limit order like
16 filled at like -- I'm trying to think of an
17 example.  Let's say Eurodollar closes at 110
18 for the weekend and you have a limit order to
19 be executed at 110-15.  It market gapped to
20 like 113.  MT4 by default like doesn't have
21 good functionality and it would probably just
22 auto-fill it at a price that's kind of mid gap.
23 And so there is -- like part of the point of the
24 bridge is to like make sure market open processing

Page 118

1 works correctly.  But other than that, I mean,
2 there is -- you know, you can specify time-of-day
3 exceptions and other things like that.  But as you
4 described, like I do believe you described the
5 bulk of the functionality Traders Global is
6 currently using appropriately.
7     Q    Got it.  So as far as Traders
8 Global is concerned, the two aspects of these
9 profiles that they really implement are slippage
10 and delay, correct?
11    A    Yep.  And then the -- for the STP
12 ones, you know, the 100 percent or 30 percent, you
13 know, cover for that.  But, yeah that's accurate
14 to me.
15    Q    Got it.  And that's an important
16 distinction.  So the STP profiles, at least for
17 the STP portion of the trade, no slippage or delay
18 is applied, correct?
19    A    Yeah, I'd have to look at the
20 profile but I do suspect that there's no delay
21 and it's just a, yes, just a typical STP order on
22 100 percent.
23    Q    Got it.  So the delay, you know,
24 we've really -- we've covered delay.  I think

Page 119

1 it's slippage that I have really the most
2 questions about and I think we can sort of cover
3 it broadly.  So for these profiles, you know, when
4 slippage is imposed, what does slippage do to
5 a customer's order?
6     A    It makes a price adjustment
7 and it does it to the last decimal quoted from
8 the price, and then that value is how the price
9 gets adjusted.  And, you know, if it's a positive
10 amount, it should, you know, if it's a sell shift
11 that price down.  If it's a buy order or an offer
12 order, it should shift that price up.  And, yeah,
13 you don't have to differentiate between buy or
14 sell.  The bridge knows kind of what direction
15 to move it.
16    Q    Got it.  So if slippage is applied to
17 a customer's order and that customer sells, then
18 that customer will sell at a lower price than the
19 customer entered the order for, is that correct?
20    A    Yeah, that's correct.
21    Q    And if you sell and you sell
22 at a lower price, that's a worse price than what
23 you had wanted, right?
24    A    Yes.

Page 120

1     Q    And so for customers that are
2 buying an instrument, if slippage is applied
3 to their order, then the customer pays more for
4 what they bought than they had specified in their
5 order, is that right?
6     A    Yeah.  I would define that as
7 a worse price but, yes, I believe we're talking
8 about the same thing.
9     Q    Got it.  So if the customer is
10 buying -- so really if the customer is buying
11 or selling, if slippage is imposed the customer
12 is getting a worse price than they specified in
13 their order, is that correct?
14    A    Yes, that's correct.
15    Q    Okay.  Why?
16        MR. EDELSTEIN: Can I interrupt you?
17    Can I -- sorry to interrupt you, Ash, but
18    I'm just curious about this.
19        FURTHER EXAMINATION
20 BY MR. EDELSTEIN:
21    Q    Can you enter both a limit order and
22 a market order?
23    A    The MT4 platform allows market orders,
24 limit orders and stop orders.

MATTHEW CHICHESTER

Page 121

1    Q    So can slippage only be applied to
2  a market or stop order or can it also be applied
3  to a limit order?
4    A    There's the ability I believe to
5  apply it to any order type, which you can specify.
6  I believe looking at some of these with Traders
7  Global, it's likely only applied to market orders.
8    Q    And where do you -- how do you
9  make that distinction?  Like where within this
10  xml field is the part about the type of order?
11    A    Yeah.  Like if you see the
12  section near the bottom where it like says
13  limitPercentImprove, that would be like the
14  settings applied to the limits.  There should
15  be a similar syntax entry for stop where it
16  says stop in here as well.  Yeah, like there's
17  a stopSlipTol value.  But, yeah, it should have
18  basically limit or stop in the name.  Like there's
19  a stopFill field, if you look at that, and it says
20  AtRequest.  And that would just mean they get
21  their actual, you know, stop amount that they
22  requested.
23          So, yeah, actually here's a better
24  section to explain it.  So there's OrderManagement

Page 122

1  limitFill and then there's, yeah, the stopFill,
2  like those two syntaxes.  And if it says AtRequest
3  it, you know, it just means they get the price
4  that they specified.  But if that value was
5  different, then that would potentially be the
6  exception that, yeah, where it would be executed
7  differently.
8    MR. KELLY:  And just to clarify
9  for the record, you're reading from Row 253?
10    THE WITNESS:  Yeah, we jumped down
11  to Row 253 for this, yes.
12    MR. KELLY:  Okay.
13  BY MR. EDELSTEIN:
14    Q    Is there a document that defines all
15  of these values within the xml field?
16    A    I would have to check with the
17  bridge team.  I'm not aware of that.  I don't do
18  anything with documentation.
19    MR. EDELSTEIN:  Okay.  Ash, that
20  may be something we'd want to follow up on.
21    MR. BURDEN:  Yeah, we'll do
22  that offline.  Thanks, Matt, and thanks,
23  Mr. Chichester.
24

Page 123

1          FURTHER EXAMINATION
2  BY MR. BURDEN:
3    Q    All right.  So do you have any
4  understanding of why Traders Global, you know,
5  wants to apply slippage to customer orders, like
6  why that's a good thing for Traders Global to do?
7    A    To the best of my knowledge,
8  I believe the main reason is just because if
9  they were to send a $1 million Eurodollar trade
10  to CDO, for example, there would likely be some
11  slippage incurred on that order.  And so they're
12  trying to set up their internalized B book
13  execution rules to best simulate how a trade
14  would execute if (inaudible) a market is one
15  way to determine it or, you know, on STP.
16    Q    And what's your basis for that
17  understanding?
18    A    It's not uncommon for the industry
19  for brokers who take risk or internalize orders
20  with MetaTrader to have volume bands to simulate
21  depth of market.  The goal is for the platform
22  if they're being internalized to be treated the
23  same as if they were all STP.
24    Q    So let me -- so why is it then

Page 124

1  that there are multiple profiles like for the
2  internalized trades?  We see there's a default
3  one, which I guess is not technically a profile.
4  But this Flat Scalping, Scalping and Scalping 2,
5  these profiles have different parameters for delay
6  and for slippage, correct?
7    A    I'd have to look at them but, yes,
8  I believe so.  Otherwise, yeah, there's probably
9  not a point of having different profiles.
10    Q    So why then, if you know, does
11  Traders Global have multiple profiles if the
12  goal is simply to make this simulated trading
13  environment more closely resemble the execution
14  that a customer would get if they were trading
15  against, say, CDO Markets?
16    A    I'm unsure, but I would assume
17  that Traders Global is more concerned with some
18  customers than others.  But, yeah, it's ultimately
19  up to their discretion.  I'm not 100 percent sure.
20    Q    Got it.  So it sounds like that
21  you're -- you think that Traders Global wants
22  these profiles to be set for certain traders so it
23  looks like it would if they're executing against
24  CDO.  Have I got that right?

MATTHEW CHICHESTER

---

Page 125

1   A   Yes, I believe the intention
2  is for the platform and internalized orders
3  to match STP execution.  So accounts on STP are
4  treated, you know, as close as they could to the
5  same as the internalized orders.
6   Q   Got it.  So do the results for
7  customers on these various profiles match the
8  results for customers on STP?
9   A   I have not looked into that closely.
10   Q   What do you think?
11   A   I would guess it's similar, but that
12  would just be me speculating.
13   Q   Okay.  To your knowledge, has
14  anybody at -- well, I should just ask you this.
15  Has anybody at Traders Global explained to you
16  that that is the reason why they want these
17  profiles applied, to make it more closely resemble
18  execution against CDO Markets?
19   A   Yeah, I believe at some point that
20  was communicated over Skype.  They usually --
21  I feel like they give us some form of rationale
22  for the change.  I mean, not always but especially
23  with the volume tiers, I believe that was
24  communicated by Josh over Skype, the rationale

---

Page 127

1  to be profitable.  So there wouldn't be much merit
2  in a delay there.
3   Q   And that's because a delay would
4  handicap a customer trading, correct?  It would
5  result in the customer getting possibly worse
6  prices than what they wanted?
7   A   I would say with the delay there's
8  also perhaps equal possibility they get a better
9  price too.  It's not asymmetric that way.  It's
10  just, yeah, an inherent delay to the fill.  So,
11  yeah, I would say it goes both ways.
12   Q   Okay.  Has iS Risk done any sort
13  of statistical analysis of that to see if the
14  delay sort of has equal force in both directions,
15  positive and negative?
16   A   We have not.  I guess I should say
17  if it has been done, I wasn't involved in it but
18  I am not aware of that.
19   Q   There you go.  All right.  Well,
20  it sounds too like -- well, slippage is applied
21  in profiles on a tiered basis.  Have I got that
22  right?
23   A   Yes.  I mean, in the current
24  Scalping 2 profile in Row 253, yeah, that is

---

Page 126

1  behind it.
2   Q   Got it.  So is there any -- to
3  your knowledge, does Traders Global by itself
4  or with the assistance of iS Risk, do they try to
5  figure out, you know, what the right slippage or
6  delay is to get their orders, you know, executed
7  as if they were, you know, being executed against
8  CDO Markets?
9   A   I'm not sure, but I would assume
10  that's what they're trying to do.
11   Q   Okay.  Now, the delay function, though,
12  there's no delay if a customer is executing
13  against CDO Markets, right?
14   A   I'd have to look at the profile,
15  but I would assume there's no delay.  Yeah, I
16  don't think there'd be a good point in it.
17   Q   Yeah.  That would be crazy, right?
18   A   (Shrugging).
19   Q   You wouldn't want to delay
20  a customer's execution against a liquidity
21  provider if that customer was losing your money,
22  would you?
23   A   Yeah.  I mean, I would assume if
24  you are sending them to STP, you're expecting them

---

Page 128

1  the case.  Yeah, as you see, there has been
2  changes made.  That's why the row above looked
3  different.  But, yeah, in this specific example,
4  yep.
5   Q   Got it.  And those tiers are by order
6  volume, right?
7   A   Yes, correct.
8   Q   So is it fair to say that, generally
9  speaking, for a customer on one of these scalping
10  profiles that he or she will get more slippage if
11  their order is bigger?
12   A   Yes, I think that's a fair assumption.
13   MR. BURDEN: Okay.  Matt or Beth, do
14  you guys have any questions or shall we break
15  and drill down on some of these parameters
16  for the afternoon session?
17   MR. EDELSTEIN: I think it's time
18  to break.
19   MR. BURDEN: Got it, okay.  Well,
20  I'll tell you what.  It's 12.  Could we come
21  back at 1:15?  Is that too long a break for
22  you?
23   MR. KELLY: No, that should be fine.
24   MR. BURDEN: All right.  Off the

---

MATTHEW CHICHESTER

Page 145

1 a markup is like the price -- like so with the
2 price feeders, you take the price that's incoming
3 and you can choose to add a markup per instrument.
4 That's the way if you STP a trade you kind of make
5 the money difference between the better price
6 you're receiving at the LP and what the client
7 is receiving. And so, yeah, that's the context
8 I understand it as. But in the context of like
9 a bridge execution, I'm not sure what that is.
10 Q    Okay, that makes sense. For the
11 STP orders, does TGG put a markup on that price
12 feed they get from CDO?
13 A    Yes, they do. And that -- but the --
14 that shows up in the price that like the clients
15 receive on the platform. So the market watch I've
16 referred to previously, they will see -- like
17 that's the price they will see. So it kind of --
18 it happens before the MT4 platform shows the
19 price.
20 Q    I see. So if we were looking at the
21 parameters for the STP profile, the feed_markup
22 there would say false?
23 A    I can't say for certain, but I do
24 know that they do -- I think they do mark up some

Page 146

1 instruments. It's definitely an available feature
2 for our price feeders.
3 Q    Well, let me ask you this then before
4 we continue on with Exhibit 22, Mr. Chichester.
5 Where in the databases could we find that markup
6 reflected on the price feed for the STP orders?
7 A    That's a good question. I know
8 like when -- because I have put together reporting
9 in the past for showing, you know, kind of what
10 the price difference was. In the MT4 trades table
11 there is a 1015 account, like 1-0-1-5 on their
12 live server, and that houses all the actual like
13 LP fills or the CDO fills that Traders Global
14 has received and comparing that to the client's
15 price is a good way to see the price difference.
16 Similarly, there is something -- there's an
17 account that's 5000 in the MT5 deals table --
18 and when I say account, I mean login to be
19 specific -- and those are bridge accounts that
20 we -- our bridge creates so you can see what your
21 actual LP fill is. And to clarify when I say LP,
22 it should be CDO in most of these cases. And for
23 MT4 specifically in that 1015 account, there is
24 a comment field in MT4 trades and that has the

Page 147

1 syntax. It's C ticket number underscore login.
2 That's the syntax there. And so it will show
3 what ticket that corresponds to.
4        And so typically me as a report
5 guy, that's what I often will reference. We
6 work with some brokers who are 100 percent STP'd.
7 And, you know, like for reporting they will want
8 to know how much, you know -- they call it markup
9 PL or whatever. But they want to know, you know,
10 ultimately what is the price difference they're
11 receiving between client and what they get at the
12 LP, and so that's what I personally use. Yeah,
13 I'm not sure like what -- with what we provided
14 you would show that. To be honest, I'd have to
15 look through the addendum. But, yeah, that's how
16 I do it from like a reporting aspect.
17 Q    All right. Well, thank you. That's
18 tremendously enlightening and it makes sense.
19 I'm sure there's an easier way to do it, to find
20 that spread as we would call it, than to compare
21 all the executions. There's got to be a setting
22 somewhere. But if you don't know, I won't pursue
23 it further. Though I should ask you,
24 Mr. Chichester, you know, are you aware off

Page 148

1 the top of your head what markup Traders Global
2 applies to the price feed that STP customers get?
3 A    I do not. But as you were saying,
4 there is a price feeder where there's like a file
5 that it's all loaded into. So like day-to-day
6 operations, yes, it's easy to see. It's not,
7 you know -- like I'm saying, it's not having
8 to go through a quantitative measure to figure
9 it out. It is listed there. It just might be
10 something that, yeah, we need to provide or find
11 easier access to you if we haven't already, but
12 it is definitely there in a much more reasonable
13 format. I'm just not sure if it's been provided
14 or really where it gets stored.
15 Q    Okay. Well, thanks, Mr. Chichester.
16 We won't bother you further with details on that,
17 but I think we'll probably want to follow up on
18 that. All right, all right, all right, all right.
19        So you said -- we were just talking
20 about feed_markup. And then this percent 100,
21 what's that, please.
22 A    That -- if they were on 100%STP,
23 that's where that would matter. But since it's
24 enabled to set to false, it's just kind of a

MATTHEW CHICHESTER

Page 169

1  a $2,000 initial deposit and you lost, you
2  know, 5 percent of that, that would initiate
3  a breach and then the account would be switched
4  to read-only and then you're done trading due to
5  violating their terms and conditions.  And I do
6  believe all those breach amounts and things like
7  that are listed on the website for the different
8  offerings.
9      Q    Got it, got it, got it.  So this breach
10  max drawdown, who populates that?
11      A    That's done by another application.
12  It was previously Forest Park, but for Traders
13  Global I believe we may have developed one for
14  them that they are currently using.  But, yeah,
15  it's a different application that monitors it.
16      Q    Got it.  And where does that
17  application reside, please, at least the currently
18  utilized application.
19      A    I'm not sure but I would assume
20  it's in a similar hosting environment, like LD5,
21  but honestly I do not know.
22      Q    Got it.  So when the customer's
23  account equity is assessed relative to this
24  drawdown rule, its account equity includes open

Page 170

1  trades as well as closed trades, is that right?
2      A    Yes, that's my understanding.
3      Q    So like in order to find a customer
4  whose account equity has declined below the
5  drawdown limit, like some company's just got
6  to be working like 24 hours a day every single
7  second, right?
8      A    Yeah, I believe that's how the
9  application that monitors it does it.  I believe
10  it is ingesting ticks to check that.
11      Q    Got it.  And when a drawdown is --
12  a breach of the drawdown limit is detected by
13  this software program, you know, what happens
14  next?  Is the account automatically suspended or
15  does it go to Mr. Dentrinos or does somebody at
16  iS Risk have to, you know, go find the account?
17  Like what happens when a breach of the drawdown
18  limit is detected?
19      A    Yeah.  The positions are all
20  automatically closed with the comment breach
21  getting put in them, and then the account's
22  switched to read-only so they can't trade any
23  longer.
24      Q    Got it.  So is that read-only

Page 171

1  designation reflected in Exhibit 16 anywhere?
2      A    No.  But in the MT4 users table --
3  let me see what exhibit that is.  I believe
4  that's Exhibit 5.  There is a read-only column
5  where if it says read-only enable equals 1, that
6  implies that the account has been switched to
7  read-only.  But that won't -- it won't show in
8  the trades table if the account is on read-only
9  or not.
10      Q    You're so good.  Okay.  So when
11  it says in Exhibit 16, our MT4 trades table,
12  when it says under Comment max drawdown, you
13  know, you've got a bunch of other data in that
14  row, right?  You've got Open_Time.  You've got
15  price information.  All of that is sort of frozen
16  in time at the moment the breach is detected by
17  the system, is that right?
18      A    Yes.
19      Q    So is there anywhere in Exhibit 16 that
20  reflects a customer's account equity?
21      A    No, I don't believe there is.
22  The -- both the balance and the equity are both
23  in the MT4 users table so that would be separate.
24  But, yeah, they're not in the trades table for

Page 172

1  that.
2      Q    Got it.  So this is in no way a
3  complaint.  But so, I mean, if we were looking
4  at Exhibit 5 at the MT4 users data and we were
5  looking at the account equity and we were looking
6  at the balance, that would be a customer's account
7  equity and balance frozen in time when you guys
8  generated that report?
9      A    That's correct.
10      Q    All right.  So we've got another -- I
11  want to direct your attention, if I could, please,
12  to Column P --
13      A    Yep.
14      Q    -- in Exhibit 16, and it's titled
15  Commission.
16      A    Um-hmm.
17      Q    What does that reflect, please.
18      A    Yeah, no problem.  It's -- so
19  this is configured on the group level.  It's
20  done in the MT4 admin.  And some brokers, they
21  charge clients like one example is $6 per lot
22  traded.  And it just automatically gets stamped
23  into the trade upon opening and it's, you know,
24  it's kind of like Scottrade advertises like $8

MATTHEW CHICHESTER

Page 173

1  trades. It's basically their way of like
2  kind of charging the client a commission amount.
3  Many brokers in the industry do that instead
4  of having a spread markup. So they'll advertise
5  much tighter spreads, but then they will charge
6  a commission amount that's based on volume and
7  that's where that gets applied.
8      Q   I understand. So this commission
9  field in Exhibit 16 appears to be -- I mean, it's
10  populated. The only place it isn't populated is
11  if there's like an initial deposit, am I right?
12      A   Yeah. It's for basically Commands 0
13  and 1 only it should be, I would assume. But,
14  yeah, that's not a relevant column for command
15  equals 6 for balance adjustments.
16      Q   Got it. So what this is reflecting,
17  what Column P Commission is reflecting in
18  Exhibit 16 is that Traders Global is applying
19  commission to customer orders, correct?
20      A   I don't know off the top of my head,
21  but if you see a value there then, yes, that means
22  they are charging a dollar amount per lot traded.
23      Q   Okay. So I'm going to just
24  share my screen because it's just easier to

Page 174

1  do. So if you look at like Row 47, you know, for
2  some Ticket 363, somebody with a login No. 1221,
3  they're trading cable?
4      A   Um-hmm.
5      Q   They get their prices and there's
6  a commission and it says negative 2.4. So what
7  does that mean for this trade, please.
8      A   Yeah. That means that there was
9  basically a negative -- or a $2.40 cost to open
10  the trade. And if you look at like Column F for
11  the volume, you'll see all the values are the same
12  because these are set on a per lot basis. So,
13  yeah, you would definitely -- if you see, the
14  volume's 50. I would expect all of them to have
15  the same commission charge. Similarly, you can
16  kind of see where that scale is for like -- yeah,
17  you could see how 100 volume is, you know, $3 and
18  50 volume is, you know, $1.50.
19      Q   So do they get you coming and
20  going? Does Traders Global -- let me rephrase
21  that question. Does Traders Global set MetaTrader
22  4 so that it imposes a commission on opening as
23  well as closing trades?
24      A   No, MT4 only has the functionality

Page 175

1  to charge it once and it does it on the open
2  of the ticket. So if you're looking at positions
3  that are currently open, that would also -- the
4  easiest way to tell that is it's going to have a
5  close time of 1970. You will see the commission
6  value there. MT5 does have the functionality
7  where you can choose to charge it once, both
8  sides or however you want. It's kind of their,
9  you know, trying to upgrade the platform. But
10  MT4, it only allows you to charge it one time and
11  it's on the opening of the trade.
12      Q   Got it, okay. And the commissions
13  are all reflected as a negative number and that's
14  because they're a charge to the customer's account
15  equity, is that correct?
16      A   Yes, that's correct.
17      Q   So what is -- I mean, if you know,
18  what is Traders Global charging a commission for
19  when they're the counterparty to all of these
20  trades?
21      A   My assumption would be -- and,
22  once again, I'm not familiar with like their
23  spread markup. But I would assume that that
24  spread markup is probably pretty low and that's

Page 176

1  just like their -- like that's how they prefer
2  to charge the client instead of marking up the
3  spread.
4      Q   Well, Traders Global doesn't have
5  a spread markup, do they?
6      A   I'm not sure without checking
7  the price feeder settings. But that is kind
8  of commonplace in the industry if they aren't
9  marking up a spread, so they're showing tighter
10  pricing to charge a commission on the trade
11  instead.
12      Q   Well, what I'm getting at is
13  for customers whose trades are internalized
14  by Traders Global -- which is most customers,
15  right?
16      A   Yes.
17      Q   -- there's no spread for Traders
18  Global to charge, am I right?
19      A   They still execute on the bid
20  and ask on the quote board. And from their
21  feed, like the feed they get from CDO or whoever
22  they're currently pricing off of, there's like
23  a -- there's going to still be a spread there.
24  Like clients are still looking at a bid and an

MATTHEW CHICHESTER

Page 177

1  ask and there is a spread that they get executed
2  on. So I guess this is just an additional charge
3  on top of whatever spread that they're showing the
4  clients as well.
5      Q    Okay. All right. So I want to
6  go back, if we could, please, for a moment to
7  the comment field. And, you know, we talked about
8  the max drawdown because that was a frequently
9  occurring comment, but there are two other
10  comments that occur with some frequency. One is
11  SL in brackets and the other is TP in brackets.
12  Do you know what those indicate?
13     A    Yes, I do. That means the trade was
14  closed via stop loss. And take profit, TP, refers
15  to it as closed via take profit. If you look at
16  Columns I and J in Exhibit 16 for the MT4 trades
17  we're looking at, that's where you'll see that
18  value that was specified for what the client's,
19  yeah, stop loss and take profit they embedded in
20  their ticket was.
21     Q    Brilliant. All right. So,
22  Mr. Chichester, you know, you keep using the
23  term broker, and I'm embarrassed that we've gotten
24  this far through the testimony and I haven't

Page 178

1  sought to have you define it. Would you be kind
2  enough to define your understanding of broker,
3  please.
4      A    Yeah. And I take for granted
5  some, yeah, phrases I probably use. That might
6  not be more industry commonplace but, yeah, just
7  anyone who provides a trading platform. So, yeah,
8  I would -- like in the U.S. for an example, I'd
9  consider Gain a broker or OANDA a broker.
10     Q    Okay. Like FXCM, would they be
11  a broker?
12     A    It's harder for them because
13  they're also like a liquidity provider. But
14  like, yeah, if they have a retail offering where
15  they allow clients to trade through a platform,
16  I would consider that a broker.
17     Q    Got it. All right. I'm not trying
18  to put you on the spot here. This is more for
19  my own edification. But, you know, it seems to
20  me that the use of broker in the FX industry, the
21  retail FX industry is a bit of a misnomer, right?
22  Like if you Google broker -- no, no, no. If you
23  look up broker in the dictionary, it says
24  something like a person who puts two people

Page 179

1  together to do a transaction. That's the way
2  broker's commonly understood by regular folk,
3  would you agree?
4      A    Yeah, I agree that the name
5  probably doesn't make a lot of sense with its,
6  yeah, general usage.
7      Q    Yeah. But so, you know, in the
8  retail FX industry when somebody's talking about
9  a broker, you know, as you put it, they're talking
10  about somebody that offers a trading platform to
11  retail customers, is that right?
12     A    Yes.
13     Q    And that person, that broker,
14  maybe they're taking the other end of the
15  customer's trade, maybe they've got customers
16  with offsetting orders and, you know, they have
17  reciprocal book entries so they capture the
18  spread. Maybe as you described earlier in
19  testimony, they're 100%STP'g it and just taking,
20  you know, they're wetting their beak off of the
21  spread. All of those could be sort of brokers
22  in your parlance, is that right?
23     A    Yes, definitely. I definitely
24  use it as a blanket term for as -- you described

Page 180

1  it very well.
2      Q    Got it, thanks. Okay. So is Traders
3  Global a broker?
4      A    Well, as you pointed out, there might
5  be some fallacies in my definition, but I would
6  probably generally call them one because anyone
7  who offers the MetaTrader 4 platform I'm probably
8  going to call a broker.
9      Q    And why is that?
10     A    Just in the way I use it for
11  phrasing, anyone who -- any company that offers
12  a trading platform that clients trade through
13  is a broker to me.
14     Q    Got it. So have you ever heard
15  the term, you know, in the context of retail
16  FX trading, have you ever heard the term prop
17  shop or prop firm? Is that a term that you're
18  familiar with?
19     A    Yes, I've heard that. I have heard
20  of Traders Global and companies like that referred
21  to as prop firms.
22     Q    So what does that mean to you to be --
23  what do you understand that to mean?
24     A    Yeah. To me that definition would

MATTHEW CHICHESTER

Page 201

1      **MR. BURDEN:** Counsel, do you wish
2  to ask any clarifying questions?
3      **MR. KELLY:** We do not.  Thank you.
4      **MR. BURDEN:** All right.  We're off
5  the record.
6          WHICH WERE ALL THE PROCEEDINGS
7          HAD OR OFFERED AT SAID HEARING
8          OF THE ABOVE-ENTITLED CAUSE.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 202

1  STATE OF ILLINOIS)
                    ) SS.
2  COUNTY OF C O O K)
3
4      I, MARY MASLOWSKI, CSR, do hereby certify
5  that I reported in shorthand the proceedings had
6  at the remote examination under oath aforesaid,
7  and that the foregoing is a true, complete and
8  accurate transcript of the proceedings at said
9  remote examination under oath as appears from the
10 stenographic notes so taken and transcribed on the
11 12th day of February, 2023.
12
13
14
15          Certified Shorthand Reporter
16
17
18
19
20
21
22
23
24