**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700

*Liaison Counsel for the Class*

[Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF WARWICK RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CATALENT, INC., JOHN CHIMINSKI, ALESSANDRO MASELLI, and THOMAS CASTELLANO,<br><br>  Defendants. | Case No. 3:23-cv-01108-ZNQ-DEA<br><br>Hon. Judge Zahid N. Quraishi<br>District Judge<br><br>Hon. Douglas E. Arpert<br>Magistrate Judge |

## JOINT STIPULATION AND SCHEDULING ORDER

Lead Plaintiffs SEB Investment Management AB and Public Employees' Retirement System of Mississippi ("Lead Plaintiffs"), and defendants Catalent, Inc., John Chiminski, Alessandro Maselli, and Thomas Castellano (collectively, "Defendants"), by and through their counsel, hereby stipulate and agree to the following matters:

WHEREAS, on May 25, 2023, the parties filed a stipulation and a proposed order (the "May 25, 2023 Stipulation," ECF No. 28) stating that:

1. Undersigned counsel for Defendants accepts service of the summonses and the initial complaint in this matter on behalf of the Defendants, without prejudice and without waiver of Defendants' defenses, objections, or arguments, except as to sufficiency of service of process;

2. Defendants are not required to answer, move against, or otherwise respond to the initial complaint unless it is designated as the operative complaint by the Court-appointed lead plaintiff;

3. Within fourteen (14) days of appointment of lead plaintiff pursuant to 15 U.S.C. § 78u-4, counsel for the Court-appointed lead plaintiff and Defendants shall meet and confer regarding scheduling and shall submit a stipulation for the Court's approval with the parties' proposed schedule for the filing of an amended class action complaint (if any) and the filing of any motion to dismiss; and

WHEREAS, as of this filing, the May 25, 2023 Stipulation remains pending before the Court;

WHEREAS, on June 12, 2023, the Court issued an Order appointing SEB Investment Management AB and Public Employees' Retirement System of Mississippi as Lead Plaintiffs and approving their selection of Kessler Topaz Meltzer & Check, LLP and Labaton Sucharow LLP as Co-Lead Counsel and Carella, Byrne, Cecchi, Brody & Agnello, P.C. as Liaison Counsel for the Class (ECF No. 30);

WHEREAS, Lead Plaintiffs intend to file an amended complaint;

WHEREAS, Defendants anticipate moving to dismiss Lead Plaintiffs' amended complaint;

WHEREAS, the parties have conferred on an appropriate case schedule;

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, subject to the Court's approval, that:

1. Lead Plaintiffs shall file an amended complaint on September 15, 2023;

2. Defendants shall file their motion(s) to dismiss on November 15, 2023;

3. Lead Plaintiffs shall file any opposition to Defendants' motion(s) to dismiss on January 15, 2024;

4. Defendants shall file any reply in further support of their motion(s) to dismiss on February 15, 2024;

5. This stipulation shall not prejudice Defendants' or Lead Plaintiffs' rights to request reasonable extensions or seek any other appropriate orders from the Court.

3

**IT IS SO STIPULATED.**

Dated:  June 21, 2023

Respectfully submitted,

| | |
|---|---|
| */s/* James E. Cecchi | */s/* Kevin H. Marino |
| **CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**<br>James E. Cecchi<br>Donald A. Ecklund<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Telephone: (973) 994-1700<br>Facsimile: (973) 994-1744<br>jcecchi@carellabyrne.com<br>decklund@carellabyrne.com<br><br>*Liaison Counsel for the Class*<br><br>**LABATON SUCHAROW LLP**<br>Christine M. Fox (*pro hac vice* pending)<br>Joseph Cotilletta (047092011)<br>Philip J. Leggio (*pro hac vice* pending)<br>Charles J. Stiene (*pro hac vice* pending)<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>cfox@labaton.com<br>jcotilletta@labaton.com<br>pleggio@labaton.com<br>cstiene@labaton.com | **MARINO TORTORELLA & BOYLE, P.C.**<br>Kevin H. Marino<br>John D. Tortorella<br>437 Southern Boulevard<br>Chatham, New Jersey 07928<br>Telephone:  (973) 824-9300<br>Facsimile:  (973) 824-8425<br>kmarino@khmarino.com<br>jtortorella@khmarino.com<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Rollo C. Baker (*pro hac vice* forthcoming)<br>Jesse Bernstein (*pro hac vice* forthcoming)<br>Jaclyn M. Palmerson (209452016)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>rollobaker@quinnemanuel.com<br>jessebernstein@quinnemanuel.com<br>jaclynpalmerson@quinnemanuel.com |

| | |
|---|---|
| **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>Andrew L. Zivitz (*pro hac vice* forthcoming)<br>Matthew L. Mustokoff (*pro hac vice* forthcoming)<br>Jamie M. McCall (*pro hac vice* forthcoming)<br>Margaret E. Mazzeo<br>Evan R. Hoey (*pro hac vice* forthcoming)<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br>azivitz@ktmc.com<br>mmustokoff@ktmc.com<br>jmccall@ktmc.com<br>mmazzeo@ktmc.com<br>ehoey@ktmc.com<br><br>*Co-Lead Counsel for Lead Plaintiffs SEB Investment Management AB and Public Employees' Retirement System of Mississippi, and the Class* | Eric C. Lyttle (*pro hac vice* forthcoming)<br>1300 I Street NW<br>Suite 900<br>Washington, D.C. 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br><br>*Counsel for Defendants* |

**IT IS SO ORDERED.**

DATED: September 12, 2023

                                          Honorable Zahid N. Quraishi
                                          United States District Judge