UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Traders Global Group Inc., a New Jersey )<br>corporation, d/b/a "My Forex Funds"; )<br>Traders Global Group Inc., a Canadian )<br>business organization; and Murtuza )<br>Kazmi, )<br>)<br>Defendants. ) | Civil Action No. 3:23-cv-11808<br><br>Judge Zahid N. Quraishi |

**Order Extending the Statutory Restraining Order
and Continuing Preliminary Injunction Hearing**

Before the Court is Plaintiff's and Defendants' Stipulation and Joint Motion to Extend Further the Statutory Restraining Order and Continue Preliminary Injunction Hearing.

1.  Having considered the matter, **THE COURT FINDS** that there is good cause to extend the expiration of the Statutory Restraining Order through and including October 13, 2023 and continue the preliminary injunction hearing. The parties jointly agree and request the extension, and such an extension will allow counsel for the parties to continue discussions to determine whether they can reach an agreement on the CFTC's request for a preliminary injunction (Dkt. 7) without the need for a preliminary injunction hearing. Further, in the event there is a need for preliminary injunction hearing, the extension will also give the parties time to prepare, and give the Court time to review any additional pleadings or evidence the

parties may file related to that hearing.  Therefore, the Court **GRANTS** the parties' joint request.

The Statutory Restraining Order (Dkt. 13) is hereby extended and shall remain in full force and effect through and including October 13, 2023.

The hearing on Plaintiff's Motion for a Preliminary Injunction is also continued until 11th day of October, 2023 at 11:00 a.m. Eastern in Courtroom 4W at the Clarkson S. Fisher Building & United States Courthouse at 402 East State Street, Trenton, New Jersey.  Should any party wish to file a memorandum of law or other papers concerning the issuance of a preliminary injunction against the Defendants, such materials shall be filed, served and received by all parties by no later than October 2, 2023.

**Further, the parties' briefing on the Motion for Preliminary Injunction shall be filed by no later than October 9, 2023.**

**IT IS SO ORDERED.**

Dated: September 15, 2023

s/ Zahid N. Quraishi
_____
**Zahid N. Quraishi
United States District Judge**