quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7221**

WRITER'S EMAIL ADDRESS
**anthonystaltari@quinnemanuel.com**

September 15, 2023

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St., Courtroom 6E
Trenton, NJ 08608

Re:  *Commodity Futures Trading Commission v. Traders Global, Inc., et al.,*
     *Civil Action No. 3:23-cv-11808-ZNQ-TJB*

Dear Magistrate Judge Bongiovanni:

I write on behalf of Defendants Traders Global Group Inc., a New Jersey corporation doing business as "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi ("Defendants") in the above referenced action. I respectfully submit the enclosed proposed order and declarations in support of Defendants' motion to admit counsel Robert Zink, Michael Shaheen, III, and Dakota Speas *pro hac vice* pursuant to Local Rule 101.1(c) in the above-captioned matter.

Enclosed please find the Declarations of Anthony J. Staltari, Robert Zink, Michael Shaheen, III, and Dakota Speas, along with a proposed order.

All parties have confirmed through their respective counsel of record that they do not oppose this application.

If the enclosed meet Your Honor's approval, we respectfully request that the Order be entered. I am available at the Court's convenience should you have any questions.

Respectfully submitted,

  */s/  Anthony J. Staltari*
Anthony J. Staltari

*encls.*
cc:     All counsel of record *(via ECF)*

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART