UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>                         Plaintiff,<br><br>v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>                         Defendants. | Civil Action No. 3:23-cv-11808-ZNQ-TJB<br><br>**ORDER GRANTING COUNSEL <u>ADMISSION *PRO HAC VICE*</u>** |

This matter having been brought before the Court by Anthony J. Staltari of Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"), counsel for Defendants Traders Global Group Inc., a New Jersey corporation doing business as "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi ("Defendants"), on application for an order pursuant to Local Rule 101.1(c) allowing Robert Zink, Michael Shaheen, III, and Dakota Speas to appear and participate *pro hac vice*, and the Court having considered the moving papers, this matter being considered, and, for good cause shown;

**IT IS ON THIS** \_\_\_\_18th\_\_\_\_ day of \_\_\_September\_\_\_, 2023,

**ORDERED** that Robert Zink (a member of the New York State Bar and the District of Columbia Bar), Michael Shaheen, III (a member of the District of Columbia Bar), and Dakota Speas (a member of the State Bar of California), be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and, it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by attorneys of record for Defendants, Anthony J. Staltari, who is fully admitted in this Court, or

another member of Quinn Emanuel who is a member in good standing of the Bar of the State of New Jersey and of the United States District Court for the District of New Jersey, who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and, it is further

**ORDERED** that Robert Zink, Michael Shaheen, III, and Dakota Speas each shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order and for any year in which the admitted counsel represents a client in a matter pending in this Court; and, it is further

**ORDERED** that Robert Zink, Michael Shaheen, III, and Dakota Speas shall pay the *pro hac vice* admission fee to this Court pursuant to L. Civ. R. 101.1(c)(3) within twenty (20) days from the dated entry of this Order; and, it is further

**ORDERED** that Robert Zink, Michael Shaheen, III, and Dakota Speas shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and, it is further

**ORDERED** that Robert Zink, Michael Shaheen, III, and Dakota Speas shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

                                                                 s/Tonianne J. Bongiovanni
                                                                   Tonianne J. Bongiovanni
                                                                   U.S. Magistrate Judge