**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Temporary Receiver*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP INC., a New Jersey corporation, d/b/a "My Forex Funds"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>Defendants. | Civil Action No. 3:23-cv-11808-ZNQ-TJB |

**CERTIFICATION OF SERVICE**

1.  I, **STACY LIPSTEIN:**

    ☐ represent _____ in the above-captioned matter.

    ☒ am a secretary/paralegal for Anthony Sodono, III, Temporary Receiver in this matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On September 19, 2023, I caused copies of the following documents to be sent to the parties listed in the chart below:

    a.  Application of Temporary Receiver for Authorization to Employ Norton Rose Fulbright US LLC and Norton Rose Fulbright Canada LLP as Special Counsel;

      b.    Certification of Eric Daucher in Support of Temporary Receiver's Application to Employ Norton Rose Fulbright US LLC and Norton Rose Fulbright Canada LLP as Special Counsel

      c.    proposed Order Authorizing Temporary Receiver to Employ Norton Rose Fulbright US LLC and Norton Rose Fulbright Canada LLP as Special Counsel

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 19, 2023                                          /s/ Stacy Lipstein
                                                                                     Stacy Lipstein

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ashley J. Burden, Esq.<br>Division of Enforcement<br>U.S. Commodity Futures Trading Commission<br>77 West Jackson Blvd., Ste. 800<br>Chicago, IL  60604<br>aburden@cftc.gov | *On Behalf of Plaintiff* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Elizabeth M. Streit, Esq.<br>U.S. Commodity Futures Trading Commission<br>500 W. Monroe Street, Ste. 1100<br>Chicago, IL  60661<br>estreit@cftc.gov | *On Behalf of Plaintiff* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Katherine Paulson, Esq.<br>U.S. Commodity Futures Trading Commission<br>77 West Jackson Blvd., Ste. 800<br>Chicago, IL  60604<br>kpaulson@cftc.gov | *On Behalf of Plaintiff* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven I. Sofer, Esq.<br>Haddon Murray, Esq.<br>Gowling WLG<br>100 King Street West, Ste. 1600<br>Toronto, MSX 1G5<br>CANADA<br>Steven.sofer@gowlingwlg.com<br>haddon.murray@gowlingwlg.com | *Canadian Attorneys for Receivership Defendants* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

4854-8216-4096, v. 1

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Michael Shaheen, III, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Ste. 900<br>Washington, DC  20005<br>michaelshaheen@quinnemanuel.com | *US Attorneys for Receivership Defendants* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐  Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony J. Staltari, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Fl.<br>New York, NY  10010<br>Anthonystaltari@quinnemanuel.com | *US Attorneys for Receivership Defendants* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐  Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dakota Speas, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa Street, 10th Fl.<br>Los Angeles, CA  90017<br>dakotaspeas@quinnemanual.com | *US Attorneys for Receivership Defendants* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐  Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

4854-8216-4096, v. 1