Anthony J. Staltari (Attorney ID. No. 233022017)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (415) 875-6600
anthonystaltari@quinnemanuel.com

Michael Shaheen, III (*pro hac vice*)
Robert A. Zink (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
michaelshaheen@quinnemanuel.com
robertzink@quinnemanuel.com

Dakota Speas (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>*Defendants*. | Case No.: 3:23-cv-11808<br><br>**CERTIFICATE OF SERVICE** |

Dakota Speas, hereby certifies pursuant to 28 U.S.C. 1746 that:

1. On *September 18, 2023*, I served true and correct copies of the **Notice of Defendants' Emergency Motion on Shortened Notice Pursuant to F.R.C.P. 65(b)(4) to**

**Modify the *Ex Parte* Statutory Restraining Order, Appointing Temporary Receiver, and Other Equitable Relief**; **Defendants' Memorandum of Law in Support of Motion to Modify Order Granting Plaintiff's Motion for an *Ex Parte* Statutory Restraining Order, Appointing Temporary Receiver, and Other Equitable Relief**; the **Declaration of Dakota Speas in Support of Defendants' Motion to Modify Order Granting Plaintiff's Motion for an *Ex Parte* Statutory Restraining Order, Appointing Temporary Receiver, and Other Equitable Relief** (and Exhibits 1 and 2 annexed thereto), the **Declaration of Murtuza Kazmi in Support of Defendants' Motion to Modify Order Granting Plaintiff's Motion for an *Ex Parte* Statutory Restraining Order, Appointing Temporary Receiver, and Other Equitable Relief**; and the (**Proposed**) **Order Granting Defendants' Motion to Modify Order Granting Plaintiff's Motion for an *Ex Parte* Statutory Restraining Order, Appointing Temporary Receiver, and Other Equitable Relief** via electronic mail upon the following counsel of record:

Ashley Burden
U.S. Commodities Futures Trading Commission
77 W. Jackson Blvd., Suite 800
Chicago, IL 60604
Email: aburden@cftc.gov

Katherine Paulson
U.S. Commodities Futures Trading Commission
77 W. Jackson Blvd., Suite 800
Chicago, IL 60604
Email: kpaulson@cftc.gov

Elizabeth Streit
U.S. Commodities Futures Trading Commission
77 W. Jackson Blvd., Suite 800
Chicago, IL 60604
Email: EStreit@cftc.gov

*Attorneys for Plaintiff*

Anthony Sodono
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
Email: asodono@msbnj.com

*Receiver*

Sari Placona
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
Email: splacona@msbnj.com

*Attorneys for Receiver*

2

I certify under the penalty of perjury that the foregoing statements are true and correct.

Executed in Los Angeles, California on this 19th day of September.

_____
Dakota Speas