# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, | ) |
| Plaintiff, | ) ) ) Civil Action No. 3:23-cv-11808 |
| v. | ) ) ) |
| Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, | ) Judge Zahid N. Quraishi ) ) ) ) ) ) |
| Defendants. | ) |

**[Proposed] Order Compelling Turnover of Funds in Financial Accounts and Granting Related Relief in Accordance with Statutory Restraining Order**

In furtherance of the Statutory Restraining Order ("SRO") entered by this Court on August 29, 2023, this Court **GRANTS** the following relief:

1.  Having considered the matter, **THE COURT FINDS** that there is good cause to clarify that the SRO compels any entity or person, including any financial or brokerage institution, business entity, merchant, issuing bank, custodian or beneficiary of an account where the Defendants, Traders Global Group Inc., a New Jersey corporation d/b/a My Forex Funds, Traders Global Group, Inc., a Canadian business organization and Murtuza Kazmi (collectively, "Defendants") hold any account or have an ownership, legal or equitable interest (including, but not limited to Stripe) (collectively, the "Accounts") to:

    a. Turn over full custody, possession and control of any Accounts, including any funds, profits, reserves or proceeds in the Accounts, to Anthony Sodono, III, the temporary receiver ("Temporary Receiver") appointed under the SRO; and

      b. Provide access to all controls, including any passwords and platforms for the Accounts to the Temporary Receiver.

2. Until the Court orders otherwise, Stripe shall not permit funds to be withdrawn from any account affiliated with Defendants to pay credit card chargebacks, or for any other purpose, except as set forth below.

3. Stripe shall provisionally transfer all the money it holds in any account for the interest of Defendants (including reserve accounts) to the Temporary Receiver, pending the Court's ruling on whether it is appropriate or legal for the Temporary Receiver to retain or to seize any of Defendants' assets at this stage (ECF 42).

4. In his discretion, the Temporary Receiver will consult with Defendants to obtain access, review charges and disputes to the Accounts. Defendants reserve the right to modify the relief set forth in this Paragraph 4.

**IT IS SO ORDERED.**

Dated: September __, 2023

_____
**Zahid N. Quraishi**
**United States District Judge**