## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

COMMODITY FUTURES TRADING
COMMISSION,

       Plaintiff,

v.

TRADERS GLOBAL GROUP, INC., a
New Jersey corporation, d/b/a "MY
FOREX FUNDS"; TRADERS
GLOBAL GROUP INC., a Canadian
business organization; and MURTUZA
KAZMI,

       Defendants.

Civil Action No. 3:23-cv-11808

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Michael V. Rella, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Non-Party Movant Stripe, Inc., and requests that copies of all future pleadings, filings, notices, correspondences, and other papers be served upon him.

Dated:  September 20, 2023
      New York, New York

**DAVIS WRIGHT TREMAINE LLP**

By: /s/ Michael V. Rella
      Michael V. Rella
1251 Avenue of the Americas, 21st Floor
New York, NY  10020
Phone (212) 880-3973
Email: MichaelRella@dwt.com

*Attorneys for Non-Party Movant Stripe, Inc.*