IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>*Plaintiff*,<br><br>   v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>*Defendants*. | Case No.: 3:23-cv-11808 |

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR A 30-DAY EXTENSION FOR DEFENDANTS TO FILE RESPONSIVE PLEADING OR RULE 12 MOTION

Before the Court is the parties' Stipulation and Joint Motion for a 30-Day Extension for Defendants to File a Responsive Pleading or a Rule 12 Motion.

1.  Having considered the matter, **THE COURT FINDS** that there is good cause to extend the expiration of the time for Defendants to file a responsive pleading or a Rule 12 motion by 30 days.  This extension will allow counsel to prepare for the preliminary injunction hearing scheduled for October 11, 2023.  Therefore, the Court **GRANTS** the parties' joint request.

//

//

//

//

//

1

2

      2.      Defendants shall file an answer to the Complaint or a Rule 12 motion by October 23, 2023.  If Defendants file a Rule 12 motion (even if only some claims are challenged), their deadline to file an answer shall be 14 days after notice of the Court's decision on that motion, unless all claims are dismissed.  Fed. R. Civ. Proc. 12(a)(4)(A).

**IT IS SO ORDERED.**

Dated: _____

 

_____
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**