# Exhibit A

**Declaration of Ashley J. Burden Pursuant to 28 U.S.C. § 1746**

I, Ashley J. Burden, Senior Trial Attorney for Plaintiff Commodity Futures Trading Commission ("CFTC"), hereby declare on the basis of my personal knowledge that the following documents, appended as exhibits to the CFTC's and Temporary Receiver's Motion for Order to Show Cause Why Defendants Should Not be Held in Contempt are true and accurate copies of the following items of correspondence:

| | |
|---|---|
| A-1 | Letter from A. Burden, Counsel for CFTC, to M. Kazmi, Def., et al., Aug. 31, 2023 |
| A-2 | Letter from A. Burden to M. Kazmi, et al. Sept. 1, 2023 |
| A-3 | Email from S. Placona, Counsel to Temp. Recv'r, to M. Kazmi, et al., Sept. 1, 2023 |
| A-4 | Email from F. Vinopal, Head of Compliance, Confirmo, to CFTC, Sept. 5, 2023 |
| A-5 | Letter from A. Burden to R. Zink, Counsel to Defs, et al., Sept. 7, 2023 |
| A-6 | Email from S. Placona to D. Speas, Counsel to Defs., et al., Sept. 8, 2023 |
| A-7 | Email from A. Burden to R. Zink, et al., Sept. 8, 2023 |
| A-8 | Letter from R. Zink to CFTC and Temp. Recv'r, Sept. 10, 2023 |
| A-9 | Email from S. Placona to D. Speas, et al., Sept. 11, 2023 |
| A-10 | Email from F. Vinopal to S. Placona, 12, 2023 |
| A-11 | Emails from D. Speas to S. Placona, et al., Sept. 14, 2023 |
| A-12 | Email from D. Speas to S. Placona, et al., Sept. 15, 2023 |

| A-13 | Emails between D. Speas and A. Burden, et al., Sept. 19-20, 2023 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 20, 2023          s/ Ashley J. Burden
                                     Senior Trial Attorney
                                     Division of Enforcement
                                     Commodity Futures Trading Commission
                                     77 West Jackson Blvd.
                                     Suite 800
                                     Chicago, IL 60604
                                     Office:  (312) 596-0693
                                     Cell:    (312) 995-0779
                                     aburden@cftc.gov