# Exhibit A-1

**COMMODITY FUTURES TRADING COMMISSION**
77 West Jackson Blvd, Suite 800
Chicago, IL 60604
Telephone: (312) 596-0700
Facsimile: (312) 596-0714



Division of
Enforcement

August 31, 2023

**Via In-Hand Delivery and Email**
Murtuza Kazmi

Richmond Hill, ON, Canada
L4C6X6
kazmi.murtuza@gmail.com
murtuzakazmi84@gmail.com
murtuza@myforexfunds.com
murtuza@tradersglobalgroup.com
murtuza@live.ca

Re:   *CFTC v. Traders Global Group Inc., et al.*, Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

Mr. Kazmi:

I write on behalf of the Commodity Futures Trading Commission ("CFTC" or "Commission"), the independent federal regulatory agency in the United States charged by Congress with administering and enforcing the Commodity Exchange Act, 7 U.S.C §§ 1-26, and Commission Regulations, 17 C.F.R. pts. 1-190.

The CFTC has filed an enforcement action, i.e., a lawsuit, against you and your companies, Traders Global Group Inc., a New Jersey corporation ("Traders Global U.S."); and Traders Global Group Inc., a Canadian business organization ("Traders Global Canada," together with Traders Global U.S., "Traders Global"), in the U.S. District Court for the District of New Jersey, Trenton Division, for fraud, registration violations, and illegal off-exchange trading. The CFTC's action is captioned *CFTC v. Traders Global Group Inc., et al.*, Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.). Please find enclosed three summonses (one for each named defendant) and three copies of the CFTC's complaint.

In addition to its complaint, the CFTC has moved the court for an *ex parte* statutory restraining order ("SRO") against you and Traders Global, pursuant to 7 U.S.C. § 13a-1. The court granted the motion on August 29, 2023, and entered the requested SRO. In the SRO, the court orders a "freeze" over your and Traders Global's assets, appoints a temporary receiver, and requires you and Traders Global to submit to a books and records examination by the CFTC. Please find enclosed a copy of the SRO, as well as the CFTC's motion and exhibits thereto.

The court's asset freeze prohibits you or Traders Global from directly or indirectly withdrawing, transferring, removing, dissipating or otherwise disposing of any assets, wherever located,

*CFTC v. Traders Global Group Inc., et al.*,
Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

including assets held outside the United States, except to transfer those assets to the temporary receiver in this case. The temporary receiver is Anthony Sodono, III. Mr. Sodono's contact information is:

> Anthony Sodono, III,
> McManimon, Scotland & Baumann, LLC
> 75 Livingston Avenue, 2nd Floor
> Roseland, NJ 07068
> Direct Dial: (973) 721-5038
> Mobile: (732) 236-9268
> Email: ASodono@MSBNJ.COM

The asset freeze applies to non-parties holding assets otherwise subject to the asset freeze. Accordingly, the CFTC has served copies of the SRO on BMO Harris Bank, N.A., WooCommerce, Inc., and Deel, Inc., all of which have funds belonging to you or Traders Global. Those funds are now frozen.

With respect to books and records, the SRO requires you and Traders Global to preserve all records and permit inspection of the same by the CFTC and temporary receiver. To that end, the SRO requires you to provide all identification numbers and other identifying information for websites, cloud storage services, email and smartphone accounts, online chat and messaging services, and all accounts at any bank, financial institution, or brokerage firm owned, controlled, or operated by you or Traders Global, or to which you or Traders Global have access.

If you fail to abide by the terms of the SRO, the CFTC will move the court to hold you in contempt and impose sanctions.

The CFTC has noticed your deposition for September 7, 2023, at 9:00 a.m. Central, to be taken remotely via, e.g., Zoom, as reflected in the enclosed deposition notice. This is pursuant to the court's order on expedited discovery, which is also enclosed. If you fail to appear for your deposition, the CFTC will move for sanctions against you.

The court has set this matter for hearing on September 11, 2023, at 3:00 p.m. Eastern to determine whether a preliminary injunction should be entered against you and Traders Global. A preliminary injunction will continue the relief in the SRO and enjoin further violations by you or Traders Global of the Act or Regulations. The hearing will be conducted in person before the Honorable Zahid N. Quraishi, Courtroom 4W at the Clarkson S. Fisher Building & United States Courthouse at 402 East State Street, Trenton, New Jersey.

You may obviate the need for a hearing by agreeing to a consent preliminary injunction in a form provided by the CFTC, upon request.

Please contact me or have your attorney contact me as soon as possible to discuss your compliance with the SRO.

*CFTC v. Traders Global Group Inc.*, *et al.*,
Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

Sincerely,

/s/ Ashley J. Burden
Senior Trial Attorney
Division of Enforcement
Commodity Futures Trading Commission
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov

Enclosure: Complaint (3); Summonses (3); CFTC's *Ex Parte* Motion for Statutory Restraining Order and Preliminary Injunction Pursuant to 7 U.S.C. § 13a-1, plus exhibits thereto; Order Granting Plaintiff's Motion for an *Ex Parte* Statutory Restraining Order, Appointment of a Temporary Receiver, and Other Equitable Relief; Order on Expedited Discovery; Notice of Deposition for Murtuza Kazmi

Cc: Elizabeth M. Streit, Chief Trial Attorney, CFTC; Katherine S. Paulson, Trial Attorney, CFTC; Anthony Sodono, III, Temporary Receiver; Sari B. Placona, Counsel to Mr. Sodono