# Exhibit A-2

**COMMODITY FUTURES TRADING COMMISSION**
77 West Jackson Blvd, Suite 800
Chicago, IL 60604
Telephone: (312) 596-0700
Facsimile: (312) 596-0714



Division of
Enforcement

September 1, 2023

**Via Email and FedEx**
Murtuza Kazmi

Richmond Hill, ON, Canada
L4C6X6
kazmi.murtuza@gmail.com
murtuzakazmi84@gmail.com
murtuza@myforexfunds.com
murtuza@tradersglobalgroup.com
murtuza@live.ca

Haddon Murray and Steven I. Sofer, Counsel to Defendants
Gowling WLG
1 First Canadian Place, 100 King Street West, Suite 1600
Toronto, ON, Canada
M5X 1G5
haddon.murray@gowlingwlg.com
steven.sofer@gowlingwlg.com

Re:   *CFTC v. Traders Global Group Inc., et al.*, Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

Mr. Kazmi:

I write on behalf of the Commodity Futures Trading Commission ("CFTC" or "Commission"), in connection with the above-captioned action. As you know, the U.S. District Court for the District of New Jersey entered an *ex parte* statutory restraining order ("SRO") against you and the Traders Global Group Inc. entities (collectively, "Defendants") pursuant to 7 U.S.C. § 13a-1. The SRO provides that representatives of the CFTC shall be immediately allowed to inspect any records that, in part or in whole, contain, relate, or refer to the business activities or business or personal finances of Defendants, wherever such records may be situated and whether they are in the possession of Defendants or others. (SRO at 7.)

To facilitate the inspection and review, the SRO provides that Defendants shall, absent a valid assertion of Mr. Kazmi's Fifth Amendment right against self-incrimination (corporations have no such right), promptly provide Commission staff with:

*CFTC v. Traders Global Group Inc.*, *et al.*,
Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

- the location of all records relating or referring to the business activities and business and personal finances of the Defendants;
- all identification numbers and other identifying information for websites, cloud storage services, email and smartphone accounts, online chat and messaging services;
- all identification numbers and other identifying information for all accounts at any bank, financial institution, or brokerage firm owned, controlled or operated by Defendants, or to which the Defendants have access;
- all passwords to, and the location, make and model of, all computers and/or mobile electronic devices owned and/or used by Defendants in connection with their business activities and business and personal finances; and
- any consent required by a third-party service provider to access or obtain Defendants' electronic communications or other electronic records stored or maintained with a third-party service provider.

(*Id*. at 7-8.)

The CFTC demand that you provide the forgoing information and consents immediately. Failure to do so will constitute a violation of the SRO; if Defendants violate the SRO, the CFTC will seek to hold Defendants in contempt of court and request sanctions. To facilitate your compliance with the SRO, please find attached blank consent forms for the release of Defendants' electronic communications and financial records, and for CFTC representatives to search Defendants' electronic equipment. You must execute them immediately.

We note as well that the SRO empowers the Temporary Receiver to assume full control of Defendant's assets, which include the "myforexfunds.com" website, Twitter account, and Discord server. (*Id*. at 11-13.) The SRO further requires Defendants to fully cooperate with the Receiver, including by providing any password required to access any computer or electronic files in any medium; disabling any two-factor authentication for accounts; providing any necessary consent to access electronic communications or other electronic materials maintained with third-party service providers. (*Id.* at 17-18.)

Defendants have yet to do this. Rather than cooperating with the Receiver, Defendants have moved the myforexfunds.com website from Automattic to GoDaddy in order to post a message about the CFTC's and OSC's actions against Defendants. This is a clear violation of the SRO. The CFTC demands that you immediately take down the myforexfunds.com website and surrender all login and related credentials to the Receiver. This goes for Defendants' Twitter and Discord accounts. If you fail to immediately comply, the CFTC will seek to hold you in contempt of court.

Please contact me or have your attorneys contact me immediately to discuss Defendants' compliance with the SRO.

*CFTC v. Traders Global Group Inc., et al.*,
Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

Sincerely,

/s/ Ashley J. Burden
Senior Trial Attorney
Division of Enforcement
Commodity Futures Trading Commission
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov

Enclosure: Consent to Release Electronic Communications; Consent to Release Financial Records; Consent to Search Electronic Equipment.

Cc: Elizabeth M. Streit, Chief Trial Attorney, CFTC; Katherine S. Paulson, Trial Attorney, CFTC; Anthony Sodono, III, Temporary Receiver; Sari B. Placona, Counsel to Mr. Sodono