Exhibit A-3

| From: | Sari B. Placona |
|---|---|
| To: | Steven.Sofer@gowlingwlg.com; Haddon.Murray@gowlingwlg.com; kazmi.murtuza@gmail.com; murtuzakazmi84@gmail.com; murtuza@myforexfunds.com; murtuza@tradersglobalgroup.com; murtuza@live.ca |
| Cc: | Anthony Sodono; Burden, Ashley; Paulson, Katherine; Streit, Elizabeth M.; Diane Perrotta |
| Subject: | [EXTERNAL] U.S. District Court asset freeze for accounts in the of Murtuza Kazmi and Traders Global Inc.; CFTC v. Traders Global Group Inc., et al., Case No. 3:23-cv-11808-ZNQ-TJB *SEALED* (D.N.J.) |
| Date: | Friday, September 1, 2023 10:24:40 AM |
| Attachments: | Order Granting SRO and Appointing Temporary Receiver.pdf |
| Importance: | High |

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Messrs. Sofer, Murray, and Kazmi

This firm is counsel to Anthony Sodono, III, the Court Appointed Temporary Receiver (the "Receiver") for Traders Global Group, Inc., a New Jersey Corporation d/b/a "My Forex Funds"; Traders Global Inc., a Canadian Business Organization; and Murtuza Kazmi (collectively, the "Defendants").

I understand that Mr. Sofer and Mr. Murray are Canadian counsel to Mr. Kazmi.  I am not sure if the retention of Mr. Kazmi reaches the United States and therefore out of an abundance of caution, I am also emailing Mr. Kazmi directly as this email seeks IMMEDIATE ATTENTION!

Per the attached Order, the Receiver has been granted the authority, amongst other things, to "Perform all acts necessary, including the suspension of operations, to conserve, hold, manage, and preserve the value of the Receivership Estate in order to prevent an irreparable loss, damage, or injury to any customers or clients of any Receivership Defendants' business activities."  See p. 12.

Upon information and belief, the Defendants are still operating and utilizing different domain names and websites in order to continue transacting business.  This is in direct violation of the Order, and therefore, the Receiver needs to "prevent an irreparable loss, damage, or injury…"

Thus, the Receiver hereby demands that the Defendants immediately cease operating, shut down all websites including but not limited to the following:
https://www.myforexfunds.com/?wpam_id=3571765&gclid=Cj0KCQjwl8anBhCFARIsAKbbpyThzMbXMqiyCr-5bTkyvMz5jUyIGgTx0RnbeiNIZ1HrszglgWhK478aAkEXEALw_wcB

The Receiver hereby also demands that Mr. Kazmi provide us with all passwords, login information, all accounts numbers for the Defendants, and other information connected to the Defendants.

I would also like to speak with Mr. Kazmi as soon as possible. Please provide me with contact information.

Thank you.

**Sari B. Placona**
Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5030
**Email: SPlacona@MSBNJ.COM**
Website

**Connect with MS&B on LinkedIn | Twitter | Instagram**

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.