# Exhibit A-4

| | |
|---|---|
| **From:** | Enforcement |
| **To:** | Burden, Ashley |
| **Subject:** | FW: [EXTERNAL] Fwd: Inquiry - asset freeze: My Forex Funds |
| **Date:** | Thursday, September 7, 2023 2:44:20 PM |
| **Attachments:** | Frame 2.png |

**From:** questions <questions@CFTC.gov>
**Sent:** Thursday, September 7, 2023 11:55 AM
**To:** Enforcement <enforcement@CFTC.gov>
**Subject:** FW: [EXTERNAL] Fwd: Inquiry - asset freeze: My Forex Funds

**From:** Frantisek Vinopal <frantisek@confirmo.net>
**Sent:** Tuesday, September 5, 2023 7:46 AM
**To:** questions <questions@CFTC.gov>
**Cc:** Anna Strebl <anna@confirmo.net>; Daniel Houska <daniel@confirmo.net>
**Subject:** [EXTERNAL] Fwd: Inquiry - asset freeze: My Forex Funds

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

To whom concerns,

**we would like to inform you** that our company CONFIRMO s.r.o., registered in the Slovak Republic with company number 52 902 617, with its registered office located at Údernická 10, Bratislava – mestská časť Petržalka 851 01, **have freezed assets owned, controlled and managed by My Forex Fund (MFF)**. Our company provides transaction crypto-processing and exchange services, including access to client's management facility (Confirmo account) for MFF.

This freeze was made regarding to Complaint for Injunctive Relief, Civil Monetary Penalties, and Other Equitable Relief against MFF.

**With this, we would like to ask you about the next course of action we should take in this matter and whether we should continue to freeze MFF funds.**

Regards,

**František Vinopal**

**Head of Compliance**