# Exhibit A-5

**COMMODITY FUTURES TRADING COMMISSION**
77 West Jackson Blvd, Suite 800
Chicago, IL 60604
Telephone: (312) 596-0700
Facsimile: (312) 596-0714



Division of
Enforcement

September 7, 2023

**Via Email**
Anthony J. Staltari
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
anthonystaltari@quinnemanuel.com

Robert Zink
Michael Shaheen
Dakota Speas
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I St. NW, Suite 900
Washington, D.C. 20005
robertzink@quinnemanuel.com
michaelshaheen@quinnemanuel.com
dakotaspeas@quinnemanuel.com

   Re: *CFTC v. Traders Global Group Inc., et al.*, Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

Counsel:

As you know, the Court in the above-captioned action entered an Order Granting Plaintiff's Motion for an *Ex Parte* Statutory Restraining Order ("SRO") on August 29, 2023. Defendants were served with copies of the SRO on August 30, 2023. More than a week later, Defendants have failed to comply with any provision of the SRO.

Defendants have failed to provide any required any record. In particular, Defendants have failed to provide a "detailed and complete schedule of all passwords and identification (ID) numbers for all websites, cloud storage services, email and smartphone accounts, online chat and messaging services, social media sites, and all accounts at any bank, financial institution, or brokerage firm (including any introducing broker or futures commission merchant) controlled or operated by or to which any of the Defendants have access in connection with their business activities and business and personal finances." (SRO at 16.) The SRO requires Defendants to provide this information within twenty-four hours, absent a valid 5th Amendment assertion by Mr. Kazmi.

*CFTC v. Traders Global Group Inc., et al.*,
Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

Defendants have also failed to cooperate in any way with the Temporary Receiver. Defendants have failed to provide requested access to, *inter alia*, the "http://myforexfunds.com" website ("MFF website"). Instead, Defendants appear to have moved the MFF website to a new host and posted a message apprising "traders" of the CFTC's and OSC's "freeze orders" and promising updates. This is a flagrant violation of the SRO.

If Mr. Kazmi fails to provide the schedule of, e.g., passwords and IDs, to the Temporary Receiver (or make a valid assertion of the 5th Amendment) by the close of business on Friday, September 8, 2023, the CFTC will file a motion to hold Defendants in contempt. The same goes for login credentials for the MFF website. Please do not hesitate to write or call if you wish to discuss.

Sincerely,

/s/ Ashley J. Burden
Senior Trial Attorney
Division of Enforcement
Commodity Futures Trading Commission
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov


Cc: Elizabeth M. Streit, Chief Trial Attorney, CFTC; Katherine S. Paulson, Trial Attorney, CFTC; Anthony Sodono, III, Temporary Receiver; Sari B. Placona, Counsel to Mr. Sodono