# Exhibit A-6

| | |
|---|---|
| **From:** | Sari B. Placona |
| **To:** | Dakota Speas |
| **Cc:** | Robert Zink; Anthony Sodono; Burden, Ashley; Streit, Elizabeth M.; Paulson, Katherine; Michael Shaheen; Matthew Feibert; Diane Perrotta; Michele M. Dudas; Isabelle Sun; Kayla Fleming |
| **Subject:** | [EXTERNAL] Re: CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808 |
| **Date:** | Friday, September 8, 2023 5:46:56 AM |

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Dakota

1. What is the friends name that provided the retainer?   Does he or the company do business with this friend? Has the friend ever been paid or received any money from defendants?
2. The "information" we need immediately – meaning RIGHT NOW provide all passwords, GODADDY information so we gain can access to everything.  This should not and does not take until next week…that should have been provided yesterday…ALSO critically, you should contact Stripe, Confirmo in czech republic, Bank of Montreal, edward jones and all the other companies holding money NOW and tell them to transfer to our trust account this morning!
3. You should email all those parties on the freeze orders I sent you and copy us and DEMAND the transfers get done NOW…I think you should also call them this morning to reinforce the urgency of getting the monies to us. Thank you

From Sari B. Placona, Esq.
Sent from my iPhone

> On Sep 7, 2023, at 7:45 PM, Dakota Speas <dakotaspeas@quinnemanuel.com> wrote:
>
> Sari,
>
> I apologize for missing your call.  To confirm:
>
> 1. We have been retained by Defendants.  We received a retainer, and we were assured that the retainer did **not** come from Defendants' funds.  Rather, our client informed us that this retainer was provided by a personal friend of Mr. Kazmi.  We are actively working to independently verify that representation.  In the meantime, and in an abundance of caution, we have frozen the retainer in

   our firm's accounts.  So long as the retainer remains frozen, no drawdowns of this retainer are possible.
2. Since our very recent engagement in this matter, we have been diligently working to collect the information demanded by the Temporary Receiver.  As represented during the status call with the Court yesterday, we intend to begin providing the demanded information next week.  Consistent with your letter to Rob dated September 6, 2023, we are prioritizing collection of the information the Temporary Receiver has demanded most immediately (pp. 4-6).  As you are aware, the categories of information demanded are comprehensive.  We are committed to cooperating fully with the Temporary Receiver to preserve the status quo and to provide the demanded information as soon as practicable.

I would be happy to have a phone call this evening, or tomorrow, to discuss further.  Other members of my team are available tomorrow afternoon, Eastern Time, if that suits you.  I would be happy to schedule a Zoom call.

Best Regards,
Dakota

---

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Thursday, September 7, 2023 3:08 PM
**To:** Robert Zink <robertzink@quinnemanuel.com>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Burden, Ashley <ABurden@cftc.gov>; Streit, Elizabeth M. <estreit@cftc.gov>; Paulson, Katherine <KPaulson@cftc.gov>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Dakota Speas <dakotaspeas@quinnemanuel.com>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>
**Subject:** Re: CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

**[EXTERNAL EMAIL from splacona@msbnj.com]**

---

Good evening

I have left messages for Robert, Michael and Dakota. I need someone to call me back asap on my cell phone 7325130043

Have you been retained yet? The retainer cannot come from the defendants' funds.

We do not have any information as promised.  It is imperative that we be provided passwords, accounts, etc.

Thank you

From Sari B. Placona, Esq.
Sent from my iPhone

> On Sep 7, 2023, at 2:54 PM, Sari B. Placona <SPlacona@msbnj.com> wrote:
>
> Afternoon
>
> I am following up from our call the other day in addition to the litigation hold / demand letter sent yesterday.
> Please advise when we can expect to receive the requested / Ordered information.
>
> We appreciate the cooperation.
>
> Thank you.
>
> **Sari B. Placona**
> Partner
> **McManimon, Scotland & Baumann, LLC**
> 75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
> **Direct Dial:** 973-721-5030
> **Email: SPlacona@MSBNJ.COM**
> Website
>
> ---
>
> **Connect with MS&B on LinkedIn | Twitter | Instagram**
>
> **From:** Diane Perrotta <DPerrotta@MSBNJ.COM>
> **Sent:** Wednesday, September 6, 2023 2:05 PM
> **To:** robertzink@quinnemanuel.com
> **Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Sari B. Placona <SPlacona@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson, Katherine <KPaulson@CFTC.gov>; michaelshaheen@quinnemanuel.com; matthewfeibert@quinnemanuel.com; dakotaspeas@quinnemanuel.com
> **Subject:** CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808
> **Importance:** High
>
> Good afternoon, Mr. Zink – Please see attached letter from Ms. Placona. The attachments and other relevant documents are attached here separately.
>
> Best regards,
> Diane Perrotta

**Diane Perrotta**
**Legal Assistant to:**
**Anthony Sodono, III**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5029
**Email:** **DPerrotta@MSBNJ.COM**
**Website**

**Connect with MS&B on LinkedIn | Twitter | Instagram**

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.