# Exhibit A-9

| | |
|---|---|
| **From:** | Sari B. Placona |
| **To:** | Dakota Speas; Burden, Ashley |
| **Cc:** | Streit, Elizabeth M.; Paulson, Katherine; Anthony Sodono; Michael Shaheen; Michele M. Dudas; Diane Perrotta |
| **Subject:** | [EXTERNAL] RE: CFTC v. Traders Global Group, Inc., et al. |
| **Date:** | Monday, September 11, 2023 12:51:05 PM |

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Dakota

Your letter states the Temporary Receiver is not authorized to post certain notices to the My Forex Funds website. Respectfully, we disagree with your interpretation of the Order.

**In short, the Receiver takes custody and control over Mr. Kazmi and his companies.**

Pursuant to paragraph 29 of the Order, Mr. Sodono is appointed as the Temporary Receiver with the **full powers of an equity receiver** for Defendants.
Pursuant to paragraph 30 of the Order, Mr. Sodono is authorized to "**assume full control**…." "**take exclusive custody, control, and possession** of the Receivership Estate…"
Paragraph 30(c) states that Mr. Sodono shall "[p]erform all acts necessary, including the suspension of operations, to conserve hold, manage and preserve the value of the Receivership Estate in order to prevent an irreparable loss, damage, or injury to any customers or clients of any Receivership Defendants business activities."
Paragraph 30(a) of the Order discusses the removal of Murtuza Kazmi as "officer, independent contractor, employee or agent of the Receivership Defendants from control and management of the affairs of the Receivership Defendants."

Contrary to your assertion that the Temporary Receiver "is not authorized to unilaterally alter the content of that website," the Order grants the Equity Receiver broad powers to exercise his fiduciary duty/business judgment.

Further, as requested several times, please immediately send copies of insurance policies for the homes and vehicles that are owned by the Defendants. The Temporary Receiver has repeatedly expressed his concern and need for these policies. If these policies are not received in short order today, we will ask the Court for an order holding the Defendants in contempt.

I do appreciate you sending the customer id and passwords, however, once you sign in to certain of the websites, it requires a multi-factor authentication, specifically, Confirmo, GoDaddy, CIBC, and Bitbuy. Please enable us to get past that security IMMEDIATELY.

The second BMO notation on your chart has the wrong customer ID #.  Please provide that ASAP!

Lastly, again, we ask that you disclose immediately the source of the retainer from the Defendants.

If you wish to discuss, please call me.

The Temporary Receiver reserves any and all rights.

**Sari B. Placona**
**Partner**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial: 973-721-5030**
**Email: SPlacona@MSBNJ.COM**
**Website**

**Connect with MS&B on LinkedIn | Twitter | Instagram**

**From:** Dakota Speas <dakotaspeas@quinnemanuel.com>
**Sent:** Monday, September 11, 2023 1:29 AM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson, Katherine <KPaulson@CFTC.gov>; Anthony Sodono <ASodono@MSBNJ.COM>; Dakota Speas <dakotaspeas@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>
**Subject:** CFTC v. Traders Global Group, Inc., et al.

Counsel:

Please see the attached correspondence.

Regards,
Dakota

**Dakota Speas**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3687 Direct
760-580-8847 Mobile
213-443-3000 Main Office Number
213-443-3100 Fax
dakotaspeas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.