# Exhibit A-10

| | |
|---|---|
| **From:** | Sari B. Placona |
| **To:** | Frantisek Vinopal |
| **Cc:** | anna@confirmo.net; Anthony Sodono; Michele M. Dudas; Diane Perrotta; James Copeland; Evan Cobb (he/him); Eric Daucher; Linda Fuerst (she/her) |
| **Subject:** | RE: [EXTERNAL] Fwd: Inquiry - asset freeze: My Forex Funds |
| **Date:** | Tuesday, September 12, 2023 8:11:09 AM |

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Frantisek

Thank you for your email below.

It is imperative that my client obtain the funds being held by Confirmo. I have copied the Temporary Receiver's special counsel from the law firm Norton Rose who will Interface with you regarding the transfer of funds.

Thank you.
**Sari B. Placona**
**Partner**

**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5030
**Email: SPlacona@MSBNJ.COM**
Website

**Connect with MS&B on LinkedIn | Twitter | Instagram**

**From:** Frantisek Vinopal <frantisek@confirmo.net>
**Sent:** Tuesday, September 12, 2023 4:08 AM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** anna@confirmo.net; Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>
**Subject:** Re: [EXTERNAL] Fwd: Inquiry - asset freeze: My Forex Funds

Hello Sari,
we confirm that all operations were ceased. Currently, we are holding USD 3.669.337,3734608 and BTC 0,01371672.

Unfortunately, we do not currently have SWIFT payment capability through our payment partners, so we are unable to make payment as instructed. Instead, we can offer to settle the payment in USDT stablecoin if this would be possible. In the case of BTC, we would ask you to provide us with a BTC address to which we should send the funds.

Regards,
František Vinopal

On Thu, Sep 7, 2023 at 11:49 PM Sari B. Placona <SPlacona@msbnj.com> wrote:

> Frantisek and Anna
>
> This firm is counsel to Anthony Sodono, III, the court appointed temporary receiver in the matter pending in the United States District Court, District of New Jersey. I have attached a copy of the court order.
>
> The defendants are prohibited from doing any business. Thus, you should cease all operations in connection with defendants' accounts, transactions, etc.
>
> The assets of MFF should be frozen and directed immediately to my client. I understand you are holding funds.
>
> Can you kindly confirm asap and as to the amount you are holding.
>
> I have attached wire instructions to my law firm.
>
> Thank you for your direct attention to this matter.
>
> From Sari B. Placona, Esq.
> Sent from my iPhone
>
>> **From:** Frantisek Vinopal <frantisek@confirmo.net>
>> **Sent:** Tuesday, September 5, 2023 7:46 AM
>> **To:** questions <questions@CFTC.gov>
>> **Cc:** Anna Strebl <anna@confirmo.net>; Daniel Houska <daniel@confirmo.net>
>> **Subject:** [EXTERNAL] Fwd: Inquiry - asset freeze: My Forex Funds
>>
>> **CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

To whom concerns,

**we would like to inform you** that our company CONFIRMO s.r.o., registered in the Slovak Republic with company number 52 902 617, with its registered office located at Údernická 10, Bratislava – mestská časť Petržalka 851 01, **have freezed assets owned, controlled and managed by My Forex Fund (MFF)**. Our company provides transaction crypto-processing and exchange services, including access to client's management facility (Confirmo account) for MFF.

This freeze was made regarding to Complaint for Injunctive Relief, Civil Monetary Penalties, and Other Equitable Relief against MFF.

**With this, we would like to ask you about the next course of action we should take in this matter and whether we should continue to freeze MFF funds.**

Regards,

**František Vinopal**

**Head of Compliance**

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.