# Exhibit A-12

|         |                                                                                                     |
|---------|-----------------------------------------------------------------------------------------------------|
| **From:**   | Michele M. Dudas                                                                                |
| **To:**     | Burden, Ashley; Paulson, Katherine                                                              |
| **Cc:**     | Anthony Sodono; Sari B. Placona                                                                 |
| **Subject:**| [EXTERNAL] FW: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808 |
| **Date:**   | Monday, September 18, 2023 11:19:58 AM                                                          |

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Michele M. Dudas, Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email:** MDudas@MSBNJ.COM
Website

**Connect with MS&B on LinkedIn | Twitter | Instagram**

**From:** Dakota Speas <dakotaspeas@quinnemanuel.com>
**Sent:** Friday, September 15, 2023 7:36 PM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>
**Cc:** Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Dakota Speas <dakotaspeas@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
**Subject:** HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

Counsel:

You asked for information about Defendants' Gemini and CDO Markets accounts.  To respond:

- Mr. Kamzi currently has a personal Gemini account with a zero balance.  The credentials are:
    - Username ▉▉▉▉▉▉▉▉
    - Password: ▉▉▉▉▉▉▉▉
- Mr. Kamzi used to have another Gemini account, but it was closed earlier this year.

Traders Global has an omnibus account with CDO Markets.  Currently it has $617,963.57 in it.  I've been informed that you need a specialized software ("Trading GUI") to access the account.  Please advise whether you have this software, and we can work on providing you access.

Best Regards,
Dakota

**Dakota Speas**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3687 Direct
760-580-8847 Mobile
213-443-3000 Main Office Number
213-443-3100 Fax
dakotaspeas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.