# Exhibit B-1

**Page Vault**

| | |
|---|---|
| Document title: | Checkout \| My Forex Funds |
| Capture URL: | https://myforexfunds.com/checkout/ |
| Page loaded at (UTC): | Wed, 14 Jun 2023 14:19:06 GMT |
| Capture timestamp (UTC): | Wed, 14 Jun 2023 14:21:04 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | eChUpUgjisBL6pGvj5Mt6L |
| User: | cftc-admin |

PDF REFERENCE #:          5JnUaq6UEgejprN7Q2o4rX



Programs FAQ Insights

Buy now

myForexFunds

— OR —

Returning customer? Click here to login

## Billing Details

First Name *

First Name

Last Name *

Last Name

Country / Region *

Canada

Street address *

House number and street name

Town / City *

Province *

Ontario

Postal code *

Phone (optional)

Phone

Email Address *

Email Address

Confirm Email Address *

Confirm Email Address

Order Notes (optional)

Notes about your order, e.g. special notes for delivery.

## Your Order

| Product | Subtotal |
| --- | --- |
| $50,000 USD Account - Emphatic - MT4 × 1 | $4,900.00 |
| Subtotal | $4,900.00 |
| Total | **$4,900.00 USD** |

Have a coupon? Click here to enter your coupon code

Credit card / debit card

Bitcoin and other cryptocurrencies

Pay with Bitcoin or other cryptocurrencies.
* Please double-check that you are sending the crypto on the required blockchain. Any payments sent through unsupported blockchains, tokens, or crypto will be lost. Although Confirmo may attempt to recover such a miss-payment, we cannot guarantee a positive result. In the event of a successful recovery, a minimum fee of 20 USD/EUR or 10% of the recovered amount will be charged.

Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our privacy policy.

By clicking "Place Order" to register with My Forex Funds, you are agreeing that you understand terms and conditions, including the Risk Management, Consistency and other guidelines on https://myforexfunds.com/program/.

You accept that My Forex Funds will not issue refund once service (i.e. trading) has started on your account.

I have read and agree to the website terms and conditions *

Ok, I have verified my order. *

Your account details will be sent to .

Proceed to Confirmo

**Province** *

Ontario

**Postal code** *

**Phone (optional)**

Phone

**Email Address** *

Email Address

**Confirm Email Address** *

Confirm Email Address

**Order Notes (optional)**

Notes about your order, e.g. special notes for delivery.

Pay with Bitcoin or other cryptocurrencies.
Please double-check that you are sending the crypto or the
required blockchain. Any payments sent through unsupported
blockchains, tokens, or crypto will be lost. Although Confirmo may
attempt to recover such a miss-payment, we cannot guarantee a
positive result. In the event of a successful recovery, a minimum fee of
20 USD/EUR or 10% of the recovered amount will be charged.

Your personal data will be used to process your order, support your
experience throughout this website, and for other purposes described in
our privacy policy.

By clicking "Place Order" to register with My Forex Funds, you are agreeing
that you understand terms and conditions, including the Risk
Management, Consistency and other guidelines on
https://myforexfunds.com/program/.

You accept that My Forex Funds will not issue refund once service (i.e.
trading) has started on your account.

☐ I have read and agree to the website terms and conditions *

☐ Ok, I have verified my order. *

Your account details will be sent to .

**Proceed to Confirmo**

---

**my**ForexFunds

**Programs**

Rapid

Evaluation

Accelerated

**Faq**

**Legal**

Blog

About

Contact

General

Rapid

Evaluation

Accelerated

Privacy Policy

Terms & Conditions

Risk Disclosure

Anti-Money Laundering (AML) Guidelines

★ Trustpilot

★★★★★
TrustScore **4.8**
**14,330** reviews

MyForexFunds is owned and operated by Traders Global Group Incorporated. And that MT4/MT5 is operating under Traders Global Group Incorporated, with registration number 1254817-0 and having its registered office at 9131 Keele Street, Vaughan, Ontario, ON L4K 2N,
Canada.
MyForexFunds does not directly solicit customers from Canada. People who register for our programs do so at their own volition. MyForexFunds does not take into consideration your personal financial situation. If you require financial advice, it is recommended that you speak
to a financial adviser or licensed professional. MyForexFunds does not act as or conduct services as a broker. MyForexFunds does not act as or conduct services as a custodian.
Purchase of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses.
Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds

Document title: Checkout | My Forex Funds
Capture URL: https://myforexfunds.com/checkout/
Capture timestamp (UTC): Wed, 14 Jun 2023 14:21:04 GMT