# Exhibit B-2

```html
1665 <p class="form-row form-row-first validate-required" id="billing_first_name_field" data-priority="10"><label for="billing_first_name" class="">First na
1666 <p class="form-row form-row-last validate-required" id="billing_last_name_field" data-priority="20"><label for="billing_last_name" class="">Last name&
1667 <p class="form-row form-row-wide address-field update_totals_on_change validate-required" id="billing_country_field" data-priority="40"><label for="bi
1668 <p class="form-row form-row-wide address-field validate-required" id="billing_address_1_field" data-priority="50"><label for="billing_address_1" class
1669 <p class="form-row form-row-wide address-field validate-required" id="billing_city_field" data-priority="70"><label for="billing_city" class="">Town /
1670 <p class="form-row form-row-wide address-field validate-required validate-state" id="billing_state_field" data-priority="80"><label for="billing_state
1671 <p class="form-row form-row-wide address-field validate-required validate-postcode" id="billing_postcode_field" data-priority="90"><label for="billing
1672 <p class="form-row form-row-wide validate-phone" id="billing_phone_field" data-priority="100"><label for="billing_phone" class="">Phone <span cla
1673 <p class="form-row form-row-wide validate-required validate-email" id="billing_email_field" data-priority="110"><label for="billing_email" class="">Em
1674 </p></div>
1675 </p></div>
1676 <div class="woocommerce-account-fields"></div>
1677 </p></div>
1678 <div class="col-2">
1679 <div class="woocommerce-shipping-fields">
1680         </div>
1681 <div class="woocommerce-additional-fields">
1682 <h3>Additional information</h3>
1683 <div class="woocommerce-additional-fields__field-wrapper">
1684 <p class="form-row notes" id="order_comments_field" data-priority=""><label for="order_comments" class="">Order notes <span class="optional">(opt
1685 </p></div>
1686 <p> <input type="hidden" name="metorik_source_type" value="" /><input type="hidden" name="metorik_source_url" value="" /><input type="hidden" name="met
1687 </p></div>
1688 </p></div>
1689 <div class="col2-set">
1690 <h3 id="order_review_heading">Your order</h3>
1691 <div id="order_review" class="woocommerce-checkout-review-order">
1692 <table class="shop_table woocommerce-checkout-review-order-table">
1693 <thead>
1694 <tr>
1695 <th class="product-name">Product</th>
1696 <th class="product-total">Subtotal</th>
1697 </tr>
1698 </thead>
1699 <tbody>
1700 <tr class="cart_item">
1701 <td class="product-name">
1702                                 $300,000 USD Evaluation Standard &#8211; MT4                             <strong class="product-quantity">&times; 1</stron
1703 <td class="product-total">
1704                             <span class="woocommerce-Price-amount amount"><bdi><span class="woocommerce-Price-currencySymbol">&#36;</span>1,389.00</bdi></
1705 </tr>
1706 </tbody>
1707 <tfoot>
1708 <tr class="cart-subtotal">
1709 <th>Subtotal</th>
1710 <td><span class="woocommerce-Price-amount amount"><bdi><span class="woocommerce-Price-currencySymbol">&#36;</span>1,389.00</bdi></span></td>
1711 </tr>
1712 <tr class="order-total">
1713 <th>Total</th>
1714 <td><strong><span class="woocommerce-Price-amount amount"><bdi><span class="woocommerce-Price-currencySymbol">&#36;</span>1,389.00</bdi></span> USD</st
1715 </tr>
1716 </tfoot>
1717 </table>
1718 <div id="payment" class="woocommerce-checkout-payment">
1719 <ul class="wc_payment_methods payment_methods methods">
1720 <li class="wc_payment_method payment_method_woocommerce_payments">
1721     <input id="payment_method_woocommerce_payments" type="radio" class="input-radio" name="payment_method" value="woocommerce_payments"  checked='chec
1722 <p> <label for="payment_method_woocommerce_payments"><br />
1723         Credit card / debit card <img decoding="async" src="https://myforexfunds.com/wp-content/plugins/woocommerce-payments/assets/images/payment-met
1724 <div class="payment_box payment_method_woocommerce_payments">
1725 <fieldset style="padding: 7px" id="wc-woocommerce_payments-upe-form" class="wc-upe-form wc-payment-form">
1726 <div id="wcpay-upe-element" class="wcpay-upe-element"></div>
1727 <div id="wcpay-upe-errors" role="alert"></div>
1728 <p>          <input id="wcpay-payment-method-upe" type="hidden" name="wcpay-payment-method-upe" /><br />
1729             <input id="wcpay_selected_upe_payment_type" type="hidden" name="wcpay_selected_upe_payment_type" /><br />
1730             <input id="wcpay_payment_country" type="hidden" name="wcpay_payment_country" /></p>
1731 </fieldset>
1732 <p>                        <input type="hidden" name="wcpay-fraud-prevention-token" value="Dt56ppiZ1iIyYBY8"></p></div>
1733 </li>
1734 <li class="wc_payment_method payment_method_confirmo">
1735     <input id="payment_method_confirmo" type="radio" class="input-radio" name="payment_method" value="confirmo"  data-order_button_text="Proceed to Co
1736 <p> <label for="payment_method_confirmo"><br />
1737         Bitcoin and other cryptocurrencies    </label></p>
1738 <div class="payment_box payment_method_confirmo" style="display:none;">
1739 <p>Pay with Bitcoin or other cryptocurrencies.<br /><abbr class="required" style="color:red">*</abbr> Please double-check that you are sending the cryp
1740 </p></div>
1741 </li>
1742 </ul>
1743 <div class="form-row place-order">
1744         <noscript><br />
1745         Since your browser does not support JavaScript, or it is disabled, please ensure you click the <em>Update Totals</em> button before placing
1746         </noscript></p>
1747 <div class="woocommerce-terms-and-conditions-wrapper">
1748 <div class="woocommerce-privacy-policy-text">
1749 <p>Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our <a
1750 <p>By clicking &#8220;Place Order&#8221; to register with My Forex Funds, you are agreeing that you understand terms and conditions, including the Risk
1751 <p>You accept that My Forex Funds will not issue refund once service (i.e. trading) has started on your account.</p>
1752 </div>
1753 <div class="woocommerce-terms-and-conditions" style="display: none; max-height: 200px; overflow: auto;">
1754 <div class="kb-row-layout-wrap kb-row-layout-id_29f45e-75 alignnone kt-row-has-bg wp-block-kadence-rowlayout">
1755 <div class="kt-row-column-wrap kt-has-1-columns kt-row-layout-equal kt-tab-layout-inherit kt-mobile-layout-row kt-row-valign-top">
1756 <div class="wp-block-kadence-column kadence-column_d4cdf0-0e">
1757 <div class="kt-inside-inner-col">
1758 <p class="has-text-align-center ticss-1a2af4a8 has-base-color has-text-color" style="font-size:clamp(16.5px, 1.031rem + ((1vw - 7.68px) * 0.661), 22px)
1759 </div>
1760 </div>
1761 </div>
1762 </div>
```