# Exhibit B-3

9/15/23, 5:51 PM
Case 3:23-cv-11808-ZNQ-TJB   Document 48-18   Filed 09/20/23   Page 2 of 3 PageID: 1757
Capture https___github.com_confirmo_confirmo-woocommerce - 2023-05-2023



We currently support the following cryptocurrencies: BTC, BTC (Lightning), ETH, SOL, LTC, TRX, USDC and USDT.

Would you like to see another cryptocurrency here? Contact us at support@confirmo.net

= How does Confirmo guarantee the exchange rate when I accept crypto but receive fiat?

We guarantee the exchange rate at the time of your transaction, ensuring you receive the exact amount requested. Even with crypto volatility, if you request $100, you will receive $100, minus our 0.8% fee.

= How can I withdraw my funds? =

You can withdraw your funds through Settlements and Payouts: **Settlements** are daily, weekly or monthly outgoing transactions to your linked bank account or crypto wallet. Settlements can be used to send Fiat, but also crypto and stablecoins, and work on a set-and-forget basis like traditional standing orders.

**Payouts** are one-time, on-demand transactions to a crypto wallet. This means they can be only used to send cryptocurrencies, but on an on-demand basis like traditional payment orders.

= What are the fees for withdrawals? =

The fee you will pay for Payouts (one-time crypto withdrawals) is 0.5%. For each payment method a standard network fee applies.

This means that if you send $100 worth of BTC to your contractor, they will receive $100 worth of BTC. You will be charged a transaction fee which will be deducted from your USD or EUR balance.

Settlements (recurrent withdrawals) are free, but bank fees apply.