# Exhibit C

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Michele M. Dudas, Esq. (mdudas@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Counsel to Anthony Sodono, III, Temporary Receiver*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP INC., a New Jersey corporation, d/b/a "My Forex Funds"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>Defendants. | Civil Action No. 3:23-cv-11808-ZNQ-TJB |

**DECLARATION OF MICHELE M. DUDAS, ESQ. PURSUANT TO 28 U.S.C. § 1746**

**MICHELE M. DUDAS**, of full age, hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney-at-law duly admitted to practice before this Court and am a partner with the law firm of McManimon, Scotland & Baumann, LLC, counsel to Anthony Sodono, III, Temporary Receiver in the above-referenced matter. I hereby submit this Declaration in support of the Motion of Commodity Futures Trading Commission ("CFTC") to find Traders Global Group Inc., d/b/a My Forex Funds, a New Jersey corporation, Traders Global Group Inc., a Canadian business organization and Murtuza Kazmi (collectively, "Defendants") in contempt of this Court's August 29, 2023 Order granting the CFTC's Motion

for an *Ex Parte* Statutory Restraining Order, appointment of a temporary receiver, and other equitable relief.

    2.    On September 12, 2023, I logged on to Confirmo's website, www.confirmo.net, using the credentials provided by Defendants. Annexed as **Exhibit "C-1"** is a true and accurate screenshot of the account balances at the time I logged on.

    3.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2023

*/s/ Michele M. Dudas*
Michele M. Dudas, Esq.
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
mdudas@msbnj.com