# Exhibit C-1

