# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>    Plaintiff,<br><br>    v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>    Defendants. | Civil Action No. 3:23-cv-11808 |

## [Proposed] ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE

This matter coming before the Court on the Plaintiff CFTC's and Temporary Receiver's Joint Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt, the Court finds that Defendants have knowingly refused or failed to comply with the Court's Statutory Restraining Order (Doc. 13). Defendants are hereby ordered to appear before this Court on _____ at _____ to show cause why Defendants should not be held in contempt.

[Date]

_____

Hon. Zahid N. Quraishi
UNITED STATES DISTRICT JUDGE