# EXHIBIT  D

## DeFranco, Thomas

| | |
|---|---|
| **From:** | Sari B. Placona <SPlacona@MSBNJ.COM> |
| **Sent:** | Thursday, September 14, 2023 5:26 PM |
| **To:** | Engel, Jonathan |
| **Cc:** | Burden, Ashley; Paulson, Katherine; Davis, Elizabeth; Streit, Elizabeth M.; Anthony Sodono; Michele M. Dudas; Diane Perrotta |
| **Subject:** | RE: CFTC v. Traders Global, Case No. 3:23-cv-11808 (DNJ) |

[EXTERNAL]

Thank you

Sari B. Placona
Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5030
**Email:** SPlacona@MSBNJ.COM
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

**From:** Engel, Jonathan <JonathanEngel@dwt.com>
**Sent:** Thursday, September 14, 2023 5:25 PM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Burden, Ashley <ABurden@cftc.gov>; Paulson, Katherine <KPaulson@cftc.gov>; Davis, Elizabeth <ElizabethDavis@dwt.com>; Streit, Elizabeth M. <estreit@cftc.gov>; Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>
**Subject:** RE: CFTC v. Traders Global, Case No. 3:23-cv-11808 (DNJ)

There might be a typo in the hyperlink. Try https://stripe.com/legal/ssa

**Jonathan Engel**   He/Him/His
**Partner,** Davis Wright Tremaine LLP

**P** 202.973.4219  **C** 617.519.7349  **E** jonathanengel@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington D.C., 20005
**DWT.COM**

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Thursday, September 14, 2023 5:24 PM
**To:** Engel, Jonathan <JonathanEngel@dwt.com>
**Cc:** Burden, Ashley <ABurden@cftc.gov>; Paulson, Katherine <KPaulson@cftc.gov>; Davis, Elizabeth <ElizabethDavis@dwt.com>; Streit, Elizabeth M. <estreit@cftc.gov>; Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>
**Subject:** RE: CFTC v. Traders Global, Case No. 3:23-cv-11808 (DNJ)

[EXTERNAL]

The link to the US account says "page not found."

Sari B. Placona
Partner

1

**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5030
**Email:** SPlacona@MSBNJ.COM
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

**From:** Engel, Jonathan <JonathanEngel@dwt.com>
**Sent:** Thursday, September 14, 2023 4:10 PM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Burden, Ashley <ABurden@cftc.gov>; Paulson, Katherine <KPaulson@cftc.gov>; Davis, Elizabeth <ElizabethDavis@dwt.com>; Streit, Elizabeth M. <estreit@cftc.gov>; Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>
**Subject:** RE: CFTC v. Traders Global, Case No. 3:23-cv-11808 (DNJ)

Sari,

We provided links to the governing contracts in the letter. The terms for the Canadian account can be found at https://stripe.com/en-ca/legal/ssa; the terms for the US account can be found at https://stripe.com/legal/ssa. We'll be back tomorrow with the chargeback analysis.

Thanks,

Jonathan

**Jonathan Engel**    He/Him/His
**Partner,** Davis Wright Tremaine LLP

**P** 202.973.4219  **C** 617.519.7349  **E** jonathanengel@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington D.C., 20005
**DWT.COM**

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Thursday, September 14, 2023 10:37 AM
**To:** Engel, Jonathan <JonathanEngel@dwt.com>
**Cc:** Burden, Ashley <ABurden@cftc.gov>; Paulson, Katherine <KPaulson@cftc.gov>; Davis, Elizabeth <ElizabethDavis@dwt.com>; Streit, Elizabeth M. <estreit@cftc.gov>; Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>
**Subject:** RE: CFTC v. Traders Global, Case No. 3:23-cv-11808 (DNJ)

**[EXTERNAL]**

Jonathan

Thanks much.

Please send us any and all contracts between the Defendants and Stripe. We also would like an analysis of the chargeback period.

Sari B. Placona
Partner

**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5030
**Email:** SPlacona@MSBNJ.COM
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

**From:** Engel, Jonathan <JonathanEngel@dwt.com>
**Sent:** Wednesday, September 13, 2023 8:21 PM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Burden, Ashley <ABurden@cftc.gov>; Paulson, Katherine <KPaulson@cftc.gov>; Davis, Elizabeth
<ElizabethDavis@dwt.com>; Streit, Elizabeth M. <estreit@cftc.gov>; Anthony Sodono <ASodono@MSBNJ.COM>;
Michele M. Dudas <MDudas@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>
**Subject:** CFTC v. Traders Global, Case No. 3:23-cv-11808 (DNJ)

Sari,

Thanks for your patience as we gathered information about the account. Please see attached, and let us know if you'd
like to discuss.

Regards,

Jonathan



**Jonathan Engel**    He/Him/His
**Partner | Davis Wright Tremaine LLP**
**P** 202.973.4219  **C** 617.519.7349  **E** jonathanengel@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington D.C., 20005

**DWT.COM**

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the
addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the
message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-
1800 and delete the message. Thank you very much.