# **EXHIBIT F**

# DeFranco, Thomas

| | |
|---|---|
| **From:** | Sari B. Placona <SPlacona@MSBNJ.COM> |
| **Sent:** | Monday, September 18, 2023 9:37 AM |
| **To:** | Engel, Jonathan |
| **Cc:** | Anthony Sodono; Ashley Burden; Katherine Paulson; Michele M. Dudas; Davis, Elizabeth; DeFranco, Thomas |
| **Subject:** | RE: URGENT: CFTC v. Traders Global Group, Inc., et al. - Case No. 3:23-cv-11808-ZNQ-TJB |

**[EXTERNAL]**

Sent it.

**Sari B. Placona**
Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5030
**Email:** SPlacona@MSBNJ.COM
Website

**Connect with MS&B on LinkedIn | Twitter | Instagram**

**From:** Engel, Jonathan <JonathanEngel@dwt.com>
**Sent:** Monday, September 18, 2023 9:22 AM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Ashley Burden <ABurden@cftc.gov>; Katherine Paulson <KPaulson@cftc.gov>; Michele M. Dudas <MDudas@MSBNJ.COM>; Davis, Elizabeth <ElizabethDavis@dwt.com>; DeFranco, Thomas <TomDeFranco@dwt.com>
**Subject:** RE: URGENT: CFTC v. Traders Global Group, Inc., et al. - Case No. 3:23-cv-11808-ZNQ-TJB

Please circulate so that we get the right people for your group. Thanks.

**Jonathan Engel**
**Partner,** Davis Wright Tremaine LLP
**P** 202.973.4219  **C** 617.519.7349  **E** jonathanengel@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington D.C., 20005
DWT.COM

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Monday, September 18, 2023 9:19 AM
**To:** Engel, Jonathan <JonathanEngel@dwt.com>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Ashley Burden <ABurden@cftc.gov>; Katherine Paulson <KPaulson@cftc.gov>; Michele M. Dudas <MDudas@MSBNJ.COM>; Davis, Elizabeth <ElizabethDavis@dwt.com>; DeFranco, Thomas <TomDeFranco@dwt.com>
**Subject:** RE: URGENT: CFTC v. Traders Global Group, Inc., et al. - Case No. 3:23-cv-11808-ZNQ-TJB

**[EXTERNAL]**

Let's do 4:00 please.
Thank you.

Will you circulate an invite or want me to?


**Sari B. Placona**
Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5030
**Email: SPlacona@MSBNJ.COM**
**Website**

**Connect with MS&B on LinkedIn | Twitter | Instagram**

**From:** Engel, Jonathan <JonathanEngel@dwt.com>
**Sent:** Monday, September 18, 2023 9:06 AM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Ashley Burden <ABurden@cftc.gov>; Katherine Paulson <KPaulson@cftc.gov>; Michele M. Dudas <MDudas@MSBNJ.COM>; Davis, Elizabeth <ElizabethDavis@dwt.com>; DeFranco, Thomas <TomDeFranco@dwt.com>
**Subject:** RE: URGENT: CFTC v. Traders Global Group, Inc., et al. - Case No. 3:23-cv-11808-ZNQ-TJB

Following up, we can be available today from 2-3 or 4-5:30 ET.

**Jonathan Engel**
**Partner,** Davis Wright Tremaine LLP

**P** 202.973.4219  **C** 617.519.7349  **E** jonathanengel@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington D.C., 20005

**DWT.COM**

**From:** Engel, Jonathan <JonathanEngel@dwt.com>
**Sent:** Sunday, September 17, 2023 4:49 PM
**To:** Sari B. Placona <SPlacona@msbnj.com>
**Cc:** Anthony Sodono <ASodono@msbnj.com>; Ashley Burden <ABurden@cftc.gov>; Katherine Paulson <KPaulson@cftc.gov>; Michele M. Dudas <MDudas@msbnj.com>; Davis, Elizabeth <ElizabethDavis@dwt.com>; DeFranco, Thomas <TomDeFranco@dwt.com>
**Subject:** Re: URGENT: CFTC v. Traders Global Group, Inc., et al. - Case No. 3:23-cv-11808-ZNQ-TJB

Sari,

There still seems to be some confusion about the chargeback process. Will get back to you tomorrow morning re availability.

Jonathan

> On Sep 16, 2023, at 12:25 PM, Sari B. Placona <SPlacona@msbnj.com> wrote:
>
> **[EXTERNAL]**
>
> ---
>
> Jonathan

See attached letter received from Defendants in this matter.

You assured us all funds have been frozen.

Please confirm

Please advise your availability for a call Monday


From Sari B. Placona, Esq.
Sent from my iPhone

Begin forwarded message:

> **From:** Dakota Speas <dakotaspeas@quinnemanuel.com>
> **Date:** September 16, 2023 at 1:14:56 AM EDT
> **To:** Anthony Sodono <ASodono@msbnj.com>
> **Cc:** "Sari B. Placona" <SPlacona@msbnj.com>, "Burden, Ashley" <ABurden@cftc.gov>, "Paulson, Katherine" <KPaulson@cftc.gov>, "Streit, Elizabeth M." <estreit@cftc.gov>, Robert Zink <robertzink@quinnemanuel.com>, Michael Shaheen <michaelshaheen@quinnemanuel.com>
> **Subject: URGENT:  CFTC v. Traders Global Group, Inc., et al. - Case No. 3:23-cv-11808-ZNQ-TJB**
>
>
> Counsel:
>
> Please find urgent correspondence attached.
>
> Best,
> Dakota
>
> **Dakota Speas**
> *Associate*
> **Quinn Emanuel Urquhart & Sullivan, LLP**
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, CA 90017
> 213-443-3687 Direct
> 760-580-8847 Mobile
> 213-443-3000 Main Office Number
> 213-443-3100 Fax
> dakotaspeas@quinnemanuel.com
> www.quinnemanuel.com
>
> NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the

message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.