# **EXHIBIT G**

# DeFranco, Thomas

| | |
|---|---|
| **From:** | Sari B. Placona <SPlacona@MSBNJ.COM> |
| **Sent:** | Tuesday, September 19, 2023 7:14 PM |
| **To:** | Engel, Jonathan |
| **Cc:** | Anthony Sodono; Ashley Burden; Katherine Paulson; Michele M. Dudas; Davis, Elizabeth; DeFranco, Thomas; Dakota Speas |
| **Subject:** | Re: CFTC v. Traders Global Group, Inc., et al. - Case No. 3:23-cv-11808-ZNQ-TJB |

**[EXTERNAL]**

Hi Jonathan

I am still waiting for Stripe to provide us with the log-in information as that is what was discussed on yesterdays call.

Thank you.

From Sari B. Placona, Esq.
Sent from my iPhone

> On Sep 19, 2023, at 6:53 PM, Engel, Jonathan <JonathanEngel@dwt.com> wrote:
>
> All,
>
> Stripe did not attend today's hearing, so we're unaware of any modification to the TRO. But to the extent it remains relevant, one option to mitigate chargeback risk is to enroll Chargebacks911, a vendor that Stripe works with. In short, they implement an automated process for challenging chargebacks that are invalid for technical reasons, such as submission outside of an applicable period. Let us know if helpful to discuss.
>
> Thanks,
>
> Jonathan
>
> **Jonathan Engel**
> **Partner,** Davis Wright Tremaine LLP
>
> **P** 202.973.4219  **C** 617.519.7349  **E** jonathanengel@dwt.com
> **A** 1301 K Street NW, Suite 500 East, Washington D.C., 20005
> **DWT.COM**
>
> **From:** Sari B. Placona <SPlacona@MSBNJ.COM>
> **Sent:** Tuesday, September 19, 2023 4:28 PM
> **To:** Engel, Jonathan <JonathanEngel@dwt.com>
> **Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Ashley Burden <ABurden@cftc.gov>; Katherine Paulson <KPaulson@cftc.gov>; Michele M. Dudas <MDudas@MSBNJ.COM>; Davis, Elizabeth <ElizabethDavis@dwt.com>; DeFranco, Thomas <TomDeFranco@dwt.com>; Dakota Speas <dakotaspeas@quinnemanuel.com>
> **Subject:** RE: CFTC v. Traders Global Group, Inc., et al. - Case No. 3:23-cv-11808-ZNQ-TJB

# EXHIBIT G

[EXTERNAL]

We have to cancel the call.

Is there any update on log in information?

Thank you.

**Sari B. Placona**
Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5030
**Email: SPlacona@MSBNJ.COM**
**Website**

**Connect with MS&B on LinkedIn | Twitter | Instagram**

**From:** Engel, Jonathan <JonathanEngel@dwt.com>
**Sent:** Tuesday, September 19, 2023 1:53 PM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Ashley Burden <ABurden@cftc.gov>; Katherine Paulson <KPaulson@cftc.gov>; Michele M. Dudas <MDudas@MSBNJ.COM>; Davis, Elizabeth <ElizabethDavis@dwt.com>; DeFranco, Thomas <TomDeFranco@dwt.com>
**Subject:** RE: CFTC v. Traders Global Group, Inc., et al. - Case No. 3:23-cv-11808-ZNQ-TJB

We can be available at 5 ET

**Jonathan Engel**
**Partner,** Davis Wright Tremaine LLP

**P** 202.973.4219  **C** 617.519.7349  **E** jonathanengel@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington D.C., 20005
**DWT.COM**

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Tuesday, September 19, 2023 12:27 PM
**To:** Engel, Jonathan <JonathanEngel@dwt.com>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Ashley Burden <ABurden@cftc.gov>; Katherine Paulson <KPaulson@cftc.gov>; Michele M. Dudas <MDudas@MSBNJ.COM>; Davis, Elizabeth <ElizabethDavis@dwt.com>; DeFranco, Thomas <TomDeFranco@dwt.com>
**Subject:** Re: CFTC v. Traders Global Group, Inc., et al. - Case No. 3:23-cv-11808-ZNQ-TJB

[EXTERNAL]

Jonathan.

The court scheduled a hearing for 2:00. When can we reschedule our call?

From Sari B. Placona, Esq.
Sent from my iPhone

3

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.