UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP, INC., a New Jersey corporation, d/b/a "MY FOREX FUNDS"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>    Defendants. | Civil Action No. 3:23-cv-11808<br><br>**CERTIFICATE OF SERVICE** |

Michael V. Rella, hereby certifies pursuant to 28 U.S.C. 1746 that:

1. On September 20, 2023, I served true and correct copies of **Non-Party Stripe, Inc.'s Emergency Motion to Intervene** (and Exhibits A – H attached thereto) and **Stripe, Inc.'s Opposition to Temporary Receiver's Proposed Order Compelling Turnover of Funds in Financial Accounts and Granting Related Relief in Accordance with Statutory Restraining Order** via electronic mail upon the following counsel of record:

Ashley Burden
U.S. Commodities Futures Trading Commission
77 W. Jackson Blvd., Suite 800
Chicago, IL 60604
Email: aburden@cftc.gov

Katherine Paulson
U.S. Commodities Futures Trading Commission
77 W. Jackson Blvd., Suite 800
Chicago, IL 60604
Email: kpaulson@cftc.gov

Elizabeth Streit
U.S. Commodities Futures Trading Commission
77 W. Jackson Blvd., Suite 800
Chicago, IL 60604
Email: estreit@cftc.gov

*Attorneys for Plaintiff*

Anthony J. Staltari
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (415) 875-6600
Email: anthonystaltari@quinnemanuel.com

Michael Shaheen, III
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Email: michaelshaheen@quinnemanuel.com

Robert A. Zink
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Email: robertzink@quinnemanuel.com

Dakota Speas
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Email: dakotaspeas@quinnemanuel.com

*Attorneys for Defendants*

Anthony Sodono
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
Email: asodono@msbnj.com

*Temporary Receiver*

Sari Placona
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
Email: splacona@msbnj.com

*Attorneys for Temporary Receiver*

  I certify under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, NY on this 20th day of September.

            /s/ Michael V. Rella
             Michael V. Rella