UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP, INC., a New Jersey corporation, d/b/a "MY FOREX FUNDS"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>  Defendants. | Civil Action No. 3:23-cv-11808<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

  Pursuant to Rule 101.1(c)(1) of the Local Rules of the United States District Court for the District of New Jersey, I, Michael V. Rella, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

  Elizabeth Davis
  DAVIS WRIGHT TREMAINE LLP
  1301 K Street, Suite 500 East
  Washington, DC 20005
  Tel: (202) 220-1933
  Fax: (202) 973-4499
  Email: ElizabethDavis@dwt.com

Dated: September 21, 2023
  New York, New York

            DAVIS WRIGHT TREMAINE LLP

            By: /s/ Michael V. Rella
              Michael V. Rella
              1251 Avenue of the Americas, 21st Floor
              New York, New York 10020
              Phone: (212) 880-3973
              Fax: (212) 489-8340
              Email: MichaelRella@dwt.com

            *Attorneys for Non-Party Movant Stripe, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP, INC., a New Jersey corporation, d/b/a "MY FOREX FUNDS"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>    Defendants. | Civil Action No. 3:23-cv-11808<br><br>**CERTIFICATION OF MICHAEL V. RELLA IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, MICHAEL V. RELLA, a member of the bar of this Court, declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am an attorney with Davis Wright Tremaine LLP, of counsel for non-party movant Stripe, Inc. in this matter. I make this certification based on my personal knowledge of the facts set forth herein and in support of the motion to admit Elizabeth Davis *pro hac vice* to represent non-party movant Stripe, Inc.

2.  I am a member in good standing of the bars of the States of New Jersey and New York. I am also a member in good standing of the bar of this Court.

3.  Elizabeth Davis is a member in good standing of the bar of the District of Columbia. There are no pending disciplinary proceedings against Ms. Davis in any state or federal court, and no discipline has previously been imposed on Ms. Davis in any jurisdiction. In accordance with the Local Rules, a certified statement of Ms. Davis is attached as "Exhibit A."

4.  I respectfully submit a proposed Order granting the admission of Elizabeth Davis, *pro hac vice*, attached as "Exhibit B", hereto.

**WHEREFORE**, it is respectfully requested that the motion to admit Elizabeth Davis *pro hac vice* to represent non-party movant Stripe, Inc. in the above-captioned matter be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 21, 2023
       New York, New York

/s/ Michael V. Rella
Michael V. Rella

# EXHIBIT A

## DECLARATION OF ELIZABETH DAVIS

I, Elizabeth Davis, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am member in good standing of the bar of the District of Columbia.

2. I was admitted to the bar of the District of Columbia on December 10, 1999. The address of the office maintaining the roll of the members of the bar is: DC Bar, 901 4th St., NW, Washington DC, 20001.

3. There are no pending disciplinary proceedings against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2023

                                                   /s/ Elizabeth Davis
                                                   Elizabeth Davis

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP, INC., a New Jersey corporation, d/b/a "MY FOREX FUNDS"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>　　　　Defendants. | Civil Action No. 3:23-cv-11808<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

　　　Upon the motion of Michael V. Rella, attorney for non-party movant Stripe, Inc and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

　　　Elizabeth Davis
　　　DAVIS WRIGHT TREMAINE LLP
　　　1301 K Street, Suite 500 East
　　　Washington, DC 20005
　　　Tel: (202) 220-1933
　　　Fax: (202) 973-4499
　　　ElizabethDavis@dwt.com

be admitted to practice *pro hac vice* in the above-captioned case. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys;

　　　IT IS FURTHER ORDERED that Elizabeth Davis pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a);

IT IS FURTHER ORDERED that Elizabeth Davis pay the sum of $150.00 to the clerk of the United States District Court in accordance with Local Civil Rule 101(c)(3);

IT IS FURTHER ORDERED that Elizabeth Davis may file a request with the Clerk of the Court, the form of which is available on the Court's website, for *pro hac vice* counsel to receive electronic notifications in this matter.

So Ordered,

_____
Hon. Zahid N. Quraishi

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2023, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices. I also certify that I have caused copies of the aforementioned document to be served via first class mail, postage prepaid, upon all non-CM/ECF participants.

/s/ Michael v. Rella
Michael V. Rella