UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP, INC., a New Jersey corporation, d/b/a "MY FOREX FUNDS"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>  Defendants. | Civil Action No. 3:23-cv-11808<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 101.1(c)(1) of the Local Rules of the United States District Court for the District of New Jersey, I, Michael V. Rella, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Jonathan Engel
DAVIS WRIGHT TREMAINE LLP
1301 K Street, Suite 500 East
Washington, DC 20005
Tel: (202) 973-4219
Fax: (202) 973-4499
Email: JonathanEngel@dwt.com

Dated: September 21, 2023
           New York, New York

DAVIS WRIGHT TREMAINE LLP

By: /s/ Michael V. Rella
     Michael V. Rella
     1251 Avenue of the Americas, 21st Floor
     New York, New York 10020
     Phone: (212) 880-3973
     Fax: (212) 489-8340
     Email: MichaelRella@dwt.com

*Attorneys for Non-Party Movant Stripe, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP, INC., a New Jersey corporation, d/b/a "MY FOREX FUNDS"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>Defendants. | Civil Action No. 3:23-cv-11808<br><br>**CERTIFICATION OF MICHAEL V. RELLA IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, MICHAEL V. RELLA, a member of the bar of this Court, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Davis Wright Tremaine LLP, of counsel for non-party movant Stripe, Inc. in this matter. I make this certification based on my personal knowledge of the facts set forth herein and in support of the motion to admit **Jonathan Engel** *pro hac vice* to represent non-party movant Stripe, Inc.

2. I am a member in good standing of the bars of the States of New Jersey and New York. I am also a member in good standing of the bar of this Court.

3. Jonathan Engel is a member in good standing of the bar(s) of the District of Columbia and Massachusetts. There are no pending disciplinary proceedings against Mr. Engel in any state or federal court, and no discipline has previously been imposed on Mr. Engel in any jurisdiction. In accordance with the Local Rules, a certified statement of Mr. Engel is attached as "Exhibit A."

4. I respectfully submit a proposed Order granting the admission of Jonthan Engel, *pro hac vice*, attached as "Exhibit B", hereto.

WHEREFORE, it is respectfully requested that the motion to admit Jonathan Engel *pro hac vice* to represent non-party movant Stripe, Inc. in the above-captioned matter be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 21, 2023
New York, New York

/s/ Michael V. Rella
Michael V. Rella

# EXHIBIT A

## **DECLARATION OF JONATHAN ENGEL**

I, Jonathan Engel, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am member in good standing of the bar(s) of the District of Columbia and Massachusetts.

2. I was admitted to the bar(s) of the District of Columbia on September 6, 2018 and Massachusetts on November 29, 2005.  The address of the office maintaining the roll of the members of the bar(s) is: DC Bar, 901 4th St., NW, Washington DC, 20001, and Massachusetts Board of Bar Overseers, Office of the Clerk, 99 High Street, Boston, MA 02110.

3. There are no pending disciplinary proceedings against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2023

/s/ Jonathan Engel
Jonathan Engel

# EXHIBIT B

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP, INC., a New Jersey corporation, d/b/a "MY FOREX FUNDS"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>      Defendants. | Civil Action No. 3:23-cv-11808<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

Upon the motion of Michael V. Rella, attorney for non-party movant Stripe, Inc and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

>Jonathan Engel
>DAVIS WRIGHT TREMAINE LLP
>1301 K Street, Suite 500 East
>Washington, DC 20005
>Tel: (202) 973-4219
>Fax: (202) 973-4499
>Email: JonathanEngel@dwt.com

be admitted to practice *pro hac vice* in the above-captioned case.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys;

IT IS FURTHER ORDERED that Jonathan Engel pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a);

IT IS FURTHER ORDERED that Jonathan Engel pay the sum of $150.00 to the clerk of the United States District Court in accordance with Local Civil Rule 101(c)(3);

IT IS FURTHER ORDERED that Jonathan Engel may file a request with the Clerk of the Court, the form of which is available on the Court's website, for *pro hac vice* counsel to receive electronic notifications in this matter.

So Ordered,

_____
Hon. Zahid N. Quraishi

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2023, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices. I also certify that I have caused copies of the aforementioned document to be served via first class mail, postage prepaid, upon all non-CM/ECF participants.

      /s/ Michael v. Rella
      Michael V. Rella