**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Michele M. Dudas (mdudas@msbnj.com)
*Counsel to Anthony Sodono, III, Temporary Receiver for Traders Global Group Inc.,*
*a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc.,*
*a Canadian business organization; and Murtuza Kazmi*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP INC., a New Jersey corporation, d/b/a "My Forex Funds"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>    Defendants. | Civil Action No. 3:23-cv-11808 (ZNQ)(TJB) |

## APPEARANCE OF COUNSEL

TO:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Anthony Sodono, III, Temporary Receiver.  Request is made that the documents filed in this case be served on the undersigned at this address:

Michele M. Dudas, Esq.
McManimon Scotland & Baumann, LLC
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
(973) 622-1800 (phone)
Email:  mdudas@msbnj.com

                                            */s/ Michele M. Dudas*
                                            MICHELE M. DUDAS

Dated:  September 21, 2023