## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP, INC., a New Jersey corporation, d/b/a "MY FOREX FUNDS"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>      Defendants. | Civil Action No. 3:23-cv-11808<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

      Upon the motion of Michael V. Rella, attorney for non-party movant Stripe, Inc and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

      Elizabeth Davis
      DAVIS WRIGHT TREMAINE LLP
      1301 K Street, Suite 500 East
      Washington, DC 20005
      Tel: (202) 220-1933
      Fax: (202) 973-4499
      ElizabethDavis@dwt.com

be admitted to practice *pro hac vice* in the above-captioned case.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys;

      IT IS FURTHER ORDERED that Elizabeth Davis pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a);

      IT IS FURTHER ORDERED that Elizabeth Davis pay the sum of $150.00 to the clerk of the United States District Court in accordance with Local Civil Rule 101(c)(3);

      IT IS FURTHER ORDERED that Elizabeth Davis may file a request with the Clerk of the Court, the form of which is available on the Court's website, for *pro hac vice* counsel to receive electronic notifications in this matter.

      So Ordered,

      s/Tonianne J. Bongiovanni
      Hon. Tonianne J. Bongiovanni

      Dated: 9/21/2023

[Docket Entry No. 51 is terminated].