UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP, INC., a New Jersey corporation, d/b/a "MY FOREX FUNDS"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>  Defendants. | Civil Action No. 3:23-cv-11808<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

Upon the motion of Michael V. Rella, attorney for non-party movant Stripe, Inc and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

  Jonathan Engel
  DAVIS WRIGHT TREMAINE LLP
  1301 K Street, Suite 500 East
  Washington, DC 20005
  Tel: (202) 973-4219
  Fax: (202) 973-4499
  Email: JonathanEngel@dwt.com

be admitted to practice *pro hac vice* in the above-captioned case.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys;

  IT IS FURTHER ORDERED that Jonathan Engel pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a);

      IT IS FURTHER ORDERED that Jonathan Engel pay the sum of $150.00 to the clerk of the United States District Court in accordance with Local Civil Rule 101(c)(3);

      IT IS FURTHER ORDERED that Jonathan Engel may file a request with the Clerk of the Court, the form of which is available on the Court's website, for *pro hac vice* counsel to receive electronic notifications in this matter.

      So Ordered,

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni

Dated: 9/21/2023

[Docket Entry No. 53 is terminated].