UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP INC., a New Jersey corporation, d/b/a "My Forex Funds"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>Defendants. | Civil Action No. 23-11808 (ZNQ) (TJB) |

**ORDER GRANTING MOTION FOR TEMPORARY RECEIVER TO EMPLOY NORTON ROSE FULBRIGHT US LLP AND NORTON ROSE FULBRIGHT CANADA LLP AS SPECIAL COUNSEL**

**THIS MATTER** having been opened to the Court by Anthony Sodono, III, Temporary Receiver ("Temporary Receiver") for Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, upon the Motion of Temporary Receiver for Authorization to Employ Norton Rose Fulbright US LLP ("NRF US") and Norton Rose Fulbright Canada LLP ("NRF CA") as Special Counsel (ECF No. 41); and it appearing that NRF US and NRF CA do not represent or hold any adverse interest with respect to the matters upon which they are to be retained; (ii) NRF US and NRF CA claim no interest in the suit or any of the parties thereto in any way which would disqualify them from serving the Temporary Receiver in good faith as a fiduciary for all of the beneficial owners and creditors of the estate, as contemplated by L. Civ. R. 66.1(g) of the Local Civil Rules of the United States District Court for the District of New Jersey; and (iii) the employment of NRF US and NRF CA is appropriate and necessary; and

proper notice of the application and certifications and proposed entry hereof having been given; and sufficient cause having been shown;

**IT IS** on this **22nd** day of **September 2023**;

**ORDERED** that the Motion (ECF No. 41) is **GRANTED**; the Temporary Receiver be and hereby is authorized to employ, effective as of September 6, 2023, NRF US and NRF CA as his special counsel herein; and it is further

**ORDERED** that compensation to NRF US and NRF CA for services rendered and expenses incurred shall be pursuant to appropriate applications to be submitted and approved by this Court pursuant to L. Civ. R. 66.1(h) of the Local Civil Rules of the United States District Court for the District of New Jersey.

s/ Zahid N. Quraishi<br>
**ZAHID N. QURAISHI**<br>
**UNITED STATES DISTRICT** JUDGE