UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission<br><br>Plaintiff(s),<br><br>v.<br><br>Traders Global Group, Inc., et al.,<br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 23-cv-11808 |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Michael V. Rella
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Thomas DeFranco

Address: Davis Wright Tremaine LLP

1301 K Street, Suite 500 East

Washington, DC 20005

E-mail: ThomasDeFranco@dwt.com
(One email address only)