UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Commodity Futures Trading Commission

Plaintiff(s),

v.

Traders Global Group, Inc., et al.,

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 23-cv-11808

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Michael V. Rella
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Thomas Kost

Address: Davis Wright Tremaine LLP

920 Fifth Avenue, Suite 3300

Seattle, WA 98104

E-mail: JonathanEngel@dwt.com
(One email address only)