# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:23-cv-11808 |
| v. | ) |
| | ) |
| Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, | ) Judge Zahid N. Quraishi ) ) Plaintiff CFTC's Response to Non-Party Stripe, Inc.'s Emergency Motion to Intervene |
| | ) |
| Defendants. | ) |

The CFTC does not oppose Stripe, Inc.'s ("Stripe") Motion to Intervene in this action, and takes no position on whether it is appropriate under Federal Rule of Civil Procedure 24 for it to do so as a matter of right. However, the CFTC notes that under Fed. R. Civ. P. 24(c), a motion to intervene must be accompanied by a pleading that sets out the claim or defense for which intervention is sought. Stripe has not yet submitted such a pleading though it promises to do so "in the coming days." (Non-Party Stripe's Emergency Motion to Intervene (Doc. 49) at 2, n. 2.) The CFTC reserves the right to respond to and object to any pleading that Stripe might file. Stripe also filed Stripe's Opposition to Temporary Receiver's Proposed Order Compelling Turnover of Funds in Financial Accounts and Granting Related Relief in Accordance with Statutory Restraining Order (Doc 50). While the Temporary Receiver, Stripe and the parties are attempting to work out a resolution to the issues raised in the pleading without Court intervention, the CFTC reserves the right to address those issues should it become necessary.

1

Date: September 22, 2023                Respectfully Submitted,

/s/ *Ashley J. Burden*

Commodity Futures Trading Commission
Plaintiff
77 West Jackson Blvd., Suite 800
Chicago, IL 60604

Ashley J. Burden
Senior Trial Attorney
Division of Enforcement
Office: (312) 596-0693
Cell: (312) 995-0779
aburden@cftc.gov

Katherine S. Paulson
Trial Attorney
Division of Enforcement
Office: (312) 554-4559
kpaulson@cft.gov

Elizabeth M. Streit
Chief Trial Attorney
Division of Enforcement
Office: (312) 596-0537
estreit@cftc.gov

## Certificate of Service

I certify that on September 22, 2023, I provided service to all counsel of record via the Court's electronic CM/ECF system and to non-party Stripe via email as follows:

Thomas DeFranco
Davis Wright Tremaine LLP
1301 K Street Suite 500 East
Washington, DC  20005
202-220-1928
TomDeFranco@dwt.com

Elizabeth Davis
Davis Wright Tremaine LLP
1301 K Street Suite 500 East
Washington, DC  20005
202-220-1933
ElizabethDavis@dwt.com

Jonathon Engel
Davis Wright Tremaine LLP
1301 K Street Suite 500 East
202-973-4219
JonathonEngel@dwt.com

Thomas Kost
Davis Wright Tremaine LLP
920 Fifth Ave.
Suite 3300
Seattle, WA.  98104
206-757-8357
ThomasKost@dwt.com

Michael V. Rella
Davis Writh Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY  10020
212-880-3973
MichaelRella@dwt.com

/s/*Ashley J. Burden*

Ashley J. Burden
Commodity Futures Trading Commission
Division of Enforcement
77 West Jackson Blvd.  Ste. 800
Chicago, IL.  60604
(312)-596-0693
aburden@cftc.gov