# Exhibit 1

| | |
|---|---|
| **From:** | Dakota Speas |
| **Sent:** | Friday, September 22, 2023 9:31 PM |
| **To:** | Paulson, Katherine; ASodono@MSBNJ.COM |
| **Cc:** | Sari B. Placona; Burden, Ashley; Streit, Elizabeth M.; Alex Spiro; Anthony J. Staltari; George Phillips; Isabelle Sun; Kayla Fleming; Kristin Casey; Matthew Feibert; Michael Shaheen; Nicholas Inns; Robert Zink |
| **Subject:** | RE: [EXTERNAL] RE: CFTC v. Traders Global Group, Inc., et al., Case No. 3:23-cv-11808-ZNQ-TJB |

Katie,

We are considering the applicable factors in good faith and appreciate that you are as well.  If we reach an agreement, we can present the requested carveouts as a stipulated request to the Court.  We eagerly await the CFTC's response.

--Dakota

**From:** Paulson, Katherine <KPaulson@CFTC.gov>
**Sent:** Friday, September 22, 2023 2:49 PM
**To:** Dakota Speas <dakotaspeas@quinnemanuel.com>; ASodono@MSBNJ.COM
**Cc:** Sari B. Placona <SPlacona@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Alex Spiro <alexspiro@quinnemanuel.com>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; George Phillips <georgephillips@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Kristin Casey <kristincasey@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
**Subject:** RE: [EXTERNAL] RE: CFTC v. Traders Global Group, Inc., et al., Case No. 3:23-cv-11808-ZNQ-TJB

**[EXTERNAL EMAIL from kpaulson@cftc.gov]**

Dakota,

Based on the emails we've seen today, you are still working to provide information to the Temporary Receiver and us to substantiate some of your client's requests.  The CFTC is reviewing, and will continue to review, that information, including the latest summary and documentation that you provided last night, and any other outstanding materials that you may provide.  We will get you and the Temporary Receiver our position in writing early next week (and can have a call following that, if necessary).  As you know, courts consider many factors in determining whether carve-outs for expenses are appropriate in theory, and if so, how much is reasonable.  The CFTC is considering those same factors as we review your client's very recent proposal.  We hope that you are also considering, in good-faith, those factors in making these requests and as we work to try to reach an agreement.

Please note, however, for both your benefit and the Temporary Receiver's—it is our position that, even if we reach agreement on some aspects of this, the Court must approve any carve-out of assets for the types of expenses that you requested.  It is for the Court to make the final determination on whether something is reasonable, notwithstanding the position of any party.

Thank you,

1

Katie

**From:** Dakota Speas <dakotaspeas@quinnemanuel.com>
**Sent:** Friday, September 22, 2023 2:31 PM
**To:** ASodono@MSBNJ.COM
**Cc:** Sari B. Placona <SPlacona@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson, Katherine <KPaulson@CFTC.gov>; Alex Spiro <alexspiro@quinnemanuel.com>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Dakota Speas <dakotaspeas@quinnemanuel.com>; George Phillips <georgephillips@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Kristin Casey <kristincasey@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
**Subject:** [EXTERNAL] RE: CFTC v. Traders Global Group, Inc., et al., Case No. 3:23-cv-11808-ZNQ-TJB

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Counsel:  before the weekend, can we please have a call (or at least a written response) to confirm where everyone stands on these carve-outs?  I have had a few telephone conversations with the Temporary Receiver this week but I have not yet heard the CFTC's view.

**From:** Dakota Speas <dakotaspeas@quinnemanuel.com>
**Sent:** Thursday, September 21, 2023 6:22 PM
**To:** ASodono@MSBNJ.COM
**Cc:** Sari B. Placona <SPlacona@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson, Katherine <KPaulson@CFTC.gov>; Robert Zink <robertzink@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Dakota Speas <dakotaspeas@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>
**Subject:** RE: CFTC v. Traders Global Group, Inc., et al., Case No. 3:23-cv-11808-ZNQ-TJB

Counsel:

Now that you have had some time to digest our proposal, I hope we can come to agreement on reasonable exemptions to the SRO (as Judge Quraishi has strongly encouraged).  The CFTC should be a part of this conversation.  As a reminder, Defendants propose the following **exemptions** from the SRO, meaning that Defendants are permitted to pay these expenses from their existing funds.  I understand that the Temporary Receiver currently has liquidity concerns, but if Defendants are granted direct exemptions to pay these expenses themselves, that is not an issue.  I have included new backup documentation.

To be paid from Mr. Kazmi's personal funds:

| Expense | Amount | Comments |
| --- | --- | --- |
| Home mortgage | $42,565.00 per month | Necessary to preserve the value of the estate and to avoid default interest [Backup attached] |
| MyRogers (internet service) | $480.00 per month | Reasonable living expense [Backup attached] |

| Expense | Amount | Comments |
|---|---|---|
| School fees for Mr. Kazmi's two children | $1,040.00 per month | Reasonable living expense [Backup attached] |
| Personal car and associated operating expenses | $600.00 per month | Reasonable living expense [Backup attached] |
| Insurance (auto, cyber, personal umbrella, rental property, and home) | $7,007.03 per month | Necessary to preserve the value of the estate [Backup attached – see also breakdown below] |
| Home security service | $300.00 per month | Necessary to preserve the value of the estate and to protect the health and safety of Mr. Kazmi's family [Backup attached] |
| Childcare (for two children aged 5 and 7) | $3,500.00 per month | Reasonable living expense – the kids are young and are emotionally attached to their nanny.  [No receipts available because this was paid for in cash and the CIBC debits card statements are not accessible to us.] |
| Parental support (including cancer treatment for Mr. Kazmi's mother-in-law) | $4,000.00 per month | The payment for the cancer medicine is after government subsidies are applied. [See backup below.] |
| Groceries, diapers, medical care, toiletries and cleaning supplies | $3,000.00 per month | Reasonable living expense.  Based on $15/per person, per day ($1,800) for food.  Other necessities ($1,200) do not all have receipts available.  [Medcan receipt attached.] |
| Utility bills | $2,000.00 per month | Reasonable living expense [Backup attached] |
| **Sub-Total (monthly)** | **$64,492.03** | |

| Expense | Amount | Comments |
|---|---|---|
| Security system (before his assets were frozen, Mr. Kazmi installed new smoke and carbon monoxide detectors, fire alarms, and a security system to protect his home and its contents from theft; this represents the remaining amount due for the installation) | $25,000.00 (one-time payment) | Necessary to preserve the value of the estate and to protect the health and safety of Mr. Kazmi's family; if invoice balance is unpaid, the security system is subject to re-possession and interest may be charged (see contract) |
| Credit card balance | $23,356.00 (one-time payment – statement balance) | Necessary to preserve the value of the estate and to avoid penalty interest |
| **Sub-Total (one-time)** | **$54,516.51** | |

To be paid from the business's funds:

| Expense | Amount | Comment |
|---|---|---|
| Pay for 55 staff members | $117,697.32 per month | No one has been paid since the SRO went into effect. [Backup is forthcoming.] |

Legal Fees:

3

| Expense | Amount | Comment |
|---|---|---|
| Quinn Emanuel (US proceedings) | $750,000 USD through October 31, 2023 | This is a complex case that requires substantial work on a short timeline, including to prepare for the hearing on the motion for preliminary injunction.  Access to counsel is necessary for fair proceedings. |
| Gowling WLG (Canadian proceedings) | $350,000 CAD through October 31, 2023 | The Canadian proceedings are also complex and access to counsel is necessary for fair proceedings. |

Breakdown of insurance payments:

Auto: 30672577 - $1,415.61/month
Cyber: 30673491 - $29.10/month
Personal Umbrella: 30672572 - $180.48/month
Rental Property: 30672582 - $237.90/month
Home: 30672571 - $4,769.13/month
Auto: 30681124 - $374.81/month

Total monthly payments: $7,007.03

Parental support payments/receipts:

| Aug 8, 2023 | Mohammad Ali Narjis Papa marizvi647@gmail.com | $2,000.00 | Transfer completed |
| Jul 5, 2023 | Mohammad Ali Narjis Papa marizvi647@gmail.com | $2,000.00 | Transfer completed |
| Jun 5, 2023 | Mohammad Ali Narjis Papa marizvi647@gmail.com | $2,000.00 | Transfer completed |

4

**Innomar Specialty Pharmacy (o/b APlus Pharma Ltd.)**
4-3250 Harvester Road Burlington, ON L7N 3W9
Ph: 888-889-0787/905-681-8022 Fax: 905-631-8114

## OFFICIAL PRESCRIPTION RECEIPT

**Rx: 3747340**

**Rizvi, Azra Fatima**
88 Russell Jarvis Dr.
Markham ON  L3S 4B2

Thu 24-Aug-2023

(647) 907-6825

28 ML **Perjeta 420mg VIAL 420mg/14mL**
*Pertuzumab 420mg/14mL*
DIN: 02405016    Mfr: HLR    Days: 21

**NEW RX**
Refills: 0
Doc# 01:83028

**Dr. Hajra, Leena**

Cost:    7,849.18       Claim Secure Patient Assistance Card... 4,716.10
Fee:       10.99        **Patient Pays: 3144.07**
Total:   7,860.17

_____
Authorized Pharmacy Agent Signature

OR Registered Pharmacy Technician

Thank You for choosing Innomar Specialty Pharmacy

5



--Dakota

---

**From:** Dakota Speas <dakotaspeas@quinnemanuel.com>
**Sent:** Tuesday, September 19, 2023 9:19 PM
**To:** ASodono@MSBNJ.COM
**Cc:** Sari B. Placona <SPlacona@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson, Katherine <KPaulson@CFTC.gov>; Robert Zink <robertzink@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>
**Subject:** CFTC v. Traders Global Group, Inc., et al., Case No. 3:23-cv-11808-ZNQ-TJB

Anthony:

Please see the attached proposal and let me know when you are available to discuss.

Best,
Dakota

**Dakota Speas**
*Associate*

6

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3687 Direct
760-580-8847 Mobile
213-443-3000 Main Office Number
213-443-3100 Fax
dakotaspeas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.