# Exhibit 2

| | |
|---|---|
| **From:** | Anthony Sodono <ASodono@MSBNJ.COM> |
| **Sent:** | Wednesday, September 20, 2023 6:06 AM |
| **To:** | Dakota Speas |
| **Cc:** | Sari B. Placona; Burden, Ashley; Streit, Elizabeth M.; Paulson, Katherine; Robert Zink; Michael Shaheen |
| **Subject:** | Re: CFTC v. Traders Global Group, Inc., et al., Case No. 3:23-cv-11808-ZNQ-TJB |

**[EXTERNAL EMAIL from asodono@msbnj.com]**

Dakota
Good morning and thank you. I will get back to you later today, however, I will need support for these charges based on last months bills/invoices. Start gathering that asap. Also since the expenses are large and I have limited funds I need defendant to consent to turnover of funds held in Canada and tell confirmo and any other party that is holding funds to immediately transfer funds to me.

Anthony Sodono III
McManimon, Scotland & Baumann
973-622-1800

> On Sep 20, 2023, at 12:20 AM, Dakota Speas <dakotaspeas@quinnemanuel.com> wrote:
>
> Anthony:
>
> Please see the attached proposal and let me know when you are available to discuss.
>
> Best,
>
> Dakota
>
> **Dakota Speas**
> *Associate*
> **Quinn Emanuel Urquhart & Sullivan, LLP**
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, CA 90017
> 213-443-3687 Direct
> 760-580-8847 Mobile
> 213-443-3000 Main Office Number
> 213-443-3100 Fax

dakotaspeas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

<2023.09.19 Ltr. from D. Speas to A. Sodono.pdf>

---

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.

---