# Exhibit 3

**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8338**

WRITER'S EMAIL ADDRESS
**robertzink@quinnemanuel.com**

September 10, 2023

<u>HIGHLY CONFIDENTIAL</u>
<u>VIA E-MAIL</u>

| | |
|---|---|
| Sari B. Placona | Ashley J. Burden |
| Counsel to Temporary Receiver | Senior Trial Attorney |
| McManimon, Scotland & Baumann, LLC | Division of Enforcement |
| 75 Livingston Avenue | Commodity Futures Trading Commission |
| Suite 201 | 77 West Jackson Boulevard |
| Roseland, New Jersey 07068 | Suite 800 |
| (973) 721-5030 | Chicago, IL 60604 |
| E-Mail: splacona@msbnj.com | (312) 596-0700 |
| | E-Mail: aburden@cftc.gov |

Re: *CFTC v. Traders Global Group Incorporated, et al.*, Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

Counsel:

  We write on behalf of our clients Traders Global Group Incorporated, a New Jersey corporation doing business as "My Forex Funds," Traders Global Group Incorporated, a Canadian business organization, and Mr. Murtuza Kazmi (collectively, "Defendants"). As you are aware, Defendants very recently retained our firm in the matter referenced above, and since we were retained, we have been diligently working with Defendants to preserve the *status quo* and to cooperate with your respective offices. To that end, we write to provide information from Defendants that the Temporary Receiver and the Commodity Futures Trading Commission (the "CFTC") have requested pursuant to the Order Granting Plaintiff's Motion for an *Ex Parte* Statutory Restraining Order, Appointment of a Temporary Receiver, and other Equitable Relief (ECF 13) (the "SRO"). By providing this information, Defendants expressly reserve all rights and remedies available to them, including by moving the Court to modify or to dissolve the SRO.

  First, we have instructed Defendants not to withdraw, transfer, remove, dissipate or otherwise dispose of any of their assets, and to preserve all records referring to Defendants' business activities and finances, until the Court orders otherwise. Defendants have confirmed they will do so.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Second, as you know, many of Defendants' assets in Canada (including the bank accounts listed below) are subject to freeze directions issued by the Ontario Securities Commission ("OSC").  **Accordingly, pursuant to Paragraphs 31b and 34a of the SRO, no funds shall be transferred from these bank accounts, and Defendants expressly object to any illegal attempt by the CFTC or the Temporary Receiver to do so.**  To avoid unauthorized transfers, you must obtain our written approval before attempting any transfers from Defendants' financial accounts.

Third, the Temporary Receiver has suggested he may post certain notices to the My Forex Funds website after taking custody of it.  **The Temporary Receiver is not authorized to do this under the SRO, and Defendants object to any attempt by the Temporary Receiver to post messages to the My Forex Funds website without our prior written consent.**  While the Temporary Receiver is authorized to preserve the *status quo* of the My Forex Funds website, it is not authorized to unilaterally alter the content of that website.  We invite the Temporary Receiver to confer with us on this topic.

| Asset | Institution | Username | Customer ID | Password |
| --- | --- | --- | --- | --- |
| My Forex Funds website domain | GoDaddy | ■■■■■■■ | | ■■■■■■■ |
| Bank Accounts | BMO | ■■■■ | ■■■■ | ■■■■■ |
| Bank Accounts | BMO | | ■■■■■■ | ■■■■■ |
| Bank Accounts | CIBC | | ■■■■■■■ | ■■■■■ |
| Crypto-currency Accounts | Confirmo | ■■■■■■■ | | ■■■■■■■ |
| Crypto-currency Accounts | BitBuy | ■■■■ | | ■■■■■■■ |

Defendants will continue to provide information in response to the requests of the CFTC and the Temporary Receiver on a rolling basis, as it is collected and received by defense counsel, so long as the SRO remains in effect.  This is the first batch of such information to be provided.

//

2

It will undoubtedly benefit all Parties if our respective offices maintain open and transparent lines of communication. We will keep you closely apprised of further developments.

Best regards,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Robert A. Zink

RAZ:DSS

cc: Elizabeth M. Streit;
    Katherine S. Paulson;
    Anthony Sodono, III;
    Dakota S. Speas;
    Michael Shaheen, III