**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3687**

WRITER'S EMAIL ADDRESS
**dakotaspeas@quinnemanuel.com**

September 26, 2023

**HIGHLY CONFIDENTIAL**
**VIA E-MAIL**

Sari B. Placona                          Ashley J. Burden
Counsel to Temporary Receiver            Senior Trial Attorney
McManimon, Scotland & Baumann, LLC       Division of Enforcement
75 Livingston Avenue                     Commodity Futures Trading Commission
Suite 201                                77 West Jackson Boulevard
Roseland, New Jersey 07068               Suite 800
(973) 721-5030                           Chicago, IL 60604
E-Mail: splacona@msbnj.com               (312) 596-0700
                                         E-Mail: aburden@cftc.gov

Re:     *CFTC v. Traders Global Group Incorporated, et al.*, Case No. 3:23-cv-11808-ZNQ-TJB
        (D.N.J.)

Counsel:

        We write on behalf of our clients Traders Global Group Incorporated, a New Jersey
corporation doing business as "My Forex Funds," Traders Global Group Incorporated, a Canadian
business organization, and Mr. Murtuza Kazmi (collectively, "Defendants").  Further to our
September 10, 2023 letter and numerous emails and telephone calls exchanged in the interim, we
are providing additional information from Defendants that the Temporary Receiver and the
Commodity Futures Trading Commission (the "CFTC") have requested pursuant to the Order
Granting Plaintiff's Motion for an *Ex Parte* Statutory Restraining Order, Appointment of a
Temporary Receiver, and other Equitable Relief (ECF 13) (the "SRO").[1] By providing this
information, Defendants expressly reserve all rights and remedies available to them, including the
right to move to modify or to dissolve the SRO.

---

[1]   Defendants previously provided credentials for Defendants' BMO, CIBC, Confirmo, BitBuy,
CDO Markets, Gemini, and GoDaddy accounts.

**quinn emanuel urquhart & sullivan, llp**
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

**Financial Accounts**

Below are additional credentials for financial accounts belonging to one or more of Defendants:

| Asset | Institution | Username | Password |
|---|---|---|---|
| Bank account | Citizens Bank | ████████ | ████████ |
| Corporate Payment Account | Wise | ████████ | ████████ |
| Crypto-currency Account | Coinbase | ████████ | ████████ |
| Payment Provider | Deel | ████████ | ████████ |
| Corporate Investment Account | Edward Jones | ████████ | ████████ |
| Corporate Investment Account | Edward Jones | ████████ | ████████ |
| Personal Investment Account | Edward Jones | ████████ | ████████ |

Please be advised that the credentials we previously provided for BMO provided access to multiple deposit accounts, both in the US and in Canada, including accounts ending in -7995, -3921, -6188, and -0612.

While Defendants are not obligated to identify accounts closed before the issuance of the SRO, in the interest of transparency, we can confirm that the following accounts were closed last year:

- TD deposit accounts ending in -2351 (owned by Mr. Kazmi) and -5186 (owned by Traders Global Group).

- Coinbase cryptocurrency accounts ending in -B95B and -8dcf.  Use of the Coinbase credentials above will confirm that the account is closed ("blocked").

Finally, please be advised that the Deel account referenced above discloses the identities of Defendants' traders.  It should be treated with the **highest level of confidentiality** given that it includes personally-identifiable information of individuals who are not party to this lawsuit.

**Web Domains**

       With respect to the GoDaddy account (TGG_Domain), for which Defendants have already provided access credentials (*see* September 10, 2023 letter), Defendants have delegated access to all domains related to Traders Global or My Forex Funds.  Please be advised that the following domains are active:

1.  myforexfunds.com (My Forex Fund's main website)

2.  tradersglobalgroup.com (Traders Global Group's main website)

3.  tradersglobalgeneration.com (website for Traders Global Group's overseas IT support center)

4.  fxfundedtrader.com (domain used for funnel/advertising purposes)

5.  myforexfunds.app (a redirection domain to trading dashboard)

       Please be advised that the following domains associated with the GoDaddy account are inactive.  You have also been delegated access to these domains in the interest of transparency.

1.  myforexfunds.biz
2.  tradersglobalgroup.ca
3.  myforexfundsbroker.com
4.  ineedforexfunds.com
5.  myforexfundspro.com
6.  myforexfunds.me
7.  myforexfunds.club
8.  myfundedforex.com
9.  forexfundedbroker.com
10. getforexfunded.com
11. tggbroker.com
12. myforexfunds.ai
13. myforexfunds.life
14. myforexfunds.live
15. myforexfunds.online
16. myforexfunds.shop
17. myforexfunds.site
18. myforexfunds.social
19. myforexfunds.store
20. myforexfunds.vip
21. myforexfunds.world
22. forexfundsbroker.com
23. mysharefunds.com
24. myforexmagazine.com
25. tggforex.com
26. myforexmarkets.com

27. myforexfunds.ca
28. getmff.com
29. mffzh.com
30. mffcareer.com
31. mffbroker.com
32. fx-prop.com
33. sponsoredtrader.com
34. mytradingfunds.com
35. mffcoin.com
36. mffchina.com
37. mffpro.com
38. myforexmarket.com
39. mffcn.com
40. traderaccount.com
41. myforexbroker.com
42. myff.com

The remaining domains affiliated with the GoDaddy account have no relationship to Traders Global or My Forex Funds.  Consistent with the SRO (¶ 24), we have not provided access to the nonbusiness, nonfinancial domains below.  However, in the spirit of transparency and disclosure, we provide a list of those domains here:

1.   doughydelights.ca
2.   fengshuiliving.ca
3.   foreignclothing.ca
4.   ilm.foundation
5.   ilmify.ca
6.   kazmi.club
7.   murtuzakazmi.com
8.   myilm.ca
9.   promaxfitness.ca
10.  rkacademyofhealthsciences.com
11.  rkahs.com
12.  rk-ts.com
13.  starglobalgroup.com
14.  sunsationalsounds.com
15.  webmsquared.com

Defendants will continue to provide information in response to the requests of the CFTC and the Temporary Receiver on a rolling basis, as it is collected and received by defense counsel, so long as it is legally required to do so.

Sincerely,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Dakota S. Speas

DSS:DSS

cc:    Elizabeth M. Streit;
       Katherine S. Paulson;
       Anthony Sodono, III;
       Michele M. Dudas;
       Robert A. Zink;
       Michael Shaheen, III