# Exhibit 5

| | |
|---|---|
| **From:** | Tucci, Michael <michael.tucci@stinson.com> |
| **Sent:** | Tuesday, September 26, 2023 11:07 AM |
| **To:** | Sari B. Placona; Engel, Jonathan |
| **Cc:** | Anthony Sodono; Michele M. Dudas; Burden, Ashley; Paulson, Katherine; Streit, Elizabeth M.; Dakota Speas; Davis, Elizabeth; DeFranco, Thomas |
| **Subject:** | RE: stripe |

**[EXTERNAL EMAIL from michael.tucci@stinson.com]**

Sari—

As you know, the Receiver ordered WooCommerce to take down the website on August 31, 2023. We did that and also copied the website at the Receiver's request.

In order for the Receiver to dispute chargebacks using the website, we are in the process of bringing up a version of the website that will not be accessible to the public. We assigned engineers to that task and I am scheduled to get a report today as to the status of that work. I will let you know the status once it is received.

**Michael Tucci**
Partner

**STINSON LLP**
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.728.3010 \ Mobile: 202.494.1863 \ Bio

Assistant: WDC.LSSTeam@stinson.com \ 202.572.9910

**STINSON.COM**
This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Monday, September 25, 2023 3:19 PM
**To:** Engel, Jonathan <JonathanEngel@dwt.com>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Burden, Ashley <ABurden@cftc.gov>; Paulson, Katherine <KPaulson@cftc.gov>; Streit, Elizabeth M. <estreit@cftc.gov>; Dakota Speas <dakotaspeas@quinnemanuel.com>; Tucci, Michael <michael.tucci@stinson.com>; Davis, Elizabeth <ElizabethDavis@dwt.com>; DeFranco, Thomas <TomDeFranco@dwt.com>
**Subject:** Re: stripe

**External Email – Use Caution**

Thank you, Jonathan.

Michael, can you please provide us with access immediately?

From Sari B. Placona, Esq.
Sent from my iPhone

On Sep 21, 2023, at 6:35 PM, Engel, Jonathan <JonathanEngel@dwt.com> wrote:

Sari,

I'm copying Michael Tucci, counsel for WooCommerce. I understand that Woo can help with access to the disputes dashboard.

Jonathan

**Jonathan Engel**
Partner, Davis Wright Tremaine LLP

**P** 202.973.4219  **C** 617.519.7349  **E** jonathanengel@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington D.C., 20005
**DWT.COM**

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Thursday, September 21, 2023 1:39 PM
**To:** Engel, Jonathan <JonathanEngel@dwt.com>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Burden, Ashley <ABurden@cftc.gov>; Paulson, Katherine <KPaulson@cftc.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>
**Subject:** RE: stripe

**[EXTERNAL]**

Jonathan

I was able to get access into the account but I cannot "do anything."  I imagine that is because the account is frozen.

The only thing I see when I sign is in the following…

Charges and payouts are currently paused
Charges and payouts on your WooCommerce Payments account have been paused. Please reach out to your platform at support@woocommerce.com to resolve this issue.

Can you please advise next steps to review the chargebacks?

Thanks much.

Sari B. Placona
Partner
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068**
**Direct Dial: 973-721-5030**
**Email: SPlacona@MSBNJ.COM**
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

**From:** Engel, Jonathan <JonathanEngel@dwt.com>
**Sent:** Wednesday, September 20, 2023 3:04 PM

**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>
**Subject:** RE: stripe

I did not, but it appears that Stripe did in order to grant you account access.

**Jonathan Engel**
**Partner,** Davis Wright Tremaine LLP

**P** 202.973.4219  **C** 617.519.7349  **E** jonathanengel@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington D.C., 20005
**DWT.COM**

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Wednesday, September 20, 2023 2:37 PM
**To:** Engel, Jonathan <JonathanEngel@dwt.com>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>
**Subject:** stripe

**[EXTERNAL]**

Jonathan

Did you send me these emails?

Sari B. Placona
Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5030
**Email:** SPlacona@MSBNJ.COM
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.