# Exhibit 9

| | |
|---|---|
| **From:** | Paulson, Katherine <KPaulson@CFTC.gov> |
| **Sent:** | Friday, September 22, 2023 4:37 PM |
| **To:** | Dakota Speas; Engel, Jonathan; Anthony Sodono |
| **Cc:** | Sari B. Placona; Michele M. Dudas; Burden, Ashley; Davis, Elizabeth; Alex Spiro; Anthony J. Staltari; George Phillips; Isabelle Sun; Kayla Fleming; Kristin Casey; Matthew Feibert; Michael Shaheen; Nicholas Inns; Robert Zink |
| **Subject:** | RE: [EXTERNAL] RE: 911 Chargeback |

**[EXTERNAL EMAIL from kpaulson@cftc.gov]**

All,

The CFTC will respond in very short order.  Please note that we will respond to the email that Dakota sent late last night with his proposal so that there is a clear record as to the proposal to which we're responding.

Thank you,
Katie

**From:** Dakota Speas <dakotaspeas@quinnemanuel.com>
**Sent:** Friday, September 22, 2023 2:42 PM
**To:** Engel, Jonathan <JonathanEngel@dwt.com>; Anthony Sodono <ASodono@MSBNJ.COM>
**Cc:** Sari B. Placona <SPlacona@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>; Paulson, Katherine <KPaulson@CFTC.gov>; Davis, Elizabeth <ElizabethDavis@dwt.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Dakota Speas <dakotaspeas@quinnemanuel.com>; George Phillips <georgephillips@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Kristin Casey <kristincasey@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
**Subject:** [EXTERNAL] RE: 911 Chargeback

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Thank you Jonathan.  I completely agree with you.  Defendants' team is standing by to address the chargebacks so that these substantial, ongoing losses can be mitigated.  This is not a job that can be effectively handled by the Temporary Receiver, the CFTC, or a third party.

Anthony and Ashley:  please advise as soon as possible whether you will agree to the approach I outlined in my email last night.

Best,
Dakota

---

**From:** Engel, Jonathan <JonathanEngel@dwt.com>
**Sent:** Friday, September 22, 2023 12:34 PM
**To:** Dakota Speas <dakotaspeas@quinnemanuel.com>; Anthony Sodono <ASodono@MSBNJ.COM>
**Cc:** Sari B. Placona <SPlacona@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Burden, Ashley <ABurden@cftc.gov>; Paulson, Katherine <KPaulson@cftc.gov>; Davis, Elizabeth <ElizabethDavis@dwt.com>
**Subject:** RE: 911 Chargeback

**[EXTERNAL EMAIL from jonathanengel@dwt.com]**

Counsel,

It is Stripe's recommendation that the parties arrange for Defendants to manage the chargeback process. Defendants are already experienced with the WooCommerce dashboard, have existing processes and resources to manage chargebacks, and have the most immediate access to information needed to manage chargebacks. Chargebacks911 was not available today, and in any event, their service is relatively costly and would require Defendants' participation to be effective. If the parties cannot agree among themselves that Defendants are best suited to manage chargebacks, then Stripe will engage Chargebacks911 at Stripe's own expense to mitigate ongoing risk. Without direct access to information from Defendants, Stripe's engagement of Chargebacks911 will be less efficient and more difficult, but it will be more effective than doing nothing. Please advise by 5 PT.

Jonathan

**Jonathan Engel**
**Partner,** Davis Wright Tremaine LLP

**P** 202.973.4219  **C** 617.519.7349  **E** jonathanengel@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington D.C., 20005
**DWT.COM**

---

**From:** Dakota Speas <dakotaspeas@quinnemanuel.com>
**Sent:** Friday, September 22, 2023 1:48 PM
**To:** Anthony Sodono <ASodono@MSBNJ.COM>; Engel, Jonathan <JonathanEngel@dwt.com>
**Cc:** Sari B. Placona <SPlacona@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Burden, Ashley <ABurden@cftc.gov>; Paulson, Katherine <KPaulson@cftc.gov>
**Subject:** RE: 911 Chargeback

**[EXTERNAL]**

Thanks all.  Time is of the essence.  Please keep me in the loop.

**From:** Anthony Sodono <ASodono@MSBNJ.COM>
**Sent:** Friday, September 22, 2023 10:47 AM
**To:** Engel, Jonathan <JonathanEngel@dwt.com>
**Cc:** Sari B. Placona <SPlacona@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Dakota Speas <dakotaspeas@quinnemanuel.com>; Burden, Ashley <ABurden@cftc.gov>; Paulson, Katherine <KPaulson@cftc.gov>
**Subject:** Re: 911 Chargeback

**[EXTERNAL EMAIL from asodono@msbnj.com]**

Much appreciated

Anthony Sodono III
McManimon, Scotland & Baumann
973-622-1800

> On Sep 22, 2023, at 1:22 PM, Engel, Jonathan <JonathanEngel@dwt.com> wrote:
>
> I'll let you know in the next hour
>
> **Jonathan Engel**
> **Partner,** Davis Wright Tremaine LLP
>
> **P** 202.973.4219  **C** 617.519.7349  **E** jonathanengel@dwt.com
> **A** 1301 K Street NW, Suite 500 East, Washington D.C., 20005
> **DWT.COM**
>
> **From:** Anthony Sodono <ASodono@MSBNJ.COM>
> **Sent:** Friday, September 22, 2023 11:39 AM
> **To:** Engel, Jonathan <JonathanEngel@dwt.com>
> **Cc:** Sari B. Placona <SPlacona@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Dakota Speas <dakotaspeas@quinnemanuel.com>; Burden, Ashley <ABurden@CFTC.gov>; Paulson, Katherine <KPaulson@CFTC.gov>
> **Subject:** 911 Chargeback
>
> **[EXTERNAL]**
>
> Jonathan
> Please update me on status and whether we are having a call.   I am very concerned that since there is a 6 hour time difference in Ireland we may lose our opportunity to resolve this today.   Thank you for your efforts.
>
> **Anthony Sodono, III, Member/Partner**
> **Chair, Bankruptcy & Restructuring Group**
> **McManimon, Scotland & Baumann, LLC**
> **75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068**
> **Direct Dial: 973-721-5038**
> **Mobile: 732-236-9268**
> **Email: ASodono@MSBNJ.COM**
> **Website**
>
> **Connect with MS&B on LinkedIn | Twitter | Instagram**
>
> This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.