# Exhibit 11

## Tax Filing and Payments - Government Tax types

Tax Filing and Payments - Government Tax types

| TRX # | Description | Mnemonic | Form Number | Description | Mnémonique | No Formulaire |
|---|---|---|---|---|---|---|
| | | | | **Federal (CRA)** | | |
| 24 | Air Traveller's Security Charge | ATSC | | Droit pour la sécu. des passagers du tpt. aérien | DSPTA | |
| 17 | Benefits and Credits Repayment | BCRP | (CTB3) | Remboursement des prestations et des crédits | RBPC | (CTB3) |
| 33 | CRA Rent subsidies repayment | CERS | | Remboursement des subventions pour le loyer | SUCL | |
| 32 | CRA Wage subsidies and hiring program repayment | REPAY | (CEWS & CRHP repayment / Remb. SSUC & PEREC) | Remboursement de la Subvention salariales et du programme d'embauche | REMB | (CEWS & CRHP repayment / Remb. SSUC & PEREC) |
| 26 | Federal - Corporation Income Tax Balance Due | TXBAL | | Solde d'impôt pour les sociétés (fédéral) | TXSOL | |
| 20 | Federal - Corporation Tax Payments | TXINS | | Impôt fédéral sur le revenu des sociétés | TXINS | |
| 22 | Federal - Excise Duty | FDEXD | | Droit d'accise (fédéral) | DDAFD | |
| 23 | Federal - Excise Tax | FDEXT | | Taxe d'accise (fédéral) | TDAFD | |
| 28 | Federal - Fuel Charge | FCHRG | | Redevance sur les combustibles | RDCB | |
| 31 | Federal - Garnishee of Individual | GRNIN | (RC103) | Fédéral - Tiers saisi d'un individu | TIEIN | (RC103) |
| 30 | Federal - Garnishee of RC account | GRNRC | (RC103) | Fédéral - Tiers saisi du compte RC | TIERC | (RC103) |
| 19 | Federal - Garnishee of RP account | GRNRP | (RC103) | Fédéral - Tiers saisi du compte RP | TIERP | (RC103) |
| 34 | Federal - Garnishee of RT account (GST/HST) | GRGST | (RC103) | Fédéral - Tiers saisi du compte RT | TRTPS | (RC103) |
| 36 | Federal - GST/HST Return and Payment | GST34 | (GST34) | Déclaration fédérale de TPS/TVH | TPS34 | (GST34) |
| 35 | Federal - GST/HST Balance Due | GST-B | | Solde et les activités de votre compte TPS/TVH | TPS-S | |
| 58 | Federal - GST/HST Payment only | GST-P | (GST-P) | Remise fédérale de TPS/TVH | TPS-P | (GST-P) |
| 37 | Federal - Luxury Tax Payment | FLUXT | | Fédéral - Taxe de luxe | FTLUX | |
| 27 | Federal - Non-Resident Withholding Tax-Part XIII | NRWHT | | Retenues d'impôt des non-résidents-partie XIII | RINR | |
| 21 | Federal - Personal Tax Instalment | TXINS | (T7DR) | Impôt fédéral sur le revenu des particuliers | TXINS | (T7DR) |
| 25 | Federal - Tax on Insurance Premiums | FDTIP | | Taxe sur les primes d'assurance (fédéral) | TPAFD | |
| 14 | Federal Payroll Deductions - Arrears | EMPTX | (PD7D) | Déduction à la source fédérale - Arriérés | EMPTX | (PD7D) |
| 15 | Federal Payroll Deductions - Balance Due | EMPBD | (PD4R) | Déduction à la source fédérale - Solde dû | EMPSD | (PD4R) |
| 18 | Federal Payroll Deductions - Payment on Filing | EMPOF | (PD7R) | Retenues à la source ARC-Paiement sur production | EMPSP | (PD7R) |
| 13 | Federal Payroll Deductions - Regular/Quarterly | EMPTX | (PD7A) | Déduction à la source fédérale - Rég/Trimestriel | EMPTX | (PD7A) |
| 11 | Federal Payroll Deductions - Threshold 1 | EMPTX | (PD7A-TM) | Déduction à la source fédérale - Seuil 1 | EMPTX | (PD7A-TM) |
| 12 | Federal Payroll Deductions - Threshold 2 | EMPTX | (PD7A-RB) | Déduction à la source fédérale - Seuil 2 | EMPTX | (PD7A-RB) |
| 16 | Pensionable and Insurable Earnings Review | PIER | (PD101) | Gains assurables et ouvrant droit à pension | RGAP | (PD101) |
| | | | | **Alberta** | | |
| 911 | Alberta Finance - 911 Levy | AB911 | | Alberta Finance - 911 Levy | AB911 | |
| 920 | Alberta Finance - Carbon Levy | ABCL | | Alberta Finance - Carbon Levy | ABCL | |
| 919 | Alberta Finance - Carbon Levy Inventory Decl. | ABCLD | | Alberta Finance - Carbon Levy Inventory Decl. | ABCLD | |
| 905 | Alberta Finance - Corporate Income Tax | ABCIT | (AT 1) | Alberta Finance - Corporate Income Tax | ABCIT | (AT 1) |
| 908 | Alberta Finance - Fuel Tax - Railway Companies | ABRC | (AT 363) | Alberta Finance - Fuel Tax - Railway Companies | ABRC | (AT 363) |
| 906 | Alberta Finance - Fuel Tax Collectors | ABOMC | (AT 362) | Alberta Finance - Fuel Tax Collectors | ABOMC | (AT 362) |
| 909 | Alberta Finance - Health Costs Recovery | ABHCR | (AT 252) | Alberta Finance - Health Costs Recovery | ABHCR | (AT 252) |
| 912 | Alberta Finance - Insurance Corporations Tax | ABINS | (AT 2095) | Alberta Finance - Insurance Corporations Tax | ABINS | (AT 2095) |
| 913 | Alberta Finance - International Fuel Tax (IFTA) | ABIFT | (AT 2059) | Alberta Finance - International Fuel Tax (IFTA) | ABIFT | (AT 2059) |
| 915 | Alberta Finance - Propane Tax Collectors | ABLPG | (AT 360) | Alberta Finance - Propane Tax Collectors | ABLPG | (AT 360) |
| 916 | Alberta Finance - Tobacco Tax | ABTBX | (AT 300) | Alberta Finance - Tobacco Tax | ABTBX | (AT 300) |
| 910 | Alberta Finance - Tourism Levy | ABHRT | (AT 317) | Alberta Finance - Tourism Levy | ABHRT | (AT 317) |
| 918 | Alberta Finance - Unclaimed Property Program | ABUPP | | Alberta Finance - Unclaimed Property Program | ABUPP | |
| 921 | Alberta Finance - Vaping Products Tax | ABVT | | Alberta Finance - Vaping Products Tax | ABVT | |
| | | | | **British Columbia** | | |
| 800 | British Columbia Provincial Sales Tax | BCPST | (FIN 400) | British Columbia Provincial Sales Tax | BCPST | (FIN 400) |
| | | | | **Nova Scotia** | | |
| 963 | WCB of Nova Scotia Premium | WCBNS | (W1-B) | WCB of Nova Scotia Premium | WCBNS | (W1-B) |
| | | | | **Ontario** | | |
| 956 | Ontario Corporation Tax | ONCT | (0626) | Impôt sur le revenu des sociétés - Ontario | ONIC | (0626) |
| 80 | Ontario Employer Health Tax | ONEHT | (0888) | Impôt-santé des employeurs - Ontario | ONISE | (0888) |
| 972 | WSIB - Ontario - Payment on account | WSIBA | | WSIB - Ontario - Paiement sur le compte | WSIBA | |
| 970 | WSIB - Ontario - Premium Remittance | WSIBP | | WSIB - Ontario - Paiement des primes | WSIBP | |
| 971 | WSIB - Ontario - Reconciliation | WSIBR | | WSIB - Ontario - Rapprochement | WSIBR | |
| 448 | Family Resp. Office - Ontario Payment | MAG | | Paiement Bureau des obligations familiales - ONT | MAG | |
| | | | | **Prince Edward Island** | | |
| 744 | PEI - Financial Corporation Capital Tax Annual | PEICT | | PEI - Impôt/an sur le capital des sociétés fin | PEICT | |
| 748 | PEI - Financial Corporation Capital Tax Monthly | PEICT | | PEI - Impôt/mois sur le capital des sociétés fin | PEICT | |
| 743 | PEI - Fuel Tax Return | PEIFT | | PEI - Déclaration de taxe sur le carburant | PEIFT | |
| 741 | PEI - Property Tax Payment Remittance | PEIPT | | PEI - Remise de paiement de taxe foncière | PEIPT | |
| 747 | PEI - Vendor Return - Environment Tax | PEIET | | PEI-Déclaration du vendeur-Impôt environnemental | PEIET | |
| 740 | PEI - Vendor Return - Revenue Tax (PST) | PEIRE | | PEI -Déclaration du vendeur-Droits Fiscaux (TVP) | PEIRE | |
| 742 | PEI - Wholesale Tobacco Vendors Return | PEITR | | PEI - Déclaration du vendeur de tabac enregistré | PEITR | |
| | | | | **Quebec** | | |
| 315 | Quebec - CNESST Payment | CSST | (TPZ-1015.R.14.5) | Québec - Versement pour la CNESST | CSST | (TPZ-1015.R.14.5) |
| 311 | Quebec Collection of Support Payments | RPPAQ | (PPA-101) | Régime de perception des pensions alimentaires | RPPAQ | (PPA-101) |
| 310 | Quebec Combined GST + QST Instalment | TXIN | (FPZ-558) | Acomptes provisionnels TPS+TVQ - Québec | TXAP | (FPZ-558) |
| 305 | Quebec Combined GST/HST + QST Remittance | QST | (FPZ-500) | Remise combinée de TVQ-TPS/TVH – Québec | TVQPS | (FPZ-500) |
| 306 | Quebec Corporate Remittance Income Tax | DECOR | (CO2-1027.R) | Acompte provisionnel de corporation - Québec | DECOR | (CO2-1027.R) |
| 309 | Quebec QST Instalment | GSTIN | (FPZ-58) | Acomptes provisionnels TPS - Québec | TPSAP | (FPZ-58) |
| 304 | Quebec GST/HST Remittance | GST | (FPZ-34) | Remise de TPS/TVH - Québec | TPS | (FPZ-34) |
| 312 | Quebec Payroll Source Deduction - Quarterly | PAY | (TPZ-1015.R.14.4) | Retenues à la Source Québec - Trimestrielle | RAS | (TPZ-1015.R.14.4) |
| 302 | Quebec Payroll Source Deductions - Monthly/Yearly | PAY | (TPZ-1015.R.14.1) | Retenues à la Source Québec - Mensuelle/Annuelle | RAS | (TPZ-1015.R.14.1) |
| 300 | Quebec Payroll Source Deductions - Twice Monthly | PAY | (TPZ-1015.R.14.2) | Retenues à la Source Québec - Bimensuelle | RAS | (TPZ-1015.R.14.2) |

| 301 | Quebec Payroll Source Deductions - Weekly | PAY | (TPZ-1015.R.14.3) | Retenues à la Source Québec - Hebdomadaire | RAS | (TPZ-1015.R.14.3) |
| 307 | Quebec Personal Instalment Remittance | COREC | (TPZ-1026.A) | Acomptes provisionnels de particuliers - Québec | COREC | (TPZ-1026.A) |
| 308 | Quebec QST Instalment | QSTIN | (VDZ-458.0.1) | Acomptes provisionnels TVQ - Québec | TVQAP | (VDZ-458.0.1) |
| 303 | Quebec QST Remittance | QST | (VDZ-471) | Remise de TVQ - Québec | TVQ | (VDZ-471) |
| 314 | Quebec Specific Duty on New Tires | PNEUS | (VDZ-541.49) | Droit spécifique sur les pneus neufs - Québec | PNEUS | (VDZ-541.49) |
| 313 | Quebec Tax on Insurance Premiums | ASSUR | (VDZ-527) | Taxe sur les primes d'assurances - Québec | ASSUR | (VDZ-527) |
| 316 | Revenu Québec-Payment code | PCRQ | | Revenu Québec-Code de paiement | CDPRQ | |

|     | **Saskatchewan** | | | | | |
| 100 | Saskatchewan Provincial Sales Tax | SKTAX | (FI-1241) | Taxe de vente provinciale - Saskatchewan | SKTAX | (FI-1241) |
| 102 | Sask Liquor Consumption and Vapour Products Tax | SKLVT | (FI-1244) | Taxe sur l'alcool et produits de vapotage - SK | SKTAV | (FI-1244) |
| 104 | Saskatchewan Wholesale Tobacco Tax | SKTOB | | Taxe sur la vente en gros de tabac -Saskatchewan | SKTOB | |
| 103 | Saskatchewan Fuel Tax 10A | SKFUL | (FI-1242) | Taxe sur les carburants 10A - Saskatchewan | SKFUL | (FI-1242) |
| 105 | Saskatchewan Education Property Tax | SKEPT | | Impôt foncier pour l'éducation de Saskatchewan | SKEPT | |
| 106 | Saskatchewan Corporate Capital Tax Instalment | SKCOR | (FI-1245) | Versement impôt sur le capital des sociétés - SK | SKCOR | (FI-1245) |