# Exhibit 1

## FUNDS SUMMARY

RE:     KAZMI/RIZVI sale to LEGARA/AGULERA
          ▉▉▉▉▉▉▉▉▉, Brampton
          Closing Date: December 15, 2020
          Our File No.: ATS21964

| | | |
|---|---:|---:|
| From purchaser on closing - Nerissa LEGARA and Ryan AGULERA | | $685,188.19 |
| To discharge previous 1st mtg - Home Trust Company | | (487,219.39) |
| To conveyancer Fee | | (226.00) |
| Transaction Levy | | (73.45) |
| Legal Fees | $650.00 | |
| HST (13%) | 84.50 | |
| **DISBURSEMENTS:** | | |
| Subject to HST | | |
| Photocopies | $35.00 | |
| Fax transmissions | 35.00 | |
| Couriers | 50.00 | |
| Long distance telephone | 95.00 | |
| Software Transaction Charge | 30.00 | |
| E-Reg service charge | 25.00 | |
| | 270.00 | |
| HST (13%) | 35.10 | |
| Total Legal Fees, Disbursements and HST | | (1,039.60) |
| To be paid to client following closing: | | **$196,629.75** |

E. & O. E.

## STATEMENT OF ADJUSTMENTS

**Vendor:** Murtuza KAZMI and Narjis RIZVI

**Purchaser:** Nerissa LEGARA and Ryan AGULERA

**Property:** ▇▇▇▇▇▇▇▇, Brampton

**Adjusted as of:** December 15, 2020

|  |  | Credit Purchaser | Credit Vendor |
|---|---|---|---|
| **SALE PRICE** |  |  | $725,000.00 |
| **DEPOSIT** |  | $40,000.00 |  |
| **REALTY TAXES** 2020 total taxes: Vendor has paid: Vendor's share for 349 days: Credit Vendor: | 4,051.55 4,051.55 3,863.36 |  | 188.19 |
| **BALANCE DUE ON CLOSING** payable to Taneja Law Professional Corporation, in trust or as further directed |  | 685,188.19 |  |
|  |  | **$725,188.19** | **$725,188.19** |

E.&O.E.

Prepared using *The Conveyancer* by Do Process Software



**HOME TRUST**

2300-145 King Street West
Toronto, ON M5H 1J8
Tel: 1.877.903.2133
www.hometrust.ca

December 10, 2020

Anita Taneja
Taneja Law Professional Corp.
217-33 City Centre Dr
Mississauga ON  L5B 2N5

Dear Anita Taneja,

RE:  **Residential First Mortgage Number:** ▮
     **Main Owner:**      Murtuza Kazmi
     **Co-Borrower(s):**  Narjis Kazmi
     **Property Address:** ▮, Brampton, ON L7A 0R2

**Maturity Date: May 1, 2021**

As requested, the following is the amount required to obtain a discharge of this mortgage effective as at December 15, 2020, with interest currently paid to December 1, 2020:

| | | |
|---|---|---|
| Principal Balance as at December 1, 2020, | $ | 481,556.63 |
| Accrued Interest at 4.89% to Dec 15, 2020 | $ | 874.99 |
| Outstanding Charges | $ | 10.27 |
| Deferred Payments | $ | 0.00 |
| Prepayment Compensation | $ | 5,877.84 |
| Electronic Registration Fee (If applicable) | $ | 77.31 |
| Discharge Fee | $ | 395.00 |
| Reinvestment Fee | $ | 400.00 |
| Credit Balance | $ | 0.00 |
| Tax Account | -$ | 2,036.89 |
| Mortgage Life Insurance Balance | $ | 0.00 |
| Additional Charges | $ | 0.00 |
| Holdback | $ | 0.00 |
| **Total Amount** | $ | 487,155.15 |

Taxes paid on your behalf in current year:   $   4,051.55

PLEASE NOTE: All mortgage payments up to and including the effective date must be paid and honoured. If any such payment is not cleared on its due date, this statement is not binding upon Home Trust Company.

Final Discharge payments must be received in our offices, by certified cheque or lawyer's trust cheque, and payable to Home Trust Company, not later than 2:00 p.m. on the date of discharge, otherwise additional interest will be charged to the next banking day. Per Diem Interest charge will be $64.24

This statement is valid until the earlier of 30 days from the effective date, or the maturity date. If the mortgage is not paid out within 30 days of the effective date, a mortgage information fee may apply. If the mortgage has been approved for an auto renewal, and is not paid out within 3 business days of the maturity date, it will be renewed and a fee will be charged.

Questions or concerns? Call us at 1-855-270-3630 or email: MortgageDischargeRequest@hometrust.ca.

*John Whittaker*

Per: _____
John Whittaker
Discharge Administrator
Mortgage Servicing
Tel: 1(877) 903-2133
Fax: 1(416) 360-7629
HOME TRUST COMPANY
E&OE



**ROYAL LePAGE**

**Signature Realty**
30 Eglinton Avenue West #200, Mississauga, Ontario, L5R-3E7
Phone: 905-568-2121   Fax: 905-501-4924

December 14, 2020

## COMMISSION STATEMENT

c/o TANEJA LAW PROFESSIONAL CORPORATION
33 CITY CENTRE DRIVE,217
MISSISSAUGA,ON
L5B-2N5

**FAX:**   (905)896-4002

**RE:**   Agreement of Purchase & Sale
MURTUZA KAZMI AND NARJIS RIZVI to NERISSA LEGARA AND RYAN AGUILERA

To our commission re: Sale of ▉
At a sale price of  $   **725,000.00**

| | |
|---|---:|
| Commission payable | $ 25,375.00 |
| Less deposit with agreement of purchase and sale | $ 40,000.00 |
| Harmonized Sales Tax-10488 7682RT | $ 3,298.75 |
| **Balance due to vendor** | **$ 11,326.25** |

============

Closing scheduled for January 18, 2021

Our reference number is M203861

****PLEASE FAX CONFIRMATION OF CLOSING TO 905-501-4924 ONCE DEAL COMPLETE,*
*SO THAT WE MAY RELEASE BALANCE TO VENDOR.*

If there is a discrepancy with this invoice, please call:

Office Administrator
Royal LePage Signature Realty