# Exhibit 2



# WASEEM KALA
professional corporation

July 6, 2021

Mr. M. KAZMI, Ms. N. KAZMI & Mr. R. KAZMI


Re:    Your sale to FA/ZHEN
        ▮▮▮▮▮▮▮, East Gwillimbury
        My File No.: 21-204

### TRUST LEDGER STATEMENT

| | | |
|---|---:|---:|
| Received from purchaser on closing - ZHU FA and YAN ZHEN | | $899,954.84 |
| Paid to discharge previous 1st mortgage - CANADIAN IMPERIAL BANK OF COMMERCE | $556,693.59 | |
| Paid legal fees and disbursements - WASEEM KALA PROFESSIONAL CORPORATION | 1,083.96 | |
| Paid Software Transaction Fee | 145.77 | |
| Paid Law Society Transaction Levy | 65.00 | |
| Transferred to Purchase 21-203 | 341,966.52 | |
| | $899,954.84 | $899,954.84 |

THIS IS MY STATEMENT HEREIN


WASEEM KALA

WK:fm
E. & O. E.

Telephone: 416 570 7880      Mississauga Office
Fax: 1 289 904 0338      405 Britannia Road E., Suite 101B
waseem@wkalalaw.ca      Mississauga, Ontario L4Z 3E6
www.wkalalaw.ca



# WASEEM KALA
### professional corporation

July 2, 2021

Town of East Gwillimbury
Attention: Tax Department
19000 Leslie St
Sharon, ON L0G 1V0

Dear Sirs:

Re:  KAZMI sale to FA/ZHEN
     ████████, East Gwillimbury
     Roll No.: 19 54 000 013 13646 9000 0
     Closing Date: July 5, 2021
     My File No.: 21-204

Please be advised that I am the solicitor for MUHAMMAD KAZMI, NARJIS KAZMI and
RIZWAN KAZMI who, effective July 5, 2021, sold the above property to ZHU FA and YAN
ZHEN, and I would therefore request that you amend your records to reflect the foregoing.

If you require further information, the solicitor for the new owners of the property is:

    Anita Leung Professional Corporation
    208-7800 Woodbine Ave
    Markham, Ontario
    L3R 2N7

    Attention:  Anita Leung

Thank you for your co-operation in this matter.


Yours very truly,


WASEEM KALA

WK:fm

Telephone: 416 570 7880
Fax: 1 289 904 0338
waseem@wkalalaw.ca
www.wkalalaw.ca

Mississauga Office
405 Britannia Road E., Suite 101B
Mississauga, Ontario L4Z 3E6

Doc ID: 1d8af17dd021335728e9a56d0bc89da78e21dfdd



# WASEEM KALA
### professional corporation

July 2, 2021

Mr. M. KAZMI, Ms. N. KAZMI & Mr. R. KAZMI

██████████

East Gwillimbury, Ontario
L9N 0S2

Dear Mr. M. KAZMI, Ms. N. KAZMI & Mr. R. KAZMI:

Re:     Your sale to FA/ZHEN
        Town of East Gwillimbury, East Gwillimbury
        ████████, East Gwillimbury
        My File No.: 21-204

This letter is to confirm that I will be acting on your behalf with respect to your sale of the above-noted property.  I will be handling all enquiries and preparing documentation in relation to your transaction.  Please do not hesitate to contact my office at any time if you have any questions as the transaction progresses.  There are several issues mentioned below that I should discuss soon, either in person or by telephone. I will also need to meet shortly before your closing date to review the entire transaction, sign the documents and arrange for the transfer of the sale proceeds. Someone from my office will contact you to arrange such a meeting closer to when this date approaches.

## <u>CLOSING DATE</u>

I confirm I am are in receipt of a copy of your Agreement of Purchase and Sale and that according to the agreement, your sale will be finalized on July 5, 2021.  If this date is incorrect, please advise my office immediately.

## <u>FEES AND DISBURSEMENTS</u>

My legal fees for completing your transaction are $999, plus HST, and all applicable disbursements and taxes.  This fee includes services rendered in a standard real estate sale transaction.

In some real estate transactions, there may be unforeseen issues and/or difficulties that arise as a result of matters beyond my control.  I reserve the right to increase my fees to reflect any additional time expended with the completion of your transaction and will contact you to discuss same.

Telephone: 416 570 7880
Fax: 1 289 904 0338
waseem@wkalalaw.ca
www.wkalalaw.ca

Mississauga Office
405 Britannia Road E., Suite 101B
Mississauga, Ontario L4Z 3E6

Doc ID: 1d8af17dd021335728e9a56d0bc89da78e21dfdd

## INFORMATION REQUIRED

Please provide the following information and/or documentation to my office as soon as possible:

- Copy of your Transfer.
- Your most recent realty tax bill.
- Details of any mortgage or secured line of credit (institution, mortgage number, etc.) registered against the title to the property.
- Details of any bridge loan (institution, reference number, related property purchased, etc.) that must be paid off upon the closing of this sale transaction, as well as a copy of the bridge loan agreement and any other related documents.
- If your house is heated by oil, the capacity of the tank and a recent fuel oil bill.
- If your water is not metered, a copy of your most recent water bill.
- Any survey of the property which you might have. Please advise us of any changes to the property which are not shown on the survey (for example, a deck addition).
- Your country of residence (if not Canada).
- Whether the property is used, in whole or in part, for purposes other than residential use as HST may be applicable to the sale under such circumstances.
- If any part of the property is currently tenanted and the purchaser(s) will be assuming the tenancy upon closing in accordance with the agreement of purchase and sale, please let us know the part of the property that is subject to tenancy (e.g. basement), the name(s) of the tenant(s), the amount of rent, the payment date of the rent (e.g. first day of each month), the amount of the last month's deposit (if any) and the date when the last month's deposit was received (if applicable).
- Your mailing address and telephone number following closing.

## FIRE INSURANCE

You are responsible for cancelling your fire insurance coverage. I recommend that you do not cancel the insurance until the day following the actual closing of the sale.

## UTILITIES

You are responsible for contacting the local utilities authorities (water, hydro and gas) and telecommunications companies to terminate your accounts and to arrange for final meter readings if applicable.

## KEYS

I will require at least one set of all keys necessary to enter the premises to deliver to the purchaser on the closing date.

## SIGNING

I will meet with you shortly before your closing date to review your file and to have you sign documents. I will discuss the distribution of the sale proceeds, including any remaining real estate commission obligations, and the payment or transfer of funds. I will need to meet with each person required to effect the transfer. If any such person will not be available at that time, please advise us as soon as possible as alternative arrangements may have to be made.

## IDENTIFICATION

At my meeting, I will require each person, as noted-above, to bring two pieces of identification, one of which must be Canadian/Federal or Provincial government-issued photo identification such as a driver's licence or passport. Unfortunately, a health card is not acceptable identification. If you have any questions about what is an acceptable form of identification or if you do not have Canadian/Federal or Provincial photo identification, please contact us as soon as possible.

If you have any questions or concerns regarding your transaction, please do not hesitate to contact my office. I look forward to being of service to you.

Yours very truly,

WASEEM KALA

WK:fm

MUHAMMAD MURTUZA KAZMI

NARJIS FATIMA KAZMI

RIZWAN KAZMI

## STATEMENT OF ADJUSTMENTS

**Vendor:**  **MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA KAZMI and RIZWAN KAZMI**

**Purchaser:**  **ZHU FA and YAN ZHEN**

**Property:** ███████████ **East Gwillimbury**

**Adjusted as of:**  **July 5, 2021**

| | | Credit Purchaser | Credit Vendor |
|---|---|---|---|
| **SALE PRICE** | | | $950,000.00 |
| **DEPOSIT** | | $50,000.00 | |
| **REALTY TAXES** | | | |
| 2021 total taxes | $4,551.83 | | |
| Vendor has paid | $2,261.93 | | |
| Vendor's share for 185 days | $2,307.09 | | |
| Credit Purchaser | | 45.16 | |
| **BALANCE DUE ON CLOSING** | | | |
| Payable to | | | |
| WASEEM KALA PROFESSIONAL CORPORATION, in trust | | | |
| or as further directed | | 899,954.84 | |
| **E.&O.E.** | | **$950,000.00** | **$950,000.00** |



## WASEEM KALA
### professional corporation

July 2, 2021

Mr. M. KAZMI, Ms. N. KAZMI & Mr. R. KAZMI
███████████ East Gwillimbury, Ontario L9N 0S2

Re:    Your sale to FA/ZHEN
        ████████████ East Gwillimbury
        My File No.: 21-204

### TRUST LEDGER STATEMENT

| | | |
|---|---:|---:|
| Received from purchaser on closing - ZHU FA and YAN ZHEN | | $899,954.84 |
| **Paid to discharge previous 1st mortgage - CANADIAN IMPERIAL BANK OF COMMERCE** | **$556,648.68** | |
| Paid legal fees and disbursements - WASEEM KALA PROFESSIONAL CORPORATION | 1,128.87 | |
| Paid Software Transaction Fee | 145.77 | |
| Paid Law Society Transaction Levy | 65.00 | |
| Paid to you following closing - MUHAMMAD **MURTUZA KAZMI, NARJIS FATIMA KAZMI and RIZWAN KAZMI** | **341,966.52** | |
| | $899,954.84 | $899,954.84 |

**\*\*\*Amounts subject to change once discharge statement is received.**

THIS IS MY STATEMENT HEREIN

WASEEM KALA

WK:fm
E. & O. E.

*Rizwan Kazmi*

Telephone: 416 570 7880
Fax: 1 289 904 0338
waseem@wkalalaw.ca
www.wkalalaw.ca

Mississauga Office
405 Britannia Road E., Suite 101B
Mississauga, Ontario L4Z 3E6

Doc ID: 1d8af17dd021335728e9a56d0bc89da78e21dfdd

## CONSENT TO JOINT RETAINER

**TO:**    WASEEM KALA
           Barrister & Solicitor (the "Firm")

**RE:**    KAZMI sale to FA/ZHEN

           ████████████ East Gwillimbury
           Closing Date: July 5, 2021
           My File No.: 21-204

All of the undersigned, being MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA KAZMI and RIZWAN KAZMI, (collectively the "undersigned parties"), hereby acknowledge and confirm that:

1.    The Firm has been requested to act for each of the undersigned parties in connection with the above-noted transaction (the "Transaction");

2.    The Firm has recommended that each of the undersigned parties obtain Independent Legal Advice about jointly retaining the Firm in connection with the Transaction;

3.    In acting for the undersigned parties, no information received by the Firm from either party in connection with the Transaction can be treated as confidential insofar as the other parties are concerned;

4.    If a conflict of interest should arise which cannot be reasonably resolved, arbitrated or settled, the Firm cannot continue to act for the undersigned, and in such case the Firm may have to withdraw completely from the Transaction;

**DATED** at Mississauga this   **5**   day of July, 2021.

_____
MUHAMMAD MURTUZA KAZMI

_____
NARJIS FATIMA KAZMI

_____
RIZWAN KAZMI

## CONSENT TO ACT RE CONFLICT

**TO:**      WASEEM KALA
                  Barrister & Solicitor (the "Firm")

**RE:**      KAZMI sale to FA/ZHEN
                  ██████████, East Gwillimbury
                  Closing Date: July 5, 2021
                  My File No.: 21-204

We, the following parties, being **MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA KAZMI** and **RIZWAN KAZMI,** (collectively the "joint parties") hereby acknowledge being advised by you that you are representing all of us jointly, in the above transaction, and notwithstanding being so advised, the undersigned joint parties hereby expressly consent to you acting in this capacity.

The undersigned joint parties further acknowledge being advised that all information received in connection with this transaction from any one of us cannot be treated as confidential insofar as the other joint parties are concerned, and that the rules of the Law Society of Upper Canada require that when law firms represent clients jointly, I must raise certain issues with each of the joint parties and obtain their consent as to the course to be followed in the future if a conflict arises.

The undersigned further acknowledge having been advised that in the event of a material conflict between any one of us which cannot be resolved, you will advise us thereof, and it may be necessary for you to discontinue acting for either party in this matter.

**DATED** at Mississauga this    **5**    day of July, 2021.

                                            _____
                                          MUHAMMAD MURTUZA KAZMI

                                          _____
                                          NARJIS FATIMA KAZMI

                                          _____
                                          RIZWAN KAZMI

Doc ID: 1d8af17dd021335728e9a56d0bc89da78e21dfdd

# DIRECTION

**TO:**     ZHU FA and YAN ZHEN

**RE:**     KAZMI sale to FA/ZHEN

█████████████ East Gwillimbury

This is to direct you and shall constitute your good and sufficient and irrevocable authority to make your cheque for the proceeds of sale in the above transaction payable in favour of our solicitor:

WASEEM KALA PROFESSIONAL CORPORATION, IN TRUST

or as he may otherwise direct.

**DATED** at Mississauga this    **S**    day of July, 2021.

_____
MUHAMMAD MURTUZA KAZMI

_____
NARJIS FATIMA KAZMI

_____
RIZWAN KAZMI

# U N D E R T A K I N G

**TO:**       ZHU FA and YAN ZHEN

**AND TO:**  Anita Leung Professional Corporation
Barrister & Solicitor

**RE:**      KAZMI sale to FA/ZHEN
███████████, East Gwillimbury

IN CONSIDERATION of and notwithstanding the closing of the above-noted transaction, I hereby personally undertake to obtain and register a good and valid discharge of the Mortgage registered as Instrument Number YR2991820 in favour of CANADIAN IMPERIAL BANK OF COMMERCE.

Without limiting the generality of the foregoing, with respect to each mortgage or charge referred to above, I personally undertake as follows:

a)      to forthwith pay to the Mortgagee or person lawfully entitled thereto all monies required to fully pay out and discharge such mortgage;

b)      to obtain and register a proper form of discharge as soon as possible after closing and to forthwith thereafter provide you with registration particulars thereof;

c)      ~~in the event that I have not obtained the discharge within one hundred and twenty days from the date hereof, to commence and diligently pursue a Court application for an Order discharging such mortgage and, upon such Order being granted, to forthwith register the same on title and advise you of registration particulars; and~~

d)      ~~to indemnify you from and against any and all direct or consequential claims, costs or damages arising from failure to discharge the said mortgage in accordance with the terms of this undertaking.~~

**DATED** at Mississauga this   **5**   day of July, 2021.

WASEEM KALA PROFESSIONAL CORPORATION

Per: _____
WASEEM KALA

# U N D E R T A K I N G

**TO:**      ZHU FA and YAN ZHEN

**AND TO:**    Anita Leung Professional Corporation
Barrister & Solicitor

**RE:**      KAZMI sale to FA/ZHEN
          ██████████████, East Gwillimbury

IN CONSIDERATION of and notwithstanding the closing of the above transaction, we hereby undertake as follows:

1.      TO deliver up vacant possession of the premises on closing;

2.      TO pay all arrears of taxes to the extent that an allowance has not been granted to the purchasers on account thereof and to pay the 2021 taxes in accordance with the Statement of Adjustments;

3.      TO readjust, forthwith upon demand any item on the Statement of Adjustments, if necessary;

4.      TO pay all utilities accounts, including hydro-electric, water and gas charges, to the date of closing;

5.      To pay all amounts required to obtain a discharge of the mortgage(s) registered on title to the property and to obtain and register a discharge of such mortgage(s) as soon as possible after closing;

6.      TO leave on the premises all chattels and fixtures specified in the Agreement of Purchase and Sale, free of encumbrances, liens and claims of any kind whatsoever.

**DATED** at Mississauga this   5   day of July, 2021.

_____
MUHAMMAD MURTUZA KAZMI

_____
NARJIS FATIMA KAZMI

_____
RIZWAN KAZMI

**TO:**        ZHU FA and YAN ZHEN

**AND TO:**    Anita Leung Professional Corporation
              Barrister & Solicitor

**RE:**        KAZMI sale to FA/ZHEN
              ███████████, East Gwillimbury

## UREA-FORMALDEHYDE WARRANTY

We, the vendors in the above transaction, hereby warrant that, to the best of our knowledge and belief, the subject property has not been insulated with urea-formaldehyde foam insulation.

## BILL OF SALE

IN CONSIDERATION of payment of the purchase price herein, the undersigned, being the vendors of the subject property, do hereby sell, transfer and convey to the purchasers the chattels and fixtures included in the purchase price as specified in the Agreement of Purchase and Sale; and we covenant that we are the lawful owners thereof and have the right to transfer and convey the same and that such chattels and fixtures are free of all encumbrances, liens and claims of any kind whatsoever.

## HARMONIZED SALES TAX

The above property is occupied as a residential unit and we did not acquire the property or carry on any construction or renovation of the property in the course of business or adventure or concern in the nature of trade and, to the best of our knowledge and belief, the sale of the property is exempt from Harmonized Sales Tax (HST) under the HST provisions of the Excise Tax Act (Canada).

**DATED** at Mississauga this    5    day of July, 2021.

_____
MUHAMMAD MURTUZA KAZMI

_____
NARJIS FATIMA KAZMI

_____
RIZWAN KAZMI

**IN THE MATTER OF** title to:

▮▮▮▮▮▮▮, East Gwillimbury

**AND IN THE MATTER OF** the sale thereof from
MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA
KAZMI and RIZWAN KAZMI to ZHU FA and YAN
ZHEN

We, MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA KAZMI and RIZWAN KAZMI, SOLEMNLY
DECLARE that:

1.   We are the absolute owners of the above mentioned lands and either personally or by our tenants have
     been in actual, peaceable, continuous, exclusive, open, undisturbed and undisputed possession and
     occupation thereof, and of the houses and other buildings used in connection therewith throughout
     our period of ownership of the property.

2.   We are not aware of any person or corporation having any claim or interest in the said lands or any
     part thereof adverse to or inconsistent with registered title and are positive that none exists.

3.   That possession and occupation of the above lands by the vendors have been undisturbed throughout
     by any action, suit or other proceedings or adverse possession or otherwise on the part of any person
     whomsoever and during such possession and occupation, no payment has ever been made or
     acknowledgment of title given by the undersigned, or, so far as we know, by anyone else, to any
     person in respect of any right, title, interest or claim upon the said lands.

4.   To the best of our knowledge and belief, the buildings used in connection with the premises are situate
     wholly within the limits of the lands above described, and there is no dispute as to the boundaries of
     the said lands.  Except as may be registered on title, we have never heard of any claim of easement
     affecting the lands, either for light, drainage, or right of way or otherwise.

5.   We do not retain the fee or the equity of redemption in, or a power or right to grant, assign or exercise
     a power of appointment with respect to any land abutting the lands being conveyed in the subject
     transaction.

6.   We are not non-residents of Canada within the meaning of Section 116 of the Income Tax Act
     (Canada) nor do we intend to become non-residents of Canada as of the closing date.

AND we make this solemn Declaration conscientiously believing it to be true, and knowing that it is of the same
force and effect as if made under oath.

SEVERALLY DECLARED before me          }
at the City of Mississauga            }
in the Province                       }
of Ontario                            }
this  5  day of July 2021.            }
                                      }
                                      }        MUHAMMAD MURTUZA KAZMI
                                      }
                                      }        NARJIS FATIMA KAZMI
                                      }
                                      }        _____
WASEEM KALA                           }        RIZWAN KAZMI

A COMMISSIONER, ETC.

## ACKNOWLEDGEMENT AND DIRECTION

**TO:**          Waseem Kala
                 _____
                 (Insert lawyer's name)

**AND TO:**      WASEEM KALA PROFESSIONAL CORPORATION
                 _____
                 (Insert firm name)

**RE:**          KAZMI s/t FA/ZHEN _____          ("the transaction")
                 (Insert brief description of transaction)

**This will confirm that:**

- I/We have reviewed the information set out in this Acknowledgement and Direction and in the documents described below (the "Documents"), and that this information is accurate;
- You, your agent or employee are authorized and directed to sign, deliver, and/or register electronically, on my/our behalf the Documents in the form attached.
- You are hereby authorized and directed to enter into an escrow closing arrangement substantially in the form attached hereto being a copy of the version of the Document Registration Agreement, which appears on the website of the Law Society of Ontario as the date of the Agreement of Purchase and sale herein.  I/We hereby acknowledge the said Agreement has been reviewed by me/us and that I/We shall be bound by its terms;
- The effect of the Documents has been fully explained to me/us, and I/we understand that I/We are parties to and bound by the terms and provisions of the Documents to the same extent as if I/we had signed them; and
- I/we are in fact the parties named in the Documents and I/we have not misrepresented our identities to you.
- I,_____, am the spouse of_____, the (Transferor/Chargor) , and hereby consent to the transaction described in the Acknowledgment and Direction. I authorize you to indicate my consent on all the Documents for which it is required.

**DESCRIPTION OF ELECTRONIC DOCUMENTS**

        The Document(s) described in the Acknowledgement and Direction are the document(s) selected below which are attached hereto as "Document in Preparation" and are:

☐     A Transfer of the land described above.

☐     A Charge of the land described above.

☐     Other documents set out in Schedule "B" attached hereto.

**Dated at**   Mississauga    , this      5th      day of    July            , 20 21 .

**WITNESS**
(As to all signatures, if required)

_____          _____
                                     MUHAMMAD MURTUZA KAZMI

                                     _____
                                     NARJIS FATIMA KAZMI

                                     _____
                                     RIZWAN KAZMI

LRO # 65   Transfer

*This document has not been submitted and may be incomplete.*

In preparation  on  2021 07 02    at 13:51

yyyy mm dd - Page 1 of  1

## Properties

| | |
|---|---|
| PIN | 03419 - 1017  LT        Interest/Estate  Fee Simple |
| Description | PART BLOCK 283, PLAN 65M4493 DESIGNATED AS PARTS 1, 2, PLAN 65R37315; SUBJECT TO AN EASEMENT OVER PART 1, PLAN 65R37315 AS IN YR2468479; SUBJECT TO AN EASEMENT IN GROSS AS IN YR2468500; SUBJECT TO AN EASEMENT FOR ENTRY AS IN YR2475535; TOGETHER WITH AN EASEMENT OVERPART BLOCK 283, PLAN 65M4493 DESIGNATED AS PART 3, PLAN 65R37315 AS IN YR2751030; TOWN OF EAST GWILLIMBURY |
| Address | █████████████████ EAST GWILLIMBURY |

## Consideration

| | |
|---|---|
| Consideration | $950,000.00 |

## Transferor(s)

The transferor(s) hereby transfers the land to the transferee(s).

| | |
|---|---|
| Name | KAZMI, MUHAMMAD MURTUZA |
| | Acting as an individual |
| Address for Service | ███████████ Richmond Hill, Ontario L4E 3K2 |

I am at least 18 years of age.

KAZMI, NARJIS FATIMA and I are spouses of one another and are both parties to this document

This document is not authorized  under Power of Attorney by this party.

| | |
|---|---|
| Name | KAZMI, NARJIS FATIMA |
| | Acting as an individual |
| Address for Service | ███████████ Richmond Hill, Ontario L4E 3K2 |

I am at least 18 years of age.

KAZMI, MUHAMMAD MURTUZA and I are spouses of one another and are both parties to this document

This document is not authorized  under Power of Attorney by this party.

| | |
|---|---|
| Name | KAZMI, RIZWAN |
| | Acting as an individual |
| Address for Service | ███████████ Richmond Hill, Ontario L4E 3K2 |

I am at least 18 years of age.

The property is not ordinarily occupied by me and my spouse, who is not separated from me, as our family residence.

This document is not authorized  under Power of Attorney by this party.

## Transferee(s)

| Name | | Capacity | Share |
|---|---|---|---|
| FA, ZHU | | Joint Tenants | |
| Acting as an individual | | | |
| Date of Birth | 1990 05 28 | | |
| Address for Service | ███████████ East Gwillimbury, Ontario L9N 0S2 | | |
| Name | ZHEN, YAN | Joint Tenants | |
| Acting as an individual | | | |
| Date of Birth | 1988 07 01 | | |
| Address for Service | ███████████ East Gwillimbury, Ontario L9N 0S2 | | |

## Calculated Taxes

| | |
|---|---|
| Provincial Land Transfer Tax | $15,475.00 |

## File Number

| | |
|---|---|
| Transferor Client File Number : | 21-204 |

**WK**

## WASEEM KALA
professional corporation

July 5, 2021

Royal Lepage Signature Realty, Brokerage
201-30 Eglinton Ave W
Mississauga, Ontario
L5R 3E7

Dear Sir or Madam:

Re:  KAZMI sale to FA/ZHEN
     ███████████, East Gwillimbury
     Closing Date: July 5, 2021
     My File No.: 21-204

I am pleased to advise that the above transaction has now been completed and, insofar as the deposit monies which you are holding exceed the commission payable, I would request that you promptly refund the difference of $12,427.50 to my clients:

      MUHAMMAD  MURTUZA  KAZMI,  NARJIS  FATIMA  KAZMI  and  RIZWAN
      KAZMI

Thank you for your cooperation.


Yours very truly,


WASEEM KALA

WK:fm

Telephone: 416 570 7880
Fax: 1 289 904 0338
waseem@wkalalaw.ca
www.wkalalaw.ca

Mississauga Office
405 Britannia Road E., Suite 101B
Mississauga, Ontario L4Z 3E6



**ROYAL LePAGE**

**Signature Realty**
30 Eglinton Avenue West #200, Mississauga, Ontario, L5R-3E7
Phone: 905-568-2121    Fax: 905-501-4924

April 28, 2021

## COMMISSION STATEMENT

c/o WASEEM KALA PROFESSIONAL CORPORATION

,ON

**FAX:   (905)963-7963**

RE:    Agreement of Purchase & Sale
      MUHAMMAD MURTUZA KAZMI AND NARJIS FATIMA KAZMI AND to FA ZHU
AND ZHEN YAN

To our commission re: Sale of ▮▮▮▮▮▮▮▮▮▮▮
At a sale price of   $     **950,000.00**

| | | |
|---|---|---|
| Commission payable | $ | 33,250.00 |
| Less deposit with agreement of purchase and sale | $ | 50,000.00 |
| Harmonized Sales Tax-10488 7682RT | $ | 4,322.50 |

---------------------

**Balance due to vendor**          $      **12,427.50**

============

Closing scheduled for July 05, 2021

Our reference number is M211654

****PLEASE FAX CONFIRMATION OF CLOSING TO 905-501-4924 ONCE DEAL COMPLETE,*
    *SO THAT WE MAY RELEASE BALANCE TO VENDOR.*

If there is a discrepancy with this invoice, please call:


Office Administrator
Royal LePage Signature Realty

Doc ID: 1d8af17dd021335728e9a56d0bc89da78e21dfdd

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | KAZMI 21-204 SALE DOCS TBE |
| **FILE NAME** | Complete Sale File TBE.pdf |
| **DOCUMENT ID** | 1d8af17dd021335728e9a56d0bc89da78e21dfdd |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT**
**07 / 05 / 2021**
17:05:23 UTC
Sent for signature to MUHAMMAD MURTAZA KAZMI (murtuza@live.ca), NARJIZ FATIMA KAZMI (narjis02@hotmail.com), RIZWAN KAZMI (rizwankazmi@hotmail.com) and WASEEM KALA (waseem@wkalalaw.ca) from waseem@wkalalaw.ca
IP: 70.51.136.49

**VIEWED**
**07 / 05 / 2021**
17:07:28 UTC
Viewed by MUHAMMAD MURTAZA KAZMI (murtuza@live.ca)
IP: 199.7.157.7

**SIGNED**
**07 / 05 / 2021**
17:07:53 UTC
Signed by MUHAMMAD MURTAZA KAZMI (murtuza@live.ca)
IP: 199.7.157.7

**VIEWED**
**07 / 05 / 2021**
17:37:28 UTC
Viewed by WASEEM KALA (waseem@wkalalaw.ca)
IP: 70.51.136.49

**VIEWED**
**07 / 05 / 2021**
17:47:05 UTC
Viewed by NARJIZ FATIMA KAZMI (narjis02@hotmail.com)
IP: 147.194.103.109

 HELLOSIGN

Audit Trail

| | |
|---|---|
| **TITLE** | KAZMI 21-204 SALE DOCS TBE |
| **FILE NAME** | Complete Sale File TBE.pdf |
| **DOCUMENT ID** | 1d8af17dd021335728e9a56d0bc89da78e21dfdd |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

Document History

| | | |
|---|---|---|
| SIGNED | **07 / 05 / 2021**<br>17:47:27 UTC | Signed by NARJIZ FATIMA KAZMI (narjis02@hotmail.com)<br>IP: 147.194.103.109 |
| VIEWED | **07 / 05 / 2021**<br>18:33:25 UTC | Viewed by RIZWAN KAZMI (rizwankazmi@hotmail.com)<br>IP: 216.144.166.146 |
| SIGNED | **07 / 05 / 2021**<br>18:34:24 UTC | Signed by RIZWAN KAZMI (rizwankazmi@hotmail.com)<br>IP: 216.144.166.146 |
| SIGNED | **07 / 05 / 2021**<br>18:35:54 UTC | Signed by WASEEM KALA (waseem@wkalalaw.ca)<br>IP: 70.51.136.49 |
| COMPLETED | **07 / 05 / 2021**<br>18:35:54 UTC | The document has been completed. |