# Exhibit 4

**WK**

## WASEEM KALA
professional corporation

December 23, 2021

Mr. M. KAZMI, Ms. N. KAZMI & Mr. R. KAZMI

Dear Mr. M. KAZMI, Ms. N. KAZMI & Mr. R. KAZMI:

Re:     Your sale to SHAHID/GREIS
        ███████████, Richmond Hill, Ontario L4E 3K2,
        My File No.: 21-513

I am pleased to now submit my reporting letter in relation to your sale of the above property.

**AGREEMENT OF PURCHASE AND SALE**

This transaction was completed in accordance with the Agreement of Purchase and Sale executed by you and the purchasers.  The sale price was $1,900,000.00 with $95,000.00 being paid as a deposit and the balance payable to you by certified cheque on closing subject to adjustments.

The transaction was completed on November 15, 2021.

**STATEMENT OF ADJUSTMENTS**

The Statement of Adjustments sets out closing adjustments between you and the purchaser, calculated as at November 15, 2021.

The Statement reflects a credit to you in the amount of $1,900,000.00, being the sale price of the property, and a credit to the purchaser for the deposit monies of $95,000.00.

REALTY TAXES - Taxes were adjusted based on the 2021 final tax bill of $5,086.50.  Since your prorated share of the taxes, for the period from January 1, 2021 to November 15, 2021 amounted to $4,431.53 whereas you had paid $5,086.50 on this account, you received credit in the Statement of Adjustments with the sum of $654.97.

1 DAY EXTENSION MORTGAGE PER DIEM - You received credit with the sum of $62.09 in this regard.

Telephone: 416 570 7880          Mississauga Office
Fax: 1 289 904 0338              405 Britannia Road E., Suite 101B
waseem@wkalalaw.ca              Mississauga, Ontario L4Z 3E6
www.wkalalaw.ca

BALANCE DUE ON CLOSING - After accounting for the foregoing adjustments, the purchaser was required to pay the balance due on closing in the amount of $1,805,717.06.

For details as to the disbursement of funds received by my office, please refer to my Trust Ledger Statement which is enclosed.

## PREVIOUS FIRST MORTGAGE

From the funds which we received from the purchasers on the closing of this transaction, I forwarded the sum of $1,362,539.88 so as to discharge the previous first mortgage in favour of CANADIAN IMPERIAL BANK OF COMMERCE.

The amount required to discharge this mortgage was determined in accordance with the mortgage statement for discharge purposes obtained by my office, and I am enclosing a copy thereof for your reference.

I will be obtaining a registered discharge of this mortgage from the bank as soon as possible after closing.

## REAL ESTATE COMMISSION

Insofar as the deposit monies of $95,000.00 held by the Real Estate Broker exceeded the commission payable of $66,500.00 plus HST, the broker was to refund the difference to you, being $19,855.00, promptly after closing.

## ENCLOSURES

I am enclosing the following documents:

> Statement of Adjustments.
> Copy of first mortgage statement for discharge purposes.
> My Statement of Account.
> My Trust Ledger Statement.
> Signed Documents.

I trust that this transaction has been completed to your satisfaction and if you have any questions or comments, please do not hesitate to contact my office.

Yours very truly,

Waseem Kala



## WASEEM KALA

professional corporation

November 16, 2021

Mr. M. KAZMI, Ms. N. KAZMI & Mr. R. KAZMI

Re:      Your sale to SHAHID/GREIS
            ███████████, Richmond Hill, Ontario L4E 3K2,
            My File No.: 21-513

---

### TRUST LEDGER STATEMENT

| | | |
|---|---:|---:|
| Received from purchaser on closing - KARIM ABDEL SHAHID and GEHANE SAMIR GREIS | 1,805,703.13 | $1,805,717.06 |
| Paid to discharge previous 1st mortgage - CANADIAN IMPERIAL BANK OF COMMERCE | $1,362,539.88 | |
| Paid legal fees and disbursements - WASEEM KALA PROFESSIONAL CORPORATION | 1,128.87 | |
| Paid Software Transaction Fee | 145.77 | |
| Paid Law Society Transaction Levy | 65.00 | |
| Paid to City of Richmond Hill re Remaining 2021 Taxes; Roll No. 38-08-0-012-47307-00000-04 | 2,125.07 | |
| Paid to you following closing - MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA KAZMI and RIZWAN KAZMI | 439,712.47 | |
| | $1,805,717.06 | $1,805,717.06 |

THIS IS MY STATEMENT HEREIN


WASEEM KALA

WK:fm
E. & O. E.

---

Telephone: 416 570 7880
Fax: 1 289 904 0338
waseem@wkalalaw.ca
www.wkalalaw.ca

Mississauga Office
405 Britannia Road E., Suite 101B
Mississauga, Ontario L4Z 3E6

## *STATEMENT OF ADJUSTMENTS*

**Vendor:** **MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA KAZMI and RIZWAN KAZMI**

**Purchaser:** **KARIM ABDEL SHAHID and GEHANE SAMIR GREIS**

**Property:** ▮▮▮▮▮▮▮▮, **Richmond Hill, Ontario L4E 3K2**

**Adjusted as of:** **November 16, 2021**

|  |  | Credit Purchaser | Credit Vendor |
|---|---|---|---|
| **SALE PRICE** |  |  | $1,900,000.00 |
|  |  |  |  |
| **DEPOSIT** |  | $95,000.00 |  |
|  |  |  |  |
| **REALTY TAXES** |  |  |  |
| 2021 total taxes | $5,086.50 |  |  |
| Vendor has paid | $5,086.50 |  |  |
| Vendor's share for 319 days | $4,445.46 |  |  |
| Credit Vendor |  |  | 641.04 |
|  |  |  |  |
| **1 DAY EXTENSION MORTGAGE PER DIEM** |  |  |  |
| Credit Vendor |  |  | 62.09 |
|  |  |  |  |
| **BALANCE DUE ON CLOSING** |  |  |  |
| Payable to |  |  |  |
| WASEEM KALA PROFESSIONAL CORPORATION, in trust |  |  |  |
| or as further directed |  |  |  |
|  |  | 1,805,703.13 |  |
|  |  |  |  |
| **E.&O.E.** |  | **$1,900,703.13** | **$1,900,703.13** |

LRO # 65   **Transfer**                                  Receipted as YR3342147  on  2021 11 16    at 16:45

*The applicant(s) hereby applies to the Land Registrar.*                              yyyy mm dd   Page 1 of  3

### Properties

| | |
|---|---|
| PIN | 03196 - 0335   LT      *Interest/Estate*   Fee Simple |
| Description | ██████████████████████████████ |
| | ██████████████████████████; CITY OF RICHMOND |
| | HILL |
| Address | ████████████████ |
| | RICHMOND HILL |

### Consideration

| | |
|---|---|
| *Consideration* | $1,900,000.00 |

### Transferor(s)

The transferor(s) hereby transfers the land to the transferee(s).

| | |
|---|---|
| *Name* | KAZMI, FATIMA NARJIS |
| *Address for Service* | ██████████████, Kitchener N2E3N3 |

I am at least 18 years of age.
KAZMI, MUHAMMAD MURTUZA and I are spouses of one another and are both parties to this document
This document is not authorized  under Power of Attorney by this party.

| | |
|---|---|
| *Name* | KAZMI, MUHAMMAD MURTUZA |
| *Address for Service* | ██████████████, Kitchener N2E3N3 |

I am at least 18 years of age.
KAZMI, FATIMA NARJIS and I are spouses of one another and are both parties to this document
This document is not authorized  under Power of Attorney by this party.

| | |
|---|---|
| *Name* | KAZMI, RIZWAN |
| *Address for Service* | ██████████████, Kitchener N2E3N3 |

I am at least 18 years of age.
The property is not ordinarily occupied by me and my spouse, who is not separated from me, as our family residence.
This document is not authorized  under Power of Attorney by this party.

### Transferee(s)

| Name | | Capacity | Share |
|---|---|---|---|
| *Name* | SHAHID, KARIM ABDEL | Joint Tenants | |
| *Date of Birth* | 1972 06 27 | | |
| *Address for Service* | ████████████, Dolbeau-Mistassini, QC, G8L 5S5 | | |
| *Name* | GREIS, GEHANE SAMIR | Joint Tenants | |
| *Date of Birth* | 1971 01 23 | | |
| *Address for Service* | 251 rue Laurendeau, Dolbeau-Mistassini, QC, G8L 5S5 | | |

### Statements

STATEMENT OF THE TRANSFEROR (S): The transferor(s) verifies that to the best of the transferor's knowledge and belief, this transfer does not contravene the Planning Act.

STATEMENT OF THE SOLICITOR FOR THE TRANSFEROR (S): I have explained the effect of the Planning Act to the transferor(s) and I have made inquiries of the transferor(s) to determine that this transfer does not contravene that Act and based on the information supplied by the transferor(s), to the best of my knowledge and belief, this transfer does not contravene that Act. I am an Ontario solicitor in good standing.

STATEMENT OF THE SOLICITOR FOR THE TRANSFEREE (S): I have investigated the title to this land and to abutting land where relevant and I am satisfied that the title records reveal no contravention as set out in the Planning Act, and to the best of my knowledge and belief this transfer does not contravene the Planning Act. I act independently of the solicitor for the transferor(s) and I am an Ontario solicitor in good standing.

### Signed By

| | | | | |
|---|---|---|---|---|
| Waseem Kala | 5393 Red Brush Drive Mississauga L4Z 4B2 | acting for Transferor(s) | Signed | 2021 11 16 |

| | |
|---|---|
| Tel | 416-570-7880 |
| Fax | 289-904-0338 |

I am the solicitor for the transferor(s) and I am not one and the same as the solicitor for the transferee(s).

LRO # 65   **Transfer**                                  **Receipted as YR3342147** on  2021 11 16    at 16:45

*The applicant(s) hereby applies to the Land Registrar.*                   yyyy mm dd    Page 2 of 3

| **Signed By** |
|---|

I have the authority to sign and register the document on behalf of the Transferor(s).

| | | | | |
|---|---|---|---|---|
| Allan Mark William Fraser | 2200 Brock Road North Units C10 & C11 Pickering L1X 2R2 | acting for Transferee(s) | Signed | 2021 11 16 |

Tel        905-427-4886

Fax       905-427-5542

I am the solicitor for the transferee(s) and I am not one and the same as the solicitor for the transferor(s).

I have the authority to sign and register the document on behalf of the Transferee(s).

| **Submitted By** |
|---|

| | | |
|---|---|---|
| VANULAR LAWYERS PROFESSIONAL CORPORATION | 2200 Brock Road North Units C10 & C11 Pickering L1X 2R2 | 2021 11 16 |

Tel        905-427-4886

Fax       905-427-5542

| **Fees/Taxes/Payment** |
|---|

| | |
|---|---|
| *Statutory Registration Fee* | $66.30 |
| *Provincial Land Transfer Tax* | $34,475.00 |
| *Total Paid* | $34,541.30 |

| **File Number** |
|---|

| | |
|---|---|
| *Transferor Client File Number :* | 21-513 |
| *Transferee Client File Number :* | PO1132-21 |

## LAND TRANSFER TAX STATEMENTS

In the matter of the conveyance of:    03196 - 0335 ███████████████████████████████████

███████████████████████████████████████████; CITY OF

RICHMOND HILL

BY:    KAZMI, FATIMA NARJIS
KAZMI, MUHAMMAD MURTUZA
KAZMI, RIZWAN

TO:    SHAHID, KARIM ABDEL                    Joint Tenants
GREIS, GEHANE SAMIR                    Joint Tenants

1.   SHAHID, KARIM ABDEL AND GREIS, GEHANE SAMIR

I am

- [ ] (a) A person in trust for whom the land conveyed in the above-described conveyance is being conveyed;
- [ ] (b) A trustee named in the above-described conveyance to whom the land is being conveyed;
- [x] (c) A transferee named in the above-described conveyance;
- [ ] (d) The authorized agent or solicitor acting in this transaction for _____ described in paragraph(s) (_) above.
- [ ] (e) The President, Vice-President, Manager, Secretary, Director, or Treasurer authorized to act for _____ described in paragraph(s) (_) above.
- [ ] (f) A transferee described in paragraph (_) and am making these statements on my own behalf and on behalf of _____ who is my spouse described in paragraph (_) and as such, I have personal knowledge of the facts herein deposed to.

2.   I have read and considered the definition of "single family residence" set out in subsection 1(1) of the Act. The land being conveyed herein:
contains at least one and not more than two single family residences.

3.   **The total consideration for this transaction is allocated as follows:**

| | |
|---|---:|
| (a) Monies paid or to be paid in cash | $1,900,000.00 |
| (b) Mortgages (i) assumed (show principal and interest to be credited against purchase price) | $0.00 |
| (ii) Given Back to Vendor | $0.00 |
| (c) Property transferred in exchange (detail below) | $0.00 |
| (d) Fair market value of the land(s) | $0.00 |
| (e) Liens, legacies, annuities and maintenance charges to which transfer is subject | $0.00 |
| (f) Other valuable consideration subject to land transfer tax (detail below) | $0.00 |
| (g) Value of land, building, fixtures and goodwill subject to land transfer tax (total of (a) to (f)) | $1,900,000.00 |
| (h) VALUE OF ALL CHATTELS -items of tangible personal property | $0.00 |
| (i) Other considerations for transaction not included in (g) or (h) above | $0.00 |
| (j) Total consideration | $1,900,000.00 |

6.   Other remarks and explanations, if necessary.

1. The information prescribed for the purposes of section 5.0.1 of the Land Transfer Tax Act is required to be provided for this conveyance. The information has been provided as confirmed by A1783666.

2. The transferee(s) has read and considered the definitions of "designated land", "foreign corporation", "foreign entity", "foreign national", "specified region" and "taxable trustee" as set out in subsection 1(1) of the Land Transfer Tax Act.   The transferee(s) declare that this conveyance is not subject to additional tax as set out in subsection 2(2.1) of the Act because:

3. (c)  The transferee(s) is not a "foreign entity" or a "taxable trustee".

4. The transferee(s) declare that they will keep at their place of residence in Ontario (or at their principal place of business in Ontario) such documents, records and accounts in such form and containing such information as will enable an accurate determination of the taxes payable under the Land Transfer Tax Act for a period of at least seven years.

5. The transferee(s) agree that they or the designated custodian will provide such documents, records and accounts in such form and containing such information as will enable an accurate determination of the taxes payable under the Land Transfer Tax Act, to the Ministry of Finance upon request.

**PROPERTY Information Record**

A. Nature of Instrument:      Transfer

LRO  65    Registration No.    YR3342147    Date:  2021/11/16

B. Property(s):    PIN ██████    Address ██████████    Assessment ████████████
RICHMOND HILL    Roll No

C. Address for Service:    251 rue Laurendeau,
Dolbeau-Mistassini, QC, G8L 5S5

D. (i) Last Conveyance(s):    PIN  03196 - 0335    Registration No.    YR3278135

(ii) Legal Description for Property Conveyed: Same as in last conveyance?    Yes [x]    No [ ]    Not known [ ]

E. Tax Statements Prepared By:    Allan Mark William Fraser
2200 Brock Road North Units C10 & C11
Pickering L1X 2R2

LRO # 65   **Application (General)**                    Receipted as YR3327650  on  2021 10 15    at 09:19

*The applicant(s) hereby applies to the Land Registrar.*                    yyyy mm dd   Page 1 of  1

---

### Properties

| | |
|---|---|
| *PIN* | 03196 - 0335    LT |
| *Description* | ███████████████████████████; CITY OF RICHMOND HILL |
| *Address* | ████████████ RICHMOND HILL ██████ |

---

### Applicant(s)

| | |
|---|---|
| *Name* | CASTLEGROVE DEVELOPMENTS INC. |
| *Address for Service* | c\o Maple Drywall<br>211 Westcreek Drive<br>Suite 200<br>Woodbridge, Ontario<br>L4L 9T7 |

I, ROBERT BUCCI, have the authority to bind the corporation.

This document is not authorized  under Power of Attorney by this party.

---

### Party To(s)                                   Capacity              Share

| | |
|---|---|
| *Name* | CASTLEGROVE DEVELOPMENTS INC. |
| *Address for Service* | c\o Maple Drywall<br>211 Westcreek Drive<br>Suite 200<br>Woodbridge, Ontario<br>L4L 9T7 |

I, ROBERT BUCCI, have the authority to bind the corporation

This document is not authorized  under Power of Attorney by this party.

---

### Statements

I ROBERT BUCCI (A.S.O.) FOR CASTLEGROVE DEVELOPMENTS INC. having a legal interest in the lands hereby apply under section 75 of the Land Titles Act to have the register for the said PIN amended by: Deleting Vendor's Lien registered as Instrument No. YR3317740 from title as the balance has been paid in full.

I MATTHEW D. PRESTA solicitor make the following law statement the Vendor's Lien been paid in full..

This document relates to registration number(s)YR3317740

---

### Signed By

| | | | | |
|---|---|---|---|---|
| Matthew David Presta | 9100 Jane St., 3rd Floor, Building A<br>Vaughan<br>L4K 0A4 | acting for Applicant(s) | Signed | 2021 10 14 |
| Tel | 905-738-1078 | | | |
| Fax | 905-738-0528 | | | |

I have the authority to sign and register the document on behalf of the Applicant(s).

---

### Submitted By

| | | |
|---|---|---|
| BIANCHI PRESTA LLP | 9100 Jane St., 3rd Floor, Building A<br>Vaughan<br>L4K 0A4 | 2021 10 15 |
| Tel | 905-738-1078 | |
| Fax | 905-738-0528 | |

---

### Fees/Taxes/Payment

| | |
|---|---|
| *Statutory Registration Fee* | $65.30 |
| *Total Paid* | $65.30 |



# WASEEM KALA
### professional corporation

November 11, 2021

City of Richmond Hill
Attention:  Tax Department
225 East Beaver Creek Rd
Richmond Hill, ON  L4B 3P4

Dear Sirs:

Re:   KAZMI sale to SHAHID/GREIS
████████████, Richmond Hill, Ontario L4E 3K2,  (City of Richmond Hill)
███████████

Roll No.:█████████████████
Closing Date: November 15, 2021
My File No.: 21-513

Please be advised that I am the solicitor for MUHAMMAD KAZMI, NARJIS KAZMI and RIZWAN KAZMI who, effective November 15, 2021, sold the above property to KARIM ABDEL SHAHID and GEHANE SAMIR GREIS, and I would therefore request that you amend your records to reflect the foregoing.

If you require further information, the solicitor for the new owners of the property is:

> Vanular Lawyers Professional Corporation
> 2200 Brock Road North
> Units C10 & 11
> Pickering, Ontario L1X 2R2
>
> Attention:  Jason Vanular

Thank you for your co-operation in this matter.

Yours very truly,

WASEEM KALA

WK:fm

Telephone: 416 570 7880
Fax: 1 289 904 0338
waseem@wkalalaw.ca
www.wkalalaw.ca

Mississauga Office
405 Britannia Road E., Suite 101B
Mississauga, Ontario L4Z 3E6

Doc ID: 68204beda61368bcb789c6d312a63336da8a4f19

**WK**

## WASEEM KALA
### professional corporation

November 11, 2021

Mr. M. KAZMI, Ms. N. KAZMI & Mr. R. KAZMI
████████████ Richmond Hill, Ontario L4E 3K2

Dear Mr. M. KAZMI, Ms. N. KAZMI & Mr. R. KAZMI:

Re:       Your sale to SHAHID/GREIS
          ████████████

          City of Richmond Hill, Richmond Hill
          ████████████, Richmond Hill, Ontario L4E 3K2,
          My File No.: 21-513

This letter is to confirm that I will be acting on your behalf with respect to your sale of the above-noted property. I will be handling all enquiries and preparing documentation in relation to your transaction. Please do not hesitate to contact my office at any time if you have any questions as the transaction progresses. There are several issues mentioned below that I should discuss soon, either in person or by telephone. I will also need to meet shortly before your closing date to review the entire transaction, sign the documents and arrange for the transfer of the sale proceeds. Someone from my office will contact you to arrange such a meeting closer to when this date approaches.

## CLOSING DATE

I confirm I am are in receipt of a copy of your Agreement of Purchase and Sale and that according to the agreement, your sale will be finalized on November 15, 2021. If this date is incorrect, please advise my office immediately.

## FEES AND DISBURSEMENTS

My legal fees for completing your transaction are $999, plus HST, and all applicable disbursements and taxes. This fee includes services rendered in a standard real estate sale transaction.

Telephone: 416 570 7880
Fax: 1 289 904 0338
waseem@wkalalaw.ca
www.wkalalaw.ca

Mississauga Office
405 Britannia Road E., Suite 101B
Mississauga, Ontario L4Z 3E6

Doc ID: 68204beda61368bcb789c6d312a63336da8a4f19

In some real estate transactions, there may be unforeseen issues and/or difficulties that arise as a result of matters beyond my control. I reserve the right to increase my fees to reflect any additional time expended with the completion of your transaction and will contact you to discuss same.

## INFORMATION REQUIRED

Please provide the following information and/or documentation to my office as soon as possible:

- Copy of your Transfer.
- Your most recent realty tax bill.
- Details of any mortgage or secured line of credit (institution, mortgage number, etc.) registered against the title to the property.
- Details of any bridge loan (institution, reference number, related property purchased, etc.) that must be paid off upon the closing of this sale transaction, as well as a copy of the bridge loan agreement and any other related documents.
- If your house is heated by oil, the capacity of the tank and a recent fuel oil bill.
- If your water is not metered, a copy of your most recent water bill.
- Any survey of the property which you might have. Please advise us of any changes to the property which are not shown on the survey (for example, a deck addition).
- Your country of residence (if not Canada).
- Whether the property is used, in whole or in part, for purposes other than residential use as HST may be applicable to the sale under such circumstances.
- If any part of the property is currently tenanted and the purchaser(s) will be assuming the tenancy upon closing in accordance with the agreement of purchase and sale, please let us know the part of the property that is subject to tenancy (e.g. basement), the name(s) of the tenant(s), the amount of rent, the payment date of the rent (e.g. first day of each month), the amount of the last month's deposit (if any) and the date when the last month's deposit was received (if applicable).
- Your mailing address and telephone number following closing.

## FIRE INSURANCE

You are responsible for cancelling your fire insurance coverage. I recommend that you do not cancel the insurance until the day following the actual closing of the sale.

## UTILITIES

You are responsible for contacting the local utilities authorities (water, hydro and gas) and telecommunications companies to terminate your accounts and to arrange for final meter readings if applicable.

## KEYS

I will require at least one set of all keys necessary to enter the premises to deliver to the purchaser on the closing date.

**SIGNING**

I will meet with you shortly before your closing date to review your file and to have you sign documents. I will discuss the distribution of the sale proceeds, including any remaining real estate commission obligations, and the payment or transfer of funds. I will need to meet with each person required to effect the transfer.  If any such person will not be available at that time, please advise us as soon as possible as alternative arrangements may have to be made.

**IDENTIFICATION**

At my meeting, I will require each person, as noted-above, to bring two pieces of identification, one of which must be Canadian/Federal or Provincial government-issued photo identification such as a driver's licence or passport.  Unfortunately, a health card is not acceptable identification.  If you have any questions about what is an acceptable form of identification or if you do not have Canadian/Federal or Provincial photo identification, please contact us as soon as possible.

If you have any questions or concerns regarding your transaction, please do not hesitate to contact my office. I look forward to being of service to you.


Yours very truly,

**WASEEM KALA**

WK:fm

_____
**MUHAMMAD MURTUZA KAZMI**

_____
**NARJIS FATIMA KAZMI**

_____
**RIZWAN KAZMI**

## *STATEMENT OF ADJUSTMENTS*

**Vendor:** **MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA KAZMI and RIZWAN KAZMI**

**Purchaser:** **KARIM ABDEL SAHAID and GEHANE SAMIR GREIS**

**Property:** [REDACTED]**, Richmond Hill, Ontario L4E 3K2**

**Adjusted as of:** **November 15, 2021**

| | | Credit Purchaser | Credit Vendor |
|---|---|---|---|
| **SALE PRICE** | | | $1,900,000.00 |
| **DEPOSIT** | | $95,000.00 | |
| **REALTY TAXES** | | | |
| 2021 total taxes | $5,086.50 | | |
| Vendor has paid | $5,086.50 | | |
| Vendor's share for 318 days | $4,431.53 | | |
| Credit Vendor | | | 654.97 |
| **BALANCE DUE ON CLOSING** | | | |
| Payable to | | | |
| WASEEM KALA PROFESSIONAL CORPORATION, in trust | | | |
| or as further directed | | 1,805,654.97 | |
| | | | |
| **E.&O.E.** | | $1,900,654.97 | $1,900,654.97 |

Prepared using *Unity* by DoProcess LP

Doc ID: 68204beda61368bcb789c6d312a63336da8a4f19



# WASEEM KALA
### professional corporation

November 11, 2021

Mr. M. KAZMI, Ms. N. KAZMI & Mr. R. KAZMI

Re:      Your sale to SAHAID/GREIS
           ██████████, Richmond Hill, Ontario L4E 3K2,
           My File No.: 21-513

## TRUST LEDGER STATEMENT

| | | |
|---|---:|---:|
| Received from purchaser on closing - KARIM ABDEL SAHAID and GEHANE SAMIR GREIS | | $1,805,654.97 |
| Paid to discharge previous 1st mortgage - CANADIAN IMPERIAL BANK OF COMMERCE | $1,362,477.79 | |
| Paid legal fees and disbursements - WASEEM KALA PROFESSIONAL CORPORATION | 1,128.87 | |
| Paid Software Transaction Fee | 145.77 | |
| Paid Law Society Transaction Levy | 78.79 | |
| Paid to City of Richmond Hill re Remaining 2021 Taxes; Roll No. 38-08-0-012-47307-00000-04 | 2,125.07 | |
| Paid to you following closing - MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA KAZMI and RIZWAN KAZMI | 439,698.68 | |
| | $1,805,654.97 | $1,805,654.97 |

THIS IS MY STATEMENT HEREIN

MK

**WASEEM KALA**

WK:fm
E. & O. E.

Telephone: 416 570 7880
Fax: 1 289 904 0338
waseem@wkalalaw.ca
www.wkalalaw.ca

Mississauga Office
405 Britannia Road E., Suite 101B
Mississauga, Ontario L4Z 3E6

Doc ID: 68204beda61368bcb789c6d312a63336da8a4f19

## CONSENT TO JOINT RETAINER

**TO:**      WASEEM KALA
            Barrister & Solicitor (the "Firm")

**RE:**      KAZMI sale to SHAHID/GREIS

            , Richmond Hill, Ontario L4E 3K2,

            Closing Date: November 15, 2021
            My File No.: 21-513

All of the undersigned, being MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA KAZMI and RIZWAN KAZMI, (collectively the "undersigned parties"), hereby acknowledge and confirm that:

1.      The Firm has been requested to act for each of the undersigned parties in connection with the above-noted transaction (the "Transaction");

2.      The Firm has recommended that each of the undersigned parties obtain Independent Legal Advice about jointly retaining the Firm in connection with the Transaction;

3.      In acting for the undersigned parties, no information received by the Firm from either party in connection with the Transaction can be treated as confidential insofar as the other parties are concerned;

4.      If a conflict of interest should arise which cannot be reasonably resolved, arbitrated or settled, the Firm cannot continue to act for the undersigned, and in such case the Firm may have to withdraw completely from the Transaction;

**DATED** at Mississauga this **12** day of November, 2021.

_____
MUHAMMAD MURTUZA KAZMI

_____
NARJIS FATIMA KAZMI

_____
RIZWAN KAZMI

## <u>CONSENT TO ACT RE CONFLICT</u>

**TO:**      WASEEM KALA
              Barrister & Solicitor (the "Firm")

**RE:**      <u>KAZMI sale to</u> SHAHID/GREIS
              ██████████████, Richmond Hill, Ontario L4E 3K2,
              ████████

              Closing Date: November 15, 2021
              My File No.: 21-513

We, the following parties, being MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA KAZMI and RIZWAN KAZMI, (collectively the "joint parties") hereby acknowledge being advised by you that you are representing all of us jointly, in the above transaction, and notwithstanding being so advised, the undersigned joint parties hereby expressly consent to you acting in this capacity.

The undersigned joint parties further acknowledge being advised that all information received in connection with this transaction from any one of us cannot be treated as confidential insofar as the other joint parties are concerned, and that the rules of the Law Society of Upper Canada require that when law firms represent clients jointly, I must raise certain issues with each of the joint parties and obtain their consent as to the course to be followed in the future if a conflict arises.

The undersigned further acknowledge having been advised that in the event of a material conflict between any one of us which cannot be resolved, you will advise us thereof, and it may be necessary for you to discontinue acting for either party in this matter.

**DATED** at Mississauga this  **12**  day of November, 2021.

                            _____
                            MUHAMMAD MURTUZA KAZMI

                            _____
                            NARJIS FATIMA KAZMI

                            _____
                            RIZWAN KAZMI

# D I R E C T I O N

**TO:**     KARIM ABDEL SHAHID and GEHANE SAMIR GREIS

**RE:**     KAZMI sale to SHAHID/GREIS
███████████, Richmond Hill, Ontario L4E 3K2,  (City of Richmond Hill)

This is to direct you and shall constitute your good and sufficient and irrevocable authority to make your cheque for the proceeds of sale in the above transaction payable in favour of our solicitor:

WASEEM KALA PROFESSIONAL CORPORATION, IN TRUST

or as he may otherwise direct.

**DATED** at Mississauga this  12  day of November, 2021.

_____
MUHAMMAD MURTUZA KAZMI

_____
NARJIS FATIMA KAZMI

_____
RIZWAN KAZMI

# U N D E R T A K I N G

**TO:**      KARIM ABDEL SHAHID and GEHANE SAMIR GREIS

**AND TO:**    Vanular Lawyers Professional Corporation
               Barristers & Solicitors

**RE:**      KAZMI sale to SHAHID/GREIS
           █████████████, Richmond Hill, Ontario L4E 3K2,

IN CONSIDERATION of and notwithstanding the closing of the above-noted transaction, I hereby personally undertake to obtain and register a good and valid discharge of the Mortgage registered as Instrument Number YR3278136 in favour of CANADIAN IMPERIAL BANK OF COMMERCE.

Without limiting the generality of the foregoing, with respect to each mortgage or charge referred to above, I personally undertake as follows:

a)       to forthwith pay to the Mortgagee or person lawfully entitled thereto all monies required to fully pay out and discharge such mortgage;

b)       to obtain and register a proper form of discharge as soon as possible after closing and to forthwith thereafter provide you with registration particulars thereof;

c)       ~~in the event that I have not obtained the discharge within one hundred and twenty days from the date hereof, to commence and diligently pursue a Court application for an Order discharging such mortgage and, upon such Order being granted, to forthwith register the same on title and advise you of registration particulars; and~~

d)       ~~to indemnify you from and against any and all direct or consequential claims, costs or damages arising from failure to discharge the said mortgage in accordance with the terms of this undertaking.~~

**DATED** at Mississauga this   **12**   day of November, 2021.

                        WASEEM KALA PROFESSIONAL CORPORATION

                        Per: _____
                                    WASEEM KALA

# U N D E R T A K I N G

**TO:**       KARIM ABDEL SHAHID and GEHANE SAMIR GREIS

**AND TO:**   Vanular Lawyers Professional Corporation
             Barristers & Solicitors

**RE:**       KAZMI sale to SHAHID/GREIS
             ██████████████, Richmond Hill, Ontario L4E 3K2,

IN CONSIDERATION of and notwithstanding the closing of the above transaction, we hereby undertake as follows:

1.    TO deliver up vacant possession of the premises on closing;

2.    TO pay all arrears of taxes to the extent that an allowance has not been granted to the purchasers on account thereof and to pay the 2021 taxes in accordance with the Statement of Adjustments;

3.    TO readjust, forthwith upon demand any item on the Statement of Adjustments, if necessary;

4.    TO pay all utilities accounts, including hydro-electric, water and gas charges, to the date of closing;

5.    To pay all amounts required to obtain a discharge of the mortgage(s) registered on title to the property and to obtain and register a discharge of such mortgage(s) as soon as possible after closing;

6.    TO leave on the premises all chattels and fixtures specified in the Agreement of Purchase and Sale, free of encumbrances, liens and claims of any kind whatsoever.

**DATED** at Mississauga this   12   day of November, 2021.

_____
MUHAMMAD MURTUZA KAZMI

_____
NARJIS FATIMA KAZMI

_____
RIZWAN KAZMI

**TO:**　　　　KARIM ABDEL SHAHID and GEHANE SAMIR GREIS

**AND TO:**　　Vanular Lawyers Professional Corporation
　　　　　　　Barristers & Solicitors

**RE:**　　　　KAZMI sale to SHAHID/GREIS
　　　　　　　███████████, Richmond Hill, Ontario L4E 3K2,

## UREA-FORMALDEHYDE WARRANTY

We, the vendors in the above transaction, hereby warrant that, to the best of our knowledge and belief, the subject property has not been insulated with urea-formaldehyde foam insulation.

## BILL OF SALE

IN CONSIDERATION of payment of the purchase price herein, the undersigned, being the vendors of the subject property, do hereby sell, transfer and convey to the purchasers the chattels and fixtures included in the purchase price as specified in the Agreement of Purchase and Sale; and we covenant that we are the lawful owners thereof and have the right to transfer and convey the same and that such chattels and fixtures are free of all encumbrances, liens and claims of any kind whatsoever.

## HARMONIZED SALES TAX

The above property is occupied as a residential unit and we did not acquire the property or carry on any construction or renovation of the property in the course of business or adventure or concern in the nature of trade and, to the best of our knowledge and belief, the sale of the property is exempt from Harmonized Sales Tax (HST) under the HST provisions of the Excise Tax Act (Canada).

**DATED** at Mississauga this 12 day of November, 2021.

_____
MUHAMMAD MURTUZA KAZMI

_____
NARJIS FATIMA KAZMI

_____
RIZWAN KAZMI

**IN THE MATTER OF** title to:

███████████ Richmond Hill, Ontario L4E 3K2,
(City of Richmond Hill)

**AND IN THE MATTER OF** the sale thereof from
MUHAMMAD MURTUZA KAZMI, NARJIS
FATIMA KAZMI and RIZWAN KAZMI to
KARIM ABDEL SHAHID and GEHANE SAMIR
GREIS

We, MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA KAZMI and RIZWAN KAZMI,
SOLEMNLY DECLARE that:

1.      We are the absolute owners of the above mentioned lands and either personally or by our
tenants have been in actual, peaceable, continuous, exclusive, open, undisturbed and
undisputed possession and occupation thereof, and of the houses and other buildings used
in connection therewith throughout our period of ownership of the property.

2.      We are not aware of any person or corporation having any claim or interest in the said
lands or any part thereof adverse to or inconsistent with registered title and are positive
that none exists.

3.      That possession and occupation of the above lands by the vendors have been undisturbed
throughout by any action, suit or other proceedings or adverse possession or otherwise
on the part of any person whomsoever and during such possession and occupation, no
payment has ever been made or acknowledgment of title given by the undersigned, or,
so far as we know, by anyone else, to any person in respect of any right, title, interest or
claim upon the said lands.

4.      To the best of our knowledge and belief, the buildings used in connection with the
premises are situate wholly within the limits of the lands above described, and there is
no dispute as to the boundaries of the said lands.  Except as may be registered on title,
we have never heard of any claim of easement affecting the lands, either for light,
drainage, or right of way or otherwise.

5.      We do not retain the fee or the equity of redemption in, or a power or right to grant, assign
or exercise a power of appointment with respect to any land abutting the lands being
conveyed in the subject transaction.

6.      We are not non-residents of Canada within the meaning of Section 116 of the Income
Tax Act (Canada) nor do we intend to become non-residents of Canada as of the closing
date.

7.      Within the meaning of the Family Law Act (Ontario):

MUHAMMAD MURTUZA KAZMI and NARJIS FATIMA KAZMI are spouses of one another and are both parties to this document.  The property is not ordinarily occupied by me, RIZWAN KAZMI, and my spouse who is not separated from me, as our family residence.

AND we make this solemn Declaration conscientiously believing it to be true, and knowing that it is of the same force and effect as if made under oath.

SEVERALLY DECLARED before me          }
at the City of Mississauga            }
in the Province                       }
of Ontario                            }          _____
this 12 day of November               }          MUHAMMAD MURTUZA KAZMI
2021.                                 }
                                      }          _____
                                      }          NARJIS FATIMA KAZMI
                                      }
                                      }
_____       }          _____
WASEEM KALA                           }          RIZWAN KAZMI

A COMMISSIONER, ETC.

## ACKNOWLEDGEMENT AND DIRECTION

**TO:**      Waseem Kala

(Insert lawyer's name)

**AND TO:**      WASEEM KALA PROFESSIONAL CORPORATION

(Insert firm name)

**RE:**      KAZMI s/t GREIS/SHAHID      ("the transaction")

(Insert brief description of transaction)

**This will confirm that:**

- I/We have reviewed the information set out in this Acknowledgement and Direction and in the documents described below (the "Documents"), and that this information is accurate;
- You, your agent or employee are authorized and directed to sign, deliver, and/or register electronically, on my/our behalf the Documents in the form attached.
- You are hereby authorized and directed to enter into an escrow closing arrangement substantially in the form attached hereto being a copy of the version of the Document Registration Agreement, which appears on the website of the Law Society of Ontario as the date of the Agreement of Purchase and sale herein. I/We hereby acknowledge the said Agreement has been reviewed by me/us and that I/We shall be bound by its terms;
- The effect of the Documents has been fully explained to me/us, and I/we understand that I/we are parties to and bound by the terms and provisions of the Documents to the same extent as if I/we had signed them; and
- I/we are in fact the parties named in the Documents and I/we have not misrepresented our identities to you.
- I,_____, am the spouse of_____, the (Transferor/Chargor) , and hereby consent to the transaction described in the Acknowledgment and Direction. I authorize you to indicate my consent on all the Documents for which it is required.

### DESCRIPTION OF ELECTRONIC DOCUMENTS

      The Document(s) described in the Acknowledgement and Direction are the document(s) selected below which are attached hereto as "Document in Preparation" and are:

☑    A Transfer of the land described above.

☐    A Charge of the land described above.

☐    Other documents set out in Schedule "B" attached hereto.

Dated at   **MISSISAUGA**  , this   **12**   day of   **NOVEMBER**  , 20 **21**.

**WITNESS**

(As to all signatures, if required)

_____          _____
                                       FATIMA NARJIS KAZMI

_____
MUHAMMAD MURTUZA KAZMI

_____
RIZWAN KAZMI

_____

LRO # 65    Transfer                                        In preparation  on  2021 11 11      at 14:11

*This document has not been submitted and may be incomplete.*                    yyyy mm dd    Page 1 of 2

### Properties

| | | | |
|---|---|---|---|
| PIN | 03196 - 0335   LT | Interest/Estate | Fee Simple |
| Description | ███████████████████████████████████ | | |
| | ██████████████████████████ CITY OF RICHMOND | | |
| | HILL | | |
| Address | ████████████████████ | | |
| | RICHMOND HILL | | |

### Consideration

| Consideration | $1,900,000.00 |
|---|---|

### Transferor(s)

The transferor(s) hereby transfers the land to the transferee(s).

Name            KAZMI, FATIMA NARJIS

                Acting as an individual

Address for Service

I am at least 18 years of age.
KAZMI, MUHAMMAD MURTUZA and I are spouses of one another and are both parties to this document
This document is not authorized  under Power of Attorney by this party.

Name            KAZMI, MUHAMMAD MURTUZA

                Acting as an individual

Address for Service

I am at least 18 years of age.
KAZMI, FATIMA NARJIS and I are spouses of one another and are both parties to this document
This document is not authorized  under Power of Attorney by this party.

Name            KAZMI, RIZWAN

                Acting as an individual

Address for Service

I am at least 18 years of age.
The property is not ordinarily occupied by me and my spouse, who is not separated from me, as our family residence.
This document is not authorized  under Power of Attorney by this party.

### Transferee(s)                                          Capacity            Share

Name            SHAHID, KARIM ABDEL                        Joint Tenants

                Acting as an individual

Date of Birth   1972 06 27

Address for Service  ████████████████

                Dolbeau-Mistassini, QC, G8L 5S5

Name            GREIS, GEHANE SAMIR                        Joint Tenants

                Acting as an individual

Date of Birth   1971 01 23

Address for Service  ████████████████

                Dolbeau-Mistassini, QC, G8L 5S5

### Statements

STATEMENT OF THE TRANSFEROR (S): The transferor(s) verifies that to the best of the transferor's knowledge and belief, this transfer does not contravene the Planning Act.
STATEMENT OF THE SOLICITOR FOR THE TRANSFEROR (S): I have explained the effect of the Planning Act to the transferor(s) and I have made inquiries of the transferor(s) to determine that this transfer does not contravene that Act and based on the information supplied by the transferor(s), to the best of my knowledge and belief, this transfer does not contravene that Act. I am an Ontario solicitor in good

LRO # 65   Transfer

In preparation on 2021 11 11   at 14:11

*This document has not been submitted and may be incomplete.*

yyyy mm dd   Page 2 of 2

### Statements

standing.

STATEMENT OF THE SOLICITOR FOR THE TRANSFEREE (S): I have investigated the title to this land and to abutting land where relevant and I am satisfied that the title records reveal no contravention as set out in the Planning Act, and to the best of my knowledge and belief this transfer does not contravene the Planning Act. I act independently of the solicitor for the transferor(s) and I am an Ontario solicitor in good standing.

### Calculated Taxes

| *Provincial Land Transfer Tax* | $34,475.00 |
|---|---|

### File Number

| *Transferor Client File Number :* | 21-513 |
|---|---|
| *Transferee Client File Number :* | PO1132-21 |

Doc ID: 68204beda61368bcb789c6d312a63336da8a4f19



# WASEEM KALA
### professional corporation

November 15, 2021

CANADIAN IMPERIAL BANK OF COMMERCE
PO Box 115
Commerce Court Postal Station
Toronto, Ontario
M5L 1E5

<u>Attention: Mortgage Payouts</u>

Dear Sir or Madam:

Re:     KAZMI and CANADIAN IMPERIAL BANK OF COMMERCE
        Discharge of first mortgage
        ▮▮▮▮▮▮▮▮▮, Richmond Hill, Ontario L4E 3K2,
        Loan Number: 3462186
        My File No.: 21-513

Please find enclosed herewith a certified cheque in the sum of $1,362,477.79, being the amount required to discharge this mortgage inclusive of interest to November 16, 2021.

Kindly close the account to which the above mortgage relates, electronically register a discharge of the mortgage and provide my office with registration particulars as well as a release of interest in the insurance.

Yours very truly,

WASEEM KALA

WK:fm

Telephone: 416 570 7880
Fax: 1 289 904 0338
waseem@wkalalaw.ca
www.wkalalaw.ca

Mississauga Office
405 Britannia Road E., Suite 101B
Mississauga, Ontario L4Z 3E6

Doc ID: 68204beda61368bcb789c6d312a63336da8a4f19



# WASEEM KALA
professional corporation

November 15, 2021

CANADIAN IMPERIAL BANK OF COMMERCE
PO Box 115
Commerce Court Postal Station
Toronto, Ontario
M5L 1E5

<u>Attention: Mortgage Payouts</u>

Dear Sir or Madam:

Re:     KAZMI and CANADIAN IMPERIAL BANK OF COMMERCE
        Discharge of first mortgage
        ████████, Richmond Hill, Ontario L4E 3K2,
        Loan Number: 3462186
        My File No.: 21-513

Please find enclosed herewith a certified cheque in the sum of $1,362,477.79, being the amount required to discharge this mortgage inclusive of interest to November 16, 2021.

Kindly close the account to which the above mortgage relates, electronically register a discharge of the mortgage and provide my office with registration particulars as well as a release of interest in the insurance.

Yours very truly,

WASEEM KALA

WK:fm

Telephone: 416 570 7880
Fax: 1 289 904 0338
waseem@wkalalaw.ca
www.wkalalaw.ca

Mississauga Office
405 Britannia Road E., Suite 101B
Mississauga, Ontario L4Z 3E6

Doc ID: 68204beda61368bcb789c6d312a63336da8a4f19



**PAYOUT/DISCHARGE STATEMENT**

MD680V-2019/12

**From:**
CIBC Mortgages Inc.
PO Box 115 Commerce Court Postal Stn
Toronto ON  M5L 1E5
**Residential:** 1 888 264-6843 or 416 785-3255

**Requested By:**
WASEEM KALA PROF. CORP.
101B-405 BRITANNIA RD. E.
MISSISSAUGA ON
L4Z 3E6

**Fax:** (289) 904-0338

**Mortgage Loan Number:** 3462186.1

**Borrower(s) Name and Property Address:**
R KAZMI & N KAZMI & M KAZMI

RICHMOND HILL, ON

**Legal Description:**
PL 136 RP 65R38340 PT 3

**Type of Mortgage Loan:**
CIBC Variable Flex Mortgage™ Variable Rate, Closed 5-year

**This statement was prepared on November 10, 2021 and is effective November 15, 2021.**

| | | | |
|---|---|---|---|
| Maturity Date | July 6, 2026 | Principal Balance | $1,353,191.01 |
| Remaining Term | 56 month(s) | Interest Due** | $0.00 |
| Last Payment Made | November 6, 2021 | Outstanding Fees | $0.00 |
| Principal and Interest Payment | $4,763.33 | Paid in Advance | $0.00 |
| Mortgage Loan Interest Rate | 1.580% | Property Tax Balance | $0.00 |
| CIBC Prime Rate | 2.450% | Accrued Creditor Insurance Premium## | $31.59 |
| Per Diem Interest | $62.09 | Other Balances | $0.00 |
| | | Accrued Interest | $527.19 |
| | | Discharge/Assignment Fee | $300.00 |
| | | Registry Office Charge | $77.62 |
| | | Prepayment Charge# | $8,288.29 |
| | | Cash Back Repayment | $0.00 |
| | | **Payout Amount as of November 15, 2021** | **$1,362,415.70** |

*\*\* If Variable Rate Mortgage, interest due may include deferred interest.*

*# The prepayment charge is 3 months interest on the amount prepaid, calculated at CIBC Prime Rate.*

*## Creditor Insurance for CIBC Mortgages is optional creditor's group insurance underwritten by **The Canada Life Assurance Company** and administered by the insurer and CIBC. You may contact Canada Life at 1 800 387-4495 or visit www.canadalife.com.*

Interest must be added at the rate of $62.09 per day from November 15, 2021, until the certified funds are received in this office or any CIBC branch.

1. This statement is valid as of the preparation date and for the period of 30 days thereafter, after which a new statement must be requested. Any subsequent statement produced makes this statement null and void.

2. This statement records the principal balance as of the preparation date, taking into account all payments due on or before the effective date and assumes that all such payments have been made and honoured. If any such payments have not been made and honoured, or if any subsequent charges are processed, the figures given in this statement may not be relied upon and a new statement must be obtained. We will not provide a discharge of the registered mortgage/charge until all outstanding payments and charges  have been made and honoured.

3. This statement is based on the assumption that the following instalments are honoured when paid on the dates shown:

   | _Payment Due Date_ | _Payment Amount_ |
   |---|---|
   | **Total Amount Due:** | **$0.00** |

4. Property tax bills received on or subsequent to the statement preparation date will not be paid by Canadian Imperial Bank of Commerce.

5. Factors that could cause the prepayment charge quoted above to change:

   If you do not prepay before this statement expires, the prepayment charge could change if:

   • CIBC Prime Rate changes, because the prepayment charge is based on CIBC Prime Rate.

11/18/21  16:54:52  CIBC Confidential P  →          CIBC                    Page 004

- the remaining term becomes less than 3 months. In that case, the prepayment charge will be interest calculated from the mortgage payout date to the maturity date at your mortgage loan interest rate.
- the principal balance of the mortgage changes; for example, if you miss a scheduled payment, or make an extra payment.

_S. Cochrane_

_____
Authorized Signature

E. & O. E.

™ Trademark of CIBC.



# WASEEM KALA
### professional corporation

November 15, 2021

Royal LePage Signature Realty Brokerage
200-30 Eglinton Ave W
Mississauga, Ontario
L5R 3E7

Dear Sir or Madam:

Re:    KAZMI sale to SHAHID/GREIS
       ████████, Richmond Hill, Ontario L4E 3K2,  (City of Richmond Hill)
       Closing Date: November 15, 2021
       My File No.: 21-513

I am pleased to advise that the above transaction has now been completed and, insofar as the deposit monies which you are holding exceed the commission payable, I would request that you promptly refund the difference of $19,855.00 to my clients:

       MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA KAZMI and RIZWAN KAZMI

Thank you for your cooperation.

Yours very truly,

WASEEM KALA

WK:fm

Telephone: 416 570 7880
Fax: 1 289 904 0338
waseem@wkalalaw.ca
www.wkalalaw.ca

Mississauga Office
405 Britannia Road E., Suite 101B
Mississauga, Ontario L4Z 3E6

Doc ID: 68204beda61368bcb789c6d312a63336da8a4f19



**ROYAL LePAGE**

**Signature Realty**
30 Eglinton Avenue West #200, Mississauga, Ontario, L5R-3E7
Phone: 905-568-2121   Fax: 905-501-4924

October 22, 2021

## COMMISSION STATEMENT

c/o KALA LAW FIRM
405 BRITTANIA ROAD EAST,101B
MISSISSAUGA,ON
L4Z-3E6

**FAX:  (905)963-7963**

RE:     Agreement of Purchase & Sale
      MUHAMMAD MURTUZA KAZMI, NARJIS FATIMA KAZMI AND        RIZWAN
KAZMI to DR. KARIM ABDEL SHAHID & DR. GEHANE SAMIR        GREIS

To our commission re: Sale of 129 BOND CRES
At a sale price of  **$ 1,900,000.00**

| | | |
|---|---|---|
| Commission payable | $ | 66,500.00 |
| Less deposit with agreement of purchase and sale | $ | 95,000.00 |
| Harmonized Sales Tax-10488 7682RT | $ | 8,645.00 |
| | | ------------------------ |
| **Balance due to vendor** | **$** | **19,855.00** |
| | | ============ |

Closing scheduled for November 15, 2021

Our reference number is M214707

    *****PLEASE FAX CONFIRMATION OF CLOSING TO 905-501-4924 ONCE       DEAL
COMPLETE, SO THAT WE MAY RELEASE BALANCE TO VENDOR.*

If there is a discrepancy with this invoice, please call:

Office Administrator
Royal LePage Signature Realty

# *Richmond* Hill

RichmondHill.ca

225 East Beaver Creek Road, Richmond Hill, ON L4B 3P4

VANULAR LAWYERS PROFESSIONAL CORP
C10 & C11 - 2200 BROCK ROAD
PICKERING ON L1X 2R2

## Certificate of Treasurer

| | |
|---|---|
| No: | 68862    Fee Paid: $89.00 |
| Date: | October 28, 2021 |

Roll No:   38-08-0-012-47307-00000-04

Location: ▇▇▇▇▇▇

Description: ▇▇▇▇▇▇▇▇▇

Owner:   KAZMI NARJIS FATIMA
KAZMI MUHAMMAD MURTURRA
KAZMI RIZWAN

Reference:

## Levy Information

| Year | Interim | Annual | Supplementaries | Appeals | Apportionment | Cap/Clawback | Total |
|---|---|---|---|---|---|---|---|
| 2021 | | 2,961.38 | 2,125.07 | | | | 5,086.45 |
| 2020 | | 2,932.46 | | | | | 2,932.46 |

## Tax Information

| Year | Tax Owing | Pen/Int Owing | Total Owing |
|---|---|---|---|
| 2021 | 2,125.07 | | 2,125.07 |
| 2020 | | | |
| 2019 | | | |
| 2018 & Prior | | | |
| Sub Total | 2,125.07 | | 2,125.07 |
| Tax Loans | | | |
| Total | 2,125.07 | | 2,125.07 |

## * Future Instalments

| | |
|---|---|
| December 1, 2021 | 1,063.07 |
| January 4, 2022 | 1,062.00 |

* Included in total owing

## Collection Activity

Note: **IMPORTANT NOTICE: ADVISE YOUR CLIENT(S) OF FUTURE INSTALMENTS AND NOTIFY OUR OFFICE IN WRITING OF ANY OWNERSHIP CHANGE(S) AFTER CLOSING TO OWNERCHANGE@RICHMONDHILL.CA

CERTIFICATE IS SUBJECT TO CLEARANCE OF TAX PAYMENTS THROUGH THE BANK. Penalty/Interest is calculated to date of this Certificate. This Certificate shows all arrears of taxes against the lands described hereon including additions to the roll and proceedings have not been commenced under the Municipal Act, unless otherwise indicated. Subsequent additional levies for the current year or prior years under the provisions of the Assessment Act and the Municipal Act, or other statutes, including those resulting from assessment reconsiderations, appeals, and/or land severances/consolidations, which may be billed in future years, are not included. There are no pending or existing local improvement charges unless indicated under additional information.

For Treasurer:

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | KAZMI 21-513 SALE DOCS |
| **FILE NAME** | Complete TBE File.pdf |
| **DOCUMENT ID** | 68204beda61368bcb789c6d312a63336da8a4f19 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT**
**11 / 14 / 2021**
21:37:06 UTC

Sent for signature to MUHAMMAD MURTAZA KAZMI (murtuza@live.ca), NARJIZ FATIMA KAZMI (narjis02@hotmail.com), RIZWAN KAZMI (rizwankazmi@hotmail.com) and WASEEM KALA (waseem@wkalalaw.ca) from waseem@wkalalaw.ca
IP: 70.51.132.204

**VIEWED**
**11 / 14 / 2021**
21:42:57 UTC

Viewed by RIZWAN KAZMI (rizwankazmi@hotmail.com)
IP: 98.221.165.44

**SIGNED**
**11 / 14 / 2021**
21:52:25 UTC

Signed by RIZWAN KAZMI (rizwankazmi@hotmail.com)
IP: 98.221.165.44

**VIEWED**
**11 / 15 / 2021**
15:02:50 UTC

Viewed by MUHAMMAD MURTAZA KAZMI (murtuza@live.ca)
IP: 192.40.232.130

**SIGNED**
**11 / 15 / 2021**
15:03:28 UTC

Signed by MUHAMMAD MURTAZA KAZMI (murtuza@live.ca)
IP: 192.40.232.130

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | KAZMI 21-513 SALE DOCS |
| **FILE NAME** | Complete TBE File.pdf |
| **DOCUMENT ID** | 68204beda61368bcb789c6d312a63336da8a4f19 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**VIEWED**
**11 / 15 / 2021**
18:57:40 UTC
Viewed by NARJIZ FATIMA KAZMI (narjis02@hotmail.com)
IP: 24.114.51.62

**SIGNED**
**11 / 15 / 2021**
18:58:52 UTC
Signed by NARJIZ FATIMA KAZMI (narjis02@hotmail.com)
IP: 24.114.51.62

**VIEWED**
**11 / 15 / 2021**
18:59:18 UTC
Viewed by WASEEM KALA (waseem@wkalalaw.ca)
IP: 72.143.194.78

**SIGNED**
**11 / 15 / 2021**
18:59:26 UTC
Signed by WASEEM KALA (waseem@wkalalaw.ca)
IP: 72.143.194.78

**COMPLETED**
**11 / 15 / 2021**
18:59:26 UTC
The document has been completed.