# Exhibit 6

**Your branch address:**

100 KING ST. W - MAIN FLOOR
TORONTO, ON M5X1A3



**Business Banking**

TRADERS GLOBAL GROUP INCORPORATED
9131 KEELE ST UNIT A4
VAUGHAN ON    L4K 2N1

**Your Branch**
FST CDN PLACE TORONTO ONT
Transit number: 0002

**For questions about your statement call**
(416) 867-5050

**Direct Banking**
1-877-262-5907
www.bmo.com

**Your Plan**
Business Builder 3 Plan New Business Offer

# Business Banking statement

For the period ending March 31, 2023

March is Fraud Prevention Month. Are you up to date on the latest scams? Check out our Security Alerts page for a listing of the latest scams and ways to stay protected.
bmo.com/security

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Mar 31, 2023 |
|---|---|---|---|---|
| Business Account # | 72,537.42 | 31,618,212.34 | 31,671,600.00 | 125,925.08 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|



**Business Account #**

Business name:
TRADERS GLOBAL GROUP INCORPORATED

| Date | Description | Amounts debited | Amounts credited | Balance |
|---|---|---|---|---|
| Mar 01 | Opening balance | | | 72,537.42 |
| Mar 01 | Pre-Authorized Payment, DEFT SETTLEMENT FLE 0013 | 3,500.00 | | 69,037.42 |
| Mar 02 | US $ Transfer, USD TFR 4523-921, AT1.35858 HC $0.00, 20000000.00 | | 27,171,600.00 | 27,240,637.42 |
| Mar 03 | US $ Transfer, USD TFR 4526-188, AT1.3614 HC $0.00, 3305420.89 | | 4,500,000.00 | 31,740,637.42 |
| Mar 06 | Pre-Authorized Payment No Fee, TXINS 3031010 BUS/ENT | 4,500,000.00 | | 27,240,637.42 |
| Mar 06 | Pre-Authorized Payment No Fee, TXBAL 3028610 BUS/ENT | 27,000,000.00 | | 240,637.42 |
| Mar 10 | INTERAC e-Transfer Sent | 750.00 | | 239,887.42 |
| Mar 14 | Pre-Authorized Payment No Fee, CASH MGMT FEE BOM/B/M | 547.10 | | 239,340.32 |

continued

Page 1 of 3



A member of BMO Financial Group

15130E (09/02)

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
|  | **Business Account #** |  |  | (continued) |
| Mar | Outgoing Wire Payment, OUTGOING WIRE PAYMENT, CA, RM CLASSIC CARS INC, WW 3 3   8 33 | ,4 4. 4 |  | 3 ,   .38 |
| Mar | Pre Authorized Payment, DEFT SETTLEMENT FLE 4 | 3,  . |  | 3 ,4  .38 |
| Mar | INTERAC e Transfer Sent, MAR   TO MAR | ,  . |  | 34,   .38 |
| Mar | Pre Authorized Payment, DEFT SETTLEMENT FLE | 3,  . |  | 3 ,   .38 |
| Mar | Pre Authorized Payment, DEFT SETTLEMENT FLE | , 3 .3 |  | ,4  . 8 |
| Mar 3 | Pre Authorized Payment, DEFT SETTLEMENT FLE | 3,  . |  | ,   . 8 |
| **Mar 31** | **Closing totals** | **31,618,212.34** | **31,671,600.00** |  |
|  | Number of items processed ................................................................................ 11 ........................................ 2 |  |  |  |

**Business Banking statement**

TRADERS GLOBAL GROUP INCORPORATED
For the period ending March 31, 2023

# Business Banking



**2023 Trustee Notification and Collection of Beneficiary Information by April 30, 2023**

Bank of Montreal, Bank of Montreal Mortgage Corporation, and BMO Trust Company (collectively "BMO") are proud members of Canada Deposit Insurance Corporation (CDIC) and as such are required to annually remind trustee depositors to provide us with updated beneficiary information ensuring strong CDIC deposit insurance protection. For more information, please see
https://www.cdic.ca/financial-community/for-trustees/for-professional-trustees/timeline/

**If you are a Trustee** who holds deposits for others, you have certain obligations you must meet to help ensure that those deposits continue to be protected by CDIC for up to $100,000 per beneficiary.

You must:

- Confirm that the deposit is held in trust;
- Provide the full name of each trustee of the deposit, and the address of at least one trustee;
- Provide the full name and address of each beneficiary of the deposit account that you hold in trust for them; and
- If there is more than one beneficiary to the deposit account, provide the interest of each beneficiary in the funds held in the trust account, as a percentage of the trust

**The required information as above, must be provided to us by April 30, 2023.**

**You may do so by visiting the closest BMO branch location or calling your branch or Relationship Manager.**

If you do not provide us with the required information and keep it up-to-date, the deposits that you hold in trust for others may not receive CDIC deposit insurance protection up to $100,000 per beneficiary. CDIC relies on the latest information on our records to protect your deposits.

For more information on the responsibilities of trustee depositors, please visit:
https://www.cdic.ca/financial-community/for-trustees/

Please note that certain Trustees who hold or place deposits in their professional capacity may qualify as a Professional Trustee for the purposes of CDIC's deposit insurance protection.

For more information on how to determine if you are a Professional Trustee, and if the Professional Trustee framework is right for you, please visit:

https://www.cdic.ca/financial-community/for-trustees/for-professional-trustees

**If you already have one or more trust accounts designated as Professional Trustee (PTA) with BMO,** to ensure your PTAs retain their designation, you are required to provide us with an annual attestation which indicates that you continue to qualify as a Professional Trustee and includes any updates to your contact information by **April 30, 2023.**

**To assist you, we provide the CDIC Professional Trustee Account Attestation
on** https://www.bmo.com/pdfs/template-professional-trustee-account-attestation_en.pdf

Additional information can also be found on bmo.com/cdic

**Please complete and return to your branch or Relationship Manager by April 30, 2023.**

Please note that if you do not provide us with a completed attestation by April 30, 2023, your PTAs will lose their designation. For trust accounts not designated PTAs you will need to provide to BMO, on an ongoing basis, up-to-date trustee and beneficiary information related to each of your accounts. CDIC will rely on the latest information on our records to determine deposit insurance protection.

To advise us whether your status as a Professional Trustee has changed, or if you have questions about how your deposits are held and the required form, please contact your branch or Relationship Manager.



15130E (09/02)

**BMO Financial Group**

▸ Murtuza Kazmi     Return

ⓘ Please note payments must be entered by midnight the day BEFORE due date

## Traders Global Group INCORPORATED (12353469)     PFS ID: 12353470

| Registered payments and accounts | Multiple bill payments | View/cancel future transactions | **Transaction history** |

| Transaction approvals |

### Search transaction history (Please select a date range)     Calendar keyboard control

**Payment dates from** *
2023 Jan 04

**to** *
2023 ep 26

[Search]
[Reset]

Advanced search

To view the details of a payment, click on the corresponding row

| Transactions | T BAL |
| Payment date | 2023 Mar 06 |
|  | Amount $27,000,000 00 |
| Confirmation number | 5i92T 3028610 |
| Account number | ▇▇▇▇▇▇ TGG Canada 2022 |
| Status | Completed |
| Transactions | TXINS |
| Payment date | 2023 Mar 06 |
|  | Amount $4,500,000.00 |
| Confirmation number | 5i96L-3031010 |
| Account number | ▇▇▇▇▇▇ - TGG Canada 2023 |
| Status | Completed |
| Transactions | T INS |
| Payment date | 2023 Jul 13 |
|  | Amount $5,477,000 00 |
| Confirmation number | 63qKA 2741380 |
| Account number | ▇▇▇▇▇▇ TGG Canada 2023 |
| Status | Completed |

1 - 3 of 3   |◂ ◂ **1** ▸ ▸|   25 ▾ rows per page

This service is hosted by assurepay.com on behalf of Bank of Montreal



▸ Murtuza Kazmi    Return

Traders Global Group INCORPORATED (12353469) PFS ID: 12353470

🏠 ▸ Transaction history ▸ Payment details

## Payment details



### Federal - Corporation Tax Payments -- TXINS

#### Payment summary

| | |
|---|---|
| Status: | Completed |
| Payment date: | 2023 Mar 06 |
| Confirmation number: | 5i96L-3031010 |
| Payment amount: | $4,500,000.00 |
| Creation date & time: | 2023 Mar 03 10:43:28 |
| Pay from: | ▇▇▇▇▇▇ - TRADERS GL |
| Created by: | Murtuza Kazmi (12353470) |

#### Transaction details

| | |
|---|---|
| Tax account to pay: | ▇▇▇▇▇▇-TGG Canada 2023 |
| Period ending: | 2023 Dec 31 |
| Amount owing: | $0.00 |
| Interim: | $4,500,000.00 |
| Payment on filing: | $0.00 |
| Total payment: | $4,500,000.00 |

This service is hosted by assurepay.com on behalf of Bank of Montreal



> Murtuza Kazmi       Return

**Traders Global Group INCORPORATED (12353469)**   PFS ID:   12353470

🏠 ▸ Transaction history ▸ Payment details

## Payment details



### Federal - Corporation Income Tax Balance Due -- TXBAL

#### Payment summary

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Payment date:** | 2023 Mar 06 |
| **Confirmation number:** | 5i92T-3028610 | **Payment amount:** | $27,000,000.00 |
| **Creation date & time:** | 2023 Mar 03 10:39:00 | **Pay from:** | ███████ - TRADERS GL |
| **Created by:** | Murtuza Kazmi (12353470) | | |

#### Transaction details

| | |
|---|---|
| **Tax account to pay:** | ███████-TGG Canada 2022 |
| **Period ending:** | 2022 Dec 31 |
| **Payment amount:** | $27,000,000.00 |

This service is hosted by assurepay.com on behalf of Bank of Montreal