**MS&B** McMANIMON • SCOTLAND • BAUMANN

75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

Sari B. Placona
Direct Dial: (973) 721-5030
splacona@msbnj.com
15292-001

September 27, 2023

<u>Via ECF</u>
Honorable Zahid N. Quraishi
United States District Court Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4W
Trenton, NJ 08608

Re: Commodity Futures Trading Commission v. Traders Global Group, Inc., et al.
Civil Action No. 3:23-cv-11808

Dear Judge Quraishi:

This firm is counsel to Anthony Sodono, III, the Temporary Receiver appointed in the above-captioned matter.

I write in connection with the Preliminary Injunction hearing (the "PI Hearing") scheduled for October 11, 2023. As previously mentioned, Mr. Sodono and I are scheduled to be at the National Conference of Bankruptcy Judges (NCBJ) from October 10th-13th in Austin, Texas.[1] I asked plaintiff's and defendants' counsel if they would be amenable to move the PI Hearing to the Court's next available date on either November 13th or 14th. Counsel for the defendants stated that "if the Court does not have any other dates available before November 13, let's keep the PI hearing scheduled for October 11." There are motions scheduled for October 16, 2023, however we have been informed by Your Honor's chambers that those motions will be decided on the pleadings.

Counsel for the Temporary Receiver is available at the Court's request.

Thank you for the Court's courtesies.

Respectfully submitted,

/s/ Sari B. Placona

Sari B. Placona

SBP/sll

---

[1] If the Court is not inclined to move the date of the PI Hearing, Mr. Sodono will attend the PI Hearing.