# Exhibit 3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, ) ) | |
| Plaintiff, ) ) | Notice of Deposition |
| ) | Civil Action No. 3:23-cv-11808 |
| v. ) ) | |
| Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, ) ) ) ) ) ) | |
| Defendants. ) ) | |

Pursuant to Federal Rule of Civil Procedure 30, and pursuant to the court's order on expedited discovery in the above-captioned action, the deposition of Defendant Murtuza Kazmi shall occur on October 2, 2023, starting at 9:00 a.m. Central Time. The deposition will be taken by remote means, i.e., via WebEx, Teams, Zoom, or some other similar application as determined by Plaintiff Commodity Futures Trading Commission. The deposition will be recorded by audio, audiovisual, and stenographic means. The deposition may continue from day to day until completed.

September 26, 2023

s/ Ashley J. Burden
Senior Trial Attorney
Division of Enforcement
Commodity Futures Trading Commission
77 West Jackson Blvd.
Suite 800
Chicago, IL 60604
Office: (312) 596-0693
Cell: (312) 995-0779
aburden@cftc.gov