# Exhibit 4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | ) ) ) | Notice of Deposition |
| Plaintiff, | ) ) | Civil Action No. 3:23-cv-11808 |
| v. | ) ) | |
| Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 30(b)(6), and pursuant to the court's order on expedited discovery in the above-captioned action, the deposition of Defendant Traders Group Global Inc., a Canadian business organization, ("TGG") shall occur on October 4, 2023, starting at 9:00 a.m. Central Time.  The deposition will be taken by remote means, i.e., via WebEx, Teams, Zoom, or some other similar application as determined by Plaintiff Commodity Futures Trading Commission ("CFTC").  The deposition will be recorded by audio, audiovisual, and stenographic means.  The deposition may continue from day to day until completed.

The CFTC will examine TGG's designated corporate representatives on the following topics:

1. TGG's solicitations, advertising, marketing, promotional materials, and public communications, including the substance or basis for representations made therein, and whom is responsible for them.

2. TGG's customers, including the numbers, identities, locations, and information about TGG's customers.

3. ESI utilized by TGG in the course of its business, including the location and login credentials for such ESI, as well as the uses or purposes of such ESI and well as who has access to it.

4. TGG's financial accounts and records, including records and accounts relating to trading in commodity interests.

5. The names and locations of all shareholders, directors, officers, employees, or contractors of TGG, as well as the roles of such persons and how much they received in compensation.

6. Trading by customers of TGG, including the records of such trading, counterparties to such trading, and results, i.e., P&L from such trading.

7. TGG's use of, and communications with, iS Risk Analytics, Inc.

8. TGG's use of MetaTrader4 and 5.

9. TGG's use and application of a drawdown limit on customer trading.

10. TGG's assessment of commissions against customer trades.

11. TGG's application of delay and slippage to customer orders.

12. TGG's "STP'ing" of customer traders and orders.

13. TGG's revenues, including the sources and amounts of such revenue.

14. Fees paid to TGG by customers, including the amounts of the fees, the basis for charging such fees, how such fees are transferred, e.g., via credit card or cryptocurrency, where such fees held, and the uses of such fees.

15. TGG's expenses, including the purpose of funds expended and to whom they are paid.

16. "Profit sharing" or other distributions to customers of TGG, including the amount and sources of funds used for such distributions.

September 26, 2023

s/ Ashley J. Burden
Senior Trial Attorney
Division of Enforcement
Commodity Futures Trading Commission
77 West Jackson Blvd.
Suite 800
Chicago, IL 60604
Office:  (312) 596-0693
Cell:    (312) 995-0779
aburden@cftc.gov