# Exhibit 7

**From:** oghaffar@cftc.gov <oghaffar@cftc.gov>
**Sent:** Monday, September 25, 2023 8:41 AM
**To:** Dakota Speas <dakotaspeas@quinnemanuel.com>
**Subject:** CFTC PROD 09-25-2023 Kazmi, Murtuza

**[EXTERNAL EMAIL from oghaffar@cftc.gov]**

---

To: michaelshaheen@quinnemanuel.com, robertzink@quinnemanuel.com, anthonystaltari@quinnemanuel.com, dakotaspeas@quinnemanuel.com
CC: ABurden@CFTC.gov
One or more files have been sent to you.
Visit the Workspace to retrieve files.
You may be prompted to register an account if authentication is required.
This link will expire on 10/25/2023 2:17:22 PM


Re: CFTC PROD Kazmi, Murtuza VOL001

Counsel,

Please see the attached zip file containing production VOL001 in the above referenced matter, Kazmi, Murtuza. The attached zip contains 128,499 load ready records, with Data, Native, Image, and Text folders in addition to a folder containing Matthew Chichester deposition and exhibits. The zip is 13.59 GB as attached, and password for the zip is ███████████████████.

For any questions concerning the production contents please contact attorney Ashley Burden at ABurden@CFTC.gov. Should you have any issues accessing the production itself please contact the undersigned at the email below. To download the FTP file, please follow the link above for account creation (password and username) or alternatively please log in should you have an existing account.

Thank You,

Omar

Omar Ghaffar - Contractor
eLaw Litigation Support Specialist
Supporting the Division of Administration
Commodity Futures Trading Commission
(312)-596-0641
oghaffar@cftc.gov