# Exhibit 8

**From:** Burden, Ashley <ABurden@CFTC.gov>
**Sent:** Wednesday, September 27, 2023 3:01 PM
**To:** Dakota Speas <dakotaspeas@quinnemanuel.com>; Michele M. Dudas <MDudas@MSBNJ.COM>; Robert Zink <robertzink@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Anthony Sodono <ASodono@MSBNJ.COM>; Sari B. Placona <SPlacona@MSBNJ.COM>; Paulson, Katherine <KPaulson@CFTC.gov>
**Subject:** CFTC v. Traders Global; production cover letter

**[EXTERNAL EMAIL from aburden@cftc.gov]**

Counsel:

Please find attached a cover letter for today's production from the CFTC.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C:  (312) 995-0779
aburden@cftc.gov

