# Exhibit 9

**COMMODITY FUTURES TRADING COMMISSION**
77 West Jackson Blvd, Suite 800
Chicago, IL 60604
Telephone: (312) 596-0700
Facsimile: (312) 596-0714



Division of
Enforcement

September 25, 2023

<u>**Via Email**</u>
Anthony J. Staltari
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
anthonystaltari@quinnemanuel.com

Robert Zink
Michael Shaheen
Dakota Speas
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I St. NW, Suite 900
Washington, D.C. 20005
robertzink@quinnemanuel.com
michaelshaheen@quinnemanuel.com
dakotaspeas@quinnemanuel.com

      Re:    *CFTC v. Traders Global Group Inc., et al.*, **Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)**

Counsel:

The CFTC produced to you today via FTP all documents produced by third parties through September 20, 2023, in response to subpoenas issued by the CFTC, except for a hard drive of data from iS Risk Analytics, Inc. ("iS Risk"). That hard drive will follow under separate cover.

Today's production also includes a transcript of investigative testimony from Michael Chichester of iS Risk, along with all exhibits thereto. This is the only transcript in the file for the CFTC's investigation into Defendants.

The documents in today's production are responsive to requests 1 through 3, 6, and 8 through 10 from Defendants' first set of requests for production. The CFTC makes this production subject to the general and specific objections set forth in the CFTC's written responses thereto.

Here is an index of the documents in today's production:

*CFTC v. Traders Global Group Inc., et al.*,
Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

| PRODUCING PARTY | BATES BEGIN | BATES END |
|---|---|---|
| Deel, Inc | 9.8.2023_Deel_00000001 | 9.8.2023_Deel_00000001 |
| Automattic | Automattic-0000000001 | AUTOMATTIC0014328 |
| Bank of America | Bank of America-0000000001 | Bank of America-0000000005 |
| Binance | Binance-0000000001 | Binance-0000000006 |
| BMO Harris Bank | BMO Harris Bank-0000000001 | BMO Harris Bank-0000000003_LTR.002 |
| BNY Mellon | BNY Mellon-0000000001 | BNY Mellon-0000000002 |
| Coinbase | CB_C0526_00000001 | CB_C0526_00000012 |
| Deel, Inc | Deel_CFTC_00000001 | Deel-0000000003_LTR.001 |
| Gemini Trust Company | Gemini Trust Company-0000000001 | Gemini Trust Company-0000000009 |
| IS Risk Analytics | GEWIRTZ0000001 | GEWIRTZ0000002 |
| IS Risk Analytics | IS Risk Analytics-0000000001 | IS Risk Analytics-0000008758_LTR.002 |
| iSAM Securities | iSAM Securities-0000000001_LTR.001 | iSAM_0009721 |
| IS Risk Analytics | ISRA0000001 | ISRA0004955 |
| Millstein Properties | Millstein Properties-0000000001 | Millstein Properties-0000000001 |
| NFA | NFA-0000000001 | NFA-000000006 |
| Automattic | PCHS-AUTO0000000470 | PCHS-AUTO0000004099.0001 |
| Signature Bank | Signature Bank-0000000001 | Signature Bank-0000000006 |
| Stripe | Stripe-0000000001 | Stripe-0000000001_LTR.001 |
| TD Bank | TDBank-0000000001 | TDBank-0000000104 |
| Wilkins | WILKINS0000001 | WILKINS0000008 |

Please don't hesitate to write or call with any questions. Also, I remind you that Defendants have yet to provide any of the books or records required under the statutory restraining order in the above-captioned action. If Defendants provide those books and records, the CFTC will of course withdraw that part of its pending motion for order to show cause.

Sincerely,

/s/ Ashley J. Burden
Senior Trial Attorney
Division of Enforcement
Commodity Futures Trading Commission
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov

Cc: Elizabeth M. Streit, Chief Trial Attorney, CFTC; Katherine S. Paulson, Trial Attorney, CFTC; Anthony Sodono, III, Temporary Receiver; Sari B. Placona, Counsel to Mr. Sodono