# Exhibit 11

**COMMODITY FUTURES TRADING COMMISSION**
77 West Jackson Blvd, Suite 800
Chicago, IL 60604
Telephone: (312) 596-0700
Facsimile: (312) 596-0714



Division of
Enforcement

September 27, 2023

<u>Via Email</u>
Anthony J. Staltari
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
anthonystaltari@quinnemanuel.com

Robert Zink
Michael Shaheen
Dakota Speas
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I St. NW, Suite 900
Washington, D.C. 20005
robertzink@quinnemanuel.com
michaelshaheen@quinnemanuel.com
dakotaspeas@quinnemanuel.com

  Re: *CFTC v. Traders Global Group Inc., et al.*, Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

Counsel:

The CFTC produced to you today via FTP documents provided to the CFTC by the Ontario Securities Commission ("OSC") in connection with the CFTC's investigation of Defendants in the above-captioned action. The documents were provided by the OSC pursuant to the 2016 IOSCO Enhanced Multilateral Memorandum of Understanding to which the CFTC and OSC are signatories. The bates range for the OSC-provided documents is OSC-0000000001 through OSC-0000000825.

The CFTC also produced to you today, via FedEx, a hard drive containing data provided to the CFTC by iS Risk Analytics, Inc. ("iS Risk") pursuant to an administrative subpoena. Per your request, we sent the hard drive to the following address:

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Cal Austin / # 12380-00001
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

*CFTC v. Traders Global Group Inc., et al.*,
Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

The FedEx tracking number for the hard drive is 773553463626.  The password to access the hard drive is: ███████████

The documents in today's production are responsive to requests 1 through 3, 6, and 8 through 10 from Defendants' first set of requests for production.  The CFTC makes this production subject to the general and specific objections set forth in the CFTC's written responses thereto.

Please don't hesitate to write or call with any questions.  Also, I remind you that Defendants have yet to provide the overwhelming majority of the books or records required under the statutory restraining order in the above-captioned action.  (The CFTC acknowledges that Defendants have disclosed at least some financial accounts, along with login credentials that may or may not work, due in part to two-factor identification requirements.)  If Defendants provide the required books and records, the CFTC will of course withdraw that part of its pending motion for order to show cause.

Sincerely,

/s/ Ashley J. Burden
Senior Trial Attorney
Division of Enforcement
Commodity Futures Trading Commission
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov

Cc: Elizabeth M. Streit, Chief Trial Attorney, CFTC; Katherine S. Paulson, Trial Attorney, CFTC; Anthony Sodono, III, Temporary Receiver; Sari B. Placona, Counsel to Mr. Sodono