Anthony J. Staltari (Attorney ID. No. 233022017)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (415) 875-6600
anthonystaltari@quinnemanuel.com

Michael Shaheen, III (*pro hac vice*)
Robert A. Zink (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
michaelshaheen@quinnemanuel.com
robertzink@quinnemanuel.com

Dakota Speas (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Commodity Futures Trading Commission,

*Plaintiff*,

v.

Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,

*Defendants*.

Case No.: 3:23-cv-11808

**NOTICE OF MOTION FOR APPROVAL OF JOINT STIPULATION AND CONSENT ORDER RESPECTING ACCESS OF ACCOUNT(S) TO ADDRESS CHARGEBACK ISSUES AND GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that pursuant to the Court's Amended Text Order, dated September 21, 2023 (Dkt. No. 58) Defendants Traders Global Group Inc., a New Jersey

corporation, d/b/a “My Forex Funds”; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi (“Defendants”) hereby moves for the Court’s approval of the **JOINT STIPULATION AND CONSENT ORDER RESPECTING ACCESS OF ACCOUNT(S) TO ADDRESS CHARGEBACK ISSUES AND GRANTING RELATED RELIEF**, filed on September 28, 2023 (Dkt. No. 75).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7.1(d)(4), no brief is necessary as this is a request for entry of Joint Stipulation and Order, submitted upon consent of all the parties.

Dated: New York, New York
September 29, 2023

By */s/ Anthony J. Staltari*

Anthony J. Staltari (Attorney ID. No. 233022017)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (415) 875-6600
anthonystaltari@quinnemanuel.com

Michael Shaheen, III (*pro hac vice*)
Robert A. Zink (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
michaelshaheen@quinnemanuel.com
robertzink@quinnemanuel.com

Dakota Speas (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

ANTHONY J. STALTARI, hereby certifies pursuant to 28 U.S.C. 1746 that on this date, I filed the aforementioned document with the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on this 29th day of September.

*/s/ Anthony J. Staltari*
Anthony J. Staltari