UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:23-cv-11808 |
| ) | |
| v. ) | |
| ) | Judge Zahid N. Quraishi |
| Traders Global Group Inc., a New Jersey ) | |
| corporation d/b/a "My Forex Funds"; Traders ) | |
| Global Group Inc., a Canadian business ) | |
| organization; and Murtuza Kazmi, ) | |
| ) | |
| Defendants. ) | |

**[Proposed] Order Supplementing Statutory Restraining
Order Concerning Temporary Receiver's Financial Accounts**

In furtherance of the Statutory Restraining Order ("SRO") entered by this Court on August 29, 2023, this Court **GRANTS** the following relief:

1. Having considered the matter, **THE COURT FINDS** that there is good cause to supplement the SRO.

2. In accordance with L. Civ. R. 66.1 of the Local Civil Rules of the United States District Court for the District of New Jersey, the Temporary Receiver is hereby authorized to designate one or more banking institutions as depositories. The Temporary Receiver is authorized to deposit funds into ConnectOne Bank[1] for any amount over $250,000 in order to protect the funds beyond the standard FDIC insured coverage. The Temporary Receiver is authorized to deposit funds into Ascendia Bank for any amount up to $250,000.

---

[1] ConnectOne Bank offers deposit solutions beyond FDIC limits at IntraFi network banks beyond the standard $250,000 coverage through ICS and CDARS.

**IT IS SO ORDERED.**

Dated: October ____, 2023

                                                                                 **Zahid N. Quraishi**
                                                                                 **United States District Judge**