Anthony J. Staltari (Attorney ID. No. 233022017)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (415) 875-6600
anthonystaltari@quinnemanuel.com

Michael Shaheen, III (*pro hac vice*)
Robert A. Zink (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
michaelshaheen@quinnemanuel.com
robertzink@quinnemanuel.com

Dakota Speas (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>*Defendants*. | Case No.: 3:23-cv-11808<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC <u>NOTIFICATION</u>** |

To the Clerk of the Court:

Request is hereby made by local counsel that Dakota Speas, admitted *pro hac vice* in this action, receive electronic notification in the above-captioned matter. The Court's order granting Defendants' motion for Mr. Speas to appear *pro hac vice* was entered on September 19, 2023 (ECF No. 39).

*Pro Hac Vice* **Information:**   Dakota Speas
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

I certify under the penalty of perjury that: (1) the $150.00 *pro hac vice* fee is being paid simultaneously herewith; and (2) Mr. Speas' 2023 assessment of $239.00 was submitted via U.S. Mail to the *NJ Lawyers' Fund for Client Protection* on this date.

Dated: October 3, 2023                              QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/   *Anthony J. Staltari*
Anthony J. Staltari  (Attorney ID No. 233022017)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000
Email: anthonystaltari@quinnemanuel.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, ANTHONY J. STALTARI, hereby certify pursuant to 28 U.S.C. 1746 that:

1. I am an attorney employed by the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendants in the above-referenced matter.

2. I am a member in good standing of the Bar of this Court.

3. On this date, the foregoing **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** was filed with the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on October 3, 2023.

                 /s/   *Anthony J. Staltari*
                   Anthony J. Staltari