

75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

**Anthony Sodono, III**
**Direct Dial: (973) 721-5038**
**Direct Fax: (973) 712-1463**
asodono@msbnj.com

October 5, 2023

Via ECF

Honorable Zahid N. Quraishi
United States District Court Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4W
Trenton, NJ 08608

> Re: **Commodity Futures Trading Commission vs. Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business; and Murtuza Kazmi**
> **Civ. Action No. 3:23-cv-11808-ZNQ-TJB**

Dear Judge Quraishi:

As the Court is aware, I am the Temporary Receiver in the captioned matter.

Kindly accept this letter in response to the Court's Text Order in connection with the Temporary Receiver's proposed order regarding financial accounts (the "Proposed Order") (Doc. No. 81).

Civ. Rule 66.1(c) Receiverships provides, in part, as follows:

> Upon appointment of a custodial or statutory receiver or similar officer, the Court shall designate one or more banking institutions as depositories in which shall be deposited, until the further order of the Court, all funds obtained by the receiver. A certified copy of the order shall be filed with each depository. . . .

Thus, the Proposed Order was submitted to comply with Civ. R. 66.1(c). The Proposed Order designates ConnectOne and Ascendia as depository institutions.

Ascendia is a local bank in West Orange, New Jersey. For convenience, I often use Ascendia for my other fiduciary accounts. I will never allow more than the $250,000 FDIC insured limit to be deposited into Ascendia. ConnectOne utilities "ICS"—Intrafi Cash Service—which provides for protection of amounts over $250,000 through affiliations with other depositories.

Honorable Zahid N. Quraishi
October 5, 2023
Page 2

      Please advise if the Court requires additional information. As always, the Court's courtesy is much appreciated.

                                  Respectfully submitted,

                                  */s/ Anthony Sodono, III*

                                  Anthony Sodono, III

AS:dp