**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7221

WRITER'S EMAIL ADDRESS
anthonystaltari@quinnemanuel.com

October 5, 2023

Hon. Zahid N. Quraishi
United States District Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4W
Trenton, NJ 08608

Re:   *CFTC v. Traders Global Group Inc., et al.,* 3:23-cv-11808-ZNQ-TJB

Dear Judge Quraishi:

    I write on behalf of all counsel in the above-referenced action. Attached, please find a joint proposed Order and Stipulation adjourning the Preliminary Injunction hearing, setting out the briefing schedule regarding the plaintiff's request for a preliminary injunction, and continuing the Statutory Restraining Order.

    I respectfully ask that you enter the proposed Order, should you find it acceptable.

Respectfully submitted,

*/s/ Anthony J. Staltari*

Anthony J. Staltari

cc: All counsel of record via CM/ECF