UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>*Defendants*. | Case No.: 3:23-cv-11808 |

**Order Extending the Statutory Restraining Order and
Continuing Preliminary Injunction Hearing**

Before the Court is Plaintiff's and Defendants' Stipulation and Joint Motion to Extend Further the Statutory Restraining Order and Continue Preliminary Injunction Hearing.

Having considered the matter, **THE COURT FINDS** that there is good cause to extend the expiration of the Statutory Restraining Order through and including **November 8, 2023** and to continue the preliminary injunction hearing. The parties jointly agree and request the extension, and such an extension will allow counsel for the parties to continue discussions to determine whether they can reach an agreement on the CFTC's request for a preliminary injunction [ECF 14] without the need for a preliminary injunction hearing. Further, in the event there is a need for a preliminary injunction hearing, the extension will also give the parties time to prepare, and give the Court time to review any additional pleadings or evidence the parties may file related to that hearing. Therefore, the Court **GRANTS** the parties' joint request.

The Statutory Restraining Order [ECF 13] is hereby extended and shall remain in full force and effect through and including **November 8, 2023**.

The hearing on Plaintiff's Motion for a Preliminary Injunction is also continued until the **6th day of November, 2023 at 11:00 a.m. Eastern**, in Courtroom 4W at the Clarkson S. Fisher Building & United States Courthouse at 402 East State Street, Trenton, New Jersey.

Further, Defendants' briefing on the Motion for Preliminary Injunction shall be filed by no later than **October 31, 2023**, and Plaintiff's briefing on the Motion for Preliminary Injunction shall be filed by no later than **November 3, 2023 at noon Eastern**.

IT IS HEREBY SO ORDERED.

DATED: 10/6/2023

Hon. Zahid N. Quraishi, U.S.D.J.