**MS&B** McMANIMON • SCOTLAND • BAUMANN

75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

**Sari B. Placona**
**Direct Dial: (973) 721-5030**
splacona@msbnj.com
15292-001

October 9, 2023

<u>Via ECF</u>
Honorable Zahid N. Quraishi
United States District Court Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4W
Trenton, NJ 08608

  Re: Commodity Futures Trading Commission v. Traders Global Group, Inc., *et al.*
     Civil Action No. 3:23-cv-11808

Dear Judge Quraishi:

  This firm is counsel to Anthony Sodono, III, the Temporary Receiver appointed in the above-captioned matter.

  I write in connection with the Defendants' Emergency Motion on Shortened Notice, Pursuant to F.R.C.P. 65(b)(4) to Modify the *Ex Parte* Statutory Restraining Order, Appointment of Temporary Receiver, and Other Equitable Relief (the "Motion") (ECF42). The Clerk's Office set a control date for the Motion of October 16, 2023.

  On September 26, 2023, Defendants filed their Reply Brief ("Reply") to the Motion. Pursuant to my call to Your Honor's Chambers on or about September 28, 2023, I requested the opportunity for the Temporary Receiver to file a response to the Reply by October 9, 2023 (the "Response"). Chambers advised that was permissible but to just file a letter with the Response advising the reason for filing it.

  On October 6, 2023, I called Your Honor's chambers to inquire whether or not there would be oral argument on the Motion on October 16th because the Temporary Receiver intended to file his Response. I received an email from chambers advising that if I "want[ed] to respond, . . . file a letter on the docket asking for leave to brief the issue and proposing a deadline for doing so."

  Accordingly, the Temporary Receiver respectfully requests that Your Honor grant him leave of Court to allow the Temporary Receiver to file his Response on or before October 10, 2023. It is critical to respond to the Motion to provide a complete and accurate recitation of the facts and the Temporary Receiver's efforts since he was appointed.

  Thank you for the Court's courtesies.

              Respectfully submitted,

              */s/ Sari B. Placona*

              Sari B. Placona