**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Temporary Receiver*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP INC., a New Jersey corporation, d/b/a "My Forex Funds"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>Defendants. | Civil Action No. 3:23-cv-11808-ZNQ-TJB |

**CERTIFICATION OF ANTHONY SODONO, III, THE TEMPORARY RECEIVER, IN SUPPORT OF LIMITED RESPONSE TO DEFENDANTS' REPLY BRIEF IN SUPPORT OF EMERGENCY MOTION TO MODIFY *EX PARTE* STATUTORY RESTRAINING ORDER, APPOINTMENT OF TEMPORARY RECEIVER, AND FOR RELATED RELIEF**

**ANTHONY SODONO, III**, of full age, hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at law duly admitted to practice before this Court. I am a member with the law firm of McManimon, Scotland & Baumann, LLC, which maintains offices for the practice of law at 75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068.

2. On August 29, 2023, I was appointed Temporary Receiver ("Temporary Receiver") for Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global

Group Inc., a Canadian business organization; and Murtuza Kazmi (the "Receivership Defendants"). ECF 13.

3. This Certification is submitted in support of the response to the Receivership Defendants' Reply Brief in Support of Emergency Motion to Modify *Ex Parte* Statutory Restraining Order, Appointment of Temporary Receiver, and for Related Relief.

4. On September 22, 2023, my counsel re-accessed Mr. Kazmi's bank account with CIBC. Charges from the entry of the SRO until September 22, 2023, are annexed as **Exhibit A.**

5. I repeatedly asked Defendants' counsel the source of payment of Defendants' retainer to Quinn Emanuel. I was advised that a "friend" of Mr. Kazmi has loaned $500,000 for Defendants' retainer. Defendants refused to provide any information as to whether his "friend" ever did business with the Defendants or received any money from the Defendants, family or affiliates. In addition, despite the asking, Mr. Kazmi refuses to disclose the terms of the $500,000 loan – interest rate, security, default terms; instead his friend merely states that "Mr. Kazmi agreed to repay this amount to me when he is able." See Declaration of Rafi Alvi, attached as **Exhibit B**.

I certify under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief.

Dated: October 10, 2023               */s/ Anthony Sodono, III*
                                       Anthony Sodono, III