

Your Private Banking Advisor:
**DESMOND MCHUGH**
416-980-7322

# CREDIT CARD DETAILS

To receive an alert by email, text message or your Message Centre, set up a Minimum Payment Due Alert

Apply for a credit limit increase or transfer your balance

Share your credit card limit and add a cardholder to your account

Protect your credit history and maintain a healthy credit score. Learn more

| CIBC VISA (▮▮▮▮▮▮▮▮ 8827) $26,783.15 | Account Nickname | View eStatements | Manage My Card ▾ |

**TRANSACTIONS** | SPEND REPORT | ALERTS | PERSONAL SPEND MANAGER



CIBC Aeroplan® Visa Infinite Privilege* Card

Learn More About Your Credit Card

Check Status of Disputes

**CREDIT DETAILS**

| | |
|---|---:|
| Current Balance ⓘ | $26,783.15 |
| Credit Available: ⓘ | $71,660.01 |
| Pending: ⓘ | $1,556.84 |
| Credit Limit: | $100,000.00 |

**STATEMENT DETAILS**                                                View eStatements

| | |
|---|---:|
| Statement Date: | Sep 13, 2023 |
| Amount Due: ⓘ | $18,975.21 |
| Minimum Payment: ⓘ | $131.18 |
| Due Date: | Oct 4, 2023 |

Pay Credit Card

**PAYMENT DETAILS**

| | |
|---|---|
| Last Payment Amount: ⓘ | $64,000.00 |
| Last Payment Date: | Aug 28, 2023 |
| Statement Option: | View and Edit |

## PAST TRANSACTIONS (September 22, 2022 to September 27, 2023)

Transaction Glossary

Custom search    View:    Last 4 weeks    Last 3 months    Last 6 months    **Last 12 months**

View:  **All**  | Pending | Posted                                    Questions about your transactions?

| TRANSACTION DATE ▼ | DETAILS | AMOUNT |
|---|---|---|
| Sep 22, 2023 | NIRALA SWEETS AND RESTAUR SCARBOROUGH, ON<br>4500********8827 | −$182.89<br>Pending |
| Sep 22, 2023 | SHELL C22382 RICHMOND HILL, ON<br>4500********8827 | −$116.29<br>Pending |
| Sep 22, 2023 | SHELL C22382 RICHMOND HILL, ON<br>4500********8827 | $150.00<br>Pending |
| Sep 22, 2023 | SHELL C22382 RICHMOND HILL, ON<br>4500********8827 | −$150.00<br>Pending |
| Sep 22, 2023 | 407ETR-PRE AUTH WOODBRIDGE, ON<br>4500********8827 | −$789.10<br>Pending |
| Sep 20, 2023 | WALMART STORE #5831 THORNHILL, ON<br>4500********6405 | −$41.00<br>Pending |
| Sep 20, 2023 | Lenovo Canada 855-2536686, ON<br>4500********8827 | −$51.52<br>Pending |
| Sep 20, 2023 | THEBAY.COM #1963 TORONTO, ON<br>4500********8827 | −$346.50<br>Pending |
| Sep 20, 2023 | Lenovo Canada 855-2536686, ON<br>4500********8827 | −$51.52 |
| Sep 20, 2023 | WINNERSHOMESENSE 20301 VAUGHAN, ON<br>4500********6405 | $45.19 |

| Date | Description | Amount |
|---|---|---|
| Sep 20, 2023 | DOLLARAMA #1399 RICHMOND HILL, ON<br>4500********6405 | −$11.87 |
| Sep 20, 2023 | **ELIGIBLE FOR INSTALLMENTS**<br>WINNERSHOMESENSE 20301 VAUGHAN, ON<br>4500********6405 | −$112.99 |
| Sep 20, 2023 | GRAHAM ALARM MONITORING MISSISSAUGA, ON<br>4500********8827 | −$48.59 |
| Sep 19, 2023 | PIZZA PIZZA LTD TORONTO, ON<br>4500********8827 | −$29.54<br>🕒 Pending |
| Sep 19, 2023 | HUDSON'S BAY #1547 RICHMOND HILL, ON<br>4500********6405 | −$60.97 |
| Sep 19, 2023 | Subway 31945 Richmond Hill, ON<br>4500********8827 | −$9.09 |
| Sep 19, 2023 | DOLLARAMA # 569 THORNHILL, ON<br>4500********6405 | −$19.78 |
| Sep 19, 2023 | **ELIGIBLE FOR INSTALLMENTS**<br>WINNERSHOMESENSE 20301 VAUGHAN, ON<br>4500********6405 | −$103.91 |
| Sep 17, 2023 | MYUS.COM 941-227-4444, FL<br>4500********8827 | −$14.34 |
| Sep 16, 2023 | SHOPPERS DRUG MART #11 VAUGHAN, ON<br>4500********8827 | −$65.52 |
| Sep 16, 2023 | DOLLARAMA #1399 RICHMOND HILL, ON<br>4500********6405 | −$2.54 |
| Sep 15, 2023 | CHUBB INS CO OF CANADA TORONTO, ON<br>4500********8827 | −$4,769.13 |
| Sep 15, 2023 | ESPRESSO 21 UNIONVILLE, ON<br>4500********6405 | −$39.31 |
| Sep 15, 2023 | CHUBB INS CO OF CANADA TORONTO, ON<br>4500********8827 | −$29.10 |
| Sep 15, 2023 | CAFE D PAAN TORONTO, ON<br>4500********8827 | −$93.68 |

| Sep 15, 2023 | CHUBB INS CO OF CANADA TORONTO, ON 4500********8827 | −$180.48 |
|---|---|---|
| Sep 15, 2023 | CHUBB INS CO OF CANADA TORONTO, ON 4500********8827 | −$237.90 |
| Sep 15, 2023 | **ELIGIBLE FOR INSTALLMENTS** EMPOWER HOME COMFORT MARKHAM, ON 4500********8827 | −$252.80 |
| Sep 14, 2023 | **ELIGIBLE FOR INSTALLMENTS** APLUSPHARMA LTD - BURL 905-681-6551, ON 4500********8827 | −$1,574.23 |
| Sep 13, 2023 | PURCHASE INTEREST 4500********8827 | −$121.09 |
| Sep 13, 2023 | **ELIGIBLE FOR INSTALLMENTS** PETRO CANADA65041 THORNHILL, ON 4500********8827 | −$145.84 |
| Sep 13, 2023 | CASH INTEREST 4500********8827 | −$0.09 |
| Sep 12, 2023 | PIZZA PIZZA LTD TORONTO, ON 4500********8827 | −$29.54 |
| Sep 12, 2023 | Amazon.ca*TR73Z3SL2 AMAZON.CA, ON 4500********8827 | −$29.36 |
| Sep 12, 2023 | AMZN Mktp CA*TR3EU96P2 WWW.AMAZON.CA, ON 4500********8827 | −$65.53 |
| Sep 12, 2023 | Amazon.ca*TR2VM73W1 AMAZON.CA, ON 4500********8827 | −$19.90 |
| Sep 12, 2023 | MEDCAN HEALTH MANAGEMENT TORONTO, ON 4500********8827 | −$180.33 |
| Sep 11, 2023 | MEDCAN HEALTH MANAGEMENT TORONTO, ON 4500********8827 | −$211.87 |
| Sep 11, 2023 | OXFORD LEARNING CENTRE TH 905-7071417, ON 4500********6405 | −$525.00 |
| Sep 11, 2023 | Audible CA*TR5OP48H2 Amzn.com/bill, NJ 4500********8827 | −$15.70 |

| Date | Description | Amount |
|---|---|---|
| Sep 9, 2023 | SHOPPERS DRUG MART #11 RICHMOND HILL, ON<br>4500********8827 | −$50.26 |
| Sep 9, 2023 | Hand Stone Thornhill Thornhill, ON<br>4500********6405 | −$101.64 |
| Sep 9, 2023 | Amazon.ca Prime Member amazon.ca/pri, BC<br>4500********8827 | −$11.29 |
| Sep 9, 2023 | CHAIIWALA OF LONDON MISSISSAUGA, ON<br>4500********8827 | −$12.20 |
| Sep 9, 2023 | Subway 45926 Markham, ON<br>4500********8827 | −$17.13 |
| Sep 8, 2023 | ROGERS ******1333 888-764-3771, ON<br>4500********8827 | −$531.19 |
| Sep 8, 2023 | CAFE D PAAN TORONTO, ON<br>4500********8827 | −$115.69 |
| Sep 8, 2023 | COSTCO BY INSTACART HALIFAX MID-H, NS<br>4500********8827 | −$233.45 |
| Sep 7, 2023 | PIZZA PIZZA LTD TORONTO, ON<br>4500********8827 | −$22.51 |
| Sep 5, 2023 | NETFLIX.COM 844-5052993, BC<br>4500********8827 | −$23.72 |
| Sep 4, 2023 | WAL-MART SUPERCENTER#1116 RICHMOND HILL, ON<br>4500********8827 | −$98.87 |
| Sep 4, 2023 | MCDONALD'S #40330 RICHMOND HILL, ON<br>4500********8827 | −$5.07 |
| Sep 4, 2023 | ALLSTATE INSURANCE MARKHAM, ON<br>4500********8827 | −$302.63 |
| Sep 4, 2023 | SHELL C22382 RICHMOND HILL, ON<br>4500********8827 | −$51.67 |
| Sep 3, 2023 | PUBLIC STORAGE CANADA MARKHAM, ON<br>4500********8827 | −$431.75 |

| Date | Merchant | Amount |
|---|---|---|
| Sep 1, 2023 | CHUBB INS CO OF CANADA TORONTO, ON<br>4500********8827 | −$1,718.63 |
| Sep 1, 2023 | PIZZA PIZZA LTD TORONTO, ON<br>4500********8827 | −$24.12 |
| Sep 1, 2023 | THEBAY.COM #1963 TORONTO, ON<br>4500********8827 | −$236.25 |
| Sep 1, 2023 | THEBAY.COM #1963 TORONTO, ON<br>4500********8827 | −$272.51 |
| Aug 31, 2023 | Adobe Inc 800-8336687, CA<br>4500********8827 | −$29.37 |
| Aug 30, 2023 | THEBAY.COM #1963 TORONTO, ON<br>4500********8827 | −$73.50 |
| Aug 30, 2023 | POTTERY BARN KIDSECOMM 662-892-5639, ON<br>4500********8827 | −$422.56 |
| Aug 30, 2023 | DRUXYS 013 MS HOSPITAL MARKHAM, ON<br>4500********6405 | −$14.69 |
| Aug 29, 2023 | *RFBT-NEW YORKDALE MALL NORTH YORK, ON<br>4500********8827 | −$22.67 |
| Aug 29, 2023 | VILLAGE JUICERY TORONTO, ON<br>4500********8827 | −$12.43 |
| Aug 29, 2023 | SQ *GATSBY VALET - YDS Toronto, ON<br>4500********8827 | −$25.00 |
| Aug 28, 2023 | ORONO ESSO ORONO, ON<br>4500********8827 | −$150.00 |
| Aug 28, 2023 | PARKWAY PLACE NORTH YORK, ON<br>4500********8827 | −$2.50 |
| Aug 28, 2023 | BURGERS PARK NORTH YORK, ON<br>4500********8827 | −$44.32 |
| Aug 28, 2023 | APLUSPHARMA LTD - BURL 905-681-6551, ON<br>4500********8827 | −$3,144.07 |