Anthony J. Staltari (Attorney ID. No. 233022017)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (415) 875-6600
anthonystaltari@quinnemanuel.com

Michael Shaheen, III (*pro hac vice*)
Robert A. Zink (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
michaelshaheen@quinnemanuel.com
robertzink@quinnemanuel.com

Dakota Speas (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>*Defendants*. | Case No.: 3:23-cv-11808<br><br>**DECLARATION OF RAFI ALVI** |

I, Rafi Alvi, declare pursuant to 28 U.S.C. § 1746 that:

    1.    I am a personal friend of Murtuza Kazmi. I live in Ontario, Canada.

1

2. On September 1, 2023, Mr. Kazmi told me that the Commodities Futures Trading Commission ("CFTC") sued him and froze all of his assets.

3. Mr. Kazmi told me that he needed to borrow money to fund his legal defense because he was unable to access his own funds, or the funds of his company, due to the asset freeze.

4. I agreed to provide a retainer in the amount of $500,000 to Quinn Emanuel Urquhart & Sullivan, LLP on behalf of Mr. Kazmi. Mr. Kazmi agreed to repay this amount to me when he is able.

5. I wired $500,000 directly to Quinn Emanuel on September 1, 2023, on Mr. Kazmi's behalf.

6. The $500,000 I paid to Quinn Emanuel came directly from my own funds.

7. I expect Mr. Kazmi to repay the $500,000 to me when he is able.

8. I declare that the foregoing information is true and correct, to the best of my knowledge, and that I executed this declaration in Ontario, Canada on September 21, 2023.

Rafi Alvi