**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7221**

WRITER'S EMAIL ADDRESS
anthonystaltari@quinnemanuel.com

October 12, 2023

Hon. Zahid N. Quraishi
United States District Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4W
Trenton, NJ 08608

Re:   *CFTC v. Traders Global Group Inc., et al., 3:23-cv-11808-ZNQ-TJB*

Dear Judge Quraishi:

I write on behalf of all counsel in the above-referenced action. Attached, please find a Stipulation, along with a (Proposed) Order extending Defendants' time in which to answer, move or otherwise respond to the Complaint from October 23, 2023 to November 22, 2023.

I respectfully ask that you enter the proposed Order, should you find it acceptable.

Respectfully submitted,

*/s/ Anthony J. Staltari*

Anthony J. Staltari

cc: All counsel of record via CM/ECF

12380-00001/14408531.1

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

12380-00001/14408531.1