## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, *Plaintiff*, v. Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, *Defendants*. | Case No.: 3:23-cv-11808 |

## [PROPOSED] ORDER GRANTING EXTENSION FOR DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT

Before the Court is the parties' Stipulation Extending Defendants' Time in which to Answer, Move or Otherwise Respond to the Complaint.

1. Having considered the matter, **THE COURT FINDS** that there is good cause to extend the time for Defendants to answer, move or otherwise respond to the complaint by 30 days from October 23, 2023 to November 22, 2023. This extension will allow counsel to prepare for the preliminary injunction hearing scheduled for November 6, 2023. Therefore, the Court **GRANTS** the parties' joint request.

//

//

//

//

//

2

Accordingly, Defendants shall answer, move or otherwise respond to the Complaint no later than November 22, 2023.  **IT IS SO ORDERED.**

Dated: _____

_____
**ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE**