Exhibit 3

| | |
|---|---|
| **From:** | Dakota Speas |
| **Sent:** | Tuesday, September 12, 2023 3:08 PM |
| **To:** | Sari B. Placona; Burden, Ashley |
| **Cc:** | Streit, Elizabeth M.; Paulson, Katherine; Anthony Sodono; Michael Shaheen; Michele M. Dudas; Diane Perrotta; Robert Zink |
| **Subject:** | RE:  CONFIDENTIAL - CFTC v. Traders Global Group, Inc., et al. |
| **Attachments:** | PROP Policy Change $29910 Eff June 02 2023.pdf; PROP New Business $316 Eff May 24 2023.pdf; PROP Monthly Payments Schedule.pdf; Personal Umbrella Monthly Payment Schedule.pdf; NEW Rented Dwelling $2016 Eff May 24 2023.pdf; New Property $18341 Eff May 24 2023.pdf; NEW Personal Umbrella $1912 Eff May 24 2023.pdf; AUTO Policy Change $13796 Eff May 24 2023.pdf; Home Appraisal 2023.pdf; AUTO Policy Change $3043 Eff May 11 2023.pdf; AUTO New Business $3520 Eff May 5 2023.pdf |

**CONFIDENTIAL**

Sari,

The insurance documentation you requested is attached.

Best,
Dakota

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Tuesday, September 12, 2023 6:07 AM
**To:** Dakota Speas <dakotaspeas@quinnemanuel.com>; Burden, Ashley <ABurden@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson, Katherine <KPaulson@CFTC.gov>; Anthony Sodono <ASodono@MSBNJ.COM>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Michele M. Dudas <MDudas@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Robert Zink <robertzink@quinnemanuel.com>
**Subject:** RE: CFTC v. Traders Global Group, Inc., et al.

**[EXTERNAL EMAIL from splacona@msbnj.com]**

Dakota

We are still concerned that it is taking days for your clients to provide us with insurance documents.  A simple declaration page listing the assets should be available immediately.  If you are unable to get this from the broker, please provide the broker's name and we will contact them.

We tried logging on and the BMO credit card also requires two factor authentication.

**We must speak with you today**.  We are free 10:00 am until 1:00 pm ET today.  We are not available this afternoon due to court.  We can speak at 8:30 PM tonight. If you are not available, I ask that one of your colleagues make themselves available. Please let me know asap.

I also need more information regarding Rafi Alvi.  Who is Mr. Alvi? What relationship does he have to the defendants? Where does he live?

The Temporary Receiver reserves all rights.

Thank you.

Sari B. Placona
Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5030
**Email:** **SPlacona@MSBNJ.COM**
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

**From:** Dakota Speas <dakotaspeas@quinnemanuel.com>
**Sent:** Monday, September 11, 2023 11:23 PM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson, Katherine <KPaulson@CFTC.gov>; Anthony Sodono
<ASodono@MSBNJ.COM>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Michele M. Dudas
<MDudas@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Robert Zink <robertzink@quinnemanuel.com>
**Subject:** RE: CFTC v. Traders Global Group, Inc., et al.

Sari,

Can we have a call to discuss what the Temporary Receiver plans to post on the My Forex Funds website?  Our primary
concern is that the notice is written in a neutral and balanced way, and I am hopeful we can reach an agreement after
talking about it.

Our client is urgently gathering copies of his insurance policies from his insurers pursuant to your request.  We hope to
have those to share with you by tomorrow.

You should be able to access the 2nd BMO account noted in our letter dated September 10, 2023 by inputting "███
███████" as the "Card Number," as shown below:



Regarding Two-Factor Authentication:
- Mr. Kazmi disabled it for Confirmo.  Please try again.
- If you are receiving Two-Factor Authentication prompts for any accounts, I suggest that we schedule a time for
  you to attempt to login, and I coordinate with my client so that we can get you the Two-Factor Authentication
  credentials in real time.

Finally, our client informed us that the retainer funds were sent by an individual named Rafi Alvi.

Regarding scheduling for a call, I am available at 5pm ET or later tomorrow, or 2pm ET or later on Wednesday.

Defendants reserve all rights.

Best,
Dakota

---

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Monday, September 11, 2023 10:51 AM
**To:** Dakota Speas <dakotaspeas@quinnemanuel.com>; Burden, Ashley <ABurden@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson, Katherine <KPaulson@CFTC.gov>; Anthony Sodono <ASodono@MSBNJ.COM>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Michele M. Dudas <MDudas@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>
**Subject:** RE: CFTC v. Traders Global Group, Inc., et al.

**[EXTERNAL EMAIL from splacona@msbnj.com]**

---

Dakota

Your letter states the Temporary Receiver is not authorized to post certain notices to the My Forex Funds website.  Respectfully, we disagree with your interpretation of the Order.

**In short, the Receiver takes custody and control over Mr. Kazmi and his companies.**

Pursuant to paragraph 29 of the Order, Mr. Sodono is appointed as the Temporary Receiver with the **full powers of an equity receiver** for Defendants.

Pursuant to paragraph 30 of the Order, Mr. Sodono is authorized to "**assume full control**…." "**take exclusive custody, control, and possession** of the Receivership Estate…"

Paragraph 30(c) states that Mr. Sodono shall "[p]erform all acts necessary, including the suspension of operations, to conserve hold, manage and preserve the value of the Receivership Estate in order to prevent an irreparable loss, damage, or injury to any customers or clients of any Receivership Defendants business activities."

Paragraph 30(a) of the Order discusses the removal of Murtuza Kazmi as "officer, independent contractor, employee or agent of the Receivership Defendants from control and management of the affairs of the Receivership Defendants."

Contrary to your assertion that the Temporary Receiver "is not authorized to unilaterally alter the content of that website," the Order grants the Equity Receiver broad powers to exercise his fiduciary duty/business judgment.

Further, as requested several times, please immediately send copies of insurance policies for the homes and vehicles that are owned by the Defendants.  The Temporary Receiver has repeatedly expressed his concern and need for these policies.  If these policies are not received in short order today, we will ask the Court for an order holding the Defendants in contempt.

I do appreciate you sending the customer id and passwords, however, once you sign in to certain of the websites, it requires a multi-factor authentication, specifically, Confirmo, GoDaddy, CIBC, and Bitbuy.  Please enable us to get past that security IMMEDIATELY.

The second BMO notation on your chart has the wrong customer ID #.  Please provide that ASAP!

Lastly, again, we ask that you disclose immediately the source of the retainer from the Defendants.

If you wish to discuss, please call me.

The Temporary Receiver reserves any and all rights.


**Sari B. Placona**
**Partner**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5030
**Email: SPlacona@MSBNJ.COM**
Website

**Connect with MS&B on LinkedIn | Twitter | Instagram**

**From:** Dakota Speas <dakotaspeas@quinnemanuel.com>
**Sent:** Monday, September 11, 2023 1:29 AM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson, Katherine <KPaulson@CFTC.gov>; Anthony Sodono <ASodono@MSBNJ.COM>; Dakota Speas <dakotaspeas@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>
**Subject:** CFTC v. Traders Global Group, Inc., et al.


Counsel:

Please see the attached correspondence.


Regards,

Dakota


**Dakota Speas**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3687 Direct
760-580-8847 Mobile
213-443-3000 Main Office Number
213-443-3100 Fax
dakotaspeas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.

---