# Exhibit 6

| | |
|---|---|
| From: | Dakota Speas |
| Sent: | Sunday, October 1, 2023 11:52 PM |
| To: | Michele M. Dudas; Sari B. Placona; Anthony Sodono; Burden, Ashley; Streit, Elizabeth M.; Paulson, Katherine |
| Cc: | Robert Zink; Michael Shaheen |
| Subject: | RE: CFTC v. Traders Global Grp., Inc., et al., case no. 3:23-cv-11808-ZNQ-TJB |

I think around noon ET tomorrow should be a good time.  Thanks Michele.

From: Michele M. Dudas <MDudas@MSBNJ.COM>
Sent: Sunday, October 1, 2023 6:24 PM
To: Dakota Speas <dakotaspeas@quinnemanuel.com>; Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson, Katherine <KPaulson@CFTC.gov>
Cc: Robert Zink <robertzink@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>
Subject: RE: CFTC v. Traders Global Grp., Inc., et al., case no. 3:23-cv-11808-ZNQ-TJB

[EXTERNAL EMAIL from mdudas@msbnj.com]

Tomorrow between 12 and 2 EST works best, but can generally be available until 3 EST or after 5 EST.

**Michele M. Dudas, Partner**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email: MDudas@MSBNJ.COM**
Website

**Connect with MS&B on LinkedIn | Twitter | Instagram**

From: Dakota Speas <dakotaspeas@quinnemanuel.com>
Sent: Friday, September 29, 2023 9:34 PM
To: Michele M. Dudas <MDudas@MSBNJ.COM>; Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson, Katherine <KPaulson@CFTC.gov>
Cc: Robert Zink <robertzink@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>
Subject: RE: CFTC v. Traders Global Grp., Inc., et al., case no. 3:23-cv-11808-ZNQ-TJB

Michelle, I apologize, your message below was lost in my inbox.  Let's touch base again on Monday to set up a time for 2FA.

From: Michele M. Dudas <MDudas@MSBNJ.COM>
Sent: Thursday, September 28, 2023 6:45 PM
To: Dakota Speas <dakotaspeas@quinnemanuel.com>; Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson,

Katherine <KPaulson@CFTC.gov>
Cc: Robert Zink <robertzink@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>
Subject: RE: CFTC v. Traders Global Grp., Inc., et al., case no. 3:23-cv-11808-ZNQ-TJB

[EXTERNAL EMAIL from mdudas@msbnj.com]

Dakota,

Of the logins provided on September 26, 2023, I will need to coordinate a time when Mr. Kazmi is available to provide two factor authentication for Citizens Bank, Wise, and Deel.  It would appear that Coinbase account is marked as blocked and the three Edward Jones accounts had a message which stated that I was "not authorized to access this account."  Please confirm these are the same messages Mr. Kazmi receives for Coinbase and Edward Jones and it is not due to some other reason (such as my device not being recognized).

**Michele M. Dudas, Partner**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial: 973-721-5021**
**Email: MDudas@MSBNJ.COM**
Website

**Connect with MS&B on LinkedIn** | **Twitter** | **Instagram**

From: Dakota Speas <dakotaspeas@quinnemanuel.com>
Sent: Tuesday, September 26, 2023 8:22 PM
To: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson, Katherine <KPaulson@CFTC.gov>
Cc: Robert Zink <robertzink@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Dakota Speas <dakotaspeas@quinnemanuel.com>
Subject: CFTC v. Traders Global Grp., Inc., et al., case no. 3:23-cv-11808-ZNQ-TJB

Counsel:

Please review the attached correspondence.

Best,

Dakota

Dakota Speas
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3687 Direct
760-580-8847 Mobile
213-443-3000 Main Office Number
213-443-3100 Fax
dakotaspeas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.