# Exhibit 7

| | |
|---|---|
| From: | Dakota Speas |
| Sent: | Thursday, September 14, 2023 1:39 PM |
| To: | Sari B. Placona; ASodono@MSBNJ.COM; Diane Perrotta; Michele M. Dudas |
| Cc: | Alex Spiro; Anthony J. Staltari; Isabelle Sun; Kayla Fleming; Matthew Feibert; Michael Shaheen; Robert Zink; Dakota Speas |
| Subject: | RE: CFTC v. Traders Global, Inc., et al. - Addressing Various Points from Recent Calls |
| Attachments: | Proof_of_Insurance.pdf; godaddy_1.jpg; godaddy_2.jpg |

Counsel:

I have some more information to share:
- I have attached Evidence of Insurance for Mr. Kazmi's parents' house in New Jersey.
- The 2019 Lamborghini Urus was traded in early August 2022.
- Regarding the GoDaddy domain, have you tried following the steps in the attached screenshots? Click on "Delegate Access" under "Account Settings" and then click "Access Now" on the next page. If that does not work, we can troubleshoot further.

Best,
Dakota

From: Dakota Speas <dakotaspeas@quinnemanuel.com>
Sent: Wednesday, September 13, 2023 11:50 PM
To: Sari B. Placona <SPlacona@MSBNJ.COM>; ASodono@MSBNJ.COM; Diane Perrotta <DPerrotta@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>
Cc: Alex Spiro <alexspiro@quinnemanuel.com>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Dakota Speas <dakotaspeas@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: CFTC v. Traders Global, Inc., et al. - Addressing Various Points from Recent Calls

Sari, Anthony, Diane, Michele:

Thank you for the call on Wednesday afternoon. I write to respond to several topics you have raised recently:

My Forex Funds Copycat Website
- Defendants do not own this URL and do not know who does: https://www.myforrexfunds.com/
- This website could be a spoofing attempt; the double "r" in the link is suspicious.

BitBuy
- BitBuy is based in Canada and registered with the OSC as a Crypto Asset Trading Platform, and it appears that Defendants' assets held in BitBuy are subject to OSC freeze directions.
- Defendants did not implement the "restriction" you are seeing on the BitBuy account.

BMO Account Ending in -███████
- Last night, you indicated that there may have been recent transactions in the account referenced above. We investigated and have the following information:

- Deel, Inc.,** - The debits by Deel were pre-authorized ACH payments to My Forex Fund traders.  Since My Forex Funds is no longer conducting business and is not paying its traders anymore, these debits will not continue.
- FORCED CHECK, Bank Ref:              $860,461.67 –  We do not know who initiated this debit or what it is for; we are unable to view the check image.  Defendants did not authorize this debit.
- WooPayments,** - We do not know why these debits were initiated; Defendants did not authorize them.

Canadian Counsel for Defendants
- So that you are aware, Gowling WLG is acting for Defendants before the OSC.  Steven Sofer (Steven.Sofer@ca.gowlingwlg.com) and Haddon Murray (Haddon.Murray@ca.gowlingwlg.com) are taking instructions from Defendants in that regard.  We would be happy to introduce you to them in due course.

Transferring Assets / Changing Account Passwords
- We are not aware of any authority empowering the Court to enter an *ex parte* order under the Commodities and Exchange Act that permits a temporary receiver *to seize* a defendant's assets, prior to an opportunity for all parties to be heard.  To the contrary, the weight of Supreme Court authority indicates this is unconstitutional.  As I have stated during our last few calls, to the extent the current *ex parte* order allows this, it is improper, and we will move the Court to modify it imminently.
- Respectfully, we do not consent to the Temporary Receiver seizing Defendants' assets without due process, and relatedly, we do not consent to the Temporary Receiver changing Defendants' account passwords for this purpose.
- Notwithstanding this position and reserving all rights, Defendants will continue to refrain from withdrawing, transferring, removing, dissipating or otherwise disposing of any assets, wherever located, until the Court orders otherwise.  We will continue to cooperate with the Temporary Receiver to preserve the *status quo*, including by sharing information about Defendants' assets on a rolling basis.

I am still investigating the issue with the GoDaddy domain credentials, whether there is additional insurance documentation for New Jersey property, and the 2019 Lamborghini Sari mentioned.

Best,
Dakota

Dakota Speas
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3687 Direct
760-580-8847 Mobile
213-443-3000 Main Office Number
213-443-3100 Fax
dakotaspeas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.