# Exhibit 8

| | |
|---|---|
| From: | Dakota Speas |
| Sent: | Thursday, September 21, 2023 5:29 PM |
| To: | Michele M. Dudas |
| Cc: | Sari B. Placona; Anthony Sodono; Diane Perrotta; Anthony J. Staltari; Isabelle Sun; Kayla Fleming; Matthew Feibert; Michael Shaheen; Robert Zink |
| Subject: | RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808 |

Michele – my client can be available at 2:00 pm EST tomorrow to coordinate the Gemini authentication.

Regarding CDO Markets, I was informed that this is the login screen you should be using to input the credentials:



Did you try these same credentials for the green login screen that you appended to your earlier email?

--Dakota

From: Michele M. Dudas <MDudas@MSBNJ.COM>
Sent: Thursday, September 21, 2023 12:41 PM
To: Dakota Speas <dakotaspeas@quinnemanuel.com>
Cc: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

[EXTERNAL EMAIL from mdudas@msbnj.com]

Dakota, I am not available after 6:00 p.m. EST tonight for Gemini.  Please send the CDO login as soon as possible and we can address the Gemini login tomorrow – 2:00 EST would be great for me if you and Mr. Kazmi are available.

**Michele M. Dudas, Partner**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email:** **MDudas@MSBNJ.COM**
Website

**Connect with MS&B on LinkedIn** | **Twitter** | **Instagram**

From: Dakota Speas <dakotaspeas@quinnemanuel.com>
Sent: Thursday, September 21, 2023 3:36 PM
To: Michele M. Dudas <MDudas@MSBNJ.COM>
Cc: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

Received – I will check in for the login.  Happy to coordinate with my client on the Gemini 2FA; given scheduled calls it probably makes sense to do that around 6pm ET or later, but let me check with my client to ensure he's available.

From: Michele M. Dudas <MDudas@MSBNJ.COM>
Sent: Thursday, September 21, 2023 11:26 AM
To: Dakota Speas <dakotaspeas@quinnemanuel.com>
Cc: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

[EXTERNAL EMAIL from mdudas@msbnj.com]

Dakota,

We have downloaded the link and logged in using those credentials and are able to view a main page, but there is a separate login required to access statements (please see attached screenshot).  Please have your client provide the user name and password for that piece of the login.

Please also advise when we will be able to access the Gemini account, since a third factor authentication was required when we last attempted on Friday.

Thank you.

Michele M. Dudas, Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial: 973-721-5021**
**Email: MDudas@MSBNJ.COM**
Website

**Connect with MS&B on LinkedIn | Twitter | Instagram**

From: Dakota Speas <dakotaspeas@quinnemanuel.com>
Sent: Wednesday, September 20, 2023 5:06 PM
To: Michele M. Dudas <MDudas@MSBNJ.COM>
Cc: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

Michele,

Please download the necessary software from this link, https://cdomarkets.com/download/CDO-Trader-Setup_vPL.zip, and try logging in using the credentials we provided to you previously.  Please let me know if this works.

--Dakota

From: Michele M. Dudas <MDudas@MSBNJ.COM>
Sent: Tuesday, September 19, 2023 4:16 AM
To: Dakota Speas <dakotaspeas@quinnemanuel.com>
Cc: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

[EXTERNAL EMAIL from mdudas@msbnj.com]

Dakota,

The login information provided last evening for CDO Markets is for access to the "Deposit Center," which only provides payment-type information (Login | CDO Markets) and does not provide access or information relating to the actual accounts.  Please have your client immediately provide the login credentials for the main login page: My CDO Login (cdomarkets.com).

Thank you.

Michele M. Dudas, Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial: 973-721-5021**
**Email: MDudas@MSBNJ.COM**
Website

**Connect with MS&B on LinkedIn** | **Twitter** | **Instagram**

From: Dakota Speas <dakotaspeas@quinnemanuel.com>
Sent: Monday, September 18, 2023 7:17 PM
To: Michele M. Dudas <MDudas@MSBNJ.COM>
Cc: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

Michele, it's:

Murtuza@myforexfunds.com.

--Dakota

From: Michele M. Dudas <MDudas@MSBNJ.COM>
Sent: Monday, September 18, 2023 4:08 PM
To: Dakota Speas <dakotaspeas@quinnemanuel.com>
Cc: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

[EXTERNAL EMAIL from mdudas@msbnj.com]

Thank you. What is the e-mail address associated with this account?

**Michele M. Dudas, Partner**
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068**
**Direct Dial: 973-721-5021**
**Email: MDudas@MSBNJ.COM**
Website

**Connect with MS&B on LinkedIn** | **Twitter** | **Instagram**

From: Dakota Speas <dakotaspeas@quinnemanuel.com>
Sent: Monday, September 18, 2023 6:23 PM
To: Michele M. Dudas <MDudas@MSBNJ.COM>
Cc: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

Michele,

Here are the CDO Markets credentials:

   Account Number: ▇▇▇▇▇▇▇▇
   Password: ▇▇▇▇▇

Our client did not implement the restriction you are seeing on the GoDaddy account. We are working to address your request that the TGG_Domain account be delegated access to the hosting account.

Best,
Dakota

---

From: Michele M. Dudas <MDudas@MSBNJ.COM>
Sent: Sunday, September 17, 2023 2:55 PM
To: Dakota Speas <dakotaspeas@quinnemanuel.com>
Cc: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

[EXTERNAL EMAIL from mdudas@msbnj.com]

Dakota,

Please immediately have your client provide the login for CDO Markets and confirm that your client did not suspend the Go Daddy account.

Thank you.

**Michele M. Dudas, Partner**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email: MDudas@MSBNJ.COM**
Website

**Connect with MS&B on LinkedIn | Twitter | Instagram**

---

From: Dakota Speas <dakotaspeas@quinnemanuel.com>
Sent: Friday, September 15, 2023 9:17 PM
To: Michele M. Dudas <MDudas@MSBNJ.COM>
Cc: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

Michele – thanks for the call.  We can give this another try on Monday, but in the meantime, here is a screenshot my client sent me showing a zero balance in the one Gemini account that remains open:



From: Michele M. Dudas <MDudas@MSBNJ.COM>
Sent: Friday, September 15, 2023 5:42 PM
To: Dakota Speas <dakotaspeas@quinnemanuel.com>
Cc: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

[EXTERNAL EMAIL from mdudas@msbnj.com]

It did not work again.  I just initiated another one right now.  please have him provide the last code received.  Thank you.

**Michele M. Dudas, Partner**
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068**
**Direct Dial: 973-721-5021**
**Email: MDudas@MSBNJ.COM**
Website

**Connect with MS&B on LinkedIn | Twitter | Instagram**

From: Dakota Speas <dakotaspeas@quinnemanuel.com>
Sent: Friday, September 15, 2023 8:40 PM
To: Michele M. Dudas <MDudas@MSBNJ.COM>
Cc: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink

<robertzink@quinnemanuel.com>
Subject: Re: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808



Dakota Speas, Esq.
+1 (760) 580-8847


On Sep 15, 2023, at 5:35 PM, Michele M. Dudas <MDudas@msbnj.com> wrote:

[EXTERNAL EMAIL from mdudas@msbnj.com]

It did not work.

**Michele M. Dudas, Partner**
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068**
**Direct Dial: 973-721-5021**
**Email: MDudas@MSBNJ.COM**
**Website**

**Connect with MS&B on LinkedIn | Twitter | Instagram**

From: Dakota Speas <dakotaspeas@quinnemanuel.com>
Sent: Friday, September 15, 2023 8:33 PM
To: Michele M. Dudas <MDudas@MSBNJ.COM>
Cc: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>; Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: Re: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

Try this code:



Dakota Speas, Esq.
+1 (760) 580-8847


On Sep 15, 2023, at 5:29 PM, Michele M. Dudas <MDudas@msbnj.com> wrote:

[EXTERNAL EMAIL from mdudas@msbnj.com]

Great. I just re-sent it.

**Michele M. Dudas, Partner**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email: MDudas@MSBNJ.COM**
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

---

From: Dakota Speas <dakotaspeas@quinnemanuel.com>
Sent: Friday, September 15, 2023 8:26 PM
To: Michele M. Dudas <MDudas@MSBNJ.COM>; Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>
Cc: Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

Michele – my client was away from his phone when you sent this request for the 2FA code. If you would like, you may try again now.

---

From: Michele M. Dudas <MDudas@MSBNJ.COM>
Sent: Friday, September 15, 2023 4:50 PM
To: Dakota Speas <dakotaspeas@quinnemanuel.com>; Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>
Cc: Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: RE: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

[EXTERNAL EMAIL from mdudas@msbnj.com]

---

Dakota,

The Gemini account requires two factor authentication and a code was just suppled to Mr. Kazmi's cell. Please provide.

Please immediately provide the CDO user name and password so we have it available and we will get back to you regarding the software.

Thank you.

**Michele M. Dudas, Partner**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email: MDudas@MSBNJ.COM**
**Website**

**Connect with MS&B on LinkedIn | Twitter | Instagram**

From: Dakota Speas <dakotaspeas@quinnemanuel.com>
Sent: Friday, September 15, 2023 7:36 PM
To: Sari B. Placona <SPlacona@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Diane Perrotta <DPerrotta@MSBNJ.COM>
Cc: Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Dakota Speas <dakotaspeas@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>; Matthew Feibert <matthewfeibert@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>
Subject: HIGHLY CONFIDENTIAL - CFTC v. Traders Global Group Inc., et al.; Civ. Action No. 3:23-cv-11808

Counsel:

You asked for information about Defendants' Gemini and CDO Markets accounts. To respond:

1. Mr. Kamzi currently has a personal Gemini account with a zero balance. The credentials are:
   1. Username: [redacted]
   2. Password: [redacted]
2. Mr. Kamzi used to have another Gemini account, but it was closed earlier this year.
3. Traders Global has an omnibus account with CDO Markets. Currently it has $617,963.57 in it. I've been informed that you need a specialized software ("Trading GUI") to access the account. Please advise whether you have this software, and we can work on providing you access.

Best Regards,

9

Dakota

Dakota Speas
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3687 Direct
760-580-8847 Mobile
213-443-3000 Main Office Number
213-443-3100 Fax
dakotaspeas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.