# Exhibit 9

| | |
|---|---|
| From: | Isabelle Sun |
| Sent: | Wednesday, October 11, 2023 12:02 PM |
| To: | Michele M. Dudas; Anthony Sodono; Sari B. Placona |
| Cc: | Burden, Ashley; Paulson, Katherine; Streit, Elizabeth M.; QE-CFTC |
| Subject: | RE: CFTC v. Traders Global, et al. - Financial Account Information |

Michele,

Mr. Kazmi was prompted to change his password when he tried to login yesterday to review some information about the account. No settings were changed.

Can you please provide some additional information about the issue you're experiencing with account access, such as a screenshot of any error message you see? To confirm, the username is ▮▮▮▮▮▮▮, and the password is ▮▮▮▮▮▮▮

Best,
Isabelle

Isabelle Sun
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street NW, Suite 900
Washington, D.C. 20005
202-538-8363 Direct
202-538-8000 Main Office Number
isabellesun@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Michele M. Dudas <MDudas@MSBNJ.COM>
Sent: Tuesday, October 10, 2023 9:44 PM
To: Isabelle Sun <isabellesun@quinnemanuel.com>; Anthony Sodono <ASodono@MSBNJ.COM>; Sari B. Placona <SPlacona@MSBNJ.COM>
Cc: Burden, Ashley <ABurden@CFTC.gov>; Paulson, Katherine <KPaulson@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; QE-CFTC <qe-cftc@quinnemanuel.com>
Subject: RE: CFTC v. Traders Global, et al. - Financial Account Information

[EXTERNAL EMAIL from mdudas@msbnj.com]

Isabelle,

We recently noticed the issue, as we were unable to obtain access, and are still having trouble with the new credentials provided.

Please advise the reason for the change in the password and please also confirm that no account settings were changed.

Thank you.

**Michele M. Dudas, Partner**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email:** MDudas@MSBNJ.COM
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

---

From: Isabelle Sun <isabellesun@quinnemanuel.com>
Sent: Tuesday, October 10, 2023 9:11 PM
To: Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Sari B. Placona <SPlacona@MSBNJ.COM>
Cc: Burden, Ashley <ABurden@CFTC.gov>; Paulson, Katherine <KPaulson@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; QE-CFTC <qe-cftc@quinnemanuel.com>
Subject: CFTC v. Traders Global, et al. - Financial Account Information

Anthony,

Our client has informed us that the password for the corporate BMO account (Customer ID ▮▮▮▮▮) has changed. The new password is ▮▮▮▮▮.

Best,

Isabelle

Isabelle Sun
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street NW, Suite 900
Washington, D.C. 20005
202-538-8363 Direct
202-538-8000 Main Office Number

[isabellesun@quinnemanuel.com](mailto:isabellesun@quinnemanuel.com)
[www.quinnemanuel.com](http://www.quinnemanuel.com)

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.