# Exhibit 10

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3687**

WRITER'S EMAIL ADDRESS
**dakotaspeas@quinnemanuel.com**

October 12, 2023

**HIGHLY CONFIDENTIAL**
**VIA E-MAIL**

Sari B. Placona                             Ashley J. Burden
Counsel to Temporary Receiver               Senior Trial Attorney
McManimon, Scotland & Baumann, LLC          Division of Enforcement
75 Livingston Avenue                        Commodity Futures Trading Commission
Suite 201                                   77 West Jackson Boulevard
Roseland, New Jersey 07068                   Suite 800
(973) 721-5030                              Chicago, IL 60604
E-Mail: splacona@msbnj.com                  (312) 596-0700
                                            E-Mail: aburden@cftc.gov

Re:   *CFTC v. Traders Global Group Incorporated, et al.*, Case No. 3:23-cv-11808-ZNQ-TJB
      (D.N.J.)

Counsel:

       We write on behalf of our clients Traders Global Group Incorporated, a New Jersey
corporation doing business as "My Forex Funds," Traders Global Group Incorporated, a Canadian
business organization, and Mr. Murtuza Kazmi (collectively, "Defendants"). Further to our
September 10, 2023 letter, September 26, 2023 letter, and numerous emails and telephone calls
exchanged in the interim, we are providing additional information from Defendants that the
Temporary Receiver and the Commodity Futures Trading Commission (the "CFTC") have
requested pursuant to the Order Granting Plaintiff's Motion for an *Ex Parte* Statutory Restraining
Order, Appointment of a Temporary Receiver, and other Equitable Relief (ECF 13) (the "SRO").
By providing this information, Defendants expressly reserve all rights and remedies available to
them.

       Enclosed herein, please find the following books and records of Defendants and other
documents to facilitate the accounting of Defendants' assets pursuant to the SRO:

**quinn emanuel urquhart & sullivan, llp**
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

- January 13, 2021 Certificate of Incorporation for Traders Global Group Incorporated (Canada)

- February 15, 2023 Certificate of Amendment for Traders Global Group Incorporated (Canada)

- Financial Information of Traders Global Group Incorporated (Canada) and Compilation Engagement Report Thereon for period of January 13, 2021 to December 31, 2021

- Financial Information of Traders Global Group Incorporated (U.S.) and Compilation Engagement Report Thereon for period of January 13, 2021 to December 31, 2021

- Records prepared with the assistance of KPMG for the purpose of distribution planning for Murtuza Kazmi

- May 9, 2023 Letter from KPMG to Murtuza Kazmi re Traders Global Group Incorporated ("TGG US") & Traders Global Group Incorporated ("TGG Canada") – Transfer Pricing Support for Fiscal Year ended December 31, 2022

- Corporate income tax return prepared for Traders Global Group Incorporated (Canada) for the taxation year ended December 31, 2021

- Corporate income tax return prepared for Traders Global Group Incorporated (Canada) for the taxation year ended December 31, 2022

- Form T106 for Traders Global Group Incorporated (Canada) for the taxation year ended December 31, 2022

- Federal Tax Instalments Schedule for the taxation year ended December 31, 2023 for Traders Global Group Incorporated (Canada)

- Federal and state corporate income tax returns for Traders Global Group Incorporated (U.S.) for the taxation year ended December 31, 2021

- Form 4001 – Articles of Incorporation for Kazmi Foundation, and Form 4002 for Kazmi Foundation

- Personal income tax return for Murtuza Kazmi for the taxation years ended December 31, 2020, December 31, 2021, and December 31, 2022, produced by the Ontario Securities Commission with Bates number OSC-0000000823

Defendants will continue to provide information in response to the requests of the CFTC and the Temporary Receiver on a rolling basis, as it is collected and received by defense counsel, so long as it is legally required to do so.

Sincerely,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Dakota S. Speas

cc:    Ashley J. Burden;
       Elizabeth M. Streit;
       Katherine S. Paulson;
       Sari B. Placona;
       Michele M. Dudas;
       Anthony Sodono, III;
       Robert A. Zink;
       Michael Shaheen, III