**COMMODITY FUTURES TRADING COMMISSION**
77 West Jackson Blvd, Suite 800
Chicago, IL 60604
Telephone: (312) 596-0700
Facsimile: (312) 596-0714

Division of Enforcement

October 16, 2023

**Via CM-ECF**
Chambers of Hon. Zahid N. Quraishi
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & United States Courthouse
402 East State Street, Courtroom 4W
Trenton, NJ 08608

   Re: *CFTC v. Traders Global Group Inc., et al.*, Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

Dear Chambers of Judge Quraishi:

Pursuant to the Court's email of October 10, 2023, the Parties in the above-captioned action hereby submit their proposed schedule of witnesses for the hearing on Plaintiff CFTC's motion for entry of a preliminary injunction, currently set for November 6, 2023, at 11:00 a.m. Eastern Time.

The CFTC plans to call two live witnesses, Devin Malinowski and Matthew Edelstein. The Parties respectfully submit that two hours total (including time for cross-examination) be allotted for each witness.

Defendants do not currently plan to call any live witnesses, but reserve their right to do so. The CFTC reserves the right to object to, and seek to exclude, testimony from any witness not timely disclosed.

               Sincerely,

               /s/ Ashley J. Burden
               Senior Trial Attorney
               Division of Enforcement
               Commodity Futures Trading Commission
               O: (312) 596-0693
               C: (312) 995-0779
               aburden@cftc.gov

Cc: Anthony Sodono, III, Temporary Receiver; Sari B. Placona, Counsel to Mr. Sodono; Anthony J. Staltari, Robert Zink, Michael Shaheen, and Dakota Speas, Counsel to Defendants