# Exhibit A

**Burden, Ashley**

| | |
|---|---|
| **From:** | Dakota Speas <dakotaspeas@quinnemanuel.com> |
| **Sent:** | Friday, October 13, 2023 6:35 PM |
| **To:** | Sari B. Placona; ASodono@MSBNJ.COM; Michele M. Dudas; Burden, Ashley; Streit, Elizabeth M.; Paulson, Katherine |
| **Cc:** | Robert Zink; Michael Shaheen; QE-CFTC |
| **Subject:** | [EXTERNAL] RE: CFTC v. Traders Global Grp., Inc., et al., case no. 3:23-cv-11808-ZNQ-TJB - HIGHLY CONFIDENTIAL |

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

**HIGHLY CONFIDENTIAL**

Counsel:

It came to our attention today that Mr. Kazmi has an old Fidelity 401(k) account, back from his time working in the US. As of today, it contains USD $83,857.82. The account information and credentials are available here:



With this, Defendants have disclosed credentials for all of the financial accounts that they are aware of at this time.

Best,
Dakota

**From:** Dakota Speas <dakotaspeas@quinnemanuel.com>
**Sent:** Tuesday, September 26, 2023 5:22 PM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>; ASodono@MSBNJ.COM; Michele M. Dudas <MDudas@MSBNJ.COM>; Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Paulson, Katherine <KPaulson@CFTC.gov>
**Cc:** Robert Zink <robertzink@quinnemanuel.com>; Michael Shaheen <michaelshaheen@quinnemanuel.com>; Dakota Speas <dakotaspeas@quinnemanuel.com>
**Subject:** CFTC v. Traders Global Grp., Inc., et al., case no. 3:23-cv-11808-ZNQ-TJB

Counsel:

Please review the attached correspondence.

Best,
Dakota

**Dakota Speas**
*Associate*

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3687 Direct
760-580-8847 Mobile
213-443-3000 Main Office Number
213-443-3100 Fax
dakotaspeas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.