# Exhibit B

Message

| | |
|---|---|
| **From:** | Murtuza K [murtuza@myforexfunds.com] |
| **Sent:** | 8/4/2023 9:34:48 AM |
| **To:** | Ken Lam [ken.lam@automattic.com]; Katya Prosvirkina [katya@stripe.com] |
| **CC:** | msayles@stripe.com; Misha Tyagi [misha@stripe.com] |
| **Subject:** | RE: Requested Documents |
| **Attachments:** | redac_TGG_BalanceSheet_2022.pdf; redac_TGG_FS_2022.pdf |

Hello Team,

I was away yesterday due to some personal reasons.

I am attaching what we have in terms of financials for 2022.

Balance sheets are done end of year hence we don't have that ready for 2023. As far as finalized internal P&L is concerned, we are working on those as well.

@Katya Prosvirkina – I need to understand what exactly is the "risk mitigation actions" that you are referring to. What kind of numbers are you looking for? Happy to answer any questions you/risk team have on a call.

Sincerely,
Murtuza K
My Forex Funds - CEO
https://www.myforexfunds.com

---

**From:** Ken Lam <ken.lam@automattic.com>
**Sent:** Thursday, August 3, 2023 6:32 PM
**To:** Katya Prosvirkina <katya@stripe.com>
**Cc:** Murtuza K <murtuza@myforexfunds.com>; msayles@stripe.com; Misha Tyagi <misha@stripe.com>
**Subject:** Re: Requested Documents

Hi Murtuza,

Please provide the docs requested. We want to avoid a reserve on your account.

From our discussion, you may not have docs going back that far and some may contain sensitive information. Feel free to redact sensitive info and provide as earliest of a timeline as possible.

Thanks,
Ken

On Thu, Aug 3, 2023 at 2:49 PM Katya Prosvirkina <katya@stripe.com> wrote:
> Hello Murtuza,
>
> I'm following up to remind you of the deadline for the additional requested documents of **today August 3rd**. Additionally, I'm looping in Ken from the WooPayments side in case he can help provide any more guidance. If you have any questions please let us know here.
>
> If we do not receive the requested information, our risk team will begin to proceed with evaluating and placing a reserve on your account as we do not have full information about your business.
>
> cheers,
> katya

1

On Thu, Jul 27, 2023 at 8:50 AM Katya Prosvirkina <katya@stripe.com> wrote:
> Hello Murtuza,
>
> The information you have provided is not sufficient for us to conduct a credit assessment of your company.
>
> We request you to share the following documents in order for us to complete the review process in a timely and effective manner:
>
> FY2022 Full year of financials including Profit and Loss, Balance Sheet and Cash flow statement - Unaudited/Company prepared is fine too
> H1 FY2023 (Jan-June 2023) financial statements (as above, including Profit and Loss, Balance Sheet and Cash flow statement)
>
> As your payments processor, the above requested information is important for Stripe to understand the financial standing of your company. Collecting financial information from our users helps solidify our assessments and also ensure that you are not subject to any unnecessary friction in the normal course of business.
>
> If you have concerns regarding sharing the requested information, please note that we request this information from all our large merchants and confidentiality is covered in the Stripe SSA you agreed to when onboarding. However, if needed, we can provide a specific NDA to cover sharing the information requested above.
>
> If you are unable to provide this information by August 3rd, we may need to take additional risk mitigation actions on your account due to having limited information about your business.
> Please let us know if you have any questions.
>
> cheers,
> katya

On Fri, Jul 14, 2023 at 3:35 PM Katya Prosvirkina <katya@stripe.com> wrote:
> Hi Murtuza,
>
> Thank you kindly for sharing the requested information. Meagan is actually on maternity leave, but I've passed this along to her backup to help me review and make sure we have answered all outstanding questions.
>
> Have a lovely weekend!
>
> cheers,
> katya

On Thu, Jul 13, 2023 at 2:00 PM Murtuza K <murtuza@myforexfunds.com> wrote:
> Hello Megan, Katya,
>
>
> Hope you both are doing well.

2

AUTOMATTIC0002674
AUTOMATTIC0002673

I am attaching the first page of our last month's statement showing 11,601,949.94 in cash assets. We have a lot more diversified in other investment classes as well under corporation name.

As you know our dispute rate is close to 0.01% - and we if were to take Jan 1st to Jun 30th numbers, we have $242K in disputes. About 40K/month.

Our service, trader's account details are delivered right away after payment is received. On average, an account's life is about 30-40 days.

Keeping the above numbers in mind, at max, we will experience "dispute amount" of 40-80K. Well within our liquid assets.

Along with this, Ken had asked me to send you the first page of KPMG's 2022 Tax Document that they have filed with CRA – Canada Revenue Agency. This document is attached as well.

KPMG closely works with us and ensure numbers remain compliant as TGGI uses KMPG for taxation purposes. They have been filling our taxes since year one.

Happy to answer any further questions that you might have.

Sincerely,

Murtuza K

My Forex Funds - CEO

https://www.myforexfunds.com

## Balance Sheet as at 31 December, 2022

| Assets | USD | | |
|---|---|---|---|
| Balance at Bank | $27,147,528 | | |
| Investments | $35,700,152 | | |
| Other receivables | $3,023,500 | | |
| | | | |
| Loan to :- | | Canadian | |
| | $4,554,522 | $5,920,878.00 | |
| | $4,908,400 | | |
| | $392,054 | $509,669.90 | (shown in b10) |
| | $846,154 | | |
| | | | |
| Crypto (invested assets) | $4,958,596 | | |
| Stripe Reserve | $2,056,000 | | |
| Accrued Income (Receivable) | $4,023,357 | | |
| **Total Assets** | **$87,610,262** | | |

| Capital | |
|---|---|
| Profit for the year | $71,457,961 |
| add : retained earnings b/d | $15,859,147 |
| Retained Earnings | $87,317,108 |
| | |
| **Current Liabilities** | |
| Payables | $293,154 |
| | |
| **Total Liabilities and Capital** | **$87,610,262** |

### Notes to Financial Statements

*Other receivables include $2,900,000 US FED check return plus $123,500 of other state taxes
*Stripe Reserve includes $1,456,000 of the reserve that Stripe held and $600,000 of failed payment that is
*Payables under Current Liabilities include Affiliate Payments and payment to Traders Global Generation f

4

due from WC PAY
or services availed

5

AUTOMATTIC0002677
AUTOMATTIC0002676

| | | Income Statement | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | For the year ended December 31, 2022 | | | | | | | | | | | | | |
| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | | Annual |
| | | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | | USD |
| | Revenue | 11,291,116 | 12,771,527 | 15,912,814 | 15,154,511 | 18,330,245 | 22,988,244 | 21,444,676 | 23,292,547 | 23,605,943 | 24,272,804 | 23,828,505 | 17,586,717 | | 230,479,649 |
| | Less : Cost of Sales | | | | | | | | | | | | | | |
| | Stripe Fees | 384,687 | 412,801 | 500,484 | 460,954 | 547,230 | 685,492 | 656,314 | 752,197 | 791,160 | 811,506 | 861,185 | 543,160 | | 7,407,170 |
| | Net Revenue | 10,906,429 | 12,358,726 | 15,412,330 | 14,693,557 | 17,783,015 | 22,302,752 | 20,788,362 | 22,540,351 | 22,814,783 | 23,461,298 | 22,967,320 | 17,043,557 | | 223,072,479 |
| | Less: Operating Expenses | | | | | | | | | | | | | | |
| | Payouts | 4,703,510 | 5,834,317 | 7,695,113 | 7,868,070 | 8,532,441 | 11,832,501 | 16,116,856 | 15,698,276 | 14,412,942 | 16,392,905 | 15,964,195 | 14,455,896 | | 139,507,021 |
| | Dispute Expense | 130,054 | 95,822 | 193,957 | 82,676 | 50,951 | 87,600 | 41,667 | 30,437 | 67,003 | 47,420 | 34,840 | 8,003 | | 870,430 |
| | Gross Profit | 6,072,865 | 6,428,587 | 7,523,260 | 6,742,811 | 9,199,623 | 10,382,651 | 4,629,839 | 6,811,638 | 8,334,839 | 7,020,973 | 6,968,285 | 2,579,658 | | 82,695,028 |
| | | 9 | 5,286 | 4,176 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 9,471 |
| | | 0 | 4,287 | 2,577 | 17,869 | 23,060 | 29,369 | 43,861 | 11,635 | 38,912 | 34,549 | 29,081 | 12,485 | | 247,685 |
| | | 0 | 14,573 | 19,044 | 34,536 | 3,383 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 71,537 |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30,100 | 30,088 | 31,000 | 31,000 | | 122,188 |
| | | 1,696 | 0 | 0 | 0 | 0 | 2,005 | 1,875 | 2,435 | 0 | 5,757 | 0 | 0 | | 13,768 |
| | | 14,925 | 27,485 | 40,123 | 24,881 | 44,433 | 93,202 | 126,156 | 80,520 | 81,554 | 81,554 | 85,932 | 80,850 | | 781,615 |
| | | 25,754 | | | | | | 79,120 | 94,512 | 89,172 | 86,122 | 88,019 | 83,928 | | 546,627 |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 200 | 12,580 | 19,256 | 22,591 | 39,610 | | 94,237 |
| Processing Cost | Total | 42,384 | 51,631 | 65,920 | 77,286 | 70,876 | 124,576 | 251,012 | 189,302 | 252,318 | 257,326 | 256,623 | 247,873 | | 1,887,128 |
| | | 0 | 0 | 0 | 0 | 3,797 | 0 | 0 | 3,797 | 0 | 0 | 0 | 0 | | 7,594 |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 550 | 0 | 450 | 750 | 0 | 0 | | 1,750 |
| | | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | 52,000 | | 624,000 |
| | | 7,083 | 7,083 | 7,083 | 7,083 | 7,083 | 7,083 | 7,083 | 7,083 | 7,083 | 7,083 | 7,083 | 7,083 | | 84,996 |
| | | 0 | 199 | 199 | 199 | 199 | 199 | 0 | 199 | 199 | 199 | 199 | 199 | | 1,990 |
| | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 28,300 | 28,300 | 28,300 | 28,300 | 28,300 | 28,300 | 26,250 | | 321,050 |
| | | 16,000 | 19,500 | 37,911 | 34,956 | 38,556 | 38,556 | 117,056 | 43,556 | 45,056 | 45,056 | 45,056 | 45,056 | | 526,312 |
| | | 0 | 0 | 0 | 0 | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 31 |
| Infrastructure | Total | 100,083 | 103,782 | 122,193 | 119,238 | 126,665 | 126,138 | 204,989 | 134,935 | 133,088 | 133,388 | 132,638 | 130,588 | | 1,567,723 |
| | | 2,225 | 0 | 0 | 0 | 0 | 0 | 0 | 28,765 | 0 | 0 | 1,801 | 0 | | 32,791 |
| | | 0 | 0 | 0 | 4,346 | 0 | 333 | 3,394 | 1,666 | 5,324 | 20,025 | 6,973 | 2,697 | | 44,757 |
| | | | 2,028 | 2,028 | 2,028 | 2,028 | 2,028 | 2,028 | 2,028 | 0 | 0 | 0 | 0 | | 14,198 |
| | | 0 | 0 | 17,000 | 50,000 | 0 | 50,000 | 0 | 0 | 0 | 200,000 | 0 | 0 | | 317,000 |
| | | 0 | 0 | 0 | 0 | 0 | 11 | 11 | 11 | 36 | 36 | 36 | 36 | | 176 |
| | | 10,000 | 68,000 | 35,295 | 44,950 | 11,000 | 50,621 | 38,025 | 31,850 | 34,375 | 25,000 | 86,208 | 83,648 | | 518,972 |
| ProfessionalServices | Total | 12,225 | 70,028 | 54,323 | 101,324 | 13,028 | 102,992 | 43,458 | 64,320 | 39,735 | 245,061 | 95,018 | 86,381 | | 927,895 |
| | | 0 | 310 | 315 | 355 | 335 | 0 | 385 | 395 | 0 | 450 | 475 | 495 | | 3,515 |
| | | 19,500 | 10,686 | 7,642 | 0 | 0 | 0 | 0 | 4,606 | 0 | 0 | 8,415 | 8,415 | | 59,264 |
| | | 0 | 0 | 0 | 0 | 8,492 | 11,254 | 10,423 | 11,005 | 11,250 | 12,318 | 10,136 | 9,276 | | 84,155 |
| | | 0 | 0 | 0 | 0 | 0 | 7,694 | 0 | 4,500 | 4,500 | 0 | 0 | 0 | | 16,694 |
| CRM Software | Total | 19,500 | 10,996 | 7,957 | 355 | 8,827 | 18,947 | 10,808 | 20,506 | 15,750 | 12,768 | 19,026 | 18,186 | | 163,627 |
| | | 0 | 60 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 90 |
| | | 1,526 | | 2,854 | 0 | 2,654 | 7,090 | 0 | 0 | 0 | 0 | 780 | 4,552 | | 19,456 |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| | | 982 | 1,311 | 10,079 | 6,607 | 1,226 | 1,540 | 3,330 | 928 | 2,039 | 11,304 | 2,143 | 1,506 | | 42,996 |
| | | 120 | 120 | 120 | 120 | 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 | | 1,488 |
| | | 1,356 | 2,220 | 2,200 | 2,200 | 2,200 | 2,200 | 2,040 | 2,000 | 82,000 | 2,000 | 1,956 | 2,000 | | 104,372 |
| | | 0 | 3,173 | 5,798 | 0 | 19,039 | 25,344 | 0 | 12,151 | 0 | 1,025 | 0 | 1,200 | | 67,730 |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 609 | 0 | 0 | 0 | | 609 |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 59 | 0 | 0 | | 59 |
| | | | | | | 9,795 | 9,795 | 10,335 | 10,335 | 10,090 | 10,090 | 44,805 | 32,604 | | 137,849 |

6

| Category | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 260,073 | 70,058 | 60,253 | 172,102 | 191,863 | 33,336 | 140,902 | 165,524 | 144,210 | 159,938 | | | 1,398,259 |
| | | 20 | 20 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 60 |
| IT Services | Total | 4,004 | 266,977 | 91,159 | 69,180 | 207,142 | 237,957 | 49,167 | 166,442 | 260,389 | 168,814 | 209,749 | 41,988 | | 1,772,966 |
| | | | | | | | | | | | | | | | |
| | | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 2,800 | | 22,600 |
| | | 780 | 0 | 780 | 493 | 0 | 1,380 | 0 | 0 | 1,380 | 0 | 0 | 0 | | 4,813 |
| | | 0 | 0 | 0 | 72,000 | 60,300 | 54,000 | 65,700 | 98,098 | 36,000 | 50,404 | 44,439 | 30,261 | | 511,202 |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14,600 | 14,600 | 0 | | 29,200 |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,920 | 0 | | 7,920 |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 878 | 0 | 484 | 15,000 | 0 | 0 | | 16,362 |
| | | 61,739 | 100,302 | 195,162 | 321,861 | 221,760 | 301,286 | 232,291 | 256,476 | 327,135 | 342,405 | 340,386 | 260,550 | | 2,961,354 |
| Marketing Expense | Total | 64,319 | 102,102 | 197,742 | 396,154 | 283,860 | 358,466 | 300,669 | 356,374 | 366,799 | 424,209 | 409,145 | 293,611 | | 3,553,451 |
| | | | | | | | | | | | | | | | |
| | | 0 | 310,795 | 1,695 | 0 | 0 | 0 | 0 | 0 | 62,290 | 0 | 0 | 0 | | 374,780 |
| Company Registration Fees | Total | 0 | 310,795 | 1,695 | 0 | 0 | 0 | 0 | 0 | 62,290 | 0 | 0 | 0 | | 374,780 |
| | | | | | | | | | | | | | | | |
| | | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | | 25,920 |
| | | 1,157 | 7,988 | 22,586 | 4,359 | | | | | | | | | | |
| Office Expenses | Total | 3,317 | 10,148 | 24,746 | 6,519 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | | 62,010 |
| | | | | | | | | | | | | | | | |
| | | 54,179 | 46,359 | 54,759 | 54,815 | 73,020 | 86,660 | 69,119 | 74,019 | 75,807 | 78,401 | 90,121 | 109,043 | | 866,303 |
| | | 9,515 | 9,748 | 10,750 | 11,429 | | | | | | | | | | |
| Payroll | Total | 63,694 | 56,107 | 65,509 | 66,245 | 73,020 | 86,660 | 69,119 | 74,019 | 75,807 | 78,401 | 90,121 | 109,043 | | 907,745 |
| | | | | | | | | | | | | | | | |
| | | 0 | 0 | 5,650 | 0 | 0 | 0 | 0 | 0 | 13,751 | 341 | 0 | 0 | | 19,742 |
| Others | Total | 0 | 0 | 5,650 | 0 | 0 | 0 | 0 | 0 | 13,751 | 341 | 0 | 0 | | 19,742 |
| | | | | | | | | | | | | | | | |
| Total Operating Costs | | 439,580 | 1,078,389 | 830,851 | 918,977 | 836,530 | 1,145,497 | 973,049 | 1,038,495 | 1,289,089 | 1,369,888 | 1,249,319 | 937,833 | | 12,107,497 |
| Total Expenses (incl. payouts) | | 5,143,090 | 6,912,706 | 8,525,964 | 8,787,047 | 9,368,971 | 12,977,998 | 17,089,905 | 16,736,771 | 15,702,031 | 17,762,793 | 17,213,514 | 15,393,729 | | 151,614,518 |
| Operating Income (before I,T,D) | | 5,763,339 | 5,446,020 | 6,886,366 | 5,906,510 | 8,414,044 | 9,324,754 | 3,698,457 | 5,803,580 | 7,112,752 | 5,698,505 | 5,753,806 | 1,649,828 | | 71,457,961 |

7

AUTOMATTIC0002679
AUTOMATTIC0002678