# Exhibit D

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3687**

WRITER'S EMAIL ADDRESS
**dakotaspeas@quinnemanuel.com**

October 18, 2023

**URGENT**
**VIA E-MAIL**

Sari B. Placona
Counsel to Temporary Receiver
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 721-5030
E-Mail: splacona@msbnj.com

Re:   *CFTC v. Traders Global Group Incorporated, et al.*, Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

Counsel:

    We write on behalf of our clients Traders Global Group Incorporated, a New Jersey corporation doing business as "My Forex Funds," Traders Global Group Incorporated, a Canadian business organization, and Mr. Murtuza Kazmi (collectively, "Defendants") to notify you of action necessary to preserve the *status quo* and to protect the value of Defendants' assets. Specifically, the Temporary Receiver is obligated to settle outstanding debts with business vendors of My Forex Funds in order to avoid interest and other claims accruing against the estate.

    As you are aware, it is the Temporary Receiver's duty to preserve the value of Defendants' assets and to perform all acts necessary to do so. As a direct result of the SRO shutting down Defendants' business and freezing Defendants' assets, My Forex Funds has been unable to pay balances due to its business vendors. Many substantial vendor invoices are past due. Allowing these invoices to go unpaid would be a dereliction of the Temporary Receiver's duty to preserve the value of Defendants' assets because non-payment will result in the accrual of interest. Further, to the extent certain vendors, such as MetaQuotes, hold data and other informational assets related to My Forex Funds, non-payment of these invoices could result in the vendor destroying or

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

discarding relevant data. This is in no party's interest, and it falls on the Temporary Receiver to avoid such losses.

Below is a table of payments that need to be made immediately:

| Date of Invoice | Due Date of Payment | Charging Institution | Amount Due |
|---|---|---|---|
| July 31, 2023 | October 29, 2023 | Traders Global Generation | $29,939.00 USD |
| August 5, 2023 | August 20, 2023 | Traders Global Generation | $24,570.00 USD |
| August 31, 2023 | September 15, 2023 | Traders Global Generation | $50,625.00 USD |
| September 1, 2023 | September 15, 2023 | MetaQuotes | $52,008.34 USD |
| September 13, 2023 | October 8, 2023 | American Express | $141,973.86 USD |
| September 28, 2023 | October 13, 2023 | All About Business | $132,000.00 Euros |
| October 2, 2023 | October 2, 2023 | Amazon Web Services, Inc. | $576.73 USD |
| October 8, 2023 | October 8, 2023 | Meteorik | $1,600.00 USD |
| October 9, 2023 | October 9, 2023 | Microsoft | $1,006.14 CAD |
| October 9, 2023 | September 27, 2023 | Trustpilot | $1,590.00 USD |

Enclosed herein are copies of these invoices.

We insist that the Temporary Receiver fulfill its obligations and pay these invoices immediately.

2

Sincerely,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Dakota S. Speas

cc:    Ashley J. Burden;
       Elizabeth M. Streit;
       Katherine S. Paulson;
       Michele M. Dudas;
       Anthony Sodono, III;
       Robert A. Zink;
       Michael Shaheen, III