Anthony J. Staltari (Attorney ID. No. 233022017)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com

Michael Shaheen, III (*pro hac vice*)
Robert A. Zink (*pro hac vice*)
Kurt Wolf (*pro hac vice* pending)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
michaelshaheen@quinnemanuel.com
robertzink@quinnemanuel.com

Dakota Speas (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>                Plaintiff,<br><br>v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>                Defendants. | Civil Action No. 3:23-cv-11808-ZNQ-TJB<br><br>**DECLARATION OF KURT WOLFE IN SUPPORT OF MOTION TO ADMIT COUNSEL <u>*PRO HAC VICE*</u>** |

Kurt Wolfe declares pursuant 28 U.S.C. § 1746 as follows:

1. I am an attorney-at-law admitted to practice in the District of Columbia and the Commonwealth of Virginia and Of Counsel in Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"), attorneys for Defendant for Traders Global Group Inc., a New Jersey corporation doing business as "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi. I am familiar with the proceedings in this matter. I make this certification in support of my application for the admission as counsel *pro hac vice* in this matter.

2. Pursuant to Local Rule 101.1, I certify that I am admitted to and am in good standing with the following courts:

| **Courts of the Commonwealth of Virginia** | **Courts of the District of Columbia** |
|---|---|
| Virginia State Bar | Bar of the District of Columbia Bar |
| 1111 East Main Street, Suite 700 | 1016 16th St NW Ste 101 |
| Richmond, Virginia 23219 | Washington, DC 20036 |
| (804) 775-0500 | (202) 737-4700 |
| **Dated Admitted:  October 12, 2006** | **Date Admitted: October 06, 2008** |

`
3. I am a member in good standing of the Bars to which I am admitted. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I have not been convicted of a felony.

4. If admitted *pro hac vice,* I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings.

5. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

3

6. For the foregoing reasons, I respectfully request that the Court enter an Order pursuant to Local Civil Rule 101.1(c) admitting me *pro hac vice* in this matter.

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed in Washington, D.C. on this 24th day of October 2023.

_____
Kurt Wolfe