Anthony J. Staltari (Attorney ID. No. 233022017)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com

Michael Shaheen, III (*pro hac vice*)
Robert A. Zink (*pro hac vice*)
Kurt Wolfe (*pro hac vice* pending)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
michaelshaheen@quinnemanuel.com
robertzink@quinnemanuel.com

Dakota Speas (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>        Plaintiff,<br><br>        v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>        Defendants. | Civil Action No. 3:23-cv-11808-ZNQ-TJB<br><br>**DECLARATION OF ANTHONY J. STALTARI IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Anthony J. Staltari declares pursuant 28 U.S.C. § 1746 as follows:

1. I am an attorney with Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Defendants Traders Global Group Inc., a New Jersey corporation doing business as "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi ("Defendants") in this case. I am familiar with the proceedings in this matter.

2. I respectfully submit this Declaration in support of Defendants' motion, for an Order, pursuant to Local Civil Rule 101.1(c) for the *pro hac vice* admission of Kurt Wolfe and for such further and other relief as the Court deems necessary and proper.

3. As demonstrated by his declaration submitted concurrently herewith, Kurt Wolfe is an attorney at Quinn Emanuel. Mr. Wolfe is in good standing with and authorized to practice before the Courts of the District of Columbia and the Commonwealth of Virginia. I have reviewed Mr. Wolfe's declaration and believe it to be true and correct.

4. Pursuant to Local Rule 101.1, I certify that I am admitted to am in good standing with the following courts:

**State of New Jersey**
New Jersey Board of Bar Examiners
Richard J. Hughes Justice Complex
25 W. Market Street 8th Floor, North Wing
Trenton, New Jersey 08611
(609) 984-2111
**Dated Admitted: 4/19/2017**

**State of New York**
Supreme Court of the State of New York
Appellate Division: First Department
Committee on Character and Fitness
41 Madison Avenue, 26th Floor
New York, New York 10010
 (646) 386-5893
**Dated Admitted: 2/7/2005**

**U.S. District Court for the District of New Jersey**
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 415
Newark, New Jersey 07101
**Admitted: 5/12/2017**

**U.S. District Court for the Southern District of New York**
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10036
(212) 805-0800
**Admitted: 5/17/2005**

| | |
|---|---|
| **U.S. District Court for the** <br> **Eastern District of New York** <br> U.S. Federal Courthouse <br> 225 Cadman Plaza East <br> Brooklyn, New York 11201 <br> (718) 613-2600 <br> **Admitted: 5/19/2005** | **U.S. District Court for the** <br> **Northern District of New York** <br> James M. Hanley Federal Building & <br> U.S. Courthouse <br> 100 S. Clinton St. <br> Syracuse, New York 13261 <br> (315) 234-8500 <br> **Admitted: 8/1/2019** |
| **U.S. Court of Appeals for the** <br> **Second Circuit** <br> Attorney Admissions <br> Thurgood Marshall U.S. Courthouse <br> 40 Foley Square <br> New York, New York 10007 <br> (212) 857-8603 <br> **Admitted: 5/12/2017** | **U.S. Court of Appeals for the** <br> **Third Circuit** <br> Attorney Admissions <br> James A. Byrne U.S. Courthouse <br> 601 Market Street <br> Philadelphia, PA 19106 <br> (215) 597-2995 <br> **Admitted: 8/21/2006** |
| **U.S. Court of Appeals** <br> **for Veterans' Claims** <br> Attorney Admissions <br> 625 Indiana Avenue, N.W., Suite 900 <br> Washington, D.C. 20004 <br> (202) 501-5970 <br> **Admitted: 9/12/2019** | |

5.  Mr. Wolfe is familiar with the facts of this case and has been retained as counsel by Defendants to conduct this litigation. Defendants have requested that the above-mentioned counsel be permitted to assist and represent them during the course of this litigation and trial.

6.  I am a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey. I or another member of Quinn Emanuel who is a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey will sign all pleadings filed with the Court on behalf of Defendants in this matter and will be present for all appearances before the Court unless previously excused from appearing by the Court.

7.      I hereby affirm that I will be responsible for the conduct of the attorney whose admission *pro hac vice* is requested, that I will comply with the requirements of L. Civ. R. 101.1(c), and that I will assure compliance with L. Civ. R. 101.1(c) by the attorneys whose admission *pro hac vice* is requested.

8.      All parties who have appeared in this action have confirmed through their counsel of record that they do not oppose this application.

9.      For the foregoing reasons, Defendants respectfully requests that the Court enter an Order pursuant to Local Civil Rule 101.1(c) admitting Kurt Wolfe *pro hac vice* in this matter, and for such further and other relief as the Court deems necessary and proper.

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on this 25th day of October, 2023.

                                                         */s/ Anthony J. Staltari*
                                                          Anthony J. Staltari