UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

COMMODITY FUTURES TRADING
COMMISSION,

          Plaintiff,

          v.

TRADERS GLOBAL GROUP INC., *et al.*,

          Defendant.

Civil Action No. 23-11808 (ZNQ) (TJB)

**ORDER**

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon an Emergency Motion to Modify the Order Granting Plaintiff's Motion for an *Ex Parte* Statutory Restraining Order filed by Defendants (the "Motion to Modify," ECF No. 42), a Joint Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt filed by CFTC and the Temporary Receiver (the "Motion for Contempt," ECF No. 48), and an informal Motion for Protective Order filed by Defendants (ECF No. 76). For the reasons expressed in the opinion delivered today on the record,

    **IT IS** on this **26th** day of **October 2023**,

    **ORDERED** that the Motion to Modify (ECF No. 42) is hereby **GRANTED IN PART** and **DENIED IN PART**; the parties are instructed to confer and to propose a new Temporary Receiver within one week, or to each propose three candidates, along with summaries of their qualifications, if the parties cannot agree; the parties are also instructed to raise any objections to the appointment of Special Master Jose Linares within one week; and it is further

    **ORDERED** that Defendants' frozen funds shall immediately be released in the following one-time payment amounts: $300,000 USD to pay Defendants' legal counsel; $4,000 CAD to pay

for Defendant Kazmi's medical expenses; $1,040 CAD to cover tuition for his children; and $117,697.32 CAD for Defendants to pay the salaries of the employees of Traders Global, not to include Mr. Kazmi himself; and it is further

**ORDERED** that Defendant Kazmi shall provide an affidavit under penalty of perjury that discloses all of Defendants' assets within one week, including any present interest or contingent interest; and it is further

**ORDERED** that the Motion for Contempt (ECF No. 48) is hereby **DENIED**; and it is further

**ORDERED** that the Motion for Protective Order (ECF No. 76) is hereby **DENIED**.

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE