quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7221**

WRITER'S EMAIL ADDRESS
**anthonystaltari@quinnemanuel.com**

October 30, 2023

<u>VIA ECF</u>

Clerk of the Court
United States District Court
for the District of New Jersey
Attn: Finance Division
402 East State Street, Room 2020
Trenton, N.J. 08608-1507

Re:   **<u>Request for refund of duplicate pro hac vice fees paid in 3:23-cv-11808</u>**

To Whom it May Concern:

  We represent Defendants Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds", Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi in *CFTC v. Traders Global Group, Inc., et al.,* 3:23-cv-11808, currently pending in Trenton. As noted in my October 4, 2023 email to the Finance Help Desk and at the direction of Ms. Szeflinski, I hereby request a refund of a duplicate *pro hac vice fee* paid on October 3, 2023.

  On October 3, 2023, we attempted to file three (3) Requests for *Pro Hac Vice* Counsel to Receive NEFs and paid the requisite *pro hac vice* fees for each attorney.  See Dkt. Nos. 82, 83, and 84 of 3:23-cv-11808. During the filing for Mr. Shaheen, we encountered an error with pay.gov while filing Dkt. No. 83 and were forced to pay that fee twice.  See attached Receipt Nos. **ANJDC-14759371** and ANJDC-14759380. An Amex was used for all of these transactions.  The billing address is Anthony Staltari, 51 Madison Avenue, 22nd Floor, New York, NY 10010.

  As ANJDC-14759380 was the receipt notated on the docket at Dkt No. 84 as being applied to Mr. Sheehan's *pro hac vice* fees, a request for a refund for the $150 noted with receipt **ANJDC-14759371** is hereby made as it is a duplicate payment.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

      I may be reached at (212) 849-7221 should you or the Court have any questions or require additional documentation concerning this request.

Respectfully,

Anthony J. Staltari

Encls.

**Anthony J. Staltari**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, October 3, 2023 10:35 PM |
| **To:** | New York Managing Attorneys Office |
| **Subject:** | Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

[EXTERNAL EMAIL from do_not_reply@psc.uscourts.gov]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

Account Number: 4386756
Court: NEW JERSEY DISTRICT COURT
Amount: $150.00
Tracking Id: ANJDC-14759371
Approval Code: 122347
Card Number: ************1007
Date/Time: 10/03/2023 10:34:46 ET

Person Completing Transaction: Anthony J. Staltari
Attorney Name: Anthony J. Staltari
Attorney Email: anthonystaltari@quinnemanuel.com

NOTE: This is an automated message. Please do not reply

**Anthony J. Staltari**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, October 3, 2023 11:39 PM |
| **To:** | New York Managing Attorneys Office |
| **Subject:** | Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

[EXTERNAL EMAIL from do_not_reply@psc.uscourts.gov]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

Account Number: 4386756
Court: NEW JERSEY DISTRICT COURT
Amount: $150.00
Tracking Id: ANJDC-14759380
Approval Code: 154179
Card Number: ************1007
Date/Time: 10/03/2023 11:39:20 ET

Person Completing Transaction: Anthony J. Staltari
Attorney Name: Anthony J. Staltari
Attorney Email: anthonystaltari@quinnemanuel.com

NOTE: This is an automated message. Please do not reply