Exhibit C-2





Line wrap ☐

```
 1    <!DOCTYPE html>
 2    <html lang="en-US" prefix="og: https://ogp.me/ns#">
 3    <head>
 4        <meta charset="UTF-8" />
 5        <meta name="viewport" content="width=device-width, initial-scale=1" />
 6
 7    <!-- Search Engine Optimization by Rank Math - https://s.rankmath.com/home -->
 8    <meta name="robots" content="noindex, follow"/>
 9    <meta property="og:locale" content="en_US" />
10    <meta property="og:type" content="article" />
11    <meta property="og:title" content="Checkout | My Forex Funds" />
12    <meta property="og:url" content="https://myforexfunds.com/checkout/" />
13    <meta property="og:site_name" content="My Forex Funds" />
14    <meta property="article:publisher" content="https://www.facebook.com/myforexfunds" />
15    <meta property="og:image" content="https://myforexfunds.com/wp-content/uploads/2022/11/0-02-05-6c0809d64dd98ff9fa33dbd928d788fa21e9cb4f0acbe8d6e81aa25
16    <meta property="og:image:secure_url" content="https://myforexfunds.com/wp-content/uploads/2022/11/0-02-05-6c0809d64dd98ff9fa33dbd928d788fa21e9cb4f0acbe
17    <meta property="og:image:width" content="1024" />
18    <meta property="og:image:height" content="576" />
19    <meta property="og:image:alt" content="Checkout" />
20    <meta property="og:image:type" content="image/jpeg" />
21    <meta property="article:published_time" content="2022-10-07T15:11:19-04:00" />
22    <meta name="twitter:card" content="summary_large_image" />
23    <meta name="twitter:title" content="Checkout | My Forex Funds" />
24    <meta name="twitter:image" content="https://myforexfunds.com/wp-content/uploads/2022/11/0-02-05-6c0809d64dd98ff9fa33dbd928d788fa21e9cb4f0acbe8d6e81aa25
25    <meta name="twitter:label1" content="Time to read" />
26    <meta name="twitter:data1" content="Less than a minute" />
27    <script type="application/ld+json" class="rank-math-schema">{"@context":"https://schema.org","@graph":[{"@type":"Place","@id":"https://myforexfunds.com
28    <!-- /Rank Math WordPress SEO plugin -->
29
30    <title>Checkout | My Forex Funds</title>
31    <link rel="dns-prefetch" href="//kit.fontawesome.com" />
32    <link rel="dns-prefetch" href="//stats.wp.com" />
33    <link rel="dns-prefetch" href="//fonts.googleapis.com" />
34    <link rel="alternate" type="application/rss+xml" title="My Forex Funds &raquo; Feed" href="https://myforexfunds.com/feed/" />
35    <link rel="alternate" type="application/rss+xml" title="My Forex Funds &raquo; Comments Feed" href="https://myforexfunds.com/comments/feed/" />
36    <script>
37    window._wpemojiSettings = {"baseUrl":"https:\/\/s.w.org\/images\/core\/emoji\/14.0.0\/72x72\/","ext":".png","svgUrl":"https:\/\/s.w.org\/images\/core\/
38    /*! This file is auto-generated */
39    !function(e,a,t){var n,r,o,i=a.createElement("canvas"),p=i.getContext&&i.getContext("2d");function s(e,t){p.clearRect(0,0,i.width,i.height),p.fillText
40    </script>
41    <style>
42    img.wp-smiley,
43    img.emoji {
44        display: inline !important;
45        border: none !important;
46        box-shadow: none !important;
47        height: 1em !important;
48        width: 1em !important;
49        margin: 0 0.07em !important;
50        vertical-align: -0.1em !important;
51        background: none !important;
52        padding: 0 !important;
53    }
54    </style>
55        <link rel='stylesheet' id='all-css-0' href='https://myforexfunds.com/_static/??-eJytz8EKwjAQBNAfcl0ngO1B/BazWWJokg3ZpKF/b0EED4oXrzPMg8GegSRVThVzaM4
56    <style id='wp-block-paragraph-inline-css'>
57    .is-small-text{font-size:.875em}.is-regular-text{font-size:1em}.is-large-text{font-size:2.25em}.is-larger-text{font-size:3em}.has-drop-cap:not(:focus)
58    </style>
59    <link rel='stylesheet' id='all-css-2' href='https://myforexfunds.com/_static/??-eJzTLy/QTc7PK0nNK9EvyClNz8wr1s9OTEnNS07VTcrJT84u1k/JLC7RLy6pzIGJADXklOM
60    <style id='kadence-blocks-advancedheading-inline-css'>
61    .wp-block-kadence-advancedheading mark{color:#f76a0c;background:transparent;border-style:solid;border-width:0}.kb-adv-heading-icon{display: inline-flex
62    </style>
63    <style id='wp-block-list-inline-css'>
64    ol,ul{box-sizing:border-box}ol.has-background,ul.has-background{padding:1.25em 2.375em}
65    </style>
66    <style id='wp-block-site-logo-inline-css'>
67    .wp-block-site-logo{box-sizing:border-box;line-height:0}.wp-block-site-logo a{display:inline-block}.wp-block-site-logo.is-default-size img{height:auto;
68    </style>
69    <link rel='stylesheet' id='all-css-12' href='https://myforexfunds.com/_static/??-eJyFjUsKwzAMBS9URZR+iBelZ7ElUYwd2VRyS2/fEMg628fMPPx2oKYVu6iyjreGU1JFFSS
70    <style id='wp-block-social-links-inline-css'>
71    .wp-block-social-links{background:none;box-sizing:border-box;margin-left:0;padding-left:0;padding-right:0;text-indent:0}.wp-block-social-links .wp-soci
72    </style>
73    <style id='wp-block-library-inline-css'>
74    :root{--wp-admin-theme-color:#007cba;--wp-admin-theme-color-rgb:0,124,186;--wp-admin-theme-color-darker-10:#006ba1;--wp-admin-theme-color-darker-10--r
75    .has-text-align-justify{text-align:justify;}
76    </style>
77    <link rel='stylesheet' id='all-css-22' href='https://myforexfunds.com/_static/??-eJylzdEKgzAMBdAfWhcUtunD2LdolmmxbYpJKf69xTEYjD2IT4HcmxPI0SAHpaAQXRpsEF
78    <style id='woocommerce-layout-inline-css'>
79
80        .infinite-scroll .woocommerce-pagination {
81            display: none;
82        }
83    </style>
84    <link rel='stylesheet' id='only screen and (max-width: 768px)-css-22' href='https://myforexfunds.com/wp-content/plugins/woocommerce/assets/css/woocomme
85    <style id='woocommerce-inline-inline-css'>
86    .woocommerce form .form-row.required { visibility: visible; }
87    </style>
88    <style id='global-styles-inline-css'>
89    body{--wp--preset--color--black: #000000;--wp--preset--color--cyan-bluish-gray: #abb8c3;--wp--preset--color--white: #ffffff;--wp--preset--color--pale-p
90    /*cart*/
91    .woocommerce-page .woocommerce-cart-form #coupon_code {
92        color:white;
93        font-family: 'Poppins'
94    }
95
96    /*order received*/
```

```
 97   body.woocommerce-order-received {
 98       background-color: #050628;
 99       color: white;
100       font-family: Poppins, sans-serif;
101   }
102
103   body.woocommerce-order-received .wp-block-group.alignwide {
104       max-width: 1366px;
105       margin: 0 auto;
106       padding: 20px;
107       box-sizing: border-box;
108   }
109
110   body.woocommerce-order-received .wp-block-woocommerce-legacy-template,
111   body.woocommerce-order-received .woocommerce-order-details__title,
112   body.woocommerce-order-received .woocommerce-column__title {
113       color: #f9f9f9;
114       font-size: 24px;
115       margin-bottom: 20px;
116   }
117
118   body.woocommerce-order-received .woocommerce-notice {
119       background-color: #3e8e41;
120       padding: 10px;
121       border-radius: 5px;
122       color: white;
123   }
124
125   body.woocommerce-order-received .woocommerce-order-overview__order,
126   body.woocommerce-order-received .woocommerce-order-overview__date,
127   body.woocommerce-order-received .woocommerce-order-overview__email,
128   body.woocommerce-order-received .woocommerce-order-overview__total {
129       margin-bottom: 10px;
130   }
131
132   body.woocommerce-order-received .woocommerce-order-overview__total {
133       font-weight: bold;
134       color: #e8e8e8;
135   }
136
137   body.woocommerce-order-received .woocommerce-table--order-details {
138       width: 100%;
139       border-collapse: collapse;
140       margin-top: 20px;
141   }
142
143   body.woocommerce-order-received .woocommerce-table--order-details th,
144   body.woocommerce-order-received .woocommerce-table--order-details td {
145       border: 1px solid #ddd;
146       padding: 10px;
147   }
148
149   body.woocommerce-order-received .woocommerce-table--order-details th {
150       background-color: #404040;
151       color: white;
152   }
153
154   body.woocommerce-order-received .woocommerce-table--order-details td {
155       background-color: #202020;
156       color: #f9f9f9;
157   }
158
159   body.woocommerce-order-received .woocommerce-customer-details {
160       margin-top: 30px;
161   }
162
163   body.woocommerce-order-received .woocommerce-customer-details address {
164       line-height: 1.6;
165   }
166
167   body.woocommerce-order-received .woocommerce-customer-details--phone,
168   body.woocommerce-order-received .woocommerce-customer-details--email {
169       font-weight: bold;
170       color: #f9f9f9;
171   }
172
173
174   /*error on checkout*/
175   .woocommerce .woocommerce-NoticeGroup-checkout ul.woocommerce-error[role=alert] {
176       color: #e7e7e7;
177       background: #b83669;
178   }
179
180
181   /*mini cart*/
182
183   .components-modal__frame.wc-block-mini-cart__drawer.is-mobile.wc-block-components-drawer {
184       z-index:999;
185   }
186   .wc-block-mini-cart__footer .wc-block-components-totals-item.wc-block-mini-cart__footer-subtotal {
187       font-size:18px;
188       font-weight:300;
189   }
190
191   .wc-block-mini-cart__footer .wc-block-components-totals-item.wc-block-mini-cart__footer-subtotal .wc-block-components-totals-item__description {
192       display:none;
193   }
194
```

4

```css
195
196    .wc-block-mini-cart__footer {
197        margin-bottom:55px;
198    }
199
200
201    /*tables products css*/
202
203    .tooltip {
204        font-size:12px !important;
205        text-underline-offset: 3px !important;
206    }
207
208    .price:hover {
209        color:white;
210        background-color:black !important;
211    }
212
213    .price-table-head:hover {
214      background-color: #eef2fe !important;
215    }
216
217
218
219    #tab-rapid .kt-tab-title:active {
220        background-color:black !important;
221    }
222
223    #tab-rapid .kt-tab-title {
224      background-color: #068ACC !important;
225    }
226
227    #tab-evaluation .kt-tab-title {
228      background-color: #0570A6 !important;
229    }
230
231    #tab-accelerated .kt-tab-title {
232      background-color: #045680 !important;
233    }
234
235    .kt-blocks-carousel .slick-prev {
236        left: 0px;
237    }
238
239    .kt-blocks-carousel .slick-next {
240        right: 0px;
241    }
242
243    .kt-blocks-carousel .slick-prev, .kt-blocks-carousel .slick-next {
244        top: 34px;
245        height: 64px;
246        width: 64px;
247        border-radius: 0px !important;
248        background: #060b2a;
249        opacity: 1;
250    }
251
252    .cell-products-view-last {
253        border-bottom:1px #DBDBDB solid;
254        padding-bottom:20px;
255        margin-bottom:-15px;
256    font-family: Poppins;
257      }
258
259    .plan-button-products-view:hover {
260    color: white !important;
261          }
262    .price-cell{
263        padding: 0px !important;
264    }
265
266        .plan-button-products-view {
267        display: block;
268        width: -webkit-fill-available;
269        font-family: "Poppins", Sans-serif;
270        font-size: 13px;
271        font-weight: 300;
272        text-decoration: underline;
273        fill: #EDF2FF;
274        color: #EDF2FF !important;
275        background-color: #050628;
276        border-radius: 0px 0px 0px 0px;
277        padding: 25px 25px 25px 25px;
278        line-height: 0;
279        text-align: center;
280        }
281
282    .plan-button-products-view:hover {
283      background-color: #060B2A;
284      border: solid 1px #060B2A;
285      color: white;
286    }
287
288        .table-products-view {
289        text-align: center;
290        min-width:100% !important;
291        display: flex;
292        flex-direction: column;
        align-items: center;
```

```
293       }
294
295       .row-products-view {
296              color: #050628;
297         font-size:14px;
298         min-width:100% !important;
299         display: block;
300       }
301
302       .tooltip-products-view {
303              margin: auto;
304         padding:10px;
305         background:#E9ECFF;
306         color:  #056EA3;
307         position: relative;
308              font-size: 11px;
309              font-family: "Poppins", Sans-serif;
310         text-decoration: underline;
311       }
312  .cell-products-view {
313       text-align: center;
314       font-family: "Poppins", Sans-serif;
315       font-weight: 400;
316       padding: 19px;
317  }
318
319
320       .tooltip-products-view .tooltiptext-products-view {
321         font-family:'Poppins';
322         visibility: hidden;
323         width:220px;
324         background-color: black;
325         color: white;
326              font-weight: 400;
327         text-align: center;
328         border-radius: 6px;
329         padding: 10px;
330         position:absolute;
331         z-index: 99;
332         bottom:45px;
333              left: 0;
334         right: 0;
335         margin-left: auto;
336         margin-right: auto;
337         font-size: 10px !important;
338  margin-bottom:-25px;
339              margin-bottom:-12px;
340       }
341
342       .tooltip-products-view .tooltiptext-products-view::after {
343         content: "";
344         position: absolute;
345         top: 100%;
346         left: 50%;
347         margin-left: -5px;
348         border-width: 5px;
349         border-style: solid;
350         border-color: black transparent transparent transparent;
351       }
352
353
354       .tooltip-products-view:hover .tooltiptext-products-view {
355         visibility: visible;
356       }
357
358       .first-row-products-view {
359         background-color: #0570A6;
360       }
361
362       .first-row-products-view .cell-products-view {
363         font-family: Poppins;
364         font-size: 18px;
365         font-weight: bold;
366         color: white;
367              padding: 20px;
368       }
369
370  .slick-active .tooltip-products-view .cell-products-view {
371       padding-top: 0px;
372       padding-bottom: 0px;
373  }
374  .kt-blocks-carousel .slick-dots {
375       bottom:-40px;
376  }
377
378
379  /*header css*/
380
381  .wc-block-mini-cart__badge:empty{
382       border:0 !important;
383       display: none !important;
384  }
385  .kb-row-layout-id_ca3225-2f > .kt-row-column-wrap {
386       grid-template-columns: minmax(0, 20%) minmax(0, 80%) !important;
387  }
388
389
390  /* Hide the original SVG */
```

**6**

```
391  .wc-block-mini-cart__icon {
392      display: none;
393  }
394
395  /* Add new icon */
396  .wc-block-mini-cart__quantity-badge::before {
397      content: "";
398      display: inline-block;
399      width: 20px;  /* adjust these values to match your icon's aspect ratio */
400      height: 20px;
401      background: url('https://myforexfunds.com/wp-content/uploads/2023/07/icon_cart.svg') no-repeat;
402      background-size: contain;
403      vertical-align: middle;
404  }
405
406
407
408  #mega-menu-wrap-max_mega_menu_1 #mega-menu-max_mega_menu_1 {
409      padding:0px !important;
410  }
411
412  .logged-in .sign-in-button-top {
413      display:none !important;
414  }
415
416  body:not(.logged-in) .my-account-button-top{
417      display:none !important;
418  }
419
420  @media screen and (max-width: 1198px) {
421      .desktop-cart, .desktop-button, .vertical-line {
422  display: none !important;
423      }
424
425  }
426  /*
427  .kb-row-layout-id_1b942b-dc {
428      z-index: 111 !important;
429      position: relative;
430  }*/
431
432  .wp-block-navigation.has-background .has-child .wp-block-navigation__submenu-container {
433      margin-left: 0px;
434      margin-top: 0px;
435      min-width: 10em !important;
436      max-width: 1000px !important;
437      left: 0;
438      top: 100%;
439      width: auto !important;
440  }
441
442  .wp-block-column.ticss-250e48ff.has-primary-background-color.has-background.is-layout-flow.wp-block-column-is-layout-flow {
443      display: flex;
444      flex-direction: row;
445      flex-wrap: nowrap;
446      gap: 0px;
447      justify-content: flex-end;
448      align-items: center;
449  }
450  .wp-block-columns.has-primary-background-color.has-background.is-layout-flex.wp-container-5.wp-block-columns-is-layout-flex {
451      max-width: 1366px;
452      margin: auto;
453  }
454  header.wp-block-template-part {
455      background-color: #050628;
456  }
457  .wp-block-kadence-advancedbtn.kb-buttons-wrap.kb-btns_fed1be-65.ticss-7fee2f71 {
458      margin: inherit;
459  }
460  .wc-block-mini-cart.wp-block-woocommerce-mini-cart.has-text-color.has-tertiary-color {
461      margin: inherit;
462  }
463
464
465  .language-option.active-language {
466    background-color: transparent !important;
467  }
468  a#weglot-language-en {
469      color: white !important;
470  }
471  .language-option {
472      background: #050628 !important;
473  }
474  .language-option a {
475      color: white !important;
476  }
477
478
479
480  /*mobile  header*/
481  @media (max-width: 767px) {
482  .kb-row-layout-id_e0785b-fc > .kt-row-column-wrap {
483      column-gap: var(--global-kb-gap-none, 0 );
484      grid-template-columns: minmax(0, 40%) minmax(0, 40%) minmax(0, 20%) !important;
485  }
486  .ticss-ec7f216c.desktop-header {
487      display: none;
488  }
```

7

```
489   .kb-row-layout-id_7ad007-38 > .kt-row-column-wrap {
490        grid-template-columns: minmax(0, 80%) minmax(0, 20%) !important;
491   }
492
493   /*.mobile-column    .kb-row-layout-id_7ad007-38 > .kt-row-column-wrap,  .kb-row-layout-id_7ad007-38 > .kt-row-column-wrap {
494        grid-template-columns: minmax(0, 80%) minmax(0, 20%) ;
495   }*/
496        .kb-row-layout-id_7ad007-38 > .kt-row-column-wrap {
497        column-gap: var(--global-kb-gap-sm, 1rem);
498        grid-template-columns: minmax(0, 80%) minmax(0, 20%) !important;
499   }
500   .wp-block-kadence-advancedbtn.kb-buttons-wrap.kb-btns_612ae6-c8 {
501        flex-wrap: nowrap !important;
502   }
503   }
504   .wp-block-kadence-advancedbtn.kb-buttons-wrap.kb-btns_612ae6-c8 {
505        flex-wrap: nowrap !important;
506   }
507   @media screen and (max-width: 1023px) {
508   .wp-block-kadence-advancedbtn.kb-buttons-wrap.kb-btns_612ae6-c8 {
509        flex-wrap: nowrap !important;
510   }
511   }
512   @media (max-width: 1024px) {
513   .kb-row-layout-id_7ad007-38 > .kt-row-column-wrap {
514        grid-template-columns: minmax(0, 80%) minmax(0, 20%) !important;
515   }
516        .kb-row-layout-id_cedd7e-90 > .kt-row-column-wrap{
517             grid-template-columns: minmax(0, 80%) minmax(0, 20%) !important;
518        }
519   }
520   .desktoprow.kb-row-layout-id_72d1f8-13 > .kt-row-column-wrap {
521
522             grid-template-columns: minmax(0, 20%) minmax(0, 80%) !important;
523   }
524   .mobile-column.kb-row-layout-id_f60784-43 > .kt-row-column-wrap {
525        grid-template-columns: minmax(0, 85%) minmax(0, 15%);
526   }
527   .wp-block-kadence-advancedbtn .mobile-header-button {
528        width: 45%;
529   }
530   @media (min-width: 1000px) {
531   .desktoprow.kb-row-layout-id_f0cbc5-ba > .kt-row-column-wrap {
532        grid-template-columns: minmax(0, 20%) minmax(0, 80%);
533             gap: 0px;
534   }
535   .wp-block-kadence-advancedbtn.kb-buttons-wrap.kb-btns_612ae6-c8 {
536        flex-wrap: nowrap !important;
537   }
538
539   }
540   @media (min-width: 1198px){
541        .only-mobile-column {
542   display: none !important; }
543   .wp-block-kadence-advancedbtn.kb-buttons-wrap.kb-btns_612ae6-c8 {
544        flex-wrap: nowrap !important;
545   }
546        .kb-row-layout-id_1b942b-dc {
547        display: none;
548   }
549        .kb-row-layout-wrap.kb-row-layout-id_401a81-8f.alignnone.header_btuttons.wp-block-kadence-rowlayout {
550        display: none !important;
551   }
552
553
554
555   a.kb-button.kt-button.button.kb-btn_9dff9b-62.kt-btn-size-standard.kt-btn-width-type-fixed.kb-btn-global-fill.kt-btn-has-text-true.kt-btn-has-svg-true
556        width: 50%;
557        font-size: var(--global-kb-font-size-sm, 0.9rem);
558        border-top: 0px solid;
559        border-right: 0px solid;
560        border-bottom: 0px solid;
561        border-left: 0px solid;
562   }
563        a.kb-button.kt-button.button.kb-btn_9d98c8-ba.kt-btn-size-standard.kt-btn-width-type-fixed.kb-btn-global-fill.kt-btn-has-text-true.kt-btn-has-svg-t
564        width: 50%;
565        font-size: var(--global-kb-font-size-sm, 0.9rem);
566        border-top: 0px solid;
567        border-right: 0px solid;
568        border-bottom: 0px solid;
569        border-left: 0px solid;
570   }
571
572   }
573
574
575   .menu-column .kt-inside-inner-col {
576        justify-content: flex-end !important;
577   }
578        .menu-column {
579        align-items: flex-end !important;
580   }
581   header.menu-column {
582        align-items: end !important;
583   }
584
585
586   .wp-block-kadence-advancedbtn.kb-btns_5cbaa7-11 {
```

8

```
587        flex-wrap: nowrap !important;
588    }
589    .desktoprow.kb-row-layout-id_f0cbc5-ba > .kt-row-column-wrap {
590        grid-template-columns: minmax(0, 20%) minmax(0, 80%) !important;
591        gap: 0px;
592    }
593    }
594    .wp-block-kadence-advancedbtn.kb-btns_5cbaa7-11 {
595        display: flex;
596        flex-wrap: nowrap !important;
597    }
598
599
600
601
602    /*lines in the header*/
603
604        .vertical-line {
605            height: 60px;
606            width: 1px;
607            background-color: #06B3C9;
608     margin-left: 5px;
609            margin-right: 5px;
610            display: inline-block;
611        }
612
613
614    /*end css lines*/
615
616    /* end header        .ticss-8cbfe22a*/
617    /*header mini cart*/
618    h2.wp-block-woocommerce-mini-cart-title-block.wc-block-mini-cart__title {
619        display: none;
620    }
621    .wc-block-components-drawer__content {
622        margin-top: 0px !important;
623        font-weight: 400 !important;
624        height: calc(105dvh - 32px) !important;
625    }
626    .wc-block-mini-cart__items .wc-block-mini-cart__products-table .wc-block-cart-items__row {
627        background: transparent !important;
628    }
629    button.components-button.wc-block-components-button.wp-element-button.wc-block-components-drawer__close.contained.has-text.has-icon {
630        margin-top: 10px;
631        color: #fff !important;
632    }
633    .components-modal__frame.wc-block-mini-cart__drawer.is-mobile.wc-block-components-drawer {
634        position: fixed;
635        font-family: "Poppins";
636        font-weight: 500;
637        color: white;
638        left: var(--side-cart-alignment-left,auto);
639        right: var(--side-cart-alignment-right,0);
640        transform: translateX(0);
641        top: 0;
642        bottom: 0;
643        display: flex;
644        flex-direction: column;
645        align-items: stretch;
646        font-size: 14px;
647        min-height: 200px;
648        width: 300px;
649        max-width: 100%;
650        transition: .3s;
651        padding: var(--cart-padding,20px 30px);
652        background-color: #050628;
653        box-shadow: 0 0 20px rgba(0,0,0,.2);
654        border-left: 1px solid;
655        border-color: #EDF2FF;
656        border-radius: var(--cart-border-radius,0);
657        margin-top: var(--mini-cart-spacing,0);
658    }
659
660
661        --main-alignment: center;
662        --side-cart-alignment-transform: translateX(100%);
663        --side-cart-alignment-left: auto;
664        --side-cart-alignment-right: 0;
665        --divider-style: solid;
666        --subtotal-divider-style: solid;
667        --view-cart-button-display: none;
668        --cart-footer-layout: 1fr;
669        --cart-footer-buttons-alignment-display: block;
670        --cart-footer-buttons-alignment-text-align: left;
671        --cart-footer-buttons-alignment-button-width: auto;
672    }
673    .wc-block-components-drawer__screen-overlay--with-slide-in {
674        -webkit-animation-duration: .3s;
675        animation-duration: .3s;
676        -webkit-animation-name: none !important;
677        animation-name: auto !important;
678    }
679
680
681    .wc-block-components-drawer__screen-overlay--with-slide-in .wc-block-components-drawer {
682        -webkit-animation-duration: .3s;
683        animation-duration: .3s;
684        -webkit-animation-name: none;
685        animation-name: none !important;
```

**9**

```
685  }
686
687  .wp-block-woocommerce-filled-mini-cart-contents-block {
688      background: #050628;
689      justify-content: space-between;
690  }
691
692  .wc-block-mini-cart__items .wc-block-mini-cart__products-table span.price.wc-block-components-product-price {
693      display: none;
694  }
695  .wc-block-mini-cart__items .wc-block-mini-cart__products-table a.wc-block-components-product-name {
696      color: #06b3c9 !important;
697  }
698  a.components-button.wc-block-components-button.wp-element-button.wp-block-woocommerce-mini-cart-checkout-button-block.wc-block-mini-cart__checkout-
     color: #050628;
699      padding: 12px;
700      background-color: #9DFFE6;
701  }
702
703  a.components-button.wc-block-components-button.wp-element-button.wp-block-woocommerce-mini-cart-cart-button-block.wc-block-mini-cart__footer-cart.outli
704      color: #050628;
705      padding: 12px;
706      background-color: #9DFFE6;
707  }
708  .wc-block-mini-cart__items .wc-block-mini-cart__products-table button.wc-block-cart-item__remove-link {
709      color: #c36 !important;
710  }
711
712  .wc-block-components-drawer__screen-overlay--with-slide-out {
713      z-index: 999999999 !important;
714  }
715  /*end minicart css*/
716  /*footer*/
717  footer.wp-block-template-part {
718      margin-top: 0px !important;
719  }
720  /*end footer*/
721
722  body {
723      --wp--style--global--content-size: 100% !important;
724      --wp--style--global--wide-size: 100% !important;
725      --wp--style--root--padding-right: var(--wp--preset--spacing--0) !important;
726      --wp--style--root--padding-bottom: 0px;
727      --wp--style--root--padding-left: var(--wp--preset--spacing--0) !important;
728      font-family: 'Poppins';
729      background-color:white;
730  }
731
732  .post-type-archive-faq .wp-block-post-title, .tax-faq_category .wp-block-post-title{
733      display: block;
734  }
735
736  .post-type-archive-faq .wp-block-post-excerpt__more-link, .search-results .wp-block-post-excerpt__more-link, .tax-faq_category .wp-block-post-excerpt__
737      color:white !important;
738      font-size: 11px !important;
739      font-weight: 500 !important;
740      background-color: #050628 !important;
741      padding: 8px 13px 8px !important;
742  }
743
744  /*success trade css*/
745  @media and screen (min-width: 750px){
746          .ticss-b0e7e1c4 {
747      margin-bottom: 80px !important;
748  }
749  }
750
751
752  /*single post page css*/
753  body.post-template-default.single.single-post figure.feature img {
754      clip-path: polygon(100% 0%, 75% 50%, 100% 100%, 25% 100%, 0% 50%, 25% 0%);
755      transition: clip-path 1s ease-in-out 0s;
756      width: 100%;
757      height: 60vh !important;
758      object-fit: cover !important;
759  }
760  body.post-template-default.single.single-post figure.feature img:hover{
761  clip-path: polygon(75% 0%, 100% 50%, 75% 100%, 0% 100%, 25% 50%, 0% 0%);
762  }
763  .single-article.wp-block-kadence-rowlayout {
764      text-align: left;
765      color: #050628;
766      font-family: "Poppins", Sans-serif !important;
767      font-size: 18px !important;
768      font-weight: 300 !important;
769      line-height: 32px;
770  }
771  .sharedaddy.sd-sharing-enabled {
772      border-top: 1px solid #06B3C9;
773      padding-top: 40px;
774  }
775
776  /*post page css end*/
777
778
779  wp-block-group is-layout-flow wp-block-group-is-layout-flow {
780      margin-top:0px!important;
781  }
782  /*vedio pages css*/
```

**10**

```
783  body.video_interviews-template-default.single.single-video_interviews h1.wp-block-post-title {
784      display: none;
785      margin: 0px !important;
786  }
787  body.video_interviews-template-default.single.single-video_interviews .entry-content.wp-block-post-content.has-global-padding.is-layout-constrained.wp-
788      margin-top: 0px;
789  }
790
791  /*blogpage css*/
792  body.post-template-default.single.single-post .wp-block-group.has-global-padding.is-layout-constrained.wp-block-group-is-layout-constrained {
793      display: none;
794  }
795  .entry-content.wp-block-post-content.has-global-padding.is-layout-constrained.wp-block-post-content-is-layout-constrained {
796      margin-top: 0px;
797  }
798  .entry-content.wp-block-post-content.is-layout-flow.wp-block-post-content-is-layout-flow {
799      margin-top: 0px !important;
800  }
801  /*
802  img.wp-image-1221950.size-full.jetpack-lazy-image.jetpack-lazy-image--handled {
803      height: 61px !important;
804      width: 62px;
805  }*/
806
807
808  /*cart page css */
809
810  @media screen and (max-width:750px){
811
812      form.woocommerce-cart-form {
813          width: 100% !important;
814              background: #171717;
815          padding: 25px;
816          margin-bottom: 25px;
817  }
818      .woocommerce-cart main .woocommerce {
819          display: flex;
820          flex-wrap: wrap !important;
821  }
822      .woocommerce .cart-collaterals, .woocommerce-page .cart-collaterals {
823          width: 95% !important;
824          margin-left: 0px !important;
825          margin-top: 0px;
826  }
827
828      .woocommerce-page .woocommerce-cart-form .coupon {
829          display: flex;
830          align-items: center;
831          flex-wrap: wrap !important;
832  }
833      .woocommerce-page table.cart td.actions .coupon .button{
834              width: 100% !important;
835          }
836      .page-id-1221849 .woocommerce {
837          display: flex !important;
838          flex-wrap: wrap;
839  }
840
841  }
842
843  main#wp--skip-link--target {
844      margin-top: 0px !important;
845  }
846  .woocommerce-cart main .woocommerce {
847      display: flex;
848  }
849  .page-id-1221849 .woocommerce {
850      display: flex !important;
851  }
852  .woocommerce .cart-collaterals, .woocommerce-page .cart-collaterals {
853      width: 40%;
854      margin-left: 30px;
855  margin-top: 0px;
856  }
857  @media screen and (min-width: 800px){
858  form.woocommerce-cart-form {
859      width: 60% !important;
860  background: #171717;
861      padding: 25px;
862  }
863  }
864  .woocommerce .cart-collaterals .cart_totals, .woocommerce-page .cart-collaterals .cart_totals {
865      float: none;
866      width: 90%;
867  }
868  .woocommerce .cart-collaterals .cart_totals, .woocommerce-page .cart-collaterals table.shop_table.shop_table_responsive td {
869      text-align: right;
870  color: white;
871  }
872  .woocommerce-page .cart-collaterals h2 {
873      text-align: left;
874      text-transform: capitalize;
875      margin-top: 0;
876  }
877  .woocommerce div.product form.cart table.variations th {
878      line-height: 1rem;
879  }
880
```

```
881 }
882 .cart_totals {
883     background-color: #0A0A0A;
884     padding: 25px;
885 }
886 tr.cart-subtotal {
887     border-bottom: 1px solid #ebe9eb !important;
888 }
889
890
891
892
893 thead {
894     color: white !important;
895 }
896 .product-thumbnail {
897     display: none;
898 }
899 td {
900     color: white;
901 }
902 .woocommerce-page table.shop_table_responsive tbody tr {
903     border-top: 1px solid #ffffff;
904 }
905 td.product-name {
906     font-family: 'Poppins';
907     line-height: 1;
908 }
909 td.product-name a {
910     color: #06b3c9 !important;
911 }
912 .woocommerce-page table.cart td.actions .coupon {
913     width: 100%;
914 }
915 .woocommerce-page .woocommerce-cart-form #coupon_code {
916     width: 80%;
917     height: 43px !important;
918 background: #232324;
919     border: 1px;
920 }
921 input.qty {
922     background-color: transparent;
923     color: #FFFFFF;
924     border: 1px solid #232324;
925     border-radius: 3px;
926     padding: 1px 2px !important;
927     text-align: left;
928     font-size: 14px;
929     min-height: 28px;
930     max-height: 28px;
931 }
932 .woocommerce-page .woocommerce-cart-form table.shop_table_responsive .product-remove a {
933     color: #C90671 !important;
934     font-weight: 700 !important;
935     font-size: 21px;
936     font-family: 'Poppins';
937     border-radius: 100%;
938     text-decoration: inherit;
939 }
940 .woocommerce-notices-wrapper {
941     display: none;
942 }
943
944
945 /*buttons css*/
946 a.checkout-button.button.alt.wc-forward.wp-element-button {
947     background: #056EA3 !important;
948     font-size: 15px;
949     width: -webkit-fill-available;
950     padding: 15px !important;
951     line-height: 1;
952     color: white;
953     font-weight: 400;
954 }
955
956 .actions button.button.wp-element-button {
957     background: #056EA3 !important;
958     font-size: 15px;
959     width: -webkit-fill-available;
960     padding: 15px !important;
961     line-height: 1;
962     color: white;
963     font-weight: 400;
964 }
965 .coupon button.button.wp-element-button {
966     width: 40%;
967 }
968 /* end cart */
969
970 /* checkout css */
971 .wp-block-woocommerce-checkout.wc-block-checkout {
972     max-width: 1366px !important;
973 }
974
975 .wc-block-components-form .wc-block-components-checkout-step {
976     background: #232324 !important;
977 padding: 24px !important;
978
```

```
979  button.components-button.wc-block-components-button.wp-element-button.wc-block-components-checkout-place-order-button.contained {
980      background-color: #06b3c9 !important;
981  }
982  .wc-block-components-order-summary-item__image img {
983      display: none !important;
984  }
985  .wc-block-components-checkout-step--with-step-number .wc-block-components-checkout-step__title::before {
986  display: none;
987  }
988  .wc-block-components-checkout-step--with-step-number .wc-block-components-checkout-step__container::after {
989  display: none;
990  }
991  .wc-block-components-order-summary .wc-block-components-order-summary-item__quantity {
992      transform: translate(0%,60%) !important;
993      border-radius: 0px !important;
994      background: transparent !important;
995      color: white !important;
996      border: none !important;
997      min-height: 30px !important;
998      box-shadow: none;
999      font-size: 15px !important;
1000 }
1001 button.components-button.wc-block-components-button.wp-element-button.wc-block-components-totals-coupon__button.contained {
1002     background-color: #06b3c9 !important;
1003     color: white !important;
1004 }
1005
1006 @media screen and (max-width: 950px){
1007 form.checkout_coupon.woocommerce-form-coupon p.form-row.form-row-first {
1008     display: flex;
1009     width: 60%;
1010 }
1011 form.checkout_coupon.woocommerce-form-coupon p.form-row.form-row-last {
1012     display: flex;
1013     flex-direction: row;
1014     line-height: 1;
1015     width: 35%;
1016 }
1017
1018 }
1019 @media screen and (min-width: 950px){
1020 form.checkout_coupon.woocommerce-form-coupon p.form-row.form-row-first {
1021     display: flex;
1022     width: 48%;
1023 }
1024 form.checkout_coupon.woocommerce-form-coupon p.form-row.form-row-last {
1025     display: flex;
1026     flex-direction: row;
1027     line-height: 1;
1028     width: 50%;
1029 }
1030 }
1031 form.checkout_coupon.woocommerce-form-coupon {
1032     padding-left: 0px !important;
1033 }
1034
1035
1036 /* FAQ */
1037 .taxonomy-faq_category {
1038     display:inline;
1039 }
1040 /*FAQ SEARCH filters*/
1041 @media screen and (max-width: 850px){
1042     input.faq_search_class__search-field{
1043         width: 100% !important;
1044         padding: 11px !important;
1045     }
1046     form#faq-search-form {
1047         width: 100% !important;
1048     }
1049     select#faq-category-filter {
1050     background: white !important;
1051     color: black !important;
1052     padding: 10px;
1053     font-weight: 400;
1054 }
1055 }
1056
1057 form.wp-block-search__button-inside.wp-block-search__icon-button.wp-block-search {
1058     display: none !important;
1059 }
1060
1061 form#faq-search-form {
1062     position: relative;
1063     display: inline-flex;
1064     align-items: center;
1065     width: 100%;
1066     line-height: inherit;
1067     word-break: normal;
1068     margin-bottom: 20px;
1069 }
1070 input.faq_search_class__search-field {
1071     border: 0px solid #949494;
1072     flex-grow: 1;
1073     margin-left: 0;
1074     margin-right: 0;
1075     width: 100%;
1076     padding: 8px;
```

13

```
1077        text-decoration: unset!important;
1078        padding: 14px;
1079  font-family:'Poppins';
1080  border:none;
1081  }
1082  input.faq_search_class__search-field:focus-visible {
1083        border: 0px solid #009688;
1084        background-color: white;
1085            outline: -webkit-focus-ring-color auto 0px !important;
1086  }
1087  button.faq_search_class__search-button {
1088        border-width: 0px;
1089        border-style: none;
1090        border-radius: 0px;
1091        font-size: 12px;
1092        color: white;
1093        background-color: #050628;
1094        padding: 18px 10px;
1095        line-height: inherit;
1096          margin-left: 10px;
1097        word-break: normal;
1098          cursor: pointer;
1099  }
1100  body.archive.search.search-results.post-type-archive.post-type-archive-faq form.wp-block-search__button-inside.wp-block-search__icon-button.wp-block-se
1101        display: none !important;
1102  }
1103  /* category filter*/
1104  .faq_search_class__category-filter-container {
1105        margin-bottom: 20px;
1106
1107  }
1108
1109  .faq_search_class__category-filter-container label {
1110            color: white;
1111        font-weight: 400;
1112        margin-right: 20px;
1113  }
1114  select#faq-category-filter {
1115        padding: 10px;
1116        font-weight: 400;
1117  }
1118  select#faq-category-filter:focus-visible{
1119        outline: -webkit-focus-ring-color auto 0px !important;
1120  }
1121  .faq_search_class__search-form {
1122        display: flex;
1123        flex-direction: column;
1124    }
1125
1126    .faq_search_class__category-filter-container {
1127        order: -1;
1128    }
1129
1130  /*products single pages css*/
1131
1132  .single-product.woocommerce div.product table.variations {
1133        max-width:200px;
1134  }
1135
1136
1137
1138
1139  .woocommerce div.product form.cart .variations select {
1140        padding: 10px !important;
1141  border: 5px solid #EAEAEA !important;
1142  border-right: 20px solid #EAEAEA !important;
1143  }
1144
1145
1146  .reset_variations {
1147        display: none !important;
1148  }
1149
1150  .woocommerce button.button.alt  {
1151  text-indent: -9999px;
1152   line-height: 0;
1153  }
1154  .woocommerce button.button.alt:after {
1155   content: 'Register';
1156   text-indent: 0;
1157   display: block;
1158   line-height: initial;
1159  }
1160
1161  .single-product p.wp-block-post-excerpt__excerpt {
1162        font-size: 14px;
1163        font-weight: 400;
1164        font-family: 'Poppins';
1165  }
1166  .single-product td.value {
1167        width: 100%;
1168  }
1169  .single-product.product form.cart .variations select {
1170        max-width: 100%;
1171        min-width: 75% !important;
1172        display: inline-block;
1173        margin-right: 1em;
1174
```

**14**

```
1175    .single-product.woocommerce div.product table.variations tr td select {
1176        margin: calc(var(--wp--style--block-gap)/ 4) 0;
1177        background: #EAEAEA;
1178        padding: 10px !important;
1179        border: 5px solid #EAEAEA !important;
1180        border-right: 20px solid #EAEAEA !important;
1181        line-height: 1;
1182    }
1183
1184    /* tag pages css */
1185    h1.has-text-align-center.alignwide.ticss-2d9c146a.tag-archive-title.wp-block-query-title {
1186        font-weight: 600 !important;
1187        font-size: 40px !important;
1188    }
1189    .taxonomy-post_tag.has-link-color.has-background.wp-block-post-terms {
1190        width: fit-content !important;
1191    }
1192
1193    /* products tables css */
1194        /* text tip on hover */
1195    span.tooltiptext {
1196        visibility: hidden !important;
1197        width: 220px;
1198        background-color: black;
1199        color: #fff;
1200        text-align: center;
1201        border-radius: 6px;
1202        padding: 10px;
1203        position: absolute;
1204        z-index: 99;
1205        bottom: 65%;
1206        left: 45%;
1207        margin-left: -110px;
1208    }
1209    .tooltip:hover .tooltiptext {
1210        visibility: visible !important;
1211    }
1212    .tooltip {
1213        position: relative;
1214        display: block;
1215        border-bottom: 1px white;
1216        font-family: Poppins;
1217        font-size: 11px;
1218        color: white;
1219        text-decoration-line: underline;
1220        text-decoration-style: dotted;
1221        text-decoration-thickness: 1px;
1222        text-underline-offset: 11px;
1223    }
1224    /* table css */
1225    @media screen and (max-width: 850px) {
1226    .products_table_desktop{
1227    display: none;
1228    }
1229    }
1230    .products_table_desktop {
1231        font-weight: 400;
1232        width: 100%;
1233        border-collapse: collapse;
1234        border: 0 none;
1235    text-align: center;
1236    }
1237    .products_table_desktop tr td {
1238        font-weight: 400;
1239    font-family: Poppins !important;
1240        border-left: 1px solid #edf2ff;
1241
1242        font-size: 13px;
1243        text-align: revert;
1244    color: #050628;
1245    }
1246    /* price button css */
1247    td.pricecolumn {
1248        padding: 8px 8px !important;
1249    margin: 10px 10px 10px 10px;
1250    }
1251    td.pricecolumn a.price {
1252        font-family: Poppins;
1253        font-size: 13px;
1254        font-weight: 300;
1255        text-decoration: underline;
1256        fill: #056ea3;
1257        color: #056ea3 !important;
1258        background-color: #BFECFF00;
1259        border-style: solid;
1260        border-width: 1px 1px 1px 1px;
1261        border-color: #056ea3;
1262        border-radius: 0px 0px 0px 0px;
1263        padding: 20px 20px;
1264        line-height: 1;
1265    }
1266    td.pricecolumn a.price:hover {
1267        color: #EDF2FF !important;
1268        background-color: #056EA3 !important;
1269        border-color: #056EA3;
1270    }
1271
1272
```

**15**

```
1273  /*mobile carousel css of tab;es*/
1274  @media screen and (min-width: 850px) {
1275  .table-carousel {
1276  display: none;
1277  }
1278  }
1279
1280
1281  /*my account*/
1282  td.woocommerce-orders-table__cell {
1283      color: #050628 !important;
1284  }
1285
1286  .woocommerce-page .woocommerce-table--order-details td, .woocommerce-page .woocommerce-table--order-details th {
1287      text-align: left;
1288      border-top: 1px solid #050628 !important;
1289      border-bottom: 1px solid #050628 !important;
1290      font-weight: 400;
1291  }
1292  th.woocommerce-table__product-name.product-name {
1293      color: #050628 !important;
1294  }
1295  th.woocommerce-table__product-table.product-total {
1296      color: #050628 !important;
1297  }
1298  .page-id-1221851 span.woocommerce-Price-amount.amount {
1299      color: #050628;
1300  }
1301  section.woocommerce-customer-details address {
1302      border-color: #050628 !important;
1303      color: #050628 !important;
1304  }
1305  table.woocommerce-table.woocommerce-table--order-details.shop_table.order_details {
1306      color: #050628;
1307  }
1308
1309  h2.woocommerce-column__title {
1310      color: #050628 !important;
1311  }
1312  .page-id-1221851 td.product-name a {
1313  color:  #050628 !important;
1314  }
1315  </style>
1316  <style id='core-block-supports-inline-css'>
1317  .wp-container-1.wp-container-1{flex-wrap:nowrap;gap:10px 10px;justify-content:flex-start;}.wp-elements-a6511a52382abf64fbd5b05bfff398f0 a,.wp-elements-
1318  </style>
1319  <link rel='stylesheet' id='google-fonts-css' href='https://fonts.googleapis.com/css2?family=Poppins%3Aital%2Cwght%400%2C200%3B0%2C300%3B0%2C400%3B0%2C5
1320  <link rel='stylesheet' id='all-css-30' href='https://myforexfunds.com/wp-includes/css/dashicons.min.css?m=1689625837g' type='text/css' media='all' />
1321  <link rel='stylesheet' id='megamenu-google-fonts-css' href='//fonts.googleapis.com/css2?family=Poppins%3A400%2C700&#038;ver=6.2.2' media='all' />
1322  <link rel='stylesheet' id='all-css-32' href='https://myforexfunds.com/_static/??-eJydjtEKwjAMRX/IlohQtgfxW8rMajFNS5NR/Htr3atOfEtycw4XSjJTZEVWSLQ4zwIBn0
1323  <style id='weglot-css-inline-css'>
1324  @media screen and (min-width: 1199px) {
1325    #mega-menu-max_mega_menu_1 > aside {
1326        display: none!important;
1327    }
1328  }
1329
1330  #mega-menu-max_mega_menu_1 > aside {
1331      display: flex!important;
1332      left: 7px!important;
1333  }
1334  </style>
1335  <style id='custom-flag-handle-inline-css'>
1336  .weglot-flags.flag-0.ar>a:before,.weglot-flags.flag-0.ar>span:before {background-image: url(https://cdn.weglot.com/flags/rectangle_mat/kw.svg); }.wegl
1337  </style>
1338  <style id='kadence-blocks-global-variables-inline-css'>
1339  :root {--global-kb-font-size-sm:clamp(0.8rem, 0.73rem + 0.217vw, 0.9rem);--global-kb-font-size-md:clamp(1.1rem, 0.995rem + 0.326vw, 1.25rem);--global-k
1340  </style>
1341  <style id='kadence_blocks_css-inline-css'>
1342  .kadence-column_d4cdf0-0e > .kt-inside-inner-col,.kadence-column_d4cdf0-0e > .kt-inside-inner-col:before{border-top-left-radius:0px;border-top-right-ra
1343  </style>
1344  <style id='kadence_blocks_custom_css-inline-css'>
1345  .kb-row-layout-id_132da9-10 {  background: #050628;  z-index:99999;}.wp-element-button  {  background-color: #06b3c9;  color: #f6f7f7; }.kb-row-layout
1346  </style>
1347  <link rel='stylesheet' id='all-css-40' href='https://myforexfunds.com/wp-content/mu-plugins/jetpack-12.3/css/jetpack.css?m=1690016659g' type='text/css
1348  <script id='WCPAY_ASSETS-js-extra'>
1349  var wcpayAssets = {"url":"https:\/\/myforexfunds.com\/wp-content\/plugins\/woocommerce-payments\/dist\/"};
1350  </script>
1351  <script src='https://myforexfunds.com/wp-includes/js/jquery/jquery.min.js?ver=3.6.4' id='jquery-core-js'></script>
1352  <script id='jquery-core-js-after'>
1353          jQuery(document).ready( function() {
1354              var nonce = '9ed8c190c7';
1355              jQuery('.request_analyzer_url').click( function(e) {
1356                  e.preventDefault();
1357                  var request_analyzer_btn = jQuery(this);
1358                  var request_analyzer_loading_txt = '<span class="analyzer-txt-loading">Creating URL...</span>';
1359                  var request_analyzer_loaded_txt  = '<span class="analyzer-txt-loaded">Done, redirecting...</span>';
1360                  request_analyzer_btn.fadeOut(function() {
1361                      request_analyzer_btn.after(request_analyzer_loading_txt);
1362                  });
1363                  jQuery.ajax({
1364                      type : 'post',
1365                      dataType : 'json',
1366                      url : 'https://myforexfunds.com/wp-admin/admin-ajax.php',
1367                      data : {action: 'wp_aab_user_analyzer_url', nonce: nonce},
1368                      success: function(response) {
1369                          if(response.type == 'success') {
1370                              window.location.replace(response.analyzer_url);
```

```
1371                                 jQuery('.analyzer-txt-loading').fadeOut(function() {
1372                                     request_analyzer_btn.after(request_analyzer_loaded_txt);
1373                                 });
1374                         }
1375                         else {
1376                                 jQuery('.analyzer-txt-loading').fadeOut(function() {
1377                                     request_analyzer_btn.fadeIn(function() {
1378                                     alert(response.errormessage)
1379                                 });
1380                             }
1381                         }
1382                     });
1383
1384                 });
1385             });
1386 </script>
1387 <script id='woocommerce-tokenization-form-js-extra'>
1388 var wc_tokenization_form_params = {"is_registration_required":"1","is_logged_in":""};
1389 </script>
1390 <script id='cookie-law-info-js-extra'>
1391 var Cli_Data = {"nn_cookie_ids":["wordpress_test_cookie","_ga_TENSSL09K6","_ga","test_cookie","IDE","VISITOR_INFO1_LIVE","YSC","fr","_fbp","elementor",
1392 var cli_cookiebar_settings = {"animate_speed_hide":"500","animate_speed_show":"500","background":"#FFFF","border":"#b1a6a6c2","border_on":"","button_1_t
1393 var log_object = {"ajax_url":"https:\/\/myforexfunds.com\/wp-admin\/admin-ajax.php"};
1394 </script>
1395 <script type='text/javascript' src='https://myforexfunds.com/_static/??-eJyVkOFOwzAMhF+IzALEVH4gnoVN3OAuiYvjrGxPv7QrqELaBFKkKLrPdxfDNBpKNhSHGYZ6PgvyKab7
1396 <script id='wp-i18n-js-extra'>
1397 wp.i18n.setLocaleData( { 'text direction\u0004ltr': [ 'ltr' ] } );
1398 </script>
1399 <script type='text/javascript' src='https://myforexfunds.com/wp-content/plugins/woocommerce-gateway-stripe/assets/js/jquery.mask.min.js?m=1685994893g'
1400 <link rel='wlwmanifest' type='application/wlwmanifest+xml' href='https://myforexfunds.com/wp-includes/wlwmanifest.xml' />
1401 <meta name='generator' content='WordPress 6.2.2' />
1402
1403 <link rel='shortlink' href='https://myforexfunds.com/?p=1221850' />
1403 <link rel='alternate' type='application/json+oembed' href='https://myforexfunds.com/wp-json/oembed/1.0/embed?url=https%3A%2F%2Fmyforexfunds.com%2Fcheck
1404 <link rel='alternate' type='text/xml+oembed' href='https://myforexfunds.com/wp-json/oembed/1.0/embed?url=https%3A%2F%2Fmyforexfunds.com%2Fcheckout%2F&f
1405     <!-- Global site tag (gtag.js) - Google Analytics -->
1406     <script async src='https://www.googletagmanager.com/gtag/js?id=G-VTYXDHM73C'></script>
1407     <script>
1408         window.dataLayer = window.dataLayer || [];
1409         function gtag(){dataLayer.push(arguments);}
1410         gtag('js', new Date());
1411         gtag('config', 'G-VTYXDHM73C');
1412     </script>
1413
1414     <!-- TrustBox script -->
1415     <script type='text/javascript' src='//widget.trustpilot.com/bootstrap/v5/tp.widget.bootstrap.min.js' async></script>
1416     <!-- End TrustBox script -->
1417
1418     <!-- Google Tag Manager -->
1419     <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
1420     new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
1421     j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
1422     'https://www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
1423     })(window,document,'script','dataLayer','GTM-WSNZPZV');</script>
1424     <!-- End Google Tag Manager -->
1425
1426     <!-- Twitter conversion tracking base code -->
1427     <script>
1428     !function(e,t,n,s,u,a){e.twq||((s=e.twq=function(){s.exe?s.exe.apply(s,arguments):s.queue.push(arguments);
1429     },s.version='1.1',s.queue=[],u=t.createElement(n),u.async=!0,u.src='https://static.ads-twitter.com/uwt.js',
1430     a=t.getElementsByTagName(n)[0],a.parentNode.insertBefore(u,a)))(window,document,'script');
1431     twq('config','ocv3b');
1432     </script>
1433     <!-- End Twitter conversion tracking base code -->
1434
1435     <script>
1436     var head = document.head;
1437     var script = document.createElement('script');
1438     script.type = 'text/javascript';
1439     script.src = "https://184444.t.hyros.com/v1/lst/universal-script?ph=23ccf4fb6fb0bdd588ebd1dc4bded256105d4037bb09ecc282be202467e4c11c&tag=!clicked&ref
1440     head.appendChild(script);
1441     </script>
1442     <!-- Facebook Pixel Code -->
1443     <script>!function(f,b,e,v,n,t,s){if(f.fbq)return;n=f.fbq=function(){n.callMethod?n.callMethod.apply(n,arguments):n.queue.push(arguments)};if(!f._fbq)
1444     <noscript> <img height="1" width="1" src="https://www.facebook.com/tr?id=313396814370570&ev=PageView&noscript=1"/></noscript>
1445     <!-- End Facebook Pixel Code -->
1446
1447 <!-- Affiliates Manager plugin v2.9.19 - https://wpaffiliatemanager.com/ -->
1448     <style>img#wpstats{display:none}</style>
1449
1450 <style type="text/css" media="all">
1451 .ticss-9025e373 {
1452 font-family: "Poppins", Sans-serif !important;
1453   font-weight: 400 !important;
1454 }
1455 .ticss-3598ff8b {
1456   color: white
1457 }
1458 .ticss-4d34e4be {
1459   color: white;
1460   margin-bottom: 30px !important;
1461     background: #232324 !important;
1462   padding: 25px !important;
1463 }
1464 .ticss-b2bcb882 {
1465   color: white;
1466   background: #232324 !important;
1467   padding: 25px !important;
1468   margin-bottom: 30px !important;
```

```
1470  }
1471  .ticss-fe1b4167 {
1472      background: #232324 !important;
1473      padding: 25px !important;
1474      margin-bottom: 30px !important;
1475  }
1476  .ticss-f2e965d0 {
1477      background: #232324 !important;
1478      padding: 25px !important;
1479  }
1480
1481  </style>
1482
1483  <link rel="alternate" href="https://myforexfunds.com/checkout/" hreflang="en"/>
1484  <link rel="alternate" href="https://myforexfunds.com/es/checkout/" hreflang="es"/>
1485  <link rel="alternate" href="https://myforexfunds.com/ar/checkout/" hreflang="ar"/>
1486  <link rel="alternate" href="https://myforexfunds.com/id/checkout/" hreflang="id"/>
1487  <link rel="alternate" href="https://myforexfunds.com/zh/checkout/" hreflang="zh"/>
1488  <link rel="alternate" href="https://myforexfunds.com/de/checkout/" hreflang="de"/>
1489  <link rel="alternate" href="https://myforexfunds.com/fr/checkout/" hreflang="fr"/>
1490  <link rel="alternate" href="https://myforexfunds.com/tr/checkout/" hreflang="tr"/>
1491  <script type="application/json" id="weglot-data">{"language_from":"en","excluded_paths":[],"excluded_blocks":[],"custom_settings":{"button_style":{"cus
1492          <style type="text/css">
1493          /* If html does not have either class, do not show lazy loaded images. */
1494          html:not( .jetpack-lazy-images-js-enabled ):not( .js ) .jetpack-lazy-image {
1495              display: none;
1496          }
1497          </style>
1498          <script>
1499              document.documentElement.classList.add(
1500                  'jetpack-lazy-images-js-enabled'
1501              );
1502          </script>
1503          <style id="kadence-blocks-post-custom-css">img.wc-block-components-product-image {
1504  display: none !important;
1505  }
1506
1507  .wc-block-components-order-summary-item__quantity{
1508  transform: translate(0%,60%) !important;
1509      border-radius: 0px !important;
1510      background: transparent !important;
1511      color: white !important;
1512      border: none !important;
1513      min-height: 30px !important;
1514      box-shadow: none;
1515      font-size: 15px !important;
1516  }</style><style id='wp-fonts-local'>
1517  @font-face{font-family:"DM Sans";font-style:normal;font-weight:400;font-display:fallback;src:url('/wp-content/themes/twentytwentythree/assets/fonts/dm-
1518  </style>
1519  <link href='//fonts.googleapis.com/css?family=Poppins:regular&amp;display=swap' rel='stylesheet'><link rel='icon' href='https://myforexfunds.com/wp-con
1520  <link rel="icon" href="https://myforexfunds.com/wp-content/uploads/2021/04/favico.png?w=192" sizes="192x192" />
1521  <link rel="apple-touch-icon" href="https://myforexfunds.com/wp-content/uploads/2021/04/favico.png?w=180" />
1522  <meta name="msapplication-TileImage" content="https://myforexfunds.com/wp-content/uploads/2021/04/favico.png?w=270" />
1523  <style type="text/css">/** Monday 7th August 2023 09:30:58 UTC (core) **//** THIS FILE IS AUTOMATICALLY GENERATED - DO NOT MAKE MANUAL EDITS! **//** Cu
1524  </head>
1525
1526  <body class="page-template-default page page-id-1221850 wp-custom-logo wp-embed-responsive theme-twentytwentythree woocommerce-checkout woocommerce-pag
1527  <div class="wp-site-blocks"><header class="wp-block-template-part"><header class="kb-row-layout-wrap kb-row-layout-id_132da9-10 alignnone has-primary-b
1528
1529  <div class="wp-block-kadence-column kadence-column_5e4e2f-f7"><div class="kt-inside-inner-col"><div class="ticss-cae341bc wp-block-site-logo"><a href="
1530
1531
1532
1533  <header class="wp-block-kadence-column kadence-column_a35d6a-4a kb-section-dir-horizontal kb-section-sm-dir-horizontal ticss-e7d54fdf menu-column"><div
1534          <span class="mega-toggle-animated-box">
1535              <span class="mega-toggle-animated-inner"></span>
1536          </span>
1537      </button></div></div></div></ul id="menu-mega_mega_menu_1" class="mega-menu max-mega-menu mega-menu-horizontal mega-no-js" data-even
1538  <ul class="mega-sub-menu">
1539  <li class="mega-menu-item mega-menu-item-type-custom mega-menu-item-object-custom mega-menu-item-1221820' id='mega-menu-item-1221820'><a class="mega-me
1540  </li><li class="mega-menu-item mega-menu-item-type-custom mega-menu-item-object-custom mega-menu-item-has-children mega-align-bottom-left mega-menu-fly
1541  <ul class="mega-sub-menu">
1542  <li class="mega-menu-item mega-menu-item-type-taxonomy mega-menu-item-object-faq_category mega-menu-item-392496' id='mega-menu-item-392496'><a class="m
1543  </li><li class="mega-menu-item mega-menu-item-type-custom mega-menu-item-object-custom mega-menu-item-has-children mega-align-bottom-left mega-menu-fly
1544  <li class="mega-menu-item mega-menu-item-type-custom mega-menu-item-object-custom mega-menu-item-has-children mega-menu-item-1221920' id='mega-menu-ite
1545      <ul class="mega-sub-menu">
1546  <li class="mega-menu-item mega-menu-item-type-taxonomy mega-menu-item-object-post_category mega-menu-item-1326272' id='mega-menu-item-1326272'><a class="meg
1547  </li><li class="mega-menu-item mega-menu-item-type-post_type mega-menu-item-object-page mega-menu-item-2439763' id='mega-menu-item-2439763'><a class="me
1548  </li><li class="mega-menu-item mega-menu-item-type-custom mega-menu-item-object-custom mega-align-bottom-left mega-menu-flyout mega-menu-item-1221941'
1549
1550
1551
1552
1553  <div class="vertical-line"></div>
1554
1555
1556
1557
1558  <div class="wp-block-kadence-advancedbtn kb-buttons-wrap kb-btns_f0aca2-2e button-header-desktop desktop-button"><a class="kb-button kt-button button l
1559
1560  <a class="kb-button kt-button button kb-btn_3431cb-f4 kb-btn-size-standard kt-btn-width-type-auto kb-btn-global-fill kt-btn-has-text-true kt-btn-has-sv
1561
1562  <a class="kb-button kt-button button kb-btn_7b7695-39 kb-btn-size-standard kt-btn-width-type-auto kb-btn-global-fill kt-btn-has-text-true kt-btn-has-sv
1563
1564
1565
1566
```

```
1567    <div class="vertical-line"></div>
1568
1569    <div data-block-name="woocommerce/mini-cart" data-has-hidden-price="true" data-has-custom-c-s-s="true" class="wc-block-mini-cart wp-block-woocommerce
1570        <button class="wc-block-mini-cart__button" disabled>
1571        <span class="wc-block-mini-cart__quantity-badge">
1572            <svg class="wc-block-mini-cart__icon" width="32" height="32" viewbox="0 0 32 32" fill="currentColor" xmlns="http://www.w3.org/2000/svg">
1573                <circle cx="12.6667" cy="24.6667" r="2" fill="currentColor"/>
1574                <circle cx="23.3333" cy="24.6667" r="2" fill="currentColor"/>
1575                <path fill-rule="evenodd" clip-rule="evenodd" d="M9.28491 10.0356C9.47481 9.80216 9.75971 9.66667 10.0606 9.66667H25.3333C25.6232 9
1576                <path fill-rule="evenodd" clip-rule="evenodd" d="M5.66669 6.66667C5.66669 6.11438 6.1144 5.66667 6.66669 5.66667H9.33335C9.81664 5
1577            </svg>
1578        </span>
1579        <span class="wc-block-mini-cart__badge" style="background:"></span>
1580    </span></button>
1581    </div></div></header>
1582
1583    </div></header>
1584
1585    <div class="kb-row-layout-wrap kb-row-layout-id_401a81-8f alignnone header_btuttons wp-block-kadence-rowlayout"><div class="kt-row-column-wrap kt-has-
1586    <div class="wp-block-kadence-column kadence_column_081b5d-34 kb-section-dir-vertical kb-section-sm-dir-vertical"><div class="kt-inside-inner-col">
1587    <div class="wp-block-kadence-advancedbtn kb-buttons-wrap kb-btns_612ae6-c8"><a class="kb-button kt-button button kb-btn_9dff9b-62 kt-btn-size-standard
1588
1589    <a class="kb-button kt-button button kb-btn_9d98c8-ba kt-btn-size-standard kt-btn-width-type-full kt-btn-global-fill kt-btn-has-text-true kt-btn-has-sv
1590    </div></div>
1591
1592    </div></div></header>
1593
1594    <div class="kb-row-layout-wrap kb-row-layout-id_25e373-38 alignnone kt-row-has-bg ticss-9025e373 wp-block-kadence-rowlayout"><div class="kt-row-column-
1595    <div class="wp-block-kadence-column kadence_column_98ff8b-3b kb-section-dir-vertical ticss-3598ff8b"><div class="kt-inside-inner-col"><div class="wooc
1596    <div class="woocommerce-notices-wrapper"></div>
1597    <div class="woocommerce-form-login-toggle">
1598    <div class="wc-block-components-notice-banner is-info" role="alert">
1599        <svg xmlns="http://www.w3.org/2000/svg" viewbox="0 0 24 24" width="24" height="24" aria-hidden="true" focusable="false">
1600            <path d="M12 3.2c-4.8 0-8.8 3.9-8.8 8.8 0 4.8 3.9 8.8 8.8 8.8 4.8 0 8.8-3.9 8.8-8.8 0-4.8-4-8.8-8.8-8.8zm0 16c-4 0-7.2-3.3-7.2-7.2C4.8 8
1601        </svg></div>
1602    <div class="wc-block-components-notice-banner__content">
1603        Returning customer? <a href="#" class="showlogin">Click here to login</a>        </div>
1604    </div></div>
1605    <form class="woocommerce-form woocommerce-form-login login" method="post" style="display:none;">
1606    <p>If you have shopped with us before, please enter your details below. If you are a new customer, please proceed to the Billing section.</p>
1607    <p class="form-row form-row-first">
1608        <label for="username">Username or email <span class="required">*</span></label><br />
1609        <input type="text" class="input-text" name="username" id="username" autocomplete="username" />
1610    </p>
1611    <p class="form-row form-row-last">
1612        <label for="password">Password <span class="required">*</span></label><br />
1613        <input class="input-text woocommerce-Input" type="password" name="password" id="password" autocomplete="current-password" />
1614    </p>
1615    <div class="clear"></div>
1616    <p class="form-row">
1617        <label class="woocommerce-form__label woocommerce-form__label-for-checkbox woocommerce-form-login__rememberme"><br />
1618            <input class="woocommerce-form__input woocommerce-form__input-checkbox" name="rememberme" type="checkbox" id="rememberme" value="forever"
1619        </label><br />
1620        <input type="hidden" id="woocommerce-login-nonce" name="woocommerce-login-nonce" value="4fb78ebb1d" /><input type="hidden" name="_wp_http_refer
1621        <button type="submit" class="woocommerce-button button woocommerce-form-login__submit wp-element-button" name="login" value="Login">Login</but
1622    </p>
1623    <p class="lost_password">
1624        <a href="https://myforexfunds.com/account-2/lost-password/">Lost your password?</a>
1625    </p>
1626    <div class="clear"></div>
1627    </form>
1628    <div class="woocommerce-form-coupon-toggle">
1629    <div class="wc-block-components-notice-banner is-info" role="alert">
1630        <svg xmlns="http://www.w3.org/2000/svg" viewbox="0 0 24 24" width="24" height="24" aria-hidden="true" focusable="false">
1631            <path d="M12 3.2c-4.8 0-8.8 3.9-8.8 8.8 0 4.8 3.9 8.8 8.8 8.8 4.8 0 8.8-3.9 8.8-8.8 0-4.8-4-8.8-8.8-8.8zm0 16c-4 0-7.2-3.3-7.2-7.2C4.8 8
1632        </svg></div>
1633    <div class="wc-block-components-notice-banner__content">
1634        Have a coupon? <a href="#" class="showcoupon">Click here to enter your code</a>        </div>
1635    </div></div>
1636    <form class="checkout_coupon woocommerce-form-coupon" method="post" style="display:none">
1637    <p>If you have a coupon code, please apply it below.</p>
1638    <p class="form-row form-row-first">
1639        <label for="coupon_code" class="screen-reader-text">Coupon:</label><br />
1640        <input type="text" name="coupon_code" class="input-text" placeholder="Coupon code" id="coupon_code" value="" />
1641    </p>
1642    <p class="form-row form-row-last">
1643        <button type="submit" class="button wp-element-button" name="apply_coupon" value="Apply coupon">Apply coupon</button>
1644    </p>
1645    <div class="clear"></div>
1646    </form>
1647    <div class="woocommerce-notices-wrapper"></div>
1648    <form name="checkout" method="post" class="checkout woocommerce-checkout" action="https://myforexfunds.com/checkout/" enctype="multipart/form-data">
1649        <input type="hidden" name="wcpay-fraud-prevention-token" value="Dt56ppiZIiIyYBY8"></p>
1650    <div class="wcpay-payment-request-wrapper" style="clear:both;padding-top:1.5em;display:none;">
1651    <div id="wcpay-payment-request-button">
1652        <!-- A Stripe Element will be inserted here. -->
1653    </div>
1654    </p></div>
1655    <p id="wcpay-payment-request-button-separator" style="margin-top:1.5em;text-align:center;display:none;">&mdash; OR &mdash;</p>
1656    <div class="col2-set" id="customer_details">
1657    <div class="col-1">
1658    <div class="woocommerce-billing-fields">
1659    <h3>Billing details</h3>
1660    <div class="woocommerce-billing-fields__field-wrapper">
```

**19**

```
1665  <p class="form-row form-row-first validate-required" id="billing_first_name_field" data-priority="10"><label for="billing_first_name" class="">First na
1666  <p class="form-row form-row-last validate-required" id="billing_last_name_field" data-priority="20"><label for="billing_last_name" class="">Last name&
1667  <p class="form-row form-row-wide address-field update_totals_on_change validate-required" id="billing_country_field" data-priority="40"><label for="bi
1668  <p class="form-row form-row-wide address-field validate-required" id="billing_address_1_field" data-priority="50"><label for="billing_address_1" class
1669  <p class="form-row form-row-wide address-field validate-required" id="billing_city_field" data-priority="70"><label for="billing_city" class="">Town /
1670  <p class="form-row form-row-wide address-field validate-state" id="billing_state_field" data-priority="80"><label for="billing_state
1671  <p class="form-row form-row-wide address-field validate-required validate-postcode" id="billing_postcode_field" data-priority="90"><label for="billing
1672  <p class="form-row form-row-wide validate-phone" id="billing_phone_field" data-priority="100"><label for="billing_phone" class="">Phone <span cl
1673  <p class="form-row form-row-wide validate-required validate-email" id="billing_email_field" data-priority="110"><label for="billing_email" class="">Em
1674  </p></div>
1675  <div class="woocommerce-account-fields"></div>
1676  </p></div>
1677  </p></div>
1678  <div class="col-2">
1679  <div class="woocommerce-shipping-fields">
1680       </div>
1681  <div class="woocommerce-additional-fields">
1682  <h3>Additional information</h3>
1683  <div class="woocommerce-additional-fields__field-wrapper">
1684  <p class="form-row notes" id="order_comments_field" data-priority=""><label for="order_comments" class="">Order notes <span class="optional">(opt
1685  </p></div>
1686  <p><input type="hidden" name="metorik_source_type" value="" /><input type="hidden" name="metorik_source_url" value="" /><input type="hidden" name="me
1687  </p></div>
1688  </p></div>
1689  <div class="col2-set">
1690  <h3 id="order_review_heading">Your order</h3>
1691  <div id="order_review" class="woocommerce-checkout-review-order">
1692  <table class="shop_table woocommerce-checkout-review-order-table">
1693  <thead>
1694  <tr>
1695  <th class="product-name">Product</th>
1696  <th class="product-total">Subtotal</th>
1697  </tr>
1698  </thead>
1699  <tbody>
1700  <tr class="cart_item">
1701  <td class="product-name">
1702               $300,000 USD Evaluation Standard &#8211; MT4                    <strong class="product-quantity">&times; 1</stro
1703  <td class="product-total">
1704               <span class="woocommerce-Price-amount amount"><bdi><span class="woocommerce-Price-currencySymbol">&#36;</span>1,389.00</bdi></
1705  </tr>
1706  </tbody>
1707  <tfoot>
1708  <tr class="cart-subtotal">
1709  <th>Subtotal</th>
1710  <td><span class="woocommerce-Price-amount amount"><bdi><span class="woocommerce-Price-currencySymbol">&#36;</span>1,389.00</bdi></span></td>
1711  </tr>
1712  <tr class="order-total">
1713  <th>Total</th>
1714  <td><strong><span class="woocommerce-Price-amount amount"><bdi><span class="woocommerce-Price-currencySymbol">&#36;</span>1,389.00</bdi></span></strong> USD</s
1715  </tr>
1716  </tfoot>
1717  </table>
1718  <div id="payment" class="woocommerce-checkout-payment">
1719  <ul class="wc_payment_methods payment_methods methods">
1720  <li class="wc_payment_method payment_method_woocommerce_payments">
1721       <input id="payment_method_woocommerce_payments" type="radio" class="input-radio" name="payment_method" value="woocommerce_payments" checked='chec
1722  <p> <label for="payment_method_woocommerce_payments"><br />
1723       Credit / debit card <img decoding="async" src="https://myforexfunds.com/wp-content/plugins/woocommerce-payments/assets/images/payment-meth
1724  <div class="payment_box payment_method_woocommerce_payments">
1725  <fieldset style="padding: 7px" id="wc-woocommerce_payments-upe-form" class="wc-upe-form wc-payment-form">
1726  <div id="wcpay-payment-element" class="wcpay-upe-element"></div>
1727  <div id="wcpay-errors" role="alert"></div>
1728  <p>          <input id="wcpay-payment-method-upe" type="hidden" name="wcpay-payment-method-upe" /><br />
1729            <input id="wcpay_selected_upe_payment_type" type="hidden" name="wcpay_selected_upe_payment_type" /><br />
1730            <input id="wcpay_payment_country" type="hidden" name="wcpay_payment_country" /> </p>
1731  </fieldset>
1732  <p>          <input type="hidden" name="wcpay-fraud-prevention-token" value="Dt56ppiZ1iIyYBY8"></p></div>
1733  </li>
1734  <li class="wc_payment_method payment_method_confirmo">
1735       <input id="payment_method_confirmo" type="radio" class="input-radio" name="payment_method" value="confirmo"  data-order_button_text="Proceed to Co
1736  <p> <label for="payment_method_confirmo"><br />
1737            Bitcoin and other cryptocurrencies  </label></p>
1738  <div class="payment_box payment_method_confirmo" style="display:none;">
1739  <p>Pay with Bitcoin or other cryptocurrencies.<br /><abbr class="required" style="color:red">*</abbr> Please double-check that you are sending the cry
1740  </div>
1741  </li>
1742  </ul>
1743  <div class="form-row place-order">
1744       <noscript><br />
1745            Since your browser does not support JavaScript, or it is disabled, please ensure you click the <em>Update Totals</em> button before placing
1746       </noscript></div>
1747  <div class="woocommerce-terms-and-conditions-wrapper">
1748  <div class="woocommerce-privacy-policy-text">
1749  <p>Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our <a h
1750  <p>By clicking &#8220;Place Order&#8221;, to register with My Forex Funds, you are agreeing that you understand terms and conditions, including the Ris
1751  <p>You accept that My Forex Funds will not issue refund once service (i.e. trading) has started on your account.</p>
1752  </div>
1753  <div class="woocommerce-terms-and-conditions" style="display: none; max-height: 200px; overflow: auto;">
1754  <div class="kb-row-layout-wrap kb-row-layout-id_29f45e-75 alignnone kt-row-has-bg wp-block-kadence-rowlayout">
1755  <div class="kt-row-column-wrap kb-theme-content-width kt-layout-equal kt-tab-layout-inherit kt-mobile-layout-row kt-row-valign-top">
1756  <div class="wp-block-kadence-column kadence-column_d4cdf0-0e">
1757  <div class="kt-inside-inner-col">
1758  <p class="has-text-align-center ticss-1a2af4a8 has-base-color has-text-color"  style="font-size:clamp(16.5px, 1.031rem + ((1vw - 7.68px) * 0.661), 22px
1759  </div>
1760  </div>
1761  </div>
1762  </div>
```

```
1763  <div class="kb-row-layout-wrap kb-row-layout-id_e298e4-cc alignnone kt-row-has-bg wp-block-kadence-rowlayout">
1764  <div class="kt-row-column-wrap kt-has-1-columns kt-row-layout-inherit kt-tab-layout-inherit kt-mobile-layout-row kt-row-valign-top">
1765  <div class="wp-block-kadence-column kadence-column_85cad1-76 ticss-8685cad1">
1766  <div class="kt-inside-inner-col">
1767  <p class="kt-adv-heading_ea6dfd-df"></em></p>
1768  <p class="kt-adv-heading_ea6dfd-df wp-block-kadence-advancedheading has-primary-color has-text-color" data-kb-block="kb-adv-heading_ea6dfd-df">This web
1769  <p>By using our site and/or purchasing something from us, you engage in our "Service" and agree to be bound by the following terms and conditions ("Ter
1770  <p>Please read these Terms of Service carefully before accessing or using our website. By accessing or using any part of the site, you agree to be boun
1771  <p>The Services are only intended for persons over the age of 18 residing in the country for which the Services are available. By registering on t
1772  <p>Any new features or tools which are added to the current store (current developments section) shall also be subject to the Terms of Service. You can
1773  <p>NONE OF THE SERVICES PROVIDED TO YOU BY THE PROVIDER CAN BE CONSIDERED INVESTMENT SERVICES IN ACCORDANCE WITH APPLICABLE LAWS. THE PROVIDER DOES NOT
1774  <p>We may grant access to third parties to our website in order to troubleshoot and/or maintain website, database or infrastructure related issues. The
1775  <p><strong>ALL PAYMENTS ARE FINAL AND FOR EVALUATION PURPOSES ONLY.</strong></p>
1776  <p>The registration fees are paid for allowing you to access the My Forex Funds platform, models and services. The Customer is not entitle
1777  <p><em><strong>Section 1 - Online Registration Terms</strong></em></p>
1778  <p>By agreeing to the Terms of Service, you represent that you are at least the age of majority in your state or province of residence, or that you a
1779  <p>You may not use our services for any illegal or unauthorized purpose nor may you, in the use of the Service, violate any laws in your jurisdiction
1780  <p>A breach or violation of any of the Terms will result in an immediate termination of your Services.</p>
1781  <p><em><strong>Section 2 - General Conditions</strong></em></p>
1782  <p>We reserve the right to refuse service to anyone for any reason at any time. You understand that your content (not including credit card informatio
1783  <p>You agree not to reproduce, duplicate, copy, sell, resell or exploit any portion of the Service, use of the Service, or access to the Service or any
1784  <p>The headings used in this agreement are included for convenience only and will not limit or otherwise affect these Terms.</p>
1785  <p><em><strong>Section 3 - Accuracy, Completeness, and Timeliness of Information</strong></em></p>
1786  <p>We make every effort to ensure that the information we provide is accurate, however the information is also supplied by third parties and we are not
1787  <p>This site may contain certain historical information. Historical information, necessarily, is not current and is provided for your reference only. W
1788  <p><em><strong>Section 4 - Modifications to the Service and Prices</strong></em></p>
1789  <p>Prices for our products are subject to change without notice.</p>
1790  <p>We reserve the right at any time to modify or discontinue the Service (accounts provided) (or any part or content thereof) without notice at any tim
1791  <p>We shall not be liable to you or to any third-party for any modification, price change, suspension or discontinuance of the Service.</p>
1792  <p><em><strong>Section 5 - Products or Services (if applicable)</strong></em></p>
1793  <p>We reserve the right, but are not obligated, to limit the sales of our products or Services to any person, geographic region or jurisdiction. We may
1794  <p><em><strong>Section 6 - Accuracy of Billing and Account Information</strong></em></p>
1795  <p>We reserve the right to refuse any order you place with us. We may, in our sole discretion, limit or cancel quantities purchased per person, per hou
1796  <p>You agree to provide current, complete, and accurate purchase and account information for all purchases made at our store. You agree to promptly upd
1797  <p><em><strong>Section 7 - Optional Tools</strong></em></p>
1798  <p>We may provide you with access to third-party tools over which we neither monitor nor have any control nor input. You acknowledge and agree that we
1799  <p><em><strong>Section 8 - Third-party Links</strong></em></p>
1800  <p>Certain content, products and services available via our Service may include materials from third-parties. Third-party links on this site may direct
1801  <p><em><strong>Section 9 - User Comments, Feedback and Other Submissions</strong></em></p>
1802  <p>If, at our request, you send certain specific submissions (for example contest entries) or without a request from us you send creative ideas, sugges
1803  <p>We may, but have no obligation to, monitor, edit or remove content that we determine in our sole discretion are unlawful, offensive, threatening, li
1804  <p>You agree that your comments will not violate any right of any third-party, including copyright, trademark, privacy, personality or other personal o
1805  <p><em><strong>Section 10 - Personal Information</strong></em></p>
1806  <p>Your submission of personal information through the store is governed by our Privacy Policy.</p>
1807  <p><em><strong>Section 11 - Errors, Inaccuracies and Omissions</strong></em></p>
1808  <p>Occasionally there may be information on our site or in the Service that contains typographical errors, inaccuracies or omissions that may relate to
1809  <p>We undertake no obligation to update, amend or clarify information in the Service or on any related website, including without limitation, pricing i
1810  <p><em><strong>Section 12 - Prohibited Uses</strong></em></p>
1811  <p>In addition to other prohibitions as set forth in the Terms of Service, you are prohibited from using the site or its content: (a) for any unlawful
1812  <p><em><strong>Section 13 - Disclaimer of Warranties; Limitation of Liability</strong></em></p>
1813  <p>We do not guarantee, represent or warrant that your use of our service will be uninterrupted, timely, secure or error-free. We do not warrant that t
1814  <p><em><strong>Section 14 - Indemnification</strong></em></p>
1815  <p>You agree to indemnify, defend and hold harmless Traders Global Group and our parent, subsidiaries, affiliates, partners, officers, directors, agent
1816  <p><em><strong>Section 15 - Severability</strong></em></p>
1817  <p>In the event that any provision of these Terms of Service is determined to be unlawful, void or unenforceable, such provision shall nonetheless be e
1818  <p><em><strong>Section 16 - Termination</strong></em></p>
1819  <p>The obligations and liabilities of the parties incurred prior to the termination date shall survive the termination of this agreement for all purpos
1820  <p>If in our sole judgment you fail, or we suspect that you have failed, to comply with any term or provision of these Terms of Service, we also may te
1821  <p><em><strong>Section 17 - Disputes</strong></em></p>
1822  <p>Once you dispute an order payment it has an adverse impact on the company, financially, and causes a damage to our company profile in the eyes of th
1823  <p>The user who is involved in a disputed transaction in the normal course of the business, where there has not been any problem on our side, such user
1824  <p>This policy is in place to protect My Forex Funds from any financial adversity as well as to ensure the long term viability of the brand name.</p>
1825  <p><em><strong>Section 18 - Entire Agreement</strong></em></p>
1826  <p>The failure of us to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of such right or provision.
1827  <p><em><strong>Section 19 - Governing Law</strong></em></p>
1828  <p>These Terms of Service and any separate agreements whereby we provide you Services shall be governed and construed in accordance with the law use
1829  <p>Traders Global Group Incorporated (the "Company") is incorporated under the laws of Ontario, Canada. You have provided services to the Company,
1830  <p>If you have any questions concerning our obligations that may apply to you, including under Ontario securities law, we would encourage you to c
1831  <p><strong>Section 20 - Changes to Terms of Service</strong></em></p>
1832  <p>You can review the most current version of the Terms of Service at any time at this page.<br />We reserve the right, at our sole discretion, to upda
1833  <p><strong>Section 21 - Contact Information</strong></em></p>
1834  <p>Questions about the Terms of Service should be sent to us at info@myforexfunds.com</p>
1835  <p><strong>Refund Policy</strong></p>
1836  <ol>
1837  <li>All traders have the facility of receiving a full refund for any order they have purchased as long as they have not placed any trades on the respec
1838  <li>Traders are not entitled to any refund if they have already used our services i.e: traded on the account(s) received against the order as stated in
1839  <li>In case of a legal dispute, all active accounts that are all added or above the initial balance will be refunded back to the trader apart from the dis
1840  <li>If a customer is found to be underage by the standards of My Forex Funds (under 18) then their order will be refunded immediately.</li>
1841  <li>Customers residing in regions that My Forex Funds does not offer its services to, will be refunded.</li>
1842  <li>My Forex Funds does not offer its services to anyone possessing a criminal record or anyone involved in any sort of adverse media presence. The ord
1843  <li>My Forex Funds holds a neutral stance regarding any political activity and therefore will not allow individuals with any sort of recorded political
1844  <li>Customers that have purchased orders with a stolen credit card will be refunded upon discovery of the act.</li>
1845  <li>Any customer that cannot present acceptable KYC and contractor agreement at the time of verification and/or request of an agent will be refunded.<
1846  </ol>
1847  <p>Terms of Service<br /><strong>Affiliate Program</strong></p>
1848  <p>By signing up to be an Affiliate in the Affiliate Program of My Forex Funds, you agree to be bound by the following Terms of Service.<br />My Forex
1849  <p>Account Terms</strong><br />• You must be 18 years or older to be part of this program<br />•  You must be a human. Accounts registered by b
1850  <p>Payment Terms</strong><br />• The minimum withdrawal amount for Affiliate Commission is $20. As soon as you have accumulated a total of $20
1851  <p>Links/graphics on your site, in your emails, or other communications<br />Once you have signed up for the Affiliate Program, you will be assigned a
1852  </div>
1853  </div>
1854  </div>
1855  </div>
1856  </div>
1857  <p class="form-row validate-required">
1858        <label class="woocommerce-form__label woocommerce-form__label-for-checkbox checkbox"><br />
1859          <input type="checkbox" class="woocommerce-form__input woocommerce-form__input-checkbox input-checkbox" name="terms"  id="terms" /> <br
1860          <span class="woocommerce-terms-and-conditions-checkbox-text">I have read and agree to the website <a href="https://myforexfunds.com
```

```
1861              </label><br />
1862              <input type="hidden" name="terms-field" value="1" />
1863          </p>
1864      </p></div>
1865      <p>     <button type="submit" class="button alt wp-element-button" name="woocommerce_checkout_place_order" id="place_order" value="Register →" data-va
1866          <input type="hidden" id="woocommerce-process-checkout-nonce" name="woocommerce-process-checkout-nonce" value="2f3e710e74" /><input type="hidden
1867      </p></div>
1868      </p></div>
1869      </form>
1870      </div>
1871      </div>
1872
1873      </div></div>
1874
1875      <footer class="ticss-6cd1d261 wp-block-template-part"><div class="kb-row-layout-wrap kb-row-layout-id_caca5a-77 alignnone kt-row-has-bg wp-block-kadenc
1876
1877      <div class="wp-block-kadence-column kadence-column_3e5678-89"><div class="kt-inside-inner-col"><div style="margin-bottom:45px;" class="alignleft is-st
1878
1879
1880      <p><!-- TrustBox widget - Mini --></p>
1881      <div class="trustpilot-widget" data-locale="en-US" data-template-id="53aa8807dec7e10d38f59f32" data-businessunit-id="603292494402970001e76c27" data-st
1882          <a href="https://www.trustpilot.com/review/myforexfunds.com" target="_blank" rel="noopener">Trustpilot</a>
1883      </div>
1884      <p><!-- End TrustBox widget --></p>
1885      </div></div>
1886
1887
1888
1889      <div class="wp-block-kadence-column kadence-column_d4e9dc-aa"><div class="kt-inside-inner-col"><div class="kb-row-layout-wrap kb-row-layout-id_bc3525-9
1890
1891      <div class="wp-block-kadence-column kadence-column_e1562c-86"><div class="kt-inside-inner-col">
1892      <p class="ticss-a89cf64c has-base-color has-text-color has-link-color wp-elements-a6511a52382abf64fbd5b05bfff398f0" style="font-size:clamp(14px, 0.875
1893      </div></div>
1894
1895
1896
1897      <div class="wp-block-kadence-column kadence-column_40b14c-bf"><div class="kt-inside-inner-col">
1898      <p class="ticss-b476e016 has-base-color has-text-color has-link-color wp-elements-91df4538aaf7395a553bc497c093277b" style="font-size:12px;font-style:no
1899      </div></div>
1900
1901
1902
1903      <div class="wp-block-kadence-column kadence-column_82205d-ef"><div class="kt-inside-inner-col">
1904      <p class="ticss-0825638e has-link-color wp-elements-f4e2bcb2e15d5cb1970090e7ae2d7b9b" style="font-size:clamp(14px, 0.875rem + ((1vw - 7.68px) * 0.12),
1905      </div></div>
1906
1907      </div></div>
1908
1909      <div class="kb-row-layout-wrap kb-row-layout-id_4c058c-e6 alignnone wp-block-kadence-rowlayout"><div class="kt-row-column-wrap kt-has-3-columns kt-row-
1910
1911      <div class="wp-block-kadence-column kadence-column_08b186-73"><div class="kt-inside-inner-col">
1912      <p class="ticss-4970ca74 has-base-color has-text-color has-link-color wp-elements-54888e8f4fba8da620cb497a2e407f71" style="font-size:clamp(14px, 0.875
1913      </div></div>
1914
1915
1916
1917      <div class="wp-block-kadence-column kadence-column_6f9832-5b"><div class="kt-inside-inner-col">
1918      <p class="ticss-1944a896 has-base-color has-text-color has-link-color wp-elements-d5450e687f97fa8e2dc2ea4d62e58d2c" style="font-size:12px;font-style:no
1919      </div></div>
1920
1921
1922
1923      <div class="wp-block-kadence-column kadence-column_b710d3-80"><div class="kt-inside-inner-col"></div></div>
1924
1925      </div></div>
1926
1927      <div class="kb-row-layout-wrap kb-row-layout-id_6ca192-17 alignnone wp-block-kadence-rowlayout"><div class="kt-row-column-wrap kt-has-2-columns kt-row-
1928
1929      <div class="wp-block-kadence-column kadence-column_055953-70"><div class="kt-inside-inner-col">
1930      <p class="ticss-17c5b0d6 has-base-color has-text-color" style="font-size:clamp(14px, 0.875rem + ((1vw - 7.68px) * 0.12), 15px);font-style:normal;font-w
1931      </div></div>
1932
1933
1934
1935      <div class="wp-block-kadence-column kadence-column_c79e6c-c0"><div class="kt-inside-inner-col">
1936      <p class="has-text-align-left ticss-bd058457 has-base-color has-text-color has-link-color wp-elements-36eee5feb3b4378fca6409b809dcfb61" style="font-si
1937      </div></div>
1938
1939      </div></div></div></div>
1940
1941
1942
1943      <div class="wp-block-kadence-column kadence-column_435e45-ce"><div class="kt-inside-inner-col">
1944      <ul class="wp-block-social-links has-normal-icon-size has-icon-color has-icon-background-color is-style-default footer-icon is-content-justification-le
1945
1946      <li style="color: #ffffff; background-color: #06b3c9; " class="wp-social-link wp-social-link-instagram wp-social-link"><a rel=" noopener nofollow
1947
1948      <li style="color: #ffffff; background-color: #06b3c9; " class="wp-social-link wp-social-link-youtube wp-social-link"><a rel=" noopener nofollow "
1949
1950      <li style="color: #ffffff; background-color: #06b3c9; " class="wp-social-link wp-social-link-tiktok wp-social-link"><a rel=" noopener nofollow "
1951
1952      <li style="color: #ffffff; background-color: #06b3c9; " class="wp-social-link wp-social-link-linkedin wp-social-link"><a rel=" noopener nofollow
1953
1954      <li style="color: #ffffff; background-color: #06b3c9; " class="wp-social-link wp-social-link-twitter wp-social-link"><a rel=" noopener nofollow "
1955
1956
1957      </div></div>
1958
```

```
1959    <div class="kb-row-layout-wrap kb-row-layout-id_613fff-63 alignnone kt-row-has-bg wp-block-kadence-rowlayout"><div class="kt-row-column-wrap kt-has-1-c
1960
1961    <div class="wp-block-kadence-column kadence-column_d57fcc-61"><div class="kt-inside-inner-col">
1962    <p class="kt-adv-heading_b16453-06 wp-block-kadence-advancedheading has-tertiary-color has-text-color" data-kb-block="kb-adv-heading_b16453-06">MyForex
1963
1964
1965
1966    <p class="has-base-color has-text-color" style="font-size:11px;font-style:normal;font-weight:400">© 2023 MyForexFunds</p>
1967    </div></div>
1968
1969    </div></div></footer></div>
1970
1971        <style id="skip-link-styles">
1972        .skip-link.screen-reader-text {
1973            border: 0;
1974            clip: rect(1px,1px,1px,1px);
1975            clip-path: inset(50%);
1976            height: 1px;
1977            margin: -1px;
1978            overflow: hidden;
1979            padding: 0;
1980            position: absolute !important;
1981            width: 1px;
1982            word-wrap: normal !important;
1983        }
1984
1985        .skip-link.screen-reader-text:focus {
1986            background-color: #eee;
1987            clip: auto !important;
1988            clip-path: none;
1989            color: #444;
1990            display: block;
1991            font-size: 1em;
1992            height: auto;
1993            left: 5px;
1994            line-height: normal;
1995            padding: 15px 23px 14px;
1996            text-decoration: none;
1997            top: 5px;
1998            width: auto;
1999            z-index: 100000;
2000        }
2001        </style>
2002        <script>
2003        ( function() {
2004            var skipLinkTarget = document.querySelector( 'main' ),
2005                sibling,
2006                skipLinkTargetID,
2007                skipLink;
2008
2009            // Early exit if a skip-link target can't be located.
2010            if ( ! skipLinkTarget ) {
2011                return;
2012            }
2013
2014            // Get the site wrapper.
2015            // The skip-link will be injected in the beginning of it.
2016            sibling = document.querySelector( '.wp-site-blocks' );
2017
2018            // Early exit if the root element was not found.
2019            if ( ! sibling ) {
2020                return;
2021            }
2022
2023            // Get the skip-link target's ID, and generate one if it doesn't exist.
2024            skipLinkTargetID = skipLinkTarget.id;
2025            if ( ! skipLinkTargetID ) {
2026                skipLinkTargetID = 'wp--skip-link--target';
2027                skipLinkTarget.id = skipLinkTargetID;
2028            }
2029
2030            // Create the skip link.
2031            skipLink = document.createElement( 'a' );
2032            skipLink.classList.add( 'skip-link', 'screen-reader-text' );
2033            skipLink.href = '#' + skipLinkTargetID;
2034            skipLink.innerHTML = 'Skip to content';
2035
2036            // Inject the skip link.
2037            sibling.parentElement.insertBefore( skipLink, sibling );
2038        }() );
2039        </script>
2040    <!--googleoff: all--><div id="cookie-law-info-bar" data-nosnippet="true"><span><div class="cli-bar-container cli-style-v2"><div class="cli-bar-mess
2041    <div class="cli-modal-dialog" role="document">
2042        <div class="cli-modal-content cli-bar-popup">
2043            <button type="button" class="cli-modal-close" id="cliModalClose">
2044                <svg class="" viewbox="0 0 24 24"><path d="M19 6.41l-1.41-1.41-5.59 5.59-5.59-5.59-1.41 1.41 5.59 5.59-5.59 5.59 1.41 1.41 5.59-5.59 5.59 5.59 
2045                <span class="wt-cli-sr-only">Close</span>
2046            </button>
2047            <div class="cli-modal-body">
2048                <div class="cli-container-fluid cli-tab-container">
2049        <div class="cli-row">
2050            <div class="cli-col-12 cli-align-items-stretch cli-px-0">
2051                <div class="cli-privacy-overview">
2052                    <h4>Privacy Overview</h4>
2053                    <div class="cli-privacy-content">
2054                        <div class="cli-privacy-content-text">This website uses cookies to improve your experience while you navigate through the website.
2055                    </div>
2056                    <a class="cli-privacy-readmore" aria-label="Show more" role="button" data-readmore-text="Show more" data-readless-text="Show less">
```

```
2057          <div class="cli-col-12 cli-align-items-stretch cli-px-0 cli-tab-section-container">
2058              <div class="cli-tab-section">
2059                  <div class="cli-tab-header">
2060                      <a role="button" tabindex="0" class="cli-nav-link cli-settings-mobile" data-target="necessary" data-toggle="cli-toggle-tab">
2061                          Necessary
2062                      </a>
2063                      <div class="wt-cli-necessary-checkbox">
2064                          <input type="checkbox" class="cli-user-preference-checkbox"  id="wt-cli-checkbox-necessary" data-id="checkbox-neces
2065                          <label class="form-check-label" for="wt-cli-checkbox-necessary">Necessary</label>
2066                      </div>
2067                      <span class="cli-necessary-caption">Always Enabled</span>
2068                  </div>
2069                  <div class="cli-tab-content">
2070                      <div class="cli-tab-pane cli-fade" data-id="necessary">
2071                          <div class="wt-cli-cookie-description">
2072                              Necessary cookies are absolutely essential for the website to function properly. These cookies ensure basic functi
2073  <table class="cookielawinfo-row-cat-table cookielawinfo-winter"><thead><tr><th class="cookielawinfo-column-1">Cookie</th><th class="cookielawinfo-colum
2074                          </div>
2075                      </div>
2076                  </div>
2077              </div>
2078                  <div class="cli-tab-section">
2079                  <div class="cli-tab-header">
2080                      <a role="button" tabindex="0" class="cli-nav-link cli-settings-mobile" data-target="functional" data-toggle="cli-toggle-tab">
2081                          Functional
2082                      </a>
2083                      <div class="cli-switch">
2084                          <input type="checkbox" id="wt-cli-checkbox-functional" class="cli-user-preference-checkbox"  data-id="checkbox-func
2085                          <label for="wt-cli-checkbox-functional" class="cli-slider" data-cli-enable="Enabled" data-cli-disable="Disabled"><s
2086                      </div>
2087                  </div>
2088                  <div class="cli-tab-content">
2089                      <div class="cli-tab-pane cli-fade" data-id="functional">
2090                          <div class="wt-cli-cookie-description">
2091                              Functional cookies help to perform certain functionalities like sharing the content of the website on social media
2092                          </div>
2093                      </div>
2094                  </div>
2095              </div>
2096                  <div class="cli-tab-section">
2097                  <div class="cli-tab-header">
2098                      <a role="button" tabindex="0" class="cli-nav-link cli-settings-mobile" data-target="performance" data-toggle="cli-toggle-ta
2099                          Performance
2100                      </a>
2101                      <div class="cli-switch">
2102                          <input type="checkbox" id="wt-cli-checkbox-performance" class="cli-user-preference-checkbox"  data-id="checkbox-per
2103                          <label for="wt-cli-checkbox-performance" class="cli-slider" data-cli-enable="Enabled" data-cli-disable="Disabled">
2104                      </div>
2105                  </div>
2106                  <div class="cli-tab-content">
2107                      <div class="cli-tab-pane cli-fade" data-id="performance">
2108                          <div class="wt-cli-cookie-description">
2109                              Performance cookies are used to understand and analyze the key performance indexes of the website which helps in de
2110                          </div>
2111                      </div>
2112                  </div>
2113              </div>
2114                  <div class="cli-tab-section">
2115                  <div class="cli-tab-header">
2116                      <a role="button" tabindex="0" class="cli-nav-link cli-settings-mobile" data-target="analytics" data-toggle="cli-toggle-tab">
2117                          Analytics
2118                      </a>
2119                      <div class="cli-switch">
2120                          <input type="checkbox" id="wt-cli-checkbox-analytics" class="cli-user-preference-checkbox"  data-id="checkbox-analy
2121                          <label for="wt-cli-checkbox-analytics" class="cli-slider" data-cli-enable="Enabled" data-cli-disable="Disabled"><sp
2122                      </div>
2123                  </div>
2124                  <div class="cli-tab-content">
2125                      <div class="cli-tab-pane cli-fade" data-id="analytics">
2126                          <div class="wt-cli-cookie-description">
2127                              Analytical cookies are used to understand how visitors interact with the website. These cookies help provide infor
2128  <table class="cookielawinfo-row-cat-table cookielawinfo-winter"><thead><tr><th class="cookielawinfo-column-1">Cookie</th><th class="cookielawinfo-colum
2129                          </div>
2130                      </div>
2131                  </div>
2132              </div>
2133                  <div class="cli-tab-section">
2134                  <div class="cli-tab-header">
2135                      <a role="button" tabindex="0" class="cli-nav-link cli-settings-mobile" data-target="advertisement" data-toggle="cli-toggle-
2136                          Advertisement
2137                      </a>
2138                      <div class="cli-switch">
2139                          <input type="checkbox" id="wt-cli-checkbox-advertisement" class="cli-user-preference-checkbox"  data-id="checkbox-a
2140                          <label for="wt-cli-checkbox-advertisement" class="cli-slider" data-cli-enable="Enabled" data-cli-disable="Disabled">
2141                      </div>
2142                  </div>
2143                  <div class="cli-tab-content">
2144                      <div class="cli-tab-pane cli-fade" data-id="advertisement">
2145                          <div class="wt-cli-cookie-description">
2146                              Advertisement cookies are used to provide visitors with relevant ads and marketing campaigns. These cookies track v
2147  <table class="cookielawinfo-row-cat-table cookielawinfo-winter"><thead><tr><th class="cookielawinfo-column-1">Cookie</th><th class="cookielawinfo-colum
2148                          </div>
2149                      </div>
2150                  </div>
2151              </div>
2152                  <div class="cli-tab-section">
2153                  <div class="cli-tab-header">
2154                      <a role="button" tabindex="0" class="cli-nav-link cli-settings-mobile" data-target="others" data-toggle="cli-toggle-tab">
2155                          Others
2156                      </a>
2157                      <div class="cli-switch">
2158                          <input type="checkbox" id="wt-cli-checkbox-others" class="cli-user-preference-checkbox"  data-id="checkbox-others"
2159                          <label for="wt-cli-checkbox-others" class="cli-slider" data-cli-enable="Enabled" data-cli-disable="Disabled"><span
2160                      </div>
2161                  </div>
2162                  <div class="cli-tab-content">
2163                      <div class="cli-tab-pane cli-fade" data-id="others">
```

```
2155
2156                    Other uncategorized cookies are those that are being analyzed and have not been classified into a category as yet.
2157          <div class="wt-cli-cookie-description">
2158    <table class="cookielawinfo-row-cat-table cookielawinfo-winter"><thead><tr><th class="cookielawinfo-column-1">Cookie</th><th class="cookielawinfo-colum
2159                    </div>
2160                </div>
2161              </div>
2162                                    </div>
2163          </div>
2164        </div>
2165          <div class="cli-modal-footer">
2166            <div class="wt-cli-element cli-container-fluid cli-tab-container">
2167              <div class="cli-row">
2168                <div class="cli-col-12 cli-align-items-stretch cli-px-0">
2169                  <div class="cli-tab-footer wt-cli-privacy-overview-actions">
2170
2171                    <a id="wt-cli-privacy-save-btn" role="button" tabindex="0" data-cli-action="accept" class=
2172                  </div>
2173                  <div class="wt-cli-ckyes-footer-section">
2174                    <div class="wt-cli-ckyes-brand-logo">Powered by <a href="https://www.cookieyes.com/"><img src="https://myforexfunds.com/wp-
2175                  </div>
2176                </div>
2177              </div>
2178            </div>
2179          </div>
2180        </div>
2181      </div>
2182    </div>
2183  </div>
2184  <div class="cli-modal-backdrop cli-fade cli-settings-overlay"></div>
2185  <div class="cli-modal-backdrop cli-fade cli-popupbar-overlay"></div>
2186  <!--googleon: all--> <!-- ROIPPC Google Tag Manager (noscript) -->
2187      <!-- Google Tag Manager (noscript) -->
2188      <noscript><iframe src="https://www.googletagmanager.com/ns.html?id=GTM-WSNZPZV"
2189  height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
2190      <!-- End Google Tag Manager (noscript) -->
2191
2192  <!-- Start of myforexfunds Zendesk Widget script -->
2193  <script id="ze-snippet" src="https://static.zdassets.com/ekr/snippet.js?key=5349ed53-79ff-459d-9683-0f65a7dee7e8"> </script>
2194  <!-- End of myforexfunds Zendesk Widget script -->
2195        <script>
2196            document.addEventListener('DOMContentLoaded', function() {
2197                var searchForm = document.getElementById('faq-search-form');
2198                var categoryFilter = document.getElementById('faq-category-filter');
2199
2200                if (searchForm && categoryFilter) {
2201                    categoryFilter.addEventListener('change', function() {
2202                        var selectedCategory = categoryFilter.value;
2203                        var formAction = 'https://myforexfunds.com/';
2204
2205                        if (selectedCategory !== '') {
2206                            formAction += 'faq-category/' + selectedCategory + '/';
2207                        }
2208
2209                        formAction += '?s=' + encodeURIComponent(document.querySelector('.faq_search_class__search-field').value);
2210                        searchForm.setAttribute('action', formAction);
2211                    });
2212                }
2213            });
2214        </script>
2215            <script>
2216  document.addEventListener('DOMContentLoaded', function () {
2217                if (!String.prototype.startsWith) {
2218                    String.prototype.startsWith = function (searchString, position) {
2219                        position = position || 0;
2220                        return this.substr(position, searchString.length) === searchString;
2221                    };
2222                }
2223                jQuery('.weglot-lang a').on('click', function (e) {
2224                    e.preventDefault();
2225                    var href = jQuery(this).attr('href');
2226                    Object.keys(window.sessionStorage).forEach(function (element) {
2227                        if (element.startsWith('wc_cart_hash_') || element.startsWith('wc_fragments_')) {
2228                            window.sessionStorage.removeItem(element);
2229                        }
2230                    });
2231                    window.location.replace(href);
2232                })
2233            })
2234  </script>
2235            <script type="text/javascript">
2236        (function () {
2237            var c = document.body.className;
2238            c = c.replace(/woocommerce-no-js/, 'woocommerce-js');
2239            document.body.className = c;
2240        })();
2241      </script>
2242      <link rel='stylesheet' id='all-css-0' href='https://myforexfunds.com/wp-content/plugins/cookie-law-info/public/css/cookie-law-info-table.css?m=1689
2243  <script id='wc-add-to-cart-js-extra'>
2244  var wc_add_to_cart_params = {"ajax_url":"\/wp-admin\/admin-ajax.php","wc_ajax_url":"\/?wc-ajax=%%endpoint%%","i18n_view_cart":"View cart","cart_url":"h
2245  </script>
2246  <script id='woocommerce-js-extra'>
2247  var woocommerce_params = {"ajax_url":"\/wp-admin\/admin-ajax.php","wc_ajax_url":"\/?wc-ajax=%%endpoint%%"};
2248  </script>
2249  <script id='wc-country-select-js-extra'>
2250  var wc_country_select_params = {"countries":"{\"AF\":[],\"AL\":{\"AL-01\":\"Berat\",\"AL-09\":\"Dib\u00ebr\",\"AL-02\":\"Durr\u00ebs\",\"AL-03\":\"E
2251  </script>
2252  <script id='wc-address-i18n-js-extra'>
```

**25**

```
2253    var wc_address_i18n_params = {"locale":"{\"AE\":{\"postcode\":{\"required\":false,\"hidden\":true},\"state\":{\"required\":false}},\"AF\":{\"state\":{\"
2254    <script id='wc-checkout-js-extra'>
2255    var wc_checkout_params = {"ajax_url":"\/wp-admin\/admin-ajax.php","wc_ajax_url":"\/?wc-ajax=%%endpoint%%","update_order_review_nonce":"fd9140185e","app
2256    </script>
2257    <script type='text/javascript' src='https://myforexfunds.com/_static/??-eJylUEEKwjAQ/JBJqKC2B/HsA8Rz3W41aZKt2YTi7w2tokclsIcZdhhmRkzjAPIRfVSjTVFtWUjEQM5
2258    var wc_cart_fragments_params = {"ajax_url":"\/wp-admin\/admin-ajax.php","wc_ajax_url":"\/?wc-ajax=%%endpoint%%","cart_hash_key":"wc_cart_68f7ef739
2259    </script>
2260    <script src='https://myforexfunds.com/wp-content/plugins/woocommerce/assets/js/frontend/cart-fragments.min.js?ver=7.7.2' id='wc-cart-fragments-js'></s
2261    <script id='wc-cart-fragments-js-after'>
2262            jQuery( 'body' ).bind( 'wc_fragments_refreshed', function() {
2263                    var jetpackLazyImagesLoadEvent;
2264                    try {
2265                            jetpackLazyImagesLoadEvent = new Event( 'jetpack-lazy-images-load', {
2266                                    bubbles: true,
2267                                    cancelable: true
2268                            } );
2269                    } catch ( e ) {
2270                            jetpackLazyImagesLoadEvent = document.createEvent( 'Event' )
2271                            jetpackLazyImagesLoadEvent.initEvent( 'jetpack-lazy-images-load', true, true );
2272                    }
2273                    jQuery( 'body' ).get( 0 ).dispatchEvent( jetpackLazyImagesLoadEvent );
2274            } );
2275
2276    </script>
2277    <script src='https://kit.fontawesome.com/20ac602f02.js?ver=5.15.3' id='font-awesome-js'></script>
2278    <script id='metorik-js-extra'>
2279    var metorik_params = {"lifetime":"6","session":"30","ajaxurl":"https:\/\/myforexfunds.com\/wp-admin\/admin-ajax.php","cart_tracking":"1","cart_items":"
2280    </script>
2281    <script type='text/javascript' src='https://myforexfunds.com/wp-content/plugins/metorik-helper/assets/js/metorik.min.js?m=1689581792g' ></script><scri
2282    <script type='text/javascript' src='https://myforexfunds.com/wp-content/plugins/woocommerce-payments/dist/upe_checkout.js?m=1689581792g' ></script><sc
2283    var wcpayConfig = {"publishableKey":"pk_live_iBIpeqzKOOx2Y8PFCRBfyMU00OQ7xVG4Sn","testMode":"","accountId":"acct_1M9jTKFdKLEesziB","ajaxUrl":"https:\/
2284    <script type='text/javascript' src='https://myforexfunds.com/wp-content/plugins/woocommerce-payments/dist/upe_checkout.js?m=1689581792g' ></script><sc
2285    var wcpayPaymentRequestParams = {"ajax_url":"https:\/\/myforexfunds.com\/wp-admin\/admin-ajax.php","wc_ajax_url":"\/?wc-ajax=%%endpoint%%","stripe":{"p
2286    <script src='https://myforexfunds.com/wp-content/plugins/woocommerce-payments/dist/payment-request.js?ver=6.0.0' id='WCPAY_PAYMENT_REQUEST-js'></scrip
2287    <script id='jetpack-lazy-images-js-extra'>
2288    var jetpackLazyImagesL10n = {"loading_warning":"Images are still loading. Please cancel your print and try again."};
2289    </script>
2290    <script type='text/javascript' src='https://myforexfunds.com/_static/??-eJy1jUEOwiAQRS8kHdFIwsJ4FIN00gyWgTBDjT19u9F4AZfv5+U/eFUTCyuyQu6mzn0iFkioNcSnsat
2291    <script id='jetpack-stats-js-after'>
2292    _stq = window._stq || [];
2293    _stq.push([ 'view', {v:'ext',blog:'180473032',post:'1221850',tz:'-4',srv:'myforexfunds.com',hp:'vip',j:'1:12.3'} ]);
2294    _stq.push([ 'clickTrackerInit', '180473032', '1221850' ]);
2295    </script>
2296    <script id='megamenu-js-extra'>
2297    var megamenu = {"timeout":"300","interval":"100"};
2298    </script>
2299    <script type='text/javascript' src='https://myforexfunds.com/_static/??/wp-includes/js/hoverIntent.min.js,/wp-content/plugins/megamenu/js/maxmegamenu.
2300    <script type='text/javascript'>
2301    jQuery(function($) {
2302
2303            $( 'form.checkout' ).on( 'change', 'input[name^=\'payment_method\']', function() {
2304                    $('body').trigger('update_checkout');
2305            });
2306
2307    });
2308    </script>
2309    </body>
2310    </html>
```



the Stripe payment gateway for WooCommerce, including Apple Pay, Google Pay, and Microsoft Pay for mobile and desktop.

**TAKE CREDIT CARD PAYMENTS EASILY AND DIRECTLY ON YOUR STORE**

The Stripe plugin extends WooCommerce allowing you to take payments directly on your store via Stripe's API.

Stripe is available for Store Owners and Merchants in:

- Australia
- Austria
- Belgium
- Brazil
- Bulgaria
- Canada
- Cyprus
- Czech Republic
- Denmark
- Estonia
- Finland
- France
- Germany
- Greece
- Hong Kong
- Ireland
- Italy
- Japan
- Latvia
- Lithuania
- Luxembourg
- Malaysia



| WordPress Version: | 6.0 or higher |
|---|---|
| Tested up to: | 6.2.2 |
| PHP Version: | 7.3 or higher |
| Languages: | See all 32 |
| Tags: | apple pay   credit card   google pay   payment request   stripe |

Advanced View

## Ratings

See all >



| 5 stars | 64 |
|---|---|
| 4 stars | 8 |
| 3 stars | 9 |
| 2 stars | 5 |
| 1 star | 60 |

Log in to submit a review.

## Support

Issues resolved in last two months:



67 out of 84

View support forum

- Malta
- Mexico
- Netherlands
- New Zealand
- Norway
- Poland
- Portugal
- Puerto Rico
- Singapore
- Slovakia
- Slovenia
- Spain
- Sweden
- Switzerland
- United Kingdom
- United States
- [with more being added](#)

Stripe is a simple way to accept payments online. With Stripe you can accept Visa, MasterCard, American Express, Discover, JCB, and Diners Club cards, even Bitcoin, directly on your store.

WHY CHOOSE STRIPE?

Stripe has no setup fees, no monthly fees, no hidden costs: you only get charged when you earn money! Earnings are transferred to your bank account on a 7-day rolling basis.

Stripe also supports the [WooCommerce Subscriptions extension](#) and re-using cards. When a customer pays, they are set up in Stripe as a customer. If they create another order, they can check out using the same card. A massive timesaver for returning customers.

APPLE PAY SUPPORT

WooCommerce Stripe includes [Apple Pay](#) support, which means customers can pay using payment details associated with their Apple ID. Checkout is now just an authorization (Touch ID or Face ID) away on both mobile and desktop. Only supports simple, variable, and Subscription products for now. More support to come.

WEB PAYMENTS API SUPPORT

WooCommerce Stripe includes [Web Payments API](#) support, which means customers can pay using payment details associated to their mobile devices, in browsers supporting the Web Payments API (Chrome for Android, amongst others). Checkout is now just a few taps away on mobile. Only supports simple, variable, and Subscription products for now. More support to come.

## Screenshots





The Stripe payment gateway settings screen used to configure the main Stripe gateway.





Offer a range of payment methods such as local and alternative payment methods.





Pay with a saved payment method, a new card, and allow customers to save the payment card for future transactions.



Apple Pay and other Payment Request buttons can be used on the Product Page and Checkout for express checkout.

## FAQ

**Does this support recurring payments, like for subscriptions?** ⌄

**Does this require an SSL certificate?** ⌄

**Does this support both production mode and sandbox mode for testing?** ⌄

**Where can I find documentation?** ⌄

**Where can I get support or talk to other users?** ⌄

## Contributors & Developers

"WooCommerce Stripe Payment Gateway" is open source software. The following people have contributed to this plugin.

WooCommerce                          Automattic

royho                                Akeda Bagus

Matt Cohen                           Boro Sitnikovski

WooThemes



About
News
Hosting
Donate
Swag

Documentation
Developers
Get Involved
Learn

Showcase
Plugins
Themes
Patterns

WordCamp
WordPress.TV
BuddyPress
bbPress

WordPress.com
Matt
Privacy
Public Code

WORDPRESS.ORG

CODE IS POETRY



Securely accept major credit and debit cards, and allow customers to pay you directly without leaving your WooCommerce store. View and manage transactions from one convenient place – your WordPress dashboard.

See payments, track cash flow into your bank account, manage refunds, and stay on top of disputes without the hassle of having to log into a separate payment processor.

**Manage transactions from the comfort of your store**

Features previously only available on your payment provider's website are now part of your store's **integrated payments dashboard**. This enables you to:

- View the details of payments, refunds, and other transactions.
- View and respond to disputes and chargebacks.
- Track deposits into your bank account or debit card.

**Pay as you go**

WooPayments is **free to install**, with **no setup fees or monthly fees**. Pay-as-you-go fees start at 2.9% + $0.30 per transaction for U.S.-issued cards. Read more about transaction fees.

**Supported by the WooCommerce team**

Our global support team is available to answer questions you may have about WooPayments installation, setup, or use. For assistance, open a ticket on WooCommerce.com.

**GETTING STARTED**



| | |
|---|---|
| Active installations: | 800,000+ |
| WordPress Version: | 6.0 or higher |
| Tested up to: | 6.2.2 |
| PHP Version: | 7.3 or higher |
| Languages: | See all 6 |
| Tags: | apple pay  credit card  google pay  payment  payment gateway |

Advanced View



## Ratings

See all ›

★★★☆☆

| | | |
|---|---|---|
| 5 stars | | 20 |
| 4 stars | | 1 |
| 3 stars | | 2 |
| 2 stars | | 3 |
| 1 star | | 21 |

Log in to submit a review.

## Support

Issues resolved in last two months:



42 out of 61

View support forum

REQUIREMENTS

- WordPress 6.0 or newer.
- WooCommerce 7.6 or newer.
- PHP 7.3 or newer is recommended.

TRY IT NOW

To try WooPayments on your store, simply install it and follow the prompts. Please see our Startup Guide for a full walkthrough of the process.

WooPayments has experimental support for the Checkout block from WooCommerce Blocks. Please check the FAQ section for more information.

## Screenshots



View Transactions



View Transaction Details



Track Deposits





Manage Disputes

## Blocks

This plugin provides 1 block.

  **WooPayments - Fully Integrated Solution Built and Supported by Woo**

## FAQ

What countries and currencies are supported?                                        ⌄

Why is a WordPress.com account and connection required?                              ⌄

How do I set up a store for a client?                                                ⌄

How is WooPayments related to Stripe?                                                ⌄

Are there Terms of Service and data usage policies?                                  ⌄

How does the Checkout block work?                                                    ⌄

## Contributors & Developers

"WooPayments – Fully Integrated Solution Built and Supported by Woo" is open source software. The following people have contributed to this plugin.

 WooCommerce

 Automattic



| About | Documentation | Showcase | WordCamp | WordPress.com |
| News | Developers | Plugins | WordPress.TV | Matt |
| Hosting | Get Involved | Themes | BuddyPress | Privacy |
| Donate | Learn | Patterns | bbPress | Public Code |
| Swag | | | | |

**WORDPRESS**.ORG

CODE IS POETRY