# Exhibit C-3

6/22/23, 3:18 PM
Case 3:23-cv-11808-ZNQ-TJB    Document 112-4    Filed 10/31/23    Page 2 of 6 PageID: 2805
Capture_https___www.deel.com_1_-_06-22-2023





## Deel's the only HR platform with everything you need, for everyone

We're making global team management so easy, businesses don't need to think twice. Whether you want to hire contractors and employees worldwide without opening legal entities, streamline HR for your global team, or consolidate payroll for everyone —Deel does it all (while keeping you compliant).

Request A Demo


**EOR employees**
Easily hire and pay employees where you don't have entities with Deel's worldwide infrastructure.


**Contractors**
Work with contractors anywhere with built-in compliance, automated invoicing, and effortless global payments.


**Direct employees**
Quickly onboard and pay direct employees hired through your entities to consolidate processes.

## Build confidence in your compliance with the #1 Global HR platform

Whether you have a domestic team or a growing worldwide workforce, Deel HR is custom-built for every worker, in any country, so you can compliantly manage everyone in one place.



6/22/23, 3:18 PM
Screen Capture https___www.deel.com3_1_06-22-2023
Case 3:23-cv-11808-ZNQ-TJB    Document 112-4    Filed 10/31/23    Page 3 of 6 PageID: 2806





## See you later 16 different HR tools

We're simplifying every aspect of managing a worldwide team, from benefits and equity to working visas and equipment. It's one platform made to get you set up compliantly in just 5 minutes.






Get A Demo



## Enjoy the benefits of having everything in a single platform

- Save on your tech stack with one HR and payroll platform
- Reduce onboarding time to just 5 minutes
- Eliminate errors and duplicate work with one process
- Get a holistic view of employer costs, headcount and churn
- Give your whole team a consistent experience

Get Started For Free









relocation with Deel

"Through Deel, we've been able to hire more than 150 people so far, and we have also relocated more than 10 employees to countries like the UAE and Switzerland."

— Luka Besling, HR Manager at Revolut

Explore Case Study →

# The reasons to choose Deel are clear

Our guaranteed top-tier service and industry-leading worldwide coverage provide peace of mind for any global team. With Deel's next-level automation and in-house infrastructure, quality always comes first for our customers.

Contact Sales To Book A Demo

**1.25min**
First response time with 24/7 in-app support

**200+**
In-house tax, payroll and legal specialists

**100+**
Deel-owned entities worldwide to hire and pay anywhere

**86hrs**
Saved by customers monthly automating HR admin

**15+**
Flexible payment methods to pay your team

**$210,000+**
Of entity set up costs saved per country



## Deel HR is free for organizations of up to 200 people

Find out how Deel can fit your budget and needs based on the growth stage of your business, the size of your team, or both.

See Pricing Details

# Get started with Deel today

Join the other 15,000+ companies managing their global teams with Deel

Request A Demo

**deel.**

  

| How it works | Solutions | Resources |
|---|---|---|
| Hire Employees | Compliance | About |
| Hire Contractors | Payments | Blog |
| Run Global Payroll | For Finance Teams | Support hub |
| Integrations | For Legal Teams | Global Hiring Guide |
| Open API | For Hiring Managers | Partner Program |

| | Startup | Affiliates |
| --- | --- | --- |
| | Enterprise | Case Studies |
| | Deel Solutions - Spain | Careers |
| | Deel Solutions - France | Glossary |
| | | Press |
| | | Service Status |

🌐 English

© Copyright 2023. All Rights Reserved.        Disclaimer   Privacy Policy   Terms of Service   Cookie policy   Cookie Settings