# Exhibit C-4

PageVault

| | |
|---|---|
| Document title: | Accept Bitcoin Payments Within Minutes \| Coinbase Commerce |
| Capture URL: | https://www.coinbase.com/commerce |
| Page loaded at (UTC): | Thu, 22 Jun 2023 18:52:50 GMT |
| Capture timestamp (UTC): | Thu, 22 Jun 2023 18:53:37 GMT |
| Capture tool: | 10.22.3 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | nqsz2EZYXvcqwYMiBQ9q4F |
| User: | cftc-admin |

PDF REFERENCE #:     7dJuidQHTHPGEhyyALquMZ

coinbase    Explore ▾   Individuals ▾   Businesses ▾   Developers ▾   Company ▾    Sign up

Commerce     Overview    Developers    Integrations    FAQ    Help Center



**C COMMERCE**

# Cryptocurrency payments are open for business

- **Fast** - Get started in minutes with our self-managed product.
- **Flexible** - Accept a growing number of cryptocurrencies and convert to cash or stablecoins.
- **Global** - Open your business up to customers around the world.

Sign up

## Commerce Features

Powerful business tools to supercharge your payments

**Custom Checkouts**
Choose from a growing list of supported crypto assets and select the ones you want to accept

**Flexible Invoices**
Easily bill and invoice your customers in crypto

**Turnkey API**
Create custom workflows and experiences

**Business Reporting**
Transaction reporting tools for accounting and reconciliation





Easily bill and invoice your customers in crypto

**Turnkey API**
Create custom workflows and experiences

**Business Reporting**
Transaction reporting tools for accounting and reconciliation

## Integrated with



## Flexible plans for you

Choose the right path for you business and start accepting crypto payments. Questions? Contact commerce-sales@coinbase.com

| | Self-managed<br>Manage your own wallet and private keys | Coinbase-managed<br>Coinbase manages your wallet and private keys |
|---|---|---|
| Transaction fees | 1% | 1% |
| Currency conversion | Manual<br>Easily withdraw to a linked Coinbase.com account and manage funds from there | Automatic<br>Free settlement into crypto or fiat |
| Wallet and private keys management | Self-managed | Coinbase-managed |
| Account setup | Immediate<br>Get started with just an email address | Manual<br>A compliance review and geographical availability is taken into account |
| Dedicated Support | ✓ | ✓ |
| | Sign up | Apply now |

Dedicated Support

Sign up

Apply now

## What you'll get with Coinbase Commerce

Coinbase Commerce is the easiest way to start accepting crypto payments

- ✓ Reduced operational costs: no chargebacks to manage and lower fees vs. some traditional payment methods
- ✓ Multi-asset support: over 10 of the most popular crypto assets accepted and growing
- ✓ Access to Coinbase's millions of retail users
- ✓ Peace of mind: Approximately 11,000 institutions, and 185,000 ecosystem partners in over 100 countries trust Coinbase to easily and securely invest, spend, save, earn, and use crypto

Contact us



No representation or warranty is made, express or implied, with respect to the future performance of any digital asset, financial instrument or other market or economic measure. Recipients should consult their advisors before making any investment decision. Coinbase, Inc. is not registered or licensed in any capacity with the U.S. Securities and Exchange Commission or the U.S. Commodity Futures Trading Commission.

coinbase

English

© 2023 Coinbase

Blog • Twitter • Facebook

| Company | Individuals | Support |
|---|---|---|
| About | Buy & sell | Help center |
| Careers | Earn free crypto | Contact us |
| Affiliates | Wallet | Create account |
| Blog | NFT | ID verification |
| Press | Card | Account information |
| Security | Derivatives | Payment methods |
| Investors | Coinbase One | Account access |



Peace of mind. Approximately 17,000 institutions and 185,000 ecosystem partners in over 100 countries trust Coinbase to easily and securely invest, spend, save, earn, and use crypto

Contact us

No representation or warranty is made, express or implied, with respect to the future performance of any digital asset, financial instrument or other market or economic measure. Recipients should consult their advisors before making any investment decision. Coinbase, Inc. is not registered or licensed in any capacity with the U.S. Securities and Exchange Commission or the U.S. Commodity Futures Trading Commission.

