# Exhibit A

| DATE | TIME | FROM | TO | CONVERSATION_TEXT | CONVERSATION_INDEX |
|---|---|---|---|---|---|
| 2/7/2022 | 2:15:49 | Antony Tan | ISRA/Traders Global Group | <<< Embedded File [image_2022_02_07T02_11_48_030Z.png] >>> | ISRA/Traders Global Group |
| 2/7/2022 | 2:15:50 | Antony Tan | ISRA/Traders Global Group | <quote author="fxoceania" authorname="Joshua Dentrinos" timestamp="1644071925" conversation="19:a6896eab2acf497dbafa7ee76257072f@thread.skype" messageid="1644071925412" cuid="18061699559888015300"><legacyquote>[1644071925] Joshua Dentrinos: </legacyquote>hey guys can you check 2525 for arbitrage please? Some of the trades look like it some don't.<legacyquote><LINEBREAK><LINEBREAK><<< </legacyquote></quote>Just coming back to you here. We don't believe the accounts arbing. The accounts a scalper, largely focusing on the US open where volatility is rife. The outperformance arose from a sub period nearing the start of the account but PL subsequently deteriorated since. Reviewing your risk profile, you could consider making a piecemeal adjustment in the max time of the open / close delay to a further 200ms on the Volume Exception >=30 | ISRA/Traders Global Group |
| 2/7/2022 | 2:18:20 | Joshua Dentrinos | ISRA/Traders Global Group | large number of his trades are 1-3 seconds. | ISRA/Traders Global Group |
| 2/7/2022 | 2:18:49 | Joshua Dentrinos | ISRA/Traders Global Group | however if he isnt hitting old prices makes sense. I don't see how another 200 ms makes trading &quot;fair&quot; to be honest. | ISRA/Traders Global Group |
| 2/7/2022 | 2:41:09 | Antony Tan | ISRA/Traders Global Group | Hi Josh, since you're filling everything at TOB as opposed to depth, you're already providing an advantageous trading environment, particularly for more sizable orders. <LINEBREAK><LINEBREAK>Applying a slightly larger delay would even the playing ground a little. The adjustment would be considered piecemeal, as the min would still be at 100ms. So the delay would randomize between 100ms - 200ms. Thus harder to notice. | ISRA/Traders Global Group |
| 2/7/2022 | 2:41:32 | Joshua Dentrinos | ISRA/Traders Global Group | if you can add it lets check it out | ISRA/Traders Global Group |
| 2/7/2022 | 2:41:43 | Joshua Dentrinos | ISRA/Traders Global Group | see whether we get feedback from it | ISRA/Traders Global Group |
| 2/7/2022 | 2:47:09 | Antony Tan | ISRA/Traders Global Group | Great! Let's give a crack. If feedback is negative we can always revert. <LINEBREAK><LINEBREAK>Do you mind emailing <LINEBREAK><LINEBREAK><a href="mailto:tradingteam@isriskanalytics.com">tradingteam@isriskanalytics.com</a><LINEBREAK><LINEBREAK>&quot;On Trader Global Live default risk profile. Exception Volume >=30 Lots.<LINEBREAK><LINEBREAK>Increase Open/Close Delay, Max Time to 0.2 secs (200ms)&quot;<LINEBREAK><LINEBREAK>Purely for record-keeping purpose.<LINEBREAK><LINEBREAK>Thanks Josh | ISRA/Traders Global Group |
| 2/7/2022 | 2:48:22 | Joshua Dentrinos | ISRA/Traders Global Group | In the morning I will. Sorry its late and im on mobile | ISRA/Traders Global Group |
| 2/7/2022 | 2:48:54 | Antony Tan | ISRA/Traders Global Group | No worries. | ISRA/Traders Global Group |
| 2/7/2022 | 2:56:30 | Antony Tan | Kevin Jock | when trying to convince traders global to increase the delay | 8:kevin_thinkliquidity<->8:live:.cid.ace39f7f4697fc33 |
| 2/7/2022 | 13:12:09 | Ben Johnson | ISRA/Traders Global Group | <quote author="fxoceania" authorname="Joshua Dentrinos" timestamp="1644104260" conversation="19:a6896eab2acf497dbafa7ee76257072f@thread.skype" messageid="1644104260148" cuid="12853421858024798592"><legacyquote>[1644104260] Joshua Dentrinos: </legacyquote>we are having folks close to London (france) who are being automatically routed on mobile to Australia or US DC's and getting hardcore latency. Any idea why this happens (they are not using VPN) <legacyquote><LINEBREAK><LINEBREAK><<< </legacyquote></quote>Hey Josh,<LINEBREAK>There's a number of possible reasons but load on the underlying VM is certainly a concern here (that it could be causing general delays and therefore causing some clients to route through other DC's). <LINEBREAK>I have a meeting with the Infrastructure/IT guys today so I'll see where they stand at getting the new VM's setup at which point we can configure them all on your MT4 and MT5 servers | ISRA/Traders Global Group |
| 2/7/2022 | 13:12:48 | Joshua Dentrinos | ISRA/Traders Global Group | ok great. Do you know if we can prioritize DC's on mobile? | ISRA/Traders Global Group |
| 2/7/2022 | 13:12:51 | Ben Johnson | ISRA/Traders Global Group | I think the best approach here is to wait till those new servers/DC's are setup and see if you have any further issues as we could very likely just be seeing the results of the overloading of the current VM's | ISRA/Traders Global Group |
| 2/7/2022 | 13:13:08 | Joshua Dentrinos | ISRA/Traders Global Group | because it seems like on mobile users can't choose their DC's | ISRA/Traders Global Group |
| 2/7/2022 | 13:13:58 | Ben Johnson | ISRA/Traders Global Group | Sorry, I don't think you can through mobile in MT4 | ISRA/Traders Global Group |
| 2/7/2022 | 13:15:06 | Joshua Dentrinos | ISRA/Traders Global Group | well, I'll hold my hands together and pray that we dont get a flood of these issues as its resulting in negative reviews on trustpilot and such | ISRA/Traders Global Group |
| 2/7/2022 | 13:15:37 | Joshua Dentrinos | ISRA/Traders Global Group | we might have to remove the AU dc | ISRA/Traders Global Group |
| 2/7/2022 | 13:16:00 | Ben Johnson | ISRA/Traders Global Group | Yea, sorry, I let the team know that getting the new VM's setup needs to be their top priority | ISRA/Traders Global Group |
| 2/7/2022 | 13:16:11 | Joshua Dentrinos | ISRA/Traders Global Group | thanks | ISRA/Traders Global Group |