# Exhibit B

| DATE | TIME | FROM | TO | CONVERSATION_TEXT | CONVERSATION_INDEX |
|---|---|---|---|---|---|
| 1/19/2022 | 12:43:08 | Joshua Dentrinos | ISRA/Traders Global Group | <<< Embedded File [image_2022_01_19T12_42_39_895Z.png] >>> | ISRA/Traders Global Group |
| 1/19/2022 | 12:43:08 | Joshua Dentrinos | ISRA/Traders Global Group | hey guys,<LINEBREAK><LINEBREAK>more slippage on small size that seems excessive. Please check, we are getting too many complaints about slippage on small positions so perhaps we need to evaluate things a bit | ISRA/Traders Global Group |
| 1/19/2022 | 12:43:43 | Joshua Dentrinos | ISRA/Traders Global Group | 116003 account number | ISRA/Traders Global Group |
| 1/19/2022 | 12:44:02 | Joshua Dentrinos | ISRA/Traders Global Group | <<< Embedded File [image_2022_01_19T12_43_55_726Z.png] >>> | ISRA/Traders Global Group |
| 1/19/2022 | 12:44:02 | Joshua Dentrinos | ISRA/Traders Global Group | | 130245 ISRA/Traders Global Group |
| 1/19/2022 | 12:44:37 | Patrick Powers | ISRA/Traders Global Group | Hi Josh, we'll take a look and revert back | ISRA/Traders Global Group |
| 1/19/2022 | 13:41:03 | Patrick Powers | ISRA/Traders Global Group | Hi Josh, the fills on both orders were in line with the prevailing market price. 1812.76 was actually the price that triggered the sl and the previous tick was 1814.86 (on the bid). The delay settings did not impact their fills. This is just the difference between filling at client request vs filling at the prevailing market rate<LINEBREAK><LINEBREAK>Also, it's worth noting that the trade size will not have an impact on client fills since MT4 prices are just the TOB price. | ISRA/Traders Global Group |
| 1/19/2022 | 13:43:54 | Joshua Dentrinos | ISRA/Traders Global Group | thank you | ISRA/Traders Global Group |
| 1/19/2022 | 16:12:47 | Joshua Dentrinos | ISRA/Traders Global Group | Hey guys,<LINEBREAK><LINEBREAK>We really have so much slippage complaints I have to think of some way to mitigate the problem here. Its mostly on stop losses where the complaint is. <LINEBREAK><LINEBREAK>If we removed the delay will the price still execute at best available thus stopping the gap traders etc? | ISRA/Traders Global Group |
| 1/19/2022 | 16:13:14 | Joshua Dentrinos | ISRA/Traders Global Group | ive never seen so many complaints about slippage and handling this is going to be complicated | ISRA/Traders Global Group |
| 1/19/2022 | 16:15:43 | Ben Johnson | ISRA/Traders Global Group | Hi Josh,<LINEBREAK>We can remove some or all of the delay if you want and simply leave slippage enabled but it seems like this is just a difference between clients previously receiving their requested fill every time (auto execution) vs them receiving a proper fill based upon the current market rate | ISRA/Traders Global Group |
| 1/19/2022 | 16:16:02 | Joshua Dentrinos | ISRA/Traders Global Group | These are new customers | ISRA/Traders Global Group |
| 1/19/2022 | 16:16:07 | Joshua Dentrinos | ISRA/Traders Global Group | they don't know the old server set up | ISRA/Traders Global Group |
| 1/19/2022 | 16:16:30 | Ben Johnson | ISRA/Traders Global Group | <quote author="live:.cid.5fe9685370270486" authorname="Patrick Powers" timestamp="1642599664" conversation="19:a6896eab2acf497dbafa7ee76257072f@thread.skype" messageid="1642599663781" cuid="8798152205151371083"><legacyquote>[1642599664] Patrick Powers: </legacyquote>Hi Josh, the fills on both orders were in line with the prevailing market price. 1812.76 was actually the price that triggered the sl and the previous tick was 1814.86 (on the bid). The delay settings did not impact their fills. This is just the difference between filling at client request vs filling at the prevailing market rate<LINEBREAK><LINEBREAK>Also, it's worth noting that the trade size will not have an impact on client fills since MT4 prices are just the TOB price.<legacyquote><LINEBREAK><LINEBREAK><<< </legacyquote></quote>As Patrick mentioned this morning, a number of the slippage complaints were from clients where they were executed on the price that triggered the SL so the delay had zero impact on their fill | ISRA/Traders Global Group |
| 1/19/2022 | 16:16:58 | Ben Johnson | ISRA/Traders Global Group | We can absolutely remove the delay though if that's what you want? | ISRA/Traders Global Group |
| 1/19/2022 | 16:17:07 | Joshua Dentrinos | ISRA/Traders Global Group | I have to think about the best approach for this, and the ramifications | ISRA/Traders Global Group |
| 1/19/2022 | 16:17:08 | Ben Johnson | ISRA/Traders Global Group | We can absolutely remove the delay though if that's what you want? | ISRA/Traders Global Group |
| 1/19/2022 | 16:19:08 | Ben Johnson | ISRA/Traders Global Group | Alright, sounds good, let us know if you want us to change any of the settings | ISRA/Traders Global Group |
| 1/19/2022 | 16:44:03 | Joshua Dentrinos | ISRA/Traders Global Group | the real question I have is all this slippage is it natural | ISRA/Traders Global Group |
| 1/19/2022 | 16:44:15 | Joshua Dentrinos | ISRA/Traders Global Group | i understand some prices are gapping due to volatility | ISRA/Traders Global Group |
| 1/19/2022 | 16:44:28 | Joshua Dentrinos | ISRA/Traders Global Group | but there are thousands of trades with slippage | ISRA/Traders Global Group |
| 1/19/2022 | 17:25:41 | Patrick Powers | ISRA/Traders Global Group | Hi Josh, from what we've seen, this is natural and resembles real market execution. Are most of the complaints on orders that were triggered by a SL? If so, this brings us back to the difference between executing at the client request vs executing at the prevailing market price | ISRA/Traders Global Group |
| 1/19/2022 | 17:26:24 | Joshua Dentrinos | ISRA/Traders Global Group | the majority of complaints are SL. If we were to execute users SL at the requested price but the rest at market price a) is that possible and b) would it affect the bottom line significantly? | ISRA/Traders Global Group |
| 1/19/2022 | 17:32:36 | Patrick Powers | ISRA/Traders Global Group | Yes, we can change the setting to fill at the client request for SL's, but this will impact the bottom line. Filling at the client request on SL's will be beneficial for gap traders specifically | ISRA/Traders Global Group |
| 1/19/2022 | 17:33:07 | Joshua Dentrinos | ISRA/Traders Global Group | so this would mean that all stop orders are executed perfectly | ISRA/Traders Global Group |
| 1/19/2022 | 17:33:14 | Joshua Dentrinos | ISRA/Traders Global Group | not just the stop loss orders | ISRA/Traders Global Group |
| 1/19/2022 | 17:33:15 | Joshua Dentrinos | ISRA/Traders Global Group | makes sense. | ISRA/Traders Global Group |
| 1/19/2022 | 17:34:30 | Patrick Powers | ISRA/Traders Global Group | Correct, all stop orders. | ISRA/Traders Global Group |

| DATE | TIME | FROM | TO | CONVERSATION_TEXT | CONVERSATION_INDEX |
|---|---|---|---|---|---|
| 1/19/2022 | 17:34:48 | Joshua Dentrinos | ISRA/Traders Global Group | quite the predicament we are in | ISRA/Traders Global Group |
| 1/19/2022 | 17:35:48 | Jeff Wilkins | ISRA/Traders Global Group | <<< Embedded File [image_2022_01_19T17_35_46_248Z.png] >>> | ISRA/Traders Global Group |
| 1/19/2022 | 17:36:13 | Joshua Dentrinos | ISRA/Traders Global Group | I just sent the investopedia version of that to 55,000 people | ISRA/Traders Global Group |
| 1/19/2022 | 17:36:17 | Jeff Wilkins | ISRA/Traders Global Group | haha | ISRA/Traders Global Group |
| 1/19/2022 | 17:36:23 | Joshua Dentrinos | ISRA/Traders Global Group | but its not stopping our review pages filling up with whining | ISRA/Traders Global Group |
| 1/19/2022 | 17:37:12 | Joshua Dentrinos | ISRA/Traders Global Group | the weird thing is we only have 20% more failures than passes on the trading server but still are getting huge numbers of slippage complaints | ISRA/Traders Global Group |
| 1/19/2022 | 17:37:22 | Joshua Dentrinos | ISRA/Traders Global Group | so people are having more success but also complaining more. | ISRA/Traders Global Group |
| 1/19/2022 | 17:38:26 | Jeff Wilkins | ISRA/Traders Global Group | Yeah, I think it is really just traders receiving proper execution | ISRA/Traders Global Group |
| 1/19/2022 | 17:38:36 | Jeff Wilkins | ISRA/Traders Global Group | Positive and negative slippage | ISRA/Traders Global Group |
| 1/19/2022 | 17:38:51 | Jeff Wilkins | ISRA/Traders Global Group | we can build in a tolerance so &quot;if within X, do not slip&quot; | ISRA/Traders Global Group |