# Exhibit C

| DATE | TIME | FROM | TO | CONVERSATION_TEXT | CONVERSATION_INDEX |
|---|---|---|---|---|---|
| 1/31/2022 | 4:31:52 | Antony Tan | ISRA/Traders Global Group | <<< Embedded File [image_2022_01_31T04_24_03_358Z.png] >>> | ISRA/Traders Global Group |
| 1/31/2022 | 4:31:53 | Antony Tan | ISRA/Traders Global Group | Do you mind can we confirm if the following understanding is correct.<LINEBREAK><LINEBREAK>Attached is all of the links accounts with 9471, their subscription fee for each account, their existing 50% pay out split per subscribed account and scale up account.<LINEBREAK><LINEBREAK>Given the current circumstances. The individual has paid fees totaling 23,385 and paid out 36,600 based on performance. Net total 13,215. | ISRA/Traders Global Group |
| 1/31/2022 | 4:34:22 | Joshua Dentrinos | ISRA/Traders Global Group | It could be, but will have to cross check and get back to you. On the surface it looks correct. | ISRA/Traders Global Group |
| 1/31/2022 | 4:42:38 | Antony Tan | ISRA/Traders Global Group | Perfect. If the split is different, we can adjust accordingly. But to circle back, it does appear the payout methodology is a concern. For the subscriber, its akin to buying a call option. The 5 day system you've just implement should help. <LINEBREAK><LINEBREAK>You could also consider implementing a staggered size slippage risk profile to reduce PnL further on the accounts. | ISRA/Traders Global Group |
| 1/31/2022 | 4:43:09 | Joshua Dentrinos | ISRA/Traders Global Group | we dont want to do anything too artificial that isn't replicating true market | ISRA/Traders Global Group |
| 1/31/2022 | 4:44:17 | Antony Tan | ISRA/Traders Global Group | Duly noted. For this component, please leave this with us for now. We'll discuss internally first. | ISRA/Traders Global Group |