# Exhibit D

# deel.



| | | INVOICE | |
|---|---|---|---|
| | DOCUMENT | | INV-2022-4 |
| | STATUS | | Paid |
| | ISSUE DATE | | May 11, 2022 |
| | DUE DATE | | May 11, 2022 |
| | **PAID DATE** | | **May 11, 2022** |
| | **TOTAL PAID** | | **$13,669.14** |

**Bill from:** [redacted]

**Bill to:** Traders Global Group Incorporated
90 East Halsey Rd, Ste 333 #1596
Parsippany NJ 070 4
United States
Registration number: 86-3414498

Team: Paid Contractors

Contract
[redacted]

Scope
Trading

| DESCRIPTION / MEMO | | AMOUNT |
|---|---|---|
| **Pay As You Go Contract** | | |
| One-off: "201554 + 10016522 + 201558 + 10016523 + 201536 + 10016525+ 10017078 + Refund" | | $13,669.14 |
| | VAT (0%) | $0 |
| | TOTAL PAID | $13,669.14 |

Invoice created via **deel.**

DEEL REF: 3241217

*Hartman*

PAGE 1 OUT OF 1                                                                  DEEL REF: 3241217