# Exhibit E

| DATE | TIME | FROM | TO | CONVERSATION_TEXT | CONVERSATION_INDEX |
|---|---|---|---|---|---|
| 5/30/2022 | 21:17:26 | Joshua Dentrinos | ISRA/Traders Global Group | <<< Embedded File [image_2022_05_30T20_17_17_774Z.png] >>> | ISRA/Traders Global Group |
| 5/30/2022 | 21:17:26 | Joshua Dentrinos | ISRA/Traders Global Group | can you see this on any other companies feeds? | ISRA/Traders Global Group |
| 5/30/2022 | 21:18:09 | Joshua Dentrinos | ISRA/Traders Global Group | people are saying only we have this spike | ISRA/Traders Global Group |
| 5/30/2022 | 21:20:40 | Joshua Dentrinos | ISRA/Traders Global Group | <<< Embedded File [image_2022_05_30T20_20_36_002Z.png] >>> | ISRA/Traders Global Group |
| 5/30/2022 | 21:20:40 | Joshua Dentrinos | ISRA/Traders Global Group | this is ic markets | ISRA/Traders Global Group |
| 5/30/2022 | 21:23:50 | Patrick Powers | ISRA/Traders Global Group | NZD has an early roll (19:00 utc) so spreads widen out significantly around that time as LPs adjust their systems to reflect the new value date. Most legitimate providers will have settings in place to filter the wide prices, but looks like CDO doesn't filter the prices. IS Prime has detailed filtration settings in place so the majority of our clients do not have a price spike | ISRA/Traders Global Group |
| 5/30/2022 | 21:24:45 | Patrick Powers | ISRA/Traders Global Group | The spike was probably more severe today due to the US holiday | ISRA/Traders Global Group |
| 5/30/2022 | 21:24:56 | Joshua Dentrinos | ISRA/Traders Global Group | i dont know how to handle this | ISRA/Traders Global Group |
| 5/30/2022 | 21:25:04 | Joshua Dentrinos | ISRA/Traders Global Group | its affected a lot of our customers | ISRA/Traders Global Group |
| 5/30/2022 | 21:25:12 | Joshua Dentrinos | ISRA/Traders Global Group | is the spike legitimate ? | ISRA/Traders Global Group |
| 5/30/2022 | 21:25:18 | Joshua Dentrinos | ISRA/Traders Global Group | can you compare to your internal feeds? | ISRA/Traders Global Group |
| 5/30/2022 | 21:28:32 | Patrick Powers | ISRA/Traders Global Group | We'll check. This happens frequently on NZD so I would say that the price was legit, but in reality, it should be filtered since spreads tend to come back in within 30 seconds after the roll | ISRA/Traders Global Group |
| 5/30/2022 | 21:28:47 | Joshua Dentrinos | ISRA/Traders Global Group | are we able to apply a filter? | ISRA/Traders Global Group |
| 5/30/2022 | 21:35:16 | Matthew Chichester | ISRA/Traders Global Group | It looks like it was 4 ticks that were wide from CDO. We can set a 20 pip filter for 5 ticks and that should prevent a similar spike moving forward from coming through. I checked some other non-ISP tick data and there were similar spread blowouts but not nearly as wide | ISRA/Traders Global Group |
| 5/30/2022 | 21:35:39 | Joshua Dentrinos | ISRA/Traders Global Group | right so they went wider | ISRA/Traders Global Group |
| 5/30/2022 | 21:35:56 | Joshua Dentrinos | ISRA/Traders Global Group | ok, I have to evaluate the damage some how, I am going to assume its big but we will have to do something to rectify it some how by refunding the trades. | ISRA/Traders Global Group |
| 5/30/2022 | 21:36:01 | Joshua Dentrinos | ISRA/Traders Global Group | Any assistance would be appreciated. | ISRA/Traders Global Group |
| 5/30/2022 | 21:36:39 | Matthew Chichester | ISRA/Traders Global Group | I can run a quick query and check for trades closed during this time period. One moment | ISRA/Traders Global Group |
| 5/30/2022 | 21:36:45 | Joshua Dentrinos | ISRA/Traders Global Group | thanks | ISRA/Traders Global Group |
| 5/30/2022 | 21:42:12 | Matthew Chichester | ISRA/Traders Global Group | on the live mt4 server, I'm not seeing a large impact. The offer price dropped slightly as well, so it's actually mostly clients making money off of it, although they were small small orders and small profits. | ISRA/Traders Global Group |
| 5/30/2022 | 21:42:13 | Matthew Chichester | ISRA/Traders Global Group | <<< Embedded File [image_2022_05_30T20_42_13_028Z.png] >>> | ISRA/Traders Global Group |
| 5/30/2022 | 21:42:37 | Joshua Dentrinos | ISRA/Traders Global Group | the demo is likely where we have the problem | ISRA/Traders Global Group |
| 5/30/2022 | 21:43:02 | Matthew Chichester | ISRA/Traders Global Group | yea, I'm checking that now | ISRA/Traders Global Group |
| 5/30/2022 | 21:45:05 | Matthew Chichester | ISRA/Traders Global Group | Doesn't look terrible. Biggest loss was 2k | ISRA/Traders Global Group |
| 5/30/2022 | 21:45:07 | Matthew Chichester | ISRA/Traders Global Group | <<< Embedded File [image_2022_05_30T20_45_05_993Z.png] >>> | ISRA/Traders Global Group |
| 5/30/2022 | 21:45:22 | Matthew Chichester | ISRA/Traders Global Group | <<< Embedded File [TradersGlobal NZDUSD 22.00 Spike-May30-Demo1and2.xlsx] >>> | ISRA/Traders Global Group |
| 5/30/2022 | 21:49:53 | Patrick Powers | ISRA/Traders Global Group | We'll check. This happens frequently on NZD so I would say that the price was legit, but in reality, it should be filtered since spreads tend to come back in within 30 seconds after the roll | ISRA/Traders Global Group |
| 5/30/2022 | 21:57:22 | Joshua Dentrinos | ISRA/Traders Global Group | ok anything bad on mt5? | ISRA/Traders Global Group |
| 5/30/2022 | 21:57:35 | Joshua Dentrinos | ISRA/Traders Global Group | we will start refunding all these now | ISRA/Traders Global Group |