# Exhibit F

| DATE | TIME | FROM | TO | CONVERSATION_TEXT | | CONVERSATION_INDEX |
|---|---|---|---|---|---|---|
| 7/18/2022 | 23:56:21 | Joshua Dentrinos | ISRA/Traders Global Group | | 10032801 | ISRA/Traders Global Group |
| 7/18/2022 | 23:56:30 | Joshua Dentrinos | ISRA/Traders Global Group | 11147338 ticket number | | ISRA/Traders Global Group |
| 7/18/2022 | 23:56:37 | Joshua Dentrinos | ISRA/Traders Global Group | why did this trade slip 40 pts | | ISRA/Traders Global Group |
| 7/18/2022 | 23:56:47 | Joshua Dentrinos | ISRA/Traders Global Group | its calm market, nothing on the candle | | ISRA/Traders Global Group |
| 7/18/2022 | 23:56:56 | Joshua Dentrinos | ISRA/Traders Global Group | size was not so huge | | ISRA/Traders Global Group |
| 7/18/2022 | 23:57:07 | Antony Tan | ISRA/Traders Global Group | Hi Josh, will review. live or demo? | | ISRA/Traders Global Group |
| 7/18/2022 | 23:57:13 | Joshua Dentrinos | ISRA/Traders Global Group | live mt4 | | ISRA/Traders Global Group |
| 7/18/2022 | 23:57:22 | Antony Tan | ISRA/Traders Global Group | Cheers, will revert | | ISRA/Traders Global Group |
| 7/19/2022 | 0:24:02 | Joshua Dentrinos | ISRA/Traders Global Group | any ideas? or i will just refundi t | | ISRA/Traders Global Group |
| 7/19/2022 | 0:25:18 | Antony Tan | ISRA/Traders Global Group | Hi Josh , still reviewing. moment please | | ISRA/Traders Global Group |
| 7/19/2022 | 0:33:20 | Antony Tan | ISRA/Traders Global Group | Thanks' for your patience. The accounts on the normal scalping profile that has a max adjust of 4 index points. Looks like that ticket got the brunt of the setting. | | ISRA/Traders Global Group |
| 7/19/2022 | 0:37:47 | Antony Tan | ISRA/Traders Global Group | Thanks' for your patience. The accounts on the normal scalping profile that has a max adjust of 4 index points. Looks like that ticket got the brunt of the setting. | | ISRA/Traders Global Group |