# Exhibit A



**PRIVATE AND CONFIDENTIAL**

**Usman M Sheikh**
Direct +1 416 862 3627
usman.sheikh@gowlingwlg.com
File no. T1026307

June 8, 2021

**Via E-Mail: mhammer@osc.gov.on.ca**

Michelle Hammer
Investigator, Enforcement Branch
Ontario Securities Commission
22nd Floor, 20 Queen Street West
Toronto, ON M5H 3S8

Dear Ms. Hammer:

**Re:     My Forex Funds**

As you know, we serve as legal counsel to Traders Global Group Incorporated ("**Traders Global**" or the "**Company**").  As such, please direct all future correspondence relating to this matter to my attention.

Thank you for a brief indulgence to allow us to get up to speed on this matter.

We write in response to your letter to Mr. Murtuza Kazmi ("**Mr. Kazmi**") dated May 12, 2021 which contains questions in relation to the business activities of the Company.  Our client is delighted to provide a response with all protections asserted under the Ontario and Canada *Evidence Acts* and the *Charter of Rights and Freedoms*.

Using the numbering set out in your letter, the Company is in a position to provide you with the below responses at this time.

**1.  Details regarding the business activities, services and products/programs that are offered by My Forex Funds and where its head office is located:**

Traders Global (also known, or doing business, as "My Forex Funds") is a federally incorporated company currently located at 9131 Keele Street, Unit A4, Vaughn, Ontario, L4K 2N1.

The business of the Company has been to invest the personal funds of the founder (Mr. Kazmi), who provided initial capital, and subsequent revenues of the Company (collectively, the "**Company's Capital**").  No capital has been raised from any external investors, either in Canada or abroad.

The Company primarily offers individuals a demo trading experience.  Individuals can subscribe to one of two programs offered by Traders Global – being, the Rapid and Evaluation programs.  From this group, a small select few (who are successful in their demo trading) are subsequently retained by the Company as independent contractors to trade the Company's Capital.

Individuals may also now subscribe to an Accelerated program.  Such individuals are permitted to trade the Company's Capital from inception, within certain limits, after having first been retained as independent contractors by the Company.

Individuals who participate in the above-noted programs are compensated at varying amounts depending on the program to which they have subscribed.[1]

Traders Global also offers certain other corollary services to traders, including general coaching or basic education tools.

---

[1] Individuals pay a small registration fee to subscribe to the various programs.

**Gowling WLG (Canada) LLP**
Suite 1600, 1 First Canadian Place
100 King Street West
Toronto ON  M5X 1G5 Canada

**T** +1 416 862 7525
**F** +1 416 862 7661
**gowlingwlg.com**

Gowling WLG (Canada) LLP is a member of Gowling WLG, an international law firm which consists of independent and autonomous entities providing services around the world. Our structure is explained in more detail at gowlingwlg.com/legal.

2. **A list of all officers, directors, and employees including a brief description of their role and responsibilities:**

The sole director of Traders Global is Mr. Kazmi. There are no officers of the Company. Mr. Kazmi manages the general business of the Company.

Reflecting the true "start-up" nature of the Company, Mr. Kazmi's wife (Fatima Kazmi) and father (Rizwan Kazmi) assist with the basic administrative tasks for the business (e.g., billing and invoicing), but are not compensated.

There are certain other individuals located around the world who are paid on an hourly or daily basis to assist with tasks, as they may arise from time to time. While these individuals are not considered by the Company to be "employees", they have been listed out of an abundance of caution.

| Duties | Individuals |
|---|---|
| Assist with day to day operations | Haider Raza |
| Assist with emails and social media channels, including correspondence with traders | Connor McCourt, Tojo Herman, Yavuz Karadeniz, Chad Walter, Aris Junio and Liana Akarepis |
| Technical assistance | Joshua Dentrinos, Zohaib Hasan, Murtaza Naqi, Asad Kazmi, Muqarrab Ali, Taimoor Shakeel, Moiz Shakeel, Nazee Alcozai, Sabah Iqbal |
| Assist with staffing | Zaviar Ahmed |

3. **A list of any related and/or associated entities and the nature of the relationship between the entities:**

While a definition for the terms "related" and/or "associated" has not been provided, the Company notes the following.

The Company has no parent nor does it have any subsidiaries.[2]

The Company has assumed that OSC Staff's request for "related"/"associated" entities is not seeking information concerning the name of service and/or website providers, or other such third parties. If the Company is mistaken, please advise.

4. **A standard copy of all contracts or agreements with clients:**

A copy of the standard version of the Company's independent contractor agreement (the "**Independent Contractor Agreement**") is attached as **Appendix "A"**. For clarity, such agreements are entered into with traders, and not with "clients".

5. **The total number of clients and account holders at My Forex Funds, and the total dollar value of their accounts:**

As noted above, the Company does not have "clients", nor does it have any "account holders". Any accounts in which the Company's Capital are held are in the name of the Company itself.

The Company currently has approximately 270 or so traders who are trading the Company's Capital. The Company's principal at two brokerage firms is approximately $500K, which is traded using margin and leverage. Individual traders are not liable for any trading losses involving the Company's Capital.

6. **A list of all clients and account holders residing in Ontario, Canada, who have opened accounts, invested and/or signed investment contracts with or through My Forex Funds. For all clients and account holders identified, please provide their contact information (i.e.**

---

[2] The Company has noted that one page on its website appears to indicate that "My Forex Funds" may be a "subsidiary" of Traders Global, which was an oversight and will be corrected.

**name, address, phone number and email address) and the date when the account was opened:**

As noted above, there are no "clients" of Traders Global, nor have any parties "invested" or signed any "investment contracts" with the Company.

While there may be residents of Ontario presently using demo accounts, there are currently only six (6) Ontario traders who have signed Independent Contractor Agreements to trade the Company's Capital.

With knowledge of the Company's business, as set out in Questions 1 to 5 above, please advise as to whether you would still like to be provided with the contact information for these Ontario residents.

**7. List of all regulatory authorities with which My Forex Funds and/or its employees are registered:**

To the Company's knowledge, Traders Global and the parties listed in response to Question 2 are not registered with any specific regulatory authority.

**8. Any other information ad/or documents that you believe may be pertinent to our inquiry:**

The Company would be happy to consider any additional questions that you may have.

Should you wish to discuss this matter, please do not hesitate to contact me.

Sincerely,

**Gowling WLG (Canada) LLP**

Usman M Sheikh

US:kk

# INDEPENDENT CONTRACTOR AGREEMENT

This Independent Contractor Agreement (this "Agreement") is made as of this _____ day of _____, 20_____, (the "Effective Date") by and between:

**COMPANY:** Traders Global Group Incorporated
located at 9131 Keele Street, Unit A4, Vaughan, Ontario, Canada L4K 0G7 [Address] ("Client") and

**CONTRACTOR**: _____
located at _____ [Address] ("Independent Contractor") with email _____

Client and Independent Contractor may each be referred to in this Agreement as a "Party" and collectively as the "Parties."

1. **SERVICES -** Independent Contractor shall provide the following services to Client (the "Services"):

    Trading execution. In addition, Independent Contractor shall perform such other duties and tasks, or changes to the Services, as may be agreed upon by the Parties.

2. **COMPENSATION -** Inconsideration for Independent Contractor's performance of the Services, Client shall pay Independent Contractor:

    Client shall pay Independent Contractor:
    - 50% of all profit generated

    Independent Contractor shall invoice company based on performance upon agreed upon date, and once verified will be paid via bank transfer, cryptocurrency or any other mutually agreed upon option at the time of due date.

3. **EXPENSES -** Independent Contractor will NOT be reimbursed. All costs and expenses incurred by Independent Contractor in connection with the performance of the Services shall be the sole responsibility of and paid by Independent Contractor.

4. **TERM AND TERMINATION -** Independent Contractor's engagement with Client under this Agreement shall commence on _____, 20_____.

    Independent Contractor acknowledges and agrees that the engagement with Client is at will, subject to being terminated at the discretion of Client at any time, without prior notice if the conditions of the trading account are not kept in good standing and the independent contractor does not abide by the previously agreed upon rules of the account. In addition, this Agreement may be terminated by Independent Contractor upon seven (7) days prior written notice to Client.

5. **INDEPENDENT CONTRACTOR -** The Parties agree and acknowledge that Independent Contractor is an independent contractor and is not, for any purpose, an employee of Client.  Independent

Contractor does not have any authority to enter into agreements or contracts on behalf of Client, and shall not represent that it possesses any such authority. Independent Contractor shall not be entitled to any of Client's benefits, including, but not limited to, coverage under medical, dental, retirement or other plans. Client shall not be obligated to pay worker's compensation insurance, unemployment compensation, social security tax, withholding tax or other taxes or withholdings for or on behalf of the Independent Contractor in connection with the performance of the Services under this Agreement. Nothing contained in this Agreement shall be deemed or construed by the Parties to create the relationship of a partnership, a joint venture or any other fiduciary relationship.

6. **CONFIDENTIALITY -** Independent Contractor will <u>NOT</u> be exposed to confidential information.

7. **MUTUAL REPRESENTATIONS AND WARRANTIES -** Both Client and Independent Contractor represent and warrant that each Party has full power, authority and right to execute and deliver this Agreement, has full power and authority to perform its obligations under this Agreement, and has taken all necessary action to authorize the execution and delivery of this Agreement. No other consents are necessary to enter into or perform this Agreement.

8. **INDEPENDENT CONTRACTOR REPRESENTATION AND WARRANTIES -** Independent Contractor represents and warrants that it has all the necessary licenses, permits and registrations, if any, required to perform the Services under this Agreement in accordance with applicable federal, state and local laws, rules and regulations and that it will perform the Services according to the Client's guidelines and specifications and with the standard of care prevailing in the industry.

9. **GOVERNING LAW -** The terms of this Agreement and the rights of the Parties hereto shall be governed exclusively by the laws of Canada, without regarding its conflicts of law provisions.

10. **BINDING EFFECT -** This Agreement shall be binding upon and inure to the benefit of the Parties and their respective successors and permitted assigns.

11. **ASSIGNMENT -** The interests of Independent Contractor are personal to Independent Contractor and cannot be assigned, transferred or sold without the prior written consent of Client.

12. **ENTIRE AGREEMENT -** This Agreement constitutes the entire agreement between the Parties hereto with respect the subject matter hereof, and supersedes all prior negotiations, understandings and agreements of the Parties.

13. **AMENDMENTS -** No supplement, modification or amendment of this Agreement will be binding unless executed in writing by both of the Parties.

14. **NOTICES -** Any notice or other communication given or made to either Party under this Agreement shall be in writing and delivered by email to **accelerated@myforexfunds.com**, or by hand, sent by overnight courier service or sent by certified or registered mail, return receipt requested, to the address stated above or to another address as that Party may subsequently designate by notice, and shall be deemed given on the date of delivery.

**15. WAIVER -** Neither Party shall be deemed to have waived any provision of this Agreement or the exercise of any rights held under this Agreement unless such waiver is made expressly and in writing. Waiver by either Party of a breach or violation of any provision of this Agreement shall not constitute a waiver of any subsequent or other breach or violation.

**16. FURTHER ASSURANCES -** At the request of one Party, the other Party shall execute and deliver such other documents and take such other actions as may be reasonably necessary to affect the terms of this Agreement.

**17. SEVERABILITY -** If any provision of this Agreement is held to be invalid, illegal or unenforceable in whole or in part, the remaining provisions shall not be affected and shall continue to be valid, legal and enforceable as though the invalid, illegal or unenforceable parts had not been included in this Agreement.

IN WITNESS WHEREOF, this Agreement has been executed and delivered as of the date first written above.

_____                                         _____
**Independent Contractor** Full Name                                                   **Client** Full Name


_____                                         _____
**Independent Contractor** Signature                                                   **Client** Signature