# Exhibit B



# PROFESSIONAL FUNDING FOR TRADERS

Trade up to $1,000,000 on a Hydra Funded account.
No Time Limits. 90% Payout Share.

**GET FUNDED NOW**

# 75% OF TRADERS HAVE ACCOUNTS UNDER $20,000, LEADING TO RISKY TRADING BEHAVIOR THAT RESULTS IN FAILURE.

## HYDRA FUNDING HELPS YOU


**ESCAPE SMALL ACCOUNTS**
Access Up to $2M Total Funding Across Multiple Accounts


**RISK LESS CAPITAL**
Our Custom Addons allow us to provide the BEST Challenge Prices in the industry. $100k Accounts start at just $399


**GET REWARDED FAIRLY**
Turn Your Hard Work Into Payouts and Keep Up to 90% of Your Account Gains


**SHARPEN YOUR TRADING**
Hydra Accounts Train You to Trade with Proper Risk Management and to Follow Rules


**GO FULL TIME**
We Provide Account Sizes Suitable for Traders Looking to Make a Living From Trading


**GROW YOUR PROFITABILITY**
With Accounts From $10,000 to $1 Million, You Can Start Small and Scale As You Grow



# PRO TRADER EXPLAINS HYDRA


How To Get A $500,000 Forex & Crypto Funded Account [Real Or Scam?]


Share



# EASY 3-STEP PROCESS TO GET FUNDED

### STEP 1
SIGN UP FOR A CHALLENGE TYPE (SINGLE PHASE OR 2 PHASE) AND SELECT ACCOUNT SIZE (MAX $1,000,000 USD).

### STEP 2
DO NOT VIOLATE ANY LOSS RULES
SINGLE PHASE: 5% DAILY, 6% OVERALL
2 PHASE: 5% DAILY, 10% OVERALL

### STEP 3
ACHIEVE TARGETS. GET FUNDED.
NO TIME LIMITS!

# CHOOSE A FUNDING AMOUNT

TRADE WITH UP TO $1,000,000 IN CAPITAL

SELECT NUMBER OF PHASES ¬

| SINGLE PHASE | 2-PHASE | | COMPARE OUR CHALLENGES |

SELECT FUNDING AMOUNT ¬

| $10,000 | $25,000 | $50,000 | $100,000 | $200,000 |

| | | |
|---|---|---|
| ▼ ACCOUNT GAINS TARGET | PHASE 1: 6% | PHASE 2: 9% |
| ▼ MIN/MAX TRADING DAYS | NONE | |
| ▼ MAX DAILY LOSS | $5,000 | |
| ▼ MAX OVERALL LOSS | $10,000 | |
| ▼ AVAILABLE LEVERAGE | 1:50 (UPGRADE TO 1:100 AVAILABLE) | |
| ▼ FUNDED ACCOUNT PAYOUT SHARE | KEEP 75% (90% WITH UPGRADE) FIRST WITHDRAWAL AT ANY TIME | |
| ▼ WEEKEND HOLDING | NO | |
| ▼ NEWS TRADING | NO | |
| ONE TIME FEE | $700 $399 | |

**PURCHASE THIS CHALLENGE**

# THE HYDRA ADVANTAGE

SEE HOW WE COMPARE AGAINST OTHER FIRMS

| | FTMO | HYDRA | FundedNext |
|---|---|---|---|
| ONE STEP CHALLENGE | ✗ | ✓ | ✓ |
| → NON-TRAILING DRAWDOWN | ✓ | ✓ | ✗ |
| → BALANCE BASED DRAWDOWN | ✗ | ✓ | ✓ |
| $1,000,000 ACCOUNTS | ✗ | ✓ | ✗ |
| 24/7 DEDICATED SUPPORT | ✓ | ✓ | ✓ |
| MAX ALLOCATION | $400K | $2M | $300K |
| PHASE 1 TARGET: 6% | ✗ | ✓ | ✗ |
| NO MINIMUM TRADING DAYS | ✗ | ✓ | ✗ |
| LOWEST TARGET REQUIRED | 15% | 10% | 10% |
| INSTANT WITHDRAWAL FROM DAY 0 | ✗ | ✓ | ✗ |

**SELECT YOUR PLAN**

# TRUSTED CHOICE BY WINNING TRADERS

100% PAYOUT SUCCESS RATE - YOU SUCCEED WE SUCCEED



## RULES & FREQUENTLY ASKED QUESTIONS

### HIDDEN RULES:

If the rule isn't here, you are in the clear.

Unlike other prop firms, there are 0 hidden rules. All parameters for the evaluation and the funded account are found on this page.

Please make sure to take the time to read every rule below. We are building a firm that focuses on your success, part of that is bringing on traders that understand exactly how we operate.

There are only 3 ways to breach and lose an account, please read below for more details:

1. Maximum Drawdown Rule [full details under "**MAXIMUM DRAWDOWN**"]
2. Daily Loss Rule [full details under "**5% DAILY STOP**"]
3. Inactivity of 30 days (if you do not place a trade at least once every 30 days on your account, Osprey FX / Hydra Funding will consider the account INACTIVE and the account will be breached.

### UPGRADES:

On the "checkout" page after clicking "Select Plan" in our Evaluation section above, members will have the ability to choose to pay extra for "upgrades" in their evaluation, making their evaluation fine tuned to their own system. These upgrades will include the following and will see a price increase as addressed below:

1. Hold over the weekend - 10% price increase
2. Double Leverage (this will double all FX and metals leverage, does not apply to other symbols) - 25% price increase
3. No Stop Loss Required - 10% price increase
4. 90/10 Account Gains Split - 20% price increase

Instead of increasing price on standard challenges, we allow traders with different strategies and risk appetites to customize their accounts as they see fit.

### WHEN DO I GET MY ACCOUNT?

Challenge: Once your payment is processed (usually 15-30 minutes), details will automatically be sent to your email from support@hydrafunding.io. If you do not receive your credentials after 1-2 hours, please use the **Contact Us** feature on our website and we'll make sure to get your account resent.

Live/Funded Account: Upon passing your Assessment, you will receive an email from support@hydrafunding.io with instructions on how to access and complete your Trader Agreement. Once the agreement is completed and supporting Know Your Customer documents provided, your funded account will be created, funded and issued to you typically within 24-48 business hours.

If you do NOT receive an email, it is likely that the spam filters on your email stopped our email from coming through, so please check your spam folder - and if you still haven't received it, please reach out to us using the Contact Us and we will take care of you.

### HOW DO I ACCESS MY TRADER DASHBOARD?

Credentials and links will be sent directly to your email along with downloads to the trading software immediately after payment is processed (usually 15-30 minutes). You can also access the Trader Dashboard using the **Login** tab above.

### 5% DAILY STOP:

The Daily Stop Loss is the maximum your account can lose in any given day.

Daily Stop Loss is calculated using the previous day balance which resets at 5 PM EST. Unlike other prop firms, we do NOT base our calculations on previous day equity since the balance only model allows you to scale account gains without fear of losing your account. The Daily Stop compounds with the increase in your account.

### EXPERT ADVISORS AND NEWS TRADING:

**Expert Advisors:**
EAs are permitted on ALL Hydra Funding accounts. Your trading robots are welcome here.

**News Trading:**
Trading during news and holding over news is only permitted under our Single Phase Challenges.

**2 Phase challenges must adhere to the below conditions:**
It is the trader's responsibility to have all positions for the associated symbols, as listed hereunder, closed no later than two (2) minutes in advance of the economic releases pursuant to the respective economic calendar:

Country News Release | Symbols
USA Non Farm Payrolls | All
USA Retail Sales | All
USA CPI | All
USA PPI | All
USA Michigan Consumer sentiment | All
USA GDP q/q | All
USA Core PCE Price Index m/m | All
USA ADP Non-Farm Employment Change | All
USA ISM Manufacturing PMI | All
USA ISM Services PMI | All
USA Crude Oil Inventories (EIA) | USOil, UKOilUSA
Natural Gas Inventories (EIA) | NGAS
USA FED Interest Rate decision | All
EU ECB Interest Rate decision | All EUR FX pairs
UK BOE Interest Rate decision | All GBP FX pairs

### WHAT CAPITAL AM I TRADING IN A FUNDED ACCOUNT?

You will have access to the same balance as the challenge account you passed.

If you traded with $100,000 in the challenge, you will also trade with $100,000 in the Hydra Funded Account. Please note that all accounts provided by Hydra Funding (including Hydra Funded Accounts) are demo accounts with virtual funds.

The difference is traders are entitled to up to 90% of account gains generated on the Hydra Funded Account after you've passed the challenge.

### HOW DO I LOSE AN ACCOUNT?

There are 3 ways to lose an account: Daily Stop Rule, Maximum Drawdown Rule, or after an inactivity period (not opening or closing a trade) of 30 days.

### HOW MANY ACCOUNTS/CHALLENGES AM I ALLOWED?

Funded Account Limits:

$2 million max per person (can be made up of multiple assessments).

$2 million max per strategy (can be made up of multiple assessments).

**Note:**
There is NO limit to how many accounts you may have (as long as it's within the $2 million limit).
There is NO limit for compounding. Up to $1 million of initial funding, then grow the account to any balance you desire - yes, even $10 million, $20 million, and so on.

### MARKETS OFFERED/LEVERAGE/SLIPPAGE:

All markets offered **here** (all offered through Osprey FX) will be tradeable with our proprietary firm. We offer Currencies, Indices (including DXY, VIX), Commodities, Digital Currencies, and Individual Shares. Please make yourself aware of any broker side limitations regarding risk and depth of market as **Hydra Funding** has no control over these things.

Once you have received your account, please make sure to "Show All" pairs in the terminal.

**Single Phase Accounts Leverage:**
Currencies, Metals, Oils, and Indices (1:10)
Digital Currencies (1:2)

Stocks (1:5)

**2 Phase Accounts Leverage:**
Currencies, Metals, Oils, and Indices (1:50)
Digital Currencies (1:2)
Stocks (1:5)

*Double leverage upgrade available at checkout. Only applies to Currencies, Metals, Oils and Indices. Digital Currencies and Stocks are not included.*

**Lot Size Specifications:**
Right click the market you are trading and press Specification in the MT4/MT5 terminal.

**Slippage:**
Although Osprey FX has extremely good depth of market on most of its offered pairs/markets, there are some exceptions - these are entirely handled by Osprey FX, and Hydra funding has no control over depth of market or broker pricing or ANY broker related services.

Digital Currencies offered with Hydra funding via Osprey FX are offered as a CFD and not as a DEX product - so you may experience higher slippage as you trade larger lot sizes - This is true regardless of the broker executing the trades, but please make sure you are aware of how slippage works and can impact your trading.

---

**Example:** if your prior day's end of day balance (5pm EST) was $100,000, your account would violate the daily stop loss limit if your equity reached $96,000 during the day. If your floating equity is +$5,000 on a $100,000 account, your new-day (5pm EST) max loss is based on your balance from the previous day ($100,000). So, your daily loss limit would still be $96,000.

---

**MAXIMUM DRAWDOWN:** ✕

Unlike other firms, our Maximum Drawdown does NOT trail. Our max drawdown is static and calculated ONLY on initial Balance.

For example, on a single phase $100,000 account, the account can only be breached if it goes below $94,000 (6%). So if your balance grows to $107,000 on a $100,000 account, the Max Loss is still $94,000 (6% from the original balance).

**Important Note:** the Max Loss moves to the initial balance after the first withdrawal - incentivizing our funded traders to compound and grow their accounts before withdrawing huge earnings (please see below example).

**Example:** If you have a funded 2 Phase $100,000 account, the Max Loss Breach level would be $90,000 (-10% of the initial balance). If you then traded your account up to $115,000, the Max Loss Breach level would still be $90,000. If you then withdrew $10,000, upon your first withdrawal, the Max Loss locks in at the ORIGINAL account balance.

So after withdrawing $10,000, your account will have a balance of $105,000 and the breach level is now $100,000, meaning you now have a buffer of $5,000. Similarly, if you withdrew the full $15,000, your account balance would now be $100,000 which is also the BREACH level, meaning you would lose your funded account.

**Further Example:** If you continued to compound your 2 Phase $100,000 all the way to $150,000, the Max Loss Breach Level is still $90,000. However, if you then withdrew $25,000, the Max Loss will lock in at $100,000, meaning you would now have $25,000 as a buffer (Max Loss).

We have included this rule to incentivize our funded traders to compound their accounts, ensuring that they have a hefty buffer, can pay themselves out as they see fit, and continue trading with Hydra Funding as a Hydra Funded member.

---

**SPREADS/COMMISSIONS:** ✕

We work with an extremely reputable and well-established broker: **Osprey FX**. All spreads on all tradeable instruments are provided by **Osprey FX** starting as low as 0.2 pips on Majors.

**Commissions are as follows:**
Currencies Standard: $7 per lot, round trip
Currencies .pro: $8 per lot, round trip
Currencies mini: $1 per lot, round trip
Digital Currencies, Metals, Energies: $7 per lot, round trip
Indexes, Shares: $7 per lot, round trip

**Note:** Currencies .pro symbols have tighter spreads than Standard, hence the higher commissions. Traders that value tight spreads can make use of these symbols.

---

**TRADING PLATFORM:** ✕

Currently, all accounts are opened with Osprey FX. Trading platform download link will be made accessible to you and sent to you with credentials after your payment is processed (15-30 minutes) and will also be accessible once logged into the dashboard.

---

**WHAT COUNTRIES ARE ALLOWED?** ✕

Below are the geographical locations we are unable to support with funding:

Afghanistan
Botswana
Congo
Crimea
Cuba
Democratic Republic of Congo (DPRK)
Republic of the Congo
Ethiopia
Iran
Iraq
Japan
Kenya
Lebanon
Libya
Myanmar (Burma)
North Korea
Pakistan
Russian Federation
Somalia
Sri Lanka
Sudan
Syria
Trinidad and Tobago
Tunisia

---

**REQUIRED STOP LOSS:** ✕

Unless you paid for the upgrade (available on the checkout page when you select an Evaluation above - we require a stop loss to be placed when opening a trade. Failure to place a stop loss or placing a stop loss after opening a trade will automatically close the trade. This is NOT considered a violation and you will be able to continue to trade and can reopen a trade with the right stop in place.

---

**REQUEST WITHDRAWAL:** ✕

When you are ready to request a withdrawal simply login to your Hydra Dashboard and select the "Payouts" tab in the left hand menu under funded accounts.

You can then submit your preferred payout method either "USDT" or "Wire Transfer". Standard processing time is 3-5 business days.

First withdrawal can be anytime, subsequent withdrawals every 30 days or more.

**Important Note:** the Max Loss moves to the initial balance after the first withdrawal - incentivizing our funded traders to compound and grow their accounts before withdrawing huge earnings (please see below example).

**Example:** If you have a funded 2 Phase $100,000 account, the Max Loss Breach level would be $90,000 (-10% of the initial balance). If you then traded your account up to $115,000, the Max Loss Breach level would still be $90,000. If you then withdrew $10,000, upon your first withdrawal, the Max Loss

---

**MALICIOUS PRACTICES?** ✕

locks in at the ORIGINAL account balance.

So after withdrawing $10,000, your account will have a balance of $105,000 and the breach level is now $100,000, meaning you now have a buffer of $5,000. Similarly, if you withdrew the full $15,000, your account balance would now be $100,000 which is also the BREACH level, meaning you would lose your funded account.

**Further Example:** If you continued to compound your 2 Phase $100,000 all the way to $150,000, the Max Loss Breach Level is still $90,000. However, if you then withdrew $25,000, the Max Loss will lock in at $100,000, meaning you would now have $25,000 as a buffer (Max Loss).

We have included this rule to incentivize our funded traders to compound their accounts, ensuring that they have a hefty buffer, can pay themselves out as they see fit, and continue trading with Hydra Funding as a Hydra Funded member.

**WEEKEND TRADES:**  ✕

Weekend holding and trading is available as an add-on option for our 1 Phase Challenges. It is not available for 2 Phase Challenges.

Unless you paid for the upgrade (available on the checkout page when you select an Evaluation above - we require all trades to be closed by 3:45 pm EST on Friday. Any trades left open will be closed automatically from our end. This is NOT considered a violation and you will be able to continue trading your account at market re-open.

In our terms and conditions you will see a better outline of these rules (view upon purchasing your evaluation).

Simply put, taking advantage of arbitrage pricing or latency is against the rules. Malicious practices like latency pricing used to benefit in a demo environment that can't be used in a live environment is against the rules.

Please review our Terms and Conditions for a full list of prohibited trading practices.

**SYMBOLS EXPLANATION: .PRO, .VAR, .MINI**  ✕

Osprey FX provides multiple kinds of assets for many pairs, to cater to as many styles of trading as possible.

Symbols ending with **.pro**: Lower spreads, higher commission
Symbols ending with **.var**: Higher spreads, lower commission
Symbols ending with **.mini**: Mini lots, instead of 1 lot being worth 100,000 units of a currency, a mini lot is worth 1000 units of a currency

**Commissions are as follows:**
Currencies Standard: $7 per lot,round trip
Currencies .pro: $8 per lot, round trip
Currencies mini: $1 per lot, round trip
Digital Currencies, Metals, Energies: $7 per lot, round trip
Indexes, Shares: $7 per lot, round trip

# WHY TRADERS CHOOSE HYDRA?



### WORLD CLASS TRADING CONDITIONS

Spreads on Hydra accounts start from 0.1 pips with low commissions and lightning fast execution, perfect for all strategies.



### DEEP LIQUIDITY

Benefit from a large liquidity pool of leading, tier one, liquidity providers for industry-leading pricing.





### 120+ TRADING INSTRUMENTS

Trade anything you like on the live markets, from Currencies, Indices, Commodities, Stocks, and Digital Currencies.

### COMMUNITY OF PROFITABLE TRADERS

The Hydra community is always here to help you learn and make money with the best of the best.

**GET FUNDED NOW**   **JOIN OUR DISCORD**

---

**HYDRA** FUNDING

**FAQ**

© 2023 HYDRA FUNDING. ALL RIGHT RESERVED.

**REFUND POLICY:**

You pay a one-time fee for an attempt at the Evaluation. The provision of this Evaluation is a service. Since services are being rendered instantaneously upon purchase, there are no refunds. All transactions made are final. If you are purchasing an evaluation through Hydra Funding you are doing so in acknowledgement that you will not be refunded.

