# Exhibit C



| | |
|---|---|
| Minimum profit split: | 80% |
| Minimum trading days: | 0 |
| Payout Frequency: | 14 |

✓ Unique buyback feature

Fee $35   **BUY**

# Trade for a *first in class* prop trading firm.

Maven is a first in class trading firm to offer a simulated 'funded trader' program to full time traders. We have unique 1-Step and 2-Step Challenges to evaluate traders before they get access to a simulated 'funded' account.

Offering a wide range of virtual tradable pairs, our prop trading firm's platform is designed for all traders, regardless of their experience. Explore virtual 400+ assets, FX majors & minors equities, on simulated accounts with Maven.

# Learn with the *best and profit* together

Need a little practice?

With our low spreads and instant execution, you can get comfortable making good simulated trades under real market conditions.

**JOIN THE ACTION**

## Start Trading with the Best Prop Trading Firm.

Don't believe us? Listen to our community.

★★★★★
**I'd say the company's c...**
I'd say the company's customer service is top-notch. Hats off to Hayden and
Ihechi Festus, 7 hours ago

★★★★★
**I am very happy with M...**
I am very happy with Maven

berke, 20 hours ago

★★★★★
**Their customer service ...**
Their customer service is very fast and kind and they listen to what the people
BO_LU, 1 day ago

★★★★★
**Wonderful customer ex...**
Wonderful customer experience with, James. He was attentive and considerate
DR Nikki Miller, 3 days ago

★★★★★
**Friendly Support**
The support is very friendly and he helped me A lot
mohamed mkhall... 3 days ago

Rated **4.8** / 5 based on **719 reviews**. Showing our 4 & 5 star reviews.

★ Trustpilot

# Real Trading Experience, *without the Risk*

We're a prop firm that provides you with hands-on experience in the trading world. With more knowledge, skills and experience, you can make profitable trades without risking your own capital.

Maven Trading stands out as a top prop trading firm with 1-Step and 2-step Evaluation Challenges.

# Why choose a *challenge*?

- **Unlimited potential:** There is no time limit on our challenges.
- **No risky business:** You're using demo funds with simulated capital.



## How It *Works*

You're four steps away from harnessing your trading skills.



**STEP 1**

 **Complete a challenge.**

Prove your trading prowess and complete a challenge. You can choose any of our 400+ pair options.

**STEP 2**

 **Get verified.**

No flukes allowed. Redo the challenge with easier rules so we know the first trial wasn't just luck. *only if you are doing a two-step challenge

**STEP 3**

**Become a funded trader.**

Congratulations! You've got a simulated funded trading account and you can keep 80% of the profits you make.

**STEP 4**

**Get paid.**

You can set your payout preferences and withdraw at any time. You can withdraw at any time.



## The Maven **Platform**

**9% Profit Target**

Gets You Funded Faster!

**Withdrawal Anytime**

Request Payouts Anytime After 14 Days And 1% Profit

**Instant Account Reset**

Immediately Reset Your Simulated Funded Account (only available after passing the challenge). Everyone Deserves A Second Chance

**No Pressure Trading**

Take As Long As You Want To Hit Your Goals

## Unparalleled **Platfom**

You have the option of trading under the most trusted platform in the industry.





**Charts**

Watch The Markets On Our Platform In Realtime Using Our Trading Integrations.



**First in class liquidity providers**

Will Give You Lightning Fast Order Placement.



**Market leading fees**

Spreads And Commissions From Blueberry Markets.



## Payouts

Get the most out of your efforts.

We're a prop firm that offers the highest payouts possible by any other funded prop firms in the industry.

You can get paid more frequently with shorter wait times. There's no need to wait for an entire month to get your profits.

- You can request a payout every 14 days with at least 1% simulated profit in your account.
- Your account will reset after each payout with a 14-day waiting time before requesting another payout.

Why work with traditional brokerage services when you can get more out of our prop trading firm?

## Diverse trading options at your fingertips

Explore a world of opportunities with Maven Trading. We have 400+ virutal assets, from Forex trading options, cryptocurrencies, precious metals like gold, majors & minors equities, and more. You'll find something that piques your interest.

## Frequently Asked Questions

**What Is Maven Trading?**

Traders who advance to the funded stage are entitled to profits made on their account which will be paid from Maven. Profitable traders are paid a percent of the virtual profits they make while using our capital with no liability on them. You trade and we cover the losses.

What Broker Do You Use To Trade?

What Is The Buy Back Feature?

Can I Merge My Accounts?

Do You Allow Scaling?

Which Platforms Can I Accept A Payout?

What Is Your Max Capital Allocation?

How Can I Pay? 

# The Maven Trading Platform

An unparalleled approach to trading.

- **Confidence and Trust**: You can trade under the most trusted platforms in the industry.
- **Charted Territory**: Watch the market in real time with our trading integrations.
- **Top-notch Liquidity Providers**: Get lightning fast order placements.
- **Market-leading Fees**: Spreads and commissions from Blueberry Markets.



## Contact Us

St. Lucia

CONTACT US

**Links:**

Get Funded            Terms and Conditions
FAQs                  Privacy Policy
Login                 Blog
AML Policy

© 2023 Maven Trading. All rights reserved.