# Exhibit D



INTERNET ARCHIVE WaybackMachine https://myforexfunds.com/faq/why-join-my-forex-funds/ Go JUN AUG SEP 02 2022 2023 2024
8 captures
16 Sep 2021 - 2 Aug 20
About this capture

myForexFunds

My Account

Programs

FAQ

General Rapid Evaluation Accelerated

# Help Center

If you want to learn more about our program rules please click on the relevant page rules below.

Rapid Rules

Evaluation Rules

Accelerated Rules

General

## Why join My Forex Funds?

Our program enables traders to trade without risking their own capital. Traders are rewarded for the profits they make on simulated accounts (that is how we mitigate risk/loss) while fine tuning their skills in the process.

---

Rapid

### Are there any challenges? Exams?

No – there are no challenges, or verification or "prove yourself" time periods. We understand your time is money, and one must not waste it going through endless hurdles to...

Read More

Rapid

### Are there any minimum trade requirements?

Yes, you must have at least 1 trading day for a minimum of 3 days per week.

Read More

General

### At what time does each instrument/pair close on our server?

Rapid Our trading server closes at 4:55 PM EST on Friday. In case you do not plan to hold trades over the weekend, make sure to close all your trades...

Read More

Accelerated

### Can I get a refund?

Unfortunately, we don't offer any refunds for our Accelerated Program if the account has been traded already.

Read More

---

General, Accelerated, Evaluation, Rapid

### Can I hold trades over the weekend?

Holding trades over the weekend is allowed on our Evaluation and Rapid accounts. However, if you are trading with an Accelerated account, you won't be able to hold trades over…

Read More

---

Rapid

### Can I hold trades overnight?

Yes, trades can be held overnight.

Read More

---

Evaluation

### Can I merge my Evaluation live accounts?

Yes. You can merge accounts up to $300,000 ONLY if they are live accounts and we allow a total allocation of $600,000 per member. This means you can have 2…

Read More

---

Rapid

### Can i merge my Rapid Accounts?

You can merge your Rapid accounts if they meet the following criteria: – The accounts must be at initial balance (so if the account has been traded on, then you…

Read More

---

General

### Can I open an account under my company name?

Yes, however, you will need to provide additional documents such as the following: – Articles of incorporation – Directors proof of address – Photo ID and proof of address of…

Read More



Purchases of programs should not be considered deposits. All program fees are used for operation costs including, but not limited to, staff, technology and other business related expenses. Information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2023 MyForexFunds