# Exhibit F



# MyForexMagazine

June 2023 | VOL. 1

## Trading Performance Overview

Payouts, Live accounts, Forex Pairs and Recap of every evaluation account size

*MFF trader*
### Interview

In this enlightening interview, we speak with Phitsanu Teemuangsai, also known as "Oh", a 41-year-old Forex blogger from Thailand.

◆ Our **Top-Blog** Recommendation

◆ Forex **Economic Calendar**
A forecast for June 29 – July 4

◆ **Macroeconomic** Overview May, 2023

MYFOREXMAGAZINE | VOL. 1  June 2023 | VOL. 1

# Contents

**Magazine Introduction** — 04
A warm welcome from the MyForexFunds Team, setting the stage for the wealth of Forex insights and analysis that the magazine offers.

**Motivational Quote** — 07
A dose of inspiration to fuel your trading journey, reminding you of the power of perseverance and positive mindset.

**Trading Performance Overview** — 08
A comprehensive snapshot of trading performance, offering insights into payouts, live accounts, and forex pairs to keep you informed.

**Forex Economic Calendar** — 10
Your forecast of key economic events, helping you stay ahead of market trends and make informed trading decisions.

**Success story of an MFF Trader** — 12
A deep dive into the journey of a successful MFF trader, offering valuable insights and inspiration for your own trading journey.

**Our Top-Blog Recommendation** — 14
A spotlight on a must-read blog post, handpicked for its valuable insights and expert analysis on a key trading topic.

**Macroeconomic Overview May, 2023** — 18
An enlightening analysis of Macroeconomic indicators as they play a vital rule in measuring an economy's overall health and performance.

**Your Monthly Recap** — 20
A roundup of the month's highlights, ensuring you're up-to-date with the latest articles, interviews, and updates.

**#MyForexFUN time** — 22
A fun-filled section offering a light-hearted break from trading, featuring a cartoon for your entertainment.

Case 3:23-cv-11808-ZNQ-TJB   Document 114-14   Filed 10/31/23   Page 4 of 14 PageID: 2918

# *Magazine* **Introduction**

*Empowering Traders with Cutting-Edge Analysis, Success Stories, and Exciting Surprises*

Dear Traders,

We are delighted to present the launch of the My Forex Magazine, a dynamic monthly resource that goes beyond the ordinary for information on the forex market and entertainment. The My Forex Magazine is dedicated to delivering the latest news, expert analysis, and invaluable insights to keep you informed and ahead of the game.

At MyForexFunds #YourSuccessIsOurBusiness. With cutting-edge technologies and a commitment to innovation, we provide an optimal trading environment that empowers you to thrive. My Forex Magazine is an extension of our dedication to your success, offering you an extra resource to advance your trading skills.

Inside the pages of the My Forex Magazine, you'll find motivational quotes to inspire you, trading stats, the most important updates from our Forex economic calendar, and many more. We'll share success stories of MFF traders and recommend our top-choice blogs from our portfolio. Additionally, our e-magazine will include a recap from our social media to ensure that you haven't missed anything, as well as some #MyForexFUN surprises to spice up your free time.

We believe that the My Forex Magazine will be your fellow sidekick through your trading journey, providing you with the knowledge and insights you need to thrive as a Forex trader.

**MyForexFunds Team**



*You learn more from failure than from success. Don't let it stop you. Failure builds character.*

TRADING PERFORMANCE OVERVIEW                                                June 2023 | VOL. 1

# Trading Performance Overview

16 June -22 June

**Total Payouts**
$4,052,425.36

**Total Number of VIP Payouts**
132

**Total Number of Payouts**
2,812

**Total Amount Paid To VIPs**
$207,549.82

**5 Largest payouts this Month**

| | Account Type | Payout Amount | Rate of Return |
|---|---|---|---|
| 1. | $300,000 | $99,141.01 | 33% |
| 2. | $300,000 | $55,913.58 | 19% |
| 3. | $300,000 | $48,417.21 | 16% |
| 4. | $300,000 | $47,428.67 | 16% |
| 5. | $300,000 | $41,327.98 | 14% |

Largest Payout on All Evaluation accounts



10k Evaluation
$3,415.73

5k Evaluation
$1,302.46

20k Evaluation
$5,069.35

50k Evaluation
$8,204.52

300k Evaluation
$99,141.01

200k Evaluation
$22,326.22

100k Evaluation
$38,539.18


FOREX ECONOMIC CALENDAR                                                                 June 2023 | VOL. 1

# *Forex* **Economic** Calendar

**German Prelim CPI m/m**

Date **29-06-2023**
Time (GMT-04) **All Day**
Impact **High**
Currency **EUR**

**Final GDP q/q**

Date **29-06-2023**
Time (GMT-04) **8:30am**
Impact **High**
Currency **USD**

**GDP m/m**

Date **30-06-2023**
Time (GMT-04) **8:30am**
Impact **High**
Currency **CAD**

**Cash Rate**

Date **04-07-2023**
Time (GMT-04) **12:30am**
Impact **High**
Currency **AUD**

**RBA Rate Statement**

Date **04-07-2023**
Time (GMT-04) **12:30am**
Impact **High**
Currency **AUD**

**CPI m/m**

Date **03-07-2023**
Time (GMT-04) **2:30am**
Impact **High**
Currency **CHF**

**Core PCE Price Index m/m**

Date **30-06-2023**
Time (GMT-04) **8:30am**
Impact **High**
Currency **USD**

**Unemployment Claims**

Date **29-06-2023**
Time (GMT-04) **8:30am**
Impact **High**
Currency **USD**

**ISM Manufacturing PMI**

Date **03-07-2023**
Time (GMT-04) **10:00am**
Impact **High**
Currency **USD**

**Fed Chair Powell Speaks**

Date **29-06-2023**
Time (GMT-04) **2:30am**
Impact **High**
Currency **USD**

View Online >>

# Interview with
# MFF trader **Phitsanu**

*"Embrace calculated risks and **never rely** on luck in trading. Your growth as a trader comes from **consistent application** of your system and **continued learning.**"*



### 1. Tell us about yourself (name, age, location, hobbies)

My name is Phitsanu Teemuangsai also known as "Oh". I am 41, born and raised in Thailand and my favorite hobby is to be blogging about the forex industry.

### 2. Why did you choose MyForexFunds over the competition?

MyForexFunds is a prop firm that has the lowest application fee compared to the competition and the registration process is fairly easy. Furthermore, there are many ways to pay for the application such as using a credit card or via cryptos. Moving on, the examination rules are easy to achieve and after consulting my trading community members, I found out that many members prefer to use MFF because it's easy to access, transparent and the profit payout is pretty fast.

One important factor is that MFF also pays back the application fee with bonuses after getting access to trading with a real account in 30 days. In addition, MFF's live chat service is excellent, I can ask questions any time of the day or night, throughout the week even if it's a Saturday or Sunday. Coming to the dashboard, it is easy to track and review the trading performance and analyze the portfolio, making it possible to develop and execute a better trading plan.

### 3. What's your trading style/strategy and which instruments do you prefer?

The currency pairs that I usually trade are EUR/USD, GBP/USD, NZD/USD, GBP/JPY and Gold. The trading system I use is a simple one using a template I created before. It gives me a clear signal to enter and exit the trades. To add on, when there is a blue arrow pointing up and a green candle on Time Frame H4 I will execute a buy order and vice versa if there is a red arrow pointing down and a red candle I will execute a sell order. To give you an example, I will wait until the blue arrow signal appears when the candle closes, I will execute a buy order and I'm going to set the stop loss at the earlier lower low swing.

My target profit is set at the risk-reward ratio, 1:3 but on the other hand, if there is a red arrow on the opposite side, I will close my buy order and execute a sell order immediately. You may see this order as a stop loss because when the blue arrow signal appears, I immediately close and cut my losses for the sell order then I will execute a buy order immediately. In this manner, I will lose just a little money and the profit from buy order can cover up the losses from the previous order.

Also, based on this system I have created my dashboard to show buy and sell signals. You will see this point from EUR/CAD that has a green buy signal and a number will show up showing the previous signal defining the number of the candlesticks which happened before and followed the trend after the signal was notified. However in every trade I will calculate the lot size before placing and executing all orders because I know that every order has a risk and I will invest in the risk that I can afford to.

### 4. How have you benefited from using our programs?

Trading with MFF is considered a good opportunity for me. I have benefited by improving my trading skills over time to the next level because it has a few trading rules that need to be followed. In order to be a successful trader, you need good money management skills and a good trading plan. My Biggest payout from MFF is $48,692.58.

### 5. As advice to other traders, what words of wisdom would you share?

I would like to advise new traders that before you start trading, you must study and thoroughly apply the trading rules, and test your system to gain confidence before trading. Try to think of every trade as a calculated risk, don't expect to get lucky while trading, as it won't allow you to be a successful trader in the long run. So, what I want to tell you is Plan your trade and Trade according to your plan.

### The Importance of a Trading Plan

Having a well-defined trading plan is paramount to success in Forex trading. A trading plan serves as a roadmap, outlining your trading goals, risk tolerance, entry and exit strategies, and more. When emotions run high, a trading plan acts as an anchor, keeping you focused on your objectives and preventing impulsive actions driven by fear or greed.

By following a trading plan, you can maintain discipline, consistency, and logical decision-making, reducing the influence of emotions on your trades. To assist our fellow traders, let us go ahead and give you all a layout of the plan you may follow that can come in handy:

**Rules and Guidelines about your trading strategy**
- Which market/pair
- Which trading session/time
- Entry/exit rules
- Stop-loss/Take-profit rules

**Risk Parameters**
- Risk per trade (%)
- Risk-reward ratio
- Allowed drawdown

**Strict Routine**
- You should know beforehand of the plan that will be followed each day.

**Analysing growth**
- How can I reduce my losses?
- How can I increase my gains?
- Your weak points
- Your strengths



## Trading Psychology:
# Emotions and their Impact
## in Forex Trading

Emotions play a significant role in the world of Forex trading, influencing decision-making and overall performance. Many traders understand that technical expertise alone is not enough; mastering trading psychology is equally crucial.

In this guide, we explore the intricate relationship between emotions and trading. By understanding the impact of emotions and learning to keep them in check, traders can enhance their decision-making, maintain discipline, and increase their chances of success in the dynamic Forex market.

Trading should be seen as a business where you need to incur expenses to generate profits. One should not get emotionally affected by the losses and accept that these losses are 'expenses' necessary to be able to generate profits.

Casting out the emotions that naturally come with losses is the key factor for consistent profitability as that is the reason why impulsive trades without a plan and poor decision-making follow. Therefore, a very strict trading plan is crucial to not sink into your emotional decisions.

Before we delve into it further, let us first visualize how the Emotion Cycle plays out when a trader is exposed to the market:



In the above image, we have demonstrated the 14-stage emotional cycle where at every stage of the trade, the trader feels a different emotion. If a trader only starts to look at it objectively by truly understanding the market cycle and comes to term with the fact that losses are bound to happen, it can potentially improve the discipline in trading and hence consistent profitability.

Now you are all probably wondering 'I am aware of all this, but what measure should I take to overcome it?' Let's make this blog more useful by identifying some key psychological/emotional aspects to keep in check while trading.

### Confirmation Bias

Confirmation bias is the tendency to interpret new information so that it becomes compatible with our existing trade idea, market direction, or trading strategy. We filter any information that contradicts our existing views and only see what we want to see, hear what we want to hear, and read what we want to read.

Under the confirmation bias, we sometimes even add more reasons outside our trading system as to why we may be more correct, thinking this increases the chance of realizing a winner. This leads to inconsistency as we only really notice the market condition after it has presented itself, constantly changing by adding or discounting trade criteria on each situation based on what the market presents at the time.

### Clustering Illusion

Pattern recognition is an essential skill for a trader. However, traders could be very sensitive during live markets. They filter out contradictory information and only see what they want to see. Never attempt to change, add or remove criteria for a pattern or a trade based on recent price action only to force your way getting into a trade. It is advised to trade objectively, and formulate a trading plan/model which represents exactly what your pattern should look like; all else should be invalid.

### Sunk cost fallacy

Traders do not like to be wrong in the markets. When traders are so attached to their trade idea, they think of absolutely no reason why it shouldn't work. They continue to think the trade 'should' eventually work out in the end as the trade goes even deeper into drawdown. The worst thing any trader could do while in drawdown is to widen their stop or increase their exposure to losing position thinking they are getting a better deal. It is advised to always stick to your initial risk and avoid getting attached to your position.

### Loss aversion

A human brain is naturally designed to fear loss more than it values gain. Losing 100$ costs a trader a greater amount of pain than the opposite equivalent happiness or delight a 100$ gain could give. Based on a study, the pain of losing is psychologically about twice as powerful as the pleasure of gaining. For having a minimum of 50% strike rate, a trading system should follow at least a 1:2 risk-reward ratio in order to avoid the pain of losing.

### Cognitive dissonance

When things do not go as expected, we sometimes reinterpret what has happened retrospectively or based on the outcome. On a losing trade, we tend to find reasons why the trade has gone wrong, even though it was perfectly valid in the first place. Conversely, on a winning trade, when we have made money on an invalid trade, we justify ourselves that we have made a good decision even though the trade did not fit our methodology beforehand. Having this mindset leads to inconsistency as we evaluate the quality of the trade based on its individual outcome and not on the process or trading decision prior to execution, regardless of the outcome.

Below we demonstrate a comparison through a visual representation of how the equity curve looks like when a strict trading plan is observed with emotional trading:




When you are observing the following three aspects, it directly points to the fact that your trading is being ruled by emotions:



### Avoiding FOMO

Avoiding FOMO (Fear of Missing Out) is a critical aspect of managing emotions in Forex trading. FOMO often arises when traders see others profiting from certain trades or witnessing sudden market movements. The fear of missing out can lead to impulsive and irrational decision-making, as traders rush to enter trades without proper analysis or risk assessment. To overcome FOMO, professional traders prioritize sticking to their trading plan and strategy, focusing on their own research and analysis rather than succumbing to external influences. They understand that patience and discipline are key and that chasing after short-term gains based on FOMO can often result in poor trading outcomes.

### The Risk-Reward Ratio: Balancing Fear and Greed

The risk-reward ratio is a fundamental concept in Forex trading that determines the potential profit compared to the potential loss on a trade. Emotions like fear and greed often tempt traders to deviate from their initial risk-reward plan. Fear may cause traders to exit winning trades prematurely, while greed may push them to hold losing positions for too long, hoping for a reversal. Understanding the importance of maintaining a balanced risk-reward ratio helps traders overcome emotional biases and make rational decisions based on probabilities rather than emotions.

### The Challenge of Losing Money

Losing money is an inevitable part of trading, and it can evoke powerful emotions such as frustration, anger, or self-doubt. How traders handle losses is crucial to long-term success. It is essential to view losses as learning opportunities and not let emotions cloud judgment. Analyzing losing trades objectively, identifying mistakes, and adjusting your strategies accordingly can help you grow as a trader and prevent emotional biases from affecting future trades.

### The Power of Trade Journals

Keeping a trade journal is a valuable practice for professional traders. It allows you to record and analyze your trades, including the rationale behind each decision, entry and exit points, and emotions experienced during the trade. By reviewing your trade journal regularly, you are able to gain insights into patterns, strengths, and weaknesses in your trading approach. Additionally, the act of journaling itself helps in processing emotions and developing self-awareness, enabling you to make better-informed trading decisions.

### Insights from Market Wizards

"Market Wizards" refers to highly successful traders who have achieved remarkable results in the financial markets. By studying their experiences and insights shared in books and interviews, traders can gain valuable perspectives on trading psychology. These experts emphasize the importance of discipline, emotional control, and continuous learning. Learning from the experiences of market wizards can inspire professional traders to develop a more resilient mindset and approach to trading.

### Conclusion

Understanding and effectively managing emotions is crucial for professional traders in the Forex market. By following a trading plan, balancing risk and reward, embracing losses as learning opportunities, maintaining trade journals, seeking insights from market wizards, and striving for a state of "trading in the zone," traders can navigate the psychological challenges of trading and increase their chances of success in the dynamic and volatile world of Forex trading.

# Macroeconomic Overview
## May, 2023

Macroeconomic indicators are key statistics and data points used to measure the overall health and performance of an economy. These indicators provide insights into the current state and future outlook of various economic factors. Analysing these indicators can be crucial for fundamental analysis of the markets and could indicate future outlook of the market which can help in making informed trading decisions.

Monetary policy refers to the actions and decisions taken by a central bank to manage and control key economic variables, such as money supply, interest rates, and inflation, with the goal of promoting price stability and sustainable economic growth. One of the primary tools of monetary policy is the manipulation of interest rates.

In the month of May, we had interest rate (monetary policy) announcements from five major Central Banks in the world namely the Federal Reserve (FED), the European Central Bank (ECB), the Bank of England (BOE), the Reserve Bank of Australia (RBA) and the Reserve Bank of New Zealand (RBNZ). Below in the figure, we can see the previous, expected and actual figures of interest rates for the month of May:



Source of figures: Forex Factory

All five of these Central Banks increased the interest rate by 25 basis points (bps) in the month of May. The primary reason for tightening policy (rate hike) is to combat Inflationary pressures. The chairman of FED, Jerome Powell, stated that policymakers can afford to watch the data now that they've raised interest rates so much, saying that the central bank can pause its aggressive tightening campaign next month (June).

However, core inflation was still observed high in Europe and the US which could potentially encourage central banks to tighten further. On the bright side, there were some encouraging figures for Germany which reported a drop in inflation by 1.3% in May.

Let us now briefly go over the CPI figures for the month of May. CPI stands for Consumer Price Index. It is a widely used economic indicator that measures the average change in prices of a basket of goods and services commonly purchased by households over time.

GBP inflation for the month of May was recorded at 8.70%. Whereas for USD, it was recorded 0.1% below the forecast at 4.9%. Euro maintained the same inflation rate at 7% as the previous figure. Amongst the currencies displayed; GBP, EUR, NZD and AUD have above 6% inflation rate. However, if we shed light on Global Inflation expectations, we are expected to observe lower inflation figures in the third and fourth quarter of 2023



**Median of economists' forecasts for headline CPI**
% change year on year, quarterly average

Unemployment is a key macroeconomic indicator that measures the number of people who are actively seeking employment but are unable to find jobs. It provides insights into the health of the labor market and the overall state of the economy. Let us now briefly overview the unemployment numbers for the month of May:



Source of figures: Forex Factory

Looking at the unemployment change, we can observe that over all the unemployment rate slightly increased globally. Highest unemployment change reported for US is at 3.70% which is a 0.30% increase from the previous figure.

**Spot light: US Debt ceiling**

The US debt ceiling, also known as the debt limit, is a statutory limit on the amount of debt that the US government can legally borrow to finance its operations and obligations. It represents the maximum level of outstanding debt that the US Treasury Department is allowed to have.

When the debt ceiling is reached, it triggers a situation where the government is unable to borrow further to meet its financial obligations, potentially leading to a government shutdown or default on its debt payments. As a result, raising or suspending the debt ceiling has become a routine legislative process in order to avoid such scenarios and ensure the continued functioning of the government.

Raising of U.S. debt ceiling deal removes near-term uncertainty and thrusts the market's focus back. However, sticky inflation due to tight labor markets can potentially keep the rates higher in the long run.

The impact of raising the debt ceiling on inflation can be indirect and depends on various factors. Here are a few ways in which raising the debt ceiling can potentially influence inflation:

**Government Spending and Fiscal Policy:** When the debt ceiling is raised, it allows the government to continue borrowing funds to finance its expenditures. If the increased borrowing leads to higher government spending, it can stimulate economic activity and potentially contribute to increased demand for goods and services. If the economy is already operating near full capacity, this increased demand can put upward pressure on prices, leading to inflation.

**Monetary Policy and Interest Rates:** Raising the debt ceiling may result in increased government borrowing, leading to an increased supply of government bonds in the market. This can potentially put upward pressure on interest rates as more bonds are issued. If interest rates rise, it can affect borrowing costs for businesses and consumers, potentially impacting spending and inflation dynamics.

*General disclosure: This material is intended for information purposes only, and does not constitute investment advice, a recommendation or an offer or solicitation to purchase or sell any financial instrument. This material may contain estimates and forward-looking statements, which may include forecasts and do not represent a guarantee of future performance.*



## Best Indicators *for Swing* **Trading**

There is no one profitable trading style or trading strategy when it comes to Forex trading. Every trader uses a trading style that fits their strategy the best. Some traders prefer scalping while others prefer swing trading. In this blog, we will delve into what swing trading is and what are the best indicators that could potentially provide profitable trading set-ups.

Read More  »



## Fundamental **Analysis** *in Forex* Trading

Traders who usually focus on technical analysis in Forex trading believe that market prices already reflect all available information, including fundamental factors. They argue that fundamental analysis, which involves examining economic data and other factors, is already incorporated into the price. However, in this blog, we will cover why having a fundamental outlook on financial markets is equally crucial to analyze the markets.

Fundamental analysis in Forex trading involves analyzing economic, financial, and geopolitical factors to assess the value of currencies and make trading decisions based on those assessments. It aims to understand the forces that drive supply and demand for currencies and how they may impact exchange rates.

Read More  »



## Successful trader *interview with* **Ilyas**

Our next guest for the "Successful Trader Interview" series is Ilyas. Ilyas is a funded trader with MyForexFunds and has earned a total of $37,248.84.

Watch the Interview  »



## How to verify your account *through your* **Account Analyzer**

If you have just completed your evaluation challenge and you are ready to dive into your live account, there's one last step. Your Account verification. No worries. Our walkthrough video demonstrates how easy it is to complete this fully automated process, ensuring your trading experience is as smooth and secure as possible

Watch the Video  »



## Analyzing **Price Action** Trading

Price action trading is a popular approach that focuses on analyzing the movements of prices on a chart to make trading decisions. Analysis of price action is the interpretation and trading of price movements over time using raw price charts without the use of technical Indicators.

Suppose we learn to read the price action of a market. In that case, we can determine what the market's directional bias is, as well as trade based on recurring price action patterns or price action setups that also reflect reversals or continuations for any given financial instrument. In other words, you are purely relying on the price bars on a "naked" chart for your trading decisions.

Read More  »

FUN TIME



**Frank:** Eddie, the banks are collapsing!

**Eddie:** Again? More than my patience with my houseplants?

**Frank:** They backed a startup for left-handed screwdrivers.

**Eddie:** Left-handed screwdrivers? That's as real as my Loch Ness Monster spotting.

**Frank:** Guess we're in the wrong business, Eddie.

**Eddie:** Definitely, Frank. We should be selling unicorns.





Earn Bonuses **from Phase 1**
Up to **$600,000** of total funding
**Multiple** product options
**24/7** support team

