# Exhibit H



# Trading Tips

Company News    General    Interviews    MFF Staff    Trading Tips



**Trading Tips**

Metatrader 4 vs. Metatrader 5: A side-by-side comparison

**Trading Tips**

5 Major Mistakes Forex Traders make and how to avoid them

**Trading Tips**

The winning mindset of a Successful Forex Trader

**Trading Tips**

Best Indicators for Swing Trading

**Trading Tips**

Fundamental Analysis in Forex Trading

**Trading Tips**

Analyzing Price Action Trading

**Trading Tips**

Trading Psychology: Emotions and their Impact in Forex Trading

**Trading Tips**

Trading with Elliott Wave Theory

**Trading Tips**

Exploring the Power of Stochastic Oscillator in Forex Trading

**Trading Tips**

The Benefits of Trading with a Prop Trading Firm

**General  Trading Tips**

Martingale Strategy in Forex Trading – Effective Technique or a Potential Pitfall?

**Trading Tips**

The Wyckoff Method: An In-Depth Analysis for Traders

**Trading Tips**



**Trading Tips**
Understanding and Using Chart Patterns

**Trading Tips**
Candlestick patterns: Everything you need to know

**Forex Trading Strategies: Scalping, Day Trading, Swing Trading, and Position Trading Explained**

**Trading Tips**
Bearish Flag Pattern: What is it and how to use it on Forex trading

**General  Trading Tips**
Find the Best Forex Trading Platform for You in 2023

**General  Trading Tips**
A Beginner's Guide to Forex Trading

**General  Trading Tips**
A Trader's Routine

**Trading Tips**
Words Matter: Terminology Used in the Forex World

**Trading Tips**
Control What You Can; Let Go of What You Cannot

**Trading Tips**
Trading Tips # 7: Bollinger Bands

**Trading Tips**
Slippage – how to minimize or avoid it

**Trading Tips**
Trading Tips #6: William's Alligator

**Trading Tips**
Trading Tips#5: Fibonacci Retracements

**Trading Tips**
Trading Tips#4: Convergence and Divergence

**Trading Tips**
Trading Tips #03 – Trend lines

**Trading Tips**
Forex Trading Tips #2 Support and Resistance

**Trading Tips**
Forex Trading Tips #1 / 3 Ways to use Moving Averages as part of your Forex Trading strategy

**Trading Tips**
True Market conditions, Metatrader, Arbitrage and More!



