# Exhibit J



## How can we Help?

Welcome To Maven Trading! | The Maven Journey | What Are Our Trading Rules? | Broker Info | Orders And Support | Special Features

## What are our Trading Rules?

### Profit Targets And Drawdown.

**Two Step Challenge**

**Profit Targets**
Your profit target for phase 1 is 9%, for phase 2 it is 5%.

**Drawdown:**
Your maximum allowed drawdown on the whole challenge is 10% from your initial starting balance and your daily drawdown is 5% from your balance at UTC midnight. If your equity drops below your maximum or daily drawdown allowance, your account will be terminated.

**Example 1:**
You are trading a $100,000 account* and you have a great start, making 6% profit, getting to $106,000 balance. Within the same day you can lose all the profit made additionally to the initial 5% of your daily drawdown limit. If you trade the next day, with your starting balance at $106,000, your new daily limit will be $5,300 (5% of your new daily starting balance). Your floating profit (equity) is not taken into consideration for calculating your daily limits. Remember, your account is terminated once your floating losses (equity) touches the daily or overall Drawdown limits.

**Example 2:**
You are trading a $100,000 account* and you have a bad start, losing $3,000 (3%) of your balance in the first day taking your Balance down to $97,000. This means you can only lose an additional $2,000 (2%) in the same day. The next day you start trading with a daily starting balance of $97,000, this means you are allowed to lose $4,850 (5%).

**One Step Challenge**

**Profit Targets**
Your profit target overall is 9%

**Drawdown:**
Your maximum allowed drawdown on the whole challenge is 6% from the highest point your floating profit (equity) ever reached. Your daily drawdown is 4% from your balance at UTC midnight. If your equity drops below your maximum or daily drawdown allowance, your account will be terminated.

**Example:**
You are trading a $100,000 account* and you have a great start. You see your equity touch $103,000, but let it decay back down to $102.000. With this $2,000 (2%) secured profit, you still lost $1,000 (1%) of your maximum allowed drawdown, leaving you with another $5,000 (5%) maximum drawdown of your $6,000 (6%). This number does not reset at UTC midnight, as your highest equity on the account will always stay in place until you reach another highest equity. As well the maximum drawdown is always $6,000 (6%) of the initial account balance. On the same day, you are still allowed to lose the made profit additionally to your daily drawdown allowance, as long as it does not go below the leftover maximum drawdown.

### Can I Trade The News? 

Maven traders are allowed to trade news events. If your trade is left open that's fine. If your trade is open through news, please make sure to limit your risk (as in use a Stop loss). You cannot open trades or straddle the event, where the event causes you to have a significant win in an "all or nothing" style trade. This is pure luck. We have a lot of questions on this topic. To be clear, you will be fine if your trading shows that you would have passed your challenge without the news event. If you passed only from the event's profit, this is not allowed.

### Why Is There A Profit Split And What Does It Entail?

You have passed our evaluation and this means you have shown excellent trading abilities. Therefore we take a small part of the profits that you create. This is the business agreement that you signed up for as a Maven trader.

### What Is My Profit Split? 

You have passed your challenge phase and are now trading a simulated funded* Maven account, congratulations! We run a variety of promotions, our base level is 80% profit split, however this can be as high as 100% depending on the promotion!*

### What Is The Legal Agreement Between Maven And The Customer? 

This is done on the contract you sign and / or Terms of Conditions on this site, you are responsible for your own taxes that you pay depending on your tax residence.

### Trading Style Restrictions 

**Martingale/Layering:** You cannot martingale trade. Maven defines martingale as once in a losing trade, adding larger positions while in drawdown in the hope of recovering previous losses. We allow layering of up to 3 positions, anything more than this will be flagged at review. Grid trading is strictly prohibited.

**Cheating:** Taking advantage of the MetaTrader inefficiencies such as High Frequency Trading, Toxic Trading Order Flow, Long/Short arbitrage, reverse arbitrage, tick scalping, server execution is strictly prohibited and your challenge or funded account will be terminated including eventual profits.

**Reverse / Group Hedging:** Using your account to bet in one direction on a singular trade against another account is not allowed. As this is an attempt at reversing the trade of another account, for a 100% chance of winning. Your account will be breached.

**Hedging:** There are numerous malicious EA hedging bots that aim to exploit the demo-trading environment, you cannot exclusively hedge your way through a challenge or live account. We cannot accurately copy your trading onto a live server. If we see your account is exclusively hedging we will ask you to provide the EA you have used – if you have used an EA.

**Gambling:** You cannot gamble your way through a challenge phase. Maven defines gambling as:
- Greater than 75% of your trades are placed without a stop loss.
- More than 75% of your trades being taken under 1 minute hold time
- Having more than 75% of your trades maximizing the lot size restrictions**

If we see this we will ask you to alter your trading strategy and make you rerun the challenge phase. This rule is in place as we cannot accurately copy your trading over to our live servers with this type of trading.

**\*\*Lot size Restrictions:** We limit each trader to having a maximum of 'account size / 2.5' lots per pair at any given time. However you can have as many assets running at once as you like. So for a 100k that is 100 / 2.5 = 40 lots. For a 10k that is 4 lots. **EA:** EAs are permitted so long as they do not break any of the above rules. We may ask for proof of your EA to ensure that the EA you are using is not malicious. HFT, hedge zone etc are not permitted at Maven and will result in a termination of your account. If you cannot provide the code to your EA, your account will be terminated.

**Inactivity:** After 14 days of inactivity, the account will be put on pause. You will need to contact support to enable trading again. If you plan to not trade for 28 days – please send us an email at support@maventrading.com and we will be able to put your account on hold. If you keep on trading after requesting a withdrawal – those profits will not be credited

NOTE: A 'trade' can be determined as a position held by the trader on a specific pair. 'Trade' may be one entry or multiple entries with similar timings and lot sizes. A trade could be determined by multiple entries on the same pair at the same time.
Trades with vastly smaller lot sizes, will NOT count as a trade. If your account is flagged you will be made to rerun the challenge.

---

## Contact Us

**CONTACT US**

St. Lucia

**Links:**

| Get Funded | Terms and Conditions |
| FAQs | Privacy Policy |
| Login | Blog |
| AML Policy | |

© 2023 Maven Trading. All rights reserved.