# Exhibit M



WELCOME TO PROP TRADING!

# How Prop Trading Helps Traders Make Money

At a modern prop trading firm, you're given a unique opportunity to **trade on demo accounts** with virtual capital and **earn real profits** as a reward for your success. Essentially, you're given a pool of virtual money to trade and maximize profits.

First, we assess your trading skills in the Billions Club Trading Challenge. If you're successful, you'll get the opportunity to manage a larger amount of virtual capital without committing your own money. You take home 90% of the profits you make, in real cash.

Essentially, you're making **real profits without the risk of losing your personal funds**, focusing purely on applying your trading skills while we shoulder the financial risk.

Traders are given access to demo accounts with virtual money during all stages of the cooperation.



## What Is the Billions Club Trading Challenge



We created a unique Assessment Program that identifies the best-performing traders. We want to test your abilities and see whether you can be consistently profitable. If you complete our Assessment Program, we will offer you the possibility to trade for our partnered Proprietary Trading Firm.

## Billions Club Trading Challenge Rules





### Profit Target: 8%, 5%

Profit Target refers to the required Profit threshold to be reached within a Phase 1 (8%) or Phase 2 (5%) of the Billions Club Challenge, which is calculated based on closed positions only. Reached Profit Target has to be in line with Minimum Trading Days rule.

### Max Daily Drawdown: 4%

Restricts daily losses to a maximum of 4% of the initial account balance, accounting for both, open and closed positions with midnight reset based on the account balance at that time (Summer server time: GTM+3, Winter server time GTM+2).

### Max Overall Drawdown: 9%

Relates to the cumulative losses, and if these losses surpass 9% of the initial balance at any point, considering both, open and closed positions along with any associated trading fees (spread, commission).



### No Time Limit

There is no time limit in which the trader has to finish the Billions Club Challenge, both for Phase 1 and Phase 2.



### Refundable Fee

We refund you the amount you paid for the challenge. The refund is made as a part of your first Payout.



### Min Trading Days: 3

Minimum Trading Days: Trader has to trade for a minimum of 3 days (settle an order on a trading day). It is not necessary to trade 3 days in a row.

STEP BY STEP

# How the Cooperation Works

**STEP 1**

## Enter our Trading Challenge

Fast and easy, get your trading credentials and start trading in less than a minute.



STEP 2

# Complete Challenge Phase 1

You can unleash your trading potential and try to reach the profit target. There is no time limit, you only have to trade for minimum 3 trading days. Being profitable and not exceeding the maximum drawdown is essential.



STEP 3

# Complete Challenge Phase 2

If you passed the first phase of our challenge it means that you are able to do profitable trades but can you do this on regular basis? Show us that you can be consistently profitable trader.



STEP 4

# Performance & KYC Check

At this stage, we will manually analyze your results. Additionally, we will conduct a KYC check to know who we work with. We will offer you a contract with our partnered Proprietary Trading Firm.



STEP 5

# Get Your Trading Account

Congratulations, you have your own trading account! We offer a 90% profit split to every trader from the very beginning, as a reward for successfully trading your allocated virtual capital. Also, there are no profit targets, allowing you to trade at your own pace.



STEP 6

# Billions Club Member

You just became a member of the most exclusive club in the trading community. This is your opportunity to exchange ideas, learn from other traders, and live the lifestyle you deserve.



STEP 7

# Your First Payout

When you decide to withdraw your funds, we immediately process your request.



PROCESS STRUCTURE

# Who Exactly Are You Trading with?

See what happens when you decide to trade with Billions Club.

### 👤 Our customer

Billions Club Customer buys the Trading Challenge.



BLN Tech Club DMCC

**MAIN PRODUCT:**

- ✓ Billions Club Challenge

**MAIN ACTIVITIES:**

- ✓ Trader assessment and verification
- ✓ A combination of automated and manual evaluation of customer's trades
- ✓ Providing trading-related education in the Billions Academy

Billions Club Challenge is a part of our in-house designed assessment program that identifies the best-performing traders based on their trading results. After completing of both challenge phases, the trader undergoes a check in which we manually assess the trader's results and conduct a KYC.

Once the verification is completed, we refer the verified trader to our partnered Proprietary Trading Firm, *Billions Trading*.



BLN Analytics Club DMCC

**MAIN PRODUCT:**

- ✓ Access to demo accounts with virtual funds

**MAIN ACTIVITIES:**

- ✓ Allowing verified traders (contractors) to use the company's demo accounts with virtual funds.
- ✓ *Billions Trading* aggregates trading data from selected traders and uses it for the execution of its trades using the company's own money.
- ✓ The company develops analytical tools that use anonymized data to create customized reports. If you wish to request such a report, please contact: support@billionsclub.com

*Billions Trading* is a partnered Proprietary Trading Firm of *Billions Club* that establishes cooperation with verified traders and uses their trading ideas from their demo accounts with virtual funds to execute trades with the company's own money. Additionally, the company collects aggregated data to create analytical tools that monitor trader behavior.




















Excellent

# Payouts & Testimonials

We're proud of every trader's **win** and **payout**. See what our customers are saying.

Daniel Kubrt
Czechia CZ
Payout
## $38,995

Susilo Giono
Indonesia ID
Payout
## $6,026

Huy Pham Van
Vietnam VN
Payout
## $1,013

Since **I already withdrew** r
**share** I think that I'm legiti

Sam Barlien
United States US

Vivek Jui
India IN

Dashboard design, customer support ToT is good. **I recommend every new beginner to give it a try**. As beginner require more support assistant. No hidden rule.

Mark Dobai
Hungary HU
Payout
## $2,833

Vendula Slabá
Czechia CZ
Trustpilot

I've been using the Billions Club private beta for several days now and it's **exceeding all my expectations**. The low commissions and raw spreads make it incredibly **trader-friendly**. What sets this platform apart is the automated journal, it's a **game-changer** for me.

Sultan Mahmood
Pakistan PK
Payout
## $9,923

Rowell Quek
Singapore SG
Payout
## $5,834

More Testimonials

# Frequently Asked Questions

Do you have more questions? Check out the full FAQs.

More FAQ

### What Is the Minimum Payout Amount?

The minimum payout amount is set at $100. Once you reach the set payout amount, you can simply request a payout.

### What Is Slippage?

Slippage refers to the difference between the expected price of a trade and the price at which the trade is executed. Slippage can occur at any time but is most prevalent during periods of higher volatility when market orders are used. It can also occur when a large order is executed but there isn't enough volume at the chosen price to maintain the current spread.

### When Can I Withdraw First Payout?

You can withdraw the first and subsequent payouts after 14 days. Then, **you can request any subsequent payout every 7 days.**

### How Does Cryptocurrency Trading Work with Billions Club?

Cryptocurrency trading operates as follows: Cryptocurrencies can be traded five days a week without restriction, that is from Monday 00:00 to Friday 23:30 server time (Summer server time: GTM+3, Winter server time GTM+2). There is a trading break over the weekend during which trading is not possible (open positions are not closed over the weekend, but it is not possible to modify them during the break).

### How Long Does It Take To Get the Money into My Account?

It depends on which form of payment you prefer. If you choose a bank transfer in the DEEL app, it will take 1-3 business days. If you pay to Revolut/Wise or another similar service, you'll have the money in your account within moments of it being sent from DEEL.

**What Does the Scaling Plan Mean?**    ×

With the Billions Club's Scaling Plan, we provide our traders the opportunity to increase their trading account size. After successfully completing a Phase 2, traders get a chance to increase their account size by 25% - aligning with the market standard, but **Without Minimum Profit requirements**.

The scaling process is simple and transparent. Every four months, we analyze your account's profitability. If the account is profitable, we increase your balance by 25% in the fifth month. This means, with an initial account setup of $100k, your account size could increase to $125k. This also adjusts the daily and overall drawdown limits proportionally, ensuring you get the opportunity to make the most of your successful trades.

However, keep in mind that if you lose an account with a scaling plan, you will have to start anew with the original account setup. This is to ensure a fair and sustainable trading environment for all our traders.

In terms of the maximum scale, we align ourselves with a realistic yet ambitious target of $1.5 million. We believe this to be a responsible balance, encouraging solid, consistent trading strategies rather than high-risk, high-reward approaches that only a small percentage of traders can achieve.

Learn more about the Scaling Plan on our dedicated page.

**Is There a Period of Time I Have to Follow to Avoid Losing My Paycheck?**    ×

When do I have to enter my pay to get it on my preferred day?
Even the first payout could be processed after the first 14 days. Subsequent payouts can be withdrawn after 14 days as well, depending on your preference. As with the challenge Phases, the period is calculated by placing the first order/trade.

● ONLINE

## 24/5 Customer Support



Our support team is here for you and responds quickly. Contact us on our social media or send us an email.

✉ Email

---

LET'S GO!

# Level up & Trade with up to $1.5M!

Get capital, education, and 90% profit split. For everyone, since day one. We cover the losses.

**Get Funded**

---


billions *club*

| Trade | Learn & Participate | Let's Connect |
|---|---|---|
| Enter Trading Challenge | Academy | TikTok |
| Scaling Plan | About Us | Instagram |
| Trading Instruments | FAQs & Support | Twitter |
| Purchase Challenge | Affiliate | LinkedIn |
| Log In | Contact | Youtube |
| | | Facebook |
| | | Discord |

© 2023 BLN Tech Club DMCC. All rights reserved.        Terms & Conditions    Privacy Policy    Press Kit

All information provided on this website is for educational purposes only in the area of financial market trading and does not serve in anyway as specific investment recommendations, trading recommendations, analysis of investment opportunities or similar general recommendations regarding the trading of investment instruments. The

Company does not provide investment services within the meaning of MIFID II The Company is not a licensed investment services provider (securities broker-dealer) within the meaning of MIFID II All trading on the platform made available as part of the services provided by the Company, although it may be based on real trading data and simulates real trading, is only notional trading on a demo account. In this sense, i.e. that it is fictitious trading on fictitious accounts, terms such as "trading" or "trader" should also be understood and should not be given the meanings they have in the context of real trading.

The technical solution offered in the form of platforms made available as part of the services offered by the Company (i.e. platforms for fictitious trading on demo accounts) uses third party services.The website is operated and owned by the Company and all content is copyrighted by the Company.

Reward Media s.r.o. (Registration No. CZ06470131 and registered address at Korunní 2569/108, Vinohrady, 101 00 Praha 10, Czech Republic) are responsible for card processing.