# Exhibit N

# TEMPORARY RECEIVERSHIP

On August 29, 2023, Anthony Sodono, III, Esq., was appointed as temporary receiver ("Temporary Receiver") pursuant to a Statutory Restraining Order ("SRO") entered in the civil action captioned Commodity Futures Trading Commission v. Traders Global Group Inc., et al., Case No. 3:23-cv-11808 ZNQ-TJB, pending in the United States District Court for the District of New Jersey, Trenton vicinage ("District Court").  We designed this website to provide convenient access to information about the Temporary Receivership and contact information for the Temporary Receiver.  As our work progresses, we will update relevant information on this website.

As a brief summary, the Commodity Futures Trading Commission ("CFTC") filed a civil enforcement action in Federal District Court against the following Defendants: Traders Global Group Inc., a New Jersey corporation d/b/a My Forex Funds; Traders Global Group Inc., a Canadian business (collectively, "Traders Global"); and Murtuza Kazmi (collectively, the "Defendants").  The CFTC alleges that Defendants violated certain provisions of the Commodities Exchange Act and CFTC regulations.  Specifically, the CFTC alleges that Defendants engaged in fraud in connection with retail forex transactions, engaged in fraud in connection with off-exchange transactions in retail forex and retail commodities, acted as an unregistered retail foreign exchange dealer ("RFED"), acted as an unregistered RFED associated person, and engaged in off-exchange retail commodity transactions.

The Defendants dispute the CFTC's allegations.  There has not been any final determination by the court regarding Defendants' liability.  Therefore, the Temporary Receiver has no authority at this time to return or to refund any money.  We will continue to update this information as the case progresses.

If you require further information not contained in this website, or have any information to present to the Receiver in connection with his investigation pursuant to the SRO, you may contact us using the form below.

## CONTACT US

### Temporary Receiver Contact Form

* Required

1. Full Name *

   Enter your answer

2. Email Address *

   Enter your answer

3. Phone Number *

   Enter your answer

