# Exhibit O





## 5-MINUTE VIDEO: How does the 2 PHASE program work?

Take a 2 Phase Audition, and once you achieve an 8% profit target in phase 1 and a 5% profit target in phase 2, you receive a funded account — up to $500,000. You keep up to 90% of your profits. Simple rules. No time limits. Great customer service.

**START TRADING**

# EVALUATION PROCESS

1 PHASE  2 PHASE

 **1**

## QUALIFICATION

Choose your tier and take our SurgeTrader Audition. Follow risk management rules and achieve appropriate targets using whichever trading style you like. No limits on instruments. No minimum trading days. No 30-day mandatory trading period.

**2**

## VALIDATION

In this phase, your profit target is lowered! You will have no time limits or minimum trade requirements. Just like in the Qualification Phase 1, you will need to maintain consistent risk management practices. Once you pass the Validation Phase, you'll receive credentials to a live account, funded with real capital!

 **3**

## FUNDED ACCOUNT

You made it! Now you can utilize your trading discipline with our capital. Trade consistently and responsibly to earn real money — up to 90% of your profits. Get paid on your profits with a couple clicks.

- ✓ Scale up from $25K all the way to $500k
- ✓ No minimum trading days
- ✓ No 30-day assessment period
- ✓ Lower Prices vs. 1 Phase Auditions
- ✓ Profits paid even on breached accounts
- ✓ Up to 90% Profit Share

**CHOOSE YOUR ACCOUNT SIZE**

AS SEEN ON

 

  

# WHY WE'RE DIFFERENT

Your choice of 1 or 2 Phase Auditions, both with simple, straightforward trading rules.



No Time Limits          Simple Rules



**One-Time Investment In Yourself**

Choose your type of audition and funding tier, and take the SurgeTrader Audition. The trading rules are simple and straightforward — not a complicated list with dozens of rules you need to comply with.

START TRADING    LEARN MORE



**TECHNOLOGY**

# EASY-TO-USE PROPRIETARY **TRADER PORTAL**

We know that good traders are addicted to numbers. With our platform, you can track all your trading activity through our user-friendly trader hub. Everything you need on our brand new, simple-to-use dashboard.

START TRADING    LEARN MORE

# EARN MORE FROM YOUR **TRADING ACTIVITY**

Take the SurgeTrader Audition and supercharge your earning power with a funded account. You can even check out the process for free.

START TRADING

# WHAT OUR **TRADERS SAY**



**Trusted reviews from Trustpilot. Visit our Trustpilot page for more reviews.**



**BILLINGER ALEXANDER MEDRANO CA**

EXPERIENCE

Mi experiencia con de SurgeTrader ah sido bastante emotiva, por los precios y las evaluaciones que son competitivos al mercado. Esperamos que sea así de fiable con sus pagos.



**STEVEN FERNANDEZ**

GREAT HELP AS OF NOW I ALWAYS BEEN...

Great help as of now i always been taken care of from surge trader support , thank you Dan for the help.





# WHY TRADE **WITH US**

**Clear & Simple Trading Rules**
Trading rules that are easy to understand and comply with.

**Flexible Trading**
No restrictions on trading style. Our program allows for any strategy.

**Quick Customer Service**
Get answers quickly with our responsive customer service channels.

**One-Time Audition Fee**
No monthly fee. No hidden costs. No recurring costs. Just a one-time investment.

**Easy Payout**
Get paid on your profits with a couple clicks minimum required.

**Quick Funding**
Get funded once you pass our challenge and onboarding requirements.

**SURGETRADER**
HAS BEEN
RECOGNIZED AS
THE BEST OVERALL
PROP TRADING
FIRM 2023 BY
BENZINGA





AWARD INFO

**SURGETRADER**
HAS BEEN
FORMALLY
AWARDED BEST
PROP TRADING
FIRM 2022 BY
TRADERS UNION

AWARD INFO

Capitalize on your trading skills and amplify your returns
with a funded trader account — you keep up to 90% *of the profits.*

START TRADING

## SIGN UP FOR OUR NEWSLETTER
### TO RECEIVE TRADING RESOURCES AND PROMOTIONS

 Your Email address *

 SUBSCRIBE

 SURGETRADER
ACCELERATED TRADER FUNDING

All a talented trader needs to succeed is capital and
opportunity. And this became our mission: Accelerate
trader funding. Help profitable traders capitalize on their
success.

 VALO
— HOLDINGS GROUP —

SurgeTrader is a proud member of the Valo Holdings
Group family of companies.



**LINKS**

Home
Get Funded
Resources
About
Trading Rules
Our Blog
Affiliates

**CONTACT US**

SurgeTrader
4851 Tamiami Trail N, Suite
200
Naples, Florida 34103

Toll-free
866-998-7652

Direct
239-944-5317

Email
info@surgetrader.com

**LATEST POSTS**

Pros and Cons of Prop Trading as an
Investment Strategy

How to Decide Which SurgeTrader Audition is
Best For You

The Complete Exploration of SurgeTrader's 2
Phase Audition

What does "No Time Limits" Mean in the Prop
Firm Industry?

How to Start a Career in Prop Trading

VIEW ALL BLOGS

© 2023 Surge Funding, LLC | Privacy Policy | Terms & Conditions | Sitemap

Disclaimer: All platforms and trading are provided through ThinkMarkets

 English

