UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISION | : | |
| | : | Civil Action No. 3:23-cv-11808-ZNQ-TJB |
| Plaintiff(s) | : | |
| v. | : | **CLERK'S ORDER** |
| TRADERS GLOBAL GROUP INC, et al | : | |
| Defendant(s) | : | |

This matter having come before the Court upon the filing of a Pro Hac Vice Request for NEF, filed on October 3, 2023 by Anthony J. Staltari, counsel for the defendant in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

☐  a.  An overpayment has been made by the filer; **OR**

☒  b.  A duplicate charge in Pay.gov occurred during the credit card/ACH processing; **OR**

☐  c.  A duplicate, identical a Pro Hac Vice Request for NEF was filed more than once by the same attorney or the same law firm; **OR**

☐  d.  This filing does not require a filing fee; and for good cause shown;

IT IS on this 1st day of November 2023,

**ORDERED THAT**, the sum of $150.00 is refunded through Pay.gov.

MELISSA E. RHOADS, CLERK

By: _____*Melissa Connolly*_____
Melissa Connolly, Management Analyst