**COMMODITY FUTURES TRADING COMMISSION**

77 West Jackson Blvd, Suite 800
Chicago, IL 60604
Telephone: (312) 596-0700
Facsimile: (312) 596-0714



Division of Enforcement

November 2, 2023

**Via CM/ECF**
Chambers of Honorable Zahid N. Quraishi
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & United States Courthouse
Courtroom 6E
402 East State Street
Trenton, NJ 08608

      Re:    *CFTC v. Traders Global Group Inc., et al.*, Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

Dear Chambers of Judge Quraishi:

Plaintiff CFTC writes in reference to the Court's appointment of a Special Master in this matter. The CFTC does not object to the appointment of Mr. Linares as a Special Master for this case at this time. The CFTC understands from the Court's Order [Dkt 107] as stated at the hearing on October 26, 2023, that the Special Master, once appointed, will request from the parties a list of issues to be considered by the Special Master. The CFTC reserves the right to object to the referral to a Special Master of any issues that are dispositive of the claims in this case or where it believes such referral may result unreasonable expense or delay. *See Fed. R. Civ. P.* 53(a)."

The CFTC also seeks clarity on the fees charged by the Special Master and how those costs will be allocated among the parties. As a government agency, CFTC staff is statutorily prohibited from obligating funds without prior approval. Therefore, if any costs will be borne by the CFTC, staff will need to know the hourly rate and anticipated number of hours of the Special Master's assignment.

                                              Sincerely,

                                              /s/ Elizabeth M.Streit
                                              Chief Trial Attorney
                                              Division of Enforcement
                                              Commodity Futures Trading Commission
                                              (312) 596-0537
                                              estreit@cftc.gov

*CFTC v. Traders Global Group Inc., et al.*,
Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

Cc: All Counsel of Record by Automatic ECF Notification