Anthony J. Staltari (Attorney ID. No. 233022017)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com

Michael Shaheen, III (*pro hac vice*)
Robert A. Zink (*pro hac vice*)
Avi Perry (*pro hac vice* pending)
Kurt Wolfe (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
michaelshaheen@quinnemanuel.com
robertzink@quinnemanuel.com
kurtwolf@quinnemanuel.com
aviperry@quinnemanuel.com

Dakota Speas (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>                Plaintiff,<br><br>         v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>                Defendants. | Civil Action No. 3:23-cv-11808-ZNQ-TJB<br><br>**DECLARATION OF AVI PERRY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Avi Perry declares pursuant 28 U.S.C. § 1746 as follows:

1. I am an attorney-at-law admitted to practice in the States of New York and Connecticut and a partner in the Washington, D.C. Office of Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"), attorneys for Defendant for Traders Global Group Inc., a New Jersey corporation doing business as "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi. I am familiar with the proceedings in this matter. I make this certification in support of my application for admission as counsel *pro hac vice* in this matter.

2. Pursuant to Local Rule 101.1, I certify that I am admitted to and am in good standing with the following courts:

**State of New York**
Supreme Court of the State of New York
Appellate Division: Third Department
Attn: Attorney Admissions
P.O. Box 7350, Capital Station
Albany, New York 12224-0350
(518) 461-4778
**Dated Admitted: 4/23/2012**
`
**U.S. District Court for the**
**Southern District of New York**
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10036
(212) 805-0800
**Admitted: 11/27/2012**

**State of Connecticut**
Clerk of the Superior Court
Hartford Judicial District
95 Washington Street
Hartford, CT 06106
Tel: (860) 548-2700
**Date Admitted: 11/8/2013**

**U.S. District Court for the**
**Eastern District of New York**
U.S. Federal Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2600
**Admitted: 12/3/2012**

3. I am a member in good standing of the Bars to which I am admitted. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I have not been convicted of a felony.

4. If admitted *pro hac vice,* I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings.

5. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

6. For the foregoing reasons, I respectfully request that the Court enter an Order pursuant to Local Civil Rule 101.1(c) admitting me *pro hac vice* in this matter.

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed in Washington, D.C. on this 2nd day of November 2023.

Avi Perry