**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7221**

WRITER'S EMAIL ADDRESS
**anthonystaltari@quinnemanuel.com**

November 2, 2023

**VIA ECF**
Hon. Zahid N. Quraishi, District Judge
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 4W
Trenton, NJ 07101

Re:     *CFTC v. Traders Global, Inc., et al., Civil Action No. 3:23-cv-11808-ZNQ-TJB*

Dear Judge Quraishi:

        I write jointly on behalf of Defendants Traders Global Group Inc., a New Jersey corporation doing business as "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi (collectively, "Defendants") and Plaintiff Commodity Futures Trading Commission ("Plaintiff," and together with Defendants, the "Parties"), in compliance with this Court's Order dated October 26, 2023 (ECF 107).

        The Parties conferred pursuant to the Court's instruction and have agreed to propose jointly **Mr. John Carney** of Baker & Hostetler LLP as the new Temporary Receiver.  Mr. Carney's proposal, which summarizes his experience and qualifications, is attached here as **Exhibit A**.  The Parties reserve all rights to seek relief relating to the Temporary Receiver, including with regard to Plaintiff's pending *Ex Parte* Motion for Statutory Restraining Order and Preliminary Injunction (ECF 14).

        Further, the Parties do not object to the appointment of Mr. Jose Linares to serve as Special Master in this case, subject to Plaintiff's letter filed on today's date (ECF 116).

        I certify that the Parties have expressly agreed to the form and substance of this joint letter and have authorized me to submit it electronically via CM/ECF.

                                Respectfully submitted,

                                 */s/  Anthony J. Staltari*
                                Anthony J. Staltari

cc:     All counsel of record *(via ECF)*

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART