

1301 K Street NW  
Suite 500 East  
Washington, D.C. 20005  

**Jonathan B. Engel**  
(202) 973-4219 tel  
(202) 973-4499 fax  
JonathanEngel@dwt.com

November 2, 2023

**VIA ECF**

Hon. Zahid N. Quraishi, U.S.D.J.  
United States District Court of New Jersey  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street, Courtroom 4W  
Trenton, NJ 08608

Re:   ***CFTC v. Traders Global Group Inc. et al., Civil Action No. 3:23-cv-11808***

Dear Judge Quraishi:

    We write with regard to Stripe's September 21, 2023 Motion to Intervene [ECF No. 49] and the Court's recent rulings during a telephonic conference held on October 26, 2023[1] and accompanying Order. During the conference, the Court stated:

> [T]he Court is willing to entertain the idea that the new Temporary Receiver will return <u>possession</u> of the formerly seized assets to the defendants, while maintaining a freeze on those assets… As for the Motion to Intervene by Stripe at ECF Number 49, it is my expectation that the anticipated transition from a seizure to a freeze will resolve that Motion. I am therefore reserving on that Motion until after the transition happens. If Stripe believes its interests have not been addressed, it may then seek relief from a Special Master.

ECF No. 111 at 14, 16.

    Stripe understands that a Special Master has been appointed to oversee this and other issues. However, Stripe would like to note that it does not believe that a transition from a seizure to a freeze order, alone, would resolve the concerns that led to Stripe's Motion to Intervene. Stripe maintains a reserve fund to pay meritorious chargebacks submitted by Defendants' customers. To the extent the parties or a new Temporary Receiver would seek to interfere with Stripe's use of its funds for this purpose, Stripe's concern remains unresolved.

---

[1] Non-party Stripe did not participate in the October 26, 2023 telephonic conference as it was not aware that the Motion to Intervene would be addressed during that conference.

Hon. Zahid N. Quraishi, U.S.D.J.
November 2, 2023
Page 2

      Stripe will work with the parties and any new Temporary Receiver to address these concerns prior to raising them with the Special Master.

                                        Respectfully submitted,

                                        Jonathan B. Engel

cc:    All counsel of record (via ECF)