# Exhibit A

**Page 1**

```
1   --------------------------------------------
2                 ROUGH DRAFT DISCLAIMER
    --------------------------------------------
3                    IMPORTANT NOTICE:
                   AGREEMENT OF PARTIES
4   --------------------------------------------
    We, the party working with rough draft
5   transcripts, understand that if we choose to
    use the rough draft, that we are doing so with
6   the understanding that the rough draft is a
    non-certified copy.
7
    We further agree not to share, give, copy,
8   scan, fax or in any way distribute this rough
    draft in any form (written or computerized) to
9   any party.  However, our own experts,
    co-counsel and staff may have limited internal
10  use of same with the understanding that we
    agree to destroy our rough draft and/or any
11  computerized form, if any, and replace it with
    the final transcript upon its completion:
12
             Case:  COMMODITY FUTURES TRADING
13  COMMISSION v. TRADERS GLOBAL GROUP INC., et al.
             Date:   November 2, 2023
14
    REPORTER'S NOTE:
15  Since this deposition is in rough draft form,
    please be aware that there may be a discrepancy
16  regarding page and line number when comparing
    the rough draft, rough draft disk and the final
17  transcript.

18  Also please be aware that the noncertified
    rough draft transcript may contain untranslated
19  steno, reporter's notes in double parentheses,
    misspelled proper names, incorrect or missing
20  Q/A symbols or punctuation, and/or nonsensical
    English word combinations.  All such entries
21  will be correct on the final, certified
    transcript.
22
23       Court Reporter's Name:  Stacey Daywalt
         Firm Name:    VERITEXT LEGAL SOLUTIONS
24
25
```

**Page 2**

1  THE VIDEOGRAPHER:  Good morning.  We
2  are going on the record at 9:14 a.m. on
3  November 2, 2023.  Please note that this
4  deposition is being conducted virtually.
5  Quality of recording depends on quality of
6  camera and Internet connection of participants.
7  What is seen from the witness and heard on
8  screen is what will be recorded.  Audio and
9  video recording will continue to take place
10 unless all parties agree to go off the record.
11      This is Media Unit one of the video
12 recorded deposition of Mr. Murtuza Kazmi taken
13 by counsel for plaintiff in the matter of
14 Commodity Futures Trading Commission plaintiffs
15 versus Traders Global Group incorporated et al.
16 defendants filed in the United States district
17 court for the district of New Jersey Civil
18 Action No. 3:23-cv-11808.
19      My name is Sha-La Hollis
20 representing Veritext Legal Solutions and I'm
21 the videographer.  The court reporter is miss
22 Stacey Daywalt from the firm of Veritext Legal
23 Solutions.  I'm not authorized to administer an
24 oath.  I'm not related to any party in this
25 action nor am I financially interested in the

**Page 3**

1  outcome.  If there are any objections to
2  proceeding, please state them at the time of
3  your appearance.
4       Counsel and all present including
5  remotely will now state your appearances for
6  the record beginning with the noticing
7  attorney.
8       (Counsel identify themselves on the
9  record.)
10      THE VIDEOGRAPHER:  Thank you.
11      Will the court reporter please swear
12 in the witness.
13
14      MURTUZA KAZMI,
15 called as a witness, having been duly sworn by
16 a Notary Public, was examined and testified as
17 follows:
18
19 EXAMINATION BY
20 MR. BURDEN:
21   Q.   Mr. Kazmi, do you have your exhibit
22 portfolio before you?
23   A.   I'm trying to log into the share.
24 It's not letting me.
25   Q.   Yeah, don't worry about the share

**Page 4**

1  thing.  We provided your counsel and asked them
2  to provide to you a PDF portfolio of exhibits.
3  So you can just open it up you can look at them
4  it's tabbed out and I want to go through that
5  to review the exhibits.
6    A.   Sure.
7       MR. WOLFE:  Mr. Kazmi, maybe -- we
8  sent him the PDF.  It has bounced back.  We
9  sent him a link to the exhibits in a share file
10 and I think that's what he means when he says
11 he's trying to open the share right now.
12      THE WITNESS:  Yeah, that's correct.
13      MR. WOLFE:  Are you able to open it,
14 Mr. Kazmi?
15      THE WITNESS:  Negative, no.
16      MR. BURDEN:  All right.  Do we want
17 to go off the record so defendant's counsel can
18 help him open his file, counsel for defendants?
19      THE WITNESS:  Ashley, just so you
20 know I have two monitors so I will be looking
21 back and forth if that's okay with you.
22      MR. BURDEN:  It's just fine.  It's
23 what I had hoped you would do is have a
24 separate monitor for the exhibits.
25      Have you got them open?

49

1  Mr. Kazmi, in practice?
2      A.   It means when you take an order and
3  you send it to an external party for execution.
4      Q.   During the relevant period, did My
5  Forex Funds send customer orders to an external
6  party for execution?
7      A.   It did.
8      Q.   And what was that external party,
9  please?
10     A.   In the start it was FXPIG.
11          (Simultaneous crosstalk.)
12          THE WITNESS:  FX -- sorry.  Go
13 ahead.
14     Q.   During what period, Mr. Kazmi, did
15 My Forex Funds send customer orders to FXPIG?
16     A.   This would be prior to getting
17 on-boarded with CDO.  I'm hazy on the timeline,
18 Ashley.
19     Q.   All right.  Well, I tell you what,
20 Mr. Kazmi, when did My Forex Funds begin
21 sending customer orders to CDO Markets?
22          MR. WOLFE:  Objection,
23 mischaracterizes testimony.
24          THE WITNESS:  When did -- it would
25 be in the realm of late 2021, early 2022, if

50

1  I'm not mistaken.
2  BY MR. BURDEN:
3      Q.   Does My Forex Funds, during the
4  relevant period, have a margin account with
5  CDO Markets?
6      A.   It did or it does actually.
7      Q.   How about FXPIG?
8      A.   I am not sure about the word margin
9  there, but we had a funded account there.
10     Q.   Mr. Kazmi, during the relevant
11 period, what percentage of customers had a
12 single order sent to CDO Markets?
13     A.   What percentage of customers.
14          I don't have that information.
15     Q.   Do you think more or less than one
16 percent of My Forex Funds' customers had an
17 order sent to CDO Markets?
18          MR. WOLFE:  Objection to form.
19          THE WITNESS:  I would say it's
20 around one percent.
21     Q.   All right.  During the relevant
22 period, Mr. Kazmi, what percentage of customer
23 orders were sent to CDO Markets?
24          MR. WOLFE:  Objection to form.
25          THE WITNESS:  So Ashley, I would

51

1  just like to say that no customer orders were
2  sent because all the orders were under My Forex
3  Funds name.  So there is no customer in this
4  case.
5           Is that what you mean?
6  BY MR. BURDEN:
7      Q.   What I mean is not relevant.
8           So Mr. Kazmi, what percentage of
9  customer orders were STPed and executed with
10 CDO Markets?
11          MR. WOLFE:  Objection, compound.
12          MR. PERRY:  I think we're -- sorry
13 to interject.  I think we're just having a
14 definitional issue because he's taking issue
15 with the term customer, so maybe we can just
16 come to a common term and proceed that way.
17          MR. BURDEN:  Yeah, I'm not sure
18 that's going to work out.
19          MR. PERRY:  Okay.  Well, then we
20 object to the formulation of the question.
21 BY MR. BURDEN:
22     Q.   Mr. Kazmi, you described customer
23 orders being externalized.  Right?
24          MR. WOLFE:  Objection.
25          THE WITNESS:  Customers' order being

52

1  externalized.  So those customers when they're
2  executing live either A or B are considered
3  contractors for TGG.  All accounts are under
4  TGG's name whether in A or B book.  So I would
5  repeat what I said earlier, there are really no
6  customer orders that are going out it's all
7  TGG's order that are being externalized or
8  internalized.
9      Q.   All right. Mr. Kazmi, you used the
10 terms -- you used the term A book.
11          What's A book, please?
12     A.   Similar to STP.  It's same to STP,
13 interchangeable.
14     Q.   So a customer order that's STPed is
15 an order that is externalized.  Is that right?
16          MR. WOLFE:  Objection to form,
17 leading, argumentative, mischaracterizes
18 testimony, calls for speculation.
19          MR. BURDEN:  He's the defendant, I
20 can lead him.
21          THE WITNESS:  So again, no customers
22 order.  So can you just read the last part
23 because I don't agree when you say it's a
24 customer order it's not.  So what is the second
25 part that you asked for?

53
1  Q.  So Mr. Kazmi, I asked you what A
2  book was?
3  A.  Correct.
4  Q.  What's A book, please?
5  A.  Same as STP, when we send out orders
6  for execution.
7  Q.  And where are those orders executed
8  during the relevant period, please?
9  A.  So it would be FXPIG for a very
10 short period of time and then CDO.
11 Q.  Got it.
12     So these STPed orders, they wind up
13 being executed against CDO through My Forex
14 Funds' account with CDO.  Is that right?
15     MR. WOLFE:  Objection to form.
16     THE WITNESS:  Can you rephrase that
17 for me, Ashley?
18 BY MR. BURDEN:
19 Q.  So these customer orders that are
20 STPed, they wind up getting executed against
21 CDO Markets in My Forex Funds' account with
22 CDO Markets?
23     MR. WOLFE:  Objection to the
24 rephrased question.
25     THE WITNESS:  So the customer orders

54
1  do not exist.  The My Forex Funds orders, or
2  TGG orders as we said earlier you can use them
3  interchangeably, are sent for execution at
4  CDO Markets.
5  BY MR. BURDEN:
6  Q.  Got it.
7     So these orders with CDO Markets,
8  they are orders that are sent by Traders Global
9  and executed by CDO Markets.
10    Did I get that right?
11    MR. WOLFE:  Objection to form,
12 mischaracterizes, compound.
13    (Simultaneous crosstalk.)
14    THE WITNESS:  I'm sorry.
15    MR. WOLFE:  Sorry, Mr. Kazmi.  Go
16 ahead.
17    THE WITNESS:  Yes, it's sent for
18 execution at CDO Markets.
19 BY MR. BURDEN:
20 Q.  And what's the name of the account
21 at CDO Markets that sends the orders for
22 execution?
23 A.  It's under Traders Global Group
24 Incorporated, the Canadian entity.
25 Q.  All right.  So how did STPed orders

55
1  make their way from the customers, or
2  contractors if you care to describe them that
3  way, to TGG's account with CDO?
4  A.  How does the customer orders make
5  its way.
6     I can tell you briefly that it goes
7  through the Medicourse medicator platform
8  provided by Medicos CHECK into a bridge onto
9  the CDO Markets and that is my definition.  I
10 am not involved in the technicalities of this
11 transaction that takes place, so I could be
12 wrong.
13 Q.  Got it.
14    So Mr. Kazmi, you also used the term
15 B book.  What's that, please?
16 A.  So B book is a commercialized
17 internal -- commercialized internalized
18 environment that we have for our traders.
19 Q.  I want to try to get some
20 terminology straight.
21    So customers that are on demo
22 accounts, customers that are sort of trading in
23 that demo phase for the evaluation that you
24 described, do you consider that they are in the
25 B book?

56
1  A.  No, we do not.
2  Q.  Is it fair to say that the customers
3  who are in the B book are customers of My Forex
4  Funds who have live accounts?
5  A.  Correct.
6  Q.  Now, customers whose trades are
7  STPed, are they in the B book?
8  A.  No, they're not.
9  Q.  All right.  So I asked you some
10 questions before, Mr. Kazmi, about how many
11 customers are, you know, are STPed, what
12 percentage.
13    I want to go back and clean that up
14 a little.
15    So Mr. Kazmi, what percentage of
16 customers during the relevant period with live
17 accounts had a single order STPed?
18 A.  Again, I think we came around one
19 percent number earlier on, so that would be my
20 answer.
21 Q.  Got it.
22    All right.  So Mr. Kazmi, during the
23 relevant period, what percentage of customer
24 orders from customers who had graduated to live
25 accounts were STPed?

61

1  Mr. Kazmi, we got some nice clear testimony
2  before. I want to see -- I just want to make
3  sure we're on the same page.
4         So during the relevant period,
5  Mr. Kazmi.
6     A.   Mm-hmm.
7         MR. PERRY: I'm sorry. Ashley, I'm
8  sorry to interject. You got -- as you just
9  said, you got clear testimony before. You just
10 said that. So you've got your answer. We're
11 now asking for the third or fourth time. To
12 the extent that there is confusion, it's
13 inherent to the questioning not in the answers.
14 I suggest that we move on.
15        MR. BURDEN: Well, I ain't going to.
16 So let's try it one more time.
17 BY MR. BURDEN:
18    Q.   Mr. Kazmi, during the relevant
19 period --
20    A.   Mm-hmm.
21    Q.   -- what percentage of customer
22 accounts, of customer live accounts, had a
23 single order STPed?
24        MR. WOLFE: Objection, asked and
25 answered. Object to form.

62

1         THE WITNESS: So when you put the
2  word "order" in there, I do not know that
3  information.
4         If you say "accounts," then I will
5  say one percent. Did I hear the word "order"
6  in there, Mr. Burden?
7     Q.   You know what, you didn't, you
8  didn't, but we got there.
9     A.   Okay. Awesome.
10    Q.   All right. So Mr. Kazmi, I want to
11 return to this B book idea.
12        So Mr. Kazmi, your testimony is
13 that customer accounts that are on the B book
14 are internalized. Did I get that right?
15        MR. WOLFE: Object to form.
16        THE WITNESS: So Ashley, you keep on
17 saying customer accounts. Do you just mean MFF
18 accounts that these customers or contractors
19 are trading. Is that correct?
20    Q.   I don't define things, Mr. Kazmi.
21        All right. I'll ask you again.
22    A.   Okay.
23    Q.   You used the term B book, what does
24 that mean?
25    A.   That means all the contractors that

63

1  are trading on our live phase, so to speak,
2  going A or B book. B book is the environment
3  that does not get STPed.
4     Q.   So orders on the B book that these
5  customers place, what happens to them?
6     A.   So the orders that the contractors
7  place, TGG's contractors place on this B book,
8  it stayed within a virtual simulated
9  environment.
10    Q.   And who is that virtual simulated
11 environment controlled by?
12        MR. WOLFE: Objection to form.
13        THE WITNESS: Who's that controlled
14 by.
15        (Simultaneous crosstalk.)
16        (Reporter admonition.)
17        THE WITNESS: Kurt, were you going
18 to say something?
19        MR. WOLFE: You can answer.
20        THE WITNESS: Okay. Ashley,
21 apologies, can you just repeat that question.
22        MR. BURDEN: Certainly.
23 BY MR. BURDEN:
24    Q.   Mr. Kazmi, who controls the virtual
25 simulated environment you described?

64

1         MR. WOLFE: Same objections.
2         THE WITNESS: It is hosted by
3  iS Risk.
4         How do you define control?
5  BY MR. BURDEN:
6     Q.   What parameters in the virtual
7  simulated environment can be set by Traders
8  Global?
9         MR. WOLFE: Objection.
10        (Simultaneous crosstalk.)
11        THE WITNESS: I do not have that
12 information.
13    Q.   This virtual simulated environment,
14 Mr. Kazmi, does it feature a price feed?
15    A.   It does.
16    Q.   And where does that price feed come
17 from?
18    A.   In recent times it came from iS Risk
19 as there was better for our traders.
20    Q.   Well, throughout the relevant
21 period, Mr. Kazmi, who provided price feed to
22 My Forex Funds?
23    A.   First, in this B book environment?
24 Ashley, so throughout the relevant time period,
25 FXPIG was FXPIG. Once we moved to iS Risk and

69

BY MR. BURDEN:
Q. That's not responsive to my question, Mr. Kazmi. What I want to know is how did you personally learn that My Forex Funds was applying these markups?
MR. WOLFE: Objection to form.
MS. WOOD: Objection, asked and answered.
(Simultaneous crosstalk.)
MR. BURDEN: Who's objecting?
MS. WOOD: AJ Wood.
MR. BURDEN: Yeah, I know.
THE WITNESS: So I learned, again, through conversations with Josh or conversation with Josh, I don't know how many or what they were, that we were trying to replicate real market conditions into our B book hence that's how I learned.
BY MR. BURDEN:
Q. All right. And when was that?
A. I would say when we on-boarded CDO.
Q. And was that sort of late in 2021?
A. Yeah, I would say around that time.
Q. Mr. Kazmi, are markups applied to the price feed that A booked customers see?

70

A. Markups applied.
I am not sure about that.
Q. All right. I want to return to the topic of the B book, Mr. Kazmi.
So if a customer on the B book makes a profit and is entitled to a profit pursuant to the terms on the My Forex Funds website, do they get paid?
A. Yes, they do.
Q. And where do those funds come from?
A. They come from the company's assets.
Q. And what are the sources of income during the relevant period that My Forex Funds had?
A. Sources of income would include registration fees, the capital that we have invested in different securities through different financial institutions in Canada as well as some profits on A book.
Q. During the relevant period, Mr. Kazmi, how much did My Forex Funds get in profit from the A book?
A. I am not sure, but I don't think it's much.
Q. Is it fair to say, Mr. Kazmi, that

71

on a net basis during the relevant period, A book trading lost money?
MR. WOLFE: Objection to form.
THE WITNESS: A book for all during the relevant period was either break even or -- yeah, as I said, it did not make much. So yeah, it either lost -- again, I don't have the numbers so I can't be sure but it wasn't profitable.
BY MR. BURDEN:
Q. So why do it?
A. That is our ultimate goal, to find traders that can execute in real life market conditions.
Q. Were the traders on A book able to profitably do that?
A. Sorry, can you repeat that question.
Q. Were the My Forex Funds customers who were on the A book able to profitably trade?
A. Some of them, yes.
Q. On a net basis.
MR. WOLFE: Objection.
THE WITNESS: Net basis, again, as I said earlier, A book was not profitable so it

72

was profitable some month it was not so overall I would say no.
BY MR. BURDEN:
Q. All right. So during the relevant period, were you aware of the profits in the A book?
A. Was I aware of the profits in the A book.
Q. Let me ask you in a different and better way, Mr. Kazmi.
A. Sure.
Q. How do you know that the A book trading was not profitable on a net basis?
A. One -- sorry. Through iS Risk, Josh used to tell us that it's not -- it's sometimes breaking even or it's losing money.
Also we have to send CDO capital, you know, not sure that it was actually degrading there or the capital there was going down.
Q. All right. And what you're referring to there, Mr. Kazmi, is My Forex Funds had to send margin to CDO Markets. Right?
A. That is correct.

73

1  Q. And you send margin if your position
2  has decreased in value below a certain
3  threshold?
4  A. Correct.
5  Q. Did My Forex Funds during the
6  relevant period ever withdraw any trading
7  profits from CDO Markets?
8  A. We did not withdraw. We left the
9  profits in there for the account to grow.
10 Q. Did it grow?
11 A. Yeah, there were -- as I said, there
12 were months where A book was profitable so I
13 would say it did grow.
14 Q. On a net basis, did My Forex Funds
15 accounts at CDO Markets grow during the
16 relevant period?
17 A. No, it did not.
18 Q. So let's come back if we could,
19 please, to My Forex Funds sources of income.
20 A. Sure.
21 Q. You listed customer fees. Right?
22 A. Yes.
23 Q. What percentage of My Forex Funds'
24 income during the relevant period was derived
25 from customer fees?

74

1  A. I would say upwards of 95 percent.
2  Q. All right. So we got another
3  5 percent.
4     What's in that 5 percent, please?
5  A. I would say the investments that we
6  have, as I said, some of the Canadian
7  investment firms.
8  Q. All right. So when you're talking
9  about 5 percent income from investments you're
10 talking about dividends and stuff like that.
11 Right?
12 A. Correct.
13 Q. And what's -- where do these, during
14 the relevant period, where do these investments
15 reside?
16 A. So they were in TD's, TD US's,
17 whatever their investment arm is -- was and
18 then in CIBC Edward Jones and then -- CIBC
19 Edward Jones and BMO.
20 Q. Got it. Any other places where My
21 Forex Funds had investments?
22 A. No.
23    (Reporter clarification.)
24    THE WITNESS: So it's BMO, B-M-O,
25 CIBC Edward Jones and then initially we were in

75

1  TD US as well.
2  Q. All right. Mr. Kazmi, the 5 percent
3  of My Forex Funds revenue during the relevant
4  period that was derived from these investments,
5  was there any like customer trading there?
6  A. No, there was not.
7  Q. All right. Mr. Kazmi, did you
8  receive account statements from CDO during the
9  relevant period?
10 A. I do not recall, but I don't think
11 so.
12 Q. During the relevant period, did you
13 have a way to see how these A booked trades
14 were doing at CDO?
15 A. Again, I'm not sure. I may have
16 gotten credentials, but I never logged into the
17 actual application because it was too technical
18 for me.
19 Q. What was your profession prior to
20 starting My Forex Funds?
21 A. I was an IT risk and compliance side
22 of things.
23 Q. And for whom did you work?
24 A. GE, General Electrics, as well as I
25 was a project manager for Ericsson prior to GE.

76

1  Q. All right. Would you -- turning
2  back to these exhibits.
3  A. Of course.
4  Q. Would you open CFTC Exhibit 105,
5  please.
6  A. 105 okay.
7  Q. Open it up if you would, please.
8  Have a look and let me know when you've looked.
9  A. Okay (complying.)
10    Okay.
11 Q. Mr. Kazmi, do you recognize CFTC
12 Exhibit 105?
13 A. Yes, I see it.
14 Q. Could you tell me what it is,
15 please?
16 A. It looks like an iS Risk report of
17 MT4 trading for September 9th, 2022.
18 Q. All right. So you see it says to
19 murtuza@myforexfunds.com?
20 A. Correct.
21 Q. Whose e-mail address is that?
22 A. That is mine.
23 Q. All right. So Mr. Kazmi, did you
24 receive these reports, an example of which we
25 see in Exhibit 105?

81

1  A.  I believe that would refer -- again,
2  this is my assumption and my opinion.
3      I think those are the live accounts
4  both A and B booked that we had at that
5  particular date.
6  Q.  You'll see too that below that,
7  Mr. Kazmi, it says deposits $17 million and
8  change.  What does that mean?
9  A.  I do not know.
10 Q.  Did customers deposit money with
11 Traders Global?
12 A.  I would say asked and answered,
13 but...
14 Q.  You don't get to object.
15     Mr. Kazmi, did Traders Global --
16 A.  No, our customers never deposited
17 any funds with us nor were we the custodians.
18 They never invested any funds with us.
19 Q.  Did My Forex Funds have, on the date
20 of this e-mail in Exhibit 105, $17 million in
21 change on deposit somewhere?
22 A.  We did not.
23 Q.  So next item, Mr. Kazmi, is
24 withdrawals you'll see it's negative $516,000
25 and change.  Do you have an understanding of

82

1  what this field means?
2  A.  No, I do not.
3  Q.  All right.  Mr. Kazmi, I want to
4  return if we could, please, to the subject of
5  the B book.
6      So if traders on the B book trade
7  profitably and are entitled to a payout, do
8  they get paid?
9  A.  Yes.
10 Q.  How does My Forex Funds keep track
11 of that?
12 A.  Keep track of the customers that
13 are -- keep track of what, sorry?
14 Q.  I'll tell you what, let's break it
15 into little bits.
16 A.  Mm-hmm.
17 Q.  During the relevant period, how did
18 My Forex Funds keep track of customers who were
19 entitled to receive payments and had asked for
20 it?
21     MR. WOLFE:  Objection, form.
22     THE WITNESS:  During the relevant
23 period, a customer would hit their target,
24 would stop trading and would e-mail us in that
25 support e-mail or at one of the other support

83

1  e-mails that we had to request a payout that's
2  how we would know in the start.
3      Later on, using FPFX's dashboard, a
4  customer could simply hit -- I forgot the --
5  what the actual button said, but they can click
6  a button and they would auto generate an e-mail
7  for our back end team to go in and you know,
8  figure out how much that customer is entitled
9  to be paid.
10 BY MR. BURDEN:
11 Q.  During the relevant period, how did
12 My Forex Funds keep track of payments made to
13 customers?
14 A.  Keep track of.
15     So it was done through Deel for
16 majority of the time span as well as some
17 crypto providers, Coinbase I believe in the
18 start, then Confirmo in the later part.
19 Q.  All right.  Any other ways that My
20 Forex Funds kept track of payments to
21 customers?
22 A.  Very earlier on we did use PayPal,
23 but that was when we launched.  But again, Deel
24 and the crypto providers would be the main
25 sources that we paid the customers for their

84

1  trading activities.
2  Q.  So Mr. Kazmi, is it fair to say that
3  payments to successful customers were drawn
4  almost exclusively from fees paid by customers?
5      MR. WOLFE:  Objection, form.
6      THE WITNESS:  Is it fair to say
7  that -- it is fair to say that the fees made up
8  for the company's assets and those assets were
9  used to pay the customers 95 percent of the
10 registration fees.
11 BY MR. BURDEN:
12 Q.  Were proceeds from successful
13 trading against CDO Markets used to pay
14 customers?
15     MR. WOLFE:  Objection, form.
16     THE WITNESS:  Those were kept in --
17 those were kept in the CDO Markets account.
18 BY MR. BURDEN:
19 Q.  Were they used to pay successful
20 customers?
21 A.  No, they were not.
22 Q.  Were you aware, Mr. Kazmi,
23 throughout the relevant period of Traders
24 Global's practice of B booking most of the live
25 accounts?

85

1  A.  Yes, I was.
2  Q.  Were you aware throughout the
3  relevant period that Traders Global or My Forex
4  Funds B booked substantially all live accounts?
5      MR. WOLFE:  Objection to form.
6      THE WITNESS:  In the start we only
7  able to using FXPIG.  But the data and the
8  lessons learned from there under the
9  recommendation of iS Risk, yes, I was aware
10 that, you know, the strategy here for capital
11 preservation is to B book accounts.
12 BY MR. BURDEN:
13 Q.  Why did B booking accounts preserve
14 capital?
15 A.  Over all the whole population as a
16 whole population of customers trading on behalf
17 of TGG lost money. So if you were to A book
18 everyone, B would have lost money.
19     Our goal was to scope out or figure
20 out the successful traders within those group
21 of traders and to execute them.  And the goal
22 is I should say.
23 Q.  All right.  Mr. Kazmi, staying on
24 the subject of the B book, is it fair to say
25 that customers who were on the B book are

86

1  counterparties to Traders Global?
2      MR. WOLFE:  Objection --
3      (Simultaneous crosstalk.)
4      MR. WOLFE:  Objection to form.
5  Objection, calls for a legal conclusion.
6      Mr. Kazmi, you can answer.
7      THE WITNESS:  It is not fair to say
8  that.
9  BY MR. BURDEN:
10 Q.  Why do you take issue with that
11 statement?
12 A.  For a counterparty, it is my
13 understanding that you need actual deposits
14 from customers for there to be a counterparty.
15 Also you need an actual environment, an actual
16 STP environment where trades are actually being
17 executed.
18     Since none of those criterias meet
19 the B book environment, there is no
20 counterparty.
21 Q.  What's your basis for that
22 understanding, Mr. Kazmi?
23 A.  As I said, the counterparty is the
24 opposite side of the trade when being executed.
25 In the virtual environment that we had with,

87

1  you know, proper market execution filling at
2  market prices, the actual trade did not go out
3  of that virtual or hypothetical environment
4  hence it did not require the other side or
5  counterparty.
6      And on the second note, there were
7  no deposits of these customers so we are not
8  counterparty to customers.
9  Q.  What I'm asking, Mr. Kazmi, is:  Why
10 do you think that?
11     And let me take it a little bit at a
12 time.  And counsel, if there's a need for an
13 attorney-client privilege objection here, you
14 know, you can make it.
15     Mr. Kazmi, did anybody ever tell you
16 that the B book traders were not
17 counterparties?
18 A.  The B book traders were not
19 counterparties.
20     It came up in our discussion but I
21 was not told that.
22 Q.  What do you mean it came up in your
23 discussion?
24 A.  It came up within our discussion
25 with my counsels -- counselors.

88

1  Q.  All right.  And what are the names
2  of those counselors?
3  A.  I would say Kurt and -- yeah, Kurt
4  would be the major one.
5  Q.  Meaning Kurt Wolfe?
6  A.  Correct.
7      MR. BURDEN:  Are you guys going to
8  object here or?
9      MR. WOLFE:  I don't know that the
10 fact that we had a conversation I don't believe
11 is privileged, but we're treading very close to
12 the line.
13 BY MR. BURDEN:
14 Q.  Okay.  I'll tell you what, this
15 conversation that you had with Mr. Wolfe, when
16 did that occur, Mr. Kazmi?
17 A.  In the past couple of weeks.
18 Q.  Okay.  Well, what I want to try to
19 get at is before that.
20     So Mr. Kazmi, before the entry of
21 the SRO in this case --
22 A.  Mm-hmm.
23 Q.  -- did you have any conversations
24 with anybody about whether customers of Traders
25 Global or counterparties with Traders Global on

93

1  Right?
2  A.  That is correct.
3  Q.  And Traders Global pays that
4  customer 50 percent of their trading P&L.
5      Have I got that right?
6  A.  It's different for each model.  So
7  it varies from 15, 1-5, all the way up to I
8  believe it is 90 percent.
9  Q.  What happens if a customer on the B
10 book loses money trading, if they generate
11 trading losses?
12     MR. WOLFE:  Objection to form.
13     THE WITNESS:  What happens.
14     Nothing happens.  Depends how much
15 they lose I believe.
16 BY MR. BURDEN:
17 Q.  Mr. Kazmi, what happens if a
18 customer on the B book falls below the drawdown
19 limits?
20 A.  Their account get disabled.
21 Q.  What happens if a customer's account
22 is disabled?
23 A.  Nothing.  They cannot trade anymore.
24 Q.  What happens to the customer's fee
25 if their account is disabled?

94

1  A.  It is the registration fees is part
2  of company's assets at that point.
3      I should say at the point of
4  registration, sorry, not at that point.  When
5  they register, those fees become part of
6  company assets.
7  Q.  Are there circumstances where a
8  customer trading on the B book might get their
9  registration fee back?
10 A.  Yes.
11 Q.  Describe those circumstances,
12 please.
13 A.  So a customer gets their
14 registration fees along with some other bonuses
15 back on their first payout.  This is consistent
16 with the industry norm and practices.
17 Q.  Is this -- is this the same for all
18 three of My Forex Funds' programs, Mr. Kazmi?
19 A.  It is true for the evaluation
20 program only I believe.
21 Q.  Got it.  Okay.
22     So Mr. Kazmi, so is it correct that
23 for customers enrolled in the evaluation
24 program, if they graduate to a live account
25 they get their fees back on the first payout?

95

1  A.  That is correct.
2  Q.  Do they actually get the fees
3  refunded to them in cash or is it credited sort
4  of to their account?
5  A.  It is -- it's 112 percent, to be
6  exact.  It's not just their fees, it's
7  12 percent on top of their fees and it gets
8  sent to them as part of their payout that they
9  generated during the trading activities for
10 their first month.
11 Q.  So --
12     (Simultaneous crosstalk.)
13     THE WITNESS:  Sorry to cut you off.
14 It's not correct that it's an actual payment
15 back to them.
16 BY MR. BURDEN:
17 Q.  Got it.  Thank you.
18     All right.  So let's look at some
19 documents.
20     Would you turn to CFTC Exhibit 102,
21 please?
22 A.  Actually if you don't mind can I
23 just quickly take a quick bio break.
24     MR. BURDEN:  You know what, we've
25 been going for a while.  Why don't we -- do you

96

1  guys want to come back at 11 or something?
2      MR. WOLFE:  12 on the east coast.
3      You okay with that, Mr. Kazmi?
4      THE WITNESS:  I am.
5      MR. BURDEN:  All right.  Yeah, I
6  didn't -- I didn't -- I tend to just go
7  through.  If you want to take a break, you
8  know, we can take a break.  You don't got to
9  wait.
10     All right.  Off the record, please.
11     THE VIDEOGRAPHER:  The time is
12 11:49 a.m. we're off the record.
13     (Recess was taken from 11:49 a.m. to
14 12:10 p.m.)
15     THE VIDEOGRAPHER:  The time is
16 12:10 p.m. and we are back on the record.
17 BY MR. BURDEN:
18 Q.  All right.  Mr. Kazmi, during the
19 relevant period, the traders that were on the B
20 book, did My Forex Funds let them know they
21 were on the B book?
22 A.  It was discussed openly in public
23 that the A book and B book traders.  Who will
24 be A book and B book is not disclosed.
25 Q.  During the relevant period,

97

1  customers who were on the A book, does My Forex
2  Funds let them know that they were on the
3  A book?
4      A.   As I just said, no.
5           The experience between the two books
6  are as close as technically possible.
7      Q.   What's your basis for saying that?
8      A.   That there were constant directions
9  to iS Risk to match and mimic real market
10 conditions.
11     Q.   Does My Forex Funds match or mimic
12 real market conditions accurately?
13          MR. WOLFE:  Objection to form.
14          THE WITNESS:  As accurately as
15 technically feasible.
16 BY MR. BURDEN:
17     Q.   What's your basis for saying that?
18     A.   As we have given directions to
19 iS Risk to mimic conditions as technically
20 feasible.  That is my basis.
21     Q.   To your knowledge, has anyone at My
22 Forex Funds done any analysis to see if the
23 B book is accurately mimicking the market as
24 you described it?
25          MR. WOLFE:  Objection to form.

98

1           THE WITNESS:  B book actually
2  offered a better condition than market.  Even
3  though we tried mimicking the market, B book
4  always had better conditions than market.
5  BY MR. BURDEN:
6      Q.   How do you know?
7      A.   There is a conversation with iS Risk
8  that shows that we have constant top of the
9  table execution as well as there were various
10 conversations that they said you're giving your
11 traders favorable market conditions than actual
12 market, like real life market.
13     Q.   So your understanding, Mr. Kazmi, is
14 that conditions on the B book were more
15 favorable for traders than conditions on the
16 A book?
17     A.   Correct.  And then we tried closing
18 that gap, bringing that as closely possible.
19     Q.   When did you try closing that gap?
20     A.   It's a constant back and forth.
21 It's not in a stagnant setting that you click
22 and suddenly you're matching.  It's -- as I
23 understand it, it's a bunch of different
24 settings that could be changed to mimic market
25 at that particular time.

99

1      Q.   Well, what I'm asking, Mr. Kazmi,
2  is:  Did you get there?  Did My Forex Funds
3  ever get to a point where it was able to
4  accurately mimic trading against CDO?
5      A.   Trading against CDO.
6           MR. WOLFE:  I'm going to object to
7  the form and I don't think he said they were
8  trying to mimic trading against CDO.
9           MR. BURDEN:  I didn't say that he
10 did say that.
11          MR. WOLFE:  Well, then I object for
12 calling for speculation, lack of foundation.
13          We can sort that out later.
14          THE WITNESS:  Can you please repeat
15 or rephrase.
16 BY MR. BURDEN:
17     Q.   Of course.
18          Mr. Kazmi, during the relevant
19 period, in your view, was Traders Global
20 ultimately able to mimic trading accurately for
21 the people on the B book?
22     A.   I would say yes.
23     Q.   And what's your basis for saying
24 that?
25     A.   It's the constant retention of

100

1  customers, their preference, their trade,
2  Trustpilot reviews, saying that we --
3           (Reporter clarification.)
4           THE WITNESS:  As well as our
5  constant, again, back and forth with iS Risk to
6  ensure that we are mimicking real market
7  condition.
8           So the traders are getting filled at
9  the best market prices possible.
10 BY MR. BURDEN:
11     Q.   So Mr. Kazmi, that all brings us
12 back to my initial question.
13     A.   Okay.
14     Q.   Which is:  To your knowledge, during
15 the relevant period, did My Forex Funds do any
16 analysis, quantitative analysis, to see if
17 conditions on the B book accurately mimicked
18 the market?
19     A.   We did not, no.
20     Q.   All right.  So I want to drill down
21 on this the market concept?
22     A.   Okay.
23     Q.   What are you talking about?
24     A.   The market, as we call it, the
25 actual live market conditions.

101

1  Q. Mr. Kazmi, when you're referring to
2  conditions on the A book mimicking the market
3  or trying to approximate the market, you're
4  referring to mimicking execution conditions
5  against CDO. Am I right?
6      MR. WOLFE: Objection.
7      THE WITNESS: Not against CDO per
8  se.
9      We sent over orders to CDO for
10 execution.
11 BY MR. BURDEN:
12 Q. All right. Let's do this a
13 different way.
14     Mr. Kazmi, when you talk about the
15 B book conditions attempting to mimic the
16 market, is My Forex Funds attempting mimic
17 execution on FXCM?
18 A. So FX market is not -- there's a
19 word which I can't recall right now. It's not
20 centralized.
21     So there are different marketplaces
22 that have -- that may have slightly different
23 prices. FXCM, I don't know what their
24 liquidity providers are, but that's like --
25 that's what we're talking about, right, so it's

102

1  not a centralized market where you plug in. It
2  depends on the LPs that are being used and
3  which action markets those are connecting to.
4  BY MR. BURDEN:
5  Q. All right. I'm going to ask my
6  question again because I don't think I got an
7  answer but we're going to get there.
8      So Mr. Kazmi, were conditions on the
9  B book meant to replicate the trading
10 conditions on FXCM?
11 A. What is FXCM again, just for my
12 clarity?
13 Q. Well, I can't tell you. If you
14 don't know, then you got to answer accordingly.
15 A. Okay. I don't know.
16     But FXCM, I've heard of them. I
17 cannot say I don't know for sure, but I don't
18 have enough information to answer that
19 accurately.
20 Q. Were conditions on the B book
21 intended to mimic trading conditions on the
22 CME?
23 A. I don't know what CME is.
24 Q. Were conditions on the B book meant
25 to mimic trading with CDO?

103

1  A. So we sent orders to CDO for
2  execution.
3      You're saying were B booked orders
4  that environment mimicking CDO's environment.
5      I cannot answer accurately this
6  question.
7  Q. All right. Mr. Kazmi, I was asking
8  you before about A book and B book traders and
9  whether they know if they're on the A book or
10 the B book. I'm going to come back to that
11 line of questioning.
12     So Mr. Kazmi, were customers of
13 Traders Global advised that substantially all
14 customer trades on live accounts are B booked?
15     MR. WOLFE: Objection to form.
16     THE WITNESS: There are ways that we
17 A and B book. We do not specify that amount
18 that is being done. As the customer experience
19 is exactly the same on both A and B book, they
20 both get paid every single dime that they are
21 entitled to.
22 BY MR. BURDEN:
23 Q. So Mr. Kazmi, how are customers
24 advised that Traders Global A books and B books
25 live accounts?

104

1  A. Customers in the industry as well
2  as -- excuse me -- My Forex Funds customers
3  know that trades are being A or B booked.
4      It is --
5      (Simultaneous crosstalk.)
6  Q. Sorry. I didn't mean to interrupt.
7      Continue, please.
8  A. It is on our website as well as in
9  our YouTube videos that I have done as well as
10 on our Discord channel and it is, again, a
11 common industry practice to A or B book.
12 Q. All right. So what I want to do,
13 Mr. Kazmi, is break down the places where in
14 your view customers advised or are advised that
15 they are A booked or B booked on live accounts,
16 so asking about the website.
17     Mr. Kazmi, during the relevant
18 period, where on the website does it advise
19 customers that live accounts are A booked and
20 B booked?
21 A. Would you mind if I open your
22 exhibit and find it for you?
23 Q. Go right ahead.
24 A. (Reviewing document.)
25     Give me a minute or two, please.

113

1  evaluation program in the demo phase, if they
2  trade profitably in that simulated account,
3  they get a bonus?
4  **A.** In the demo account, yes.
5  **Q.** All right. I'm going to switch
6  gears a little bit and ask you, Mr. Kazmi,
7  where on the My Forex Funds website -- you
8  know, I already asked that.
9  Mr. Kazmi, were customers of My
10 Forex Funds advised that they are paid with
11 customer assets drawn almost exclusively from
12 fees?
13 MR. WOLFE: Objection to form.
14 THE WITNESS: They were not told
15 that, no.
16 BY MR. BURDEN:
17 **Q.** All right. So --
18 (Simultaneous crosstalk.)
19 **Q.** Yeah.
20 **A.** Sorry. Let me just finish.
21 However, there is an interview, I
22 forgot with who, where I did say that once a
23 registration fee comes in it becomes part of
24 the assets or the capital that we have that we
25 may or may not use to pay customers.

114

1  **Q.** And what video is that, please?
2  **A.** I remember talking about it. I
3  don't recall which exact video that would be
4  in.
5  **Q.** How many videos on YouTube did you
6  talk about paying customers with fees from
7  other customers?
8  **A.** We never phrased it that way because
9  that is not the correct way to look at it.
10 The way we looked at it was the
11 fees -- the registration fees become assets of
12 the company and hence can be used for any
13 expenses is that the company is bearing
14 including payouts to the traders.
15 **Q.** All right. Well, how many videos
16 did you say that?
17 **A.** I cannot recall.
18 There are close to I think seven,
19 eight videos on YouTube. I don't have an exact
20 number.
21 **Q.** But I'm asking you how many videos,
22 Mr. Kazmi, did you talk to customers about
23 these registration fees and they become assets
24 of the company?
25 **A.** One or two for sure if not more.

115

1  **Q.** Mr. Kazmi, did My Forex Funds tell
2  customers that B booked customers generate net
3  overall trading losses?
4  MR. WOLFE: Object to form.
5  THE WITNESS: B booked customers.
6  **Q.** I'm sorry. You know what, I tell
7  you what, I asked that completely wrong.
8  Mr. Kazmi, did My Forex Funds tell
9  customers that A booked customers generates net
10 trading losses?
11 MR. WOLFE: Object to form.
12 THE WITNESS: Not in those terms.
13 However, we did say that if we abled
14 everyone that wouldn't be a profitable
15 business. I'm paraphrasing here.
16 BY MR. BURDEN:
17 **Q.** Did My Forex Funds tell customers
18 that the B book constituted an easier trade
19 environment than in A book?
20 **A.** No, we did not.
21 **Q.** Is it true, Mr. Kazmi, that
22 throughout the relevant period the B book has
23 constituted an easier trading environment for
24 customers than the A book?
25 **A.** As I answered earlier, it's a moving

116

1  mark. We are constantly trying to mimic,
2  again, real market conditions, real market
3  values, sinking the two together. So the
4  answer is the customers -- actually sorry. Can
5  you repeat your question? I lost my train of
6  thought.
7  **Q.** Mr. Kazmi, is it true during the
8  relevant period that the B book is a more
9  favorable trading environment for customers
10 than the A book?
11 **A.** Again, as we were told by iS Risk
12 that our B book is more favorable however we
13 did try to again align the two environments as
14 closely possible as we can using iS Risk.
15 **Q.** During the relevant period,
16 Mr. Kazmi, who generated more P&L, customers on
17 the A book or customers on the B book?
18 MR. WOLFE: Objection to form.
19 THE WITNESS: Who generated more
20 P&L.
21 And you're talking about within the
22 environment or in which context are you talking
23 about the P&L part?
24 BY MR. BURDEN:
25 **Q.** Mr. Kazmi, I'm asking: Who did

125

1  conditions.
2      Q.    I'm going to ask the question again.
3      A.    Okay.
4      Q.    During the relevant period, did My
5  Forex Funds apply a markup to the spreads seen
6  by customers on the B book?
7           MR. WOLFE:  Objection to form.
8           THE WITNESS:  I believe we did to
9  mimic real market conditions.
10 BY MR. BURDEN:
11     Q.    And does My Forex Funds get to
12 decide how much that markup is?
13     A.    That markup is recommended to us by
14 iS Risk and the final decision lies with us,
15 correct.
16     Q.    Were commissions assessed against
17 customer trades on the B book?
18     A.    Is there a second part to that
19 question?
20     Q.    No.
21     A.    Can you repeat that question?
22     Q.    Are commissions applied to customer
23 trades on the B book?
24     A.    Yes, in line with mimicking real
25 market conditions.

126

1      Q.    Who decides how much those
2  commissions should be?
3      A.    On which book?
4      Q.    The B book.
5      A.    It is us, TGG.
6      Q.    Is it fair to say that if customers
7  make money on the B book, that Traders Global
8  loses money?
9      A.    Can you rephrase that question for
10 me?
11     Q.    No.
12     A.    Okay.
13     Q.    I can --
14          (Simultaneous crosstalk.)
15          THE WITNESS:  Traders Global Group's
16 B book account is hypothetical, hence it does
17 not lose any money if the customer loses money.
18 BY MR. BURDEN:
19     Q.    If a customer on the B book account
20 becomes entitled to a profit split, who pays
21 them that money?
22     A.    Traders Global Group.
23     Q.    So is it fair to say that Traders
24 Global Group loses money if a customer makes
25 money on the B book?

127

1      A.    I would not say that's fair to say
2  it like that.
3           I would not agree to that.
4      Q.    What part of my question do you take
5  issue with?  What part of the statement do you
6  disagree with?
7      A.    It is cost of business.  We do not
8  see it as losing money.
9      Q.    So how are costs of business and
10 losing money different?
11     A.    Losing money implies a negative
12 connotation and intention whereas cost of
13 business is, simply put, cost of business.
14     Q.    Mr. Kazmi, is it fair to say that if
15 a customer on the B book becomes entitled to a
16 payout through profitable trading, that's a
17 cost of business for Traders Global?
18          MR. WOLFE:  Objection to form.
19          THE WITNESS:  I would agree to that
20 somewhat.
21          (Reporter clarification.)
22          THE WITNESS:  I would agree to that.
23     Q.    Mr. Kazmi, I want to switch gears
24 here and talk about slippage and delay.
25          Mr. Kazmi, during the relevant

128

1  period, was slippage applied to customer
2  accounts on the B book?
3      A.    To my knowledge, not all customers
4  were applied that slippage.
5      Q.    What percentage of B book customers
6  had some form of slippage imposed on their
7  accounts?
8      A.    I don't have that data in front of
9  me.
10     Q.    Is it more than 50 percent, less
11 than 50 percent?
12          MR. WOLFE:  Objection to form.
13          THE WITNESS:  I would say it's a lot
14 less than 50 percent.
15     Q.    Do you think it's more than
16 10 percent?  Do you think it's less than
17 10 percent?
18          MR. WOLFE:  Objection to form.
19          THE WITNESS:  I don't have that
20 information.
21     Q.    But isn't it true, Mr. Kazmi, that
22 in 2023, volume weighted average pricing
23 slipping -- slippage was imposed to all
24 customer accounts on the B book?
25          MR. WOLFE:  Objection to form.

129

1  THE WITNESS: Please repeat that
2  question for me.
3  Q. Is it true, Mr. Kazmi, that in 2023
4  volume weighted average price slippage was
5  applied to all customer accounts on the B book?
6  MR. WOLFE: Objection to form.
7  THE WITNESS: I am not sure about
8  slippage. I'm sure about VWAP, which is volume
9  weighted. I did not know about slippage part.
10 I don't know what that was in this context.
11 BY MR. BURDEN:
12 Q. Is it fair to say that during the
13 relevant period, volume weighted average price
14 was applied to all customer accounts on the
15 B book?
16 A. No, it is not.
17 The volume weighted averages started
18 somewhere in April of 2023.
19 Q. Explain for me what that is, please.
20 A. It's a technology that iS Risk
21 provides and recommended that is better suited
22 to mimic real market conditions so that we are
23 filling at market prices using proper depth of
24 market.
25 Q. What is the effect of that VWAP on

130

1  customer trades?
2  A. I don't have that information in
3  front of me.
4  Q. It doesn't matter if you have it in
5  front of you.
6  A. I don't have that information,
7  sorry.
8  Q. Mr. Kazmi, during the relevant
9  period, were there customer accounts on the B
10 book to which no slippage was applied?
11 A. I'm not sure about that either.
12 Q. You'll have to excuse my confusion.
13 Did you testify previously that only
14 some customer accounts on the B book had
15 slippage applied to them?
16 MR. WOLFE: Objection to form.
17 THE WITNESS: I don't know.
18 Q. Mr. Kazmi, were customer orders
19 delayed for execution on the B book?
20 A. I believe some of the illicit
21 trading behaviors or trading accounts rather
22 were delayed to ensure that they don't take
23 advantages of the MT Medicos deficiencies.
24 Q. Were all customer accounts during
25 the relevant period subject to delays on the B

131

1  book?
2  A. I am not sure. I don't have that
3  information, neither do I know.
4  Q. What percentage of customer accounts
5  during the relevant period were subject to
6  delay by My Forex Funds?
7  A. If I didn't have the previous answer
8  I don't have this answer either, Ashley, I'm
9  sorry.
10 Q. Mr. Kazmi, your testimony I think
11 just now is that you -- well, let me stop and
12 go back.
13 Mr. Kazmi, were you aware during the
14 relevant period that slippage was applied to
15 customer accounts on the B book?
16 A. To mimic real market conditions,
17 yes.
18 Q. When did you become aware of that?
19 A. Sometime during the relevant time
20 period.
21 Q. Well, in 2021?
22 A. That's a long time from now. I
23 can't recollect.
24 Q. In 2022?
25 A. It would be safe to assume and my

132

1  best guess would be that yes, that some --
2  (Simultaneous crosstalk.)
3  Q. Is it fair to say, Mr. Kazmi, that
4  throughout the relevant period you were aware
5  that slippage was applied to B book accounts?
6  A. To some and I am not sure if there
7  were all, but I knew that slippage was applied.
8  Q. And you knew that throughout the
9  relevant period. Correct?
10 A. Correct.
11 Q. Mr. Kazmi, did you know throughout
12 the relevant period that delay was imposed by
13 My Forex Funds on B book customer accounts?
14 A. So delay was imposed? Throughout, I
15 cannot say throughout because I don't recall
16 when I find out about that, but I would say
17 mid-2022.
18 Q. So in mid- --
19 A. To battle --
20 (Simultaneous crosstalk.)
21 THE WITNESS: Sorry. Let me just --
22 to battle illicit and illegal trading
23 techniques that were taking advantage of the
24 platform.
25