# Exhibit B

Page 1

```
 1           UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
 2
 3   COMMODITY FUTURES TRADING      )
     COMMISSION,                    )
 4                                  )
                 Plaintiff,         )
 5                                  )
             vs.                    ) No. 3:23-cv-11808
 6                                  )
     TRADERS GLOBAL GROUP, INC., a  )
 7   New Jersey corporation, d/b/a  )
     "MY FOREX FUNDS"; TRADERS      )
 8   GLOBAL GROUP, INC., a          )
     Canadian business              )
 9   organization, and MURTUZA      )
     KAZMI,                         )
10                                  )
                 Defendants.        )
11
12
13
14          The remote audiovisual deposition
15   of MATTHEW CHICHESTER, called by the Plaintiff
16   for examination, pursuant to subpoena and pursuant
17   to the Federal Rules of Civil Procedure for the
18   United States District Courts, taken via
19   videoconference before Mary Maslowski, CSR and
20   Notary Public within and for the County of Cook
21   and State of Illinois, commencing at the hour
22   of 8:02 o'clock on October 30, 2023.
23
24
```

Page 2

```
 1   A P P E A R A N C E S:
 2
         MR. ASHLEY J. BURDEN, Senior Trial
 3       Attorney
         MS. ELIZABETH M. STREIT, Trial Team Leader
 4       MS. KATHERINE PAULSON, Trial Attorney
         MR. MATTHEW EDELSTEIN, Investigator
 5       U.S. COMMODITY FUTURES TRADING COMMISSION
         DIVISION OF ENFORCEMENT
 6       77 West Jackson Boulevard, Suite 800
         Chicago, Illinois 60604
 7       (312) 596-0700
 8           On behalf of the U.S. Commodity
             Futures Trading Commission;
 9
         QUINN EMANUEL URQUHART & SULLIVAN, LLP
10       BY MR. KURT WOLFE
         1300 I Street N.W., Suite 900
11       Washington, D.C. 20005
         (202) 538-8379
12       kurtwolfe@quinnemanuel.com
13           On behalf of the Defendants;
14       AKERMAN LLP
         BY MR. MICHAEL P. KELLY
15       750 Ninth Street, N.W., Suite 750
         Washington, DC 20001
16       (202) 824-1716
         michael.kelly@akerman.com
17       MS. LAUREN GODDARD
         71 South Wacker Drive, 47th Floor
18       Chicago, IL 60606
         (312) 870-8010
19       lauren.goddard@akerman.com
         MR. RICHARD B. BROSNICK
20       1251 Avenue of the Americas, 37th Floor
         New York, NY 10020
21       (212) 880-3834
         richard.brosnick@akerman.com
22
             On behalf of Matthew Chichester.
23
24
```

Page 3

```
 1                  I N D E X
 2   WITNESS                    DX   CX  _RDX  RCX
 3   MATTHEW CHICHESTER
 4   By Mr. Burden               4        130
 5   By Mr. Wolfe                    112
 6
 7
 8             E X H I B I T S
 9          (Previously marked)
10   CFTC EXHIBIT                     FIRST REFERENCE
11
12      No. 23                               9
13      No. 24                              45
14      No. 25                              78
15      No. 26                             103
16      No. 27                              43
17      No. 31                              65
18      No. 32                              76
19      No. 33                              31
20      No. 34                              41
21      No. 36                              85
22
23
24
```

Page 4

```
 1         (Witness duly sworn.)
 2         MR. BURDEN: All right.  Do we
 3   want to take appearances real quick, Mary,
 4   or shall we --
 5         THE REPORTER: Yeah.
 6         MR. BURDEN: -- do that later or on
 7   paper?
 8         THE REPORTER: Now is good.
 9         MR. BURDEN: Okay.  Ashley Burden
10   for the CFTC joined by Katherine Paulson and
11   Elizabeth Streit.  Defendants.
12         MR. WOLFE: Kurt Wolfe for the
13   defendants.  It's K-u-r-t W-o-l-f-e, and I'm
14   from the law firm Quinn Emanuel.
15         MR. KELLY: And for the witness,
16   Matthew Chichester, you have Michael Kelly,
17   Lauren Goddard and Richard Brosnick of
18   Akerman, LLP.
19         MATTHEW CHICHESTER,
20   called as a witness herein, having been first
21   duly sworn, was examined and testified as follows:
22         DIRECT EXAMINATION
23   BY MR. BURDEN:
24      Q    All right.  Mr. Chichester, for whom
```

Page 25

1  does VWAP stand for, please.
2    A    Volume-weighted average price.
3    Q    All right. And what does that mean?
4    A    I -- so what I'm trying to get at
5  is like I'm not sure if that's used technically
6  properly with the bridge. In the industry it's
7  generally what their average price was over a
8  series of fills with like the volume weight.
9  So if a client had four trades and they were
10 aggregated into a position, that would be like
11 their average price they received.
12   Q    So that's the way that VWAP is normally
13 used in trading you're saying?
14   A    Yeah, that's the industry term as
15 I'm familiar with it.
16   Q    Got it. So what did VWAP mean for
17 Traders Global?
18   A    From my understanding, it was
19 executing on the depth of market, which would
20 be when you're trading there is a series of price
21 tiers and the price changes or in the case of the
22 ask, as you went on higher volumes you would see
23 that ask get progressively higher to reflect
24 market volumes. And from my understanding, the

Page 26

1  bridge had a way of subscribing to that to pull
2  in what the price would be based on the volume
3  traded, and that was how that setting worked when
4  applying those parameters to a client's fill for
5  execution price.
6    Q    And when did Traders Global start
7  using this -- let me take a step back. So Traders
8  Global is the counterparty for substantially all
9  of its customers' trades, correct?
10   A    From my understanding, I'd say that's
11 correct.
12   Q    All right. So this VWAP thing,
13 this is just another way of imposing slippage on
14 customer orders, correct?
15   A    Yeah. The way I would phrase it
16 is applying depth of market to the fills, so the
17 proper pricing based on the volume or the best
18 estimate of it.
19   Q    But this depth of market is for
20 Traders Global simulated as far as the customers
21 are concerned?
22   A    It does pull it from like the
23 actual liquidity provider's pricing, but there
24 is no fill verification at the LP for those, for

Page 27

1  those orders.
2    Q    So what's happening with this new
3  way of applying slippage to customer orders is
4  that the customers are still executing against
5  Traders Global and not against any third party or
6  on an exchange, right?
7    A    Yes. I do know they did send some
8  trades to the exchange, but from my understanding,
9  the VWAP was for the Traders Global counterparty
10 execution.
11   Q    All right. When you say Traders
12 Global sent some trades to the exchange, what are
13 you referring to there?
14   A    CDO Markets.
15   Q    All right. So is CDO Markets an
16 exchange?
17   A    I could have used the wrong term
18 there. I don't know what I would classify them
19 as. I don't have a deep understanding of their
20 company.
21   Q    Got it. All right. So Traders Global
22 uses this VWAP to apply slippage to customer
23 trading, correct?
24   A    Correct. I'm not sure if it's

Page 28

1  applied globally or not, but that is a setting
2  they have used.
3    Q    And this slippage, this VWAP
4  setting is sort of new because it attempts to
5  simulate what might happen in the market based on
6  this external information that Traders Global gets
7  from CDO Markets, right?
8    A    Yes, I would say that's a fair
9  explanation.
10   Q    But these orders are not being
11 sent to CDO Markets. They're just internalized
12 by Traders Global, correct?
13   A    Yes, and for VWAP, yes.
14   Q    So this VWAP slippage methodology,
15 when did Traders Global start applying that to
16 customer trades?
17   A    It was earlier this year. I can't
18 recall the exact date, but it was a newer feature
19 of the bridge.
20   Q    Got it. So do you have any
21 knowledge or understanding of why Traders Global
22 wanted to do that, why do this VWAP thing?
23   A    I don't have, yeah, an exact
24 explanation. I was -- I don't believe I was

Page 137

1   A   I believe you could find that answer
2   definitively if you looked at the risk profile
3   settings.
4   Q   Yeah, we looked at the risk profile
5   settings. I want to know what your recollection
6   and understanding is. Let me ask the question
7   again, make it easy. So is it fair to say that
8   some Traders Global customers got more delay and
9   some Traders Global's customers got less delay
10  added to their orders?
11  A   I would have to review the overall
12  delay settings, but I am aware there -- from
13  looking at the data provided earlier, that it
14  looked like there was changes made to it. So that
15  sounds accurate.
16  Q   And what's accurate is that
17  some Traders Global customers had more delay
18  imposed and some Traders Global customers had less
19  delay imposed on their trades, is that right?
20  A   I believe from reviewing some of the
21  files compiled, that looked to be the case.
22  Q   All right. So let me ask you this,
23  if you know. Did the various slippage and delay
24  settings that Traders Global imposed on customer

Page 138

1   accounts, did they accurately mimic the market,
2   as you put it?
3   A   I believe there was, yes, an attempt
4   to have it mimic. But when you say mimic, what's
5   mimic, you know.
6   Q   Well, what I'm asking, Mr. Chichester,
7   is were these attempts to make the slippage and
8   delay mimic the market, were they successful? Do
9   you have any understanding of did this work? Did
10  Traders Global manage to successfully mimic the
11  market, whatever that is?
12  A   I'm unsure if any analysis was
13  done in that regard. I was not a part of any.
14  Q   So let me ask you this, Mr. Chichester.
15  If Traders Global was attempting to mimic real
16  execution against CDO Markets, why not just STP
17  all the customers?
18  A   I believe that would come down to them
19  STP'g with their own capital versus the clients'
20  capital.
21  Q   What do you mean by that?
22  A   I think it circles back on the
23  fact I do not know what they were doing with the
24  funds or how the banking was situated. So I guess

Page 139

1   a better answer is I'm not sure. It would depend
2   on the funds so ...
3   Q   Okay. I don't want to misstate your
4   testimony, but I think your testimony before was
5   in most cases the slippage and delay was intended
6   to mimic the market. Is that what you said? Did
7   I get that basically right?
8   A   That sounds correct.
9   Q   I want to focus on that in most
10  cases piece. What were the cases, the instances
11  where the slippage and delay settings were not
12  intended to mimic the market, as you put it?
13  A   The fact that there are varying
14  risk profiles, yeah, I would say I'd have to look
15  at the individual risk profiles. But since there
16  was a few different ones, as you characterized, it
17  sounds like some were more aggressive than others.
18  Q   Got it. So in real life if somebody's
19  trading in a market or on an exchange, you know,
20  those people, they're all going to get the same
21  market, right?
22  A   It depends on how that brokerage
23  is operating themselves.
24  Q   Okay. I guess if you're looking

Page 140

1   at it from the standpoint of an unregistered RFED,
2   then I guess your answer's accurate. So I want
3   to drill down on that. So how is the fact that
4   Traders Global customers had varying risk
5   profiles, how was that not mimicking the market?
6   A   I think the intention was to in
7   most regards, but I do not know myself why there
8   would be a need for varying settings across the
9   risk profiles. It may have been explained over
10  the chat.
11  Q   So these different settings and
12  varying risk profiles, this is a way in which
13  Traders Global's settings don't mimic the market
14  accurately, is that correct?
15  A   I wouldn't definitively say that.
16  Q   So these varying risk profiles --
17  you know what, strike that. Yeah, so I don't
18  think we're there yet. I had asked -- I had asked
19  what were the instances of slippage or delay that
20  in your view didn't mimic the market and your
21  response was, quote, varying risk profiles.
22  Have I got that right?
23  A   Yes.
24  Q   All right. So help me understand

Page 141

1  this. Why did varying risk profiles depart from
2  what it would look like if these customers got to
3  trade for real?
4     A    Because there wasn't necessarily,
5  from my knowledge, analysis done to compare the
6  execution across the profiles. So I couldn't
7  point to one profile and say this is the one that
8  most closely mimics it or along those lines.
9     Q    But to your knowledge, no analysis
10 was done by anybody to see if these profiles or
11 any of the settings that Traders Global imposed
12 bore any resemblance to real trading, correct?
13    A    I'm unsure what type of analysis was
14 or was not done.
15    Q    Are you aware of any?
16    A    I do not recall any.
17    Q    All right. So I want to switch
18 gears a little bit and talk about another
19 interesting thing you said in response to
20 Mr. Wolfe's incisive questioning. So you talked
21 about how some of Traders Global's profiles as
22 you described them, slippage, delay, how they may
23 have been designed to address, quote, deficiencies
24 in the system. Am I accurately recalling your

Page 142

1  testimony?
2     A    Yeah, that sounds accurate to me.
3     Q    All right. So these deficiencies
4  in the system that Traders Global wants to stop
5  customers from taking advantage of, they're trying
6  to do that through slippage and delay, am I right?
7     A    Once again, dismiss my hand waving.
8  It's for the lights. Okay. I would say -- so
9  what I'm trying to get at, there's -- we discussed
10 earlier the stop loss slippage setting. So it
11 depends if you characterize that as the overall
12 slippage settings, but that was a setting in place
13 to best address the issues of the platform as far
14 as gap trading.
15    Q    Were all of the slippage and delay
16 settings imposed by Traders Global aimed at
17 addressing deficiencies in the system?
18    A    Depends on the -- well, so when
19 I say deficiency, I was specifically referring to
20 the gap trading where there is an inherent problem
21 with how MetaQuotes executes gap trading if you do
22 not -- if you have things on auto-execution or
23 their default execution. But that's -- that was
24 my -- yeah, I was strictly responding in regards

Page 143

1  to that, I guess you would say.
2     Q    Got it. So your testimony is, you
3  know, to the extent slippage and delay to your
4  knowledge intended to cure deficiencies in the
5  system, you're just talking about the ones that
6  were imposed to address gap trading, right?
7     A    Yes. And I would say that some
8  of the delays, or I don't know if it's the delay
9  in all cases was to address potential any issues
10 with the price feed falling behind because when I
11 said deficiency, the MetaTrader platform also at
12 times is prone, like I explained earlier, to maybe
13 getting overloaded or there being a price latency
14 potential issue.
15    Q    So when you're talking about
16 deficiencies in the system or like issues with the
17 platform and the price feed, what you're talking
18 about is the electronic infrastructure that
19 Traders Global uses for their client orders,
20 right?
21    A    Yes, yeah, including the MetaTrader
22 platform.
23    Q    And Traders Global has control
24 over this electronic infrastructure, correct?

Page 144

1     A    Blanketly I'm not sure if I can
2  answer that, yeah. I mean, they do have access to
3  everything. I guess could you rephrase, please.
4     Q    I would love to. So Traders Global
5  controls the price feed that its customers see,
6  right?
7     A    Yes. I mean, they -- obviously
8  they're not issuing the price themselves. Like
9  it's issued over FIX by another company, such as
10 CDO, but they do have the ability to apply
11 markups.
12    Q    So Traders Global can decide what
13 price feed it wants to show customers, right? You
14 can say CDO or somebody else, right?
15    A    Yes, ultimately they have control over
16 the pricing they show their clients.
17    Q    And Traders Global can impose a markup
18 on those prices, right?
19    A    Yes, correct. That ability is
20 available in the technology.
21    Q    Whatever markup they want?
22    A    Yes.
23    Q    And Traders Global can impose
24 commissions on those customer trades, even if