# Exhibit C

| | |
|---|---|
| **From**: | Fred Gewirtz [fred.gewirtz@isprimefx.com] |
| on behalf of | Fred Gewirtz <fred.gewirtz@isprimefx.com> [fred.gewirtz@isprimefx.com] |
| **Sent**: | 2/9/2023 6:45:27 PM |
| **To**: | Jacob VandenBosch [Jacob.VandenBosch@ISPrimeFX.com]; Patrick Powers [Patrick.Powers@ISPrimeFX.com]; Matt Chichester [Matt.Chichester@isriskanalytics.com] |
| **Subject**: | RE: TGG Monthly Analysis.xlsx |
| **Attachments**: | TGG Monthly Analysis INC TGG.xlsx |

This includes some numbers Josh added to this that includes his payouts and does not take into account a split of the Qbook revenue.

**From:** Fred Gewirtz
**Sent:** Thursday, February 9, 2023 12:04 PM
**To:** Jacob VandenBosch <Jacob.VandenBosch@ISPrimeFX.com>; Patrick Powers <Patrick.Powers@ISPrimeFX.com>
**Subject:** TGG Monthly Analysis.xlsx

| | | Combined | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Month | Total Client Volume | Trade PL | Comms | Swaps | Net PL | Winning Net PL | Losing Net PL | TGG OUT | VOL REBATE | NET PL | NET OUT |
| 2022 | February | 412,521,782,900 | (4,313,661) | (3,380,471) | (188,832) | (7,882,965) | 13,078,177 | (20,961,142) | 5,942,778.58 | 20,184,690.84 | 15,871,029.54 - | 9,928,250.96 |
| 2022 | March | 437,713,506,405 | (16,353,126) | (3,376,874) | (228,935) | (19,958,934) | 11,015,694 | (30,974,629) | 7,802,329.82 | 21,417,321.87 | 5,064,196.02 | 2,738,133.80 |
| 2022 | April | 344,616,748,835 | (14,016,903) | (2,435,634) | (224,626) | (16,677,163) | 11,913,963 | (28,591,127) | 8,198,085.39 | 16,862,097.52 | 2,845,194.12 | 5,352,891.27 |
| 2022 | May | 451,741,450,941 | (15,585,292) | (3,139,897) | (208,578) | (18,933,766) | 15,460,891 | (34,394,657) | 8,602,865.32 | 22,103,709.19 | 6,518,417.36 | 2,084,447.96 |
| 2022 | June | 553,303,816,766 | (17,453,069) | (3,904,669) | (299,704) | (21,657,442) | 20,339,017 | (41,996,460) | 12,045,723.07 | 27,073,155.75 | 9,620,086.42 | 2,425,636.65 |
| 2022 | July | 552,397,766,074 | (24,509,487) | (4,011,849) | (350,142) | (28,871,478) | 18,371,428 | (47,242,906) | 16,050,272.02 | 27,028,822.69 | 2,519,335.30 | 13,530,936.72 |
| 2022 | August | 579,051,951,983 | (23,634,754) | (4,130,640) | (423,364) | (28,188,758) | 18,869,143 | (47,057,901) | 14,197,673.01 | 28,333,012.01 | 4,698,257.90 | 9,499,415.11 |
| 2022 | September | 531,685,083,986 | (25,143,044) | (3,663,731) | (299,989) | (29,106,765) | 19,831,187 | (48,937,951) | 13,071,821.30 | 26,547,036.24 | 1,403,991.78 | 11,667,829.52 |
| 2022 | October | 537,822,547,319 | (23,742,249) | (3,656,828) | (221,045) | (27,620,122) | 19,790,128 | (47,410,251) | 15,114,554 | 26,315,657.24 | 2,573,407.87 | 12,541,146.13 |
| 2022 | November | 531,680,138,155 | (26,693,601) | (3,573,011) | (237,200) | (30,503,812) | 19,530,835 | (50,034,647) | 14,461,759.62 | 26,015,109.16 - | 678,492.25 | 15,140,251.87 |
| 2022 | December | 467,938,103,617 | (17,445,165) | (2,957,872) | (207,326) | (20,610,362) | 22,580,548 | (43,190,911) | 14,779,706.18 | 22,896,211.41 | 5,451,046.86 | 9,328,659.32 |
| 2023 | January | 523,130,259,190 | (21,871,380) | (3,328,675) | (209,461) | (25,409,515) | 23,429,558 | (48,839,074) | 15,782,370.32 | 25,596,763.58 | 3,725,383.51 | 12,056,986.81 |
| | | | | | | | | | 146,049,938.63 | 290,373,587.52 | 59,611,854.45 | 86,438,084.18 |

**Total return:**  59,611,854.45

| | | CDO/STP MT4 | |
|---|---|---|---|
| Year | Month | Total Volume | Trade PL |
| 2022 | February | 299,477,134 | (69,026) |
| 2022 | March | 319,207,578 | 4,936 |
| 2022 | April | 121,708,806 | 1,576 |
| 2022 | May | 137,708,925 | (39,033) |
| 2022 | June | 668,598,508 | 22,723 |
| 2022 | July | 152,108,945 | (125,852) |
| 2022 | August | 785,754,045 | (37,058) |
| 2022 | September | 640,164,718 | (96,457) |
| 2022 | October | 2,168,134,139 | (88,195) |
| 2022 | November | 2,981,127,289 | (32,223) |
| 2022 | December | 3,052,895,563 | (74,408) |
| 2023 | January | 3,557,541,592 | (28,595) |

| | | CDO/STP MT5 | |
|---|---|---|---|
| Year | Month | Total Volume | Trade PL |
| 2022 | February | - | - |
| 2022 | March | - | - |
| 2022 | April | - | - |
| 2022 | May | - | - |
| 2022 | June | 4,919,291 | (5,588) |
| 2022 | July | 526,626,891 | 12,833 |
| 2022 | August | - | - |
| 2022 | September | - | - |
| 2022 | October | 20,137,463 | (1,326) |
| 2022 | November | 7,836,164 | (1,911) |
| 2022 | December | 690,406,093 | (5,526) |
| 2023 | January | 294,540,271 | (80,737) |