# Exhibit D

**Burden, Ashley**

| | |
|---|---|
| **From:** | Kurt Wolfe <kurtwolfe@quinnemanuel.com> |
| **Sent:** | Wednesday, November 1, 2023 5:54 PM |
| **To:** | Burden, Ashley; Anthony J. Staltari; Robert Zink; Dakota Speas; Isabelle Sun; Avi Perry |
| **Cc:** | Paulson, Katherine; Streit, Elizabeth M. |
| **Subject:** | [EXTERNAL] RE: CFTC v. Traders Global |

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Counsel,

Confirming that we plan to cross-examine Mr. Edelstein.

Mr. Dentrinos will not attend the hearing on Monday.

Thank you,
Kurt

**Kurt Wolfe**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202.538.8379 Direct
571.730.7108 Mobile
kurtwolfe@quinnemanuel.com
www.quinnemanuel.com
LinkedIn | Twitter | inSecurities Podcast

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Burden, Ashley <ABurden@CFTC.gov>
**Sent:** Wednesday, November 1, 2023 12:03 PM
**To:** Anthony J. Staltari <anthonystaltari@quinnemanuel.com>; Robert Zink <robertzink@quinnemanuel.com>; Dakota Speas <dakotaspeas@quinnemanuel.com>; Isabelle Sun <isabellesun@quinnemanuel.com>; Kurt Wolfe <kurtwolfe@quinnemanuel.com>
**Cc:** Paulson, Katherine <KPaulson@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>
**Subject:** CFTC v. Traders Global

[EXTERNAL EMAIL from aburden@cftc.gov]

Counsel:

We plan to stand on Mr. Edelstein's declaration for the PI hearing, and will not seek to supplement it, either in writing or via testimony at the hearing.  If Defendants still wish to cross-examine him, you are welcome to do so (we all have plane tickets).  If not, you should let us know so we can tell the court.  If we show up with our witness and no one has any questions for him, I think that will be poorly received by the court.

On the subject of witnesses, we were surprised to see a declaration from none other than Joshua Dentrinos!  Please advise if you plan to bring him to the PI hearing (though that would be a surprise, since he was not previously disclosed as a witness.).  If you are not planning to bring Mr. Dentrinos, we will of course be moving to strike on the grounds that we did not have the opportunity to cross examine him.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C:  (312) 995-0779
aburden@cftc.gov



2