Anthony J. Staltari (Attorney ID. No. 233022017)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (415) 875-6600
anthonystaltari@quinnemanuel.com

Michael Shaheen, III (*pro hac vice*)
Robert A. Zink (*pro hac vice*)
Avi Perry (*pro hac vice*)
Kurt Wolfe (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
michaelshaheen@quinnemanuel.com
robertzink@quinnemanuel.com
aviperry@quinnemanuel.com

Dakota Speas (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Commodity Futures Trading Commission,

*Plaintiff,*

v.

Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,

*Defendants.*

Case No.: 3:23-cv-11808

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

To the Clerk of the Court:

Request is hereby made by local counsel that Avi Perry, admitted *pro hac vice* in this action, receive electronic notification in the above-captioned matter. The Court's order granting Defendants' motion Avi Perry to appear *pro hac vice* was entered on November 2, 2023 (ECF No. 118).

***Pro Hac Vice* Information:**    Avi Perry
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    1300 I Street, NW, Suite 900
    Washington, D.C. 20005
    Tel.: (202) 538-8000
    Email: aviperry@quinnemanuel.com

I certify under the penalty of perjury that: (1) the $150.00 *pro hac vice* fee is being paid simultaneously herewith; and (2) Mr. Perry's 2023 assessment of $239.00 was submitted to the *NJ Lawyers' Fund for Client Protection* on this date.

Dated: November 3, 2023          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  */s/   Anthony J. Staltari*
    Anthony J. Staltari  (Attorney ID No. 233022017)
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    Tel.: (212) 849-7000
    Email: anthonystaltari@quinnemanuel.com

    *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I, ANTHONY J. STALTARI, hereby certify pursuant to 28 U.S.C. 1746 that:

1.      I am an attorney employed by the law firm of QUINN EMANUEL URQUHART & SULLIVAN, LLP, attorneys for Defendants in the above-referenced matter.

2.      I am a member in good standing of the Bar of this Court.

3.      On this date, the foregoing **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** was filed with the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on November 3, 2023.

                            */s/   Anthony J. Staltari*
                            Anthony J. Staltari