UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON **DATE:** NOVEMBER 6, 2022

**JUDGE ZAHID N. QURAISHI**

**COURT REPORTER:** MEGAN MCKAY-SOULE

**CIVIL ACTION #** 23-11808(ZNQ)

**TITLE OF CASE:**
COMMODITY FUTURES TRADING COMMISSION
　　v.
TRADERS GLOBAL GROUP INC. *et al.*

**APPEARANCES:**
Ashley Burden, Esq. and Katherine Paulson, Esq. on behalf of Plaintiff
Robert Zink, Esq., Kurt Wolfe, Esq., Dakota Speas, Esq., Avi Perry, Esq. and
Anthony Staltori, Esq. on behalf of Defendant

**NATURE OF PROCEEDINGS: Preliminary Injunction Hearing**
Hearing on Preliminary Injunction [14].
Matthew Edelstein sworn for Plaintiff.
Defense Exhibits 1-13 admitted and entered into evidence.
BREAK:  12:35pm – 12:50pm
Matthew Edelstein resumed on cross.
Robert Zink, Esq. summed for Defendant.
Ashley Burden, Esq. summed for Plaintiff.
Court reserved decision.

Time Commenced:   11:00 AM
Time Adjourned:   2:25 PM
Total Time:       3 hours 10 mins

　　　　　　　　　　　　　　　　　　　　s/   Jamie Quinn
　　　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**