

**COMMODITY FUTURES TRADING COMMISSION**
77 West Jackson Blvd, Suite 800
Chicago, IL 60604
Telephone: (312) 596-0700
Facsimile: (312) 596-0714

Division of Enforcement

November 8, 2023

**Via CM/ECF**
Chambers of Honorable Zahid N. Quraishi
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & United States Courthouse
Courtroom 4W
402 East State Street
Trenton, NJ 08608

Re: *CFTC v. Traders Global Group Inc., et al.*, Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)

Dear Chambers of Judge Quraishi:

Plaintiff CFTC writes on behalf of all counsel in the above-referenced action. Attached, please find a joint proposed Order and Stipulation continuing the Statutory Restraining Order through November 11, 2023 per the instructions of the Court and the agreement of the parties.

Sincerely,

/s/ *Katherine S. Paulson*
Trial Attorney
Division of Enforcement
Commodity Futures Trading Commission
(312) 554-4559
kpaulson@cftc.gov

Cc: All Counsel of Record by Automatic ECF Notification