# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Traders Global Group Inc., a New Jersey ) <br> corporation, d/b/a "My Forex Funds"; ) <br> Traders Global Group Inc., a Canadian ) <br> business organization; and Murtuza ) <br> Kazmi, ) <br> ) <br> Defendants. ) | Civil Action No. 3:23-cv-11808 <br><br> Judge Zahid N. Quraishi |

## Order Extending the Statutory Restraining Order

Before the Court is Plaintiff's and Defendants' Stipulation and Joint Motion to Extend the Statutory Restraining Order.

Having considered the matter, and having consulted with counsel for the parties by e-mail on November 8, 2023, **THE COURT FINDS** that there is good cause to extend the expiration of the Statutory Restraining Order by six days. This extension will allow the Court time to review the pleadings and evidence filed and tendered to the Court at the preliminary injunction hearing that took place on November 6, 2023 (Dkt. 127) and rule on Plaintiff's motion. Therefore, the Court **GRANTS** the parties' joint request.

The Statutory Restraining Order (Dkt. 13), as modified in part by the Court's order dated October 26, 2023 (Dkt. 107), is hereby extended and shall remain in full force and effect until and through November 14, 2023.

**IT IS SO ORDERED.**

Dated:  November 8, 2023

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE