**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ  07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel to Anthony Sodono, III, Temporary Receiver for Traders Global Group Inc.,
a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc.,
a Canadian business organization; and Murtuza Kazmi*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP INC., a New Jersey corporation, d/b/a "My Forex Funds"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>　　　　　Defendants. | Civil Action No. 3:23-cv-11808 (ZNQ)(TJB)<br><br>Return Date:  December 4, 2023 |

**NOTICE OF MOTION TO APPROVE INTERIM FEES AND EXPENSES THROUGH OCTOBER 31, 2023, TO: (1) McMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL TO TEMPORARY RECEIVER; AND (2) NORTON ROSE FULBRIGHT US LLP AND NORTON ROSE FULBRIGHT CANADA LLP, SPECIAL COUNSEL TO TEMPORARY RECEIVER**

TO:　　ALL PARTIES ON ANNEXED SERVICE LIST

**PLEASE TAKE NOTICE** that on December 4, 2023, at 9:00 a.m., or as soon thereafter as counsel may be heard, Anthony Sodono, III, Court-Appointed Temporary Receiver ("Temporary Receiver"), shall move before the Honorable Zahid N. Quraishi, U.S.D.C.J., United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for entry of an Order Authorizing

and Approving and for Payment of Interim Fees and expenses Through October 31, 2023, to: (1) McManimon, Scotland & Baumann, LLC, Counsel to Temporary Receiver; and (2) Norton Rose Fulbright US LLP and Norton Rose Fulbright Canada LLP, Special Counsel to Temporary Receiver ("**Motion**").

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the Temporary Receiver submits an application and certifications of Sari B. Placona, Esq., and Eric Daucher, Esq.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States District Court in accordance with L. Civ. R. 71(d)(2).

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Motion shall be deemed uncontested in accordance with L. Civ. R. 78(1)(b), and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that a proposed order granting the relief requested herein is submitted herewith and made part of the Motion.

                                                          **McMANIMON, SCOTLAND & BAUMANN, LLC**
                                                          *Attorneys for Anthony Sodono, III Temporary Receiver*

Dated: November 9, 2023          By:  */s/ Anthony Sodono, III*
                                                            Anthony Sodono, III

## COMMODITY FUTURES TRADING COMMISSION
## vs. TRADERS GLOBAL GROUP INC., *ET AL.*

### Service List

Ashley J. Burden, Esq.
Division of Enforcement
U.S. Commodity Futures Trading
  Commission
77 West Jackson Blvd., Ste. 800
Chicago, IL  60604
aburden@CFTC.gov
*On Behalf of Plaintiff*

Elizabeth M. Streit, Esq.
U.S. Commodity Futures Trading
  Commission
500 W. Monroe Street, Ste. 1100
Chicago, IL  60661
estreit@cftc.gov
*On Behalf of Plaintiff*

Katherine Paulson, Esq.
Division of Enforcement
U.S. Commodity Futures Trading
  Commission
77 West Jackson Blvd., Ste. 800
Chicago, IL  60604
kpaulson@cftc.gov
*On Behalf of Plaintiff*

Anthony J. Staltari, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Fl.
New York, NY  10010
Anthonystaltari@quinnemanuel.com
*Attorneys for Receivership Defendants*

Michael Shaheen, III, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Ste. 900
Washington, DC  20005
michaelshaheen@quinnemanuel.com
*Attorneys for Receivership Defendants*

Dakota Speas, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Fl.
Los Angeles, CA  90017
dakotaspeas@quinnemanual.com
*Attorneys for Receivership Defendants*

Michael V. Rella, Esq.
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
michaelrella@dwt.com
*Attorneys for Non-Party Movant Stripe, Inc.*
*Filed Notice of Appearance*

Eric Daucher, Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY  10019-6022
*Special Counsel to Temporary Receiver*