Exhibit "C"

**MS&B**  McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

## DISBURSEMENTS

| Description | Amount |
|---|---:|
| Miscellaneous | 68.28 |
| Westlaw | 245.68 |
| Filing Fee | 12.90 |
| BUSINESS RECORDS SERVICE | 12.50 |
| Overnight Express Mail | 518.07 |
| Inside Duplicating | 804.80 |
| PACER | 142.10 |

**TOTAL DISBURSEMENTS**  $ 1,804.33

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York