**Exhibit 1**

**NORTON ROSE FULBRIGHT US LLP**
**FEE SUMMARY**
**SEPTEMBER 9, 2023 THROUGH OCTOBER 31, 2023**

**Summary of Services Rendered by Professional**

| Professional | Title | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Eric Daucher | Partner | $875 | 7.10 | $6,212.50 |
| Linda Fuerst | Partner | $830 | 64.40 | $53,452.00 |
| Evan Cobb | Partner | $650 | 19.40 | $12,610.00 |
| James Copeland | Senior Counsel | $816 | 11.80 | $9,628.80 |
| Rachael Browndorf | Senior Associate | $803 | 1.30 | $1,043.90 |
| Tom Brook | Senior Associate | $438 | 15.40 | $6,745.20 |
| Matthew Lau | Senior Associate | $418 | 4.50 | $1,881.00 |
| Emily Hong | Associate | $485 | 1.40 | $679.00 |
| **Total Fees** | | | **125.30** | **$92,252.40** |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 16.50 | $12,411.10 |
| B120 | Asset Analysis and Recovery | 108.80 | $79,841.30 |
| **Total** | | **125.30** | **$92,252.40** |

NORTON ROSE FULBRIGHT US LLP
September 6, 2023 -- October 31, 2023

| Date | Timekeeper | Task Code | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 09/06/2023 | Linda Fuerst | B110 | 0.20 | $830.00 | $166.00 | Correspond with E. Cobb. |
| 09/06/2023 | Linda Fuerst | B110 | 0.80 | $830.00 | $664.00 | Review material forwarded by J Copeland. |
| 09/07/2023 | Evan Cobb | B110 | 0.40 | $650.00 | $260.00 | Partial time for conference call regarding Traders Global matter. |
| 09/07/2023 | Evan Cobb | B110 | 0.40 | $650.00 | $260.00 | Reviewing documentation regarding potential issues. |
| 09/07/2023 | Linda Fuerst | B110 | 0.80 | $830.00 | $664.00 | Call with E. Cobb, E. Daucher, J. Copeland, A Sodono and others, including related preparation for call and follow-up after call. |
| 09/07/2023 | Linda Fuerst | B110 | 0.20 | $830.00 | $166.00 | Correspond with E. Cobb. |
| 09/07/2023 | Linda Fuerst | B110 | 0.50 | $830.00 | $415.00 | Review material forwarded by J. Copeland. |
| 09/08/2023 | Evan Cobb | B110 | 0.50 | $650.00 | $325.00 | Conference call regarding potential issues related to Canadian proceedings. |
| 09/08/2023 | James Copeland | B110 | 0.50 | $816.00 | $408.00 | Call with NRF and MSB team re: status and next steps. |
| 09/11/2023 | Evan Cobb | B110 | 2.30 | $650.00 | $1,495.00 | Further review of background materials regarding Traders Global matter. |
| 09/11/2023 | Evan Cobb | B110 | 0.70 | $650.00 | $455.00 | Partial time for conference call with CFTC and Receiver. |
| 09/11/2023 | James Copeland | B110 | 0.70 | $816.00 | $571.20 | Partial time for introductory call with the CFTC and follow up re: same. |
| 09/11/2023 | Linda Fuerst | B110 | 1.00 | $830.00 | $830.00 | Call with NRF US team, McManimon, Scotland & Baumann team and CFTC attorneys. |
| 09/12/2023 | James Copeland | B110 | 0.90 | $816.00 | $734.40 | Partial time for call with MSB and NRF teams re: new developments and next steps (.6); attention to open issues (.3). |
| 09/13/2023 | Emily Hong | B110 | 0.90 | $485.00 | $436.50 | Prepare declaration for the purpose of retention application. |
| 09/13/2023 | James Copeland | B110 | 2.10 | $816.00 | $1,713.60 | Partial time for call with E. Daucher, L. Fuerst, and E. Cobb re: cryptocurrency accounts and next steps including follow up call with MSB re: same (.7); review document re: next steps (.7); review and revise retention application (.5); emails with MSB and NRF team re: various open issues (.2). |
| 09/19/2023 | Eric Daucher | B110 | 0.20 | $875.00 | $175.00 | Partial time for call re: OSC freeze motion. |
| 09/19/2023 | Evan Cobb | B110 | 0.80 | $650.00 | $520.00 | Conference call with Receiver and Receiver's US counsel on next steps. |
| 09/19/2023 | James Copeland | B110 | 0.40 | $816.00 | $326.40 | Partial time for call with MSB and NRF team re: developments and open issues including follow up re: same. |

| Date | Timekeeper | Task | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 09/19/2023 | Linda Fuerst | B110 | 0.40 | $830.00 | $332.00 | Correspond with A. Sodono and S. Placona. |
| 09/19/2023 | Linda Fuerst | B110 | 0.40 | $830.00 | $332.00 | Review additional court filings in United States District Court. |
| 09/19/2023 | Linda Fuerst | B110 | 0.40 | $830.00 | $332.00 | Call with A. Sodono to discuss Commercial List appearance. |
| 09/19/2023 | Linda Fuerst | B110 | 0.30 | $830.00 | $249.00 | Consult with E. Cobb. |
| 09/20/2023 | Linda Fuerst | B110 | 0.20 | $830.00 | $166.00 | Call with A. Sodono and E. Cobb to discuss attendance before Justice Steele and scheduling of recognition application. |
| 09/28/2023 | Linda Fuerst | B110 | 0.20 | $830.00 | $166.00 | Correspondence from S. Placona regarding case developments. |
| 10/06/2023 | Linda Fuerst | B110 | 0.30 | $830.00 | $249.00 | Correspond with J. Copeland re: status and next steps |
| Total B110 | | | 16.50 | | $12,411.10 | |
| 09/07/2023 | Linda Fuerst | B120 | 1.50 | $830.00 | $1,245.00 | Consider information needed to satisfy test for recognition of foreign receivership order. |
| 09/08/2023 | Eric Daucher | B120 | 1.00 | $875.00 | $875.00 | Call with receiver and team re: cryptocurrency and cross-border matters (.5); follow-up related to same (.5). |
| 09/11/2023 | Evan Cobb | B120 | 0.40 | $650.00 | $260.00 | Prepare for and attend conference call with OSC. |
| 09/11/2023 | Linda Fuerst | B120 | 0.50 | $830.00 | $415.00 | Advise NRF team and A. Sodano regarding OSC matters. |
| 09/11/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Call with OSC staff. |
| 09/12/2023 | Evan Cobb | B120 | 1.20 | $650.00 | $780.00 | Conference call with Receiver and Receiver's US counsel. |
| 09/12/2023 | Evan Cobb | B120 | 0.50 | $650.00 | $325.00 | Preparing outline summary of Foreign Recognition process. |
| 09/12/2023 | Rachael Browndorf | B120 | 0.80 | $803.00 | $642.40 | Confer with E. Daucher regarding receivership and cryptocurrency issues (.2); research regarding receivership issues and prepare correspondence (.6). |
| 09/13/2023 | Evan Cobb | B120 | 0.30 | $650.00 | $195.00 | Conference call with OSC. |
| 09/13/2023 | Evan Cobb | B120 | 0.30 | $650.00 | $195.00 | Revisions to document re: next steps. |
| 09/13/2023 | Evan Cobb | B120 | 0.60 | $650.00 | $390.00 | Conference call with Receiver and Receiver's US counsel. |
| 09/13/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Correspondence and conference call with OSC Staff. |
| 09/13/2023 | Linda Fuerst | B120 | 0.80 | $830.00 | $664.00 | Prepare for and attend call and correspond with NRF team. |
| 09/13/2023 | Linda Fuerst | B120 | 0.80 | $830.00 | $664.00 | Prepare for and attend call with A. Sodono and NRF team. |
| 09/14/2023 | Emily Hong | B120 | 0.50 | $485.00 | $242.50 | Proofread draft amendments to document re: next steps. |
| 09/14/2023 | Evan Cobb | B120 | 1.60 | $650.00 | $1,040.00 | Reviewing case evidence from OSC concerning potential issues. |
| 09/14/2023 | Linda Fuerst | B120 | 0.90 | $830.00 | $747.00 | Correspond with NRF team and A. Sodano and team regarding discussions with OSC staff and next steps in Canada. |
| 09/14/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with OSC Staff. |
| 09/15/2023 | Eric Daucher | B120 | 0.90 | $875.00 | $787.50 | Review materials re: potential issues and next steps (.4); address retention materials (.5). |
| 09/15/2023 | Rachael Browndorf | B120 | 0.50 | $803.00 | $401.50 | Confer with E. Daucher regarding receivership and cryptocurrency issues (.1); research regarding account set up and prepare correspondence (.4). |

| Date | Name | Task Code | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 09/18/2023 | Eric Daucher | B120 | 2.30 | $875.00 | $2,012.50 | Call with Receiver's team re: cryptocurrency issues (.9); follow-up call with Coinbase senior team to discuss process for opening receivership account (.6); follow-up related to same (.8). |
| 09/18/2023 | Evan Cobb | B120 | 0.30 | $650.00 | $195.00 | Correspondence regarding extension of freeze orders by OSC to BitBuy accounts. |
| 09/18/2023 | Linda Fuerst | B120 | 0.60 | $830.00 | $498.00 | Call with Receiver, NRF US and CoinBase regarding establishing institutional account to hold crypto. |
| 09/18/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Note to file regarding information from CoinBase. |
| 09/18/2023 | Linda Fuerst | B120 | 0.60 | $830.00 | $498.00 | Consider issues for application to recognize US receivership and vary freeze directions. |
| 09/18/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Consult with E Cobb. Correspond with OSC Staff regarding further freeze direction. |
| 09/19/2023 | Evan Cobb | B120 | 1.00 | $650.00 | $650.00 | Reviewing materials filed by OSC in connection with September 20th hearing and materials filed by the defendants in CFTC proceeding. |
| 09/19/2023 | Linda Fuerst | B120 | 0.50 | $830.00 | $415.00 | Call and correspond with OSC Staff. |
| 09/19/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Review filings by OSC. |
| 09/19/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with Gowlings. |
| 09/20/2023 | Evan Cobb | B120 | 0.60 | $650.00 | $390.00 | Attendance at scheduling hearing for OSC motion. |
| 09/20/2023 | Evan Cobb | B120 | 0.50 | $650.00 | $325.00 | Conference call with OSC. |
| 09/20/2023 | Evan Cobb | B120 | 0.20 | $650.00 | $130.00 | Reporting to working group on position of OSC. |
| 09/20/2023 | Evan Cobb | B120 | 0.40 | $650.00 | $260.00 | Reviewing case law provided by OSC regarding access to frozen funds. |
| 09/20/2023 | James Copeland | B120 | 0.90 | $816.00 | $734.40 | Review emails and materials re: OSC matters and application (.3); review motion papers filed by M. Kazmi in DNJ (.4); review receivership order and follow up on open issues and related logistics (.2). |
| 09/20/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Correspond with S. Placono. |
| 09/20/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Correspond with OSC staff regarding variation of freeze directions to permit payment of living and legal expenses. |
| 09/20/2023 | Linda Fuerst | B120 | 1.00 | $830.00 | $830.00 | Review applicable caselaw and correspond with E. Cobb regarding same. |
| 09/20/2023 | Linda Fuerst | B120 | 0.70 | $830.00 | $581.00 | Attend before Justice Steele regarding OSC application to extend freeze directions. |
| 09/20/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Correspond with A. Sodono. |
| 09/20/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Correspond with OSC staff. |
| 09/22/2023 | Eric Daucher | B120 | 0.90 | $875.00 | $787.50 | Address matters related to opening of Coinbase account (.6); follow-up re: crypto turnover issues (.3). |

| Date | Timekeeper | Task | Hours | Amount | Amount | Description |
|---|---|---|---|---|---|---|
| 09/25/2023 | Eric Daucher | B120 | 0.20 | $875.00 | $175.00 | Follow-up related to crypto turnover. |
| 09/26/2023 | Eric Daucher | B120 | 0.50 | $875.00 | $437.50 | Follow-up related to turnover matters and opening of crypto account. |
| 09/26/2023 | Evan Cobb | B120 | 0.70 | $650.00 | $455.00 | Conference call with Receiver and US counsel regarding litigation steps. |
| 09/26/2023 | James Copeland | B120 | 0.70 | $816.00 | $571.20 | Review materials and prepare for call with MSB re: status and next steps (.2);partial time for call with MSB re: same (.5). |
| 09/27/2023 | Evan Cobb | B120 | 0.60 | $650.00 | $390.00 | Reviewing research regarding recognition potential issues. |
| 09/27/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Call with H. Wong and A. Sodono. |
| 09/27/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Revise draft letter from A. Sodono to OSC. |
| 09/27/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Correspond with A. Sodono, M. Dudas, S. Placona and E. Cobb. |
| 09/27/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with H. Wong and S. McLeod, OSC. |
| 09/27/2023 | Matthew Lau | B120 | 4.50 | $418.00 | $1,881.00 | Researching case law on recognition of foreign proceedings under the Bankruptcy and Insolvency Act and analyzing whether the US receivership order would be considered a foreign proceeding under the Bankruptcy and Insolvency Act (2.2). Drafting summary of cases and analysis in correspondence with E. Cobb (2.3). |
| 09/28/2023 | Evan Cobb | B120 | 0.50 | $650.00 | $325.00 | Conference call with Receiver, and related follow up regarding potential issues. |
| 09/28/2023 | James Copeland | B120 | 0.70 | $816.00 | $571.20 | Partial time for call with Receiver and MSB re: OSC matters (.2); review defendants' filings concerning requested modification to the SRO (.2); work on Coinbase account and related application (.3). |
| 09/28/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Consult with E. Cobb regarding OSC matters. |
| 09/28/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Report to and advise A. Sodono regarding OSC matters. |
| 09/28/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Call Canadian counsel for the Defendants regarding request for OSC consent to funding work to challenge chargebacks. |
| 09/28/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Correspond with Canadian counsel for the Defendants regarding Joint Stipulation and request for OSC consent. |
| 09/28/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Correspondence with H. Wong regarding Joint Stipulation. |
| 09/28/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Call with A. Sodono and E. Cobb regarding OSC matters. |
| 09/28/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Correspondence from H. Wong. |
| 09/28/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with A. Sodono regarding OSC matters. |
| 09/28/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Revise draft letter to the OSC requesting consent to release of funds to permit work on chargeback. |

| Date | Timekeeper | Task Code | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 09/29/2023 | James Copeland | B120 | 0.60 | $816.00 | $489.60 | Review defendants' filings re: protective order and joint motion (.2); further work on Coinbase account application and related forms and materials (.3) and emails re: same (.1). |
| 10/02/2023 | Evan Cobb | B120 | 0.30 | $650.00 | $195.00 | Reviewing Consent Letter from OSC and commenting on same. |
| 10/02/2023 | Evan Cobb | B120 | 0.40 | $650.00 | $260.00 | Conference call with Receiver and Receiver's US counsel regarding recognition motion. |
| 10/02/2023 | Evan Cobb | B120 | 0.50 | $650.00 | $325.00 | Advising receiver regarding materials and information required for Canadian recognition proceeding. |
| 10/02/2023 | James Copeland | B120 | 1.10 | $816.00 | $897.60 | Call with MSB and NRF CA, and stayed on with S. Placona and M. Dudas to discuss Coinbase application and related issues (.6), including preparation; follow up on Coinbase application (.3); further revise task list and attention to next steps (.2). |
| 10/02/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Correspond with A. Sodono regarding OSC's proposed consent to release of funds for Stripe chargeback work. |
| 10/02/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with J. Copeland regarding call with OSC. |
| 10/02/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Correspond with H. Wong, OSC. |
| 10/02/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Call with clients and NRF US regarding status of receivership, recognition and variation of freeze directions. |
| 10/03/2023 | Evan Cobb | B120 | 0.80 | $650.00 | $520.00 | Review and comment on Notice of Application. |
| 10/03/2023 | Evan Cobb | B120 | 0.30 | $650.00 | $195.00 | Emails regarding revised language for OSC Freeze Order. |
| 10/03/2023 | Evan Cobb | B120 | 0.30 | $650.00 | $195.00 | Conference call with OSC. |
| 10/03/2023 | James Copeland | B120 | 0.60 | $816.00 | $489.60 | Review proposed revisions to OSC freeze order and prep for call with OSC (.2); call with OSC re: status of receivership (.3); follow up on Coinbase application (.1). |
| 10/03/2023 | Linda Fuerst | B120 | 2.00 | $830.00 | $1,660.00 | Draft Notice of Application. |
| 10/03/2023 | Linda Fuerst | B120 | 0.60 | $830.00 | $498.00 | Draft letter to the court. |
| 10/03/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Correspond with M. Dudas re: information needed for application to vary. |
| 10/03/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with J. Copeland. |
| 10/03/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Correspond with client regarding draft OSC consent. |
| 10/03/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Report to client. |
| 10/03/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Correspond with OSC regarding draft consent. |
| 10/03/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Call with OSC counsel regarding draft consent and need for variation order. |
| 10/03/2023 | Linda Fuerst | B120 | 0.50 | $830.00 | $415.00 | Consult with E. Cobb re: application. |
| 10/03/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Instruct T. Brook. |
| 10/03/2023 | Ted Brook | B120 | 2.00 | $438.00 | $876.00 | Analyze caselaw regarding jurisdiction issues and discuss with L. Fuerst. |

| Date | Name | Code | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/04/2023 | Evan Cobb | B120 | 0.20 | $650.00 | $130.00 | Emails regarding application for variation. |
| 10/04/2023 | Linda Fuerst | B120 | 0.50 | $830.00 | $415.00 | Call with OSC Staff |
| 10/04/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with OSC Staff. |
| 10/04/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Call with M. Dudas, A. Sodono and S. Placona regarding OSC matters. |
| 10/04/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Consult with T. Brook regarding jurisdiction of the Court to vary freeze Direction. |
| 10/04/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Correspond with E. Cobb regarding application to vary freeze Direction |
| 10/04/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Correspond with J. Copeland regarding information needed for application to vary freeze Direction. |
| 10/04/2023 | Linda Fuerst | B120 | 0.50 | $830.00 | $415.00 | Correspond with M. Dudas and S. Placona re information needed for application to vary freeze Direction. |
| 10/04/2023 | Linda Fuerst | B120 | 2.20 | $830.00 | $1,826.00 | Drafting application to OSC, affidavit and submissions. |
| 10/04/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Instruct T. Brook regarding affidavit for application. |
| 10/04/2023 | Ted Brook | B120 | 0.50 | $438.00 | $219.00 | Analyze caselaw regarding potential issues. |
| 10/05/2023 | Evan Cobb | B120 | 0.70 | $650.00 | $455.00 | Review and comment on OSC Application materials. |
| 10/05/2023 | James Copeland | B120 | 0.50 | $816.00 | $408.00 | Further review and revise Canadian application, including emails with team re: same. |
| 10/05/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Instruct T. Brook re: application materials |
| 10/05/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Correspond with J. Copeland re: issues relating to the application to the OSC |
| 10/05/2023 | Linda Fuerst | B120 | 0.50 | $830.00 | $415.00 | Correspond with OSC Staff re application |
| 10/05/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Consult with E Cobb and T Brook re; application for recognition order |
| 10/05/2023 | Linda Fuerst | B120 | 0.80 | $830.00 | $664.00 | Correspond with A. Sodono re: various issues relating application to the OSC. |
| 10/05/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with M. Dudas re: issues relating to the application to the OSC |
| 10/05/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Consult with T. Brook re: application issues |
| 10/05/2023 | Linda Fuerst | B120 | 2.00 | $830.00 | $1,660.00 | Draft, review and revise draft application materials |
| 10/05/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Call with A Rose and E Kolers at Stikeman Elliot (defendants' counsel). |
| 10/05/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Correspond with Gowlings regarding open issues. |
| 10/05/2023 | Linda Fuerst | B120 | 0.10 | $830.00 | $83.00 | Correspond with A. Rose, Stikeman Elliot (defendants' counsel). |
| 10/05/2023 | Ted Brook | B120 | 2.00 | $438.00 | $876.00 | Work drafting on affidavit, submissions and applications. |
| 10/05/2023 | Ted Brook | B120 | 2.20 | $438.00 | $963.60 | Drafting affidavit of A. Sodono. |
| 10/06/2023 | Evan Cobb | B120 | 0.40 | $650.00 | $260.00 | Review of updated OSC application materials. |

| Date | Timekeeper | Code | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/06/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with A. Sodono |
| 10/06/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with OSC staff |
| 10/06/2023 | Linda Fuerst | B120 | 2.00 | $830.00 | $1,660.00 | Work on application to OSC. |
| 10/06/2023 | Ted Brook | B120 | 1.50 | $438.00 | $657.00 | Drafting application to vary. |
| 10/09/2023 | James Copeland | B120 | 0.70 | $816.00 | $571.20 | Various communications with NRF and MSB team re: applications to Canadian court re: receivership funds and related matters (.2); review and revise applications re: BMO and Confirmo (.5). |
| 10/09/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Call with A. Sodono, M. Dudas, S. Placona, T. Brook and J. Copeland. |
| 10/09/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Correspond with M. Dudas re: request for expenses and review supporting documents. |
| 10/09/2023 | Linda Fuerst | B120 | 0.60 | $830.00 | $498.00 | Correspond with clients re: communications with OSC staff re: relief from Direction and related issues. |
| 10/09/2023 | Linda Fuerst | B120 | 0.60 | $830.00 | $498.00 | Correspond with J. Copeland re: issues for request for OSC consent. |
| 10/09/2023 | Linda Fuerst | B120 | 1.00 | $830.00 | $830.00 | Review and revise draft application. |
| 10/09/2023 | Linda Fuerst | B120 | 0.60 | $830.00 | $498.00 | Instruct T Brook re: draft application. |
| 10/09/2023 | Ted Brook | B120 | 0.50 | $438.00 | $219.00 | Work on OSC applications. |
| 10/09/2023 | Ted Brook | B120 | 0.50 | $438.00 | $219.00 | Call with counsel regarding OSC applications; review documents re: comments and attention to follow up. |
| 10/10/2023 | James Copeland | B120 | 1.00 | $816.00 | $816.00 | Further review and revise Confirmo Asset application for NRF Canada (.6); emails among team re: same and open issues (.2); review filings in US court (.2). |
| 10/10/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Correspond with A. Rose (defendants' counsel) at Stikemans. |
| 10/10/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Report to A. Sodono regarding call with A. Rose (defendants' counsel). |
| 10/10/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Call with A. Rose (defendants' counsel) and T. Brook. |
| 10/10/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Report to A. Sodono regarding call with OSC Staff. |
| 10/10/2023 | Linda Fuerst | B120 | 0.50 | $830.00 | $415.00 | Call with OSC Staff and T. Brook. |
| 10/10/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with J. Copeland regarding Confirmo issue. |
| 10/10/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Correspond with OSC Staff. |
| 10/10/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Instruct T. Brook regarding aide memoire for Commercial List. |
| 10/10/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Instruct T. Brook regarding draft application to OSC. |
| 10/10/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with A. Sodono regarding necessary expenditures to preserve real estate and vehicles. |
| 10/10/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with D. Speas (defendants' counsel). |
| 10/10/2023 | Ted Brook | B120 | 0.30 | $438.00 | $131.40 | Discuss application and next steps with L. Fuerst. |

| Date | Timekeeper | Code | Hours | Amount | Fees | Description |
|---|---|---|---|---|---|---|
| 10/10/2023 | Ted Brook | B120 | 0.70 | $438.00 | $306.60 | Calls with OSC Staff and Counsel for Respondent, and attention to related follow-up and materials. |
| 10/10/2023 | Ted Brook | B120 | 0.80 | $438.00 | $350.40 | Revise application to OSC. |
| 10/11/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Revise aide memoire for Commercial List attendance. |
| 10/11/2023 | Linda Fuerst | B120 | 0.50 | $830.00 | $415.00 | Prepare potential terms of consent order and instruct T. Brook re: same |
| 10/11/2023 | Linda Fuerst | B120 | 1.70 | $830.00 | $1,411.00 | Review information provided by D. Spies. Attempt to reconcile Kazmi expenses. |
| 10/11/2023 | Linda Fuerst | B120 | 0.50 | $830.00 | $415.00 | Call with US and Canadian counsel for Kazmi et al. and discuss potential consent variation of the Freeze Direction |
| 10/11/2023 | Linda Fuerst | B120 | 0.60 | $830.00 | $498.00 | Correspond with M. Dudas and S. Placona re: reconciliation of expenses claimed by Kazmi et al. |
| 10/11/2023 | Linda Fuerst | B120 | 0.80 | $830.00 | $664.00 | Correspond with OSC staff re: aide memoire, re: potential resolution of expenses issue, re: timetable for OSC and Respondents' application  and re: threat to stop payment of Traders Global Staff |
| 10/11/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with and report to A. Sodono |
| 10/11/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Review Receiver's Sur-Reply in the US District Court with credit card information |
| 10/11/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with A. Rose (defendants' counsel) re: aide memoire |
| 10/11/2023 | Ted Brook | B120 | 2.00 | $438.00 | $876.00 | Prepare aide memoire for court. Correspond with counsel and court regarding case conference. |
| 10/11/2023 | Ted Brook | B120 | 0.80 | $438.00 | $350.40 | Work on draft order for variation of direction. |
| 10/12/2023 | Eric Daucher | B120 | 1.10 | $875.00 | $962.50 | Review materials related to coinbase standup (.8); emails with internal team re: same (.2); email to Coinbase team re: same (.1). |
| 10/12/2023 | James Copeland | B120 | 0.40 | $816.00 | $326.40 | Review correspondence re: OSC matters and case updates (.3); correspond with MSB team re: logistics (.1). |
| 10/12/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | correspond with OSC staff re: potential consent order and timetable for OSC and Kazmi applications |
| 10/12/2023 | Linda Fuerst | B120 | 1.00 | $830.00 | $830.00 | Prepare summary of expense discrepancies and correspond with counsel for Kazmi re: same |
| 10/12/2023 | Linda Fuerst | B120 | 0.60 | $830.00 | $498.00 | Reporting on communications with OSC Staff and counsel for Kazmi et al to A. Sodono, M. Dudas and S. Placona |
| 10/12/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Correspond with M. Dudas re: Kazmi expense discrepancies |
| 10/12/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Instruct T. Brook re: draft order and consent |
| 10/12/2023 | Ted Brook | B120 | 0.80 | $438.00 | $350.40 | Work on consent order and correspond with counsel regarding case conference. |
| 10/13/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with A. Rose (defendants' counsel). |

| Date | Name | Code | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/13/2023 | Linda Fuerst | B120 | 0.40 | $830.00 | $332.00 | Report to A Sodono re: attendance before Justice Steele and variation of the freeze direction |
| 10/13/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with OSC Staff re: variation of the freeze direction |
| 10/13/2023 | Linda Fuerst | B120 | 0.30 | $830.00 | $249.00 | Attendance before Justice Steele. |
| 10/13/2023 | Linda Fuerst | B120 | 0.20 | $830.00 | $166.00 | Correspond with OSC Staff in advance of attendance before Justice Steele. |
| 10/13/2023 | Ted Brook | B120 | 0.40 | $438.00 | $175.20 | Attend case conference before Justice Steele. |
| 10/16/2023 | Linda Fuerst | B120 | 0.40 | 830.00 | $332.00 | Correspond with A. Sodono. |
| 10/16/2023 | Linda Fuerst | B120 | 0.40 | 830.00 | $332.00 | Draft terms of potential consent order. |
| 10/16/2023 | Linda Fuerst | B120 | 0.70 | 830.00 | $581.00 | Receive information and documents from A. Rose re: expenses and review same. |
| 10/17/2023 | Linda Fuerst | B120 | 0.10 | 830.00 | $83.00 | Correspondence from OSC Staff |
| 10/17/2023 | Linda Fuerst | B120 | 0.60 | 830.00 | $498.00 | Correspond with A. Sodono, M. Dudas and S. Placona re: draft terms of variation of freeze direction and related issues. |
| 10/17/2023 | Linda Fuerst | B120 | 0.30 | 830.00 | $249.00 | Correspond with A. Rose and D. Speas (defendants' counsel). |
| 10/17/2023 | Linda Fuerst | B120 | 0.20 | 830.00 | $166.00 | Review further information from A. Rose re expenses |
| 10/17/2023 | Linda Fuerst | B120 | 0.40 | 830.00 | $332.00 | Work on proposed terms of variation order |
| 10/18/2023 | Linda Fuerst | B120 | 0.80 | 830.00 | $664.00 | Call and correspond with A. Rose re: information required by A. Sodono |
| 10/18/2023 | Linda Fuerst | B120 | 0.50 | 830.00 | $415.00 | Report to and take instructions from A. Sodono. |
| 10/18/2023 | Linda Fuerst | B120 | 0.20 | 830.00 | $166.00 | Correspond with OSC staff. |
| 10/18/2023 | Ted Brook | B120 | 0.40 | 438.00 | $175.20 | Review expenses and revise consent order. |
| 10/19/2023 | Linda Fuerst | B120 | 0.30 | 830.00 | $249.00 | Correspond with A. Sodono re: expenses claimed by Kazmi and communications with his Canadian counsel. |
| 10/19/2023 | Linda Fuerst | B120 | 0.30 | 830.00 | $249.00 | Call and correspond with A. Rose re expenses and OSC matters. |
| 10/20/2023 | Linda Fuerst | B120 | 0.10 | 830.00 | $83.00 | Correspond with A. Sodono re OSC matters. |
| 10/20/2023 | Linda Fuerst | B120 | 0.20 | 830.00 | $166.00 | Correspond with A. Rose re OSC matters. |
| 10/23/2023 | Linda Fuerst | B120 | 0.40 | 830.00 | $332.00 | Report to A. Sodono re: communications with OSC Staff, and with A. Rose including information about low income levels in Canada. |
| 10/23/2023 | Linda Fuerst | B120 | 0.30 | 830.00 | $249.00 | Call and correspond with OSC Staff. |
| 10/23/2023 | Linda Fuerst | B120 | 0.30 | 830.00 | $249.00 | Correspond with A. Rose and review information provided by him. |
| 10/24/2023 | Linda Fuerst | B120 | 0.40 | 830.00 | $332.00 | Correspond with A. Rose re: Kazmi claim for payment of expenses including correct tuition amount |
| 10/24/2023 | Linda Fuerst | B120 | 0.30 | 830.00 | $249.00 | Correspond with A. Sodono re: monthly allowance to Kazmi in laws |
| 10/25/2023 | Linda Fuerst | B120 | 0.20 | 830.00 | $166.00 | Correspond with A. Rose re expenses and OSC matters. |

| Date | Timekeeper | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/25/2023 | Linda Fuerst | B120 | 0.20 | 830.00 | $166.00 | Report to A. Sodono re OSC matters. |
| 10/25/2023 | Linda Fuerst | B120 | 0.30 | 830.00 | $249.00 | Correspond with OSC Staff |
| 10/26/2023 | Evan Cobb | B120 | 0.70 | $650.00 | $455.00 | Drafting recognition materials. |
| 10/26/2023 | Linda Fuerst | B120 | 0.30 | 830.00 | $249.00 | Call with OSC staff. |
| 10/26/2023 | Linda Fuerst | B120 | 0.20 | 830.00 | $166.00 | Call with A. Rose re OSC matters. |
| 10/26/2023 | Linda Fuerst | B120 | 0.40 | 830.00 | $332.00 | Call with client re: order of US District Court and impact on Proposal |
| 10/26/2023 | Linda Fuerst | B120 | 0.30 | 830.00 | $249.00 | Correspond with OSC Staff re: consent variation Proposal. |
| 10/26/2023 | Linda Fuerst | B120 | 0.30 | 830.00 | $249.00 | Correspond with OSC Staff re: US court order and receivership status. |
| 10/26/2023 | Linda Fuerst | B120 | 0.30 | 830.00 | $249.00 | Correspond with A. Rose re: Proposal. |
| 10/26/2023 | Linda Fuerst | B120 | 0.30 | 830.00 | $249.00 | Report to A. Sodono re: Proposal for consent variation order. |
| 10/27/2023 | Linda Fuerst | B120 | 0.20 | 830.00 | $166.00 | Correspond with A. Rose. |
| 10/27/2023 | Linda Fuerst | B120 | 0.20 | 830.00 | $166.00 | Correspond with OSC Staff. |
| 10/27/2023 | Linda Fuerst | B120 | 0.20 | 830.00 | $166.00 | Correspond with A. Sodono re: Proposal. |
| 10/30/2023 | Linda Fuerst | B120 | 0.20 | 830.00 | $166.00 | Correspond with S. Placona re: revisions to Proposal. |
| 10/31/2023 | Linda Fuerst | B120 | 0.50 | 830.00 | $415.00 | Draft response to A. Rose correspondence. |
| 10/31/2023 | Linda Fuerst | B120 | 0.20 | 830.00 | $166.00 | Correspond with client re: proposed response to A. Rose. |
| Total B120 | | | 108.80 | | $79,841.30 | |
| TOTAL | | | 125.30 | | $92,252.40 | |