**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Temporary Receiver*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP INC., a New Jersey corporation, d/b/a "My Forex Funds"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>Defendants. | Civil Action No. 3:23-cv-11808-ZNQ-TJB<br><br>Return Date: December 4, 2023 |

**ORDER AUTHORIZING AND APPROVING AND FOR PAYMENT OF INTERIM FEES AND EXPENSES THROUGH OCTOBER 31, 2023, TO: (1) McMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL TO TEMPORARY RECEIVER; AND (2) NORTON ROSE FULBRIGHT US LLP AND NORTON ROSE FULBRIGHT CANADA LLP, SPECIAL COUNSEL TO TEMPORARY RECEIVER**

**THIS MATTER** having been presented to the Court by Anthony Sodono, III, Temporary Receiver ("Temporary Receiver") for Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, upon Notice of Motion to Approve Interim Fees and Expenses through October 31, 2023, to: (1) McManimon, Scotland & Baumann, LLC, Counsel to Temporary Receiver ("MS&B"); and (2) Norton Rose Fulbright US LLP and Norton Rose Fulbright Canada

LLP (collectively, "NRF"), Special Counsel to Temporary Receiver (the "Motion"); and the Court having considered the Motion and any opposition thereto, if any; and proper notice of the Motion and proposed entry hereof having been given; and sufficient cause having been shown;

 **IT IS** on this _____ day of December 2023;

 **ORDERED** that interim compensation and expenses for the period through October 31, 2023, are allowed as follows:

 1. MS&B the sum of $_____ for compensation for services rendered during the Fee Period and the sum of $_____ for reimbursement of expenses incurred during the Fee Period, for a total award of $_____ during the Fee Period; and

 2. NRF the sum of $_____ for compensation for services rendered during the Fee Period and the sum of $_____ for reimbursement of expenses incurred during the Fee Period, for a total award of $_____ during the Fee Period.

             _____
             HONORABLE ZAHID N. QURAISHI
             UNITED STATES BANKRUPTCY JUDGE