**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Temporary Receiver*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP INC., a New Jersey corporation, d/b/a "My Forex Funds"; TRADERS GLOBAL GROUP INC., a Canadian business organization; and MURTUZA KAZMI,<br><br>Defendants. | Civil Action No. 3:23-cv-11808-ZNQ-TJB<br><br>Return Date: December 4, 2023 |

**CERTIFICATION OF SERVICE**

1. I, **DIANE PERROTTA**:

   ☐ represent _____ in the above-captioned matter.

   ☒ am a secretary/paralegal for Anthony Sodono, III, Temporary Receiver in this matter.

   ☐ am the _____ in the above case and am representing myself.

2. On November 9, 2023, I caused copies of the following documents to be sent to the parties listed in the chart below:

   a. Notice of Motion to Approve Interim Fees and Expenses through October 31, 2023, to: (1) McManimon, Scotland & Baumann, LLC, Counsel to Temporary Receiver; and (2) Norton Rose Fulbright US LLP and Norton Rose Fulbright Canada LLP, Special Counsel to Temporary Receiver

  b. supporting application;

  c. Certification of Sari B. Placona, Esq.;

  d. Certification of Eric Daucher, Esq; and

  e. proposed Order Authorizing and Approving and for Payment of Interim Fees and Expenses Through October 31, 2023, to: (1) McManimon, Scotland & Baumann, LLC, Counsel to Temporary Receiver; and (2) Norton Rose Fulbright US LLP and Norton Rose Fulbright Canada LLP, Special Counsel to Temporary Receiver.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 9, 2023            /s/ Diane Perrotta
                        DIANE PERROTTA

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ashley J. Burden, Esq.<br>Division of Enforcement<br>U.S. Commodity Futures Trading Commission<br>77 West Jackson Blvd., Ste. 800<br>Chicago, IL  60604<br>aburden@cftc.gov | *On Behalf of Plaintiff* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Elizabeth M. Streit, Esq.<br>U.S. Commodity Futures Trading Commission<br>500 W. Monroe Street, Ste. 1100<br>Chicago, IL  60661<br>estreit@cftc.gov | *On Behalf of Plaintiff* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Katherine Paulson, Esq.<br>U.S. Commodity Futures Trading Commission<br>77 West Jackson Blvd., Ste. 800<br>Chicago, IL  60604<br>kpaulson@cftc.gov | *On Behalf of Plaintiff* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Shaheen, III, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Ste. 900<br>Washington, DC  20005<br>michaelshaheen@quinnemanuel.com | *Attorneys for Receivership Defendants* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anthony J. Staltari, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Fl.<br>New York, NY  10010<br>Anthonystaltari@quinnemanuel.com | *US Attorneys for Receivership Defendants* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dakota Speas, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa Street, 10th Fl.<br>Los Angeles, CA  90017<br>dakotaspeas@quinnemanual.com | *US Attorneys for Receivership Defendants* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael V. Rella, Esq.<br>Davis Wright Tremaine LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>michaelrella@dwt.com | *Attorneys for Non-Party Movant Stripe, Inc.; filed Notice of Appearance* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eric Daucher, Esq.<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY  10019-6022<br>Eric.daucher@nortonrosefulbright.com | *Special Counsel to Temporary Receiver* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email<br>☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

4888-3735-6939, v. 1