

**COMMODITY FUTURES TRADING COMMISSION**
77 West Jackson Blvd, Suite 800
Chicago, IL 60604
Telephone: (312) 596-0700
Facsimile: (312) 596-0714

Division of Enforcement

November 9, 2023

**Via CM/ECF**
Chambers of Honorable Zahid N. Quraishi
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & United States Courthouse
Courtroom 4W
402 East State Street
Trenton, NJ 08608

    Re:    *CFTC v. Traders Global Group Inc., et al.*, **Case No. 3:23-cv-11808-ZNQ-TJB (D.N.J.)**

Dear Chambers of Judge Quraishi:

    Plaintiff CFTC writes in reference to its pending Motion for Preliminary Injunction (Doc. 7) in the above-referenced action. Per the instructions of the Court at the November 6, 2023 hearing, the CFTC hereby submits its proposed Order for Preliminary Injunction and Other Ancillary Relief Against Defendants. For ease of review, the CFTC will also submit the attached to the Court's order inbox at znq_orders@njd.uscourts.gov.

    Sincerely,

    /s/ *Ashley J. Burden*
    Senior Trial Attorney
    Division of Enforcement
    Commodity Futures Trading Commission
    O: (312) 596-0693
    C: (312) 995-0779
    aburden@cftc.gov

Cc: All Counsel of Record by Automatic ECF Notification