**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7221**

WRITER'S EMAIL ADDRESS
**anthonystaltari@quinnemanuel.com**

November 9, 2023

**VIA ECF and E-MAIL (znq_orders@njd.uscourts.gov)**

Hon. Zahid N. Quraishi
United States District Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4W
Trenton, NJ 08608

Re:   *CFTC v. Traders Global Group Inc., et al.,* 3:23-cv-11808-ZNQ-TJB

Dear Judge Quraishi:

On behalf of Defendants Traders Global Group Inc., a New Jersey corporation doing business as "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi, and pursuant to Your Honor's instructions at the November 6, 2023 hearing, enclosed please find Defendants' Proposed Findings of Fact and Conclusions of Law as well as a Proposed Order Denying Plaintiff's Motion for a Statutory Restraining Order and Preliminary Injunction.

Respectfully submitted,

*/s/ Anthony J. Staltari*

Anthony J. Staltari

cc: All counsel of record via CM/ECF

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH