UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, *Plaintiff*, v. Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, *Defendants*. | Civil Action No.: 3:23-cv-11808 <br><br> (PROPOSED) ORDER DENYING PLAINTIFF'S MOTION FOR A STATUTORY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

This matter having been originally brought *Ex Parte* before the Court by Plaintiff Commodity Futures Trading Commission ("CFTC"), for an Order Pursuant to 7 U.S.C. § 13a-1, entering a Statutory Restraining Order and Preliminary Injunction (ECF 7); and the Court having considered the parties' papers for and against, having held a hearing on November 6, 2023, having considered this matter, and for good cause shown;

**IT IS ON THIS** ___ day of _____, 2023,

**ORDERED** that the CFTC's Ex Parte Motion for Statutory Restraining Order and Preliminary Injunction is denied, the Statutory Restraining Order (ECF 13) as modified (ECF 107) is dissolved, and the Temporary Receiver, Anthony Sodono III, is dismissed. Mr. Sodono and his agents are not authorized to charge the receivership estate for any actions that they take from this date forward. Mr. Sodono and his agents are also ordered to return all of Defendants' assets, including cash, account passwords, and non-public documents, to Defendants no later than 5 business days after the entry of this order. Mr. Sodono shall also return control of the My Forex Funds website to Defendants and remove the "Temporary Receiver" banner he installed. To the

2

extent Defendants need to continue to address pending chargebacks (*see* ECF 79), they are permitted to do so and to use their own assets for that purpose.

.

                                                                                                                           _____

                                                                   Hon. Zahid N. Quraishi, U.S.D.J.