UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>TRADERS GLOBAL GROUP INC., *et al.*,<br><br>                Defendants. | Civil Action No. 23-11808 (ZNQ) (TJB)<br><br>ORDER |

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion for Statutory Restraining Order and Preliminary Injunction (the "Motion", ECF No. 14) filed by Plaintiff Commodity Futures Trading Commission ("CFTC"). For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **14th** day of **November 2023,**

    **ORDERED** that CFTC's Motion (ECF No. 14) is hereby **GRANTED IN PART** and **DENIED IN PART** as follows:

- the Motion is hereby GRANTED insofar as $12,080,000 (USD) of Corporate Defendants' assets shall remain frozen; Defendant Kazmi shall file an affidavit within **five (5) business days** of the issuance of this Order outlining the steps he has taken to ensure the assets remain frozen pending further order of this Court; and

- the Motion is hereby DENIED insofar as:

- o all other assets frozen under the prior SRO, including Defendant Kazmi's personal assets, shall be released and returned to Defendants (subject to the Court's determination as to the Motion for Attorney's Fees (ECF No. 131));

- o the current temporary receiver is hereby discharged, and no new receiver is appointed; and

- o Defendants' books and records no longer need to be provided for inspection in advance of the orderly exchange of discovery under the Federal Civil Rules and the Local Civil Rules; and it is further

**ORDERED** that the parties are hereby instructed to meet and confer (with assistance from the Special Master as appropriate) regarding suitable disclosure language that might be added to the My Forex Funds website; the parties shall file a joint letter advising as to the status of their discussions by **December 29, 2023**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**