Anthony J. Staltari (Attorney ID. No. 233022017)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (415) 875-6600
anthonystaltari@quinnemanuel.com

Robert A. Zink (*pro hac vice*)
Avi Perry (*pro hac vice*)
Kurt Wolfe (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
robertzink@quinnemanuel.com
aviperry@quinnemanuel.com
kurtwolfe@quinnemanuel.com

Dakota Speas (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, *Plaintiff*, v. Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, *Defendants*. | Case No.: 3:23-cv-11808 **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that pursuant to the Court's direction at the November 6, 2023 preliminary injunction hearing (Dkt. 130), Defendants Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi ("Defendants") hereby move for an Order pursuant to Local Civil Rule 5.3 permanently sealing the Declaration of Murtuza Kazmi, dated November 2, 2023 (Dkt 121), as it discloses confidential personal and financial information, including the location and value of Defendants' assets and the street addresses of Mr. Kazmi's real properties.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7.1(d)(4), no brief is necessary as this is a request for entry of an Order, submitted upon consent of all the parties and at the direction of the Court.

**PLEASE TAKE FURTHER NOTICE** that a form of Order is annexed hereto.

3

|  |  |
|---|---|
| Dated: New York, New York<br>November 15, 2023 | By */s/ Anthony J. Staltari*<br>Anthony J. Staltari (Attorney ID. No. 233022017)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel.: (415) 875-6600<br>anthonystaltari@quinnemanuel.com<br><br>Robert A. Zink (*pro hac vice*)<br>Avi Perry (*pro hac vice*)<br>Kurt Wolfe (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>Tel.: (202) 538-8000<br>robertzink@quinnemanuel.com<br>aviperry@quinnemanuel.com<br>kurtwolfe@quinnemanuel.com<br><br>Dakota Speas (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 443-3000<br>dakotaspeas@quinnemanuel.com<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

ANTHONY J. STALTARI, hereby certifies pursuant to 28 U.S.C. § 1746 that on this date, I filed the aforementioned document with the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on this 15th day of November.

                 */s/   Anthony J. Staltari*
                   Anthony J. Staltari