**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7221**

WRITER'S EMAIL ADDRESS
**anthonystaltari@quinnemanuel.com**

November 15, 2023

Hon. Zahid N. Quraishi
United States District Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4W
Trenton, NJ 08608

Re:    *CFTC v. Traders Global Group Inc., et al.*, 3:23-cv-11808-ZNQ-TJB

Dear Judge Quraishi:

As the Court is aware, this firm represents the Defendants in the above-captioned action. I write with the consent of all counsel and request that the Court enter the (Proposed) Order sealing the Declaration of Murtuza Kazmi, dated November 2, 2023 (Dkt. 121).

As discussed at the November 6, 2023 preliminary injunction hearing, the aforementioned declaration discloses confidential personal and financial information, including the location and value of Defendants' assets and the street addresses of Mr. Kazmi's real properties. *See* Dkt No. 130 at 150:24–153:7. As such, sealing of the declaration would be consistent with Court's prior guidance on sealing and/or redacting Mr. Kazmi's personal information and thus satisfies the criteria for a sealing order pursuant to L. Rule 5.3.

I respectfully ask that you enter the proposed Order, should you find it acceptable.

Respectfully submitted,

*/s/ Anthony J. Staltari*

Anthony J. Staltari

cc: All counsel of record via CM/ECF

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH