# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| COMMODITY FUTURES TRADING COMMISSION, | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 3:23-cv-11808-ZNQ-TJB |
| TRADERS GLOBAL GROUP INC., et al., | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Traders Global Group Inc. and Murtuza Kazmi.

Date: 11/17/2023

/s/ Thomas J. Scrivo
*Attorney's signature*

Thomas J. Scrivo (NJ Bar No. 307552019)
*Printed name and bar number*

King & Spalding LLP
1185 Avenue of the Americas, 35th Fl
New York, NY 10036-2601
*Address*

tscrivo@kslaw.com
*E-mail address*

(212) 556-2100
*Telephone number*

(212) 556-2222
*FAX number*