**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7221**

WRITER'S EMAIL ADDRESS
**anthonystaltari@quinnemanuel.com**

November 17, 2023

**VIA ECF**
Hon. Zahid N. Quraishi, District Judge
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 4W
Trenton, NJ 07101

Re:    *CFTC v. Traders Global, Inc., et al., Civil Action No. 3:23-cv-11808-ZNQ-TJB*

Dear Judge Quraishi:

I write on behalf of all counsel in the above-referenced action. Attached, please find a Stipulation, along with a (Proposed) Order extending Defendants' time in which to answer, move or otherwise respond to the Complaint from November 22, 2023 to January 22, 2024.

I respectfully ask that you enter the proposed Order, should you find it acceptable

Respectfully submitted,

/s/  Anthony J. Staltari
Anthony J. Staltari

cc:    All counsel of record *(via ECF)*

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART