UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>*Defendants*. | Case No.: 3:23-cv-11808<br><br>**STIPULATION FURTHER EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

WHEREAS, Defendants were served with the Summons (ECF Nos. 19, 20, 21) and Complaint (ECF No. 1) in this action on August 31, 2023; and

WHEREAS, the initial deadline for Defendants to respond to the Complaint was September 21, 2023. Fed. R. Civ. P. 12(a)(1)(A)(i); and

WHEREAS, the Court has granted two previous joints request to extend Defendants' deadline to respond to the Complaint per Rule 12. (ECF Nos. 57, 96); and

WHEREAS, the current deadline for Defendants to respond to the Complaint is November 22, 2023. (ECF No. 96); and

WHEREAS, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court has authority, "for good cause," to extend the time if a request is made before the original time or its extension deadline expires. Fed. R. Civ. P. 6(b)(1)(A); D. N.J. Civ. R. 6.1.

WHEREAS, good cause exists to extend the expiration of the time to file a responsive pleading or a Rule 12 motion until January 22, 2024, to allow the Parties to address pending disputes with Court-appointed special master Jose L. Linares, U.S.D.J. (Ret.) (ECF No. 122);

Accordingly, it is hereby stipulated by the parties through their undersigned counsel that a request is hereby made to the Court that:

1. Defendants' time to answer, move or otherwise respond to the Complaint is hereby adjourned from November 22, 2023, to January 22, 2024; and

2. This stipulation may be signed in counterparts; and facsimile, photocopy, or electronic pdfs of the signatures below are hereby deemed the equivalent of originals.

Pursuant to Local Rule 12(c), the submitting attorney certifies that each of the signatories below has expressly agreed to the form and substance of this document and has authorized the filing attorney to submit the document electronically.

Respectfully Submitted,

November 17, 2023

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:  /s/ Anthony J. Staltari
Anthony J. Staltari
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
anthonystaltari@quinnemanuel.com

*Counsel for Defendants*

November 17, 2023

**COMMODITY FUTURES TRADING COMMISSION**
**Division of Enforcement**

By:  Ashley J. Burden
Ashley J. Burden
77 West Jackson Blvd.
Suite 800
Chicago, IL 60604
(312) 451-2994
kpaulson@cftc.gov

*Counsel for Plaintiff*