## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission, *Plaintiff*, v. Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, *Defendants*. | Case No.: 3:23-cv-11808 |

## [Proposed] ORDER GRANTING EXTENSION FOR DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT

Before the Court is the parties' Stipulation Extending Defendants' Time in which to Answer, Move or Otherwise Respond to the Complaint.

1. Having considered the matter, THE COURT FINDS that there is good cause to extend the time for Defendants to answer, move or otherwise respond to the complaint from November 22, 2023, to January 22, 2024. This extension will allow the Parties to address pending disputes with the Court-appointed special master. Therefore, the Court GRANTS the parties' joint request.

Accordingly, Defendants shall answer, move or otherwise respond to the Complaint no later than January 22, 2024. IT IS SO ORDERED.

DATED: _____        _____

Hon. Zahid N. Quraishi, U.S.D.J.