UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>*Defendants*. | Civil Action No.: 3:23-cv-11808<br><br>**ORDER SEALING DEFENDANT MURTUZA KAZMI'S DECLARATION DATED NOVEMBER 2, 2023 (DKT 121)** |

Before the Court is Defendants' Motion requesting an Order, pursuant to Local Rule 5.3 and 7.1, sealing the Declaration of Murtuza Kazmi, dated November 2, 2023 (Dkt 121) ("Declaration"), and for such further relief as the Court deems just and proper.

The parties having consented through their counsel, along with the Court having discussed the contents of the Declaration with the parties at the November 6, 2023 hearing (Dkt 130), and finding that the Declaration discloses confidential personal and financial information, including the location and value of Defendants' assets and the street addresses of Mr. Kazmi's real properties:

The Court holds (1) legitimate private and public interests warrant the relief sought, (ii) a clearly defined and serious injury would result if the relief sought is not granted, including the exposure of Mr. Kazmi to potential harassment or theft, (iii) a less restrictive alternative to the relief sought is not available, and (iv) no party or known nonparty is objecting to the sealing request.  Accordingly:

**IT IS ON THIS** 6th day of December, 2023,

2

**ORDERED**, that Defendants' Motion to seal is **GRANTED** and pursuant to Local Civil Rule 5.3, the Declaration of Murtuza Kazmi, dated November 2, 2023 (Dkt 121) shall remain sealed until such further or other order of this Court.

                                             s/Tonianne J. Bongiovanni
                                             Hon. Tonianne J. Bongiovanni, U.S.M.J.

[Docket Entry No. 136 is terminated].