UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>*Plaintiff,*<br><br>v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>*Defendants.* | Civil Action No.: 3:23-cv-11808<br><br>**CONSENT ORDER RE TURNOVER OF CONTROL OF DEFENDANTS' WEBSITES** |

Before the Court is Defendants' request with the consent of the Commodity Futures Trading Commission ("CFTC") for an order requiring non-party GoDaddy, Inc. ("GoDaddy") to provide Defendants access to all of Defendants' websites and domains, including the My Forex Funds website at www.myforexfunds.com. (ECF No. 146.)

Having considered the Letter Recommendation from the Special Master, Judge Jose L. Linares (ECF No. 153), and considering that the parties have consented to the requested relief, and finding that it is necessary and in furtherance of the Court's November 14, 2023, order discharging the Temporary Receiver and requiring the parties to meet and confer regarding suitable website disclosures (ECF No. 135),

GoDaddy is **ORDERED** to provide Traders Global Group, Inc. (a New Jersey corporation), Traders Global Group, Inc. (a Canadian corporation), and Murtuza Kazmi full access to all of their domains and websites, including the My Forex Funds website at www.myforexfunds.com.

Nothing in this order modifies the Court's prior opinion and order enjoining Defendants from soliciting customers for participation in the My Forex Funds programs, or acting as counterparty to customers in retail forex or retail commodity transactions. ECF 134 at 23.

**SO ORDERED ON THIS 11th** day of **December 2023.**

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE