UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>*Defendants*. | Case No.: 3:23-cv-11808 (ZNQ) (TJB)<br><br>**ORDER GRANTING EXTENSION OF DISCOVERY DEADLINES AND BRIEFING SCHEDULE FOR RESPONSIVE PLEADING TO THE COMPLAINT** |

**LINARES, J.**

This matter having come before the Special Master by way of a Joint Stipulation from the parties dated January 8, 2024 (ECF 160) requesting an extension of time to respond to the Complaint and an extension of certain discovery deadlines set forth in the Parties' Joint Proposed Rule 26(f) Discovery Plan (ECF 155); and good cause existing for the entry of this Order;

It is on this 12th day of January 2024,

**ORDERED** that the deadlines set forth in the Parties' Joint Proposed Rule 26(f) Discovery Plan are extended as follows:

| Item | Deadline |
|---|---|
| E-Discovery conference pursuant to L. Civ. R. 26.1(d) | March 1, 2024 |
| Fed. R. Civ. P. 26(a)(1) disclosures | March 21, 2024 |
| Earliest date for service of litigation subpoenas on third parties | February 5, 2024 |
| Earliest date for service of initial written discovery | March 21, 2024 |

| Motions to amend/add parties to be filed by | July 18, 2024 |
|---|---|
| Factual discovery to be completed by | December 4, 2024[1] |
| Plaintiff's expert report(s) due on | Thirty days after the completion of fact discovery |
| Defendants' expert report(s) due on | Thirty days after Plaintiff's expert report(s) is/are served |
| Rebuttal expert report(s) due on | Thirty days after Defendants' expert report(s) is/are served |
| Expert depositions to be completed by | Thirty days after rebuttal report(s) is/are served |
| Dispositive motions to be served within the following number of days following completion of expert discovery | Sixty |

; and it is

**FURTHER ORDERED** that the time for Defendants to answer, move or otherwise respond to the Complaint is extended from January 22, 2024, to March 8, 2024, and Plaintiff shall file a response to any Rule 12 motion filed by Defendants on or before April 5, 2024;

**SO ORDERED**.

                                                                /s/ Jose L. Linares
                                                            Hon. Jose L. Linares, U.S.D.J. (Ret.)

---

[1] The maximum number of interrogatories to be served or depositions to be taken shall be as provided in the Federal Rules of Civil Procedure, subject to the parties' agreement, or right to seek permission from the Court, to serve additional interrogatories or take additional depositions.