UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>*Defendants*. | Civil Action No.: 3:23-cv-11808 (ZNQ) (TJB)<br><br>**ORDER SEALING DEFENDANT MURTUZA KAZMI'S DECLARATION DATED FEBRUARY 14, 2024 (DKT 165)** |

**LINARES, J.**

This matter having come before the Special Master by way of Defendants' Motion for an Order, pursuant to Local Rule 5.3 and 7.1, sealing the Declaration of Murtuza Kazmi dated February 14, 2024 (ECF No. 165) (the "February Declaration"), and for such further relief as the Court deems just and proper (the "Motion"); and Plaintiff not opposing the Motion; and the Special Master finding that the February Declaration discloses Mr. Kazmi's confidential personal and financial information, including the location and value of Mr. Kazmi's assets; and the Special Master holding that (i) legitimate private and public interests warrant the relief sought, (ii) a clearly defined and serious injury would result if the relief sought is not granted, including the exposure of Mr. Kazmi to potential harassment or theft, (iii) a less restrictive alternative to the relief sought is not available, and (iv) no party or known nonparty is objecting to the sealing request;

**IT IS ON THIS** 4th day of March, 2024,

**ORDERED** that Defendants' Motion is **GRANTED;** and it is further

**ORDERED** that pursuant to Local Civil Rule 5.3, the Declaration of Murtuza Kazmi, dated February 14, 2024 (Dkt. 165) shall remain sealed until such further or other order of this Court.

**SO ORDERED**.

      /s/ *Jose L. Linares*

Hon. Jose L. Linares, U.S.D.J. (Ret.)